AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01599

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S Attorney for the Eastern District Of New York was received by me on *(date)* Mar 16, 2018, 4:31 pm.

- [ ] I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Rosa Martinez , who is designated by law to accept service of process on behalf of *(name of organization)* U.S Attorney for the Eastern District Of New York on *(date)* Tue, Mar 20 2018 ; or
- [ ] I returned the summons unexecuted because: ________ ; or
- [ ] Other: ________ ; or

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 03/20/2018

[signature]

*Server's signature*

Claude Brown [signature: Claude Brown - Process Server]

*Printed name and title*

1133 13th St NW Unit C4, Washington D.C. 20005

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Mar 20, 2018, 12:54 pm EDT at 271 Cadman Plaza East, Brooklyn , NY 11201 received by Rosa Martinez. Age: 59; Ethnicity: Hispanic; Gender: Female; Weight: 160; Height: 5'3"; Hair: Brown; Eyes: Brown; Other: Authorized Agent;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01599

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Hon. Jefferson Beauregard Sessions III - U.S. Attorney General was received by me on *(date)* Mar 16, 2018, 4:07 pm.

- [ ] I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Desiree Brown , who is designated by law to accept service of process on behalf of *(name of organization)* The Hon. Jefferson Beauregard Sessions III - U.S. Attorney General on *(date)* Tue, Mar 20 2018 ; or
- [ ] I returned the summons unexecuted because: ____________ ; or
- [ ] Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: 3/22/2018

[signature]
*Server's signature*

Bryan Rodgers
*Printed name and title*

1133 13th Street Suite C4, Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 20, 2018, 2:19 pm EDT at U.S. Department of Justice: 950 Pennsylvania Ave NW, Washington, DC 20530 received by Desiree Brown . Age: 25-35; Ethnicity: African American; Gender: Female; Weight: 175; Height: 5'7"; Hair: Black; Eyes: Other;
Title: Clerk
Other: glasses



7017 3040 0000 1213 5224

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

USPS CORAL GABLES BRANCH CORAL GABLES, FLORIDA 33134 MAR 16 2018

Sent To
United States of America C/o Jeff Sessions
Street and Apt. No., or PO Box No.
950 Pennsylvania Avenue, NW
City, State, ZIP+4®
Washington, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
c/o Jeff Sessions, U.S. Attorney General
U.S Department of Justice
950 Pennsylvania Avenue, Nw
Washington, D.C. 20530-0001

9590 9402 3594 7305 7635 58

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 22 2018

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED MAR 26 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-01599-WFK-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States of America, C/o Jefferson B. Sessions III was received by me on *(date)* 03/15/2018 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons and complaint by certified mail to: United States of America C/o The Hon. Jefferson Beauregard Sessions III, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/16/2018

______
*Server's signature*

Matthew Martin, Legal Assistant
*Printed name and title*

Kurzban Kurzban Weinger Tetzeli & Pratt, P.A.
2650 S.W. 27th Ave., Second Floor
Miami, Florida 33133
*Server's address*

Additional information regarding attempted service, etc:

7017 3040 0000 1213 5224

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70173040000012135224

Remove ×

**Expected Delivery on**

**THURSDAY**

**22** MARCH 2018 ⓘ

by

**8:00pm** ⓘ

## Delivered

March 22, 2018 at 5:27 am
Delivered
WASHINGTON, DC 20530

**Get Updates**

**Text & Email Updates**

**Tracking History**

**Product Information**

**See Less**

## Can't find what you're looking for?

**How can I help you?**

Go to our FAQs section to find answers to your tracking questions.