## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 21, 2018 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-1599 (WFK) |
| **NAME OF CASE(S):** | **SAGET ET AL. V. TRUMP ET AL.** |
| **FOR PLAINTIFF(S):** | Pipoly |
| **FOR DEFENDANT(S):** | Marutollo |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 11:10 - 11:47 |

**RULINGS FROM MOTION HEARING:**

For the reasons discussed on the record, Plaintiffs' Motion to Supplement the Administrative Record and for Extra-Record Discovery [31] is granted in part and denied in part. Defendants are ordered to supplement the administrative record to include "all documents and materials that the agency directly or indirectly considered," including all materials that are already being produced in discovery in parallel cases. Plaintiffs' Motion for Extra-Record Discovery is denied at this time, with leave to renew following a determination on pending Defendants' Motion to Dismiss.