```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

| | |
|---|---|
| PATRICK SAGET, SABINA BADIO FLORIAL, NAÏSCHA VILME, GERALD MICHAUD, BEATRICE BELIARD, RACHELLE GUIRAND, JEAN CLAUDE MOMPOINT, YOLNICK JEUNE, GUERLINE FRANCOIS, LEOMA PIERRE, HAÏTI LIBERTÉ, and FAMILY ACTION NETWORK MOVEMENT, INC.,<br><br>         Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, President of the United States of America, UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, Secretary of Homeland Security, and ELAINE C. DUKE, Deputy Secretary of Homeland Security,<br><br>         Defendants. | **NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6), OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>Docket No. CV-18-1599<br><br>(Kuntz, J.)<br>(Tiscione, M.J.) |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

    **PLEASE TAKE NOTICE** that, upon the Memorandum of Law, dated August 10, 2018, and the certified Administrative Record (ECF Dkt. No. 36-1), defendants President Donald Trump, Department of Homeland Security, Secretary Kirstjen Nielsen, and Acting Deputy Secretary Claire M. Grady (collectively, "the Government") will move this Court before the Honorable William F. Kuntz, II, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6), or, alternatively, for summary judgment pursuant to Fed. R. Civ. P. 56.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule endorsed by the Court on June 27, 2018, Plaintiffs' opposition papers shall be served by August 31, 2018; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule endorsed by the Court on June 27, 2018, the Government's reply papers shall be served by September 21, 2018.

Pursuant to the schedule endorsed by the Court on June 27, 2018, once the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 p.m. on September 21, 2018. The Government will provide a complete set of courtesy copies of all motion papers to the Court, attention of Mr. Andrew Jackson.

Dated: Brooklyn, New York
        August 10, 2018

                                    RICHARD P. DONOGHUE
                                    United States Attorney

By:   */s/ Joseph A. Marutollo*
       Joseph A. Marutollo
       Assistant U.S. Attorney
       718-254-6288
       Joseph.marutollo@usdoj.gov

**cc:**     **BY E.C.F.**
         Counsel of Record