UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK SAGET, SABINA BADIO FLORIAL,
NAÏSCHA VILME, GERALD MICHAUD,
BEATRICE BELIARD, RACHELLE GUIRAND,
JEAN CLAUDE MOMPOINT, YOLNICK JEUNE,
GUERLINE FRANCOIS, LEOMA PIERRE, HAÏTI
LIBERTÉ, and FAMILY ACTION NETWORK
MOVEMENT, INC.,

                Plaintiffs,          **ORDER**
                                                18-CV-1599 (WFK) (ST)

                v.

DONALD TRUMP, President of the United
States of America, UNITED STATES OF
AMERICA, DEPARTMENT OF HOMELAND
SECURITY, KIRSTJEN NIELSEN, Secretary of
Homeland Security, and ELAINE C. DUKE,
Deputy Secretary of Homeland Security,

                Defendants.
------------------------------------------------------------------ X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      The Court DENIES Defendants' request to adjourn the oral argument on the pending motion to dismiss. The oral argument will proceed, as previously scheduled, on Tuesday, November 13, 2018, at 12:00 Noon at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, in Courtroom 6H North. The Court reserves decision on Defendants' motion to stay the balance of this action.

                                                          **SO ORDERED.**

                                                             s/WFK
                                          _____
                                          HON. WILLIAM F. KUNTZ, II
                                          United States District Judge

Dated: Brooklyn, New York
       November 8, 2018