# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK SAGET, SABINA BADIO FLORIAL, NAÏSCHA VILME, GERALD MICHAUD, BEATRICE BELIARD, RACHELLE GUIRAND, JEAN CLAUDE MOMPOINT, YOLNICK JEUNE, GUERLINE FRANCOIS, LEOMA PIERRE, HAÏTI LIBERTÉ, and FAMILY ACTION NETWORK MOVEMENT, INC., <br><br>    Plaintiffs, <br><br> vs. <br><br> DONALD TRUMP, President of the United States of America, UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, Secretary of Homeland Security, and ELAINE C. DUKE, Deputy Secretary of Homeland Security, | No. 1:18-cv-01599 <br> Kuntz, J. <br> Tiscione, M.J. |

## Plaintiffs' Notice of Filing Appendices to
## Plaintiffs' Proposed Findings of Fact and Conclusions of Law

Plaintiffs hereby file the following appendices to their proposed Findings of Fact and Conclusions of Law:

- Appendix A: Comparison between May, 2017 FRN and January, 2018 FRN

- Appendix B: Comparisons between USCIS Documents and January, 2018 FRN

- Appendix 1: Trial Exhibits cited in Plaintiffs' Proposed Findings of Fact and Conclusions of Law

- Appendix 2: Deposition Transcripts cited in Plaintiffs' Proposed Findings of Fact and Conclusions of Law

Respectfully submitted,

/s/ Howard Roin

| | |
|---|---|
| Ira J. Kurzban, (NY Bar No. 5347083)<br>Kevin Gregg*<br>KURZBAN, KURZBAN,<br>TETZELI & PRATT, P.A.<br>2650 S.W. 27th Avenue, 2nd Floor<br>Miami, FL 33133<br>Phone: (305) 440-0060<br>ira@kktplaw.com<br><br>Sejal Zota*<br>NATIONAL IMMIGRATION PROJECT OF THE<br>NATIONAL LAWYERS GUILD<br>89 South Street, Suite 603<br>Boston, MA 02111<br>Phone: (919) 698-5015<br>sejal@nipnlg.org<br><br><br>*Admitted *Pro Hac Vice* | Christopher J. Houpt (NY Bar No. 4452462)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 506-2500<br>choupt@mayerbrown.com<br><br>Howard Roin*<br>Geoffrey M. Pipoly*<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>gpipoly@mayerbrown.com<br><br>Miriam Nemetz*<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>Phone: (202) 263-3253<br>mnemetz@mayerbrown.com<br><br>*Attorneys for Plaintiffs* |