**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PATRICK SAGET, SABINA BADIO FLORIAL, NAÏSCHA VILME, GERALD MICHAUD, BEATRICE BELIARD, RACHELLE GUIRAND, JEAN CLAUDE MOMPOINT, YOLNICK JEUNE, GUERLINE FRANCOIS, LEOMA PIERRE, HAÏTI LIBERTÉ, and FAMILY ACTION NETWORK MOVEMENT, INC., | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 1:18-cv-01599<br>Kuntz, J.<br>Tiscione, M.J. |
| vs. | ) ) | |
| DONALD TRUMP, President of the United States of America, UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, Secretary of Homeland Security, and ELAINE C. DUKE, Deputy Secretary of Homeland Security, | ) ) ) ) ) | |

**Plaintiffs' Notice of Filing Appendices to**
**Plaintiffs' Proposed Findings of Fact and Conclusions of Law**

Plaintiffs hereby file the following appendices to their proposed Findings of Fact and Conclusions of Law:

- Appendix A: Comparison between May, 2017 FRN and January, 2018 FRN

- Appendix B: Comparisons between USCIS Documents and January, 2018 FRN

- Appendix 1: Trial Exhibits cited in Plaintiffs' Proposed Findings of Fact and Conclusions of Law

- Appendix 2: Deposition Transcripts cited in Plaintiffs' Proposed Findings of Fact and Conclusions of Law

Respectfully submitted,

/s/ Howard Roin

Ira J. Kurzban, (NY Bar No. 5347083)
Kevin Gregg*
KURZBAN, KURZBAN,
TETZELI & PRATT, P.A.
2650 S.W. 27th Avenue, 2nd Floor
Miami, FL 33133
Phone: (305) 440-0060
ira@kktplaw.com

Sejal Zota*
NATIONAL IMMIGRATION PROJECT OF THE
NATIONAL LAWYERS GUILD
89 South Street, Suite 603
Boston, MA 02111
Phone: (919) 698-5015
sejal@nipnlg.org


*Admitted *Pro Hac Vice*

Christopher J. Houpt (NY Bar No. 4452462)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 506-2500
choupt@mayerbrown.com

Howard Roin*
Geoffrey M. Pipoly*
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
gpipoly@mayerbrown.com

Miriam Nemetz*
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3253
mnemetz@mayerbrown.com

*Attorneys for Plaintiffs*

2