Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

_____

PATRICK SAGET,                )Case No.

et al.,                       )18-cv-01599-WFK-ST

   Plaintiffs                 )

vs.                           )

DONALD TRUMP, President        )

of the United States,          )

et al.,                       )

   Defendants                 )

_____



Videotaped Deposition of Brandon Prelogar

Washington, D.C.

December 18, 2018

9:59 a.m.



Reported by:  Bonnie L. Russo

Job No. 448917


Magna Legal Services

866-624-5221

www.MagnaLS.com



Page 2

1    Videotaped Deposition of Brandon Prelogar held

2    at:

3

4

5

6              Mayer Brown, LLP

7              1999 K Street, N.W.

8              Washington, D.C.

9

10

11

12

13

14

15

16

17

18

19    Pursuant to Notice, when were present on behalf

20    of the respective parties:

21

22



Page 3

```
 1    APPEARANCES:
 2    On behalf of the Plaintiffs:
          VINCENT J. CONNELLY, Esq,
 3        MAYER BROWN, LLP
          71 South Wacker Drive
 4        Chicago, Illinois 60606
          312-701-7912
 5        vconnelly@mayerbrown.com
 6
 7    On behalf of Defendants:
          JAMES R. CHO, Esq.
 8        UNITED STATES DEPARTMENT OF JUSTICE
          UNITED STATES ATTORNEY'S OFFICE
 9        CIVIL DIVISION
          Eastern District of New York
10        271 Cadman Plaza East
          Brooklyn, New York 11201
11        718-254-6288
          james.cho@usdoj.gov
12
13
14
15
      Also Present:
16    MIRIAM R. NEMETZ, Esq., Mayer Brown, LLP
      Brantley Webb, Esq., Mayer Brown, LLP
17    Kevin Snell, Department of Justice, Federal
      Programs Branch
18    Liza Shah, United States Citizenship
      Immigration Services, Department of Homeland
19    Security
      David Voigtsberger, Videographer
20
21
22
```



1             C O N T E N T S

2  EXAMINATION OF BRANDON PRELOGAR          PAGE

3  BY MR. CONNELLY                          10

4

5

6                  EXHIBITS

7

   Exhibit 60  E-Mail Chain                  75

8              dated 2-28-17
               DPP_00006091-6094

9

   Exhibit 62  E-Mail Chain                  92

10             dated 4-13-17
               DPP_00018941

11

   Exhibit 64  E-Mail Chain                  213

12             dated 10-23-17
               CP_00015826-829

13

14

15

16

17

18

19

20

21

22



```
 1    PREVIOUSLY MARKED EXHIBITS:
 2
      Exhibit 1    Section 1254a
 3                 Temporary Protected Status
 4    Exhibit 2    Extension and Redesignation
                   of Haiti for Temporary
 5                 Protected Status
                   5-19-11
 6
      Exhibit 2A   Extension and Redesignation
 7                 of Haiti for Temporary
                   Protected Status
 8                 1-21-10
 9    Exhibit 5    Extension of the Designation
                   of Haiti for Temporary
10                 Protected Status
                   10-1-12
11
      Exhibit 6    Extension of the Designation
12                 of Haiti for Temporary
                   Protected Status
13                 3-3-14
14    Exhibit 7    Extension of the Designation
                   of Haiti for Temporary
15                 Protected Status
                   8-25-15
16
      Exhibit 8    Temporary Protected Status:
17                 Calendar Year 2016 Annual Report
                   DPP_00000395-436
18
      Exhibit 9    Haiti:  TPS Addendum
19                 2-7-17
                   DPP_00008521-523
20
      Exhibit 11   E-Mail Chain
21                 dated 4-3-17
22
```



```
 1    PREVIOUSLY MARKED EXHIBITS (CONTINUED):
 2    Exhibit 12  E-Mail Chain
                  dated 3-29-17
 3                CP_00012164-165
 4    Exhibit 15  E-Mail Chain
                  dated 4-27-17
 5                DPP-00003286-3296
 6    Exhibit 16  E-Mail Chain
                  dated 4-14-17
 7                DPP_00018751
 8    Exhibit 17  E-Mail Chain
                  dated 4-19-17
 9                DPP_00005153
10    Exhibit 18  E-Mail Chain
                  dated 4-30-17
11                Attachment
                  DPP_00006080-082
12
      Exhibit 21  E-Mail Chain
13                dated 5-8-17
                  CP_00007859-872
14
      Exhibit 25  E-Mail Chain
15                dated 5-20-17
                  CP_00008090-8097
16
      Exhibit 27  Extension of the Designation
17                of Haiti for Temporary
                  Protected Status
18                5-24-17
19    Exhibit 28  E-Mail Chain
                  dated 5-25-17
20                CP_00009691-693
21    Exhibit 29  E-Mail Chain
                  dated 6-7-17
22                DPP_00010924-926
```



```
                                                    Page 7
 1    PREVIOUSLY MARKED EXHIBITS (CONTINUED):
 2    Exhibit 30  E-Mail Chain
                    dated 6-7-17
 3                CP_00020560-563
 4    Exhibit 36  E-Mail Chain
                    dated 10-13-17
 5                DPP_0003323-3329
 6    Exhibit 37  E-Mail Chain
                    dated 10-13-17
 7                CP_00003462-3468
 8    Exhibit 38  E-Mail Chain
                    dated 10-13-17
 9                DPP_00021118
10    Exhibit 40  E-Mail Chain
                    dated 10-22-17
11                DPP_00003336
12    Exhibit 41  E-Mail Chain
                    dated 11-2-17
13                DPP_00022248-249
14    Exhibit 42  E-Mail Chain
                    dated 11-20-17
15                DPP_00011273-274
16    Exhibit 43  Press Release
                    dated 11-20-17
17                DPP_00019502-03
18    Exhibit 44  Termination of the Designation
                    of Haiti for Temporary
19                Protected Status
                    1-18-18
20
21
22    (Exhibits included with transcript.)
```



Page 8

```
 1                   P R O C E E D I N G S

 2

 3            THE VIDEOGRAPHER:  Good morning.  We

 4   are now on the record.

 5            This begins Videotape No. 1 in the

 6   deposition of Brandon Prelogar in the matter of

 7   Patrick Saget, et al., versus Donald Trump,

 8   President of the United States, in the United

 9   States District Court for the Eastern District

10   of New York.

11            Today's date is December 18, 2018,

12   and the time on my video screen is 9:59 a.m.

13            This deposition is being taken at

14   1999 K Street, Northwest, Washington, D.C., at

15   the request of Mayer Brown.

16            The videographer today is David

17   Voigtsberger of Magna Legal Services and the

18   court reporter today is Bonnie Russo of Magna

19   Legal Services.

20            Will counsel please introduce

21   yourselves and who you represent.

22            MR. CONNELLY:  I'm Vincent Connelly
```



Page 9

1    of the firm of Mayer Brown.  I represent the

2    plaintiffs.

3            MS. WEBB:  Brantley Webb from Mayer

4    Brown.

5            MS. NEMETZ:  Miriam Nemetz from

6    Mayer Brown on behalf of the plaintiffs.

7            MR. CHO:  Good morning.  James Cho

8    with the U.S. Attorney's Office on behalf of

9    the government.

10            MR. SNELL:  Kevin Snell from the

11    Division of Federal Programs Branch on behalf

12    of the government.

13            MS. SHAW:  Liza Shah with United

14    States Citizenship and Immigration Services on

15    behalf of the government.

16            THE VIDEOGRAPHER:  Will the court

17    reporter please swear in the witness.

18                BRANDON PRELOGAR,

19    Being first duly sworn, to tell the truth, the

20       whole truth and nothing but the truth,

21             testified as follows:

22    EXAMINATION BY COUNSEL FOR THE PLAINTIFFS



1        BY MR. CONNELLY:

2        Q.    Would you tell us your name and

3   spell the last name for the sake of the

4   reporter.

5        A.    Sure.  Brandon Prelogar, last name

6   is P as in Peter, R-E-L-O-G-A-R.

7        Q.    Have you been deposed previously?

8        A.    No.

9        Q.    Let me go through a little bit of

10  the broad overview of what we expect today and,

11  you know, the courtesies we will try to provide

12  to you.

13        This deposition is largely going to

14  be about your duties and responsibilities in

15  2017, although we will go backwards a little

16  bit in time to get started.  I will try to keep

17  it chronological, largely that will be the

18  case.

19        A fair amount of the deposition will

20  just be asking you to comment and review

21  contemporaneous documents that were made and

22  either sent by you or to you in 2017.



1            Anytime that I ask a question that

2    is confusing or you are uncertain, just tell

3    me.  I'm not trying to create awkward

4    questions, although frequently, I will do that,

5    so don't hesitate to ask me to reword the

6    question or explain what it is about a question

7    that you don't understand.

8            The -- you can take a break

9    absolutely at any time you want, consult with

10   your attorney anytime you want.  Because this

11   is being videoed, my understanding is we will

12   probably be taking short breaks about every

13   hour or so, so that that machinery can be

14   refreshed.

15           I think by way of background, that

16   probably covers the territory, although should

17   you have any questions during the course of the

18   deposition, you're free to consult with your

19   attorney privately, you know, if you have any

20   reason that you are concerned about answering.

21           Let's see.  Let's start a little bit

22   with your education and your work history.



1          Where did you go to college?

2     A.    Dartmouth.

3     Q.    And did you go -- did you have

4  graduate education after your undergraduate

5  degree?

6     A.    I did.

7     Q.    What was that?

8     A.    I got a master's in international

9  relations.

10    Q.    From what institution?

11    A.    Yale.

12    Q.    When did you receive your master's?

13    A.    2003.

14    Q.    All right.  Did you start your

15  employment history after getting the master's?

16    A.    Shortly after.

17    Q.    Why don't you -- I don't need a lot

18  of detail but why don't you march me through

19  it.

20    A.    My employment history?

21    Q.    Your employment history starting in

22  2003.



Page 13

1      A.     It started in 2004, January, at U.S.

2   Citizenship and Immigration Services, Office of

3   Refugee, Asylum and International Operations as

4   a presidential management fellow.  That was a

5   two-year program.

6      Q.     Where was that?  Where were you

7   located?

8      A.     I was located here in Washington,

9   D.C., and sent out on details sort of all over

10   the place.

11      Q.     And that you said was two years, so

12   that extended through 2006?

13      A.     Yeah, 2006.

14      Q.     Give me some sense of being sent all

15   over the place, where did you go?

16      A.     I went on training detail to

17   Georgia, the state, I did an asylum detail

18   working in an asylum office in San Francisco, I

19   did a refugee detail in Kenya, Uganda and

20   Ethiopia, where I processed refugee cases for

21   the U.S. Government.  I processed adoption

22   cases in Guatemala.  I think that about covers



Page 14

1    it.

2         Q.    All right.  And now, what was the

3    next job that you held?

4         A.    I converted into a refugee officer

5    in the Refugee Affairs Division of RAIO, same

6    overall office.

7         Q.    That was also in D.C.?

8         A.    That was also in D.C.

9         Q.    How long did you hold that position?

10        A.    A -- probably a couple of years,

11   although during at least I think half of that,

12   I was detailed to headquarters, DHS policy,

13   where I transitioned to a permanent position

14   working for the special advisor for refugee and

15   asylum affairs.

16              And I subsequently took that

17   position on in an acting capacity and then in a

18   formal full-time permanent capacity.

19        Q.    Where is headquarters located?

20        A.    Here in Washington, D.C., at

21   Nebraska Avenue.

22        Q.    So help me out, once you took on



Page 15

1    these responsibilities, am I right, they start

2    basically in 2006, more or less?

3         A.    Headquarters was probably 2007,

4    summer I believe.

5         Q.    How long did you remain --

6         A.    I stayed there --

7         Q.    -- at headquarters?

8         A.    -- until 2011.

9         Q.    All right.  What happened in 2011?

10        A.    I transitioned back to U.S.

11   Citizenship and Immigration Services into the

12   Office of Policy and Strategy.

13        Q.    In what capacity?

14        A.    As the chief of the international

15   humanitarian affairs division.

16        Q.    Briefly, what were your duties and

17   responsibilities once you became the chief of

18   the international humanitarian affairs

19   division?

20        A.    So my division essentially oversees

21   the policy-making process, policy for all

22   humanitarian or a large portion of humanitarian



1    protection benefits that USCIS administers.  It

2    includes refugee asylum, temporary protected

3    status among others.

4         Q.    Does that remain your title and your

5    position?

6         A.    It does.

7         Q.    Have you -- were there any

8    interruptions between taking on the

9    responsibilities as the chief of that division

10   in about 2011 through the present?

11        A.    Yeah, I did two extended details.

12        Q.    What were those?  Go ahead.

13        A.    From -- in 2013, I think maybe

14   February of 2013 through June of 2014, I worked

15   at the National Security Council as a director

16   for human rights and refugee protection.

17             Following that, I came back and I

18   think -- took what -- was back for about a year

19   before I did a second extended detail with the

20   USCIS front office working as a counselor and

21   then as a senior counselor for the director of

22   the agency.



Page 17

1      Q.     When did that occur?

2      A.     So I think that that would have been

3   then the summer of 2015, maybe September 2015 I

4   started, through the end of the administration.

5      Q.     Let me peel back just slightly.

6             When you with the National Security

7   Council assisting them, where were you located?

8      A.     I was in the multilateral affairs

9   and human rights directorate.

10     Q.     Here in Washington?

11     A.     Sorry, yes, here in Washington, D.C.

12     Q.     And briefly, what were your

13  responsibilities when you -- from February of

14  2013 through June of 2013?

15     A.     My portfolio comprised human rights

16  issues as well as humanitarian protection and

17  particular refugee protection.

18     Q.     And now moving on to September of

19  2015 through -- I think you told me through,

20  what, through the conclusion of the

21  administration --

22     A.     That's right.



Page 18

1      Q.      -- you were a senior counselor for

2   the director?

3      A.      That's correct.

4      Q.      Who was the director at the time?

5      A.      Leon Rodriguez.

6      Q.      And this is the director of OP and

7   S?

8      A.      No, of U.S. Citizenship and

9   Immigration Services, the agency.

10      Q.      The director of USCIS?

11      A.      Yes.

12      Q.      Okay.  Help me out a little bit of

13   the organizational chart and you will correct

14   me if I am wrong.  The OP&S is a part of USCIS,

15   correct?

16      A.      Correct.

17      Q.      And under OP&S on the organizational

18   chart, there are various divisions?

19      A.      That's correct.

20      Q.      Okay.  And you've mentioned, you

21   know, that you for a time were the chief of the

22   international humanity affairs division?



Page 19

1       A.      That's right.

2       Q.      When I say for a time, I guess for

3    some considerable time, but for these couple of

4    breaks, you have been doing that from 2011

5    through the percent?

6       A.      That's correct.

7       Q.      How many other divisions are there

8    under OP&S?

9       A.      Five or six, of that order.

10      Q.      And the -- all of those divisions

11   then ultimately report up to the chief of

12   office of planning and strategy?

13      A.      Of policy and strategy.

14      Q.      Policy and strategy, I'm sorry.

15      A.      Yes, sir.

16      Q.      I'm going largely be focusing on

17   2017.

18              Am I right that for a time in 2017,

19   the chief of the office of policy and strategy

20   was acting chief Larry Levine?

21      A.      That's correct.

22      Q.      And then sometime in the spring of



Page 20

1    2017, a lady named Kathy Nuebel, N-U-E-B-E-L,

2    Kovarik, K-O-V-A-R-I-K, took over as chief?

3        A.    That's correct.

4        Q.    All right.  Now just keeping --

5    moving up the organization chart, see if I have

6    it correctly, the office of policy and strategy

7    would ultimately report up to the director of

8    CIS?

9        A.    Correct.

10       Q.    And again, in 2017, for a time was

11   the gentleman James -- I think it's McCament,

12   M-c-C-A-M-E-N-T?

13       A.    M as in Mary, McCament.

14       Q.    Thank you.  Was he the director or

15   acting director for part of 2017?

16       A.    Yes.

17       Q.    Which?

18       A.    He was the acting director.  He was

19   never the director.

20       Q.    And then was he replaced during 2017

21   by Director Francis Cissna, C-I-S-S-N-A?

22       A.    Yes.



Page 21

1      Q.    Then finally now, moving from

2    divisions through the office of policy and

3    strategy, now we are up to the director of CIS.

4          Does the director of CIS ultimately

5    report up to the secretary of the Department of

6    Homeland Security?

7      A.    That's correct.

8      Q.    All right.  And again, just to get

9    our time frames correct, for a portion of 2017,

10   Secretary Kelly headed DHS; is that right?

11     A.    That's right.

12     Q.    And then when he departed, did the

13   acting secretary -- did Duke become the acting

14   secretary of DHS?

15     A.    Yes.

16     Q.    And finally -- and correct me if I'm

17   wrong -- was it early 2018 that Secretary

18   Nielsen took over as the -- the head of DHS?

19          I don't really mean to test you --

20     A.    It was either --

21     Q.    -- on the calendar?

22     A.    -- it was either late 2017 or early



Page 22

1    2018.

2         Q.    Okay.  Okay.  Got it.

3               Let's go back now to your

4    responsibilities as the chief of the

5    International Humanitarian Affairs division.

6               In 2017 what were your

7    responsibilities in that capacity?

8         A.    I engaged in policy making for the

9    agency with respect to the standard host of

10   issues that my division covers, including

11   policy relating to temporary protected status

12   programs, refugee, asylum, and a host of -- of

13   other issues, parol -- humanitarian parol, et

14   cetera.

15        Q.    Did you supervise anyone in that

16   capacity?

17        A.    Yes.

18        Q.    How many people did you supervise?

19        A.    Between three and five.

20        Q.    And what were their duties or

21   titles, broadly speaking?

22        A.    To serve as policy analysts.  And



MAGNA
LEGAL SERVICES

1    one as the deputy chief for the division to

2    help manage all the affairs of the division.

3         Q.    And was that -- in 2017 was the

4    deputy chief Kathy Anderson?

5         A.    Kathryn.

6         Q.    Kathryn --

7         A.    Uh-huh.

8         Q.    -- Anderson.  Thank you.

9         A.    Except at the very beginning of

10   2017.

11        Q.    Was there -- was there someone else

12   who was the deputy chief --

13        A.    She was the acting chief until I

14   returned after inauguration.

15        Q.    You had been senior counselor at the

16   CIS front office through the end of the Obama

17   administration; and then, with the change to

18   the Trump administration, she had been acting,

19   but then you came back, and then she -- she

20   returned to be deputy?

21        A.    She became --

22        Q.    Or --



Page 24

```
 1      A.      -- deputy.

 2      Q.      -- became deputy?

 3      A.      Uh-huh.

 4      Q.      Okay.  I'm going to show you what I

 5  marked as exhibit KA-1.  So you understand how

 6  this will go today, I'm going to -- I'll hand

 7  it to the court reporter.  She'll put a label

 8  on it and give it to you.  I'll give copies to

 9  all of your attorneys so that they can follow

10  along.

11            And throughout the day, you are

12  openly invited to fully familiarize yourself

13  with the document in whatever time it takes

14  you.

15            Occasionally I will be focusing on a

16  particular part of the document, and I'll tell

17  you that in advance.  But you feel free to stay

18  with the document until you're comfortable, you

19  know, answering question.

20            MR. CHO:  Are you using the same

21  exhibits as last week?

22            MR. CONNELLY:  I'm -- any time that
```



Page 25

1    we have used -- that we're reusing an -- or

2    using a same exhibit, I'm keeping that

3    numbering system.  I expect that there'll be a

4    few that we didn't use last week.  And in those

5    circumstances, I'm just going to be using

6    numbers, where I'm going to start, I think, in

7    the 60 range.  Because we left off somewhere in

8    the 50 range last week.

9            MR. CHO:  Okay.

10           MR. CONNELLY:  There'll only -- I --

11   I -- I suspect there'll only be a few of those.

12           MR. CHO:  All right.  The same

13   prefix as last time?

14           MR. CONNELLY:  For all -- I'm going

15   to use -- I'm just going to -- yeah.  For

16   example, this first document, which was the

17   same first document that we showed Kathryn

18   Anderson last week, I'm going to again call it

19   KA-1 because that's what we used it for last

20   week.

21           MR. CHO:  Okay.

22           MR. CONNELLY:  So I -- I'm guessing



1  that almost all the prefixes today are also

2  going to be KA, you know, 1 through something.

3          MR. CHO:  What about the new ones?

4          MR. CONNELLY:  I'm not going to use

5  a prefix.  I'm just -- we're just going to

6  use --

7          MR. CHO:  Okay.

8          MR. CONNELLY:  -- a numbering

9  system.

10          We're doing our best then to --

11  no -- going forwarded to just stay with

12  numbers --

13          MR. CHO:  Understand.

14          MR. CONNELLY:  -- you know, so

15  that --

16          MR. CHO:  Sure.

17          MR. CONNELLY:  It's a little -- be

18  -- be easier and -- going back to them once all

19  of these depositions have concluded.

20          MR. CHO:  That's fine.

21          BY MR. CONNELLY:

22      Q.    KA-is the federal statute more



Page 27

1    formally known as 8 USC Section 1254a, titled

2    "Temporary Protected Status."

3            Ready for a question?

4    A.    Sure.

5    Q.    Okay.  Are you familiar with this

6    statute?

7    A.    I am.

8    Q.    And in the course of your duties at

9    CIS, do you work with this statute?

10   A.    Yes.

11   Q.    Do you regularly make use of it as a

12   part of your CIS duties?

13   A.    Yes.

14   Q.    If you would go with me to the

15   second page of the statute under -- it's in

16   bold, "(b) Designations."

17           Do you see that section?

18   A.    Yes.

19   Q.    And then under that section there

20   are further subcategories:  (A), (B) and (C).

21           Do you see those?

22   A.    Yes.



Page 28

1    Q.    Are you familiar with those sections

2  of this statute?

3    A.    Yes.

4    Q.    And in your -- in your

5  responsibilities, do you help make

6  determinations on whether, for example, armed

7  conflict or earthquakes or other extraordinary

8  and temporary conditions exist in a foreign

9  state as a part of the process of determining

10  TPS status?

11        MR. CHO:  Object to the form.

12        You can answer.

13        THE WITNESS:  Yes.

14        BY MR. CONNELLY:

15    Q.    This is the Designation section.  So

16  I'm going to ask you questions that kind of

17  leaps outside of just the statute.

18        Do you have a role in determining

19  whether foreign countries will be designated

20  for a TPS status?

21        MR. CHO:  Object to the form.

22        You can answer.



Page 29

1              THE WITNESS:  Yes.

2              BY MR. CONNELLY:

3      Q.    Okay.  What role is that?

4      A.    My division leads at the working

5    level the TPS policy process, including

6    relating to TPS designations to help inform the

7    decision of -- of more senior leadership,

8    including up to and through the secretary of

9    Homeland Security.

10     Q.    Let's go now on Page 3 of this first

11   document.  There's another section that begins

12   in bold entitled "Periodic Review,

13   Terminations, and Extensions of Designations."

14             Are you -- are you with me on that?

15     A.    Yes.

16     Q.    Okay.  Similarly, do you play a role

17   in the determination of extensions of TPS

18   status?

19             MR. CHO:  Object to the form.

20             Go ahead.

21             THE WITNESS:  Yes.

22             BY MR. CONNELLY:



Page 30

```
 1      Q.    And tell me is that -- is that the
 2  same, or is it different in some fashion than
 3  how you've just described your role in the
 4  determination of TPS status?
 5            MR. CHO:  Object to the form.
 6            THE WITNESS:  It's the same as I
 7  described my role in broad brushstrokes
 8  relating to the designation process.
 9            BY MR. CONNELLY:
10      Q.    Focusing on the extensions of TPS
11  designations, is there a process within CIS to
12  gather information in order to assist the
13  decision maker in deciding whether or not to
14  extend TPS status?
15      A.    Yes.
16            MR. CHO:  Object to the form.
17            BY MR. CONNELLY:
18      Q.    And could you generally describe for
19  me what that information gathering process is
20  and -- and how you fit into it?
21            MR. CHO:  Object to the form.
22            Go ahead.
```



Page 31

1                    THE WITNESS:  The process for

2     gathering information to inform decision makers

3     relating to the periodic review for TPS

4     designations to make a determination whether to

5     extend or terminate or in some cases

6     redesignate entails reaching out to a -- the --

7     the RAIO, Referee Asylum and International

8     Operations, directorate within USCIS to request

9     a country conditions assessment for the

10    relevant country as well as reaching out to

11    counterparts at the Department of State to

12    initiate their own process of putting together

13    a country conditions assessment and generally a

14    recommendation that is then passed back to my

15    department, my agency and my division.

16                    We use the information provided by

17    the research unit in RAIO as well as the

18    assessment and recommendation provided by the

19    Department of State to then create a decision

20    memo from the director of the agency to the

21    secretary of Homeland Security relating to the

22    TPS designation decision.



Page 32

```
 1       Q.     You mentioned a precondition

 2  assessment?  Did I get that right?  I can't

 3  read my own handwriting.  I'm sorry.

 4              The -- the information that's

 5  gathered by RAIO and by --

 6       A.     Uh-huh.

 7       Q.     -- it's counterpart in the state

 8  department.

 9       A.     Country conditions assessment.

10       Q.     Is that a written document?

11       A.     Yes.

12       Q.     And am I correct also that the

13  decision memo that is created and provided to

14  the head of -- the director of CIS, that -- is

15  that also a written document?

16       A.     Yes.

17       Q.     Is a part of the process in

18  gathering this information an effort to

19  determine the -- the current conditions in a

20  country that is being considered for an

21  extension?

22              MR. CHO:  Object to the form.
```



Page 33

1              You can answer.

2              THE WITNESS:  Yes.

3              BY MR. CONNELLY:

4      Q.    And who -- or how -- how is it

5    determined what aspects of a country's

6    condition are considered or found to be

7    relevant as far as determining whether an

8    extension should be granted?

9              MR. CHO:  Object to the form.

10             THE WITNESS:  Can you repeat the

11   question.

12             BY MR. CONNELLY:

13     Q.    Sure.

14             Travel with me.  Here's where I'm

15   at.  I'm -- I'm at the earliest stage of the

16   process, which, if I understand from you, RAIO

17   and its equivalent state department

18   counterpart, they are kind of most ground level

19   in terms of gathering information about country

20   conditions.

21             Am I -- am I right about that?

22             MR. CHO:  Object to the form.



Page 34

1              THE WITNESS:  That's correct.  RAIO

2    provides a -- an independent country conditions

3    assessment.  State department, we reach out to

4    counterparts there who, in turn, reach out to

5    the regional bureau and post to gather country

6    conditions information that they then use in --

7    in -- along with the -- the statute to provide

8    an assessment about the country conditions and

9    whether the statutory conditions continue to be

10   met with respect to a TPS designation.

11             BY MR. CONNELLY:

12   Q.     And my question now is, for those

13   folks, to the extent, you know what are the

14   type of country conditions that they look at,

15   that that they consider, you know, relevant in

16   order to help the decision makers decide on

17   whether or not to grant an extension?

18             MR. CHO:  Object to the form.

19             THE WITNESS:  They look at country

20   conditions that would appear to be most

21   relevant to the statutory conditions that we

22   are required to look at under INA Section 244.


MAGNA ▶
LEGAL SERVICES

Page 35

```
 1              BY MR. CONNELLY:

 2       Q.    Does your office ever make an

 3  independent assessment of a country's current

 4  conditions beyond the information that has been

 5  provided to it by RAIO or the -- or the state

 6  department equivalent?

 7              MR. CHO:  Object to the form.  Calls

 8  for speculation.

 9              You can answer.

10              THE WITNESS:  Yes.

11              BY MR. CONNELLY:

12       Q.    How does that work?

13              MR. CHO:  Object to the form.

14              THE WITNESS:  At times leadership of

15  the office has conducted or asked others to

16  conduct independent country conditions research

17  that is then included in the decision

18  memoranda.

19              As well, there have been occasions

20  where -- where we, within my division, have dug

21  in a little bit deeper into country conditions

22  research.
```



Page 36

1          With that said, on the whole, our

2    practice has been to -- to rely upon the

3    information provided by the country conditions

4    experts within RAIO and also obviously the

5    assessment provided by state.

6          BY MR. CONNELLY:

7    Q.    And then am I correct, if I

8    understand what you've told me so far, that

9    whether relying -- relying upon RAIO and state

10   or perhaps adding, you know, additional efforts

11   within your own office, that comes together as

12   a decision memo that moves up to the director

13   of CIS?

14   A.    That's correct.

15         MR. CHO:  Object to the form.

16         BY MR. CONNELLY:

17   Q.    Let me ask just about just a few

18   other entities that you can help educate me on

19   what -- what role, if any, they might have in

20   the process considering an extension of TPS for

21   a country.

22         What about -- the acronym is IHAD.



Page 37

1   You can help me out with that.

2          It's a -- it's a USCIS, I think,

3   office?

4      A.    That's my division, the

5   International Humanitarian Affairs Division.

6      Q.    That's easy.  Thank you.  I --

7   because I'm not as familiar with it as you are,

8   I -- it -- it didn't -- it didn't immediately

9   click.  All right.  So we've covered that.

10          What about the SCOPS?

11     A.    The service center operations

12   directorate.  They're the operational

13   directorate that -- that adjudicates the TPS

14   application and associated EAD application.

15     Q.    Explain that a little bit to me.

16          What do you mean by that they

17   adjudicate it?

18     A.    So while we conduct policy for the

19   program, we don't adjudicate individual

20   applications for immigration benefits within

21   USCIS.  Operational components within USCIS,

22   including RAIO, SCOPS, and then the field



Page 38

1    office directorate conduct the actual

2    adjudications of applications and petitions for

3    immigration benefits that the agency

4    administers.

5         Q.    And occasionally I've seen in some

6    contemporaneous 2017 e-mails a reference to

7    Neufeld's office, N-E-U-F-E-L-D-S.

8              I'm guessing that that's a reference

9    to someone who perhaps is in charge of SCOPS in

10   2017?

11        A.    That's correct.  He's in charge of

12   SCOPS.

13        Q.    What -- what's his first name?

14        A.    Don.

15        Q.    And did he remain in charge

16   throughout 2017?

17        A.    Yes.

18        Q.    Do you know whether the role of --

19   of SCOPS regarding the 2017 decision making

20   regarding extension of the Haiti TPS status,

21   whether the role of SCOPS increased or

22   decreased as -- as compared to its role in



Page 39

1    similar extensions?

2            MR. CHO:  Object to the form.

3            THE WITNESS:  Whether its role with

4    respect to the --

5            BY MR. CONNELLY:

6      Q.    The -- the decision to extend and

7    let -- the 2017 decisions regarding Haiti,

8    which I'll represent was first an extension and

9    later a termination?

10           MR. CHO:  Object to the form.

11           THE WITNESS:  SCOPS has generally

12   played the same role with respect to TPS

13   determination, which has generally been

14   confined to providing an operational

15   perspective on the impact of potential TPS

16   decisions.

17           BY MR. CONNELLY:

18     Q.    And to your observation, did it play

19   the same role?

20           And again, I'm just focusing on

21   Haiti.

22     A.    It played the same role.



Page 40

1       Q.      In 2017 has it had in --

2       A.      It provided operational

3   considerations and input, as it had in the

4   past.

5       Q.      All right.  How about RAIO, R-A-I-O;

6   was its analysis on the Haiti situation in

7   2017, to your observation, treated at --

8   similarly to how that analysis had been treated

9   in the past in the -- in this decision making

10  process for extensions?

11              MR. CHO:  Object to the form.

12              THE WITNESS:  No.

13              BY MR. CONNELLY:

14      Q.      What was the difference?

15              MR. CHO:  Same objection.

16              Go ahead.

17              THE WITNESS:  In my view,

18  historically greater deference was given to the

19  report provided by the research unit.

20              BY MR. CONNELLY:

21      Q.      Greater deference had been given

22  prior to 2017?



Page 41

1            MR. CHO:  Object to the form.

2            THE WITNESS:  Yes.

3            BY MR. CONNELLY:

4       Q.    What about -- were there Department

5  of State recommendations in 2017 regarding the

6  TPS status of Haiti?

7            MR. CHO:  Object to the form.

8            THE WITNESS:  Were there

9  recommendations?

10            MR. CONNELLY:  Yes.

11            THE WITNESS:  Yes.

12            BY MR. CONNELLY:

13       Q.    And to your best recollection, were

14  those recommendations followed or ignored;

15  or -- or perhaps some were followed, and some

16  were ignored?

17            MR. CHO:  Object to the form.

18            THE WITNESS:  Were they followed.  I

19  -- it's -- it's a -- that's difficult for me to

20  answer because just because a decision was

21  consonant with a state department

22  recommendation doesn't necessarily mean to me



1    that that recommendation was followed, per se.

2              BY MR. CONNELLY:

3    Q.    Is there -- what's your best

4    recollection in 2017 whether the decisions that

5    were made regarding Haiti were consonant with

6    Department of State recommendations?

7              MR. CHO:  Object to the form.

8              There were two decisions in 2017.

9              Do you wants to clarify --

10             MR. CONNELLY:  Fair --

11             MR. CHO:  -- which one you're

12   referring to?

13             MR. CONNELLY:  Fair point.

14             BY MR. CONNELLY:

15   Q.    Will that -- maybe that will make it

16   easier for you.  So let's break that up.

17             Was the decision in May of 2017 to

18   extend Haiti's TPS status, was that consonant

19   with DOS recommendations at the time?

20             MR. CHO:  Object to the form.

21             THE WITNESS:  I believe it was.  I'm

22   responding tentatively only because I know that



Page 43

1    their recommendation was to extend at least up

2    until the time when the secretary made the

3    decision to extend.

4              We received a formal assessment

5    recommendation subsequent to that decision

6    being made.  And I believe it was also to

7    extend.  But I cannot remember with 100 percent

8    certainty.  It wasn't relevant at that point.

9              BY MR. CONNELLY:

10   Q.    Do -- do -- was -- are you able to

11   recollect -- in the fall of -- of 2017, when

12   ultimately a decision was made to terminate, do

13   you recollect what the Department of State

14   recommendation was at that time?

15             MR. CHO:  Object to the form.

16             THE WITNESS:  Yes.

17             BY MR. CONNELLY:

18   Q.    What was that?

19   A.    I believe it was to terminate.

20   Q.    Okay.  So your best recollection is

21   Department of State had recommended

22   extending -- and -- and I'll -- I'll put it in



Page 44

```
 1    the May 2017 time range -- and then by the fall

 2    of 2017 it recommended terminating?

 3              MR. CHO:  Object to the form.

 4              THE WITNESS:  Yes.

 5              BY MR. CONNELLY:

 6     Q.    I'm going to ask you -- we're not

 7    going to go into any detail.  But again, I'm

 8    just getting an overview with you and some of

 9    the other decision makers.

10              In -- in 2017 did you ever have any

11    conversations with chief of OPS Kathy Nuebel

12    Kovarik about the TPS status of Haiti?

13              MR. CHO:  Object to the form.

14              You can answer.

15              THE WITNESS:  Yes.

16              BY MR. CONNELLY:

17     Q.    Did you ever have any conversations

18    in 2017 with Robert Law on the same topic?

19              MR. CHO:  Object to the form.

20              THE WITNESS:  Yes.

21              BY MR. CONNELLY:

22     Q.    What was Robert Law's position in
```



Page 45

1     2017?

2          A.     He serves as a counselor advisor to

3     the chief of the office of policy and strategy.

4          Q.     Did he -- did he join CIS in 2017?

5          A.     Yes.

6          Q.     Did you have any -- I'll -- I'll

7     take them in order.

8                 Did you have any conversations with

9     Secretary Kelly in 2017 regarding Haiti's TPS

10    status?

11         A.     No.

12                MR. CHO:  Object to the form.

13                BY MR. CONNELLY:

14         Q.     Okay.  And how -- any conversations

15    with his successor Acting Secretary Duke?

16                MR. CHO:  Object to the form.

17                THE WITNESS:  About Haiti --

18                BY MR. CONNELLY:

19         Q.     About Haiti's --

20         A.     -- TPS?

21         Q.     -- yeah, TPS.  Right.

22         A.     No.



Page 46

1        Q.    And finally -- perhaps it would have

2    been -- this would have -- perhaps be in late

3    2017 or early 2018.

4              Any conversations was Secretary

5    Nielsen --

6              MR. CHO:  Object to the form.

7              BY MR. CONNELLY:

8        Q.    -- about TPS -- the TPS status of

9    Haiti?

10             MR. CHO:  Object to the form.

11             THE WITNESS:  No.

12             BY MR. CONNELLY:

13       Q.    Finally, just broadly in terms of

14   conversations, did you ever have any

15   conversations with anyone from the White House

16   in 2017 about the TPS status of Haiti?

17             MR. CHO:  Object to the form.

18             THE WITNESS:  Yes.

19             BY MR. CONNELLY:

20       Q.    And who did you have conversations

21   with?

22             MR. CHO:  Object to the form.



Page 47

1              THE WITNESS:  Personnel from the

2    national security counsel as well as the

3    domestic policy counsel, perhaps others within

4    the umbrella of the White House.

5              BY MR. CONNELLY:

6    Q.    I don't want to go into the content

7    of the conversations, but your best

8    recollection.  I'll take them separately.

9              How often did you speak with anyone

10   at the National Security Council in 2017 about

11   Haiti?

12             And as best you can tell, when would

13   those conversation have occurred?

14             MR. CHO:  Object to the form.

15             THE WITNESS:  With some degree of

16   regularity, meaning perhaps something in the

17   order of monthly.

18             BY MR. CONNELLY:

19   Q.    And would -- were -- were monthly

20   meetings with the National Security Council

21   personnel unusual, or was that a standard part

22   of your process that occurred even prior to



Page 48

1    2017?

2              MR. CHO:  Object to the form.

3              THE WITNESS:  They weren't monthly

4    meetings.  There were meetings, but largely it

5    was more like touching base through e-mail and

6    phone conversations.

7              BY MR. CONNELLY:

8       Q.    And I'm just trying to find out if

9    there -- if that was different or the same, as

10   far as the process goes, as -- as touch points

11   to the National Security Council.

12             Were those about the same or

13   different in the amount of occurrence in 2017

14   compared to earlier years?

15             MR. CHO:  Object to the form.

16             THE WITNESS:  It's varied.  But it

17   was about the same.

18             BY MR. CONNELLY:

19      Q.    Do you recall who the people from

20   the National Security Council were that you

21   would have had conversations or -- or points of

22   contact in 2017?



Page 49

1           MR. CHO:  Object to the form.

2           THE WITNESS:  Yes.

3           BY MR. CONNELLY:

4      Q.    Who are they?

5      A.    This is at the National Security

6    Council.

7      Q.    Yes.

8      A.    A gentleman named Scott Oudkirk.

9      Q.    Maybe you could spell that for the

10   reporter or give it a best try.

11     A.    I'll give it a best try.  I think

12   it's S-C-O-T-T, O-U-D-K-R-I-R-K --

13   O-U-D-K-I-R-K.

14     Q.    What's his position or title?

15     A.    He was a director within the trans

16   border directorate of the National Security

17   Council.  It's called something else now.  I

18   think BIT may be the acronym.

19     Q.    How long had he been with the

20   National Security Council in 2017?

21     A.    He started there in 2017.

22     Q.    Anybody else that you recall having



Page 50

1    contact within the National Security Council --

2         A.    Yes.

3         Q.    -- in 2017?

4               Go ahead.

5         A.    Melissa Bishop.

6         Q.    Okay.  How long had she been there?

7         A.    I don't know.  But I think -- I do

8    not know.

9         Q.    What's her position?

10        A.    I believe she was also a director.

11        Q.    Okay.  Anyone else at the National

12   Security Council?

13        A.    Yes.

14        Q.    Who is that?

15        A.    Jill St. John.

16        Q.    And -- and what -- what is her

17   position, and how long, to your knowledge, was

18   she at the National Security Council?

19        A.    She was also a director, I believe.

20   And I also don't know how long she was there,

21   but I think it predated 2017.

22        Q.    Anyone else at the National Security



1    Council?

2         A.    Yes.  One other gentleman whose name

3    I can't recall for sure who was heading up --

4    was serving as the -- I believe a director for

5    Canada.

6         Q.    Do you know how long he --

7         A.    Do not.

8         Q.    -- had been serving at the National

9    Security Council?

10              You don't know?  Okay.

11              Does that presently exhaust your

12   recollection of the people at the National

13   Security Council that you had communications

14   with in 2017?

15        A.    I -- I -- yes.  There were others

16   present at some of these meetings who were

17   clearly also from the NSC.  But I don't recall

18   who they were.

19        Q.    All right.  Now let's switch to the

20   Domestic Policy Council.

21              Give me a little description of

22   that.



Page 52

```
 1              What -- what is that organization?

 2              MR. CHO:  Object to the form.

 3              You can answer.

 4              THE WITNESS:  It is also a component

 5      of the White House.  It historically is more

 6      focused on domestic policy, while the NSC tends

 7      to be more outwardly focused.  And -- and also

 8      has a -- has -- has been heavily involved in

 9      policy making relating to immigration-related

10      matters.

11              BY MR. CONNELLY:

12      Q.    And I hope this is implicit, but let

13      me make it explicit.

14              Absent my saying to the contrary,

15      all of my questions are related to Haiti.

16      A.    Got it.

17      Q.    So, for example -- but I -- so I'll

18      make it explicit once again.

19              With -- in 2017 did you have

20      conversations or -- or communications with

21      people on the -- I think you told me --

22      Domestic Policy Council regarding Haiti?
```



Page 53

1          MR. CHO:  Object to the form.

2          And with the caveat do not reveal

3    any substantive conversations that you had.

4    With that instruction, you can go ahead and

5    answer.

6          THE WITNESS:  They were -- at least

7    one individual from DPC was involved in a

8    Haiti-related conversation.

9          BY MR. CONNELLY:

10   Q.    Who was that individual?

11         MR. CHO:  Object to the form.

12         You can answer.

13         THE WITNESS:  Veprek.

14         BY MR. CONNELLY:

15   Q.    I'm sorry?

16   A.    Veprek.

17   Q.    Could you spell that name?

18   A.    V-E-P-R-E-K, I believe.

19   Q.    What was that person's

20   responsibility at the Domestic Policy Council?

21         MR. CHO:  Object to the form.

22         THE WITNESS:  I don't know what his



Page 54

1    position was.  He was serving on detail,

2    working as a -- on immigration related matters,

3    among others.

4              BY MR. CONNELLY:

5    Q.    Do you remember when this -- was it

6    a conversation?

7              What -- what was the point of

8    contact with Mr. Veprek?

9              MR. CHO:  Object to the form.

10             THE WITNESS:  He was at one of the

11   NSC meetings I attended.

12             BY MR. CONNELLY:

13   Q.    Okay.  Do you recall approximately

14   when that occurred?

15   A.    It occurred between the May decision

16   and the November decision.

17   Q.    So it occurred sometime between the

18   May decision to extend Haiti and the November

19   decision to terminate Haiti.

20   A.    That is correct.

21   Q.    Okay.  Historically had you ever had

22   any communication or contact with anyone at the



Page 55

1     Domestic Policy Council prior to 2017?

2              MR. CHO:  Object to the form.

3              Without going into any substance,

4     you can go ahead and answer.

5              THE WITNESS:  Yes.

6              BY MR. CONNELLY:

7     Q.    Can you give -- could you give me an

8     example of some earlier time when you had had

9     contact with the DPC?

10             MR. CHO:  Object to the form.

11             You can answer.

12             THE WITNESS:  Sure.  Throughout the

13    last administration in various capacities I had

14    contact, sometimes ongoing contact, with

15    members of DPC.  In particular, when I was

16    working at the National Security Council, we

17    worked hand in glove on any number of matters.

18             BY MR. CONNELLY:

19    Q.    Okay.  I guess maybe I should have

20    been a little more careful in my questioning.

21             Aside from when you were, you

22    know -- when you were off on that assignment.



Page 56

1   I was really speaking in terms of when you were

2   serving in your, you know, current capacity --

3        A.    Uh-huh.

4        Q.    -- as chief of one of the divisions.

5             MR. CHO:  Object to the form.

6             THE WITNESS:  Did I have contact

7   with members of DPC?  And are we again cabining

8   this to Haiti TPS Haiti related?

9             MR. CONNELLY:  No, no.

10            THE WITNESS:  No.

11            MR. CONNELLY:  More broadly.

12            MR. CHO:  Object to the form.

13            Again, we are here on Haiti.  So I

14   would instruct that you do limit your answer to

15   Haiti.

16            MR. CONNELLY:  You know what?

17   Actually, it's probably a better question.

18   Yeah.  I'll -- I'll -- I'll -- let's -- let's

19   start fresh.

20            BY MR. CONNELLY:

21       Q.    Let's -- let's limit it to -- I'm

22   just trying to find out, in your capacity as



Page 57

1    chief, prior to 2017 had you had contact with

2    anyone at DPC regarding Haiti?

3            MR. CHO:  Object to the form.

4            You can answer.

5            THE WITNESS:  Yes.

6            BY MR. CONNELLY:

7    Q.    Can you tell me roughly when that

8    would have occurred?

9            MR. CHO:  Object to the form.

10           Again, without going into any

11   substance, you can answer.

12           THE WITNESS:  During the course of

13   the Obama administration.

14           BY MR. CONNELLY:

15   Q.    Next I'm going to show you what was

16   previously marked, so we will continue to mark

17   it as KA-2A.

18           I only have a few questions that are

19   really quite broad in nature.  But let me know

20   when you're comfortable having reviewed the

21   document.

22   A.    I'm familiar with the document.



Page 58

1        Q.    And this document is -- on its face

2    is -- references 75 FR 3476-02.  And then a

3    little further in the -- in the heading, it

4    says:  "Designation of Haiti for Temporary

5    Protected Status, Thursday, January 21st,

6    2010."

7              Is -- is this document what is, you

8    know, frequently, you know, shortened as -- as

9    far as jargon to -- referred.

10             To inside of CIS as an FRN?

11       A.    Yes.

12             MR. CHO:  Object to the form.

13       Q.    Okay.  And are you familiar with

14   this particular FRN from January of 2010?

15       A.    I am.

16       Q.    Okay.  As a matter of calendar

17   logic, this -- this document was generated

18   prior to your taking over as chief, correct?

19       A.    Yes.

20       Q.    Okay.  In the course of your duties

21   as chief from 2011 through the present, were

22   there times when you, you know, made use of or



Page 59

1    referenced this particular document?

2         A.    Yes.

3         Q.    Okay.  And I'm going to be showing

4    you a series of these documents.

5              If you would turn to Page 3 of this

6    particular document, there's a -- a bolded

7    section of:  "Why is the secretary designating

8    Haiti for TPS?"

9              Do you see that?

10        A.    Yes.

11        Q.    And again, I'm -- I'm -- I'm jumping

12   ahead a little bit, but I'm guessing that

13   you'll be able to tell me.

14             Is -- is that format something that

15   repeats in -- in subsequent FRN documents?

16        A.    Yes.

17        Q.    And so just using this as -- for a

18   -- a general question, once you become chief --

19   and we'll get to the -- the other documents --

20   do you have any input into the content of the

21   section titled "Why is the secretary

22   designating Haiti for a TPS?"



Page 60

1          MR. CHO:  Object to the form.

2          THE WITNESS:  Yes.

3          BY MR. CONNELLY:

4     Q.    Okay.  And what -- what is your

5     input into the content that follows that title?

6          MR. CHO:  Object to the form.

7          Is there a specific time period

8     you're referring to?

9          BY MR. CONNELLY:

10    Q.    You know, after you're chief in

11    2011.

12    A.    Yes.  My offices played a role in

13    either drafting or revising the content put

14    into that section.

15    Q.    I'm going to show you a series of

16    these -- these documents and probably have the

17    same few questions for each of them.  The next

18    one is marked KA-2.

19          Am I correct that this is the FRN

20    for the Haiti extension on May 19th, 2011?

21          MR. CHO:  Object to the form.  The

22    document speaks for itself.



Page 61

1            You can answer.

2            BY MR. CONNELLY:

3       Q.    You can answer.

4       A.    Yes.

5       Q.    I -- I just want to make sure that

6   on the record it's clear we're talking about

7   the same document.  Okay.

8            And I know you became chief in 2011,

9   but I don't know, you know, exactly what time.

10           So tell me were you -- were you the

11  chief at the time that this FRN was generated?

12      A.    No.  I was still at headquarters.

13      Q.    Let's go to the next one then, KA-5.

14           Is this the FRN for the extension of

15  TPS status for Haiti on October 1, 2012?

16      A.    Yes.

17      Q.    Now at this time, you are the chief

18  of IHAD, correct?

19      A.    That's correct.

20      Q.    Did you have any input into the

21  information that follows the question:  "Why is

22  the secretary extending the TPS designation for



Page 62

1   Haiti for TPS through July 22, 2014," which

2   begins on the bottom of Page 3 and extends

3   through -- it appears it extends through, I

4   guess Page 5 of the document.

5           MR. CHO:  Object to the form.

6           THE WITNESS:  Yes, I believe so.

7           BY MR. CONNELLY:

8   Q.    And what was your involvement in

9   generating that information?

10  A.    I think that my division, working

11  with counterparts in USCIS, drafted it.

12  Q.    Do you then review their draft?

13  A.    Yes.

14  Q.    Is that how it works?  Okay.

15          And you are free, I take it, to make

16  edits or suggestions prior to the decision memo

17  moving on up to the chief of OP&S?

18          MR. CHO:  Objection to form.

19          THE WITNESS:  Yes.

20          MR. CHO:  I'm sorry.  To clarify,

21  you are referring to FRN or the decision memo?

22          MR. CONNELLY:  No, I think -- I was



Page 63

1    referring to the decision memo.

2              MR. CHO:  Okay.

3              BY MR. CONNELLY:

4       Q.    As best you are able to recall, is

5    the information that's contained on Pages 3

6    through 5 of this FRN accurate?

7              MR. CHO:  Object to the form.

8              THE WITNESS:  Yes.

9              BY MR. CONNELLY:

10      Q.    I have a few more of these.  Next

11   one is KA-6.

12             Am I correct that this is the FRN

13   for the Haiti extension on March 3, 2014?

14      A.    Yes.

15      Q.    And again, did you have some role in

16   pulling together the information that is

17   contained under the section entitled:  "Why is

18   the secretary extending the TPS designation for

19   Haiti through January 22, 2016?"

20      A.    Can you repeat the question.

21      Q.    Sure.  Why don't I have the reporter

22   read it back.



Page 64

1              THE WITNESS:  Please read it back.

2              (The record was read as requested.)

3              MR. CHO:  Objection to form.

4              THE WITNESS:  Yes.

5              BY MR. CONNELLY:

6       Q.    And again, take your time if you

7    would like.

8              To the best of your recollection, is

9    the information contained in that section of

10   this document?

11      A.    No, I apologize.  No.

12      Q.    Okay.  Help me out.

13             MR. CHO:  Just so the record is

14   clear, what question are you responding to?

15             THE WITNESS:  Whether I had a role

16   in the information that was put together for

17   this section.

18             BY MR. CONNELLY:

19      Q.    Okay.  I'm going to help you a bit.

20   I'm going to suggest something but you're going

21   to get this straightened out.

22             Is this -- might have been, is this



Page 65

1    a possibility this was a time when you were off

2    on an interim assignment?

3        A.    That's right.  I was at NSC during

4    this time.

5              Sorry.  I thought it was -- I was

6    thinking of 2013 and for the extensive period

7    leading up to that, I would have had a role,

8    but given that's 2014, that was a full year

9    after I was at NSC, I would say I had no role.

10       Q.    All right.  Let's do one more

11   document which is a logical break anyway, and

12   then the videographer wants us to stop talking.

13             MR. CHO:  Just so the record is

14   clear, are you redrawing your question about

15   whether the FRN is accurate?

16             MR. CONNELLY:  Yes.

17             MR. CHO:  Okay.  Just so it's clear.

18             BY MR. CONNELLY:

19       Q.    I will give you KA-7.  And I'll

20   represent as you're going to review it, this is

21   August 25, 2015, so you will think back in

22   terms of whether you are back in your chief



Page 66

1    capacity or not.

2              Is this the FRN for the extension of

3    TPS status for Haiti as of August 25, 2015?

4        A.    Yes.

5        Q.    And going back to my notes, am I

6    correct, you would have been serving as chief

7    of IHAD through August, at least through and

8    beyond August of 2015?

9        A.    Correct.

10       Q.    I guess just slightly beyond, in

11   September, you took another leave; is that

12   right; in 2015?

13       A.    I believe I started right at the

14   start of September.  There was a bit of a

15   handoff period in late August.

16       Q.    Okay.  Have I given you enough time

17   to review the document?

18       A.    Yes.

19       Q.    Again, on, you know, similarly

20   formatted on Pages 4 and 5 of this document,

21   the question is posed:  "Why is the secretary

22   extending the TPS designation for Haiti through



Page 67

1    July 22, 2017?"

2              Do you see that?

3         A.    Yes, sir.

4         Q.    And to your best recollection, is

5    the information that is contained under that

6    section for the next two pages accurate?

7              MR. CHO:  Objection to form.

8              THE WITNESS:  Yes, it's accurate.

9              MR. CONNELLY:  Okay.  At the

10   videographer's request, let's take a quick

11   break.

12             THE VIDEOGRAPHER:  Going off the

13   record at 11:00.

14             (A short recess was taken.)

15             THE VIDEOGRAPHER:  We are back on

16   the record at 11:08.

17             MR. CONNELLY:  I have provided the

18   witness with a document marked KA-8, which is

19   -- appears to be a Temporary Protected Status:

20   Calendar Year 2016 Annual Report to Congress.

21             BY MR. CONNELLY:

22        Q.    I am only going to be asking you a



Page 68

1    question about its general format and then the

2    Haiti information on Pages 24 and 25.  In case

3    that helps you better acclimate yourself to the

4    document.

5                MR. CHO:  I'm going to object to the

6    introduction of the exhibit.  It is marked DPP,

7    indicating that it contains deliberative

8    process material, but since it was used at the

9    prior deposition, I will allow questions about

10   the exhibit.

11               I will note as counsel noted last

12   time, that the first page does say insert date

13   on the cover, suggesting that it was possibly a

14   draft document.

15               You can go ahead and answer

16   questions about the document, Mr. Prelogar.

17               BY MR. CONNELLY:

18        Q.    Let me ask first:  Do you have any

19   role in generating the information that is

20   contained in this document?

21        A.    Yes.

22        Q.    What role is that?



Page 69

1      A.    We were SCOPS team, that's the other

2   office, drafts -- drafts these initially, and

3   then I believe they pull content from, for

4   these sections on the designations that largely

5   we were responsible for.

6      Q.    And your lawyer very correctly

7   points out that there is no date on the front

8   of this document.

9           I will represent to you that it's my

10  good-faith belief that a document -- a more

11  final documents of this type was generated on

12  January 27, 2017, but you don't have to accept

13  that as factually accurate.

14          Let me ask you a question:  To your

15  recollection, was there a calendar year 2016

16  annual report like this provided to Congress

17  regarding temporary protected status?

18     A.    Yes.

19     Q.    Do you know whether there was also

20  -- whether there was one in the following year,

21  in other words, was there a calendar year 2017

22  annual report that presumably would have been



Page 70

1    provided sometime near the early part of 2018?

2         A.    Yes.

3         Q.    For the document that you have

4    before you, KA-8, if you will go to Page 24 on

5    to 25, do you see that that section appears to

6    be about Haiti?

7         A.    Yes.

8         Q.    And there is a bold observation near

9    the top of the page which I will quote:  "The

10   information below describing the reasons for

11   the extension of Haiti's TPS designation has

12   been excerpted from the August 25, 2015 Federal

13   Register notice that announced the extension."

14              And does that comport -- if you know

15   at all, is that then what follows for the next

16   two pages, a portion of what had been in the

17   previous FRN notice on August 25, 2015?

18              MR. CHO:  Object to the form.

19              You can answer.

20              Do you want him to compare the two

21   documents?

22              BY MR. CONNELLY:



Page 71

1      Q.    If that's helpful, you are welcome

2   to.  The other document was the one that I just

3   showed you, KA-7.

4      A.    Yes.

5      Q.    And whose office -- I think you may

6   have already told me, but whose office is it

7   that pulls together this information for this

8   annual report?  Is that SCOPS?

9      A.    Yes.

10     Q.    I'm going to hand you KA-9 which is

11  titled:  "Haiti TPS Addendum, last updated

12  February 7, 2017, Hurricane Matthew."

13           MR. CHO:  Same objection.  Again,

14  this document is Bates-numbered DPP, suggesting

15  that it contains deliberative process material.

16           Again, I'm going to allow the

17  witness to answer questions about this exhibit

18  though.

19           BY MR. CONNELLY:

20     Q.    Can you tell me, is this a public

21  document?

22     A.    I can.  It's not.



Page 72

1      Q.    It's not.  So who is this -- who

2   generates this document and for what purpose?

3      A.    The research unit within RAIO

4   generated this document to be included in our

5   Haiti determination, TPS determination process

6   in 2017.

7      Q.    I am not certain the date that this

8   document was generated, at least there is not a

9   date on it although obviously, from some of the

10  internal information, we can roll in and out

11  the general time frame.

12         Do you know with any precision

13  exactly when this document was generated?

14         MR. CHO:  Object to the form.

15         You can answer.

16         THE WITNESS:  Yes, I believe it was

17  generated after the inception of the new

18  administration, current administration, and I

19  believe in February.

20         BY MR. CONNELLY:

21     Q.    All right.  Did you have any role at

22  all in generating the document?



Page 73

1          MR. CHO:  Object to the form.

2          THE WITNESS:  Yes.

3          BY MR. CONNELLY:

4     Q.    What was your role?

5     A.    We directed generating the document,

6  my division.

7     Q.    When you say, "directed," you mean

8  you requested the RAIO research unit to work up

9  the information that is contained in the

10  document?

11     A.    That's correct.

12     Q.    All right.  And then the subhead

13  line on this is Hurricane Matthew.

14          Am I correct, I mean, obviously,

15  take a chance to read it, but is this document

16  largely about Hurricane Matthew and what effect

17  it might have on Haiti and therefore, what

18  effect it might have on the TPS status of

19  Haiti?

20          MR. CHO:  Object to the form.

21          THE WITNESS:  Yes.

22          BY MR. CONNELLY:



Page 74

1          Q.    Did you review the document before

2     it was finalized?

3               MR. CHO:  Object to the form.

4               THE WITNESS:  No.

5               BY MR. CONNELLY:

6          Q.    Am I correct that Hurricane Matthew

7     was an event that occurred sometime around

8     October 2016 and therefore was considerably

9     after the Haitian earthquake of January 2010?

10               MR. CHO:  Object to the form.

11               THE WITNESS:  Yes.

12               BY MR. CONNELLY:

13          Q.    Was Hurricane Matthew in your

14     estimation, was that a current condition in

15     Haiti that might be of some relevance in

16     determining Haiti's TPS status?

17               MR. CHO:  Object to the form.

18               THE WITNESS:  Yes.

19               BY MR. CONNELLY:

20          Q.    This is a document not used last

21     week, so let's just label this Exhibit 60.

22               (Deposition Exhibit 60 was marked



1    for identification.)

2              BY MR. CONNELLY:

3        Q.    Please familiarize yourself as you

4    need to, but I will review for you that I'm

5    going to be asking you about your e-mail on the

6    bottom of the second page, Tuesday, February

7    28, at 6:09 p.m., and then the two e-mails that

8    are on the front page of the document.

9              MR. CHO:  Again, I'm going to object

10   to the use of Exhibit 60 on the grounds that

11   it's Bates-numbered DPP, suggesting that it

12   contains deliberative process material, but I

13   will allow the witness to answer questions

14   about the e-mail.

15             I also object on the grounds that it

16   seems like this e-mail refers to El Salvador

17   and not Haiti, so this e-mail is beyond the

18   scope of this litigation as well.

19             BY MR. CONNELLY:

20       Q.    Are you ready for me to ask you a

21   question?

22       A.    No.



Page 76

1    Q.    Okay.  Let me know.

2    A.    Great.

3    Q.    Okay.  I would like to direct you to

4    the -- your e-mail that is on the bottom of the

5    second page which bears a Bates number of 6092,

6    and your e-mail went out on Tuesday, February

7    28, 2017, to a Josie, J-O-S-I-E, Graziadio,

8    G-R-A-Z-I-A-D-I-O.

9         Who is that person?

10   A.    She was an individual in our office

11   who managed traffic from the executive

12   secretary.

13   Q.    And it also went out to Kathryn

14   Anderson who at the time was your deputy chief?

15   A.    Correct.

16   Q.    And it's regarding the El Salvador

17   TPS; is that correct?

18   A.    Yes.

19   Q.    Your observation, a portion of your

20   observation is:  "Wow, did we just get this?!

21   How absurd."  And then it goes on:  "KA will

22   call you in a bit to discuss and figure how to



Page 77

1    handle."

2              What was it that you found absurd?

3              MR. CHO:  Object to the form.

4    Object on the grounds that this e-mail

5    obviously reflects internal government

6    deliberations.

7              You can go ahead and answer.

8              THE WITNESS:  Just the short

9    turnaround time, I believe, as well as what is

10   typical in assignments coming down from

11   executive secretariat, where there is little in

12   the way of a description provided for the

13   subject matter of the meeting beyond a title,

14   making it difficult to figure out how best to

15   respond with content that would be helpful.

16             BY MR. CONNELLY:

17      Q.    All right.  And if you will go to

18   the first page of the document and to the

19   letter -- I'm sorry, to the e-mail written by

20   Samantha D-E-S-H-O-M-M-E-S to you and others on

21   February 28 at 7:48 p.m.

22             Do you see that?



Page 78

1       A.      Uh-huh.

2       Q.      And near the end of her e-mail, I

3   will pick up and read her -- the last -- the

4   last sentence of the second paragraph:  "We

5   suspect that despite OGC preparing a legal memo

6   for S1, that this notice is purely operational

7   and not changing status to extend the period to

8   apply for TPS extension.  This may be an

9   attempt by the new advisors to air concerns

10  about TPS in general," followed by three dots

11  and I'll close the quote on that.

12              First, can you tell me, OGC, is that

13  Office of General Counsel?

14      A.      Yes.

15      Q.      For Department of Homeland Security?

16      A.      Yes.

17      Q.      And then the reference to S1, who is

18  that?

19      A.      The secretary.

20      Q.      So that would be at the time

21  Secretary Kelly?

22      A.      Correct.


MAGNA
LEGAL SERVICES

Page 79

1    Q.    And now, the last of the e-mails on

2    the chain, the top one is from you a couple of

3    minutes later, and you say:  "KA and I had the

4    same thoughts and conjecture."

5              What were those thoughts and the

6    conjecture that you are referencing there?

7              MR. CHO:  Object to the form.

8              THE WITNESS:  The thoughts and

9    conjecture that I can be certain we were

10   referring to were at a minimum, the suspicion

11   that the El Salvador EAD extension notice was

12   likely the catalyst for leadership to call the

13   meeting.

14             BY MR. CONNELLY:

15   Q.    Could you also -- I'm sorry.

16             I should have brought this up

17   earlier, but in Samantha's e-mail, she makes

18   reference to -- and I quoted this sentence

19   already:  "New advisors."

20             Do you recall that?

21   A.    Uh-huh.

22   Q.    Do you know who that was in



Page 80

1    reference to?

2              MR. CHO:  Object to the form.

3              Answer if you know.

4              THE WITNESS:  I have a suspicion but

5    I can't say with certainty.

6              BY MR. CONNELLY:

7         Q.   Well, could you give me your best

8    estimation of who it was, understanding with

9    the qualification that you are not certain.

10             MR. CHOP:  Object to the form.

11             You can answer.

12             THE WITNESS:  My suspicion would be

13   that it refers to Gene Hamilton among others.

14             BY MR. CONNELLY:

15        Q.   Okay.  Who is Mr. Hamilton?

16        A.   Gene Hamilton ended up serving as a

17   senior level and the primary advisor to

18   Secretary Kelly and then Secretary Duke on all

19   matters immigration-related.  I don't know if

20   the scope of his duties extended beyond that.

21        Q.   When you say, "senior level," was he

22   a part of CIS?



Page 81

1      A.      No, DHS headquarters, the

2    secretary's front office.

3      Q.      All right.  And when did Mr.

4    Hamilton join DHS if you know?

5      A.      I don't know.

6      Q.      Was he a newcomer with the Trump

7    Administration in 2017?

8      A.      Yes.

9      Q.      I'm going to give you KA-11, which

10   is a fairly lengthy e-mail chain.  And I'll

11   point out to you, the only e-mail that I'm

12   going to be questioning you on, and perhaps

13   that will help you in your review of that.

14     A.      Okay.

15     Q.      I'm only going to ask you questions

16   about the e-mail that is on the page, who on

17   the far bottom right says 16, so it's the

18   second to the last page and it's the e-mail on

19   March 2 at 3:46 p.m.

20          MR. CHO:  I'm going to object to

21   Exhibit KA-11 on the grounds that it contains

22   internal government deliberations but I will



Page 82

1    allow questions regarding this document.

2              THE WITNESS:  Okay.

3              BY MR. CONNELLY:

4       Q.    And this e-mail which I have already

5    described as having been -- well, it says it's

6    from USCIS REGS.

7              Do you know what that is a reference

8    to?

9       A.    Yes, that's the regulatory

10   coordination division.

11      Q.    On March 2, 2017, at 3:46 p.m.

12             Let me read -- a portion of that

13   e-mail reads as follows, in the center, first

14   in bold letters, summary, and then:  "The USCIS

15   recommendation memo discusses relevant country

16   conditions in Haiti and explains USCIS's

17   recommendation that the secretary extend the

18   TPS designation of Haiti.  Following a decision

19   by the secretary, the FRN would alert the

20   public that the designations were for TPS of

21   Haiti is being extended effective July 23rd,

22   2017 through January 22nd, 2019."



Page 83

1            And then there -- there's further

2    information in the e-mail.

3        A.    Uh-huh.

4        Q.    So I'd -- I'd simply like to learn

5    from you do you have any role at all in

6    directing or writing or reviewing the USCIS

7    recommendation memo that's referenced here?

8        A.    Yes.

9            MR. CHO:  Object to the form.

10            BY MR. CONNELLY:

11        Q.    And tell me about that.  Just the

12    process.  Not the -- not the content.

13            Just tell me the process of -- of

14    what your role is.

15        A.    We -- we wrote the initial draft.

16        Q.    "We" being IHAD?

17        A.    That's right.

18        Q.    Okay.  And in your initial draft,

19    was it your recommendation that the extension

20    of the TPS status for Haiti go for another 18

21    months?

22        A.    Yes.



Page 84

1           MR. CONNELLY:  Let's go off the

2      record for just a second.

3           THE VIDEOGRAPHER:  We're going off

4      the record at 11:33.

5           (A short recess was taken.)

6           THE VIDEOGRAPHER:  We're back on the

7      record at 11:34.

8           MR. CONNELLY:  I handed the witness

9      KA-12, which is a e-mail chain ending on March

10     29th, 2017.

11          BY MR. CONNELLY:

12     Q.    I am only going to be asking you

13     questions about your e-mail on the bottom of

14     the first page from March 24th, 2017, at 4:21

15     p.m.

16          MR. CHO:  We object to KA-12 on the

17     grounds that it contains internal governmental

18     deliberations.

19          But I will allow questions regarding

20     this e-mail chain.

21          BY MR. CONNELLY:

22     Q.    Ready for a couple of questions?



Page 85

```
 1      A.    Almost.

 2            Great.  Yes.

 3      Q.    Okay.  As I said, I'd like to direct

 4  you to your e-mail on the first page on Friday,

 5  March 24th, at 4:21 p.m.  And the subject of

 6  this memo is "The TPS Haiti memo," correct?

 7      A.    Yes.

 8      Q.    And then on the first -- well, let's

 9  -- let's -- let's just walk through this a bit.

10            Your memo starts out with:  "Hey,

11  Mark.  Thanks for shepherding the TPS memo to

12  SCOPS," S-C-O-P-S, "and OCC for clearance upon

13  completion of the new draft."

14            Tell me who Mark is.

15      A.    He is a -- one of the -- he's a

16  colleague within the -- the regulate --

17  regulation and coordination division --

18  regulatory coordination division.

19      Q.    His last name, for the record, is

20  B-O-I-V-I-N?

21      A.    Yes.  Boivin.

22      Q.    Okay.  When -- and you -- when you
```



Page 86

1    say "Thanks for shepherding the TPS memo," is

2    that -- the reference to "TPS memo" there, is

3    that the same as in the subject line where you

4    reference "TPS Haiti memo"?

5        A.    Yes.

6        Q.    And what -- what memo is that?

7        A.    This is referring to the revised

8    Haiti decision memo that we put together

9    following a meeting at headquarters.

10       Q.    And the memo goes to -- according to

11   your e-mail, it goes to SCOPS and OCC?

12       A.    That's right.

13       Q.    And so, in the usual -- is that the

14   usual procedure of memos of this type --

15       A.    Yes.

16       Q.    -- that that's who they would travel

17   through?

18       A.    Uh-huh.

19       Q.    Correct?

20       A.    Correct.

21       Q.    Okay.  And from there, again, just

22   as a general procedural matter, not necessarily



Page 87

1   in this memo, ordinarily then after SCOPS and

2   OCC look at it, where -- what becomes of the

3   memo?  Where does it -- where does it next

4   travel?

5            MR. CHO:  Object to the form.

6            You can answer.

7            THE WITNESS:  After they review it

8   and we incorporate any edits or any inputs they

9   have, the memo would then be ready to move

10  forward to the front office at USCIS.

11           BY MR. CONNELLY:

12  Q.    Who was it who had requested the

13  refashioning of the initial memo into this

14  revised memo?

15           MR. CHO:  Object to the form.

16           THE WITNESS:  Gene Hamil --

17           MR. CHO:  Again, you can -- you can

18  testify to the extent it doesn't reveal

19  internal government communication or

20  deliberations.

21           Go ahead.

22           BY MR. CONNELLY:



Page 88

1      Q.    Go ahead.

2            MR. CHO:  I think you already

3      answered, but go ahead.

4            BY MR. CONNELLY:

5      Q.    Who was it who had -- who had

6      requested the refashioning of the memo?

7            MR. CHO:  Object to the form.  Same

8      instruction.

9            THE WITNESS:  Gene Hamilton.

10           BY MR. CONNELLY:

11     Q.    To your best recollection, is this

12     the first time that Mr. Hamilton had requested

13     the refashioning of any of the TPS memos --

14           MR. CHO:  Object to the form.

15           BY MR. CONNELLY:

16     Q.    -- that -- that were being generated

17     by CIS?

18           MR. CHO:  Object to the form.

19           You can -- again, to the extent

20     there are any communications that touch on

21     internal governmental deliberations, you can go

22     ahead and answer without revealing those



Page 89

1    communications.

2           THE WITNESS:  To my knowledge, yes.

3           BY MR. CONNELLY:

4    Q.    And then I'm going to quote you.

5    Your third paragraph starts:  "Ultimately we

6    are (USCIS) still going to assess that

7    conditions continue to be met and extension is

8    warranted (we hope), so think an extension FRN

9    is the appropriate one to go" with -- "to go up

10   with the package."

11          I just would like to find out a few

12   things from -- from that sentence.

13          When you say in the second

14   parenthetical "we hope," who is the "we" a

15   reference to?

16   A.    My division.

17   Q.    And am I correct that this

18   essentially says that your division believes

19   that an extension of the FRN for Haiti is the

20   appropriate recommendation to go up with the

21   package?

22   A.    No.  I'm sorry.  That's not --



MAGNA
LEGAL SERVICES

Page 90

1    that's not an accurate --

2        Q.    Okay.

3        A.    -- statement.

4        Q.    Could -- could you tell me then

5    what -- what -- what was inaccurate about -- or

6    how I characterized it?

7        A.    Well, the extension FRN isn't a

8    recommendation.  It accords with the

9    recommendation.

10       Q.    I see.  All right.

11             Next I'm going to quote your next

12   sentence:  "Also, our thinking is we should try

13   to avoid getting in the business of sending up

14   a buffet" -- "buffet of FRNs even if we're

15   including options in TPS decision memos going

16   forward."

17             When you say "our thinking," whose

18   thinking are you referencing?

19       A.    Again, my division.

20       Q.    And -- and then you say right

21   afterwards:  "Our thinking is we should try to

22   avoid."



Page 91

1                 Is the "we" also a reference to your

2    division?

3         A.    Yes.

4         Q.    Okay.  And the reference to a buffet

5    of FRNs, what does that mean?

6         A.    Numerous FRNs to accord with various

7    potential decision outcomes.

8         Q.    Is that a practice that you had

9    previously engaged in, sending up numerous FRNs

10   as opposed to just an FRN?

11                MR. CHO:  Object to the form.

12                THE WITNESS:  No.

13                BY MR. CONNELLY:

14        Q.    And then finally I'd just like -- I

15   just want to find out who these -- by name who

16   these folks are.

17                The rest of your e-mail make a

18   reference to "S1's senior counselor."

19                Who is that?

20        A.    Gene Hamilton.

21        Q.    And S1, that would have been

22   Secretary Kelly?



Page 92

1      A.      Correct.

2              MR. CONNELLY:  I'm going to have to

3      retreat a little bit later in my -- in my

4      questions.  Because I'm -- my documents are

5      scrambled slightly.  But rather than slow down,

6      for the moment I'm just going to jump ahead,

7      and I'll -- I'll figure that out maybe over the

8      lunch break.

9              So I'm going to show you Exhibit 62.

10             (Deposition Exhibit 62 was marked

11     for identification.)

12             MR. CHO:  Again, I'm going to object

13     to Exhibit 62 on the grounds that it contains

14     internal government deliberations and

15     deliberative process materials.  It's also

16     Bates No. DPP 18941.

17             But I will allow the witness to

18     answer questions about the e-mails.

19             BY MR. CONNELLY:

20     Q.      Are you ready?

21     A.      I am.

22     Q.      Great.  Okay.



Page 93

1          The first of the two e-mails on this

2     page comes from a gentleman named Leroy Potts,

3     who's title is given on his e-mail.

4          He's the chief of RAIO directorate;

5     is that right?

6          Chief of research, I guess.

7     A.     Yes, sir.

8     Q.     Okay.  Is Mr. Potts someone that you

9     would have known for some time prior to April

10    13th of 2017?

11    A.     He is.

12    Q.     And his subject is "Haiti TPS,"

13    correct?

14    A.     Yes.

15    Q.     And then part of his e-mail says:

16    "For now I'm hoping you can give me your take

17    on the Haiti TPS decision?  I'd like to know a

18    little bit more about how it was decided

19    current conditions," and then quotes within the

20    e-mail, "'don't merit ongoing TPS designation'

21    and when the current designation will come to

22    an end."



Page 94

1          Is your best recollection that a

2     decision had been made by April 13th of 2017

3     regarding the TPS designation for Haiti?

4          MR. CHO:  Object to the form.

5          You can answer.

6          THE WITNESS:  No.  A decision had

7     not been made by then.

8          BY MR. CONNELLY:

9     Q.    And you respond to Mr. Potts's

10    e-mail --

11    A.    I'm sorry.  That's --

12    Q.    Go ahead.

13    A.    I need greater precision to your

14    question to be able to answer that.

15          What do you mean a decision made?

16    On -- on the designation?

17    Q.    Let's -- well, let's -- let's try

18    and stay within -- within Mr. Potts's e-mail.

19          When he references the Haiti TPS

20    decision, do you recall what it was that he

21    was -- he was referencing by that observation?

22          MR. CHO:  Object to the form.



Page 95

1            THE WITNESS:  I believe he was

2    referencing the recommended decision in the

3    USCIS memo to the secretary.

4            BY MR. CONNELLY:

5        Q.    And was that -- was -- did that

6    recommendation -- was that the recommendation

7    of your division?

8        A.    No.

9        Q.    Whose recommendation was it?

10       A.    The acting director's.

11       Q.    And who was that?

12       A.    James McCament.

13       Q.    Okay.  Was -- was that decision

14   contrary -- or let me -- let's ask this:  Had

15   your division made a recommendation?

16       A.    Yes.

17           MR. CHO:  Object to the form.

18           BY MR. CONNELLY:

19       Q.    Am I correct that your recommend --

20   your division's recommendations was to extend

21   the TPS status for Haiti?

22           MR. CHO:  Again, I'm going to object



Page 96

1    on the grounds that this touches on internal

2    government deliberations.

3            But I will allow the witness to

4    answer.

5            THE WITNESS:  Yes.

6            BY MR. CONNELLY:

7    Q.    Do you recall for how long -- what

8    -- how long the extension was that you

9    recommended?

10           MR. CHO:  Same objection.

11           BY MR. CONNELLY:

12   Q.    6 or 12 or 18 months or something

13   other than any of those?

14   A.    Yes.

15   Q.    How --

16   A.    18.

17   Q.    18.  Okay.

18           So you get back to Mr. Potts inside

19   -- in a little more than 30 minutes.

20           And I'll quote a portion of your

21   e-mail to him:  "I don't think it was RU's fine

22   work on the country conditions nor our original


MAGNA ▶
LEGAL SERVICES

Page 97

1    presentation of them in the decision memo we

2    drafted, that didn't make the cut and lead to

3    the conclusions USCIS should recommend

4    termination."

5             The -- what is the reference to RU's

6    fine work?

7        A.    To their country conditions report.

8        Q.    Do you recall -- does R -- does RU

9    make a recommendation at all regarding

10   extension, or do they simply provide factual

11   information?

12       A.    The latter.

13       Q.    Okay.  And were you being facetious

14   or sincere in -- in -- in referring to that

15   work as fine work?

16       A.    Sincere.

17       Q.    Okay.  And that -- the RU is the --

18   is the area where many Potts worked, correct?

19       A.    Yes.

20       Q.    All right.

21       A.    He's in charge of the division.

22       Q.    Okay.  And then you -- when you go



Page 98

1    on to say "nor our original presentation," is

2    that a reference to the decision memo that you

3    and your colleagues had sent out recommending

4    an extension?

5            MR. CHO:  Object to the form.

6            THE WITNESS:  Yes.  To the portion

7    of it that presented country conditions

8    information.

9            BY MR. CONNELLY:

10   Q.    And when you say "that didn't make

11   the cut," is that a reference to some portion

12   of your decision memo?

13   A.    No.

14   Q.    Okay.  What does that -- what does

15   that refer to?

16   A.    That refers to the decision memo as

17   it was amended and the decision to amend the

18   memo to reflect a different recommendation.

19   Q.    Prior to this incident, do you

20   have -- do you have a recollection of any --

21   while you're the chief, up through April of

22   2017, of your decision memos getting amended



1    after they moved on from your office?

2         MR. CHO:  Object to the form.  I'm

3    gong to instruct the witness not to answer that

4    question because it goes beyond the scope of

5    what's contained in this e-mail and also to the

6    extent that it touches on topics other than

7    Haiti TPS.

8         BY MR. CONNELLY:

9    Q.   Am I correct that you're -- are you

10   going to follow your lawyer's advice not to

11   answer?

12   A.   Yes.

13   Q.   Okay.  Am I correct that you and

14   your division had on prior occasions sent up

15   decision memos not unlike this decision memo

16   regarding Haiti in April 2017?

17   A.   That we sent up decision memos not

18   unlike that one?

19   Q.   Yeah.

20        When I say "not unlike," I just mean

21   in form, not in content.

22   A.   Yes.



Page 100

1      Q.     Okay.

2      A.     We sent up decision memos for TPS

3   decisions including Haiti TPS prior to April

4   13th, 2017.

5      Q.     And can you give me a rough estimate

6   of, you know, how many decision memos your

7   division would have sent up prior to April of

8   2017 regarding either designations or

9   extensions for a TPS status for countries?

10     A.     Dozens.

11     Q.     Okay.  Had -- had any of those

12  decision memos -- had there -- had -- had there

13  been any cuts or exclusions from your decision

14  memos prior to this particular memo on April

15  13th that -- that's referenced on April 13th of

16  2017?

17          MR. CHO:  Object to the form.

18  Again, that goes to internal governmental

19  deliberations.

20          You can answer with that caveat in

21  mind.

22          THE WITNESS:  The decision memos



1    that we drafted and sent forward, to some

2    degree or another, have frequently been subject

3    to amendment as they work through the clearance

4    process within USCIS and beyond.

5              BY MR. CONNELLY:

6        Q.    So would you characterize, you know,

7    how this process played out on this particular

8    memo as being, you know, consistent with the

9    process in general?

10             MR. CHO:  Object to the form.

11             You can answer.

12             THE WITNESS:  No.

13             BY MR. CONNELLY:

14       Q.    How was it not consistent?

15             MR. CHO:  Object to the form.

16             THE WITNESS:  Amendments of the

17   magnitude that took place with this decision

18   memo without any consultation on the matter

19   were not something that I previously

20   experienced.

21             MR. CONNELLY:  KA-16.

22             MR. CHO:  Again, for the record, I'm



Page 102

1    objecting to KA-16 on the grounds that it

2    contains internal government deliberation.

3    It's also Bates No. DPP 18751.

4           But I will allow the witness to

5    answer questions regard this -- these e-mails

6    exchanges.

7           BY MR. CONNELLY:

8    Q.    I'm going to be focused on the top

9    e-mail.  But obviously all of this only covers

10   a page.  So I'll let you review it.

11   A.    Okay.

12   Q.    All right.  And you were the

13   recipient -- let -- no.  Let's see.  You were

14   carbon copied on Kathryn Anderson's April 14,

15   2017 e-mail to Mr. Potts with the subject

16   remaining "Haiti TPS."

17          The -- I'm going to quote from

18   Kathryn Anderson in her e-mail when she states:

19   "We can share more when we talk.  But the short

20   answer is that the decision was a political one

21   by the FO and S1's advisors."

22          First, the FO is a reference to



Page 103

1    field off -- front office?

2         A.    Front office.

3         Q.    That would be the front office of

4    CIS or DHS?

5              MR. CHO:  Object to the form.

6              BY MR. CONNELLY:

7         Q.    If -- if there's a difference.

8         A.    There is a difference.

9         Q.    Okay.

10        A.    She -- I read this as suggesting our

11   front office at USCIS.  It could have meant

12   both.

13        Q.    All right.  And who was the

14   reference to S1's advisors?

15              Who are those folks?

16              MR. CHO:  Object to the form.

17              Again, testify to what you know.

18              THE WITNESS:  The advisors for the

19   secretary, including at the least Gene

20   Hamilton.

21              BY MR. CONNELLY:

22        Q.    Am I correct that the -- this --



1    this e-mail -- the context of this e-mail is

2    still the same topic area as -- as the Exhibit

3    62, which I just showed you, which involves the

4    decision -- the apparent decision to terminate

5    Haiti's TPS status?

6         A.    The decision memorandum recommending

7    that --

8         Q.    Yeah.

9         A.    -- termination.  Yes.

10        Q.    Okay.  So that -- in -- in the

11   second line of Kathryn Anderson's e-mail

12   when -- when there's "But the short answer is

13   that the decision was a political one by the FO

14   and S1's advisors," what did you understand her

15   to be referencing when she said "the decision"?

16             MR. CHO:  Object to the form.

17             THE WITNESS:  The decision to

18   recommend termination of Haiti's TPS

19   designation.

20        Q.    Okay.  And what -- what did you

21   understand her to be saying when she said it

22   was a political -- quote/unquote political one?



1          MR. CHO:  Object to the form.

2          THE WITNESS:  That the decision

3    didn't accord with -- with her and my -- our

4    division's view of what the country conditions

5    married up against the statute -- statute

6    required.

7          MR. CONNELLY:  KA-17.

8          MR. CHO:  Again, I'm going to object

9    to KA-17 on the grounds that it contains

10   internal government deliberations and material.

11   It's also Bates No. DPP 5153.

12          But I will allow the witness to

13   answer questions regarding this e-mail.

14          BY MR. CONNELLY:

15   Q.    Okay?

16   A.    Uh-huh.

17   Q.    All right.  The earlier e-mail was

18   from a gentleman named Ebony, E-B-O-N-Y, Turner

19   T-U-R-N-E-R.

20          Who is -- well, and -- and his

21   title -- it's a male?

22   A.    She's a she.



Page 106

1      Q.    She?  It's a she?  Okay.  Thank you.

2   Okay.

3            So her title is community relations

4   officer at USCIS?

5      A.    Yes.

6      Q.    Okay.  And she is asking several

7   people, yourself included, what were -- what --

8   was there a change in the Haiti recommendation.

9            She also references that:  "I was

10   out of the office and missed the TPS WG call

11   last week."

12           What is -- what is the TPS WG call?

13     A.    TPS working group call.

14     Q.    Is that -- is that an -- is -- is

15   that a regularly scheduled call?

16     A.    Yes.

17     Q.    I don't want to know any of the

18   content of what the working group does.

19           But what's -- what's the nature of

20   the call?

21           Who was involved in it?

22     A.    It's a very working level call



Page 107

1    within USCIS that includes participants from

2    various parts of USCIS who work on Temporary

3    Protected Status programs essentially to

4    coordinate action relating to the

5    administration of the programs.

6         Q.    Is that a -- is that what --

7    regularly scheduled, is that a -- a weekly or

8    how -- what determines how often the call is

9    made?

10        A.    It's either weekly or biweekly.

11        Q.    And in -- in the organizational

12   chart, who's the most senior person within CIS

13   or Department of Homeland Security who would

14   ordinarily be a part of this working group

15   call?

16        A.    A policy analyst.

17        Q.    I'm sorry?

18        A.    A policy analyst or, you know, their

19   equivalent in operations and, you know, their

20   equivalent in -- in counsel's office.

21        Q.    So I take it, from what you just

22   told me, that ordinarily you would not be a



Page 108

1    part of the call?

2        A.    No.  I don't generally join the

3    call.

4        Q.    Okay.  And then the -- in the top

5    e-mail from Guillermo, G-U-I-L-L-E-R-M-O

6    Roman-Riefkohl, R-O-M-A-N, hyphen,

7    R-I-E-F-K-O-H-L.

8             First let me ask you -- it looks

9    like Guillermo has -- has some responsibility

10   within USCIS; is that right?

11       A.    Yes.

12       Q.    What was -- what was his position?

13       A.    He's within the service center

14   operations directorate --

15       Q.    Okay.

16       A.    -- and helps manage the TPS

17   portfolio.

18       Q.    Okay.  And that service center

19   operations role is captured in his -- in his

20   e-mail signature, correct?

21       A.    That's right.

22       Q.    Okay.  And he -- he replies to Ebony



Page 109

1    by saying:  "Yes.  The termination of the TPS

2    designation."

3              And again jumping out of his quote,

4    but this is still -- by -- from the subject

5    line, is the Haiti TPS recommendation that's

6    under the conversation here, right?

7              MR. CHO:  Object to the form.

8              THE WITNESS:  Correct.

9              BY MR. CONNELLY:

10    Q.    Okay.  And then, to pick it up again

11    or to repeat, he -- he says:  "Yes.

12    Termination of the TPS designation.  I have

13    attached the recommendation memo for

14    convenience."

15              What recommendation memo is that?

16              MR. CHO:  Object to the form.

17              THE WITNESS:  The recommendation

18    memo from the director to the secretary on

19    Haiti's TPS designation recommending

20    termination.

21              BY MR. CONNELLY:

22    Q.    And that's the -- that's the same



Page 110

1    recommendation memo that you had referenced,

2    you know, a few minutes ago in -- as you

3    explained the process; is that right?

4              This -- this is the -- what I'll --

5    what I'll describe as a -- as -- as a memo

6    basically from Hamilton, to the best of your

7    knowledge?

8              MR. CHO:  Object to the form.  That

9    mischaracterizes prior testimony.  He hasn't

10   mentioned any memo from Hamilton.

11             BY MR. CONNELLY:

12   Q.    I think you're allowed to answer

13   though.

14   A.    It's the same memo from James

15   McCament, who was serving as the acting

16   director of USCIS to Secretary Kelly.

17             MR. CONNELLY:  Let me look to the

18   videographer.

19             Are we okay?

20             THE VIDEOGRAPHER:  Another half

21   hour.

22             MR. CONNELLY:  KA-15.



Page 111

1          MR. CHO:  I'm going to object to

2     KA-15 on the grounds that the e-mails contain

3     internal government deliberations.  The first

4     page is Bates-numbered DPP 3286 but I will

5     allow the witness to answer questions regarding

6     these e-mail exchanges.

7          BY MR. CONNELLY:

8     Q.    I will let the deponent know, I'm

9     going to be asking about the first in sequence

10    and therefore last on these -- on this long

11    e-mail string, the very last e-mail on Page

12    3296, and then the very first e-mail which is

13    on Page 3286, which heads the chain and

14    therefore is the latest in time.

15          Have you had a chance to review it?

16    A.    I did.  Thank you.

17    Q.    Okay.  If we could go to the last

18    page which is an e-mail from Kathy Nuebel

19    Kovarik on April 7, 2017.  That was sent to you

20    and to Kathryn Anderson and to a gentleman

21    named Mark Phillips.

22          Can you tell me who Mark Phillips



Page 112

1    was?

2         A.    Mark Phillips is chief for the

3    residence and naturalization division within

4    OP&S, a sister division of my division.

5         Q.    Do you know, is Mr. Phillips

6    ordinarily involved in assisting at all in

7    making decisions about either terminations or

8    extensions of TPS status for countries?

9         A.    No, he is not.

10              MR. CHO:  Object to form.

11              THE WITNESS:  No.

12              BY MR. CONNELLY:

13        Q.    And the subject is:  "TPS data."

14              Do you know whether this was -- from

15   having reviewed the full e-mail chain, was --

16   what -- the request from Kovarik, and I'll read

17   it in a moment.

18              Was it limited to -- well, first of

19   all, let me ask:  Was the request focused on

20   gathering information about Haiti?

21        A.    Yes.

22        Q.    Was it strictly Haiti or was it



Page 113

1    Haiti plus other countries, best you recall?

2        A.    Strictly Haiti.

3        Q.    Okay.  Now I'll quote from her

4    e-mail:  "Hey there.  I am hoping you guys can

5    help pull some data to the extent possible by

6    the end of the day.  Aside from that chart

7    already provided with the country/year/number

8    of TPS holders, here is what I need."

9              Let me stop right there.  TPS

10   holders, is that -- are those also sometimes

11   referred to as TPS beneficiaries?

12       A.    Yes.

13       Q.    And are those -- essentially, are

14   those people -- well, let's use -- we'll use

15   Haiti as an example.

16             They are Haitians who by and large

17   are not living in Haiti and they are allowed to

18   remain outside of Haiti because of the TPS

19   status?

20             MR. CHO:  Object to the form.

21             THE WITNESS:  Allowed to remain

22   outside of Haiti because of TPS?



1          BY MR. CONNELLY:

2     Q.    Well, I just -- let me break that

3  down a little bit.

4          Is TPS holders -- is the synonym for

5  TPS holders, TPS beneficiaries?

6     A.    Yes.

7     Q.    Okay.  Whichever phrase you use, why

8  don't you explain rather than I presume, who

9  are those people?

10     A.    TPS beneficiaries are individuals

11  who have applied for and been granted temporary

12  protected status by the U.S. Government, and by

13  attaining that status, they are able to remain

14  in the United States during the duration of the

15  designation.

16     Q.    In April of 2017, can you give me a

17  ballpark estimate of approximately how many TPS

18  beneficiaries were in the United States at that

19  time?

20          MR. CHO:  Object to the form.

21          THE WITNESS:  Tens of thousands.

22  There were something of the order of 58,000



1    some-odd, 59,000 Haiti TPS beneficiaries.  I

2    think that based on some of the statistics that

3    we gather regarding advance parole and travel,

4    that based on those numbers alone and with some

5    assumptions built in, it's safe to say that

6    easily tens of thousands.

7              BY MR. CONNELLY:

8        Q.    All right.  And then picking up

9    again in Kathy Nuebel Kovarik's e-mails, after

10   she says here is what I need, there are five

11   bullet points and I'll read them.  "Details on

12   how many TPS holders are on public and private

13   relief," and the next:  "Any demographic data,

14   including how many with TPS are school-aged

15   kids."

16             Third point:  "How many have been

17   convicted of crimes of any kind (any

18   criminal/detainers that you can find.)  Next:

19   "How often do they travel back and forth to the

20   island," and then finally:  "Remittances" --

21   R-E-M-I-T-T-A-N-C-E-S "data."

22             So Kathy Nuebel Kovarik is asking



1    you and your -- and the other people on this

2    e-mail to see what you could do as far as

3    providing her with this information, correct?

4           MR. CHO:  Objection to form.  Also

5    object on the grounds that this contains

6    internal government deliberations, but the

7    witness can answer the question.

8           THE WITNESS:  Yes.

9           BY MR. CONNELLY:

10   Q.    Okay.  Had you ever previously been

11   asked or on your own initiative pulled

12   information on the details on how many TPS

13   holders were on public and private relief in

14   the United States?

15          MR. CHO:  Again, object on the

16   grounds that that is touching upon internal

17   government deliberations, but the witness can

18   answer if he can.

19          THE WITNESS:  No.  I had not been

20   asked that before.

21          BY MR. CONNELLY:

22   Q.    Had you ever been asked before about



1   any demographic data including how many with

2   TPS are school-aged kids?

3          MR. CHO:  Same objection on the

4   grounds of internal government deliberations

5   but the witness can answer.

6          THE WITNESS:  I have not been asked

7   -- I had not been asked before on demographic

8   data that included how many TPS beneficiaries

9   for a certain country were school-aged

10  children.

11         BY MR. CONNELLY:

12     Q.    Had you ever been -- previously been

13  asked how many TPS holders had been convicted

14  of crimes of any kind?

15         MR. CHO:  Same objection.

16         You can answer.

17         THE WITNESS:  No.

18         BY MR. CONNELLY:

19     Q.    Had you ever been -- previously been

20  asked how often TPS holders traveled back and

21  forth to the island, presumably that's Haiti?

22         MR. CHO:  Same objection again.



Page 118

1    These are internal government deliberations but

2    the witness can answer.

3              THE WITNESS:  No.

4              BY MR. CONNELLY:

5         Q.    And finally -- first tell me, do you

6    have an understanding of what is the phrase

7    remittances data, what does that convey?

8         A.    I understand that to convey the

9    amount of money the Haitian diaspora is sending

10   back to Haitians in country.

11        Q.    Prior to the request by Kathy Nuebel

12   Kovarik in April of 2017, had you ever been

13   asked to gather that type of data before?

14             MR. CHO:  Again, just to clarify,

15   are your questions related just to Haiti or --

16             MR. CONNELLY:  Just to Haiti.

17             MR. CHO:  Same objection as well.

18   Again, these are internal government

19   deliberations but the witness can answer.

20             THE WITNESS:  No.

21             BY MR. CONNELLY:

22        Q.    Would any of these five requests by



1    Kathy Nuebel Kovarik, would that information

2    have anything to do with the current conditions

3    on the island of Haiti?

4              MR. CHO:  Object to the form.

5    Vague.  Again, also calls for internal

6    government deliberations but you can answer if

7    you can.

8              THE WITNESS:  Would this

9    information --

10             BY MR. CONNELLY:

11   Q.    Yes.

12   A.    -- have anything to do with --

13   Q.    The current conditions.

14   A.    -- current conditions in Haiti?

15   Q.    Yes.

16   A.    Yes.

17             MR. CHO:  Same objection.

18             BY MR. CONNELLY:

19   Q.    How so?

20             MR. CHO:  Same objection.  Again,

21   you can answer the question, but I object on

22   the grounds that this is internal government



Page 120

1   deliberations.  Go ahead.

2           THE WITNESS:  I think that it's

3   possible that the amount of relief individuals

4   here in the United States are receiving could

5   have an impact on the amount of assistance they

6   could provide to family members back home.

7   Demographic information could give you some

8   idea of how many individuals here would be, for

9   instance, of productive working age were they

10  back in Haiti.

11          How often people travel back and

12  forth to the island could have some

13  relationship to conditions back home.

14  Remittance data is clearly relevant to

15  conditions back home, given the percent of the

16  Haitian GDP that is composed of remittances.

17          BY MR. CONNELLY:

18  Q.   If you will go to the very first

19  e-mail in this chain, it is again from Kathy

20  Nuebel Kovarik and she says to a number of

21  people:  "All.  Thanks so much for your help on

22  these data requests.  I do want to alert you



Page 121

1    all however that the secretary is going to be

2    sending a request to us to be more responsive."

3              Is the reference to secretary, would

4    that be Department of Homeland Security

5    Secretary Kelly?

6              MR. CHO:  Object to the form.

7              THE WITNESS:  Yes.

8              BY MR. CONNELLY:

9    Q.    And then she goes on:  "I know that

10   some of it is not captured but we will have to

11   figure out a way to squeeze more data out of

12   our systems so we may as well get started.

13   Thanks again."

14             What did you understand her to be

15   requesting when she said, "we will have to

16   figure out a way to squeeze more data out of

17   our systems?"

18             MR. CHO:  Object to the form.

19             THE WITNESS:  Clear more complete

20   information directly responsive to the data

21   inquiries.

22             BY MR. CONNELLY:



Page 122

1      Q.    And what, if anything, did you do in

2   response to that request from her?

3              MR. CHO:  Object to the form.

4              THE WITNESS:  I don't recall any

5   further immediate action responsive to that

6   statement.

7              BY MR. CONNELLY:

8      Q.    KA-18.

9              MR. CHO:  Again, I object to KA-18

10  on the grounds that it contains internal

11  government deliberations.  It's also

12  Bates-numbered, first page, DPP 6080, but the

13  witness can answer questions regarding this

14  e-mail exchange.

15             BY MR. CONNELLY:

16     Q.    To give you a heads up while you're

17  reviewing, I am simply going to be asking you

18  about your observation which is the top memo.

19             Ready?

20     A.    I'm ready.

21     Q.    And so for the record, most of this

22  document is a New York Times editorial piece



Page 123

1   about Haiti and its TPS status.

2           I just would like to understand what

3   you are -- when you state:  "Right?  Give me a

4   break."

5           In your Sunday, April 30, 2017

6   e-mail to Kathryn Anderson with the subject of

7   that e-mail being:  "The New York Times

8   Editorial," what did you mean by making those

9   observations?

10          MR. CHO:  Object to the form.

11          THE WITNESS:  I was expressing

12  agreement with Kathryn's observation in the

13  e-mail preceding it and some degree of

14  incredulity.

15          BY MR. CONNELLY:

16     Q.    So by way of context, the e-mail

17  that preceded yours from Kathryn to you --

18  well, it took you about 20, 25 minutes to

19  respond, but her e-mail to you was:  "I

20  especially appreciated that they noted, the

21  memo did cite a bunch of horrible conditions

22  but then somehow reached the wrong conclusion."



Page 124

1          And was that -- was that also your

2     belief that the memo referenced -- the internal

3     memo referenced the New York Times article, did

4     cite a bunch of horrible conditions, but at the

5     same time concluded that the TPS status for

6     Haiti should be terminated?

7          MR. CHO:  Object to the form.  Also

8     on the grounds it's internal government

9     deliberations, but you can answer.

10          THE WITNESS:  Yes.

11          BY MR. CONNELLY:

12     Q.    And to be clear, am I right that

13     your observation:  "Give me a break," was

14     essentially a way of conveying that you also

15     disagreed with the conclusion to terminate the

16     TPS status for Haiti?

17          MR. CHO:  Object to the form.  It

18     touches on government -- internal government

19     deliberations, but also mischaracterizes entire

20     testimony and facts not in evidence.

21          I think you might want to rephrase

22     your question.  The way that's phrased, it's



Page 125

1    not correct in terms of the termination of

2    Haiti's TPS as of April 2017.

3              BY MR. CONNELLY:

4         Q.    I will be happy -- if you have

5    trouble answering the question, I will be happy

6    to rephrase it.  I don't mean to go over your

7    attorney, but it's most important, you know, if

8    you have difficulty with a question, I am glad

9    to rephrase it.  Do you need it rephrased?  If

10   not, you can answer the question.

11        A.    I think that I probably heard the

12   question as you had intended it rather than as

13   you said it.  Do you mind --

14        Q.    No.

15        A.    -- restating the question?

16        Q.    No, no.  Not at all, not at all.

17             Did you -- was it your belief that

18   it was a wrong conclusion to terminate the TPS

19   status of Haiti?

20             MR. CHO:  What time period are you

21   referring to?

22             BY MR. CONNELLY:



1      Q.     In -- as of April 30, 2017.

2             MR. CHO:  Again, object to the form.

3    Those are facts not in evidence, but I don't

4    know if you are misunderstanding time period,

5    but Haiti termination -- TPS for Haiti was not

6    terminated in April 2017.

7             MR. CONNELLY:  I understand.  All

8    right.

9             BY MR. CONNELLY:

10     Q.     I am really referencing the -- what

11   the memo suggested that it should be

12   terminated.

13     A.     Yes.

14     Q.     And you disagreed with the

15   conclusion of that memo, correct?

16            MR. CHO:  Object to the form.

17   Again, those are internal government

18   deliberations but you can answer if you can.

19            THE WITNESS:  Correct.

20            BY MR. CONNELLY:

21     Q.     And is that what you were -- and is

22   your observation, give me a break, tell me what



Page 127

 1    that means if anything as far as your views on

 2    the conclusion reached in the memo cited in the

 3    New York Times.

 4              MR. CHO:  Objection.  Asked and

 5    answered.

 6              He already answered that question

 7    about five minutes ago.  He can answer again if

 8    he can.

 9              THE WITNESS:  Yeah, I think it's

10    largely expressive of my -- my contention that

11    the country conditions and the statutory

12    requirements suggested a different decision.

13              BY MR. CONNELLY:

14       Q.    And in your view, that different

15    decision would have been to extend the TPS

16    status, correct?

17              MR. CHO:  Objection.  It'd be --

18              BY MR. CONNELLY:

19       Q.    Correct?

20              MR. CHO:  Object to the question

21    also on the grounds that this is again internal

22    government deliberations.



Page 128

1              But you can answer within the

2    confines of this e-mail, KA-18.

3              THE WITNESS:  Yes.  That is

4    consistent with what's expressed here.

5              MR. CONNELLY:  I am looking to the

6    videographer.

7              Are we closing in on another change?

8              I'm sorry?

9              THE VIDEOGRAPHER:  Yes.  This is

10   time.

11             MR. CONNELLY:  Okay.  So let's go

12   off the record.

13             And then I'll let you guys -- do you

14   guys want to break for lunch?  You want to --

15   you want to go a little bit and then -- and

16   then --

17             MR. CHO:  What is your preference?

18   Where are you --

19             MR. CONNELLY:  Really, really, you

20   guys -- I -- I want to really -- genuinely, I

21   want to accommodate you guys.  Whatever you'd

22   prefer to do.  I don't know what your, you



Page 129

1    know, body clocks say.

2            You want to confer and think about

3    it and let me know?  I -- whatever -- whatever

4    you like.

5            MR. CHO:  How much more do you have?

6            THE VIDEOGRAPHER:  We're going off

7    the record at 12:35.

8            (A short recess was taken.)

9            THE VIDEOGRAPHER:  We're back on the

10   record at 1:30.

11           MR. CONNELLY:  All right.  I'm going

12   to give the witness KA-21.  It's an -- which is

13   an e-mail string ending on May 8th, 2017, his

14   e-mail to Kathryn Anderson.

15           BY MR. CONNELLY:

16      Q.    It runs several pages.  I'm only

17   going to be asking you questions about the

18   first page.

19           MR. CHO:  I think I'm going to

20   object to KA-21 that these e-mail exchanges

21   contain internal government deliberations, but

22   will allow the witness to answer questions



Page 130

1    regarding the e-mail.

2              BY MR. CONNELLY:

3         Q.    Are you ready to answer some

4    questions?

5         A.    Yes.

6         Q.    Okay.  Well, as I mentioned, I'm

7    just going to have you focus on the first page

8    of this chain e-mail and first direct your

9    attention to the e-mail from Leroy Potts on May

10   1, 2017, at 3:40 p.m., to you and others with

11   the subject line being:  "TPS's data."

12             He then indicates:  "Unfortunately,

13   conditions in Haiti remain difficult.  Please

14   see below," and then provides five different

15   bullet points.

16             You've had a chance to review those

17   bullet points?

18        A.    Yes.

19        Q.    Okay.  And are those -- are those

20   observations made by Mr. Potts, are those

21   consistent with your understanding at least as

22   of May 1 of 2017, what the current conditions



Page 131

1    in Haiti were?

2              MR. CHO:  Object to the form.

3              THE WITNESS:  Yes.

4              BY MR. CONNELLY:

5         Q.    And then the top e-mail, which is

6    written by you to Kathryn Anderson on May 8,

7    2017.  Because I deposed Ms. Anderson last

8    week, I already have some understanding of this

9    memo I think, but I'm going to make sure that

10   I, you know, see if I have it right.

11             First of all, when you begin the

12   memo, "Roy/Tom," I take it Roy was probably

13   Leroy Potts; is that correct?

14        A.    Yes.

15        Q.    And then Tom is who?

16        A.    Tom Perkowski.

17        Q.    What role does Mr. Perkowski have

18   regarding TPS status?

19        A.    He works for Roy and he covers the

20   region that includes Central America and the

21   Caribbean.

22        Q.    All right.  Am I correct that the --



1    this is a -- your e-mail is a draft e-mail that

2    you were planning on sending to Roy and Tom,

3    but initially, you are sending it to Kathryn

4    Anderson to get some input from her?

5         A.    Yeah.  It looks like we met with

6    Kathy and she had conveyed instruction orally,

7    and so I am flipping it to Kathryn to make sure

8    that it, you know, fairly encapsulates what

9    Kathy's instructions to us were.

10        Q.    Do you know, did you eventually send

11   out -- obviously, this goes to Kathy, not to

12   either Roy or Tom, but do you know whether you

13   ultimately sent out an e-mail or somehow

14   conveyed the information in this e-mail to Roy

15   and Tom?

16        A.    Yes.

17        Q.    I don't have that e-mail.

18              Is your best recollection that the

19   final e-mail to these two gentlemen was largely

20   consistent with what is in this draft?

21              MR. CHO:  Object to the form.

22              THE WITNESS:  I am confident of



Page 133

1    that, yes.

2              BY MR. CONNELLY:

3       Q.    In your -- in the e-mail that we are

4    looking at, the third numbered point in the

5    last information in your draft e-mail, I'll

6    quote:  "No. 3, information regarding the

7    reconstruction of the presidential palace and

8    what that suggests regarding the government of

9    Haiti post-earthquake recovery and capacity."

10             Do you see that?

11      A.    I do.

12      Q.    Was that an information item that

13   your team had been asked to look into by Kathy

14   Nuebel Kovarik?

15             MR. CHO:  Object to the form.

16   Object on the grounds that it seeks information

17   relating to internal government deliberations,

18   but the witness can answer limited to what is

19   contained here in the e-mail.

20             THE WITNESS:  I believe the answer

21   to that is yes, that that was an addition

22   requested by DHS headquarters that was conveyed



Page 134

1    either directly to us with Kathy looped in as

2    well, or more likely directed to Kathy directly

3    who then passed it along to us.

4              BY MR. CONNELLY:

5         Q.    And as far as taking a look at

6    current conditions in Haiti for this decision

7    memo, can you tell me, you know, what

8    significance, if any, there would be to

9    understanding current conditions by focusing on

10   the reconstruction of the presidential palace?

11             MR. CHO:  Object to the form on the

12   grounds that it seeks internal government

13   deliberations but the witness can answer based

14   on what is contained here in the e-mail.

15             THE WITNESS:  The question is what

16   relevance -- what relevance I think

17   reconstruction of the presidential palace has

18   in evaluating country conditions in Haiti?

19             BY MR. CONNELLY:

20        Q.    Yes.  And let me refine that

21   slightly just to say, what level of relevance

22   if any?



Page 135

1            MR. CHO:  Same objection.  Also, it

2      calls for a legal conclusion.

3            But the witness can answer if he

4      can.

5            THE WITNESS:  When I wrote this

6      e-mail, I didn't have a firm notion of what

7      relevance or -- I suppose most accurately, I

8      questioned the relevance of reconstruction of

9      the presidential palace as a salient and

10     relevant country condition.

11            But also thought it worth seeking

12     the opinion of our research experts as to what

13     they believed one might be able to infer about

14     Haiti's earthquake recovery and capacity from

15     the reconstruction of the presidential palace.

16            BY MR. CONNELLY:

17     Q.    KA-25.

18            MR. CHO:  I'm going to object to

19     KA-25 on the grounds that these e-mail chains

20     contain internal government deliberations.

21     Notwithstanding that objection, the witness can

22     answer questions regarding this exhibit.



Page 136

1          BY MR. CONNELLY:

2     Q.    I am only going to be focused on

3    your e-mail which begins at the very bottom of

4    the first page, giving us that it is your

5    e-mail to Kathryn Anderson and then the short

6    e-mail itself which is on the top of the second

7    page, which is Bates-stamped 8095.

8          MR. CHO:  In case I haven't, I do

9    object on KA-25 again on the deliberative

10   process privilege.  These e-mail exchanges do

11   contain internal government deliberations, but

12   the witness may answer questions about the

13   e-mail just so the record is clear.

14         THE WITNESS:  Okay.

15         BY MR. CONNELLY:

16    Q.    All right.  Let me -- first, I'm

17   going to be asking you about a series of dates

18   that are close in time to Saturday, May 20,

19   2017, which is the last on the e-mail chain.

20         First, the next document I am going

21   to show you is the FRN for Haiti, which I will

22   represent to you was published on Wednesday,



Page 137

1    May 24.  So that is a few days after Saturday,

2    May 20.

3            Do you recall, prior to the actual

4    publication of the FRN, was there a public

5    announcement preceding the publication of the

6    FRN that the Haiti's TPS status was going to be

7    extended for six months?

8        A.    Yes, announcement preceded FRN.

9        Q.    Do you remember when that

10   announcement was made?

11       A.    The exact date?

12       Q.    Yeah.  Well -- or more specifically,

13   whether before or after, right now, I have got

14   you bracketed Saturday, May 20, and four days

15   later, Wednesday, May 24, is the FRN.

16           I don't know if that helps you in

17   terms of your best recollection of when the

18   public announcement was made.

19       A.    My best recollection is that the

20   public announcement was made that Monday,

21   because I think this followed the -- I think we

22   made the first announcement on a Monday,



1   because we did a press call following the

2   weekend when I was away.

3       Q.    When you say you did a press call, I

4   have become familiar with the concept of an

5   embargoed media call.

6             Is that a phrase that has meaning to

7   you?

8       A.    Yes.

9       Q.    What is an embargoed media call?

10      A.    A call with standard media outlets,

11  the information from which may not be used or

12  released until a certain time that takes place

13  after the meeting or call.

14      Q.    Is your best recollection that the

15  embargoed media call regarding the decision on

16  Haiti would have been made, what, slightly

17  before the public announcement?

18      A.    Yes.

19      Q.    And again, any -- just a best

20  recollection, I am just trying to get general

21  time frames.

22            Can you tell me was it at or near



Page 139

1   Monday, May 22, when the media call would have

2   been made then followed by the announcement?

3       A.    I think that's right.  I think we

4   did the media call in the morning.  I think it

5   was a Monday and then the announcement followed

6   thereafter.

7       Q.    Did you frequently -- whether it was

8   for Haiti or any other country, which would be

9   either there was a determination of a TPS

10  status or an extension of a TPS status, did you

11  frequently take part in embargoed media calls

12  prior to the public announcements?

13      A.    No.

14      Q.    Maybe another way that I might come

15  at it, how unusual was it to have an embargoed

16  media call when there was an upcoming extension

17  decision for a TPS status?

18            MR. CHO:  Objection.  Object to the

19  form.

20            THE WITNESS:  It was unusual.

21            BY MR. CONNELLY:

22      Q.    Had you done one previously?



Page 140

1           MR. CHO:  Object to the form.

2           THE WITNESS:  An embargoed media

3    call prior to an announcement relating to?

4           BY MR. CONNELLY:

5    Q.    TPS status.

6    A.    A TPS submission?

7           MR. CHO:  Object to the form.

8           BY MR. CONNELLY:

9    Q.    Whether a designation or an

10   extension.

11   A.    I don't believe so.

12   Q.    Was that call made at your

13   initiative, or did you participate in the call

14   at the request of someone?

15          MR. CHO:  Object to the form.

16          THE WITNESS:  At the request of

17   someone.

18          BY MR. CONNELLY:

19   Q.    Who requested that you participate?

20          MR. CHO:  Object to the form.

21          THE WITNESS:  DHS headquarters, OPA.

22          BY MR. CONNELLY:



1      Q.     Do you recall the particular person?

2             MR. CHO:  Object to the form.

3             THE WITNESS:  I think David Lapan or

4      Lapron.

5             BY MR. CONNELLY:

6      Q.     That's, I think, L-A-P-I-N?

7      A.     L-A-P-A-N, L-A-P-L-A-N.

8      Q.     All right.

9      A.     Wanted subject matter experts

10     present.

11     Q.     And what's your best recollection of

12     who on the government side participated in the

13     embargoed media call?

14     A.     Kathryn and I did, I think Angela

15     Hirsch for USCIS, David did, is it -- Joanne

16     Talbot maybe and David Lapan.

17     Q.     Who is -- what part of the

18     organization is Talbot with?

19     A.     I think she was OPA, public affairs

20     headquarters as well.

21     Q.     I don't know -- I do not want to

22     know the content but, do you have a



Page 142

1    recollection, was there some type of a

2    preparation session by you and the others who

3    eventually were a part of the embargoed media

4    call?

5              MR. CHO:  Objection to form.  Also

6    calls for internal government deliberations,

7    but the witness can answer subject to those

8    limitations.

9              THE WITNESS:  Yes.

10             BY MR. CONNELLY:

11      Q.    And who was a part of that

12   preparation process beyond the folks that you

13   -- if anyone, beyond those folks that you've

14   already mentioned to me.

15             MR. CHO:  Same objection.

16             You can answer.

17             THE WITNESS:  A number of people

18   were involved in preparing for the call from

19   DHS headquarters as well as USCIS.

20             BY MR. CONNELLY:

21      Q.    Was there -- was that a single

22   preparation session or more than one?



Page 143

1      A.    As I recall, we prepared -- we

2  worked on talking points, essentially, you

3  know, a script and responses to anticipated

4  questions, over the course of -- which is

5  standard for preparing for calls with the

6  media, over the course of largely, the Sunday

7  and maybe Monday morning in advance of the

8  call, you know, and then as well as a brief

9  pre-meet before the call took place itself.

10     Q.    And is it fair to conclude that by

11 Saturday, May 20th, you were aware of the plan

12 to extend the TPS status of Haiti for another

13 six months?

14         MR. CHO:  Object to the form.

15         THE WITNESS:  Yes.

16         BY MR. CONNELLY:

17     Q.    And I'm going to ask you, then we

18 will get to the document finally.  My

19 understanding is that on Friday, May 19,

20 Kathryn Anderson had a meeting that included

21 Deputy Secretary Duke and others.

22         Were you a part of that meeting?



Page 144

1      A.    No.

2      Q.    Now, focusing on KA-25 and in

3  particular, the part of the e-mail string which

4  is your e-mail on Saturday, May 20, at 9:58

5  a.m., subject line is:  "Haiti Comms,"

6  C-O-M-M-S.

7            What is C-O-M-M-S?

8      A.    Comms.  The communications material

9  and plan relating to the Haiti decision.

10     Q.    All right.  And a portion of your

11 short e-mail reads:  "Bummer phone call.  These

12 people need a helping hand out.  So deeply

13 distraught to hear this pillar of normality

14 (our trustee second in charge) was anything

15 but.  It looks like there are whack jobs

16 everywhere.  Even the civil service."

17           What is the reference to "bummer

18 phone call?"

19           MR. CHO:  Object to the form.

20           THE WITNESS:  I think it's a

21 reference to a phone call that I had with

22 Kathryn in the wake of the Friday meeting,



Page 145

1    either Friday or Saturday, probably Friday.

2            BY MR. CONNELLY:

3    Q.    And could you help me understand the

4    next sentence:  "These people need a helping

5    hand out."

6            Who are "these people" and what were

7    you conveying by saying, "need a helping hand

8    out?"

9            MR. CHO:  Object to the form.

10           THE WITNESS:  I don't know recall.

11   That could mean a couple of different things.

12   I'm not -- I don't recall.

13           BY MR. CONNELLY:

14   Q.    Next you say:  "So deeply distraught

15   to hear this pillar of normality (our trusty

16   second in charge) was anything but."

17           Who is the reference to the second

18   in charge?

19           MR. CHO:  Object to the form.

20           THE WITNESS:  Our deputy secretary,

21   acting deputy secretary.

22           BY MR. CONNELLY:



1      Q.     That would be Duke?

2      A.     Yes.

3      Q.     Okay.  And what were the --

4      A.     I don't remember whether she was

5   acting or not at the time.

6      Q.     Okay.  But are you comfortable with

7   your -- I mean, the reference was to Duke?

8      A.     To Elaine Duke, yeah.

9      Q.     And what were you conveying when it

10  appears -- if you just slightly rework the

11  subject of the verb, that you were distraught

12  to hear that the Acting Secretary Duke was

13  acting anything but normal?

14          MR. CHO:  Object to the form and to

15  the extent that it seeks information relating

16  to internal deliberations but the witness can

17  answer.

18          THE WITNESS:  I think that I am

19  referring to the impression that I had based on

20  the readout of the call, that the deputy

21  secretary was -- seemed to be in alignment with

22  some of the perspectives on temporary protected



1  status that were being advanced by parties with

2  whom we disagreed.

3         BY MR. CONNELLY:

4     Q.    I don't want to hear about the

5  conversations but what were the topics with

6  which you recall disagreeing with?

7         MR. CHO:  Object to the form.

8  Again, calls for information relating to

9  internal government deliberations but you can

10 answer given the caveats articulated by the

11 attorney.

12        THE WITNESS:  The standing Temporary

13 Protected Status designations, how they were

14 wrought, how decisions were made regarding

15 their extension or termination historically.

16        BY MR. CONNELLY:

17    Q.    Did you find that there was a

18 contrast between how the decisions had been

19 made historically as compared to the decision

20 that was being made in May of 2017 regarding

21 the extension of the Haiti TPS status?

22        MR. CHO:  Object to the question.



Page 148

1    Again, seeks information relating to internal

2    government deliberations.

3              I would ask the attorney to rephrase

4    the question.

5              MR. CONNELLY:  Well, do you have

6    trouble following the question?

7              MR. CHO:  Well, I am objecting based

8    on the way the question is phrased, because

9    asking specific questions about internal

10   government deliberations, so I'd ask that you

11   rephrase the question.

12             MR. CONNELLY:  Well, I don't -- I am

13   not -- don't go ahead of me, I'm sorry.  I just

14   want to make sure that I understand.

15             BY MR. CONNELLY:

16   Q.    Do you have difficulty understanding

17   the question?

18   A.    I don't know that I have difficulty

19   understanding the question, although it doesn't

20   naturally follow from what I was just

21   suggesting by way of my interpretation in my

22   response.



Page 149

1    Q.    Was there -- and again, I don't want

2    deliberations with anyone else on this.

3         Was there some disconnect in your

4    mind in terms of how the Haiti situation was

5    being handled in May 2017 as compared to your

6    reference to historical antecedents to this

7    decision?

8         MR. CHO:  Again, objection.  Also,

9    that question is vague.

10        Is it confined to prior TPS

11   determination relating to Haiti or something

12   else?

13        MR. CONNELLY:  We can confine it to

14   Haiti.

15        MR. CHO:  Okay.  Again, also I

16   object on the grounds that it seeks internal

17   government deliberations but the witness can

18   answer if he can.

19        THE WITNESS:  Yes, I think Haiti was

20   handled differently.

21        BY MR. CONNELLY:

22   Q.    You had mentioned -- and I'm sorry I



Page 150

1    didn't write it down because I wanted to stay

2    in the flow of the conversation we were having,

3    I thought you had mentioned somehow, you were

4    referencing back to a -- I think you said a

5    call.

6           I don't think you said a recorded

7    call but I just didn't capture your phrase, but

8    that you thought that you were referring to

9    some earlier call that prompted these

10   observations?

11        A.    Yes.

12        Q.    What was that?  I don't want the

13   content.  I just need an understanding of --

14        A.    I think it was a call that I had

15   with Kathryn following this meeting.

16        Q.    Okay.

17        A.    During which she just gave me a

18   readout of the meeting.

19        Q.    So to summarize, make clear for

20   someone who is not in the room for us, you

21   think you -- it was apparently was a reference

22   to, you had a call with Kathryn sometime after



Page 151

1    her Friday, May 19, meeting, a meeting that you

2    did not attend?

3         A.    Right.

4         Q.    Okay.  When you stated in your

5    e-mail:  "Looks like there are whack jobs

6    everywhere," who were you referring to?

7               MR. CHO:  Objection to form.

8               You can answer.

9               THE WITNESS:  I think I was

10   referring to senior DHS officials including the

11   deputy secretary.

12              BY MR. CONNELLY:

13        Q.    And when you said, "even the civil

14   service," is that really -- am I really asking

15   you the same question?

16              What did you mean by that?

17              MR. CHO:  Objection to form.

18              THE WITNESS:  Yeah, senior DHS

19   officials including but not limited to those

20   who came from the civil service.

21              BY MR. CONNELLY:

22        Q.    And differentiate for me.  Can you



1    tell me, again, I don't want any conversations,

2    I just would like to know labeling, who were

3    the senior officials who came from the civil

4    service versus those who had not?

5             MR. CHO:  Objection to form.

6             THE WITNESS:  You know, Deputy

7    Secretary Duke is -- I understood it here, and

8    I think as I still understand it, came from the

9    civil service.  Others in the front office

10   personnel, including Gene Hamilton, did not

11   come directly from civil service into their

12   politically-appointed positions.

13            BY MR. CONNELLY:

14   Q.   KA-27.  I will represent that this

15   is the FRN of May 24, 2017, regarding the

16   extension of the TPS designation for Haiti, and

17   I am only going to be asking you questions

18   regarding the information under the same rubric

19   that had been used in similar FNRs:  "Why is

20   the secretary extending the TPS designation for

21   Haiti through January 22, 2018."

22            Are you ready to respond?



Page 153

1       A.     I am.

2       Q.     Okay.  Am I correct that this is the

3   FRN for the extension of the TPS status for

4   Haiti that was issued on Wednesday, May 24,

5   2017?

6       A.     That's right.

7       Q.     And in reviewing the various items

8   that are contained under this section:  "Why is

9   the secretary extending the TPS designation for

10  Haiti through January 22, 2018," are those --

11  is that summary of the current conditions in

12  Haiti consistent with your recollection of what

13  the relevant factors were and why the secretary

14  extended the designation?

15           MR. CHO:  Objection to form.  Calls

16  for a legal conclusion.

17           But you can answer the question.

18           THE WITNESS:  Yes, actually.

19           BY MR. CONNELLY:

20      Q.     And just for the record -- so, I

21  mean, it's a longer summary than what I am

22  about to say, but among the factors that were



Page 154

1   mentioned as to why the secretary extended,

2   they included Hurricane Matthew, April 27,

3   2017, the flooding and landslide and an ongoing

4   cholera epidemic, among other things; is that

5   right?

6           MR. CHO:  Again, the document speaks

7   for itself.

8           You can answer.

9           THE WITNESS:  Yes.

10          BY MR. CONNELLY:

11   Q.    Were there any current conditions

12   that are not included in this explanation of

13   why the secretary extended, that you wished to

14   have included?

15          MR. CHO:  Objection to form.  Seeks

16   information relating to the deliberative

17   process.  I will allow the witness to answer

18   based what is contained here in the FRN.

19          THE WITNESS:  I can't say for sure

20   at the time that this was written that I didn't

21   think that there were some omissions, but in

22   reading it now, it's a fairly good summation of



Page 155

1    what I believed to be relevant country

2    conditions in support of an extension for

3    Haiti's TPS designation.

4              MR. CONNELLY:  KA-28.

5              MR. CHO:  The government objects to

6    KA-28 on the grounds that these e-mail

7    exchanges also contain internal governmental

8    deliberations.  And the subject line also notes

9    that these are draft responses.

10             With that in mind, the witness can

11   answer questions relating to this e-mail.

12             BY MR. CONNELLY:

13       Q.    And then, as I've done in the past,

14   I will, you know, obviously invite you to read

15   the entire chain.  I think I'm only going to be

16   asking you questions about the e-mail that's

17   contained on the first page from USCIS

18   executive presumably secretary SEC on Tuesday,

19   May 23rd.

20       A.    Okay.

21       Q.    All right.  So to get our time

22   frames in order, the memo that I'm asking you



Page 156

1    to look at on the first page of this document

2    was Tuesday, May 23rd, 2017, which would have

3    been the day before the formal publication of

4    the FRN extending Haiti's TPS status for

5    another six months, correct?

6         A.    That's right.  Uh-huh.

7         Q.    Okay.  And in the middle of that

8    memo, I'll quote "DCOS comments" -- let's stop

9    there.

10              Who's DCOS?

11        A.    Deputy chief of staff.

12        Q.    Who was that?

13        A.    I can't say with 100 percent

14   certainty, but I want to say Chad Wolf.

15        Q.    And this would have been the deputy

16   chief of staff to the secretary of the

17   Department of Homeland Security?

18        A.    That's how I read it.

19        Q.    Okay.  And it goes on.  This quote

20   is within the document itself:  "For S1"...

21              Is your best understanding that

22   would be a reference to then Secretary Kelly?



Page 157

1      A.    Yes.  S1 is always a reference to

2   the person who is currently the secretary.

3      Q.    Of the Department of --

4      A.    Of the Department --

5      Q.    -- Homeland Security.

6      A.    -- of Homeland Security.

7            Okay.  I'll -- I'll start again:

8   "For S1 letters on Haiti TPS, he wants a

9   stronger response beginning to build a case for

10  not extending."

11           It further goes on:  "From S1, make

12  the case as such" colon.

13           And then there are two bulleted

14  matters, which I'll read:  "Highlight temporary

15  nature."  Then a semicolon.

16           And the second bullet point:  "2010

17  earthquake is the only reason for TPS being

18  granted.  Not based on hurricane or current

19  economic conditions.  Not based on cholera

20  epidemic.

21           "Suggested language:  'As you know,

22  granting TPS was based solely on 2010



Page 158

1     earthquake that ravaged Port Au Prince.

2     Primarily localized damage in capital region of

3     Port Au Prince.  Recovery slow but steady, UN

4     has determined their stabilization force is no

5     longer needed.  Decision to rebuild palace

6     shows economic is recovering."

7              The portion that I've just read to

8     you, starting with the "2010 earthquake"

9     through the "decision to rebuild the palace

10    shows economic is recovering," does that little

11    summary accurately describe the current

12    conditions in Haiti as of May 23rd, 2017?

13              MR. CHO:  Object to the form.

14              THE WITNESS:  The portions of it

15    that relate to country conditions, in my view,

16    are perhaps not totally accurate

17    representations and perhaps not the most

18    relevant to a future determination, although I

19    note that much of this material does not

20    actually encapsulate a -- or directly represent

21    a country condition, per se.

22              BY MR. CONNELLY:



Page 159

1    Q.    And I'll just ask you one further

2    question on this document.  And -- and drawing

3    your attention to the observation made in the

4    USCIS executive secretary memo where it states:

5    "Not based on cholera epidemic."

6              Do you see that phrase?

7    A.    I do.

8    Q.    And if you could just go back to the

9    document that I just showed you, which was the

10   official FRN, which is KA-27, the document that

11   comes out in print one day later on May 24th,

12   2017.

13             Am I correct that one of the reasons

14   it is stated in that document why the secretary

15   is extending the TPS designation, one of the

16   things that's mentioned is the ongoing cholera

17   epidemic.

18             MR. CHO:  Object to the form.

19             BY MR. CONNELLY:

20   Q.    Is that right?

21             MR. CHO:  Object to the form.

22             Again, the documents speak for



Page 160

1    themselves.

2          THE WITNESS:  I think that's

3    correct.

4          BY MR. CONNELLY:

5    Q.    KA --

6    A.    But --

7    Q.    -- 20 -- I'm sorry.  Did you -- did

8    you -- I -- I didn't mean to cut you off.

9          As I -- as I encouraged you, you

10   know, at the very top of this whole process, I

11   want to make sure that you're --

12   A.    It's just that --

13   Q.    -- you answer as fully --

14   A.    That -- that --

15   Q.    -- as you like?

16   A.    -- that bullet by the -- is

17   purported as being the -- the comment from the

18   deputy chief of staff just doesn't -- doesn't

19   wholly make sense insofar as the -- the

20   relevant designation was the 2011 designation,

21   the redesignation in 2011, not -- not the 2010

22   designation.


MAGNA
LEGAL SERVICES

1          The 2010 designation, the reasons

2    for it were folded into the 2011 redesignation.

3    The 2011 redesignation included other things,

4    including cholera.

5          MR. CONNELLY:  We'll go to KA-29.

6          MR. CHO:  Same objection to KA-29,

7    Bates No. DPP 10924.  This e-mails contains

8    internal deliberative communications and is

9    subject to the deliberative process privilege.

10          But I will allow the witness to

11    answer questions relating to this e-mail

12    exchange.

13          BY MR. CONNELLY:

14    Q.    Unlike the -- some of the earlier

15    e-mail chains, I'm -- I'm probably going to

16    walk you through, you know, a fair amount of

17    this one.

18    A.    Okay.

19    Q.    In case that makes any difference in

20    how you review it before answering questions.

21    A.    Is it all right if I grab a little

22    sparkling water?



Page 162

1      Q.    Oh, sure.  Any time.  Take -- take

2   whatever break you need.

3      A.    I'm ready whenever.

4      Q.    All right.  The first e-mail in this

5   chain, which is on the last page, appears to

6   come from Tina Wimbush W-I-M-B-U-S-H, who is a

7   writer-editor in the office of the executive

8   secretariat at USCIS, correct?

9      A.    Yes.

10      Q.    And again, for the record, it's

11   not -- it's not identical, but a portion of her

12   e-mail picks up on the same language that I had

13   just shown you in the previous document, KA-28.

14          Quoting:  "From S1," meaning

15   Secretary Kelly, "make" such -- "make case as

16   such:  Highlight temporary nature."  Then it

17   goes on to talk about the 2010 earthquake and

18   -- and other suggested language.

19          I'm not going to -- you don't have

20   to review it.  I just -- I'm just trying to

21   acclimate you to the start of this chain.

22      A.    Yes.



Page 163

```
 1       Q.    All right.  And then I don't have

 2  any questions until we go a few e-mails further

 3  when Kathryn Anderson, on Wednesday June 7th,

 4  at 2:38 p.m., sends you an e-mail that's on

 5  the -- that's on the middle page of this

 6  document.

 7            Do -- do you have that in front of

 8  you?

 9       A.    I do.

10       Q.    And she states:  "This is

11  ridiculous."

12            What did you understand her to be

13  referencing with that comment?

14            MR. CHO:  Object to the form.

15            You can answer.

16            THE WITNESS:  I think she was

17  referencing the -- the chain of events wherein

18  we initially received the instruction to

19  incorporate those points into congressional and

20  other external responses that we drafted on

21  Haiti TPS.

22            We drafted a response and sent it
```



1    forward and then got back a subsequent

2    reissuance of the same instruction.  And I

3    think I read -- I read her -- her first comment

4    as an expression of discontent with our having

5    to take another run at incorporating that

6    material.

7              BY MR. CONNELLY:

8         Q.   And -- and let's go to the first

9    page for a moment.  I know I'm taking you

10   slightly out of sequence.  But the first page

11   appears to be a -- a draft of a letter by you,

12   which begins with the title "Your eminence."

13             Do you see that?

14        A.   Uh-huh.

15        Q.   Who --

16        A.   I do.

17        Q.   Who was that -- am I right that this

18   is a draft of what, you know, was -- was

19   planned to be some kind of a letter or response

20   to someone?

21        A.   That's right.

22        Q.   Okay.  Who is -- who is it that the



Page 165

1    letter was being drafted to?

2            MR. CHO:  Again, we object on the

3    grounds that this draft is obviously a draft

4    and touches on internal government

5    deliberations.

6            But the witness can answer.

7            THE WITNESS:  I think it was to --

8    was Cardinal Joseph Tobin perhaps.

9            BY MR. CONNELLY:

10   Q.    Would you spell the last name for

11   me.

12           Tobin, T-O-B-I-N?

13   A.    Yeah.  Yes.

14   Q.    And --

15   A.    T-O-B-I-N.

16   Q.    Is he a U.S. cardinal?

17   A.    I -- to the best of my recollection.

18   Q.    And -- and am I correct -- I'm just

19   trying to get an overall sense of this e-mail

20   chain.

21           Do you think this -- I mean

22   obviously this was chained together.



Page 166

1            Is -- is the -- the general thrust

2    of this e-mail chain a request that you or

3    someone on your team generate a response to a

4    request by Cardinal Tobin?

5            MR. CHO:  Object to the form.

6            THE WITNESS:  I'm sorry.  Is the --

7    can -- can you repeat the question.

8            MR. CONNELLY:  Yeah.

9            THE WITNESS:  I apologize.

10           BY MR. CONNELLY:

11   Q.    I'm just trying to get an overall

12   sense of the e-mail chain.

13           And I'm wondering whether it's a

14   fair characterization that -- that basically

15   the chain is that you or a member of your team

16   is -- is be -- is -- has been requested to

17   provide a response to some type of an inquiry

18   from Cardinal Tobin.

19   A.    Yes.  That's correct.

20   Q.    And again --

21   A.    The --

22   Q.    Go ahead.



Page 167

1      A.     -- instruction is -- is general to

2  all S1 letters relating to Haiti TPS.  We

3  understood it to be that way.  This is the

4  instance -- immediate instance at hand.

5      Q.    Okay.  And indeed, if we could get

6  there on the first page internally to your

7  draft response.  It says:  "Thank you for your

8  April 21st, 2017 letter."

9           Do you see that?

10     A.    I do.

11     Q.    Which -- which would suggest that

12  Cardinal Tobin sent a letter sometime around

13  April 21st, and then this was going to be an

14  effort to respond to his letter, correct?

15     A.    Yes.

16           MR. CHO:  Object to the form.

17           BY MR. CONNELLY:

18     Q.    Do you happen to remember did -- I

19  mean I don't have Cardinal Tobin's letter.

20           Do you happen to remember the gist

21  of his letter or what it was that he would like

22  to have someone get back to him on?



 1          MR. CHO:  Object to the form.

 2          THE WITNESS:  I can infer it.

 3          MR. CHO:  Again, don't guess.  If

 4   you know, testify to what you know on your --

 5   based on your own personal knowledge.

 6          THE WITNESS:  This letter regarded

 7   Haiti TPS and perhaps other kinds of TPS.

 8          BY MR. CONNELLY:

 9   Q.    So now let's go back into the

10   sequencing.

11          You've just told me about Kathryn

12   Anderson's e-mail to you on Wednesday, June

13   7th.

14          And then you respond to her e-mail

15   fairly promptly, less than five minutes later.

16   And you say:  "I'll just pull some stuff from

17   his statement.  Unreal."

18          When you say "I'll just pull some

19   stuff from his statement," are you referring to

20   a statement made by Secretary Kelly?

21   A.    Yes.

22   Q.    And -- and what -- do you remember



Page 169

1    what statement was it where you were -- would

2    have the ability to pull up something that he

3    had -- had said?

4         A.    His statement announcing the

5    extension of the TPS designation for Haiti.

6         Q.    Okay.  What did you mean by using

7    the word "unreal"?

8         A.    It's was an expression of

9    exacerbation with the exercise.

10        Q.    Next, Kathryn Anderson gets back to

11   you, again in very short order, a few minutes

12   later, and says:  "Did you see the suggested

13   language?  It's amazing (and mostly incorrect).

14   This idea of localized damage from the

15   earthquake is insane."

16             When -- what did you understand her

17   to be referencing when she asked if you had

18   seen the suggested language?

19             MR. CHO:  Object to the form.

20             THE WITNESS:  I understood it to be

21   referencing the language at the end of the

22   directive regarding points that we were to make



Page 170

1    in letters for -- from the secretary on Haiti

2    TPS following the phrase "suggested language."

3            BY MR. CONNELLY:

4        Q.    And her next observation:  "It's

5    amazing (and mostly incorrect.)"

6            Do you have an understanding that

7    that -- that was also referring to the

8    directive?

9        A.    Yes.

10       Q.    Do you know what was mostly

11   incorrect in that direct -- in that directive?

12           MR. CHO:  Object to the form.

13   Again, objection on the grounds that it touches

14   on internal government deliberations.

15           But you can answer based on what's

16   contained here in the e-mail.

17       A.    Yes.

18           BY MR. CONNELLY:

19       Q.    Then she goes on to make the

20   observation:  "This idea of localized damage

21   from the earthquake is insane."

22           Did you agree with that observation?



Page 171

1               MR. CHO:  Object to the form.  And

2      again, object based on the internal government

3      deliberations components of this e-mail.

4               But you can answer if you can.

5               THE WITNESS:  Yes.

6               BY MR. CONNELLY:

7      Q.    And then you get back to her, again

8      very quickly, a few minutes later, and say:  "I

9      know.  We saw it before and noted the same

10     thing.  I'm torn between taking a first run at

11     saying not untrue things and just quoting

12     Secretary Kelly saying untrue things from the

13     get-go."

14              What were you referencing when you

15     referenced quoting Secretary Kelly saying

16     untrue things?

17              MR. CHO:  Again object to the form.

18     And object on the grounds that this contain

19     internal government deliberations.

20              But the witness may answer as to his

21     understanding.

22              THE WITNESS:  Aspects of the



Page 172

1    statement announcing the extension of Haiti's

2    TPS designation with which I took issue.

3              BY MR. CONNELLY:

4         Q.    Do you remember more specifically

5    what one or more things in that statement you

6    thought were untrue?

7              MR. CHO:  Object to the form.  Also

8    object on the grounds of internal government

9    deliberations.

10             But the witness may answer.

11             THE WITNESS:  Yes.  I believe there

12   were -- was an element to the statement that

13   was suggesting enthusiasm from the Haitian

14   government to receive its people back.  The

15   characterization of the trajectory of the

16   country's improvement.  And some of the other

17   aspects which I then maybe folded into this

18   letter.

19             BY MR. CONNELLY:

20        Q.    Going to the first page, the draft

21   that you pulled together on Wednesday, June

22   7th, at 3:35 p.m.



1           Before we go to content, do you have

2    a recollection -- ultimately did -- did the

3    draft become a final that went to Cardinal

4    Tobin?

5        A.    Did this draft as it's written

6    become final and go to Cardinal Tobin --

7        Q.    Well --

8        A.    -- as its written?

9        Q.    No.  Not necessarily as it's

10   written.  I -- I -- although I -- I can get to

11   that.

12           But let -- well, why don't you go

13   ahead and answer that question first.  Yeah.

14       A.    I don't know.

15       Q.    Okay.

16       A.    I can't -- I can't recall.

17       Q.    Was -- was a letter sent to Cardinal

18   Tobin?

19           Do you -- do you recall that?

20           MR. CHO:  Object to the form.

21           THE WITNESS:  I -- in my capacity, I

22   wouldn't know -- I wouldn't know with certainty



Page 174

1    whether any letter is actually sent out of the

2    department after we've drafted it.  That's --

3    that happens after we have hands on it.

4              BY MR. CONNELLY:

5        Q.    Where -- where would your draft go

6    in the department for further, you know, review

7    or determination whether or not to send it?

8        A.    Through --

9              MR. CHO:  Object to the form.

10             THE WITNESS:  Through the executive

11   secretary's formal clearance channels to

12   offices deemed relevant for review and

13   clearance, and then eventually to the

14   individual, or I suppose a designee, but I

15   think probably to -- to the individual who's

16   intended to be the sender of the letter for

17   signature.

18             MR. CONNELLY:  KA-30.

19             MR. CHO:  The government objects to

20   KA-30 again on the ground that these e-mails

21   contain internal government deliberations.

22             But the witness may answer questions



1    limited to what's contained here in the e-mail.

2              BY MR. CONNELLY:

3         Q.    I'm only going to be asking you

4    about the first page of this e-mail string.

5         A.    Okay.

6         Q.    This -- this picks up basically on

7    the same topic.  And there are two additional

8    e-mails on KA-30 that were not on KA-29.

9              Let's -- let's first go to your

10   e-mail that's Wednesday, June 7th, at 4:59 p.m.

11   to Kathryn Anderson where you say:  "Thanks.

12   I'll admit, once I thought about elaborating on

13   TPS's inherently temporary nature, it got me

14   sort of enthused to spin that out.  The INA is

15   so instructive.  Safe travels."

16             What is the INA?

17        A.    The Immigration and Nationality Act.

18        Q.    And when you said it got you

19   enthused to spin that out, what -- what did you

20   mean by that?

21        A.    Senior level officials in this

22   administration had spoken a great bit about the



1    inherently temporary nature of TPS and seemed

2    to suggest that there was something about the

3    nature of -- of the benefit that was inherently

4    bounded in the sense that an extension could

5    not go on too long just by dint of the passage

6    of time.

7            We had not, I think, before been

8    placed in a position where we were in need of

9    analyzing fully the extent of how exactly TPS

10   is temporary under INA Section 244.

11           But the statute does speak about

12   time-bound periods.  And those are in the form

13   of how long initial designations may be made

14   for, how long extension may be made for, when

15   periodic reviews must take place.

16           And so I was enjoying the exercise

17   of crystallizing exactly how it is that the

18   statute dictates the temporary nature of TPS.

19   Q.    When you say "the statute," you're

20   referring to the INA statute?

21   A.    Yes.

22   Q.    Which is different -- I -- I'm



Page 177

1    guessing, but you tell me.

2              That's different than the statute

3    that I -- we started this deposition off with

4    that I showed you in KA-1?

5         A.   No.  It's the same.

6         Q.   Same one.  That --

7         A.   Uh-huh.

8         Q.   Okay.  So that -- that's a reference

9    to the statute KA-1 that you were shown at the

10   top of the deposition?

11        A.   Yes.

12        Q.   All right.  Did -- did your review

13   of INA -- was it consistent with what the

14   senior officials thought the temporary nature

15   of -- of the TPS status --

16              MR. CHO:  Object to the --

17              BY MR. CONNELLY:

18        Q.   -- permitted?

19              MR. CHO:  Object to the form.  Calls

20   for speculation.  And also seeks information

21   relating to internal government deliberations.

22              I ask the attorney to rephrase that



1   question because it's asking this witness to

2   contemplate what some other person is thinking.

3           MR. CONNELLY:  Yeah.  No.

4           BY MR. CONNELLY:

5   Q.   I don't -- I don't want what any --

6   what anyone else was thinking.

7           I just wanted to find out from you

8   if what -- whatever was, you know, said to you

9   about the -- what some of the senior officials

10  thought the temporary nature of the TPS statute

11  was, whether that understanding was consistent

12  or inconsistent with your review of the INA

13  which, by your own words, you found

14  instructive?

15          MR. CHO:  Again, same objection.

16  Also Calls for a legal conclusion.

17          This witness can testify to his own

18  personal knowledge but not those of some other

19  official.

20          MR. CONNELLY:  Right.  I -- I agree

21  with that -- that -- that qualification.

22          MR. CHO:  Answer if you can.



1          THE WITNESS:  Based on the

2    conversations I was a part of and other forms

3    of communication regarding the views --

4    reflecting the views or -- or directly passing

5    along -- purporting to pass along the views of

6    senior level officials, this encapsulation here

7    is mostly consistent with theirs, perhaps with

8    some exception to the bit about there being no

9    limit on the number of times a designation may

10   be extended.

11          BY MR. CONNELLY:

12    Q.    When you say "this encapsulation

13   here," are you referring to the content of your

14   draft letter to Cardinal Tobin?

15    A.    Yes.

16    Q.    Okay.  And when you say "this

17   encapsulation here is mostly consistent

18   with" -- I don't have -- I don't have a

19   photographic memory.

20          But you seem to say this

21   encapsulation seem -- is consistent with at

22   least some senior staff people's views on the



Page 180

1    temporary nature of TPS?

2              MR. CHO:  Object to the form.  Also

3    mischaracterizes his prior testimony.

4              THE WITNESS:  It is insofar as I

5    don't think -- I feel as though many of the

6    more senior level officials understood these

7    elements of the statute or didn't quibble with

8    our representation of them.

9              BY MR. CONNELLY:

10   Q.    And I -- okay.

11             And from that I'd just like the find

12   out -- since you reference this -- this -- this

13   encapsulation here was consistent with their

14   views, I'd like to find out, particularly in

15   light of -- if you took a look back at the INA,

16   whether the encapsulation was consistent with

17   your views.

18             MR. CHO:  Object to the form.

19   Again, seeks information relating to internal

20   government deliberations.

21             But you can answer based on what's

22   contained here in the e-mail.



1            THE WITNESS:  This encapsulation

2    perfectly reflects my view.  I wrote it

3    intending it to perfectly encapsulate my view

4    and my understanding of what the INA requires

5    in Paragraph 2, I believe.

6            BY MR. CONNELLY:

7        Q.    Let me ask about Kathryn Anderson's

8    e-mail to you on Wednesday, June 7th, at 4:54

9    p.m. where she states:  "That's the best

10   possible combo of true things from you and

11   quotes of not true things from SK."

12            "SK" being Secretary Kelly; is that

13   right?

14       A.    Yes.

15       Q.    Okay.  Close quote.

16            And if you look at your draft,

17   you -- the first paragraph doesn't quote

18   anything from Secretary Kelly, nor does the

19   second, nor the third, which is just one

20   sentence.

21            Fourth paragraph, which begins

22   "States currently receiving protection," there



Page 182

1    is a quote at the end from Secretary Kelly.

2            The fifth paragraph, beginning "The

3    secretary elaborated on Haiti's progress,"

4    there is a -- a lengthy quote from Secretary

5    Kelly."

6            And I believe those are the only

7    quotes, although guide me if there's anything

8    else that just doesn't happen to have quotation

9    marks on it.

10            But is -- if -- if I'm correct that

11    the fourth and fifth paragraph are the quotes

12    from Secretary Kelly, can you tell me what part

13    of those quotes you thought not to be true?

14            MR. CHO:  Object to the form.

15    Object to the fact that the document also

16    speaks for itself.

17            When you refer to fourth and fifth

18    paragraph, I just want to make sure we're

19    referring to the same paragraph.  Because we

20    count them slightly different than you do.

21            MR. CONNELLY:  Okay.

22            BY MR. CONNELLY:



Page 183

```
 1      Q.    Well, the paragraphs that I'm

 2   referring to are the ones that start -- I'm

 3   calling the fourth paragraph the one that

 4   starts with "States currently receiving

 5   protection under Haiti's designation?"

 6            And I'm calling the fifth paragraph

 7   the one obviously that follows it:  "The

 8   secretary elaborated on Haiti's progress,

 9   noting:"  and then a quote that precedes for

10   the remaining five --

11      A.    I think there's just a formatting

12   error.  The sentence from the first page is the

13   start of the third paragraph.  "Haiti was

14   initially designated for TPS on January 21st,

15   2010, with almost 60,000 Haitians in the United

16   States currently" --

17      Q.    I see.  I see.  Okay.  Well, all

18   right.

19      A.    So --

20            MR. CHO:  Maybe break down your

21   question so it's a little more clear as to what

22   you're referring to.
```



Page 184

1          BY MR. CONNELLY:

2     Q.    Okay.  I'm referring to the

3  paragraph that begins on the bottom of the

4  first page that says:  "Haiti was initially

5  designated for TPS."

6          We'll -- we'll call that -- thanks

7  to your observation, we'll call that a third

8  paragraph of your draft.  And there is a quote

9  from Secretary Kelly in that paragraph.

10          The next paragraph, which we'll now

11  renumber four -- and for the record, we'll

12  describe it starting with:  "The secretary

13  elaborated on Haiti's progress, noting:"  And

14  then there is a quote that extends for the

15  entire remainder of that paragraph.

16          What I'd like to know is, in that

17  quoted material, what did you conclude was

18  untrue?

19          MR. CHO:  Object to the form of the

20  question.  Also mischaracterizes prior

21  testimony.

22          But you can answer if you can.



Page 185

1                 THE WITNESS:  I think that I thought

2     it was untrue that, if Haiti's recovery from

3     the 2010 earthquake continued at the pace of

4     recovery that was taking place at the time,

5     that that would render it in a state where it

6     didn't warrant further TPS extension beyond

7     January 2018.

8                 BY MR. CONNELLY:

9         Q.    Anything else in those quoted

10    materials that you at the time thought was

11    untrue?

12                MR. CHO:  Object to the form.  Also

13    mischaracterizes prior testimony.

14                But you can answer.

15                THE WITNESS:  I'm not sure that I

16    agree that the economy was recovering or

17    growing or at least not in a meaningful sense.

18    I didn't agree with the characterization of the

19    state of the displaced, although the actual

20    statements about the camps closing is right,

21    and I also questioned whether stated plans by

22    the government to rebuild the Haiti



Page 186

1    presidential residence at the national palace

2    was indicative of Haiti's success in recovering

3    from the earthquake.

4              And also some question about whether

5    the withdrawal of MINUSTAH was wholly

6    indicative of its success in recovering from

7    the earthquake.

8              THE VIDEOGRAPHER:  We are going off

9    the record at 2:49.

10             (A short recess was taken.)

11             THE VIDEOGRAPHER:  We are back on

12   the record at 3:00.

13             BY MR. CONNELLY:

14   Q.    During the break, I was reminded

15   that I had failed to ask a question on a

16   particular topic a little bit earlier, so we're

17   going to go out of sequence just momentarily,

18   and I'd ask the witness to go back to KA-21

19   which is an e-mail sequence that ends with his

20   e-mail on May 8, 2017, at 6:48 p.m.

21             Do you have that document in front

22   of you?



Page 187

1      A.    I do.

2      Q.    If you would go to about five pages

3  in, the Bates number on the bottom is 7864, and

4  this is a Kathy Nuebel Kovarik e-mail on April

5  25, 2017, at 12:13 p.m.?

6      A.    Yes.

7      Q.    I'm going to ask you -- I'm going to

8  read into the record the portion that I wanted

9  to ask you a question about, and it's a

10  separate portion of her e-mail under the

11  heading:  "Remittances."

12            It reads:  "According to the World

13  Bank, Haiti received an estimated 2.19 billion

14  in remittances in 2015.  Of this amount, an

15  estimated 1.34 billion were from the United

16  States.  Total remittances to Haiti accounted

17  for approximately 25 percent of Haiti's GDP in

18  2015 (total GDP equaled $8.77 billion).

19  Remittances from the United States accounted

20  for approximately 15 percent of Haiti's GDP in

21  2015."

22            First, do you know what the acronym



Page 188

1    GDP stands for?

2        A.    Yes.

3        Q.    What's that?

4        A.    Gross domestic product.

5        Q.    And do you have an informed basis

6    for knowing, you know, comparative to other

7    countries, whether the remittances accounting

8    for 25 percent of Haiti's GDP in 2015 was a

9    significantly larger amount of money than makes

10   up the GDP of most countries?

11           MR. CHO:  Object to the form.

12   Vague.  Overbroad.

13           Perhaps you can rephrase your

14   question or if you are able to answer the

15   question, go ahead.

16           BY MR. CONNELLY:

17       Q.    Are you able to answer?

18       A.    I have a strong feeling that I know

19   the answer to that question but no, not with

20   certainty, I'm not an expert in that.

21       Q.    But again, I appreciate it.  I don't

22   want -- if you have raw speculation, but if you



Page 189

1      have -- I'm not asking for your expertise, I am

2      just asking for your, you know, your

3      informational knowledge.

4           A.    I would say that 25 percent of GDP

5      being composed of remittances is high.

6           Q.    Okay.  And again, last question on

7      this, just based on your experience in the work

8      you do, is a high percent of a country's GDP

9      being based on remittances, is that a sign of

10     good financial circumstances of a country,

11     maybe it's a sign of nothing or maybe it's a

12     sign of poor financial circumstances in the

13     country.  Can you --

14          A.    Yes, I think we generally look at

15     that as a sign of poor financial circumstances

16     in a country.

17          Q.    Now we will chronologically get back

18     on track and I will give you KA -- I think it's

19     36.

20          MR. CHO:  The government objects to

21     KA-36 based on Bates No. DPP 3323 which is the

22     first page, again on the grounds that this



Page 190

1    e-mail exchange contains internal government

2    deliberations.

3           Given that caveat, the witness can

4    answer questions about this exhibit.

5           BY MR. CONNELLY:

6    Q.    This is a reasonably lengthy e-mail

7    chain and so with no question pending, I will

8    just inform the witness that I'm only going to

9    be asking him about the e-mails on the first

10   page and additionally, so that you can puzzle

11   through this as you are reviewing the entirety

12   of the chain, there is a reference at least in

13   some of the e-mails to three memos.

14          I'm going to be asking you what that

15   is, so with those two filters, please spend as

16   much time as you want reviewing the document

17   before I ask you any questions.

18   A.    Okay.  Thank you.

19          Okay.

20   Q.    All right.  On the first page of

21   this long e-mail chain, you have an e-mail on

22   October 13, 2017, at 8:30 a.m., to Laurence



1   Levine and Kathy Nuebel Kovarik, and in your

2   e-mail, you reference -- you say:  "Send to us

3   the three memos with the right docs to include

4   to provide the country conditions and analysis

5   on the available options."

6           Can you tell me what those three

7   memos were?

8           MR. CHO:  Object to the form.  That

9   is requesting information relating to internal

10  government deliberations, but you can answer

11  with respect to what is contained in those

12  e-mails.

13          THE WITNESS:  I think the three

14  memos I am referencing are the draft decision

15  memos for the three Central American countries

16  that were designated for TPS, El Salvador,

17  Honduras and Nicaragua.

18          BY MR. CONNELLY:

19  Q.    We won't spend much time on this

20  since it is not directly related to Haiti, but

21  I will ask you then to -- let's go to the last

22  memo, the top memo from Kathy Nuebel Kovarik to



Page 192

1    you and others, on October 13, 2017, at 8:52

2    a.m.

3              She says:  "I am going to send you a

4    revision of all three memos by 10 a.m."

5              So let me stop there for a second.

6    As best you are able to remember, this now

7    being more than a year ago, do you remember,

8    did your team generate drafts of three decision

9    memos for Kathy Nuebel Kovarik to consider?

10             MR. CHO:  Object to the form.

11             THE WITNESS:  Yes.

12             BY MR. CONNELLY:

13        Q.   And when she says:  "I'm going to

14   send you a revision of all three memos," what

15   did you understand by that?

16             MR. CHO:  Object to the form.

17             THE WITNESS:  I understood it to

18   mean that she would be sending back the memos

19   that we had drafted, edited by her and other

20   senior leadership.

21             BY MR. CONNELLY:

22        Q.   Okay.  Then she goes on to say:  "We



Page 193

1    don't need them finalized but in good shape for

2    Director Cissna before he meets with Secretary

3    Duke at 4:30 p.m."

4          She continues:  "The problem is that

5    it reads as though we'd recommend an extension

6    because we talked so much about how bad it is,

7    but there is not enough in there about positive

8    stuff that has been taken since its

9    designation."

10          What did you understand her to mean

11    by talking about there is not enough in there

12    about positive steps?

13          MR. CHO:  I'm going to object to

14    that question.  Obviously, as to form, but also

15    to the extent that seeks information relating

16    to internal government deliberations.

17          As this witness testified, these

18    memos had nothing to do with Haiti, and as

19    counsel identified as well, this is beyond the

20    scope of this litigation as well, so I'm going

21    to instruct him not to answer that question as

22    beyond the scope of this litigation as well.



1          MR. CONNELLY:  All right.  Although

2   I do think that, generally, broadly speaking in

3   depositions, anything that is -- that could

4   lead to useful or relevant information is

5   generally considered to be fair game.

6          And so I would suggest again,

7   particularly given the limited nature of what I

8   am asking, I don't think I am looking for any

9   deliberative process here, I am just trying to

10   have an understanding of what Kovarik was

11   conveying to him on decision memos that are

12   being made contemporaneously with a decision

13   memo on Haiti, so I think that's close enough

14   to have relevance in this case.

15          MR. CHO:  That's a slightly

16   different question.  You know, again, this

17   e-mail is referring to -- and as this witness

18   identified, three other Central American

19   countries other than Haiti.

20          Now, if your question is relating to

21   Haiti, that would be permissible, but that's a

22   separate question that you've asked.



1          BY MR. CONNELLY:

2     Q.    Did you get any requests by

3  secretary -- I'm sorry, not secretary, by Kathy

4  Nuebel Kovarik or anyone else senior within the

5  Department of Homeland Security from you to

6  indicate that there weren't -- there wasn't

7  enough positive -- about the positive steps

8  that were being taken in Haiti during the fall

9  deliberations in 2017 regarding its continued

10  TPS status?

11          MR. CHO:  Again, object to the form

12  of the question.  And again, the document

13  that's in front of this witness now is KA-36.

14  He can respond in connection with what is

15  contained here in the exhibit.

16          You can go ahead and answer.

17          THE WITNESS:  There is nothing in

18  this exhibit that I take to be referring to the

19  presentation of country conditions in a Haiti

20  decision memo.

21          BY MR. CONNELLY:

22     Q.    Last question that I have on this,



Page 196

1    and then we can move to the next set of

2    documents.

3              Do you recall -- I don't want

4    content, but do you recall, did your team

5    provide revised decision memos for these three

6    countries after Kathy Nuebel Kovarik made this

7    request?

8              MR. CHO:  Objection to form.

9              You can answer.

10              THE WITNESS:  I believe that we did.

11              BY MR. CONNELLY:

12    Q.    Let's go to KA -- KA-37.  I think

13    this simply adds the top e-mail to the chain

14    that we just looked at and I need some

15    clarification in terms of some of the terms.

16    That's what I will be asking about, but it's

17    only your memo at 8:59 a.m. on October 13.

18              MR. CHO:  And before we get to that,

19    the government objects to KA-37 on the grounds

20    that these e-mail chains contain deliberative

21    information and is subject to the deliberative

22    process privilege, but the witness is permitted



Page 197

1    to answer questions regarding these e-mail

2    exchanges.

3         BY MR. CONNELLY:

4    Q.    Again, with the understanding of the

5    concerns and cautions that your lawyer has

6    raised, this is about three Central American

7    countries that are not Haiti.  Buried in this

8    e-mail chain, there is a reference to Haiti but

9    let's leave that to the side for the moment.  I

10   am trying to get some terminology down.

11        In your October 13, 2017, 8:59 a.m.

12   memo back to Kathy Nuebel Kovarik and others,

13   you say:  "We can comb through the country

14   conditions to try to see what else there might

15   be, but the basic problem is that it is bad

16   there, WRT, all of the standard metrics."

17        Is WRT shorthand for with regard to?

18   A.    Yeah, with regard to, with respect

19   to.

20   Q.    And when you reference standard

21   metrics, what is that a reference to?

22   A.    All of the standard sorts of country



Page 198

1  conditions and measurements of a country's

2  well-being that we look at.

3      Q.    So is that a -- when you use

4  standard metrics, does that same analysis or

5  application apply when you are looking at Haiti

6  as opposed to looking at the three Central

7  American countries?

8          MR. CHO:  Objection to form.

9          THE WITNESS:  Yes.  All I'd want to

10  say by way of caveat is, of course, different

11  bases for different temporary protected status

12  designations, different events that prompt

13  different designations, obviously impact

14  countries in different ways, so it's, you know,

15  sort of the same basket, full basket of metrics

16  that one might draw from, but some might not be

17  wholly relevant in one context versus another,

18  say depending on whether you are talking about

19  a TPS designation based on an ongoing armed

20  conflict versus environmental disasters or

21  something different.

22          With that caveat though, yes, we try



Page 199

1    to look in like situations with the same sort

2    basket of metrics.

3              BY MR. CONNELLY:

4       Q.    Or even -- let's stay within

5    environmental conditions, purely hypothetical

6    question on my part, but might the standard

7    metrics be somewhat different if a trigger

8    event in a country was an earthquake where the

9    ground opened, buildings fall and bridges

10   collapse, let's say versus a flood, which

11   obviously also creates great damage, but in a

12   different format, is -- are you saying given,

13   you know, those -- the differences in those

14   trigger events, the manner in which standard

15   metrics are applied may -- will be adjusted

16   according to the circumstances?

17             MR. CHO:  Objection.  Calls for --

18   it's a hypothetical.  It's calls for

19   speculation.  Object to the form.

20             You can answer.

21             THE WITNESS:  Yes.

22             BY MR. CONNELLY:



Page 200

1      Q.    Okay.  Then lastly, then we will

2   move on.  I will quote a portion of your

3   e-mail.

4           You say:  "We can work with RU to

5   try to get more and/or comb through the country

6   conditions.  We are again -- looking for

7   positive gems, but the conditions are what they

8   are."

9           RU is the research unit; is that

10  correct?

11     A.    Correct.

12     Q.    KA-38.

13          MR. CHO:  The government objects to

14  KA-38 again based on the DPP 21118 on the

15  grounds that this e-mail exchange contains

16  internal government deliberations and is

17  subject to deliberative process privilege, but

18  given that caveat, the witness is able to

19  testify as to this information contained in the

20  e-mail exchange.

21          THE WITNESS:  Okay.

22          BY MR. CONNELLY:



1      Q.    And I would like to direct your

2   attention to your e-mail of this two-way e-mail

3   document on Thursday, October 12, 2017, 10:10

4   p.m., to Kathy Nuebel Kovarik, where you state:

5   "Kathryn and I have completed a draft Haiti TPS

6   decision memo (attached).  In short, based on

7   our review or country conditions, we have

8   written it so that it could support either

9   extension or termination but left the

10   recommendation blank pending further

11   discussion."

12          Was it unusual to write a decision

13   memo that left the recommendation blank?

14          MR. CHO:  Object to the form.  Is

15   your question confined to Haiti or --

16          MR. CONNELLY:  Yes, to Haiti.

17          MR. CHO:  Okay.  You can go ahead

18   and answer, again subject to the deliberative

19   process privilege but you can still answer.

20          THE WITNESS:  With regard to Haiti,

21   I think that it was unusual in the sense that

22   it wasn't what had been done with regard to



1    nearly any of the past draft decision memos.

2            BY MR. CONNELLY:

3    Q.    Do you recall who it was who asked

4    you to draft leaving the recommendation blank?

5            MR. CHO:  Object to the form.  Also,

6    object on the grounds that that question seeks

7    information relating to the government --

8    internal government deliberations and is beyond

9    the scope of what is contained in this e-mail.

10   I suggest that counsel rephrase the question.

11           MR. CONNELLY:  I'm sorry.  I don't

12   know --  well, I guess I can always rephrase

13   the question, but it seems like my question is

14   appropriate, but I will ask if not again, could

15   you answer this question.

16           BY MR. CONNELLY:

17   Q.    Did someone ask you to leave the

18   recommendation blank?

19   A.    No.

20   Q.    And so when you say:  "We have

21   written it so it could support either extension

22   or termination," and you tell me that it was



Page 203

1    unusual, how did it come about that you

2    provided this unusual document to your

3    superior, Kathy Nuebel Kovarik?

4         MR. CHO:  Object to the form.  Also,

5    the question calls for internal government

6    deliberations but the witness can answer.

7         THE WITNESS:  I don't -- I just want

8    to say I don't think that the document or the

9    format that it took was generally unusual, with

10   respect to past decision memos for Haiti TPS,

11   in reflecting on them, I think all the drafts

12   or almost all the drafts had a recommendation

13   already baked in before we elevated it for

14   review.

15        This memorandum took on this format

16   based on consultation between Kathryn and me on

17   what we thought was the best approach at this

18   stage of the decision making process.

19        BY MR. CONNELLY:

20   Q.   All right.  And I will not encroach

21   upon you as far as the rest of those

22   conversations, because I think that might --



Page 204

1   well, reveal some deliberations, you know, at

2   your team level, so I will forego that

3   question.

4           And ask you now to look at KA-40.

5           One last question on this document.

6   Had you been asked by anyone before submitting

7   a draft that didn't have a recommendation, had

8   you been asked to provide a recommendation?

9           MR. CHO:  Object to the form.

10  Again, that question calls for testimony

11  relating to internal government deliberations,

12  but the witness can answer.

13          THE WITNESS:  I cannot recall with

14  perfect clarity, but I do not think so.

15          BY MR. CONNELLY:

16      Q.    KA-40.

17          MR. CHO:  The government objects to

18  KA-40 based on DPP 3336, again on the grounds

19  that this e-mail chain contains internal

20  government deliberations but the witness can

21  answer questions about the e-mail.

22          BY MR. CONNELLY:



Page 205

1       Q.    Let me before -- because I have --

2    again, I have thought of a final question that

3    I wanted to ask about the previous document,

4    KA-38, before we go there.

5            This is the document where you left

6    the recommendation blank.

7            What was the reason that you left

8    the recommendation blank?

9            MR. CHO:  Object to the form.  The

10   question calls for testimony relating to

11   internal government deliberations, but based on

12   what is contained in KA-38, you can go ahead

13   and answer.

14           THE WITNESS:  We thought that

15   including upfront a recommendation to extend

16   would likely leave our reviewers in a state

17   less amenable to considering that

18   recommendation.

19           That is, we thought that it helped

20   to impress upon them the disinterested nature

21   of our analysis.

22           BY MR. CONNELLY:



Page 206

1     Q.    I rarely reach for analogies, but

2    I'm to go ahead, I can't help myself.

3          So effectively, were you putting

4    yourself in a role of a parent who deliberately

5    does not suggest what college their child

6    should go to, believing that just by suggesting

7    it, you're likely not to get the results you

8    want?

9          MR. CHO:  Objection to form.  Calls

10   for speculation.  It's a hypothetical.

11         You can answer if you are able to.

12         THE WITNESS:  My children are still

13   very young.  So I'm not sure I'm in best

14   position to speak to the analogy.

15         But as I understand it, I think it

16   suffices to say that we felt the odds of our

17   preferred course being taken were improved by

18   leaving that out.

19    Q.    And I think you were now -- you were

20   reviewing -- do you have KA-40 --

21    A.    I do.

22    Q.    -- in front of you?  Okay.



1          MR. CHO:  If I haven't raised it

2     already -- I think I did -- but the government

3     objects to KA-40 on the grounds that the e-mail

4     contains internal government deliberations.

5          Given that objection, the witness

6     can answer questions about the e-mail.

7          BY MR. CONNELLY:

8     Q.    Are you ready?

9     A.    I am.

10    Q.    Okay.  The earlier e-mail is from

11    you to Kathy Nuebel Kovarik on October 12th at

12    10:11 p.m.  And the top e-mail in this -- well,

13    I guess there's -- there -- there's two more

14    e-mails.

15          The next longer e-mail is ten days

16    later from Robert Law to Kathy Nuebel Kovarik

17    on October 22nd where he writes:  "The draft is

18    overwhelmingly weighted for extension, which I

19    did not think is the conclusion we are looking

20    for.  The memo seems to dismiss or downplay the

21    positive developments that would suggest

22    reauthorization is inappropriate.  The memo



Page 208

1   also makes no mention of the substantial amount

2   of foreign aid the U.S. and charities have

3   invested in Haiti since the earthquake, another

4   relevant factor to indicate that Haiti" is

5   no -- "that Haiti no longer meets the

6   definition of TPS."

7           And this is -- the subject line on

8   Robert Law's e-mail and your e-mail is "Haiti

9   draft TPS memo."

10          So first let me ask is the Haiti

11  draft TPS memo, is that another way of talking

12  about the -- a draft of a decision memo coming

13  from your team, you know, moving up to Kathy

14  Nuebel Kovarik and then beyond, as you

15  previously explained --

16      A.    Yes.

17      Q.    -- the process?  Okay.  Okay.

18          Were you -- and you're not -- you're

19  not copied on the Robert Law memo that I've

20  just read to you.

21          Do you -- were you informed that

22  Robert Law was taking exception to your draft



Page 209

1   decision memo?

2           MR. CHO:  Object to the form.  Also

3   to the extent it calls for internal government

4   deliberations.

5           But you can answer.

6   A.      Not at this time but later.

7           BY MR. CONNELLY:

8   Q.      Okay.  How much later?

9           Before the decision was made to

10  terminate Haiti --

11          MR. CHO:  Object to the --

12          BY MR. CONNELLY:

13  Q.      -- of the TPS -- of its status?

14          MR. CHO:  Again, object to the form.

15  And object on the grounds that that question

16  request internal government deliberation

17  information.

18          But you can answer.

19          THE WITNESS:  Yes.

20          BY MR. CONNELLY:

21  Q.      Do you recall, after whatever format

22  your draft decision memo was in, in -- on



Page 210

1    October 12th, do you know whether your team

2    was -- continued to be engaged in the process

3    of drafting the decision memo for Haiti's TPS

4    status?

5         A.    I'm sorry.  After this point,

6    October --

7         Q.    Yeah.

8         A.    -- 22nd?

9         Q.    Well -- or let's take -- well, why

10   don't we jump into -- to -- after October 22nd,

11   yeah.

12              MR. CHO:  Object to the form.  And

13   also to the extent it calls for internal

14   government deliberations, but with regard to

15   that document the witness can answer.

16              THE WITNESS:  Yes.  Because we got

17   back redlines from Rob.

18              BY MR. CONNELLY:

19        Q.    I'm sorry.

20              Your -- your team got back redlines?

21        A.    Yes.

22        Q.    And do you know where those redlines



Page 211

1    came from?

2         A.    From Rob.

3         Q.    Who is Robert Law?

4         A.    He's a -- her senior counsel or

5    advisor.  Something of that sort.

6         Q.    To CIS?

7         A.    No.  To Kathy.

8         Q.    Okay.  So for -- to OPS.

9         A.    Yes.

10        Q.    Was he a -- a -- an appointment that

11   came in with the new administration in 2017?

12        A.    Yes.

13        Q.    I'd like to ask -- he makes

14   reference to the amount of foreign aid the U.S.

15   and charities have invested in Haiti since the

16   earthquake and -- and further says that

17   another -- and then goes on to talk about

18   another relevant factor, which, as a matter of

19   semantics, would -- would seem to suggest that

20   he thought that foreign aid the U.S. and

21   charities have invested in Haiti is a relevant

22   factor in the TPS process.



Page 212

1                Is -- is that a factor that you

2    traditionally had considered when determining

3    whether a country should either be given or

4    extended TPS status?

5                MR. CHO:  Objection.  Calls for a

6    legal conclusion.  Also calls for information

7    relating to internal government deliberations

8    and processes.

9                But you can answer if you can.

10               THE WITNESS:  Yes.  We have looked

11   at foreign aid and, in particular, the extent

12   to which that foreign aid translated into

13   projects that resulted in improved conditions.

14               MR. CONNELLY:  Let's take a short

15   break.

16               MR. CHO:  Sure.

17               MR. CONNELLY:  I think I'm getting a

18   sugar low.

19               These -- these documents can't be

20   as -- as slightly mismatched as I think they

21   are.  So I'd like -- I'm going to take a quick

22   restroom break and then sit down and get them



Page 213

1   reorganized.

2          And -- and for all of your sakes,

3   you know, how long is this guy going to take.

4   There's maybe -- I -- I think there's about

5   five documents, to give you a general sensing

6   of --

7          MR. CHO:  Sure.

8          MR. CONNELLY:  -- where we're at.

9          THE VIDEOGRAPHER:  Okay.  We're

10  going off the record at 3:38.

11          (A short recess was taken.)

12          THE VIDEOGRAPHER:  We are back on

13  the record at 3:45.

14          (Deposition Exhibit 64 was marked

15  for identification.)

16          MR. CONNELLY:  I have handed the

17  deponent Exhibit 64, which is an e-mail chain

18  dated Monday, October 23rd, 2017, at 5:56 p.m.

19          MR. CHO:  The government objects to

20  Exhibit 64 on the grounds that the e-mail

21  contains internal government deliberations.

22          But the witness can answer questions



Page 214

1    about these e-mails.

2              BY MR. CONNELLY:

3        Q.    I am only going to be asking you

4    about your top e-mail.

5        A.    All right.

6        Q.    Okay.  The last e-mail in this chain

7    is from you to several people on October 23rd,

8    2017, at 5:56 p.m.  And you begin out by

9    saying:  "All good by us, Sam."

10             Is Sam a reference to Samantha

11   Deshommes, D-E-S-H-O-M-M-E-S?

12       A.    Yes.

13       Q.    And you go on to say:  "We knew of

14   the desire for interagency/WH input."

15             What is the reference to

16   "interagency WH" input?

17       A.    Interagency/White House input,

18   meaning other departments and agencies and the

19   White House.

20       Q.    This was input regarding the FRNs

21   that would be coming out for several countries

22   regarding terminating their TPS status?



Page 215

1              MR. CHO:  Object to the form.

2              THE WITNESS:  No.  Not on the FRNs.

3              BY MR. CONNELLY:

4        Q.    Where was the -- what was the input

5    going to be used for?

6              MR. CHO:  Object to the form.

7              And again, just to clarify, this

8    e-mail chain relates to Central American TPS

9    countries, not Haiti, which include El

10   Salvador, Honduras and Nicaragua.  So certainly

11   questions outside of Haiti are beyond the scope

12   of this litigation.

13             But the witness can go ahead and

14   answer if you're able to.

15             THE WITNESS:  Interagency and White

16   House input on the decisions relating to those

17   countries' TPS designations.

18             BY MR. CONNELLY:

19       Q.    And it's accurate -- I think

20   accurate, but you can confirm this, point it

21   out.

22             This e-mail chain relates to the



Page 216

1    three Central American countries of El

2    Salvador, Honduras, and Nicaragua; is that

3    correct?

4         A.    Yes.

5         Q.    And then finally, you -- you were --

6    going back to your e-mail, I quote:  "Both our

7    notes reflected KNK's" -- that would be Kathy

8    Nuebel Kovarik, correct?

9         A.    Yes.

10        Q.    -- "KNK's parting words on the TPS

11   FRNs were to go ahead and draft them as

12   terminations with placeholders for delayed

13   effective date, but limit to USCIS parties for

14   review."

15             Did I read that correctly?

16        A.    Yes.

17             MR. CONNELLY:  And we're going to go

18   -- oh.  Let's make this 41.

19             MR. CHO:  Is this KA-41 or --

20             MR. CONNELLY:  I'm sorry.  K --

21             MR. CHO:  Okay.

22             MR. CONNELLY:  You're -- you're



Page 217

1    correct.  KA-41.

2              MR. CHO:  Thank you.

3              The government objects to KA-41 on

4    the grounds that this e-mail results or

5    contains internal government deliberations

6    which are protected by deliberative process

7    privilege.

8              But the witness is able to answer

9    questions regarding this e-mail.

10             BY MR. CONNELLY:

11        Q.    And essentially I'm just going to be

12   asking you to zone in on the numerical sixth

13   point that is made in the final e-mail from

14   Kathy -- Kathryn Anderson on November 2nd at

15   7:14 a.m. to you.

16        A.    Okay.  All right.

17             MR. CONNELLY:  I don't know how

18   sensitive our audio equipment is.  But it may

19   be that a outside car alarm is going to be

20   underscoring the question and answer for just a

21   short time.

22             THE WITNESS:  I thought it was just



Page 218

1    in my head.

2            BY MR. CONNELLY:

3    Q.    So in Kathryn Anderson's top e-mail

4    on November 2nd to you, she makes reference

5    early in -- in -- in it to saying:  "Read them

6    all this morning."

7            What -- what -- what is your

8    understanding of what she had been reading that

9    morning?

10           MR. CHO:  Object to the form.

11           You can answer if you know.

12           THE WITNESS:  Yeah.  This is the

13   material from the state department relating to

14   the three central American countries and Haiti.

15           BY MR. CONNELLY:

16   Q.    And is that -- s that -- that

17   material is -- is strictly generated by the

18   state department as opposed to being generated

19   in some fashion by your team?

20   A.    That's correct.

21   Q.    Okay.  And when she gets down to --

22   I mean I quote her last point, which is



Page 219

1    numbered 6, says:  "Don't know whether you read

2    Haiti, but it looks like one of our messes.

3    The country conditions cited completely support

4    an extension, not the stated conclusion of

5    termination."

6              First of all let me ask you:  Had

7    you read the state department's summary of

8    Haiti that she's referencing here?

9       A.    At the moment when I received her

10   e-mail, did I read it the night before I went

11   -- when I went to sleep?  I --

12      Q.    Whether -- whether you read it prior

13   to this time or later, I just want to get an --

14   have an understanding if you have in mind, you

15   know, what -- in -- at least generally what the

16   state department --

17      A.    Yes, I read it.  I can't tell from

18   the e-mail --

19      Q.    That's fine.

20      A.    -- chain whether I read it --

21      Q.    I -- I don't care about exactly when

22   you read it.



Page 220

1            So -- and that helps me though then

2    formulate the next question, which is, when she

3    references that the state department memo in

4    Haiti "looks like one of our messes," do you

5    have an understanding of what she was telling

6    you?

7            MR. CHO:  Object to the form.  Calls

8    for speculation.

9            But you can answer if you can.

10           THE WITNESS:  I read that as

11   relating to various instances of -- and -- and

12   a couple of very specific instances of decision

13   memoranda that we had drafted that included,

14   either initially or even in final form, a

15   fairly extensive accounting of country

16   conditions we thought to be supportive of

17   extension but where the recommended course was

18   termination.

19           BY MR. CONNELLY:

20       Q.    And are those -- are those examples

21   that you just gave me, was that particular just

22   to Haiti, or is that a reference to memos that



1    had recommended extensions but the conclusion

2    was to terminate for countries beyond Haiti?

3            MR. CHO:  Object to the form,

4    specific to the extent it seeks information

5    relating to countries other than Haiti.

6            But you can answer.

7            THE WITNESS:  I took it to be a

8    reference to the -- the broader set.

9            BY MR. CONNELLY:

10    Q.    Beyond just Haiti.

11    A.    Yes.

12            MR. CHO:  Same objection.

13            BY MR. CONNELLY:

14    Q.    And what -- what -- what -- in -- in

15    the time -- if there is a time frame, did you

16    have an understanding of this broader set of

17    memos where country conditions cited --

18    supported an extension but the stated

19    conclusion was termination -- was that broader

20    set of memos, was that all within 2017, or were

21    some of those memos -- did those occur in

22    earlier administrations?



Page 222

```
 1              MR. CHO:  Object to the form.  Same

 2    objection.  Also to the extent it seeks

 3    information relating to internal government

 4    deliberations.

 5              Perhaps counsel can clarify the

 6    question.  Is he referring to countries other

 7    than Haiti or just Haiti?

 8              MR. CONNELLY:  Well, because, see, I

 9    -- I -- I -- I don't think it'd be a fair

10    question for me to just narrow in on Haiti.

11    Because he was saying that the -- the

12    observation that was made was for a broader set

13    of countries than just Haiti.

14              So I'd like --

15              MR. CHO:  Okay.

16              MR. CONNELLY:  I'd like him to

17    clarify, if he can, just to let me know -- I --

18    I just want a time frame.

19              MR. CHO:  Sure.  Same objection.

20              The witness can answer if you're

21    able to.

22              THE WITNESS:  2017.
```



Page 223

1              MR. CONNELLY:  KA-42.

2              MR. CHO:  The government objects to

3     KA-42, Bates No. DPP 11273, and following the

4     document on the grounds that these e-mail

5     chains also contain internal government

6     deliberations.

7              But the witness is permitted to

8     answer questions regarding the e-mail itself.

9              MR. CONNELLY:  And I'm going to --

10    I'm going to simultaneously give you KA-43.

11    Going to ask you to compare them.

12             MR. CHO:  Thank you.

13             The government also objects to

14    KA-43 -- again, that's Bates No. DPP 19502 --

15    to the extent this is a draft of a final

16    release.

17             Subject to that limitation, the

18    witness can answer questions relating to this

19    exhibit.

20             BY MR. CONNELLY:

21        Q.    Okay?

22        A.    (Witness nodding head.)



Page 224

1     Q.    Let's go to the second document

2   first, KA-43, which is entitled "Acting

3   Secretary Elaine Duke announcement of temporary

4   protective status for Haiti, release date

5   November 20th, 2017," and then followed by "For

6   immediate release, office of the press

7   secretary."  Gives a contact number.

8         To your best recollection, is this

9   the -- the actual press announcement that went

10  out on November 20th regarding the change in

11  the TPS status for Haiti?

12        MR. CHO:  Object to the form.

13        THE WITNESS:  This document?

14        BY MR. CONNELLY:

15    Q.    KA-43, yes.

16    A.    Without com -- I -- I did a very

17  quick comparison.  It looks to be identical to

18  this.  The document -- the -- the -- the

19  copy-and-paste that's in my e-mail is the -- I

20  have more confidence in saying is what was

21  released.

22    Q.    Okay.  All right.  That's fine.



Page 225

1  Okay.

2          So you're -- you're confident that

3  the Elaine Duke announcement contained in

4  KA-42, which is a part of an e-mail chain, was

5  the actual announcement, correct?

6          MR. CHO:  Object to the form.

7          THE WITNESS:  Correct.  I think

8  they're the same.

9          MR. CONNELLY:  Yeah.

10          THE WITNESS:  But I mean I didn't do

11  a review.

12          BY MR. CONNELLY:

13      Q.    I happen to believe that, too.  I

14  mean, obviously, anybody can do the comparison,

15  but, you know, my good-faith effort to compare,

16  they appear to be identical.

17      A.    Okay.  Good.

18      Q.    I just asked about the freestanding

19  one in case it made it any easier.  Apparently,

20  we can move beyond that concern.

21          So let me -- let's use -- because

22  it's, you know, the freestanding document, stay



Page 226

1    with KA-43 for a minute.

2           Did you or your team have any role

3    in drafting this public announcement by Acting

4    Secretary Elaine Duke?

5        A.    In drafting it?

6        Q.    Yes.

7        A.    I'm sorry, it's a bit of a difficult

8    question to answer.  But I think the answer is

9    no.

10       Q.    Did you or your team have a role in

11   providing information, you know, prior to this

12   public release going out, that you were asked

13   to provide to assist in pulling together this

14   public release?

15          MR. CHO:  Object to the form.

16          THE WITNESS:  Some of the

17   information contained in here is content that

18   draws upon some bits of language that we may

19   have included in material that we had produced.

20          BY MR. CONNELLY:

21       Q.    You will see in the second full

22   paragraph, I'm reading from, partially from the



Page 227

1    sentence of the release:  "Acting Secretary

2    Duke determined that those extraordinary but

3    temporary conditions caused by the 2010

4    earthquake no longer exist."

5              Did you agree with that assessment?

6              MR. CHO:  Object to the form.  Also,

7    objection to the extent it calls for internal

8    government deliberations.

9              You can answer the question based on

10   the document in front of you.

11             THE WITNESS:  I did not agree that

12   the extraordinary and temporary conditions

13   relating to the 2010 earthquake no longer

14   exist.

15             BY MR. CONNELLY:

16   Q.    Let's go now to KA-42, which in

17   large measure is that press release, is the

18   first of the few e-mails on this two-page

19   document, and then you have an e-mail to

20   Kathryn Anderson on November 20 at 8:28 p.m.,

21   where you said:  "Just read, worth a good

22   collective read and chuckle in the morning.



Page 228

1    How dense are these folks?"

2            What did you mean by posing the

3    question:  "How dense are these folks?"

4            MR. CHO:  Object to the form.

5            You can answer.

6            THE WITNESS:  I think that I was --

7    I was commenting on various aspects of the

8    statement that I thought were reflective of a

9    misunderstanding of the statute, poor grammar,

10   other irrelevant content, generally insensitive

11   syntax, and other elements I found sloppy or

12   unimpressive.

13           BY MR. CONNELLY:

14   Q.    Okay.  Could you take a moment and

15   just give me, by way of example, where you

16   thought that within the press release, there

17   was a misconstruction or misunderstanding of

18   the statute?

19           MR. CHO:  Object to the form.  Calls

20   for a legal conclusion but you can answer if

21   you can.

22           THE WITNESS:  Sure.  They refer to



Page 229

1    extraordinary but temporary conditions that

2    prevented Haiti from adequately handling the

3    return of their nationals, the extraordinary

4    and temporary conditions which is a third basis

5    for designation for TPS, and preventing a

6    country from being able to adequately handle

7    the return of its nationals is relevant to the

8    second basis for designation for TPS, which is

9    environmental.  It's whether nationals can

10   return in safety that is relevant to

11   extraordinary and temporary conditions.

12            And then it includes the phrase, "as

13   required by statute," which is ironic because

14   it misconstrues what the statute requires.  It

15   also -- that's it.

16            BY MR. CONNELLY:

17   Q.    You also said that there was some

18   irrelevant content in the press release.

19            Could you give me an example of

20   that?

21            MR. CHO:  Objection to form.

22            You can answer.



Page 230

```
 1              THE WITNESS:  That the acting

 2   secretary met with the Haitian foreign minister

 3   and the Haitian ambassador recently in

 4   Washington to discuss the issue.

 5              That we conducted extensive outreach

 6   to Haitian communities throughout the country.

 7              That Haiti is able to safely receive

 8   traditional levels of return citizens.

 9              Are you asking me to --

10              BY MR. CONNELLY:

11   Q.    No, no.  If you have completed your

12   answer, I'm sorry, I was getting ready for my

13   next question.

14              Have you completed your answer?

15   A.    I can't remember whether you --

16   Q.    I was asking you for examples of

17   what you perceived to be irrelevant content.

18   A.    Those examples.

19   Q.    And then after your observation, how

20   dense are these folks, Kathryn Anderson got

21   back to you shortly, 15 minutes later, and

22   said:  "Brilliant.  How did we end up with a
```



Page 231

1    department of dunces?"

2             And then you follow up with the last

3    of the e-mails about an hour later, and simply

4    say:  "Unbelievable."

5             What were you intending to convey

6    with the word "unbelievable?"

7             MR. CHO:  Objection to form.

8             You can answer.

9             THE WITNESS:  That an announcement

10   by the secretary that in my view was riddled

11   with errors of various sorts would be released.

12            BY MR. CONNELLY:

13       Q.    I think the last document I have to

14   show you is KA-44, which I will indicate it

15   appears to be the FRN for the Haiti TPS status

16   issued on Thursday, January 18, 2018.

17       A.    All right.

18       Q.    All right?  And was I correct that

19   this is the FRN for January 2018 terminating

20   the TPS status of Haiti?

21       A.    Yes.

22       Q.    And if you will go with me to the



Page 232

1    fourth page, again, formatting being very

2    similar to prior FRNs, you see the section

3    under the bolded question:  "Why is the

4    secretary terminating the TPS designation for

5    Haiti as of July 22, 2019."

6        A.    I do.

7        Q.    Did your team provide any input in

8    order to assist in the information that answers

9    that question and that is contained, you know,

10   for several paragraphs on Page 4?

11            MR. CHO:  Object to the form.

12            You can answer.

13            THE WITNESS:  Yes.

14            BY MR. CONNELLY:

15       Q.    Was all of your team's input

16   included in the information contained on Page 4

17   answering the question why the secretary

18   terminated?

19            MR. CHO:  Object to the form, to the

20   extent it calls for information related to the

21   internal government deliberations, but the

22   witness can answer.



Page 233

1          THE WITNESS:  I do not think so.

2          BY MR. CONNELLY:

3     Q.    If you would just momentarily go

4   back to where you compare and contrast, if you

5   could go back to a document KA-27, which was

6   the May 24 FRN extending Haiti's TPS status for

7   six months, and if you go with me to Page 4 on

8   to Page 5, with that document, where the

9   explanation is provided to the recurring

10  question:  "Why is the secretary extending the

11  TPS designation for Haiti through January 22,

12  2018?"

13          Do you have that before you?

14    A.    Yes.

15    Q.    Would you agree, obviously, you

16  know, anybody can read, but given your

17  particular position and experience, would you

18  agree that the information contained on the May

19  2017 extension is not the same information

20  that's contained on the January 2018

21  termination?

22          MR. CHO:  Object to the form.  The



Page 234

1    document speaks for itself.

2            The witness can answer.

3            THE WITNESS:  Yes.

4            BY MR. CONNELLY:

5    Q.    Did you think, going to the last

6    document that I have shown you, the January

7    2018 termination FRN, did you think that

8    current conditions in Haiti warranted a

9    termination of its TPS status?

10           MR. CHO:  Object to the form to the

11   extent it calls for information relating to

12   internal government deliberations, but the

13   witness can answer.

14           THE WITNESS:  My assessment of

15   country conditions in Haiti, given the

16   statutory requirements was that extension was

17   warranted.  A view that I passed along.

18           BY MR. CONNELLY:

19   Q.    Passed along to your superiors?

20   A.    Yes.

21           MR. CHO:  Object to the form.

22           MR. CONNELLY:  Those are all the



Page 235

1    questions that I have.

2            MR. CHO:  Okay.  I have raised a

3    number of objections today.  To the extent

4    counsel believes that we need to contact the

5    Court to address any objections I have raised

6    today, we'd certainly invite counsel to do so,

7    but we are not going to bring Mr. Prelogar back

8    for a second day of deposition.

9            With that understanding, do you need

10   to reach out to the Court at this time or reach

11   out to the Court today?

12           MR. CONNELLY:  I'm sorry.  I heard

13   you until the very end and I just made a

14   last --

15           MR. CHO:  Right.  So as you know,

16   the Court is on standby to the extent we need

17   to address the objections I raised today.

18           MR. CONNELLY:  Right.  No, no.  I

19   don't think there is anything that occurred in

20   today's deposition that would require the Court

21   to give us direction.

22           MR. CHO:  Okay.  Very well.



MAGNA
LEGAL SERVICES

Page 236

```
 1            So we will read and sign the

 2    transcript.  Thank you.

 3            THE VIDEOGRAPHER:  The deposition is

 4    concluded.

 5            We're going off the record at 4:26.

 6            (Whereupon, the proceeding was

 7    concluded at 4:26 p.m.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22    DEPOSITION ERRATA SHEET
```



1    Our Assignment No. 448924

2    Case Caption:   Saget

3    vs. Trump

4

5       DECLARATION UNDER PENALTY OF PERJURY

6    I declare under penalty of perjury that I have

7    read the entire transcript of my Deposition

8    taken in the captioned matter or the same has

9    been read to me, and the same is true and

10   accurate, save and except for changes and/or

11   corrections, if any, as indicated by me on the

12   DEPOSITION ERRATA SHEET hereof, with the

13   understanding that I offer these changes as if

14   still under oath.

15

16   Signed on the_____day of _____,

17   2018.

18    _____

19    Brandon Prelogar

20

21

22            DEPOSITION ERRATA SHEET



Page 238

1    Page No._____ Line No._____ Change to:_____

2    _____

3    Reason for change:_____

4    Page No._____ Line No._____ Change to:_____

5    _____

6    Reason for change:_____

7    Page No._____ Line No._____ Change to:_____

8    _____

9    Reason for change:_____

10   Page No._____ Line No._____ Change to:_____

11   _____

12   Reason for change:_____

13   Page No._____ Line No._____ Change to:_____

14   _____

15   Reason for change:_____

16   Page No._____ Line No._____ Change to:_____

17   _____

18   Reason for change:_____

19

20   SIGNATURE_____DATE:_____

21          Brandon Prelogar

22          DEPOSITION ERRATA SHEET



Page 239

```
 1    Page No._____ Line No._____ Change to:_____

 2    _____

 3    Reason for change:_____

 4    Page No._____ Line No._____ Change to:_____

 5    _____

 6    Reason for change:_____

 7    Page No._____ Line No._____ Change to:_____

 8    _____

 9    Reason for change:_____

10    Page No._____ Line No._____ Change to:_____

11    _____

12    Reason for change:_____

13    Page No._____ Line No._____ Change to:_____

14    _____

15    Reason for change:_____

16    Page No._____ Line No._____ Change to:_____

17    _____

18    Reason for change:_____

19

20    SIGNATURE:_____DATE_____

21            Brandon Prelogar

22            CERTIFICATE OF NOTARY PUBLIC
```



Page 240

1          I, Bonnie L. Russo, the officer before

2   whom the foregoing deposition was taken, do

3   hereby certify that the witness whose testimony

4   appears in the foregoing deposition was duly

5   sworn by me; that the testimony of said witness

6   was taken by me in shorthand and thereafter

7   reduced to computerized transcription under my

8   direction; that said deposition is a true

9   record of the testimony given by said witness;

10  that I am neither counsel for, related to, nor

11  employed by any of the parties to the action in

12  which this deposition was taken; and further,

13  that I am not a relative or employee of any

14  attorney or counsel employed by the parties

15  hereto, nor financially or otherwise interested

16  in the outcome of the action.

17                  _____

18                  Notary Public in and for

19                   the District of Columbia

20

21  My Commission expires:  June 30, 2020

22



**A**

**ability** 169:2
**able** 43:10 59:13
    63:4 94:14 114:13
    135:13 188:14,17
    192:6 200:18
    206:11 215:14
    217:8 222:21
    229:6 230:7
**Absent** 52:14
**absolutely** 11:9
**absurd** 76:21 77:2
**accept** 69:12
**acclimate** 68:3
    162:21
**accommodate**
    128:21
**accord** 91:6 105:3
**accords** 90:8
**accounted** 187:16
    187:19
**accounting** 188:7
    220:15
**accurate** 63:6
    65:15 67:6,8
    69:13 90:1 158:16
    215:19,20 237:10
**accurately** 135:7
    158:11
**acronym** 36:22
    49:18 187:22
**Act** 175:17
**acting** 14:17 19:20
    20:15,18 21:13,13
    23:13,18 45:15
    95:10 110:15
    145:21 146:5,12
    146:13 224:2
    226:3 227:1 230:1
**action** 107:4 122:5
    240:11,16
**actual** 38:1 137:3
    185:19 224:9
    225:5
**Addendum** 5:18

71:11
**adding** 36:10
**addition** 133:21
**additional** 36:10
    175:7
**additionally** 190:10
**address** 235:5,17
**adds** 196:13
**adequately** 229:2,6
**adjudicate** 37:17
    37:19
**adjudicates** 37:13
**adjudications** 38:2
**adjusted** 199:15
**administers** 16:1
    38:4
**administration**
    17:4,21 23:17,18
    55:13 57:13 72:18
    72:18 81:7 107:5
    175:22 211:11
**administrations**
    221:22
**admit** 175:12
**adoption** 13:21
**advance** 24:17
    115:3 143:7
**advanced** 147:1
**advice** 99:10
**advisor** 14:14 45:2
    80:17 211:5
**advisors** 78:9 79:19
    102:21 103:14,18
    104:14
**affairs** 14:5,15
    15:15,18 17:8
    18:22 22:5 23:2
    37:5 141:19
**age** 120:9
**agencies** 214:18
**agency** 16:22 18:9
    22:9 31:15,20
    38:3
**ago** 110:2 127:7
    192:7
**agree** 170:22

178:20 185:16,18
    227:5,11 233:15
    233:18
**agreement** 123:12
**ahead** 16:12 29:20
    30:22 40:16 50:4
    53:4 55:4 59:12
    68:15 77:7 87:21
    88:1,3,22 92:6
    94:12 120:1
    148:13 166:22
    173:13 188:15
    195:16 201:17
    205:12 206:2
    215:13 216:11
**aid** 208:2 211:14,20
    212:11,12
**air** 78:9
**al** 1:4,6 8:7
**alarm** 217:19
**alert** 82:19 120:22
**alignment** 146:21
**allow** 68:9 71:16
    75:13 82:1 84:19
    92:17 96:3 102:4
    105:12 111:5
    129:22 154:17
    161:10
**allowed** 110:12
    113:17,21
**amazing** 169:13
    170:5
**ambassador** 230:3
**amenable** 205:17
**amend** 98:17
**amended** 98:17,22
**amendment** 101:3
**Amendments**
    101:16
**America** 131:20
**American** 191:15
    194:18 197:6
    198:7 215:8 216:1
    218:14
**amount** 10:19
    48:13 118:9 120:3

120:5 161:16
    187:14 188:9
    208:1 211:14
**analogies** 206:1
**analogy** 206:14
**analysis** 40:6,8
    191:4 198:4
    205:21
**analyst** 107:16,18
**analysts** 22:22
**analyzing** 176:9
**Anderson** 23:4,8
    25:18 76:14
    102:18 111:20
    123:6 129:14
    131:6,7 132:4
    136:5 143:20
    163:3 169:10
    175:11 217:14
    227:20 230:20
**Anderson's** 102:14
    104:11 168:12
    181:7 218:3
**and/or** 200:5
    237:10
**Angela** 141:14
**announced** 70:13
**announcement**
    137:5,8,10,18,20
    137:22 138:17
    139:2,5 140:3
    224:3,9 225:3,5
    226:3 231:9
**announcements**
    139:12
**announcing** 169:4
    172:1
**annual** 5:17 67:20
    69:16,22 71:8
**answer** 28:12,22
    33:1 35:9 41:20
    44:14 52:3 53:5
    53:12 55:4,11
    56:14 57:4,11
    61:1,3 68:15
    70:19 71:17 72:15

75:13 77:7 80:3
    80:11 87:6 88:22
    92:18 94:5,14
    96:4 99:3,11
    100:20 101:11
    102:5,20 104:12
    105:13 110:12
    111:5 116:7,18
    117:5,16 118:2,19
    119:6,21 122:13
    124:9 125:10
    126:18 127:7
    128:1 129:22
    130:3 133:18,20
    134:13 135:3,22
    136:12 142:7,16
    146:17 147:10
    149:18 151:8
    153:17 154:8,17
    155:11 160:13
    161:11 163:15
    165:6 170:15
    171:4,20 172:10
    173:13 174:22
    178:22 180:21
    184:22 185:14
    188:14,17,19
    190:4 191:10
    193:21 195:16
    196:9 197:1
    199:20 201:18,19
    202:15 203:6
    204:12,21 205:13
    206:11 207:6
    209:5,18 210:15
    212:9 213:22
    215:14 217:8,20
    218:11 220:9
    221:6 222:20
    223:8,18 226:8,8
    227:9 228:5,20
    229:22 230:12,14
    231:8 232:12,22
    234:2,13
**answered** 88:3
    127:5,6



answering 11:20
24:19 125:5
161:20 232:17
answers 232:8
antecedents 149:6
anticipated 143:3
anybody 49:22
225:14 233:16
anytime 11:1,10
anyway 65:11
apologize 64:11
166:9
apparent 104:4
apparently 150:21
225:19
appear 34:20
225:16
APPEARANCES
3:1
appears 62:3 67:19
70:5 146:10 162:5
164:11 231:15
240:4
application 37:14
37:14 198:5
applications 37:20
38:2
applied 114:11
199:15
apply 78:8 198:5
appointment
211:10
appreciate 188:21
appreciated 123:20
approach 203:17
appropriate 89:9
89:20 202:14
approximately
54:13 114:17
187:17,20
April 93:9 94:2
98:21 99:16 100:3
100:7,14,15
102:14 111:19
114:16 118:12
123:5 125:2 126:1

126:6 154:2 167:8
167:13 187:4
area 97:18 104:2
armed 28:6 198:19
article 124:3
articulated 147:10
Aside 55:21 113:6
asked 35:15 116:11
116:20,22 117:6,7
117:13,20 118:13
127:4 133:13
169:17 194:22
202:3 204:6,8
225:18 226:12
asking 10:20 67:22
75:5 84:12 106:6
111:9 115:22
122:17 129:17
136:17 148:9
151:14 152:17
155:16,22 175:3
178:1 189:1,2
190:9,14 194:8
196:16 214:3
217:12 230:9,16
aspects 33:5 171:22
172:17 228:7
assess 89:6
assessment 31:9,13
31:18 32:2,9 34:3
34:8 35:3 36:5
43:4 227:5 234:14
assignment 55:22
65:2 237:1
assignments 77:10
assist 30:12 226:13
232:8
assistance 120:5
assisting 17:7 112:6
associated 37:14
assumptions 115:5
asylum 13:3,17,18
14:15 16:2 22:12
31:7
attached 109:13
201:6

Attachment 6:11
attaining 114:13
attempt 78:9
attend 151:2
attended 54:11
attention 130:9
159:3 201:2
attorney 11:10,19
125:7 147:11
148:3 177:22
240:14
attorneys 24:9
Attorney's 3:8 9:8
Au 158:1,3
audio 217:18
August 65:21 66:3
66:7,8,15 70:12
70:17
available 191:5
Avenue 14:21
avoid 90:13,22
aware 143:11
awkward 11:3
a.m 1:14 8:12 144:5
190:22 192:2,4
196:17 197:11
217:15

_____

**B**
b 27:16,20
back 15:10 16:17
16:18 17:5 22:3
23:19 26:18 31:14
63:22 64:1 65:21
65:22 66:5 67:15
84:6 96:18 115:19
117:20 118:10
120:6,10,11,13,15
129:9 150:4 159:8
164:1 167:22
168:9 169:10
171:7 172:14
180:15 186:11,18
189:17 192:18
197:12 210:17,20
213:12 216:6

230:21 233:4,5
235:7
background 11:15
backwards 10:15
bad 193:6 197:15
baked 203:13
ballpark 114:17
Bank 187:13
base 48:5
based 115:2,4
134:13 146:19
148:7 154:18
157:18,19,22
159:5 168:5
170:15 171:2
179:1 180:21
189:7,9,21 198:19
200:14 201:6
203:16 204:18
205:11 227:9
bases 198:11
basic 197:15
basically 15:2
110:6 166:14
175:6
basis 188:5 229:4,8
basket 198:15,15
199:2
Bates 76:5 92:16
102:3 105:11
161:7 187:3
189:21 223:3,14
Bates-numbered
71:14 75:11 111:4
122:12
Bates-stamped
136:7
bears 76:5
beginning 23:9
157:9 182:2
begins 8:5 29:11
62:2 136:3 164:12
181:21 184:3
behalf 2:19 3:2,7
9:6,8,11,15
belief 69:10 124:2

125:17
believe 15:4 42:21
43:6,19 50:10,19
51:4 53:18 62:6
66:13 69:3 72:16
72:19 77:9 95:1
133:20 140:11
172:11 181:5
182:6 196:10
225:13
believed 135:13
155:1
believes 89:18
235:4
believing 206:6
beneficiaries
113:11 114:5,10
114:18 115:1
117:8
benefit 176:3
benefits 16:1 37:20
38:3
best 26:10 41:13
42:3 43:20 47:7
47:12 49:10,11
63:4 64:8 67:4
77:14 80:7 88:11
94:1 110:6 113:1
132:18 137:17,19
138:14,19 141:11
156:21 165:17
181:9 192:6
203:17 206:13
224:8
better 56:17 68:3
beyond 35:4 66:8
66:10 75:17 77:13
80:20 99:4 101:4
142:12,13 185:6
193:19,22 202:8
208:14 215:11
221:2,10 225:20
billion 187:13,15
187:18
Bishop 50:5
bit 10:9,16 11:21



18:12 35:21 37:15
49:18 59:12 64:19
66:14 76:22 85:9
92:3 93:18 114:3
128:15 175:22
179:8 186:16
226:7
**bits** 226:18
**biweekly** 107:10
**blank** 201:10,13
202:4,18 205:6,8
**body** 129:1
**Boivin** 85:21
**bold** 27:16 29:12
70:8 82:14
**bolded** 59:6 232:3
**Bonnie** 1:17 8:18
240:1
**border** 49:16
**bottom** 62:2 75:6
76:4 81:17 84:13
136:3 184:3 187:3
**bounded** 176:4
**bracketed** 137:14
**Branch** 3:17 9:11
**Brandon** 1:11 2:1
4:2 8:6 9:18 10:5
237:19 238:21
239:21
**Brantley** 3:16 9:3
**break** 11:8 42:16
65:11 67:11 92:8
114:2 123:4
124:13 126:22
128:14 162:2
183:20 186:14
212:15,22
**breaks** 11:12 19:4
**bridges** 199:9
**brief** 143:8
**briefly** 15:16 17:12
**Brilliant** 230:22
**bring** 235:7
**broad** 10:10 30:7
57:19
**broader** 221:8,16

221:19 222:12
**broadly** 22:21
46:13 56:11 194:2
**Brooklyn** 3:10
**brought** 79:16
**Brown** 2:6 3:3,16
3:16 8:15 9:1,4,6
**brushstrokes** 30:7
**buffet** 90:14,14
91:4
**build** 157:9
**buildings** 199:9
**built** 115:5
**bullet** 115:11
130:15,17 157:16
160:16
**bulleted** 157:13
**bummer** 144:11,17
**bunch** 123:21
124:4
**bureau** 34:5
**Buried** 197:7
**business** 90:13
**B-O-I-V-I-N** 85:20

---
C
---

**C** 4:1 8:1 27:20
**cabining** 56:7
**Cadman** 3:10
**calendar** 5:17
21:21 58:16 67:20
69:15,21
**call** 25:18 76:22
79:12 106:10,12
106:13,15,20,22
107:8,15 108:1,3
138:1,3,5,9,10,13
138:15 139:1,4,16
140:3,12,13
141:13 142:4,18
143:8,9 144:11,18
144:21 146:20
150:5,7,9,14,22
184:6,7
**called** 49:17
**calling** 183:3,6

**calls** 35:7 119:5
135:2 139:11
142:6 143:5 147:8
153:15 177:19
178:16 199:17,18
203:5 204:10
205:10 206:9
209:3 210:13
212:5,6 220:7
227:7 228:19
232:20 234:11
**camps** 185:20
**Canada** 51:5
**capacities** 55:13
**capacity** 14:17,18
15:13 22:7,16
56:2,22 66:1
133:9 135:14
173:21
**capital** 158:2
**Caption** 237:2
**captioned** 237:8
**capture** 150:7
**captured** 108:19
121:10
**car** 217:19
**carbon** 102:14
**cardinal** 165:8,16
166:4,18 167:12
167:19 173:3,6,17
179:14
**care** 219:21
**careful** 55:20
**Caribbean** 131:21
**case** 1:3 10:18 68:2
136:8 157:9,12
161:19 162:15
194:14 225:19
237:2
**cases** 13:20,22 31:5
**catalyst** 79:12
**caused** 227:3
**cautions** 197:5
**caveat** 53:2 100:20
190:3 198:10,22
200:18

**caveats** 147:10
**center** 37:11 82:13
108:13,18
**central** 131:20
191:15 194:18
197:6 198:6 215:8
216:1 218:14
**certain** 72:7 79:9
80:9 117:9 138:12
**certainly** 215:10
235:6
**certainty** 43:8 80:5
156:14 173:22
188:20
**CERTIFICATE**
239:22
**certify** 240:3
**cetera** 22:14
**Chad** 156:14
**chain** 4:7,9,11 5:20
6:2,4,6,8,10,12,14
6:19,21 7:2,4,6,8
7:10,12,14 79:2
81:10 84:9,20
111:13 112:15
120:19 130:8
136:19 155:15
162:5,21 163:17
165:20 166:2,12
166:15 190:7,12
190:21 196:13
197:8 204:19
213:17 214:6
215:8,22 219:20
225:4
**chained** 165:22
**chains** 135:19
161:15 196:20
223:5
**chance** 73:15
111:15 130:16
**change** 23:17 106:8
128:7 224:10
238:1,3,4,6,7,9,10
238:12,13,15,16
238:18 239:1,3,4

239:6,7,9,10,12
239:13,15,16,18
**changes** 237:10,13
**changing** 78:7
**channels** 174:11
**characterization**
166:14 172:15
185:18
**characterize** 101:6
**characterized** 90:6
**charge** 38:9,11,15
97:21 144:14
145:16,18
**charities** 208:2
211:15,21
**chart** 18:13,18 20:5
107:12 113:6
**Chicago** 3:4
**chief** 15:14,17 16:9
18:21 19:11,19,20
20:2 22:4 23:1,4
23:12,13 44:11
45:3 56:4 57:1
58:18,21 59:18
60:10 61:8,11,17
62:17 65:22 66:6
76:14 93:4,6
98:21 112:2
156:11,16 160:18
**child** 206:5
**children** 117:10
206:12
**Cho** 3:7 9:7,7 24:20
25:9,12,21 26:3,7
26:13,16,20 28:11
28:21 29:19 30:5
30:16,21 32:22
33:9,22 34:18
35:7,13 36:15
39:2,10 40:11,15
41:1,7,17 42:7,11
42:20 43:15 44:3
44:13,19 45:12,16
46:6,10,17,22
47:14 48:2,15
49:1 52:2 53:1,11



53:21 54:9 55:2
55:10 56:5,12
57:3,9 58:12 60:1
60:6,21 62:5,18
62:20 63:2,7 64:3
64:13 65:13,17
67:7 68:5 70:18
71:13 72:14 73:1
73:20 74:3,10,17
75:9 77:3 79:7
80:2 81:20 83:9
84:16 87:5,15,17
88:2,7,14,18
91:11 92:12 94:4
94:22 95:17,22
96:10 98:5 99:2
100:17 101:10,15
101:22 103:5,16
104:16 105:1,8
109:7,16 110:8
111:1 112:10
113:20 114:20
116:4,15 117:3,15
117:22 118:14,17
119:4,17,20 121:6
121:18 122:3,9
123:10 124:7,17
125:20 126:2,16
127:4,17,20
128:17 129:5,19
131:2 132:21
133:15 134:11
135:1,18 136:8
139:18 140:1,7,15
140:20 141:2
142:5,15 143:14
144:19 145:9,19
146:14 147:7,22
148:7 149:8,15
151:7,17 152:5
153:15 154:6,15
155:5 158:13
159:18,21 161:6
163:14 165:2
166:5 167:16
168:1,3 169:19

170:12 171:1,17
172:7 173:20
174:9,19 177:16
177:19 178:15,22
180:2,18 182:14
183:20 184:19
185:12 188:11
189:20 191:8
192:10,16 193:13
194:15 195:11
196:8,18 198:8
199:17 200:13
201:14,17 202:5
203:4 204:9,17
205:9 206:9 207:1
209:2,11,14
210:12 212:5,16
213:7,19 215:1,6
216:19,21 217:2
218:10 220:7
221:3,12 222:1,15
222:19 223:2,12
224:12 225:6
226:15 227:6
228:4,19 229:21
231:7 232:11,19
233:22 234:10,21
235:2,15,22
**cholera** 154:4
157:19 159:5,16
161:4
**CHOP** 80:10
**chronological**
10:17
**chronologically**
189:17
**chuckle** 227:22
**circumstances** 25:5
189:10,12,15
199:16
**CIS** 20:8 21:3,4
23:16 27:9,12
30:11 32:14 36:13
45:4 58:10 80:22
88:17 103:4
107:12 211:6

**Cissna** 20:21 193:2
**cite** 123:21 124:4
**cited** 127:2 219:3
221:17
**citizens** 230:8
**Citizenship** 3:18
9:14 13:2 15:11
18:8
**civil** 3:9 144:16
151:13,20 152:3,9
152:11
**clarification** 196:15
**clarify** 42:9 62:20
118:14 215:7
222:5,17
**clarity** 204:14
**clear** 61:6 64:14
65:14,17 121:19
124:12 136:13
150:19 183:21
**clearance** 85:12
101:3 174:11,13
**clearly** 51:17
120:14
**click** 37:9
**clocks** 129:1
**close** 78:11 136:18
181:15 194:13
**closing** 128:7
185:20
**collapse** 199:10
**colleague** 85:16
**colleagues** 98:3
**collective** 227:22
**college** 12:1 206:5
**colon** 157:12
**Columbia** 240:19
**com** 224:16
**comb** 197:13 200:5
**combo** 181:10
**come** 93:21 139:14
152:11 162:6
203:1
**comes** 36:11 93:2
159:11
**comfortable** 24:18

57:20 146:6
**coming** 77:10
208:12 214:21
**comment** 10:20
160:17 163:13
164:3
**commenting** 228:7
**comments** 156:8
**Commission**
240:21
**Comms** 144:5,8
**communication**
54:22 87:19 179:3
**communications**
51:13 52:20 88:20
89:1 144:8 161:8
**communities** 230:6
**community** 106:3
**comparative** 188:6
**compare** 70:20
223:11 225:15
233:4
**compared** 38:22
48:14 147:19
149:5
**comparison** 224:17
225:14
**complete** 121:19
**completed** 201:5
230:11,14
**completely** 219:3
**completion** 85:13
**component** 52:4
**components** 37:21
171:3
**comport** 70:14
**composed** 120:16
189:5
**comprised** 17:15
**computerized**
240:7
**concept** 138:4
**concern** 225:20
**concerned** 11:20
**concerns** 78:9
197:5

**conclude** 143:10
184:17
**concluded** 26:19
124:5 236:4,7
**conclusion** 17:20
123:22 124:15
125:18 126:15
127:2 135:2
153:16 178:16
207:19 212:6
219:4 221:1,19
228:20
**conclusions** 97:3
**condition** 33:6
74:14 135:10
158:21
**conditions** 28:8
31:9,13 32:9,19
33:20 34:2,6,8,9
34:14,20,21 35:4
35:16,21 36:3
82:16 89:7 93:19
96:22 97:7 98:7
105:4 119:2,13,14
120:13,15 123:21
124:4 127:11
130:13,22 134:6,9
134:18 153:11
154:11 155:2
157:19 158:12,15
191:4 195:19
197:14 198:1
199:5 200:6,7
201:7 212:13
219:3 220:16
221:17 227:3,12
229:1,4,11 234:8
234:15
**conduct** 35:16
37:18 38:1
**conducted** 35:15
230:5
**confer** 129:2
**confidence** 224:20
**confident** 132:22
225:2



confine 149:13
confined 39:14
  149:10 201:15
confines 128:2
confirm 215:20
conflict 28:7
  198:20
confusing 11:2
Congress 67:20
  69:16
congressional
  163:19
conjecture 79:4,6,9
connection 195:14
Connelly 3:2 4:3
  8:22,22 10:1
  24:22 25:10,14,22
  26:4,8,14,17,21
  28:14 29:2,22
  30:9,17 33:3,12
  34:11 35:1,11
  36:6,16 39:5,17
  40:13,20 41:3,10
  41:12 42:2,10,13
  42:14 43:9,17
  44:5,16,21 45:13
  45:18 46:7,12,19
  47:5,18 48:7,18
  49:3 52:11 53:9
  53:14 54:4,12
  55:6,18 56:9,11
  56:16,20 57:6,14
  60:3,9 61:2 62:7
  62:22 63:3,9 64:5
  64:18 65:16,18
  67:9,17,21 68:17
  70:22 71:19 72:20
  73:3,22 74:5,12
  74:19 75:2,19
  77:16 79:14 80:6
  80:14 82:3 83:10
  84:1,8,11,21
  87:11,22 88:4,10
  88:15 89:3 91:13
  92:2,19 94:8 95:4
  95:18 96:6,11

98:9 99:8 101:5
101:13,21 102:7
103:6,21 105:7,14
109:9,21 110:11
110:17,22 111:7
112:12 114:1
115:7 116:9,21
117:11,18 118:4
118:16,21 119:10
119:18 120:17
121:8,22 122:7,15
123:15 124:11
125:3,22 126:7,9
126:20 127:13,18
128:5,11,19
129:11,15 130:2
131:4 133:2 134:4
134:19 135:16
136:1,15 139:21
140:4,8,18,22
141:5 142:10,20
143:16 145:2,13
145:22 147:3,16
148:5,12,15
149:13,21 151:12
151:21 152:13
153:19 154:10
155:4,12 158:22
159:19 160:4
161:5,13 164:7
165:9 166:8,10
167:17 168:8
170:3,18 171:6
172:3,19 174:4,18
175:2 177:17
178:3,4,20 179:11
180:9 181:6
182:21,22 184:1
185:8 186:13
188:16 190:5
191:18 192:12,21
194:1 195:1,21
196:11 197:3
199:3,22 200:22
201:16 202:2,11
202:16 203:19

204:15,22 205:22
207:7 209:7,12,20
210:18 212:14,17
213:8,16 214:2
215:3,18 216:17
216:20,22 217:10
217:17 218:2,15
220:19 221:9,13
222:8,16 223:1,9
223:20 224:14
225:9,12 226:20
227:15 228:13
229:16 230:10
231:12 232:14
233:2 234:4,18,22
235:12,18
consider 34:15
  192:9
considerable 19:3
considerably 74:8
considerations 40:3
considered 32:20
  33:6 194:5 212:2
considering 36:20
  205:17
consistent 101:8,14
  128:4 130:21
  132:20 153:12
  177:13 178:11
  179:7,17,21
  180:13,16
consonant 41:21
  42:5,18
consult 11:9,18
consultation
  101:18 203:16
contact 48:22 50:1
  54:8,22 55:9,14
  55:14 56:6 57:1
  224:7 235:4
contain 111:2
  129:21 135:20
  136:11 155:7
  171:18 174:21
  196:20 223:5
contained 63:5,17

64:9 67:5 68:20
73:9 99:5 133:19
134:14 153:8
154:18 155:17
170:16 175:1
180:22 191:11
195:15 200:19
202:9 205:12
225:3 226:17
232:9,16 233:18
233:20
contains 68:7 71:15
  75:12 81:21 84:17
  92:13 102:2 105:9
  116:5 122:10
  161:7 190:1
  200:15 204:19
  207:4 213:21
  217:5
contemplate 178:2
contemporaneous
  10:21 38:6
contemporaneou...
  194:12
content 47:6 59:20
  60:5,13 69:3
  77:15 83:12 99:21
  106:18 141:22
  150:13 173:1
  179:13 196:4
  226:17 228:10
  229:18 230:17
contention 127:10
context 104:1
  123:16 198:17
continue 34:9
  57:16 89:7
continued 6:1 7:1
  185:3 195:9 210:2
continues 193:4
contrary 52:14
  95:14
contrast 147:18
  233:4
convenience 109:14
conversation 47:13

53:8 54:6 109:6
150:2
conversations
  44:11,17 45:8,14
  46:4,14,15,20
  47:7 48:6,21
  52:20 53:3 147:5
  152:1 179:2
  203:22
converted 14:4
convey 118:7,8
  231:5
conveyed 132:6,14
  133:22
conveying 124:14
  145:7 146:9
  194:11
convicted 115:17
  117:13
coordinate 107:4
coordination 82:10
  85:17,18
copied 102:14
  208:19
copies 24:8
copy-and-paste
  224:19
correct 18:3,13,15
  18:16,19 19:6,21
  20:3,9 21:7,9,16
  32:12 34:1 36:7
  36:14 38:11 54:22
  58:18 60:19 61:18
  61:19 63:12 66:6
  66:9 73:11,14
  74:6 76:15,17
  78:22 85:6 86:19
  86:20 89:17 92:1
  93:13 95:19 97:18
  99:9,13 103:22
  108:20 109:8
  116:3 125:1
  126:15,19 127:16
  127:19 131:13,22
  153:2 156:5
  159:13 160:3



162:8 165:18
166:19 167:14
182:10 200:10,11
216:3,8 217:1
218:20 225:5,7
231:18
**corrections** 237:11
**correctly** 20:6 69:6
216:15
**Council** 16:15 17:7
47:10,20 48:11,20
49:6,17,20 50:1
50:12,18 51:1,9
51:13,20 52:22
53:20 55:1,16
**counsel** 8:20 9:22
47:2,3 68:11
78:13 193:19
202:10 211:4
222:5 235:4,6
240:10,14
**counselor** 16:20,21
18:1 23:15 45:2
91:18
**counsel's** 107:20
**count** 182:20
**counterpart** 32:7
33:18
**counterparts** 31:11
34:4 62:11
**countries** 28:19
100:9 112:8 113:1
188:7,10 191:15
194:19 196:6
197:7 198:7,14
214:21 215:9,17
216:1 218:14
221:2,5 222:6,13
**country** 31:9,10,13
32:9,20 33:19
34:2,5,8,14,19
35:16,21 36:3,21
82:15 96:22 97:7
98:7 105:4 117:9
118:10 127:11
134:18 135:10

139:8 155:1
158:15,21 189:10
189:13,16 191:4
195:19 197:13,22
199:8 200:5 201:7
212:3 219:3
220:15 221:17
229:6 230:6
234:15
**country's** 33:5 35:3
172:16 189:8
198:1
**country/year/nu...**
113:7
**couple** 14:10 19:3
79:2 84:22 145:11
220:12
**course** 11:17 27:8
57:12 58:20 143:4
143:6 198:10
206:17 220:17
**court** 1:1 8:9,18
9:16 24:7 235:5
235:10,11,16,20
**courtesies** 10:11
**cover** 68:13
**covered** 37:9
**covers** 11:16 13:22
22:10 102:9
131:19
**CP_00003462-34...**
7:7
**CP_00007859-872**
6:13
**CP_00008090-80...**
6:15
**CP_00009691-693**
6:20
**CP_00012164-165**
6:3
**CP_00015826-829**
4:12
**CP_00020560-563**
7:3
**create** 11:3 31:19
**created** 32:13

**creates** 199:11
**crimes** 115:17
117:14
**criminal/detainers**
115:18
**crystallizing**
176:17
**current** 32:19 35:3
56:2 72:18 74:14
93:19,21 119:2,13
119:14 130:22
134:6,9 153:11
154:11 157:18
158:11 234:8
**currently** 157:2
181:22 183:4,16
**cut** 97:2 98:11
160:8
**cuts** 100:13
**C-I-S-S-N-A** 20:21
**C-O-M-M-S** 144:6
144:7

───────

**D**

**D** 8:1
**damage** 158:2
169:14 170:20
199:11
**Dartmouth** 12:2
**data** 112:13 113:5
115:13,21 117:1,8
118:7,13 120:14
120:22 121:11,16
121:20 130:11
**date** 8:11 68:12
69:7 72:7,9
137:11 216:13
224:4 238:20
239:20
**dated** 4:8,10,12
5:21 6:2,4,6,8,10
6:13,15,19,21 7:2
7:4,6,8,10,12,14
7:16 213:18
**dates** 136:17
**David** 3:19 8:16

141:3,15,16
**day** 24:11 113:6
156:3 159:11
235:8 237:16
**days** 137:1,14
207:15
**DCOS** 156:8,10
**December** 1:13
8:11
**decide** 34:16
**decided** 93:18
**deciding** 30:13
**decision** 29:7 30:13
31:2,19,22 32:13
34:16 35:17 36:12
38:19 39:6 40:9
41:20 42:17 43:3
43:5,12 44:9
54:15,16,18,19
62:16,21 63:1
82:18 86:8 90:15
91:7 93:17 94:2,6
94:15,20 95:2,13
97:1 98:2,12,16
98:17,22 99:15,15
99:17 100:2,6,12
100:13,22 101:17
102:20 104:4,4,6
104:13,15,17
105:2 127:12,15
134:6 138:15
139:17 144:9
147:19 149:7
158:5,9 191:14
192:8 194:11,12
195:20 196:5
201:6,12 202:1
203:10,18 208:12
209:1,9,22 210:3
220:12
**decisions** 39:7,16
42:4,8 100:3
112:7 147:14,18
215:16
**DECLARATION**
237:5

**declare** 237:6
**decreased** 38:22
**deemed** 174:12
**deeper** 35:21
**deeply** 144:12
145:14
**Defendants** 1:7 3:7
**deference** 40:18,21
**definition** 208:6
**degree** 12:5 47:15
101:2 123:13
**delayed** 216:12
**deliberately** 206:4
**deliberation** 102:2
209:16
**deliberations** 77:6
81:22 84:18 87:20
88:21 92:14 96:2
100:19 105:10
111:3 116:6,17
117:4 118:1,19
119:6 120:1
122:11 124:9,19
126:18 127:22
129:21 133:17
134:13 135:20
136:11 142:6
146:16 147:9
148:2,10 149:2,17
155:8 165:5
170:14 171:3,19
172:9 174:21
177:21 180:20
190:2 191:10
193:16 195:9
200:16 202:8
203:6 204:1,11,20
205:11 207:4
209:4 210:14
212:7 213:21
217:5 222:4 223:6
227:8 232:21
234:12
**deliberative** 68:7
71:15 75:12 92:15
136:9 154:16



161:8,9 194:9
196:20,21 200:17
201:18 217:6
**demographic**
115:13 117:1,7
120:7
**dense** 228:1,3
230:20
**departed** 21:12
**department** 3:8,17
3:18 21:5 31:11
31:15,19 32:8
33:17 34:3 35:6
41:4,21 42:6
43:13,21 78:15
107:13 121:4
156:17 157:3,4
174:2,6 195:5
218:13,18 219:16
220:3 231:1
**departments**
214:18
**department's** 219:7
**depending** 198:18
**deponent** 111:8
213:17
**deposed** 10:7 131:7
**deposition** 1:11 2:1
8:6,13 10:13,19
11:18 68:9 74:22
92:10 177:3,10
213:14 235:8,20
236:3,22 237:7,12
237:22 238:22
240:2,4,8,12
**depositions** 26:19
194:3
**deputy** 23:1,4,12
23:20 24:1,2
76:14 143:21
145:20,21 146:20
151:11 152:6
156:11,15 160:18
**describe** 30:18
110:5 158:11
184:12

**described** 30:3,7
82:5
**describing** 70:10
**description** 51:21
77:12
**Deshommes** 214:11
**designated** 28:19
183:14 184:5
191:16
**designating** 59:7,22
**designation** 5:9,11
5:14 6:16 7:18
28:15 30:8 31:22
34:10 58:4 61:22
63:18 66:22 70:11
82:18 93:20,21
94:3,16 104:19
109:2,12,19
114:15 140:9
152:16,20 153:9
153:14 155:3
159:15 160:20,20
160:22 161:1
169:5 172:2 179:9
183:5 193:9
198:19 229:5,8
232:4 233:11
**designations** 27:16
29:6,13 30:11
31:4 69:4 82:20
100:8 147:13
176:13 198:12,13
215:17
**designee** 174:14
**desire** 214:14
**despite** 78:5
**detail** 12:18 13:16
13:17,19 16:19
44:7 54:1
**detailed** 14:12
**details** 13:9 16:11
115:11 116:12
**determination**
29:17 30:4 31:4
39:13 72:5,5
139:9 149:11

158:18 174:7
**determinations**
28:6
**determine** 32:19
**determined** 33:5
158:4 227:2
**determines** 107:8
**determining** 28:9
28:18 33:7 74:16
212:2
**developments**
207:21
**DHS** 14:12 21:10
21:14,18 81:1,4
103:4 133:22
140:21 142:19
151:10,18
**diaspora** 118:9
**dictates** 176:18
**difference** 40:14
103:7,8 161:19
**differences** 199:13
**different** 30:2 48:9
48:13 98:18
127:12,14 130:14
145:11 176:22
177:2 182:20
194:16 198:10,11
198:12,13,14,21
199:7,12
**differentiate**
151:22
**differently** 149:20
**difficult** 41:19
77:14 130:13
226:7
**difficulty** 125:8
148:16,18
**dint** 176:5
**direct** 76:3 85:3
130:8 170:11
201:1
**directed** 73:5,7
134:2
**directing** 83:6
**direction** 235:21

240:8
**directive** 169:22
170:8,11
**directly** 121:20
134:1,2 152:11
158:20 179:4
191:20
**director** 16:15,21
18:2,4,6,10 20:7
20:14,15,18,19,21
21:3,4 31:20
32:14 36:12 49:15
50:10,19 51:4
109:18 110:16
193:2
**directorate** 17:9
31:8 37:12,13
38:1 49:16 93:4
108:14
**director's** 95:10
**disagreed** 124:15
126:14 147:2
**disagreeing** 147:6
**disasters** 198:20
**disconnect** 149:3
**discontent** 164:4
**discuss** 76:22 230:4
**discusses** 82:15
**discussion** 201:11
**disinterested**
205:20
**dismiss** 207:20
**displaced** 185:19
**distraught** 144:13
145:14 146:11
**District** 1:1,2 3:9
8:9,9 240:19
**division** 3:9 9:11
14:5 15:15,19,20
16:9 18:22 22:5
22:10 23:1,2 29:4
31:15 35:20 37:4
37:5 62:10 73:6
82:10 85:17,18
89:16,18 90:19
91:2 95:7,15

97:21 99:14 100:7
112:3,4,4
**divisions** 18:18
19:7,10 21:2 56:4
**division's** 95:20
105:4
**docs** 191:3
**document** 24:13,16
24:18 25:16,17
29:11 32:10,15
57:21,22 58:1,7
58:17 59:1,6
60:22 61:7 62:4
64:10 65:11 66:17
66:20 67:18 68:4
68:14,16,20 69:8
69:10 70:3 71:2
71:14,21 72:2,4,8
72:13,22 73:5,10
73:15 74:1,20
75:8 77:18 82:1
122:22 136:20
143:18 154:6
156:1,20 159:2,9
159:10,14 162:13
163:6 182:15
186:21 190:16
195:12 201:3
203:2,8 204:5
205:3,5 210:15
223:4 224:1,13,18
225:22 227:10,19
231:13 233:5,8
234:1,6
**documents** 10:21
59:4,15,19 60:16
69:11 70:21 92:4
159:22 196:2
212:19 213:5
**doing** 19:4 26:10
**domestic** 47:3
51:20 52:6,22
53:20 55:1 188:4
**Don** 38:14
**Donald** 1:5 8:7
**DOS** 42:19



**dots** 78:10
**downplay** 207:20
**Dozens** 100:10
**DPC** 53:7 55:9,15
  56:7 57:2
**DPP** 68:6 71:14
  75:11 92:16 102:3
  105:11 111:4
  122:12 161:7
  189:21 200:14
  204:18 223:3,14
**DPP-00003286-3...**
  6:5
**DPP_00000395-4...**
  5:17
**DPP_00003336**
  7:11
**DPP_00005153** 6:9
**DPP_00006080-0...**
  6:11
**DPP_00006091-6...**
  4:8
**DPP_00008521-5...**
  5:19
**DPP_00010924-9...**
  6:22
**DPP_00011273-2...**
  7:15
**DPP_00018751** 6:7
**DPP_00018941**
  4:10
**DPP_00019502-03**
  7:17
**DPP_00021118** 7:9
**DPP_00022248-2...**
  7:13
**DPP_0003323-33...**
  7:5
**draft** 62:12 68:14
  83:15,18 85:13
  132:1,20 133:5
  155:9 164:11,18
  165:3,3 167:7
  172:20 173:3,5
  174:5 179:14
  181:16 184:8

191:14 201:5
  202:1,4 204:7
  207:17 208:9,11
  208:12,22 209:22
  216:11 223:15
**drafted** 62:11 97:2
  101:1 163:20,22
  165:1 174:2
  192:19 220:13
**drafting** 60:13
  210:3 226:3,5
**drafts** 69:2,2 192:8
  203:11,12
**draw** 198:16
**drawing** 159:2
**draws** 226:18
**Drive** 3:3
**dug** 35:20
**Duke** 21:13 45:15
  80:18 143:21
  146:1,7,8,12
  152:7 193:3 224:3
  225:3 226:4 227:2
**duly** 9:19 240:4
**dunces** 231:1
**duration** 114:14
**duties** 10:14 15:16
  22:20 27:8,12
  58:20 80:20
**D-E-S-H-O-M-M...**
  77:20 214:11
**D.C** 1:12 2:8 8:14
  13:9 14:7,8,20
  17:11

_____

**E**
**E** 4:1 8:1,1
**EAD** 37:14 79:11
**earlier** 48:14 55:8
  79:17 105:17
  150:9 161:14
  186:16 207:10
  221:22
**earliest** 33:15
**early** 21:17,22 46:3
  70:1 218:5

**earthquake** 74:9
  135:14 157:17
  158:1,8 162:17
  169:15 170:21
  185:3 186:3,7
  199:8 208:3
  211:16 227:4,13
**earthquakes** 28:7
**easier** 26:18 42:16
  225:19
**easily** 115:6
**East** 3:10
**Eastern** 1:2 3:9 8:9
**easy** 37:6
**Ebony** 105:18
  108:22
**economic** 157:19
  158:6,10
**economy** 185:16
**edited** 192:19
**editorial** 122:22
  123:8
**edits** 62:16 87:8
**educate** 36:18
**education** 11:22
  12:4
**effect** 73:16,18
**effective** 82:21
  216:13
**effectively** 206:3
**effort** 32:18 167:14
  225:15
**efforts** 36:10
**either** 10:22 21:20
  21:22 60:13 100:8
  107:10 112:7
  132:12 134:1
  139:9 145:1 201:8
  202:21 212:3
  220:14
**El** 75:16 76:16
  79:11 191:16
  215:9 216:1
**elaborated** 182:3
  183:8 184:13
**elaborating** 175:12

**Elaine** 146:8 224:3
  225:3 226:4
**element** 172:12
**elements** 180:7
  228:11
**elevated** 203:13
**embargoed** 138:5,9
  138:15 139:11,15
  140:2 141:13
  142:3
**eminence** 164:12
**employed** 240:11
  240:14
**employee** 240:13
**employment** 12:15
  12:20,21
**encapsulate** 158:20
  181:3
**encapsulates** 132:8
**encapsulation**
  179:6,12,17,21
  180:13,16 181:1
**encouraged** 160:9
**encroach** 203:20
**ended** 80:16
**ends** 186:19
**engaged** 22:8 91:9
  210:2
**enjoying** 176:16
**entails** 31:6
**enthused** 175:14,19
**enthusiasm** 172:13
**entire** 124:19
  155:15 184:15
  237:7
**entirety** 190:11
**entities** 36:18
**entitled** 29:12
  63:17 224:2
**environmental**
  198:20 199:5
  229:9
**epidemic** 154:4
  157:20 159:5,17
**equaled** 187:18
**equipment** 217:18

**equivalent** 33:17
  35:6 107:19,20
**ERRATA** 236:22
  237:12,22 238:22
**error** 183:12
**errors** 231:11
**especially** 123:20
**Esq** 3:2,7,16,16
**essentially** 15:20
  89:18 107:3
  113:13 124:14
  143:2 217:11
**estimate** 100:5
  114:17
**estimated** 187:13
  187:15
**estimation** 74:14
  80:8
**et** 1:4,6 8:7 22:13
**Ethiopia** 13:20
**evaluating** 134:18
**event** 74:7 199:8
**events** 163:17
  198:12 199:14
**eventually** 132:10
  142:3 174:13
**evidence** 124:20
  126:3
**exacerbation** 169:9
**exact** 137:11
**exactly** 61:9 72:13
  176:9,17 219:21
**EXAMINATION**
  4:2 9:22
**example** 25:16 28:6
  52:17 55:8 113:15
  228:15 229:19
**examples** 220:20
  230:16,18
**exception** 179:8
  208:22
**excerpted** 70:12
**exchange** 122:14
  161:12 190:1
  200:15,20
**exchanges** 102:6



111:6 129:20
136:10 155:7
197:2
**exclusions** 100:13
**executive** 76:11
77:11 155:18
159:4 162:7
174:10
**exercise** 169:9
176:16
**exhaust** 51:11
**exhibit** 4:7,9,11 5:2
5:4,6,9,11,14,16
5:18,20 6:2,4,6,8
6:10,12,14,16,19
6:21 7:2,4,6,8,10
7:12,14,16,18
24:5 25:2 68:6,10
71:17 74:21,22
75:10 81:21 92:9
92:10,13 104:2
135:22 190:4
195:15,18 213:14
213:17,20 223:19
**exhibits** 4:6 5:1 6:1
7:1,22 24:21
**exist** 28:8 227:4,14
**expect** 10:10 25:3
**experience** 189:7
233:17
**experienced** 101:20
**expert** 188:20
**expertise** 189:1
**experts** 36:4 135:12
141:9
**expires** 240:21
**explain** 11:6 37:15
114:8
**explained** 110:3
208:15
**explains** 82:16
**explanation** 154:12
233:9
**explicit** 52:13,18
**expressed** 128:4
**expressing** 123:11

**expression** 164:4
169:8
**expressive** 127:10
**extend** 30:14 31:5
39:6 42:18 43:1,3
43:7 54:18 78:7
82:17 95:20
127:15 143:12
205:15
**extended** 13:12
16:11,19 80:20
82:21 137:7
153:14 154:1,13
179:10 212:4
**extending** 43:22
61:22 63:18 66:22
152:20 153:9
156:4 157:10
159:15 233:6,10
**extends** 62:2,3
184:14
**extension** 5:4,6,9
5:11,14 6:16
32:21 33:8 34:17
36:20 38:20 39:8
60:20 61:14 63:13
66:2 70:11,13
78:8 79:11 83:19
89:7,8,19 90:7
96:8 97:10 98:4
139:10,16 140:10
147:15,21 152:16
153:3 155:2 169:5
172:1 176:4,14
185:6 193:5 201:9
202:21 207:18
219:4 220:17
221:18 233:19
234:16
**extensions** 29:13,17
30:10 39:1 40:10
100:9 112:8 221:1
**extensive** 65:6
220:15 230:5
**extent** 34:13 87:18
88:19 99:6 113:5

146:15 176:9
193:15 209:3
210:13 212:11
221:4 222:2
223:15 227:7
232:20 234:11
235:3,16
**external** 163:20
**extraordinary** 28:7
227:2,12 229:1,3
229:11
**E-B-O-N-Y** 105:18
**e-mail** 4:7,9,11
5:20 6:2,4,6,8,10
6:12,14,19,21 7:2
7:4,6,8,10,12,14
48:5 75:5,14,16
75:17 76:4,6 77:4
77:19 78:2 79:17
81:10,11,16,18
82:4,13 83:2 84:9
84:13,20 85:4
86:11 91:17 93:3
93:15,20 94:10,18
96:21 99:5 102:9
102:15,18 104:1,1
104:11 105:13,17
108:5,20 111:6,11
111:11,12,18
112:15 113:4
116:2 120:19
122:14 123:6,7,13
123:16,19 128:2
129:13,14,20
130:1,8,9 131:5
132:1,1,13,14,17
132:19 133:3,5,19
134:14 135:6,19
136:3,5,6,10,13
136:19 144:3,4,11
151:5 155:6,11,16
161:11,15 162:4
162:12 163:4
165:19 166:2,12
168:12,14 170:16
171:3 175:1,4,10

180:22 181:8
186:19,20 187:4
187:10 190:1,6,21
190:21 191:2
194:17 196:13,20
197:1,8 200:3,15
200:20 201:2,2
202:9 204:19,21
207:3,6,10,12,15
208:8,8 213:17,20
214:4,6 215:8,22
216:6 217:4,9,13
218:3 219:10,18
223:4,8 224:19
225:4 227:19
**e-mails** 38:6 75:7
79:1 92:18 93:1
102:5 111:2 115:9
161:7 163:2
174:20 175:8
190:9,13 191:12
207:14 214:1
227:18 231:3

_____

**F**

**face** 58:1
**facetious** 97:13
**fact** 182:15
**factor** 208:4 211:18
211:22 212:1
**factors** 153:13,22
**facts** 124:20 126:3
**factual** 97:10
**factually** 69:13
**failed** 186:15
**fair** 10:19 42:10,13
143:10 161:16
166:14 194:5
222:9
**fairly** 81:10 132:8
154:22 168:15
220:15
**fall** 43:11 44:1
195:8 199:9
**familiar** 27:5 28:1
37:7 57:22 58:13

138:4
**familiarize** 24:12
75:3
**family** 120:6
**far** 33:7 36:8 48:10
58:9 81:17 116:2
127:1 134:5
203:21
**fashion** 30:2 218:19
**February** 16:14
17:13 71:12 72:19
75:6 76:6 77:21
**federal** 3:17 9:11
26:22 70:12
**feel** 24:17 180:5
**feeling** 188:18
**fellow** 13:4
**felt** 206:16
**field** 37:22 103:1
**fifth** 182:2,11,17
183:6
**figure** 76:22 77:14
92:7 121:11,16
190:19 191:15
**filters** 190:15
**final** 69:11 132:19
173:3,6 205:2
217:13 220:14
223:15
**finalized** 74:2
193:1
**finally** 21:1,16 46:1
46:13 91:14
115:20 118:5
143:18 216:5
**financial** 189:10,12
189:15
**financially** 240:15
**find** 48:8 56:22
89:11 91:15
115:18 147:17
178:7 180:11,14
**fine** 26:20 96:21
97:6,15 219:19
224:22
**firm** 9:1 135:6
**first** 9:19 25:16,17



29:10 38:13 39:8
68:12,18 77:18
78:12 82:13 84:14
85:4,8 88:12 93:1
102:22 108:8
111:3,9,12 112:18
118:5 120:18
122:12 129:18
130:7,8 131:11
136:4,16,20
137:22 155:17
156:1 162:4 164:3
164:8,10 167:6
171:10 172:20
173:13 175:4,9
181:17 183:12
184:4 187:22
189:22 190:9,20
208:10 219:6
224:2 227:18
**fit** 30:20
**five** 19:9 22:19
115:10 118:22
127:7 130:14
168:15 183:10
187:2 213:5
**flipping** 132:7
**flood** 199:10
**flooding** 154:3
**flow** 150:2
**FNRs** 152:19
**FO** 102:21,22
104:13
**focus** 130:7
**focused** 52:6,7
102:8 112:19
136:2
**focusing** 19:16
24:15 30:10 39:20
134:9 144:2
**folded** 161:2
172:17
**folks** 34:13 91:16
103:15 142:12,13
228:1,3 230:20
**follow** 24:9 99:10

148:20 231:2
**followed** 41:14,15
41:18 42:1 78:10
137:21 139:2,5
224:5
**following** 16:17
69:20 82:18 86:9
138:1 148:6
150:15 170:2
223:3
**follows** 9:21 60:5
61:21 70:15 82:13
183:7
**force** 158:4
**forego** 204:2
**foregoing** 240:2,4
**foreign** 28:8,19
208:2 211:14,20
212:11,12 230:2
**form** 28:11,21
29:19 30:5,16,21
32:22 33:9,22
34:18 35:7,13
36:15 39:2,10
40:11 41:1,7,17
42:7,20 43:15
44:3,13,19 45:12
45:16 46:6,10,17
46:22 47:14 48:2
48:15 49:1 52:2
53:1,11,21 54:9
55:2,10 56:5,12
57:3,9 58:12 60:1
60:6,21 62:5,18
63:7 64:3 67:7
70:18 72:14 73:1
73:20 74:3,10,17
77:3 79:7 80:2,10
83:9 87:5,15 88:7
88:14,18 91:11
94:4,22 95:17
98:5 99:2,21
100:17 101:10,15
103:5,16 104:16
105:1 109:7,16
110:8 112:10

113:20 114:20
116:4 119:4 121:6
121:18 122:3
123:10 124:7,17
126:2,16 131:2
132:21 133:15
134:11 139:19
140:1,7,15,20
141:2 142:5
143:14 144:19
145:9,19 146:14
147:7 151:7,17
152:5 153:15
154:15 158:13
159:18,21 163:14
166:5 167:16
168:1 169:19
170:12 171:1,17
172:7 173:20
174:9 176:12
177:19 180:2,18
182:14 184:19
185:12 188:11
191:8 192:10,16
193:14 195:11
196:8 198:8
199:19 201:14
202:5 203:4 204:9
205:9 206:9 209:2
209:14 210:12
215:1,6 218:10
220:7,14 221:3
222:1 224:12
225:6 226:15
227:6 228:4,19
229:21 231:7
232:11,19 233:22
234:10,21
**formal** 14:18 43:4
156:3 174:11
**formally** 27:1
**format** 59:14 68:1
199:12 203:9,15
209:21
**formatted** 66:20
**formatting** 183:11

232:1
**forms** 179:2
**formulate** 220:2
**forth** 115:19
117:21 120:12
**forward** 87:10
90:16 101:1 164:1
**forwarded** 26:11
**found** 33:6 77:2
178:13 228:11
**four** 137:14 184:11
**fourth** 181:21
182:11,17 183:3
232:1
**FR** 58:2
**frame** 72:11 221:15
222:18
**frames** 21:9 138:21
155:22
**Francis** 20:21
**Francisco** 13:18
**free** 11:18 24:17
62:15
**freestanding**
225:18,22
**frequently** 11:4
58:8 101:2 139:7
139:11
**fresh** 56:19
**Friday** 85:4 143:19
144:22 145:1,1
151:1
**FRN** 58:10,14
59:15 60:19 61:11
61:14 62:21 63:6
63:12 65:15 66:2
70:17 82:19 89:8
89:19 90:7 91:10
136:21 137:4,6,8
137:15 152:15
153:3 154:18
156:4 159:10
231:15,19 233:6
234:7
**FRNs** 90:14 91:5,6
91:9 214:20 215:2

216:11 232:2
**front** 16:20 23:16
69:7 75:8 81:2
87:10 103:1,2,3
103:11 152:9
163:7 186:21
195:13 206:22
227:10
**full** 65:8 112:15
198:15 226:21
**fully** 24:12 160:13
176:9
**full-time** 14:18
**further** 27:20 58:3
83:1 122:5 157:11
159:1 163:2 174:6
185:6 201:10
211:16 240:12
**future** 158:18

---

## G

**G** 8:1
**game** 194:5
**gather** 30:12 34:5
115:3 118:13
**gathered** 32:5
**gathering** 30:19
31:2 32:18 33:19
112:20
**GDP** 120:16 187:17
187:18,20 188:1,8
188:10 189:4,8
**gems** 200:7
**Gene** 80:13,16
87:16 88:9 91:20
103:19 152:10
**general** 59:18 68:1
72:11 78:10,13
86:22 101:9
138:20 166:1
167:1 213:5
**generally** 30:18
31:13 39:11,13
108:2 189:14
194:2,5 203:9
219:15 228:10



generate 166:3
192:8
generated 58:17
61:11 69:11 72:4
72:8,13,17 88:16
218:17,18
generates 72:2
generating 62:9
68:19 72:22 73:5
gentleman 20:11
49:8 51:2 93:2
105:18 111:20
gentlemen 132:19
genuinely 128:20
Georgia 13:17
getting 12:15 44:8
90:13 98:22
212:17 230:12
get-go 171:13
gist 167:20
give 13:14 24:8,8
49:10,11 51:21
55:7,7 65:19 80:7
81:9 93:16 100:5
114:16 120:7
122:16 123:3
124:13 126:22
129:12 189:18
213:5 223:10
228:15 229:19
235:21
given 40:18,21 65:8
66:16 93:3 120:15
147:10 190:3
194:7 199:12
200:18 207:5
212:3 233:16
234:15 240:9
Gives 224:7
giving 136:4
glad 125:8
glove 55:17
go 10:9,15 12:1,3
13:15 16:12 22:3
24:6 27:14 29:10
29:20 30:22 40:16

44:7 47:6 50:4
53:4 55:4 61:13
68:15 70:4 77:7
77:17 83:20 84:1
87:21 88:1,3,21
89:9,9,20 94:12
97:22 111:17
120:1,18 125:6
128:11,15 148:13
159:8 161:5 163:2
164:8 166:22
168:9 173:1,6,12
174:5 175:9 176:5
186:17,18 187:2
188:15 191:21
195:16 196:12
201:17 205:4,12
206:2,6 214:13
215:13 216:11,17
224:1 227:16
231:22 233:3,5,7
goes 48:10 76:21
86:10,11 99:4
100:18 121:9
132:11 156:19
157:11 162:17
170:19 192:22
211:17
going 10:13 19:16
24:4,6 25:5,6,14
25:15,18 26:2,4,5
26:11,18 28:16
44:6,7 55:3 57:10
57:15 59:3 60:15
64:19,20,20 65:20
66:5 67:12,22
68:5 71:10,16
75:5,9 81:9,12,15
81:20 84:3,12
89:4,6 90:11,15
92:2,6,9,12 95:22
99:10 102:8,17
105:8 111:1,9
121:1 122:17
129:6,11,17,19
130:7 131:9

135:18 136:2,17
136:20 137:6
143:17 152:17
155:15 161:15
162:19 167:13
172:20 175:3
186:8,17 187:7,7
190:8,14 192:3,13
193:13,20 212:21
213:3,10 214:3
215:5 216:6,17
217:11,19 223:9
223:10,11 226:12
234:5 235:7 236:5
gong 99:3
good 8:3 9:7 154:22
189:10 193:1
214:9 225:17
227:21
good-faith 69:10
225:15
government 9:9,12
9:15 13:21 77:5
81:22 87:19 92:14
96:2 102:2 105:10
111:3 114:12
116:6,17 117:4
118:1,18 119:6,22
122:11 124:8,18
124:18 126:17
127:22 129:21
133:8,17 134:12
135:20 136:11
141:12 142:6
147:9 148:2,10
149:17 155:5
165:4 170:14
171:2,19 172:8,14
174:19,21 177:21
180:20 185:22
189:20 190:1
191:10 193:16
196:19 200:13,16
202:7,8 203:5
204:11,17,20
205:11 207:2,4

209:3,16 210:14
212:7 213:19,21
217:3,5 222:3
223:2,5,13 227:8
232:21 234:12
governmental
84:17 88:21
100:18 155:7
grab 161:21
graduate 12:4
grammar 228:9
grant 34:17
granted 33:8
114:11 157:18
granting 157:22
Graziadio 76:7
great 76:2 85:2
92:22 175:22
199:11
greater 40:18,21
94:13
Gross 188:4
ground 33:18
174:20 199:9
grounds 75:10,15
77:4 81:21 84:17
92:13 96:1 102:1
105:9 111:2 116:5
116:16 117:4
119:22 122:10
124:8 127:21
133:16 134:12
135:19 149:16
155:6 165:3
170:13 171:18
172:8 189:22
196:19 200:15
202:6 204:18
207:3 209:15
213:20 217:4
223:4
group 106:13,18
107:14
growing 185:17
Guatemala 13:22
guess 19:2 55:19

62:4 66:10 93:6
168:3 202:12
207:13
guessing 25:22 38:8
59:12 177:1
guide 182:7
Guillermo 108:5,9
guy 213:3
guys 113:4 128:13
128:14,20,21
G-R-A-Z-I-A-D-...
76:8
G-U-I-L-L-E-R-...
108:5

---

**H**

Haiti 5:4,7,9,12,14
5:18 6:17 7:18
38:20 39:7,21
40:6 41:6 42:5
44:12 45:17 46:9
46:16 47:11 52:15
52:22 54:18,19
56:8,8,13,15 57:2
58:4 59:8,22
60:20 61:15 62:1
63:13,19 66:3,22
68:2 70:6 71:11
72:5 73:17,19
74:15 75:17 82:16
82:18,21 83:20
85:6 86:4,8 89:19
93:12,17 94:3,19
95:21 99:7,16
100:3 102:16
106:8 109:5
112:20,22 113:1,2
113:15,17,18,22
115:1 117:21
118:15,16 119:3
119:14 120:10
123:1 124:6,16
125:19 126:5,5
130:13 131:1
133:9 134:6,18
136:21 138:16



139:8 143:12
144:5,9 147:21
149:4,11,14,19
152:16,21 153:4
153:10,12 157:8
158:12 163:21
167:2 168:7 169:5
170:1 183:13
184:4 185:22
187:13,16 191:20
193:18 194:13,19
194:21 195:8,9
197:7,8 198:5
201:5,15,16,20
203:10 208:3,4,5
208:8,10 209:10
211:15,21 215:9
215:11 218:14
219:2,8 220:4,22
221:2,5,10 222:7
222:7,10,13 224:4
224:11 229:2
230:7 231:15,20
232:5 233:11
234:8,15
**Haitian** 74:9 118:9
120:16 172:13
230:2,3,6
**Haitians** 113:16
118:10 183:15
**Haiti's** 42:18 45:9
45:19 70:11 74:16
104:5,18 109:19
125:2 135:14
137:6 155:3 156:4
172:1 182:3 183:5
183:8 184:13
185:2 186:2
187:17,20 188:8
210:3 233:6
**Haiti-related** 53:8
**half** 14:11 110:20
**Hamil** 87:16
**Hamilton** 80:13,15
80:16 81:4 88:9
88:12 91:20

103:20 110:6,10
152:10
**hand** 24:6 55:17
71:10 144:12
145:5,7 167:4
**handed** 84:8
213:16
**handle** 77:1 229:6
**handled** 149:5,20
**handling** 229:2
**handoff** 66:15
**hands** 174:3
**handwriting** 32:3
**happen** 167:18,20
182:8 225:13
**happened** 15:9
**happens** 174:3
**happy** 125:4,5
**head** 21:18 32:14
218:1 223:22
**headed** 21:10
**heading** 51:3 58:3
187:11
**headquarters**
14:12,19 15:3,7
61:12 81:1 86:9
133:22 140:21
141:20 142:19
**heads** 111:13
122:16
**hear** 144:13 145:15
146:12 147:4
**heard** 125:11
235:12
**heavily** 52:8
**held** 2:1 14:3
**help** 14:22 18:12
23:2 28:5 29:6
34:16 36:18 37:1
64:12,19 81:13
113:5 120:21
145:3 206:2
**helped** 205:19
**helpful** 71:1 77:15
**helping** 144:12
145:4,7

**helps** 68:3 108:16
137:16 220:1
**hereof** 237:12
**hereto** 240:15
**hesitate** 11:5
**Hey** 85:10 113:4
**high** 189:5,8
**Highlight** 157:14
162:16
**Hirsch** 141:15
**historical** 149:6
**historically** 40:18
52:5 54:21 147:15
147:19
**history** 11:22 12:15
12:20,21
**hold** 14:9
**holders** 113:8,10
114:4,5 115:12
116:13 117:13,20
**home** 120:6,13,15
**Homeland** 3:18
21:6 29:9 31:21
78:15 107:13
121:4 156:17
157:5,6 195:5
**Honduras** 191:17
215:10 216:2
**hope** 52:12 89:8,14
**hoping** 93:16 113:4
**horrible** 123:21
124:4
**host** 22:9,12
**hour** 11:13 110:21
231:3
**House** 46:15 47:4
52:5 214:17,19
215:16
**human** 16:16 17:9
17:15
**humanitarian**
15:15,18,22,22
17:16 22:5,13
37:5
**humanity** 18:22
**hurricane** 71:12

73:13,16 74:6,13
154:2 157:18
**hyphen** 108:6
**hypothetical** 199:5
199:18 206:10

———————

**I**
**idea** 120:8 169:14
170:20
**identical** 162:11
224:17 225:16
**identification** 75:1
92:11 213:15
**identified** 193:19
194:18
**ignored** 41:14,16
**IHAD** 36:22 61:18
66:7 83:16
**Illinois** 3:4
**immediate** 122:5
167:4 224:6
**immediately** 37:8
**immigration** 3:18
9:14 13:2 15:11
18:9 37:20 38:3
54:2 175:17
**immigration-rela...**
52:9 80:19
**impact** 39:15 120:5
198:13
**implicit** 52:12
**important** 125:7
**impress** 205:20
**impression** 146:19
**improved** 206:17
212:13
**improvement**
172:16
**INA** 34:22 175:14
175:16 176:10,20
177:13 178:12
180:15 181:4
**inaccurate** 90:5
**inappropriate**
207:22
**inauguration** 23:14

**inception** 72:17
**incident** 98:19
**include** 191:3 215:9
**included** 7:22
35:17 72:4 106:7
117:8 143:20
154:2,12,14 161:3
220:13 226:19
232:16
**includes** 16:2 107:1
131:20 229:12
**including** 22:10
29:5,8 37:22
90:15 100:3
103:19 115:14
117:1 151:10,19
152:10 161:4
205:15
**inconsistent** 178:12
**incorporate** 87:8
163:19
**incorporating**
164:5
**incorrect** 169:13
170:5,11
**increased** 38:21
**incredulity** 123:14
**independent** 34:2
35:3,16
**indicate** 195:6
208:4 231:14
**indicated** 237:11
**indicates** 130:12
**indicating** 68:7
**indicative** 186:2,6
**individual** 37:19
53:7,10 76:10
174:14,15
**individuals** 114:10
120:3,8
**infer** 135:13 168:2
**inform** 29:6 31:2
190:8
**information** 30:12
30:19 31:2,16
32:4,18 33:19



34:6 35:4 36:3
61:21 62:9 63:5
63:16 64:9,16
67:5 68:2,19
70:10 71:7 72:10
73:9 83:2 97:11
98:8 112:20 116:3
116:12 119:1,9
120:7 121:20
132:14 133:5,6,12
133:16 138:11
146:15 147:8
148:1 152:18
154:16 177:20
180:19 191:9
193:15 194:4
196:21 200:19
202:7 209:17
212:6 221:4 222:3
226:11,17 232:8
232:16,20 233:18
233:19 234:11
**informational**
189:3
**informed** 188:5
208:21
**inherently** 175:13
176:1,3
**initial** 83:15,18
87:13 176:13
**initially** 69:2 132:3
163:18 183:14
184:4 220:14
**initiate** 31:12
**initiative** 116:11
140:13
**input** 40:3 59:20
60:5 61:20 132:4
214:14,16,17,20
215:4,16 232:7,15
**inputs** 87:8
**inquiries** 121:21
**inquiry** 166:17
**insane** 169:15
170:21
**insensitive** 228:10

**insert** 68:12
**inside** 58:10 96:18
**insofar** 160:19
180:4
**instance** 120:9
167:4,4
**instances** 220:11,12
**institution** 12:10
**instruct** 56:14 99:3
193:21
**instruction** 53:4
88:8 132:6 163:18
164:2 167:1
**instructions** 132:9
**instructive** 175:15
178:14
**intended** 125:12
174:16
**intending** 181:3
231:5
**interagency** 214:16
215:15
**interagency/WH**
214:14
**Interagency/White**
214:17
**interested** 240:15
**interim** 65:2
**internal** 72:10 77:5
81:22 84:17 87:19
88:21 92:14 96:1
100:18 102:2
105:10 111:3
116:6,16 117:4
118:1,18 119:5,22
122:10 124:2,8,18
126:17 127:21
129:21 133:17
134:12 135:20
136:11 142:6
146:16 147:9
148:1,9 149:16
155:7 161:8 165:4
170:14 171:2,19
172:8 174:21
177:21 180:19

190:1 191:9
193:16 200:16
202:8 203:5
204:11,19 205:11
207:4 209:3,16
210:13 212:7
213:21 217:5
222:3 223:5 227:7
232:21 234:12
**internally** 167:6
**international** 12:8
13:3 15:14,18
18:22 22:5 31:7
37:5
**interpretation**
148:21
**interruptions** 16:8
**introduce** 8:20
**introduction** 68:6
**invested** 208:3
211:15,21
**invite** 155:14 235:6
**invited** 24:12
**involved** 52:8 53:7
106:21 112:6
142:18
**involvement** 62:8
**involves** 104:3
**ironic** 229:13
**irrelevant** 228:10
229:18 230:17
**island** 115:20
117:21 119:3
120:12
**issue** 172:2 230:4
**issued** 153:4 231:16
**issues** 17:16 22:10
22:13
**item** 133:12
**items** 153:7
**it'd** 127:17 222:9

**J**

**J** 3:2
**James** 3:7 9:7
20:11 95:12

110:14
james.cho@usdo...
3:11
**January** 13:1 58:5
58:14 63:19 69:12
74:9 82:22 152:21
153:10 183:14
185:7 231:16,19
233:11,20 234:6
**jargon** 58:9
**Jill** 50:15
**Joanne** 141:15
**job** 1:18 14:3
**jobs** 144:15 151:5
**John** 50:15
**join** 45:4 81:4
108:2
**Joseph** 165:8
**Josie** 76:7
**July** 62:1 67:1
82:21 232:5
**jump** 92:6 210:10
**jumping** 59:11
109:3
**June** 16:14 17:14
163:3 168:12
172:21 175:10
181:8 240:21
**Justice** 3:8,17
**J-O-S-I-E** 76:7

**K**

**K** 2:7 8:14 216:20
**KA** 26:2 76:21 79:3
160:5 189:18
196:12
**Kathryn** 23:5,6
25:17 76:13
102:14,18 104:11
111:20 123:6,17
129:14 131:6
132:3,7 136:5
141:14 143:20
144:22 150:15,22
163:3 168:11
169:10 175:11

181:7 201:5
203:16 217:14
218:3 227:20
230:20
**Kathryn's** 123:12
**Kathy** 20:1 23:4
44:11 111:18
115:9,22 118:11
119:1 120:19
132:6,11 133:13
134:1,2 187:4
191:1,22 192:9
195:3 196:6
197:12 201:4
203:3 207:11,16
208:13 211:7
216:7 217:14
**Kathy's** 132:9
**KA-is** 26:22
**KA-1** 24:5 25:19
177:4,9
**KA-11** 81:9,21
**KA-12** 84:9,16
**KA-15** 110:22
111:2
**KA-16** 101:21
102:1
**KA-17** 105:7,9
**KA-18** 122:8,9
128:2
**KA-2** 60:18
**KA-2A** 57:17
**KA-21** 129:12,20
186:18
**KA-25** 135:17,19
136:9 144:2
**KA-27** 152:14
159:10 233:5
**KA-28** 155:4,6
162:13
**KA-29** 161:5,6
175:8
**KA-30** 174:18,20
175:8
**KA-36** 189:21
195:13



**KA-37** 196:12,19
**KA-38** 200:12,14
  205:4,12
**KA-40** 204:4,16,18
  206:20 207:3
**KA-41** 216:19
  217:1,3
**KA-42** 223:1,3
  225:4 227:16
**KA-43** 223:10,14
  224:2,15 226:1
**KA-44** 231:14
**KA-5** 61:13
**KA-6** 63:11
**KA-7** 65:19 71:3
**KA-8** 67:18 70:4
**KA-9** 71:10
**keep** 10:16
**keeping** 20:4 25:2
**Kelly** 21:10 45:9
  78:21 80:18 91:22
  110:16 121:5
  156:22 162:15
  168:20 171:12,15
  181:12,18 182:1,5
  182:12 184:9
**Kenya** 13:19
**Kevin** 3:17 9:10
**kids** 115:15 117:2
**kind** 28:16 33:18
  115:17 117:14
  164:19
**kinds** 168:7
**knew** 214:13
**KNK's** 216:7,10
**know** 10:11 11:19
  18:21 24:19 26:2
  26:14 34:13,15
  36:10 38:18 42:22
  50:7,8,20 51:6,10
  53:22 55:22 56:2
  56:16 57:19 58:8
  58:8,22 60:10
  61:8,9,9 66:19
  69:19 70:14 72:12
  76:1 79:22 80:3

80:19 81:4,5 82:7
  93:17 100:6 101:6
  101:8 103:17
  106:17 107:18,19
  110:2 111:8 112:5
  112:14 121:9
  125:7 126:4
  128:22 129:1,3
  131:10 132:8,10
  132:12 134:7
  137:16 141:21,22
  143:3,8 145:10
  148:18 152:2,6
  155:14 157:21
  160:10 161:16
  164:9,18 168:4,4
  170:10 171:9
  173:14,22,22
  174:6 178:8
  184:16 187:22
  188:6,18 189:2
  194:16 198:14
  199:13 202:12
  204:1 208:13
  210:1,22 213:3
  217:17 218:11
  219:1,15 222:17
  225:15,22 226:11
  232:9 233:16
  235:15
**knowing** 188:6
**knowledge** 50:17
  89:2 110:7 168:5
  178:18 189:3
**known** 27:1 93:9
**Kovarik** 20:2 44:12
  111:19 112:16
  115:22 118:12
  119:1 120:20
  133:14 187:4
  191:1,22 192:9
  194:10 195:4
  196:6 197:12
  201:4 203:3
  207:11,16 208:14
  216:8

**Kovarik's** 115:9
**K-O-V-A-R-I-K**
  20:2

_____

**L**

**L** 1:17 240:1
**label** 24:7 74:21
**labeling** 152:2
**lady** 20:1
**landslide** 154:3
**language** 157:21
  162:12,18 169:13
  169:18,21 170:2
  226:18
**Lapan** 141:3,16
**Lapron** 141:4
**large** 15:22 113:16
  227:17
**largely** 10:13,17
  19:16 48:4 69:4
  73:16 127:10
  132:19 143:6
**larger** 188:9
**Larry** 19:20
**lastly** 200:1
**late** 21:22 46:2
  66:15
**latest** 111:14
**Laurence** 190:22
**Law** 44:18 207:16
  208:19,22 211:3
**lawyer** 69:6 197:5
**lawyer's** 99:10
**Law's** 44:22 208:8
**lead** 97:2 194:4
**leadership** 29:7
  35:14 79:12
  192:20
**leading** 65:7
**leads** 29:4
**leaps** 28:17
**learn** 83:4
**leave** 66:11 197:9
  202:17 205:16
**leaving** 202:4
  206:18

**left** 25:7 201:9,13
  205:5,7
**legal** 1:20 8:17,19
  78:5 135:2 153:16
  178:16 212:6
  228:20
**lengthy** 81:10
  182:4 190:6
**Leon** 18:5
**Leroy** 93:2 130:9
  131:13
**letter** 77:19 164:11
  164:19 165:1
  167:8,12,14,19,21
  168:6 172:18
  173:17 174:1,16
  179:14
**letters** 82:14 157:8
  167:2 170:1
**let's** 11:21,21 22:3
  29:10 42:16 51:19
  56:18,18,21,21
  61:13 65:10 67:10
  74:21 84:1 85:8,9
  85:9 94:17,17,17
  95:14 102:13
  113:14 128:11
  156:8 164:8 168:9
  175:9,9 191:21
  196:12 197:9
  199:4,10 210:9
  212:14 216:18
  224:1 225:21
  227:16
**level** 29:5 33:18
  80:17,21 106:22
  134:21 175:21
  179:6 180:6 204:2
**levels** 230:8
**Levine** 19:20 191:1
**light** 180:15
**limit** 56:14,21
  179:9 216:13
**limitation** 223:17
**limitations** 142:8
**limited** 112:18

133:18 151:19
  175:1 194:7
**line** 73:13 86:3
  104:11 109:5
  130:11 144:5
  155:8 208:7 238:1
  238:4,7,10,13,16
  239:1,4,7,10,13
  239:16
**litigation** 75:18
  193:20,22 215:12
**little** 10:9,15 11:21
  18:12 26:17 35:21
  37:15 51:21 55:20
  58:3 59:12 77:11
  92:3 93:18 96:19
  114:3 128:15
  158:10 161:21
  183:21 186:16
**living** 113:17
**Liza** 3:18 9:13
**LLP** 2:6 3:3,16,16
**localized** 158:2
  169:14 170:20
**located** 13:7,8
  14:19 17:7
**logic** 58:17
**logical** 65:11
**long** 14:9 15:5
  49:19 50:6,17,20
  51:6 96:7,8
  111:10 176:5,13
  176:14 190:21
  213:3
**longer** 153:21
  158:5 207:15
  208:5 227:4,13
**look** 34:14,19,22
  87:2 110:17
  133:13 134:5
  156:1 180:15
  181:16 189:14
  198:2 199:1 204:4
**looked** 196:14
  212:10
**looking** 128:5



133:4 194:8 198:5
198:6 200:6
207:19
**looks** 108:8 132:5
144:15 151:5
219:2 220:4
224:17
**looped** 134:1
**lot** 12:17
**low** 212:18
**lunch** 92:8 128:14
**L-A-P-A-N** 141:7
**L-A-P-I-N** 141:6
**L-A-P-L-A-N**
141:7

_____

**M**

**M** 20:13
**machinery** 11:13
**Magna** 1:20 8:17
8:18
**magnitude** 101:17
**maker** 30:13
**makers** 31:2 34:16
44:9
**making** 22:8 38:19
40:9 52:9 77:14
112:7 123:8
203:18
**male** 105:21
**manage** 23:2
108:16
**managed** 76:11
**management** 13:4
**manner** 199:14
**march** 12:18 63:13
81:19 82:11 84:9
84:14 85:5
**mark** 57:16 85:11
85:14 111:21,22
112:2
**marked** 5:1 6:1 7:1
24:5 57:16 60:18
67:18 68:6 74:22
92:10 213:14
**marks** 182:9

**married** 105:5
**Mary** 20:13
**master's** 12:8,12,15
**material** 68:8 71:15
75:12 105:10
144:8 158:19
164:6 184:17
218:13,17 226:19
**materials** 92:15
185:10
**matter** 8:6 58:16
77:13 86:22
101:18 141:9
211:18 237:8
**matters** 52:10 54:2
55:17 80:19
157:14
**Matthew** 71:12
73:13,16 74:6,13
154:2
**Mayer** 2:6 3:3,16
3:16 8:15 9:1,3,6
**McCament** 20:11
20:13 95:12
110:15
**mean** 21:19 37:16
41:22 73:7,14
91:5 94:15 99:20
123:8 125:6
145:11 146:7
151:16 153:21
160:8 165:21
167:19 169:6
175:20 192:18
193:10 218:22
225:10,14 228:2
**meaning** 47:16
138:6 162:14
214:18
**meaningful** 185:17
**means** 127:1
**meant** 103:11
**measure** 227:17
**measurements**
198:1
**media** 138:5,9,10

138:15 139:1,4,11
139:16 140:2
141:13 142:3
143:6
**meeting** 77:13
79:13 86:9 138:13
143:20,22 144:22
150:15,18 151:1,1
**meetings** 47:20
48:4,4 51:16
54:11
**meets** 193:2 208:5
**Melissa** 50:5
**member** 166:15
**members** 55:15
56:7 120:6
**memo** 31:20 32:13
36:12 62:16,21
63:1 78:5 82:15
83:7 85:6,6,10,11
86:1,2,4,6,8,10
87:1,3,9,13,14
88:6 95:3 97:1
98:2,12,16,18
99:15 100:14
101:8,18 109:13
109:15,18 110:1,5
110:10,14 122:18
123:21 124:2,3
126:11,15 127:2
131:9,12 134:7
155:22 156:8
159:4 191:22,22
194:13 195:20
196:17 197:12
201:6,13 207:20
207:22 208:9,11
208:12,19 209:1
209:22 210:3
220:3
**memoranda** 35:18
220:13
**memorandum**
104:6 203:15
**memory** 179:19
**memos** 86:14 88:13

90:15 98:22 99:15
99:17 100:2,6,12
100:14,22 190:13
191:3,7,14,15
192:4,9,14,18
193:18 194:11
196:5 202:1
203:10 220:22
221:17,20,21
**mention** 208:1
**mentioned** 18:20
32:1 110:10 130:6
142:14 149:22
150:3 154:1
159:16
**merit** 93:20
**messes** 219:2 220:4
**met** 34:10 89:7
132:5 230:2
**metrics** 197:16,21
198:4,15 199:2,7
199:15
**middle** 156:7 163:5
**mind** 100:21
125:13 149:4
155:10 219:14
**minimum** 79:10
**minister** 230:2
**MINUSTAH** 186:5
**minute** 226:1
**minutes** 79:3 96:19
110:2 123:18
127:7 168:15
169:11 171:8
230:21
**Miriam** 3:16 9:5
**mischaracterizes**
110:9 124:19
180:3 184:20
185:13
**misconstruction**
228:17
**misconstrues**
229:14
**mismatched** 212:20
**missed** 106:10

**misunderstanding**
126:4 228:9,17
**moment** 92:6
112:17 164:9
197:9 219:9
228:14
**momentarily**
186:17 233:3
**Monday** 137:20,22
139:1,5 143:7
213:18
**money** 118:9 188:9
**monthly** 47:17,19
48:3
**months** 83:21
96:12 137:7
143:13 156:5
233:7
**morning** 8:3 9:7
139:4 143:7 218:6
218:9 227:22
**move** 87:9 196:1
200:2 225:20
**moved** 99:1
**moves** 36:12
**moving** 17:18 20:5
21:1 62:17 208:13
**multilateral** 17:8
**M-c-C-A-M-E-N...**
20:12

_____

**N**

**N** 4:1,1 8:1
**name** 10:2,3,5
38:13 51:2 53:17
85:19 91:15
165:10
**named** 20:1 49:8
93:2 105:18
111:21
**narrow** 222:10
**national** 16:15 17:6
47:2,10,20 48:11
48:20 49:5,16,20
50:1,11,18,22
51:8,12 55:16



186:1
**Nationality** 175:17
**nationals** 229:3,7,9
**naturalization**
 112:3
**naturally** 148:20
**nature** 57:19
 106:19 157:15
 162:16 175:13
 176:1,3,18 177:14
 178:10 180:1
 194:7 205:20
**near** 70:1,8 78:2
 138:22
**nearly** 202:1
**Nebraska** 14:21
**necessarily** 41:22
 86:22 173:9
**need** 12:17 75:4
 94:13 113:8
 115:10 125:9
 144:12 145:4,7
 150:13 162:2
 176:8 193:1
 196:14 235:4,9,16
**needed** 158:5
**neither** 240:10
**Nemetz** 3:16 9:5,5
**Neufeld's** 38:7
**never** 20:19
**new** 1:2 3:9,10 8:10
 26:3 72:17 78:9
 79:19 85:13
 122:22 123:7
 124:3 127:3
 211:11
**newcomer** 81:6
**Nicaragua** 191:17
 215:10 216:2
**Nielsen** 21:18 46:5
**night** 219:10
**nodding** 223:22
**normal** 146:13
**normality** 144:13
 145:15
**Northwest** 8:14

**Notary** 239:22
 240:18
**note** 68:11 158:19
**noted** 68:11 123:20
 171:9
**notes** 66:5 155:8
 216:7
**notice** 2:19 70:13
 70:17 78:6 79:11
**noting** 183:9
 184:13
**notion** 135:6
**Notwithstanding**
 135:21
**November** 54:16
 54:18 217:14
 218:4 224:5,10
 227:20
**NSC** 51:17 52:6
 54:11 65:3,9
**Nuebel** 20:1 44:11
 111:18 115:9,22
 118:11 119:1
 120:20 133:14
 187:4 191:1,22
 192:9 195:4 196:6
 197:12 201:4
 203:3 207:11,16
 208:14 216:8
**number** 55:17 76:5
 120:20 142:17
 179:9 187:3 224:7
 235:3
**numbered** 133:4
 219:1
**numbering** 25:3
 26:8
**numbers** 25:6
 26:12 115:4
**numerical** 217:12
**numerous** 91:6,9
**N-E-U-F-E-L-D-S**
 38:7
**N-U-E-B-E-L** 20:1
**N.W** 2:7

**O**

**O** 4:1 8:1
**oath** 237:14
**Obama** 23:16
 57:13
**object** 28:11,21
 29:19 30:5,16,21
 32:22 33:9,22
 34:18 35:7,13
 36:15 39:2,10
 40:11 41:1,7,17
 42:7,20 43:15
 44:3,13,19 45:12
 45:16 46:6,10,17
 46:22 47:14 48:2
 48:15 49:1 52:2
 53:1,11,21 54:9
 55:2,10 56:5,12
 57:3,9 58:12 60:1
 60:6,21 62:5 63:7
 68:5 70:18 72:14
 73:1,20 74:3,10
 74:17 75:9,15
 77:3,4 79:7 80:2
 80:10 81:20 83:9
 84:16 87:5,15
 88:7,14,18 91:11
 92:12 94:4,22
 95:17,22 98:5
 99:2 100:17
 101:10,15 103:5
 103:16 104:16
 105:1,8 109:7,16
 110:8 111:1
 112:10 113:20
 114:20 116:5,15
 119:4,21 121:6,18
 122:3,9 123:10
 124:7,17 126:2,16
 127:20 129:20
 131:2 132:21
 133:15,16 134:11
 135:18 136:9
 139:18 140:1,7,15
 140:20 141:2

143:14 144:19
 145:9,19 146:14
 147:7,22 149:16
 158:13 159:18,21
 163:14 165:2
 166:5 167:16
 168:1 169:19
 170:12 171:1,2,17
 171:18 172:7,8
 173:20 174:9
 177:16,19 180:2
 180:18 182:14,15
 184:19 185:12
 188:11 191:8
 192:10,16 193:13
 195:11 199:19
 201:14 202:5,6
 203:4 204:9 205:9
 209:2,11,14,15
 210:12 215:1,6
 218:10 220:7
 221:3 222:1
 224:12 225:6
 226:15 227:6
 228:4,19 232:11
 232:19 233:22
 234:10,21
**objecting** 102:1
 148:7
**objection** 40:15
 62:18 64:3 67:7
 71:13 96:10 116:4
 117:3,15,22
 118:17 119:17,20
 127:4,17 135:1,21
 139:18 142:5,15
 149:8 151:7,17
 152:5 153:15
 154:15 161:6
 170:13 178:15
 196:8 198:8
 199:17 206:9
 207:5 212:5
 221:12 222:2,19
 227:7 229:21
 231:7

**objections** 235:3,5
 235:17
**objects** 155:5
 174:19 189:20
 196:19 200:13
 204:17 207:3
 213:19 217:3
 223:2,13
**observation** 39:18
 40:7 70:8 76:19
 76:20 94:21
 122:18 123:12
 124:13 126:22
 159:3 170:4,20,22
 184:7 222:12
 230:19
**observations** 123:9
 130:20 150:10
**obviously** 36:4 72:9
 73:14 77:5 102:9
 132:11 155:14
 165:3,22 183:7
 193:14 198:13
 199:11 225:14
 233:15
**OCC** 85:12 86:11
 87:2
**occasionally** 24:15
 38:5
**occasions** 35:19
 99:14
**occur** 17:1 221:21
**occurred** 47:13,22
 54:14,15,17 57:8
 74:7 235:19
**occurrence** 48:13
**October** 61:15 74:8
 190:22 192:1
 196:17 197:11
 201:3 207:11,17
 210:1,6,10 213:18
 214:7
**odds** 206:16
**offer** 237:13
**office** 3:8 9:8 13:2
 13:18 14:6 15:12



16:20 19:12,19
20:6 21:2 23:16
35:2,15 36:11
37:3 38:1,7 45:3
69:2 71:5,6 76:10
78:13 81:2 87:10
99:1 103:1,2,3,11
106:10 107:20
152:9 162:7 224:6
**officer** 14:4 106:4
240:1
**offices** 60:12
174:12
**official** 159:10
178:19
**officials** 151:10,19
152:3 175:21
177:14 178:9
179:6 180:6
**OGC** 78:5,12
**oh** 162:1 216:18
**okay** 18:12,20 22:2
22:2 24:4 25:9,21
26:7 27:5 29:3,16
43:20 45:14 50:6
50:11 51:10 54:13
54:21 55:19 58:13
58:16,20 59:3
60:4 61:7 62:14
63:2 64:12,19
65:17 66:16 67:9
76:1,3 80:15
81:14 82:2 83:18
85:3,22 86:21
90:2 91:4 92:22
93:8 95:13 96:17
97:13,17,22 98:14
99:13 100:1,11
102:11 103:9
104:10,20 105:15
106:1,2,6 108:4
108:15,18,22
109:10 110:19
111:17 113:3
114:7 116:10
128:11 130:6,19

136:14 146:3,6
149:15 150:16
151:4 153:2
155:20 156:7,19
157:7 161:18
164:22 167:5
169:6 173:15
175:5 177:8
179:16 180:10
181:15 182:21
183:17 184:2
189:6 190:18,19
192:22 200:1,21
201:17 206:22
207:10 208:17,17
209:8 211:8 213:9
214:6 216:21
217:16 218:21
222:15 223:21
224:22 225:1,17
228:14 235:2,22
**omissions** 154:21
**once** 14:22 15:17
26:18 52:18 59:18
175:12
**ones** 26:3 183:2
**ongoing** 55:14
93:20 154:3
159:16 198:19
**OP** 18:6
**OPA** 140:21 141:19
**opened** 199:9
**openly** 24:12
**operational** 37:12
37:21 39:14 40:2
78:6
**operations** 13:3
31:8 37:11 107:19
108:14,19
**opinion** 135:12
**opposed** 91:10
198:6 218:18
**OPS** 44:11 211:8
**options** 90:15 191:5
**OP&S** 18:14,17
19:8 62:17 112:4

**orally** 132:6
**order** 19:9 30:12
34:16 45:7 47:17
114:22 155:22
169:11 232:8
**ordinarily** 87:1
107:14,22 112:6
**organization** 20:5
52:1 141:18
**organizational**
18:13,17 107:11
**original** 96:22 98:1
**Oudkirk** 49:8
**outcome** 240:16
**outcomes** 91:7
**outlets** 138:10
**outreach** 230:5
**outside** 28:17
113:18,22 215:11
217:19
**outwardly** 52:7
**overall** 14:6 165:19
166:11
**Overbroad** 188:12
**oversees** 15:20
**overview** 10:10
44:8
**overwhelmingly**
207:18
**O-U-D-K-I-R-K**
49:13
**O-U-D-K-R-I-R-K**
49:12

_____

**P**

**P** 8:1 10:6
**pace** 185:3
**package** 89:10,21
**page** 4:2 27:15
29:10 59:5 62:2,4
68:12 70:4,9 75:6
75:8 76:5 77:18
81:16,18 84:14
85:4 93:2 102:10
111:4,11,13,18
122:12 129:18

130:7 136:4,7
155:17 156:1
162:5 163:5 164:9
164:10 167:6
172:20 175:4
183:12 184:4
189:22 190:10,20
232:1,10,16 233:7
233:8 238:1,4,7
238:10,13,16
239:1,4,7,10,13
239:16
**pages** 63:5 66:20
67:6 68:2 70:16
129:16 187:2
**palace** 133:7
134:10,17 135:9
135:15 158:5,9
186:1
**paragraph** 78:4
89:5 181:5,17,21
182:2,11,18,19
183:3,6,13 184:3
184:8,9,10,15
226:22
**paragraphs** 183:1
232:10
**parent** 206:4
**parenthetical** 89:14
**parol** 22:13,13
**parole** 115:3
**part** 18:14 20:15
24:16 27:12 28:9
32:17 47:21 70:1
80:22 93:15
107:14 108:1
139:11 141:17
142:3,11 143:22
144:3 179:2
182:12 199:6
225:4
**partially** 226:22
**participants** 107:1
**participate** 140:13
140:19
**participated**

141:12
**particular** 17:17
24:16 55:15 58:14
59:1,6 100:14
101:7 141:1 144:3
186:16 212:11
220:21 233:17
**particularly** 180:14
194:7
**parties** 2:20 147:1
216:13 240:11,14
**parting** 216:10
**parts** 107:2
**pass** 179:5
**passage** 176:5
**passed** 31:14 134:3
234:17,19
**passing** 179:4
**Patrick** 1:3 8:7
**peel** 17:5
**penalty** 237:5,6
**pending** 190:7
201:10
**people** 22:18 48:19
51:12 52:21 106:7
113:14 114:9
116:1 120:11,21
142:17 144:12
145:4,6 172:14
214:7
**people's** 179:22
**perceived** 230:17
**percent** 19:5 43:7
120:15 156:13
187:17,20 188:8
189:4,8
**perfect** 204:14
**perfectly** 181:2,3
**period** 60:7 65:6
66:15 78:7 125:20
126:4
**periodic** 29:12 31:3
176:15
**periods** 176:12
**perjury** 237:5,6
**Perkowski** 131:16



131:17
permanent 14:13
  14:18
permissible 194:21
permitted 177:18
  196:22 223:7
person 76:9 107:12
  141:1 157:2 178:2
personal 168:5
  178:18
personnel 47:1,21
  152:10
person's 53:19
perspective 39:15
perspectives
  146:22
Peter 10:6
petitions 38:2
Phillips 111:21,22
  112:2,5
phone 48:6 144:11
  144:18,21
photographic
  179:19
phrase 114:7 118:6
  138:6 150:7 159:6
  170:2 229:12
phrased 124:22
  148:8
pick 78:3 109:10
picking 115:8
picks 162:12 175:6
piece 122:22
pillar 144:13
  145:15
place 13:10,15
  101:17 138:12
  143:9 176:15
  185:4
placed 176:8
placeholders
  216:12
plaintiffs 1:4 3:2
  9:2,6,22
plan 143:11 144:9
planned 164:19

planning 19:12
  132:2
plans 185:21
play 29:16 39:18
played 39:12,22
  60:12 101:7
Plaza 3:10
please 8:20 9:17
  64:1 75:3 130:13
  190:15
plus 113:1
point 42:13 43:8
  54:7 81:11 115:16
  133:4 157:16
  210:5 215:20
  217:13 218:22
points 48:10,21
  69:7 115:11
  130:15,17 143:2
  163:19 169:22
policy 14:12 15:12
  15:21 19:13,14,19
  20:6 21:2 22:8,11
  22:22 29:5 37:18
  45:3 47:3 51:20
  52:6,9,22 53:20
  55:1 107:16,18
policy-making
  15:21
political 102:20
  104:13,22,22
politically-appoi...
  152:12
poor 189:12,15
  228:9
Port 158:1,3
portfolio 17:15
  108:17
portion 15:22 21:9
  70:16 76:19 82:12
  96:20 98:6,11
  144:10 158:7
  162:11 187:8,10
  200:2
portions 158:14
posed 66:21

posing 228:2
position 14:9,13,17
  16:5 44:22 49:14
  50:9,17 54:1
  108:12 176:8
  206:14 233:17
positions 152:12
positive 193:7,12
  195:7,7 200:7
  207:21
possibility 65:1
possible 113:5
  120:3 181:10
possibly 68:13
post 34:5
post-earthquake
  133:9
potential 39:15
  91:7
Potts 93:2,8 96:18
  97:18 102:15
  130:9,20 131:13
Potts's 94:9,18
practice 36:2 91:8
preceded 123:17
  137:8
precedes 183:9
preceding 123:13
  137:5
precision 72:12
  94:13
precondition 32:1
predated 50:21
prefer 128:22
preference 128:17
preferred 206:17
prefix 25:13 26:5
prefixes 26:1
Prelogar 1:11 2:1
  4:2 8:6 9:18 10:5
  68:16 235:7
  237:19 238:21
  239:21
preparation 142:2
  142:12,22
prepared 143:1

preparing 78:5
  142:18 143:5
present 2:19 3:15
  16:10 51:16 58:21
  141:10
presentation 97:1
  98:1 195:19
presented 98:7
presently 51:11
President 1:5 8:8
presidential 13:4
  133:7 134:10,17
  135:9,15 186:1
press 7:16 138:1,3
  224:6,9 227:17
  228:16 229:18
presumably 69:22
  117:21 155:18
presume 114:8
prevented 229:2
preventing 229:5
previous 70:17
  162:13 205:3
previously 5:1 6:1
  7:1 10:7 57:16
  91:9 101:19
  116:10 117:12,19
  139:22 208:15
pre-meet 143:9
Primarily 158:2
primary 80:17
Prince 158:1,3
print 159:11
prior 40:22 47:22
  55:1 57:1 58:18
  62:16 68:9 93:9
  98:19 99:14 100:3
  100:7,14 110:9
  118:11 137:3
  139:12 140:3
  149:10 180:3
  184:20 185:13
  219:12 226:11
  232:2
private 115:12
  116:13

privately 11:19
privilege 136:10
  161:9 196:22
  200:17 201:19
  217:7
probably 11:12,16
  14:10 15:3 56:17
  60:16 125:11
  131:12 145:1
  161:15 174:15
problem 193:4
  197:15
procedural 86:22
procedure 86:14
proceeding 236:6
process 15:21 28:9
  29:5 30:8,11,19
  31:1,12 32:17
  33:16 36:20 40:10
  47:22 48:10 68:8
  71:15 72:5 75:12
  83:12,13 92:15
  101:4,7,9 110:3
  136:10 142:12
  154:17 160:10
  161:9 194:9
  196:22 200:17
  201:19 203:18
  208:17 210:2
  211:22 217:6
processed 13:20,21
processes 212:8
produced 226:19
product 188:4
productive 120:9
program 13:5
  37:19
programs 3:17
  9:11 22:12 107:3
  107:5
progress 182:3
  183:8 184:13
projects 212:13
prompt 198:12
prompted 150:9
promptly 168:15



protected 5:3,5,7
5:10,12,15,16
6:17 7:19 16:2
22:11 27:2 58:5
67:19 69:17 107:3
114:12 146:22
147:13 198:11
217:6
protection 16:1,16
17:16,17 181:22
183:5
protective 224:4
provide 10:11 34:7
97:10 120:6
166:17 191:4
196:5 204:8
226:13 232:7
provided 31:16,18
32:13 35:5 36:3,5
40:2,19 67:17
69:16 70:1 77:12
113:7 203:2 233:9
provides 34:2
130:14
providing 39:14
116:3 226:11
public 71:20 82:20
115:12 116:13
137:4,18,20
138:17 139:12
141:19 226:3,12
226:14 239:22
240:18
publication 137:4,5
156:3
published 136:22
pull 69:3 113:5
168:16,18 169:2
pulled 116:11
172:21
pulling 63:16
226:13
pulls 71:7
purely 78:6 199:5
purported 160:17
purporting 179:5

purpose 72:2
Pursuant 2:19
put 24:7 43:22
60:13 64:16 86:8
putting 31:12 206:3
puzzle 190:10
p.m 75:7 77:21
81:19 82:11 84:15
85:5 130:10 163:4
172:22 175:10
181:9 186:20
187:5 193:3 201:4
207:12 213:18
214:8 227:20
236:7

Q

qualification 80:9
178:21
question 11:1,6,6
24:19 27:3 33:11
34:12 56:17 59:18
61:21 63:20 64:14
65:14 66:21 68:1
69:14 75:21 94:14
99:4 116:7 119:21
124:22 125:5,8,10
125:12,15 127:6
127:20 134:15
147:22 148:4,6,8
148:11,17,19
149:9 151:15
153:17 159:2
166:7 173:13
178:1 183:21
184:20 186:4,15
187:9 188:14,15
188:19 189:6
190:7 193:14,21
194:16,20,22
195:12,22 199:6
201:15 202:6,10
202:13,13,15
203:5 204:3,5,10
205:2,10 209:15
217:20 220:2

222:6,10 226:8
227:9 228:3
230:13 232:3,9,17
233:10
questioned 135:8
185:21
questioning 55:20
81:12
questions 11:4,17
28:16 52:15 57:18
60:17 68:9,16
71:17 75:13 81:15
82:1 84:13,19,22
92:4,18 102:5
105:13 111:5
118:15 122:13
129:17,22 130:4
135:22 136:12
143:4 148:9
152:17 155:11,16
161:11,20 163:2
174:22 190:4,17
197:1 204:21
207:6 213:22
215:11 217:9
223:8,18 235:1
quibble 180:7
quick 67:10 212:21
224:17
quickly 171:8
quite 57:19
quotation 182:8
quote 70:9 78:11
89:4 90:11 96:20
102:17 109:3
113:3 133:6 156:8
156:19 181:15,17
182:1,4 183:9
184:8,14 200:2
216:6 218:22
quoted 79:18
184:17 185:9
quotes 93:19
181:11 182:7,11
182:13
quote/unquote

104:22
quoting 162:14
171:11,15

R

R 3:7,16 8:1 97:8
RAIO 14:5 31:7,17
32:5 33:16 34:1
35:5 36:4,9 37:22
40:5 72:3 73:8
93:4
raised 197:6 207:1
235:2,5,17
range 25:7,8 44:1
rarely 206:1
ravaged 158:1
raw 188:22
reach 34:3,4 206:1
235:10,10
reached 123:22
127:2
reaching 31:6,10
read 32:3 63:22
64:1,2 73:15 78:3
82:12 103:10
112:16 115:11
155:14 156:18
157:14 158:7
164:3,3 187:8
208:20 216:15
218:5 219:1,7,10
219:12,17,20,22
220:10 227:21,22
233:16 236:1
237:7,9
reading 154:22
218:8 226:22
readout 146:20
150:18
reads 82:13 144:11
187:12 193:5
ready 27:3 75:20
84:22 87:9 92:20
122:19,20 130:3
152:22 162:3
207:8 230:12

really 21:19 56:1
57:19 126:10
128:19,19,20
151:14,14
reason 11:20
157:17 205:7
238:3,6,9,12,15
238:18 239:3,6,9
239:12,15,18
reasonably 190:6
reasons 70:10
159:13 161:1
reauthorization
207:22
rebuild 158:5,9
185:22
recall 48:19 49:22
51:3,17 54:13
63:4 79:20 94:20
96:7 97:8 113:1
122:4 137:3 141:1
143:1 145:10,12
147:6 173:16,19
196:3,4 202:3
204:13 209:21
receive 12:12
172:14 230:7
received 43:4
163:18 187:13
219:9
receiving 120:4
181:22 183:4
recess 67:14 84:5
129:8 186:10
213:11
recipient 102:13
recollect 43:11,13
42:4 43:20 47:8
51:12 64:8 67:4
69:15 88:11 94:1
98:20 132:18
137:17,19 138:14
138:20 141:11
142:1 153:12
165:17 173:2



224:8
**recommend** 95:19
    97:3 104:18 193:5
**recommendation**
    31:14,18 41:22
    42:1 43:1,5,14
    82:15,17 83:7,19
    89:20 90:8,9 95:6
    95:6,9,15 97:9
    98:18 106:8 109:5
    109:13,15,17
    110:1 201:10,13
    202:4,18 203:12
    204:7,8 205:6,8
    205:15,18
**recommendations**
    41:5,9,14 42:6,19
    95:20
**recommended**
    43:21 44:2 95:2
    96:9 220:17 221:1
**recommending**
    98:3 104:6 109:19
**reconstruction**
    133:7 134:10,17
    135:8,15
**record** 8:4 61:6
    64:2,13 65:13
    67:13,16 84:2,4,7
    85:19 101:22
    122:21 128:12
    129:7,10 136:13
    153:20 162:10
    184:11 186:9,12
    187:8 213:10,13
    236:5 240:9
**recorded** 150:6
**recovering** 158:6
    158:10 185:16
    186:2,6
**recovery** 133:9
    135:14 158:3
    185:2,4
**recurring** 233:9
**redesignate** 31:6
**redesignation** 5:4,6

160:21 161:2,3
**redlines** 210:17,20
    210:22
**redrawing** 65:14
**reduced** 240:7
**refashioning** 87:13
    88:6,13
**refer** 98:15 182:17
    228:22
**Referee** 31:7
**reference** 38:6,8
    78:17 79:18 80:1
    82:7 86:2,4 89:15
    91:1,4,18 97:5
    98:2,11 102:22
    103:14 121:3
    144:17,21 145:17
    146:7 149:6
    150:21 156:22
    157:1 177:8
    180:12 190:12
    191:2 197:8,20,21
    211:14 214:10,15
    218:4 220:22
    221:8
**referenced** 59:1
    83:7 100:15 110:1
    124:2,13 171:15
**references** 58:2
    94:19 106:9 220:3
**referencing** 79:6
    90:18 94:21 95:2
    104:15 126:10
    150:4 163:13,17
    169:17,21 171:14
    191:14 219:8
**referred** 58:9
    113:11
**referring** 42:12
    60:8 62:21 63:1
    79:10 86:7 97:14
    125:21 146:19
    150:8 151:6,10
    168:19 170:7
    176:20 179:13
    182:19 183:2,22

184:2 194:17
    195:18 222:6
**refers** 75:16 80:13
    98:16
**refine** 134:20
**reflect** 98:18
**reflected** 216:7
**reflecting** 179:4
    203:11
**reflective** 228:8
**reflects** 77:5 181:2
**refreshed** 11:14
**refugee** 13:3,19,20
    14:4,5,14 16:2,16
    17:17 22:12
**regard** 102:5
    197:17,18 201:20
    201:22 210:14
**regarded** 168:6
**regarding** 38:19,20
    39:7 41:5 42:5
    45:9 52:22 57:2
    69:17 76:16 82:1
    84:19 94:3 97:9
    99:16 100:8
    105:13 111:5
    115:3 122:13
    130:1 131:18
    133:6,8 135:22
    138:15 147:14,20
    152:15,18 169:22
    179:3 195:9 197:1
    214:20,22 217:9
    223:8 224:10
**region** 131:20
    158:2
**regional** 34:5
**Register** 70:13
**REGS** 82:6
**regularity** 47:16
**regularly** 27:11
    106:15 107:7
**regulate** 85:16
**regulation** 85:17
**regulatory** 82:9
    85:18

**reissuance** 164:2
**relate** 158:15
**related** 52:15 54:2
    56:8 118:15
    191:20 232:20
    240:10
**relates** 215:8,22
**relating** 22:11 29:6
    30:8 31:3,21 52:9
    107:4 133:17
    140:3 144:9
    146:15 147:8
    148:1 149:11
    154:16 155:11
    161:11 167:2
    177:21 180:19
    191:9 193:15
    194:20 202:7
    204:11 205:10
    212:7 215:16
    218:13 220:11
    221:5 222:3
    223:18 227:13
    234:11
**relations** 12:9
    106:3
**relationship** 120:13
**relative** 240:13
**release** 7:16 223:16
    224:4,6 226:12,14
    227:1,17 228:16
    229:18
**released** 138:12
    224:21 231:11
**relevance** 74:15
    134:16,16,21
    135:7,8 194:14
**relevant** 31:10 33:7
    34:15,21 43:8
    82:15 120:14
    135:10 153:13
    155:1 158:18
    160:20 174:12
    194:4 198:17
    208:4 211:18,21
    229:7,10

**relief** 115:13
    116:13 120:3
**rely** 36:2
**relying** 36:9,9
**remain** 15:5 16:4
    38:15 113:18,21
    114:13 130:13
**remainder** 184:15
**remaining** 102:16
    183:10
**remember** 43:7
    54:5 137:9 146:4
    167:18,20 168:22
    172:4 192:6,7
    230:15
**reminded** 186:14
**Remittance** 120:14
**remittances** 115:20
    118:7 120:16
    187:11,14,16,19
    188:7 189:5,9
**render** 185:5
**renumber** 184:11
**reorganized** 213:1
**repeat** 33:10 63:20
    109:11 166:7
**repeats** 59:15
**rephrase** 124:21
    125:6,9 148:3,11
    177:22 188:13
    202:10,12
**rephrased** 125:9
**replaced** 20:20
**replies** 108:22
**report** 5:17 19:11
    20:7 21:5 40:19
    67:20 69:16,22
    71:8 97:7
**Reported** 1:17
**reporter** 8:18 9:17
    10:4 24:7 49:10
    63:21
**represent** 8:21 9:1
    39:8 65:20 69:9
    136:22 152:14
    158:20


MAGNA
LEGAL SERVICES

representation
180:8
representations
158:17
request 8:15 31:8
67:10 112:16,19
118:11 121:2
122:2 140:14,16
166:2,4 196:7
209:16
requested 64:2
73:8 87:12 88:6
88:12 133:22
140:19 166:16
requesting 121:15
191:9
requests 118:22
120:22 195:2
require 235:20
required 34:22
105:6 229:13
requirements
127:12 234:16
requires 181:4
229:14
research 31:17
35:16,22 40:19
72:3 73:8 93:6
135:12 200:9
residence 112:3
186:1
respect 22:9 34:10
39:4,12 191:11
197:18 203:10
respective 2:20
respond 77:15 94:9
123:19 152:22
167:14 168:14
195:14
responding 42:22
64:14
response 122:2
148:22 157:9
163:22 164:19
166:3,17 167:7
responses 143:3

155:9 163:20
responsibilities
10:14 15:1,17
16:9 17:13 22:4,7
28:5
responsibility
53:20 108:9
responsible 69:5
responsive 121:2
121:20 122:5
rest 91:17 203:21
restating 125:15
restroom 212:22
resulted 212:13
results 206:7 217:4
retreat 92:3
return 229:3,7,10
230:8
returned 23:14,20
reusing 25:1
reveal 53:2 87:18
204:1
revealing 88:22
review 10:20 29:12
31:3 62:12 65:20
66:17 74:1 75:4
81:13 87:7 102:10
111:15 130:16
161:20 162:20
174:6,12 177:12
178:12 201:7
203:14 216:14
225:11
reviewed 57:20
112:15
reviewers 205:16
reviewing 83:6
122:17 153:7
190:11,16 206:20
reviews 176:15
revised 86:7 87:14
196:5
revising 60:13
revision 192:4,14
reword 11:5
rework 146:10

riddled 231:10
ridiculous 163:11
right 12:14 14:2
15:1,9 17:22 19:1
19:18 20:4 21:8
21:10,11 25:12
32:2 33:21 37:9
40:5 45:21 51:19
65:3,10 66:12,13
72:21 73:12 77:17
81:3,17 83:17
86:12 90:10,20
93:5 97:20 102:12
103:13 105:17
108:10,21 109:6
110:3 113:9 115:8
123:3 124:12
126:8 129:11
131:10,22 136:16
137:13 139:3
141:8 144:10
151:3 153:6 154:5
155:21 156:6
159:20 161:21
162:4 163:1
164:17,21 177:12
178:20 181:13
183:18 185:20
190:20 191:3
194:1 203:20
214:5 217:16
224:22 231:17,18
235:15,18
rights 16:16 17:9
17:15
Rob 210:17 211:2
Robert 44:18,22
207:16 208:8,19
208:22 211:3
Rodriguez 18:5
role 28:18 29:3,16
30:3,7 36:19
38:18,21,22 39:3
39:12,19,22 60:12
63:15 64:15 65:7
65:9 68:19,22

72:21 73:4 83:5
83:14 108:19
131:17 206:4
226:2,10
roll 72:10
Roman-Riefkohl
108:6
room 150:20
rough 100:5
roughly 57:7
Roy 131:12,19
132:2,12,14
Roy/Tom 131:12
RU 97:8,17 200:4,9
rubric 152:18
run 164:5 171:10
runs 129:16
Russo 1:17 8:18
240:1
RU's 96:21 97:5
R-A-I-O 40:5
R-E-L-O-G-A-R
10:6
R-E-M-I-T-T-A-...
115:21
R-I-E-F-K-O-H-L
108:7
R-O-M-A-N 108:6

———————
S
———————
s 4:1 8:1 18:7
218:16
safe 115:5 175:15
safely 230:7
safety 229:10
Saget 1:3 8:7 237:2
sake 10:3
sakes 213:2
salient 135:9
Salvador 75:16
76:16 79:11
191:16 215:10
216:2
Sam 214:9,10
Samantha 77:20
214:10

Samantha's 79:17
San 13:18
Saturday 136:18
137:1,14 143:11
144:4 145:1
save 237:10
saw 171:9
saying 52:14
104:21 109:1
145:7 171:11,12
171:15 199:12
214:9 218:5
222:11 224:20
says 58:4 81:17
82:5 89:18 93:15
109:11 115:10
120:20 167:7
169:12 184:4
192:3,13 211:16
219:1
scheduled 106:15
107:7
school-aged 115:14
117:2,9
scope 75:18 80:20
99:4 193:20,22
202:9 215:11
SCOPS 37:10,22
38:9,12,19,21
39:11 69:1 71:8
85:12 86:11 87:1
Scott 49:8
scrambled 92:5
screen 8:12
script 143:3
se 42:1 158:21
SEC 155:18
second 16:19 27:15
75:6 76:5 78:4
81:18 84:2 89:13
104:11 136:6
144:14 145:16,17
157:16 181:19
192:5 224:1
226:21 229:8
235:8



secretariat 77:11
162:8
secretary 21:5,10
21:13,14,17 29:8
31:21 43:2 45:9
45:15 46:4 59:7
59:21 61:22 63:18
66:21 76:12 78:19
78:21 80:18,18
82:17,19 91:22
95:3 103:19
109:18 110:16
121:1,3,5 143:21
145:20,21 146:12
146:21 151:11
152:7,20 153:9,13
154:1,13 155:18
156:16,22 157:2
159:4,14 162:15
168:20 170:1
171:12,15 181:12
181:18 182:1,3,4
182:12 183:8
184:9,12 193:2
195:3,3 224:3,7
226:4 227:1 230:2
231:10 232:4,17
233:10
secretary's 81:2
174:11
section 5:2 27:1,17
27:19 28:15 29:11
34:22 59:7,21
60:14 63:17 64:9
64:17 67:6 70:5
153:8 176:10
232:2
sections 28:1 69:4
security 3:19 16:15
17:6 21:6 29:9
31:21 47:2,10,20
48:11,20 49:5,16
49:20 50:1,12,18
50:22 51:9,13
55:16 78:15
107:13 121:4

156:17 157:5,6
195:5
see 11:21 20:5
27:17,21 59:9
67:2 70:5 77:22
90:10 102:13
116:2 130:14
131:10 133:10
159:6 164:13
167:9 169:12
183:17,17 197:14
222:8 226:21
232:2
seeking 135:11
seeks 133:16
134:12 146:15
148:1 149:16
154:15 177:20
180:19 193:15
202:6 221:4 222:2
seen 38:5 169:18
semantics 211:19
semicolon 157:15
send 132:10 174:7
191:2 192:3,14
sender 174:16
sending 90:13 91:9
118:9 121:2 132:2
132:3 192:18
sends 163:4
senior 16:21 18:1
23:15 29:7 80:17
80:21 91:18
107:12 151:10,18
152:3 175:21
177:14 178:9
179:6,22 180:6
192:20 195:4
211:4
sense 13:14 160:19
165:19 166:12
176:4 185:17
201:21
sensing 213:5
sensitive 217:18
sent 10:22 13:9,14

98:3 99:14,17
100:2,7 101:1
111:19 132:13
163:22 167:12
173:17 174:1
sentence 78:4 79:18
89:12 90:12 145:4
181:20 183:12
227:1
separate 187:10
194:22
separately 47:8
September 17:3,18
66:11,14
sequence 111:9
164:10 186:17,19
sequencing 168:10
series 59:4 60:15
136:17
serve 22:22
serves 45:2
service 37:11
108:13,18 144:16
151:14,20 152:4,9
152:11
Services 1:20 3:18
8:17,19 9:14 13:2
15:11 18:9
serving 51:4,8 54:1
56:2 66:6 80:16
110:15
session 142:2,22
set 196:1 221:8,16
221:20 222:12
Shah 3:18 9:13
shape 193:1
share 102:19
SHAW 9:13
SHEET 236:22
237:12,22 238:22
shepherding 85:11
86:1
She'll 24:7
short 11:12 67:14
77:8 84:5 102:19
104:12 129:8

136:5 144:11
169:11 186:10
201:6 212:14
213:11 217:21
shortened 58:8
shorthand 197:17
240:6
shortly 12:16
230:21
show 24:4 57:15
60:15 92:9 136:21
231:14
showed 25:17 71:3
104:3 159:9 177:4
showing 59:3
shown 162:13
177:9 234:6
shows 158:6,10
side 141:12 197:9
sign 189:9,11,12,15
236:1
signature 108:20
174:17 238:20
239:20
Signed 237:16
significance 134:8
significantly 188:9
similar 39:1 152:19
232:2
similarly 29:16
40:8 66:19
simply 83:4 97:10
122:17 196:13
231:3
simultaneously
223:10
sincere 97:14,16
single 142:21
sir 19:15 67:3 93:7
sister 112:4
sit 212:22
situation 40:6
149:4
situations 199:1
six 19:9 137:7
143:13 156:5

233:7
sixth 217:12
SK 181:11,12
sleep 219:11
slightly 17:5 66:10
92:5 134:21
138:16 146:10
164:10 182:20
194:15 212:20
sloppy 228:11
slow 92:5 158:3
Snell 3:17 9:10,10
solely 157:22
somewhat 199:7
some-odd 115:1
sorry 17:11 19:14
32:3 53:15 62:20
65:5 77:19 79:15
89:22 94:11
107:17 128:8
148:13 149:22
160:7 166:6 195:3
202:11 210:5,19
216:20 226:7
230:12 235:12
sort 13:9 175:14
198:15 199:1
211:5
sorts 197:22 231:11
South 3:3
sparkling 161:22
speak 47:9 159:22
176:11 206:14
speaking 22:21
56:1 194:2
speaks 60:22 154:6
182:16 234:1
special 14:14
specific 60:7 148:9
220:12 221:4
specifically 137:12
172:4
speculation 35:8
177:20 188:22
199:19 206:10
220:8



**spell** 10:3 49:9 53:17 165:10
**spend** 190:15 191:19
**spin** 175:14,19
**spoken** 175:22
**spring** 19:22
**squeeze** 121:11,16
**St** 50:15
**stabilization** 158:4
**staff** 156:11,16 160:18 179:22
**stage** 33:15 203:18
**standard** 22:9 47:21 138:10 143:5 197:16,20 197:22 198:4 199:6,14
**standby** 235:16
**standing** 147:12
**stands** 188:1
**start** 11:21 12:14 15:1 25:6 56:19 66:14 157:7 162:21 183:2,13
**started** 10:16 13:1 17:4 49:21 66:13 121:12 177:3
**starting** 12:21 158:8 184:12
**starts** 85:10 89:5 183:4
**state** 13:17 28:9 31:11,19 32:7 33:17 34:3 35:5 36:5,9 41:5,21 42:6 43:13,21 123:3 185:5,19 201:4 205:16 218:13,18 219:7 219:16 220:3
**stated** 151:4 159:14 185:21 219:4 221:18
**statement** 90:3 122:6 168:17,19

168:20 169:1,4 172:1,5,12 228:8
**statements** 185:20
**states** 1:1,6 3:8,8,18 8:8,9 9:14 102:18 114:14,18 116:14 120:4 159:4 163:10 181:9,22 183:4,16 187:16 187:19
**statistics** 115:2
**status** 5:3,5,7,10,12 5:15,16 6:17 7:19 16:3 22:11 27:2 28:10,20 29:18 30:4,14 38:20 41:6 42:18 44:12 45:10 46:8,16 58:5 61:15 66:3 67:19 69:17 73:18 74:16 78:7 83:20 95:21 100:9 104:5 107:3 112:8 113:19 114:12,13 123:1 124:5,16 125:19 127:16 131:18 137:6 139:10,10,17 140:5 143:12 147:1,13,21 153:3 156:4 177:15 195:10 198:11 209:13 210:4 212:4 214:22 224:4,11 231:15 231:20 233:6 234:9
**statute** 26:22 27:6,9 27:15 28:2,17 34:7 105:5,5 176:11,18,19,20 177:2,9 178:10 180:7 228:9,18 229:13,14
**statutory** 34:9,21 127:11 234:16

**stay** 24:17 26:11 94:18 150:1 199:4 225:22
**stayed** 15:6
**steady** 158:3
**steps** 193:12 195:7
**stop** 65:12 113:9 156:8 192:5
**straightened** 64:21
**strategy** 15:12 19:12,13,14,19 20:6 21:3 45:3
**Street** 2:7 8:14
**strictly** 112:22 113:2 218:17
**string** 111:11 129:13 144:3 175:4
**strong** 188:18
**stronger** 157:9
**stuff** 168:16,19 193:8
**subcategories** 27:20
**subhead** 73:12
**subject** 77:13 85:5 86:3 93:12 101:2 102:15 109:4 112:13 123:6 130:11 141:9 142:7 144:5 146:11 155:8 161:9 196:21 200:17 201:18 208:7 223:17
**submission** 140:6
**submitting** 204:6
**subsequent** 43:5 59:15 164:1
**subsequently** 14:16
**substance** 55:3 57:11
**substantial** 208:1
**substantive** 53:3
**success** 186:2,6
**successor** 45:15

**suffices** 206:16
**sugar** 212:18
**suggest** 64:20 167:11 176:2 194:6 202:10 206:5 207:21 211:19
**suggested** 126:11 127:12 157:21 162:18 169:12,18 170:2
**suggesting** 68:13 71:14 75:11 103:10 148:21 172:13 206:6
**suggestions** 62:16
**suggests** 133:8
**summarize** 150:19
**summary** 82:14 153:11,21 158:11 219:7
**summation** 154:22
**summer** 15:4 17:3
**Sunday** 123:5 143:6
**superior** 203:3
**superiors** 234:19
**supervise** 22:15,18
**support** 155:2 201:8 202:21 219:3
**supported** 221:18
**supportive** 220:16
**suppose** 135:7 174:14
**sure** 10:5 26:16 27:4 33:13 51:3 55:12 61:5 63:21 131:9 132:7 148:14 154:19 160:11 162:1 182:18 185:15 206:13 212:16 213:7 222:19 228:22
**suspect** 25:11 78:5

**suspicion** 79:10 80:4,12
**swear** 9:17
**switch** 51:19
**sworn** 9:19 240:5
**synonym** 114:4
**syntax** 228:11
**system** 25:3 26:9
**systems** 121:12,17
**S-C-O-P-S** 85:12
**S-C-O-T-T** 49:12
**S1** 78:6,17 91:21 156:20 157:1,8,11 162:14 167:2
**S1's** 91:18 102:21 103:14 104:14

---

**T**

**T** 4:1,1
**take** 11:8 45:7 47:8 62:15 64:6 67:10 73:15 93:16 107:21 131:12 139:11 162:1,1 164:5 176:15 195:18 210:9 212:14,21 213:3 228:14
**taken** 8:13 67:14 84:5 129:8 186:10 193:8 195:8 206:17 213:11 237:8 240:2,6,12
**takes** 24:13 138:12
**Talbot** 141:16,18
**talk** 102:19 162:17 211:17
**talked** 193:6
**talking** 61:6 65:12 143:2 193:11 198:18 208:11
**team** 69:1 133:13 166:3,15 192:8 196:4 204:2 208:13 210:1,20 218:19 226:2,10



232:7
**team's** 232:15
**tell** 9:19 10:2 11:2
  24:16 30:1 47:12
  57:7 59:13 61:10
  71:20 78:12 83:11
  83:13 85:14 90:4
  111:22 118:5
  126:22 134:7
  138:22 152:1
  177:1 182:12
  191:6 202:22
  219:17
**telling** 220:5
**temporary** 5:3,4,7
  5:9,12,14,16 6:17
  7:18 16:2 22:11
  27:2 28:8 58:4
  67:19 69:17 107:2
  114:11 146:22
  147:12 157:14
  162:16 175:13
  176:1,10,18
  177:14 178:10
  180:1 198:11
  224:3 227:3,12
  229:1,4,11
**ten** 207:15
**tends** 52:6
**tens** 114:21 115:6
**tentatively** 42:22
**terminate** 31:5
  43:12,19 54:19
  104:4 124:15
  125:18 209:10
  221:2
**terminated** 124:6
  126:6,12 232:18
**terminating** 44:2
  214:22 231:19
  232:4
**termination** 7:18
  39:9 97:4 104:9
  104:18 109:1,12
  109:20 125:1
  126:5 147:15

201:9 202:22
219:5 220:18
221:19 233:21
234:7,9
**terminations** 29:13
  112:7 216:12
**terminology** 197:10
**terms** 33:19 46:13
  56:1 65:22 125:1
  137:17 149:4
  196:15,15
**territory** 11:16
**test** 21:19
**testified** 9:21
  193:17
**testify** 87:18 103:17
  168:4 178:17
  200:19
**testimony** 110:9
  124:20 180:3
  184:21 185:13
  204:10 205:10
  240:3,5,9
**Thank** 20:14 23:8
  37:6 106:1 111:16
  167:7 190:18
  217:2 223:12
  236:2
**thanks** 85:11 86:1
  120:21 121:13
  175:11 184:6
**theirs** 179:7
**thing** 171:10
**things** 89:12 145:11
  154:4 159:16
  161:3 171:11,12
  171:16 172:5
  181:10,11
**think** 11:15 13:22
  14:11 16:13,18
  17:2,19 20:11
  25:6 37:2 49:11
  49:18 50:7,21
  52:21 62:10,22
  65:21 71:5 88:2
  89:8 96:21 110:12

115:2 120:2
124:21 125:11
127:9 129:2,19
131:9 134:16
137:21,21 139:3,3
139:4 141:3,6,14
141:19 144:20
146:18 149:19
150:4,6,14,21
151:9 152:8
154:21 155:15
160:2 163:16
164:3 165:7,21
174:15 176:7
180:5 183:11
185:1 189:14,18
191:13 194:2,8,13
196:12 201:21
203:8,11,22
204:14 206:15,19
207:2,19 212:17
212:20 213:4
215:19 222:9
225:7 226:8 228:6
231:13 233:1
234:5,7 235:19
**thinking** 65:6 90:12
  90:17,18,21 178:2
  178:6
**third** 89:5 115:16
  133:4 181:19
  183:13 184:7
  229:4
**thought** 65:5
  135:11 150:3,8
  172:6 175:12
  177:14 178:10
  182:13 185:1,10
  203:17 205:2,14
  205:19 211:20
  217:22 220:16
  228:8,16
**thoughts** 79:4,5,8
**thousands** 114:21
  115:6
**three** 22:19 78:10

190:13 191:3,6,13
191:15 192:4,8,14
194:18 196:5
197:6 198:6 216:1
218:14
**thrust** 166:1
**Thursday** 58:5
  201:3 231:16
**time** 8:12 10:16
  11:9 18:4,21 19:2
  19:3,18 20:10
  21:9 24:13,22
  25:13 42:19 43:2
  43:14 44:1 55:8
  60:7 61:9,11,17
  64:6 65:1,4 66:16
  68:12 72:11 76:14
  77:9 78:20 88:12
  93:9 111:14
  114:19 124:5
  125:20 126:4
  128:10 136:18
  138:12,21 146:5
  154:20 155:21
  162:1 176:6 185:4
  185:10 190:16
  191:19 209:6
  217:21 219:13
  221:15,15 222:18
  235:10
**times** 35:14 58:22
  122:22 123:7
  124:3 127:3 179:9
**time-bound** 176:12
**Tina** 162:6
**title** 16:4 49:14
  60:5 77:13 93:3
  105:21 106:3
  164:12
**titled** 27:1 59:21
  71:11
**titles** 22:21
**Tobin** 165:8,12
  166:4,18 167:12
  173:4,6,18 179:14
**Tobin's** 167:19

**today** 8:16,18 10:10
  24:6 26:1 235:3,6
  235:11,17
**today's** 8:11 235:20
**told** 17:19 36:8
  52:21 71:6 107:22
  168:11
**Tom** 131:15,16
  132:2,12,15
**top** 70:9 79:2 102:8
  108:4 122:18
  131:5 136:6
  160:10 177:10
  191:22 196:13
  207:12 214:4
  218:3
**topic** 44:18 104:2
  175:7 186:16
**topics** 99:6 147:5
**torn** 171:10
**total** 187:16,18
**totally** 158:16
**touch** 48:10 88:20
**touches** 96:1 99:6
  124:18 165:4
  170:13
**touching** 48:5
  116:16
**TPS** 5:18 28:10,20
  29:5,6,17 30:4,10
  30:14 31:3,22
  34:10 36:20 37:13
  38:20 39:12,15
  41:6 42:18 44:12
  45:9,20,21 46:8,8
  46:16 56:8 59:8
  59:22 61:15,22
  62:1 63:18 66:3
  66:22 70:11 71:11
  72:5 73:18 74:16
  76:17 78:8,10
  82:18,20 83:20
  85:6,11 86:1,2,4
  88:13 90:15 93:12
  93:17,20 94:3,19
  95:21 99:7 100:2



100:3,9 102:16
104:5,18 106:10
106:12,13 108:16
109:1,5,12,19
112:8,13 113:8,9
113:11,18,22
114:4,5,5,10,17
115:1,12,14
116:12 117:2,8,13
117:20 123:1
124:5,16 125:2,18
126:5 127:15
131:18 137:6
139:9,10,17 140:5
140:6 143:12
147:21 149:10
152:16,20 153:3,9
155:3 156:4 157:8
157:17,22 159:15
163:21 167:2
168:7,7 169:5
170:2 172:2 176:1
176:9,18 177:15
178:10 180:1
183:14 184:5
185:6 191:16
195:10 198:19
201:5 203:10
208:6,9,11 209:13
210:3 211:22
212:4 214:22
215:8,17 216:10
224:11 229:5,8
231:15,20 232:4
233:6,11 234:9
**TPS's** 130:11
175:13
**track** 189:18
**traditional** 230:8
**traditionally** 212:2
**traffic** 76:11
**training** 13:16
**trajectory** 172:15
**trans** 49:15
**transcript** 7:22
236:2 237:7

**transcription** 240:7
**transitioned** 14:13
15:10
**translated** 212:12
**travel** 33:14 86:16
87:4 115:3,19
120:11
**traveled** 117:20
**travels** 175:15
**treated** 40:7,8
**trigger** 199:7,14
**trouble** 125:5 148:6
**true** 181:10,11
182:13 237:9
240:8
**Trump** 1:5 8:7
23:18 81:6 237:3
**trustee** 144:14
**trusty** 145:15
**truth** 9:19,20,20
**try** 10:11,16 49:10
49:11 90:12,21
94:17 197:14
198:22 200:5
**trying** 11:3 48:8
56:22 138:20
162:20 165:19
166:11 194:9
197:10
**Tuesday** 75:6 76:6
155:18 156:2
**turn** 34:4 59:5
**turnaround** 77:9
**Turner** 105:18
**two** 13:11 16:11
42:8 67:6 70:16
70:20 75:7 93:1
132:19 157:13
175:7 190:15
207:13
**two-page** 227:18
**two-way** 201:2
**two-year** 13:5
**type** 34:14 69:11
86:14 118:13
142:1 166:17

**typical** 77:10
**T-O-B-I-N** 165:12
165:15
**T-U-R-N-E-R**
105:19

---

**U**

**Uganda** 13:19
**Uh-huh** 23:7 24:3
32:6 56:3 78:1
79:21 83:3 86:18
105:16 156:6
164:14 177:7
**ultimately** 19:11
20:7 21:4 43:12
89:5 132:13 173:2
**umbrella** 47:4
**UN** 158:3
**unbelievable** 231:4
231:6
**uncertain** 11:2
**undergraduate**
12:4
**underscoring**
217:20
**understand** 11:7
24:5 26:13 33:16
36:8 104:14,21
118:8 121:14
123:2 126:7 145:3
148:14 152:8
163:12 169:16
192:15 193:10
206:15
**understanding**
11:11 80:8 118:6
130:21 131:8
134:9 143:19
148:16,19 150:13
156:21 170:6
171:21 178:11
181:4 194:10
197:4 218:8
219:14 220:5
221:16 235:9
237:13

**understood** 152:7
167:3 169:20
180:6 192:17
**Unfortunately**
130:12
**unimpressive**
228:12
**unit** 31:17 40:19
72:3 73:8 200:9
**United** 1:1,6 3:8,8
3:18 8:8,8 9:13
114:14,18 116:14
120:4 183:15
187:15,19
**unreal** 168:17
169:7
**untrue** 171:11,12
171:16 172:6
184:18 185:2,11
**unusual** 47:21
139:15,20 201:12
201:21 203:1,2,9
**upcoming** 139:16
**updated** 71:11
**upfront** 205:15
**USC** 27:1
**USCIS** 16:1,20
18:10,14 31:8
37:2,21,21 62:11
82:6,14 83:6
87:10 89:6 95:3
97:3 101:4 103:11
106:4 107:1,2
108:10 110:16
141:15 142:19
155:17 159:4
162:8 216:13
**USCIS's** 82:16
**use** 25:4,15 26:4,6
27:11 31:16 34:6
58:22 75:10
113:14,14 114:7
198:3 225:21
**useful** 194:4
**usual** 86:13,14
**U.S** 9:8 13:1,21

15:10 18:8 114:12
165:16 208:2
211:14,20

---

**V**

**vague** 119:5 149:9
188:12
**varied** 48:16
**various** 18:18
55:13 91:6 107:2
153:7 220:11
228:7 231:11
**vconnelly@maye...**
3:5
**Veprek** 53:13,16
54:8
**verb** 146:11
**versus** 8:7 152:4
198:17,20 199:10
**video** 8:12
**videoed** 11:11
**videographer** 3:19
8:3,16 9:16 65:12
67:12,15 84:3,6
110:18,20 128:6,9
129:6,9 186:8,11
213:9,12 236:3
**videographer's**
67:10
**Videotape** 8:5
**Videotaped** 1:11
2:1
**view** 40:17 105:4
127:14 158:15
181:2,3 231:10
234:17
**views** 127:1 179:3,4
179:5,22 180:14
180:17
**Vincent** 3:2 8:22
**Voigtsberger** 3:19
8:17
**vs** 1:5 237:3
**V-E-P-R-E-K**
53:18



MAGNA ▶
LEGAL SERVICES

**W**

**Wacker** 3:3
**wake** 144:22
**walk** 85:9 161:16
**want** 11:9,10 47:6
   61:5 70:20 91:15
   106:17 120:22
   124:21 128:14,14
   128:15,20,21
   129:2 141:21
   147:4 148:14
   149:1 150:12
   152:1 156:14
   160:11 178:5
   182:18 188:22
   190:16 196:3
   198:9 203:7 206:8
   219:13 222:18
**wanted** 141:9 150:1
   178:7 187:8 205:3
**wants** 42:9 65:12
   157:8
**warrant** 185:6
**warranted** 89:8
   234:8,17
**Washington** 1:12
   2:8 8:14 13:8
   14:20 17:10,11
   230:4
**wasn't** 43:8 195:6
   201:22
**water** 161:22
**way** 11:15 77:12
   121:11,16 123:16
   124:14,22 139:14
   148:8,21 167:3
   198:10 208:11
   228:15
**ways** 198:14
**Webb** 3:16 9:3,3
**Wednesday** 136:22
   137:15 153:4
   163:3 168:12
   172:21 175:10
   181:8

**week** 24:21 25:4,8
   25:18,20 74:21
   106:11 131:8
**weekend** 138:2
**weekly** 107:7,10
**weighted** 207:18
**welcome** 71:1
**well-being** 198:2
**went** 13:16 76:6,13
   173:3 219:10,11
   224:9
**weren't** 48:3 195:6
**we'll** 59:19 113:14
   161:5 184:6,6,7
   184:10,11
**we're** 25:1 26:5,10
   44:6 61:6 84:3,6
   90:14 129:6,9
   182:18 186:16
   213:8,9 216:17
   236:5
**we've** 37:9 174:2
**WG** 106:10,12
**WH** 214:16
**whack** 144:15
   151:5
**Whichever** 114:7
**White** 46:15 47:4
   52:5 214:19
   215:15
**wholly** 160:19
   186:5 198:17
**Wimbush** 162:6
**wished** 154:13
**withdrawal** 186:5
**witness** 9:17 28:13
   29:1,21 30:6 31:1
   33:2,10 34:1,19
   35:10,14 39:3,11
   40:12,17 41:2,8
   41:11,18 42:21
   43:16 44:4,15,20
   45:17 46:11,18
   47:1,15 48:3,16
   49:2 52:4 53:6,13
   53:22 54:10 55:5

55:12 56:6,10
   57:5,12 60:2 62:6
   62:19 63:8 64:1,4
   64:15 67:8,18
   71:17 72:16 73:2
   73:21 74:4,11,18
   75:13 77:8 79:8
   80:4,12 82:2 84:8
   87:7,16 88:9 89:2
   91:12 92:17 94:6
   95:1 96:3,5 98:6
   99:3 100:22
   101:12,16 102:4
   103:18 104:17
   105:2,12 109:8,17
   111:5 112:11
   113:21 114:21
   116:7,8,17,19
   117:5,6,17 118:2
   118:3,19,20 119:8
   120:2 121:7,19
   122:4,13 123:11
   124:10 126:19
   127:9 128:3
   129:12,22 131:3
   132:22 133:18,20
   134:13,15 135:3,5
   135:21 136:12,14
   139:20 140:2,16
   140:21 141:3
   142:7,9,17 143:15
   144:20 145:10,20
   146:16,18 147:12
   149:17,19 151:9
   151:18 152:6
   153:18 154:9,17
   154:19 155:10
   158:14 160:2
   161:10 163:16
   165:6,7 166:6,9
   168:2,6 169:20
   171:5,20,22
   172:10,11 173:21
   174:10,22 178:1
   178:17 179:1
   180:4 181:1 185:1

185:15 186:18
   190:3,8 191:13
   192:11,17 193:17
   194:17 195:13,17
   196:10,22 198:9
   199:21 200:18,21
   201:20 203:6,7
   204:12,13,20
   205:14 206:12
   207:5 209:19
   210:15,16 212:10
   213:22 215:2,13
   215:15 217:8,22
   218:12 220:10
   221:7 222:20,22
   223:7,18,22
   224:13 225:7,10
   226:16 227:11
   228:6,22 230:1
   231:9 232:13,22
   233:1 234:2,3,13
   234:14 240:3,5,9
**Wolf** 156:14
**wondering** 166:13
**word** 169:7 231:6
**words** 69:21 178:13
   216:10
**work** 11:22 27:9
   35:12 73:8 96:22
   97:6,15,15 101:3
   107:2 189:7 200:4
**worked** 16:14
   55:17 97:18 143:2
**working** 13:18
   14:14 16:20 29:4
   54:2 55:16 62:10
   106:13,18,22
   107:14 120:9
**works** 62:14 131:19
**World** 187:12
**worth** 135:11
   227:21
**wouldn't** 173:22,22
**Wow** 76:20
**write** 150:1 201:12
**writer-editor** 162:7

**writes** 207:17
**writing** 83:6
**written** 32:10,15
   77:19 131:6
   154:20 173:5,8,10
   201:8 202:21
**wrong** 18:14 21:17
   123:22 125:18
**wrote** 83:15 135:5
   181:2
**wrought** 147:14
**WRT** 197:16,17
**www.MagnaLS.c...**
   1:22
**W-I-M-B-U-S-H**
   162:6

**Y**

**Yale** 12:11
**yeah** 13:13 16:11
   25:15 45:21 56:18
   99:19 104:8 127:9
   132:5 137:12
   146:8 151:18
   165:13 166:8
   173:13 178:3
   197:18 210:7,11
   218:12 225:9
**year** 5:17 16:18
   65:8 67:20 69:15
   69:20,21 192:7
**years** 13:11 14:10
   48:14
**York** 1:2 3:9,10
   8:10 122:22 123:7
   124:3 127:3
**young** 206:13

**Z**

**zone** 217:12

**$**

**$8.77** 187:18

**1**

**1** 5:2 8:5 26:2 61:15



130:10,22
**1-18-18** 7:19
**1-21-10** 5:8
**1.34** 187:15
**1:30** 129:10
**10** 4:3 192:4
**10-1-12** 5:10
**10-13-17** 7:4,6,8
**10-22-17** 7:10
**10-23-17** 4:12
**10:10** 201:3
**10:11** 207:12
**100** 43:7 156:13
**10924** 161:7
**11** 5:20
**11-2-17** 7:12
**11-20-17** 7:14,16
**11:00** 67:13
**11:08** 67:16
**11:33** 84:4
**11:34** 84:7
**11201** 3:10
**11273** 223:3
**12** 6:2 96:12 201:3
**12th** 207:11 210:1
**12:13** 187:5
**12:35** 129:7
**1254a** 5:2 27:1
**13** 190:22 192:1
   196:17 197:11
**13th** 93:10 94:2
   100:4,15,15
**14** 102:14
**15** 6:4 187:20
   230:21
**16** 6:6 81:17
**17** 6:8
**18** 1:13 6:10 8:11
   83:20 96:12,16,17
   231:16
**18-cv-01599-WF...**
   1:4
**18751** 102:3
**18941** 92:16
**19** 143:19 151:1
**19th** 60:20

**19502** 223:14
**1999** 2:7 8:14

**2**

**2** 5:4 81:19 82:11
   181:5
**2A** 5:6
**2nd** 217:14 218:4
**2-28-17** 4:8
**2-7-17** 5:19
**2.19** 187:13
**2:38** 163:4
**2:49** 186:9
**20** 123:18 136:18
   137:2,14 144:4
   160:7 227:20
**20th** 143:11 224:5
   224:10
**2003** 12:13,22
**2004** 13:1
**2006** 13:12,13 15:2
**2007** 15:3
**2010** 58:6,14 74:9
   157:16,22 158:8
   160:21 161:1
   162:17 183:15
   185:3 227:3,13
**2011** 15:8,9 16:10
   19:4 58:21 60:11
   60:20 61:8 160:20
   160:21 161:2,3
**2012** 61:15
**2013** 16:13,14
   17:14,14 65:6
**2014** 16:14 62:1
   63:13 65:8
**2015** 17:3,3,19
   65:21 66:3,8,12
   70:12,17 187:14
   187:18,21 188:8
**2016** 5:17 63:19
   67:20 69:15 74:8
**2017** 10:15,22
   19:17,18 20:1,10
   20:15,20 21:9,22
   22:6 23:3,10 38:6

38:10,16,19 39:7
   40:1,7,22 41:5
   42:4,8,17 43:11
   44:1,2,10,18 45:1
   45:4,9 46:3,16
   47:10 48:1,13,22
   49:20,21 50:3,21
   51:14 52:19 55:1
   57:1 67:1 69:12
   69:21 71:12 72:6
   76:7 81:7 82:11
   82:22 84:10,14
   93:10 94:2 98:22
   99:16 100:4,8,16
   102:15 111:19
   114:16 118:12
   123:5 125:2 126:1
   126:6 129:13
   130:10,22 131:7
   136:19 147:20
   149:5 152:15
   153:5 154:3 156:2
   158:12 159:12
   167:8 186:20
   187:5 190:22
   192:1 195:9
   197:11 201:3
   211:11 213:18
   214:8 221:20
   222:22 224:5
   233:19
**2018** 1:13 8:11
   21:17 22:1 46:3
   70:1 152:21
   153:10 185:7
   231:16,19 233:12
   233:20 234:7
   237:17
**2019** 82:22 232:5
**2020** 240:21
**21** 6:12
**21st** 58:5 167:8,13
   183:14
**21118** 200:14
**213** 4:11
**22** 62:1 63:19 67:1

139:1 152:21
   153:10 232:5
   233:11
**22nd** 82:22 207:17
   210:8,10
**23rd** 82:21 155:19
   156:2 158:12
   213:18 214:7
**24** 68:2 70:4 137:1
   137:15 152:15
   153:4 233:6
**24th** 84:14 85:5
   159:11
**244** 34:22 176:10
**25** 6:14 65:21 66:3
   68:2 70:5,12,17
   123:18 187:5,17
   188:8 189:4
**27** 6:16 69:12 154:2
**271** 3:10
**28** 6:19 75:7 76:7
   77:21
**29** 6:21
**29th** 84:10

**3**

**3** 29:10 59:5 62:2
   63:5,13 133:6
**3-29-17** 6:2
**3-3-14** 5:13
**3:00** 186:12
**3:35** 172:22
**3:38** 213:10
**3:40** 130:10
**3:45** 213:13
**3:46** 81:19 82:11
**30** 7:2 96:19 123:5
   126:1 240:21
**312-701-7912** 3:4
**3286** 111:4,13
**3296** 111:12
**3323** 189:21
**3336** 204:18
**3476-02** 58:2
**36** 7:4 189:19
**37** 7:6

**38** 7:8

**4**

**4** 66:20 232:10,16
   233:7
**4-13-17** 4:10
**4-14-17** 6:6
**4-19-17** 6:8
**4-27-17** 6:4
**4-3-17** 5:21
**4-30-17** 6:10
**4:21** 84:14 85:5
**4:26** 236:5,7
**4:30** 193:3
**4:54** 181:8
**4:59** 175:10
**40** 7:10
**41** 7:12 216:18
**42** 7:14
**43** 7:16
**44** 7:18
**448917** 1:18
**448924** 237:1

**5**

**5** 5:9 62:4 63:6
   66:20 233:8
**5-19-11** 5:5
**5-20-17** 6:15
**5-24-17** 6:18
**5-25-17** 6:19
**5-8-17** 6:13
**5:56** 213:18 214:8
**50** 25:8
**5153** 105:11
**58,000** 114:22
**59,000** 115:1

**6**

**6** 5:11 96:12 219:1
**6-7-17** 6:21 7:2
**6:09** 75:7
**6:48** 186:20
**60** 4:7 25:7 74:21
   74:22 75:10
**60,000** 183:15



**60606** 3:4
**6080** 122:12
**6092** 76:5
**62** 4:9 92:9,10,13
    104:3
**64** 4:11 213:14,17
    213:20

---
**7**
---

**7** 5:14 71:12 111:19
**7th** 163:3 168:13
    172:22 175:10
    181:8
**7:14** 217:15
**7:48** 77:21
**71** 3:3
**718-254-6288** 3:11
**75** 4:7 58:2
**7864** 187:3

---
**8**
---

**8** 5:16 27:1 131:6
    186:20
**8th** 129:13
**8-25-15** 5:15
**8:28** 227:20
**8:30** 190:22
**8:52** 192:1
**8:59** 196:17 197:11
**8095** 136:7
**866-624-5221** 1:21

---
**9**
---

**9** 5:18
**9:58** 144:4
**9:59** 1:14 8:12
**92** 4:9



Page 237

1    Our Assignment No. 448924

2    Case Caption:  Saget

3    vs. Trump

4

5        DECLARATION UNDER PENALTY OF PERJURY

6    I declare under penalty of perjury that I have

7    read the entire transcript of my Deposition

8    taken in the captioned matter or the same has

9    been read to me, and the same is true and

10   accurate, save and except for changes and/or

11   corrections, if any, as indicated by me on the

12   DEPOSITION ERRATA SHEET hereof, with the

13   understanding that I offer these changes as if

14   still under oath.

15

16   Signed on the ___27___ day of _DECEMBER,_

17   2018.

18   _____

19   Brandon Prelogar

20

21

22            DEPOSITION ERRATA SHEET



Page 238

1    Page No. _15_ Line No. _14_ Change to: _____

2    "...International *&*..." (add "&")

3    Reason for change: *name of division is "Int'l & Humanitarian Affairs"*

4    Page No. _16_ Line No. _2 & 3_ Change to: *"refugee,*

5    *asylum, temporary protected status, among others."*

6    Reason for change: *doesn't make sense w/o comma after "refugee" & "status".*

7    Page No. _17_ Line No. _16 & 17_ Change to: *"...and,*

8    *in Particular, refugee Protection."*

9    Reason for change: *doesn't make sense as written/ implies something other than intended.*

10    Page No. _22_ Line No. _13_ Change to: _____

11    *..."parole--humanitarian Parole,"...*

12    Reason for change: *incorrect spelling of "parole"*

13    Page No. _31_ Line No. _7-8_ Change to: *"...Refugee,*

14    *Asylum and International Operations..."*

15    Reason for change: *correcting "RAIO"'s name.*

16    Page No. _37_ Line No. _5_ Change to: *"...International*

17    *& Humanitarian..."*

18    Reason for change: *correcting division's name;*

19    *It has an "&".*

20    SIGNATURE _____ DATE: *12/27/18*

21    Brandon Prelogar

22    DEPOSITION ERRATA SHEET



Page 239

1   Page No. _40_   Line No. _18_   Change to: _"In my_

2   _view, historically, greater deference..."_

3   Reason for change: _need comma after "historically"_
    _for correct meaning._

4   Page No. _50_   Line No. _8_   Change to: _____

5   _"Haiti TPS -- Haiti Related?"_

6   Reason for change: _need em dash for clarity._

7   Page No. _65_   Line No. _6_   Change to: _"...2013,_

8   _and for..."_

9   Reason for change: _comma after 2013 for clarity._

10  Page No. _65_   Line No. _9_   Change to: _"... I was_

11  _at NSC. I would say ..."_

12  Reason for change: _need period after "NSC" for_
    _clarity_

13  Page No. _69_   Line No. _1_   Change to: _"We_

14  _were -- scops team..."_

15  Reason for change: _em dash for clarity. My team_
    _is not part of scops._

16  Page No. _72_   Line No. _5_   Change to: _"Haiti_

17  _determination -- TPS determination -- process..."_

18  Reason for change: _Em dashes for clarity._

19

20  SIGNATURE: _____   DATE _12/27/18_

21          Brandon Prelogar

22          CERTIFICATE OF NOTARY PUBLIC


MAGNA
LEGAL SERVICES

Page 239

1  Page No. _79_ Line No. _10_ Change to: "...were,

2  at a minimum, the..."

3  Reason for change: clarity — need comma before "at" to properly bound the parenthetical phrase.

4  Page No. _80_ Line No. _13_ Change to: _____

5  "Gene Hamilton, among others."

6  Reason for change: comma for clarity.

7  Page No. _97_ Line No. _2-3_ Change to: "...make

8  the cut and led to the conclusion..."

9  Reason for change: "led" is proper past tense of "lead" & "conclusion" is

10  Page No. _____ Line No. _____ Change to: not plural. singular, not plural.

11  _____ both changes for clarity/ accuracy of meaning.

12  Reason for change: _____

13  Page No. _110_ Line No. _16_ Change to: "... of

14  USCIS, to secretary Kelly."

15  Reason for change: need comma after "USCIS" for clarity.

16  Page No. _121_ Line No. _19_ Change to: _____

17  "Clearly"

18  Reason for change: clarity

19

20  SIGNATURE: _____ DATE _12/27/18_

21        Brandon Prelogar

22        CERTIFICATE OF NOTARY PUBLIC



Page 239

1  Page No. _151_ Line No. _19_ Change to: _"including,_

2  _but not limited to, those ..."_

3  Reason for change: _commas around parenthetical_ _phrase for clarity._

4  Page No. _158_ Line No. _20_ Change to: _"--or_

5  _directly represent --"_

6  Reason for change: _additional em dash for clarity._

7  Page No. _169_ Line No. _9_ Change to: _____

8  _"Exasperation"_

9  Reason for change: _clarity of meaning._

10  Page No. _185_ Line No. _17_ Change to: _____

11  _"growing, or at least not..."_

12  Reason for change: _comma after "growing" for_ _clarity._

13  Page No. _191_ Line No. _16_ Change to: _"...designated_

14  _for TPS: El Salvador,..."_

15  Reason for change: _+ colon for clarity_

16  Page No. _197_ Line No. _16_ Change to: _"...there_

17  _w/r/t all of..."_

18  Reason for change: _delete commas & add_ _forward slashes for clarity._

19

20  SIGNATURE: _____ DATE _12/27/18_

21        Brandon Prelogar

22      CERTIFICATE OF NOTARY PUBLIC



Page 239

1    Page No. 200   Line No. 6   Change to: _____

2    ..."conditions again looking for..."

3    Reason for change: correcting quoted language.

4    Page No. 201 Line No. 7   Change to: _____

5    "...review of country conditions,"...

6    Reason for change: "of" is correct word.

7    Page No. 203 Line No. 9   Change to: _____

8    "... unusual. With respect to..."

9    Reason for change: Breaking into 2 sentences for clarity.

10   Page No. 206 Line No. 13   Change to: "... in

11   the best position..."

12   Reason for change: Missing definite article added for clarity.

13   Page No. 227 Line No. 21   Change to: _____

14   "Just read. Worth a good..."

15   Reason for change: fixing quoted language.

16   Page No. 229 Line No. 3   Change to: _____

17   "... their nationals. The extraordinary..."

18   Reason for change: breaking into 2 sentences

19   for clarity.

20   SIGNATURE: _____ DATE 12/27/18

21   　　　　Brandon Prelogar

22   　　　CERTIFICATE OF NOTARY PUBLIC



Page 239

1   Page No. 229   Line No. 4   Change to: _____

2   "... *temporary conditions is a...*"

3   Reason for change: *deleting superfluous "which"*

4   Page No. 230   Line No. 8   Change to: _____

5   "... *returned citizens.*"

6   Reason for change: *"returned citizens" is correct term.*

7   Page No. 231   Line No. 10   Change to: _____

8   "... *that, in my view, was...*"

9   Reason for change: *commas around parenthetical phrase for clarity.*

10  Page No. 234   Line No. 10   Change to: _____

11  "... *requirements, was that...*"

12  Reason for change: *need comma after "require-*

13  Page No. _____   Line No. _____   Change to: *ments" for clarity of meaning.*

14  _____

15  Reason for change: _____

16  Page No. _____   Line No. _____   Change to: _____

17  _____

18  Reason for change: _____

19

20  SIGNATURE _____ DATE 12/27/18

21          Brandon Prelogar

22          CERTIFICATE OF NOTARY PUBLIC

