UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

_____

PATRICK SAGET,                )Case No.

et al.,                       )18-cv-01599-WFK-ST

   Plaintiffs                 )

vs.                           )

DONALD TRUMP, President        )

of the United States          )

et al.,                       )

   Defendants                 )

_____


Videotaped Deposition of Robert Law

Washington, D.C.

December 19, 2018

9:33 a.m.



Reported by:  Bonnie L. Russo

Job No. 450079


Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 2

1    Videotaped Deposition of Robert Law held at:

2

3

4

5              Mayer Brown, LLP

6              1999 K Street, N.W.

7              Washington, D.C.

8

9

10

11

12

13

14

15

16

17

18   Pursuant to Notice, when were present on behalf

19   of the respective parties:

20

21

22



```
 1   APPEARANCES:
 2   On behalf of the Plaintiffs:
         MARCUS A. CHRISTIAN, Esq.
 3       VICTORIA E. MURPHY, Esq.
         MAYER BROWN, LLP
 4       1999 K Street, N.W.
         Washington, D.C. 20006
 5       202-263-3731
         mchristian@mayerbrown.com
 6       vmurphy@mayerbrown.com
 7
     On behalf of Defendants:
 8       JAMES R. CHO, Esq.
         UNITED STATES DEPARTMENT OF JUSTICE
 9       UNITED STATES ATTORNEY'S OFFICE
         CIVIL DIVISION
10       Eastern District of New York
         271 Cadman Plaza East
11       Brooklyn, New York 11201
         718-254-6288
12       james.cho@usdoj.gov
13
14   Also Present:
     Kevin Snell, Department of Justice, Federal
15   Programs Branch
     Liza Shah, United States Citizenship
16   Immigration Services, Department of Homeland
     Security
17   David Voigtsberger, Videographer
18
19
20
21
22
```



```
 1              C O N T E N T S
 2   EXAMINATION OF ROBERT LAW              PAGE
 3   BY MR. CHRISTIAN                       9
 4
 5
 6                  EXHIBITS
 7
 8   Exhibit 71  Robert Law                 27
                 LinkedIn Profile
 9
     Exhibit 72  An Immigration Reform      28
10               Agenda for the 115th Congress
11   Exhibit 73  Federation for American    229
                 Immigration Reform
12
     Exhibit 75  Transcript of Warren       196
13               Neufeld dated 8-9-18
14   Exhibit 76  E-Mail dated 1-9-18        86
                 CP_00026624
15
     Exhibit 77  8 U.S. Code Section 1254a  41
16               Temporary protected Status
17   Exhibit 78  E-Mail Chain               99
                 dated 10-22-17
18               CP_00003698-3699
19   Exhibit 79  E-Mail Chain               118
                 dated 11-1-17
20               CP_00018701-704
21   Exhibit 80  E-Mail Chain               121
                 dated 11-7-17
22               DPP_00010995-996
```



Page 5

```
 1    EXHIBITS (CONTINUED):
 2
      Exhibit 81   E-Mail Chain                   127
 3                 dated 4-13-18
                   DPP_00019763
 4
      Exhibit 82   Department of State            130
 5                 Recommendation Regarding
                   Temporary Protected Status
 6                 (TPS) for Haiti - 2017
                   DHS_RFPD_00000920-924
 7
      Exhibit 83   TPS Considerations:            146
 8                 Haiti (October 2017)
                   Natural Disaster
 9                 Background & Overview
                   DPP_00019354-371
10
      Exhibit 86   E-Mail dated 10-31-17          162
11                 CP_00029836
12    Exhibit 88   E-Mail Chain                   175
                   dated 11-13-17
13                 DPP_00022234-237
14    Exhibit 89   E-Mail Chain                   184
                   dated 12-21-17
15                 CP_00030032-33
16    Exhibit 90   Federal Register               188
                   Vol 82, No. 240
17
      Exhibit 92   Federal Register               219
18                 Vol.83.  No. 12
19    Exhibit 94   E-Mail Chain                   191
                   dated 10-24-17
20                 DPP_00011793-795
21    Exhibit 95   Memorandum dated 11-3-17       173
                   DPP_00003566-3581
22
```



Page 6

1    EXHIBITS (CONTINUED):

2

      Exhibit 96   E-Mail Chain                    180
3                  dated 11-6-17
                   DHS_RFPD_00000005
4
      Exhibit 97   Immigration Priorities          38
5                  for the 2017 Presidential
                   Transition
6
      Exhibit 98   E-Mail Chain                     96
7                  dated 1-9-18
                   Attachment
8                  CP_00031717

9

10

11   PREVIOUSLY MARKED EXHIBITS:

12   Exhibit 1    Section 1254a
                  Temporary Protected Status
13

14

15

16

17

18

19

20

21

22   (Exhibits included with transcript.)



Page 7

1                   P R O C E E D I N G S

2

3              THE VIDEOGRAPHER:  Good morning.

4     This is the video deposition of Robert Law in

5     the matter of Patrick Saget, et al., versus

6     Donald Trump, President of the United States,

7     in the United States District Court for the

8     Eastern District of Virginia.

9              Today is December 19, 2019, and the

10    time is 9:33.

11             MR. CHRISTIAN:  I want to make one

12    correction.  It is the Eastern District of New

13    York.

14             THE VIDEOGRAPHER:  What did I say?

15             MR. CHRISTIAN:  Virginia.

16             THE VIDEOGRAPHER:  Sorry.  Eastern

17    District of New York.

18             This deposition is being taken at

19    1999 K Street, Northwest, Washington, D.C., at

20    the request of Mayer Brown.

21             The videographer is Dave

22    Voigtsberger with Magna Legal Services and the



1  court reporter today is Bonnie Russo of Magna

2  Legal Services.

3          Will counsel please introduce

4  yourselves and who you represent.

5          MR. CHRISTIAN:  Marcus Christian on

6  behalf of the plaintiff.

7          MS. MURPHY:  Victoria Murphy on

8  behalf of the plaintiff.

9          MR. CHO:  Good morning.  James Cho

10  with the U.S. Attorney's Office on behalf of

11  the government.

12          MR. SNELL:  Kevin Snell, Civil

13  Division of Federal Programs Branch on behalf

14  of the government.

15          MS. SHAH:  Liza Shah, United States

16  Citizenship and Immigration Services on behalf

17  of the government.

18          THE VIDEOGRAPHER:  Will the court

19  reporter please swear in the witness.

20

21

22



1              ROBERT LAW,

2    being first duly sworn, to tell the truth, the

3       whole truth and nothing but the truth,

4              testified as follows:

5      EXAMINATION BY COUNSEL FOR PLAINTIFF

6           BY MR. CHRISTIAN:

7    Q.    Good morning, Mr. Law.  I'm going to

8    spend a little time doing a little background

9    and general instructions before I get into the

10   general questions.

11            So you've already stated your name.

12   Have you stated your name?

13            Please state your name.

14   A.    Robert Law.

15   Q.    Okay.  And have you ever been

16   deposed before?

17   A.    No.

18   Q.    Obviously, this deposition is being

19   transcribed and it's often helpful to be clear

20   and not say things like uh-huh and say yes and

21   no and be clear.

22            And also, what we'll try to do, the



Page 10

1   lawyers will try to do and we'll all try to do

2   is try not to talk over each other because she

3   will have a difficult time recording if we

4   speak over one another.

5           And as you have just taken an oath,

6   this seems like a silly point but it's good to

7   remind people that you have taken an oath to

8   tell the truth and the whole truth, and that's

9   the same oath you would take if you were going

10  to testify in court.

11          Do you understand that?

12      A.   I do.

13      Q.   And if I ask a question that you

14  don't understand for some reason, please let me

15  know so I can rephrase it.  Okay?

16      A.   Okay.

17      Q.   If you need to take a break, please

18  let your attorney know and we will finish a

19  line of questioning and if we are in the middle

20  of it, we will see what we can do about a

21  break.  Is that clear?

22      A.   Yes.



1        Q.      If you want to talk to your attorney

2    at any point, that's not a problem.  I will

3    just ask basically if there is a question

4    pending or you are in the middle of the answer,

5    either answer the question or finish speaking

6    before you speak with your attorney, unless you

7    need to talk with her about a matter of

8    privilege.

9        A.      Okay.

10       Q.      And sometimes it happens that you

11   will answer a question as completely as you can

12   and then later, you will remember some

13   additional information and perhaps some

14   clarification to an earlier question.

15            If that happens to you, please let

16   us know that you would like to add something to

17   something you answered to a question you

18   answered earlier, and we will try to -- we will

19   allow you an opportunity to do that.  That way

20   you can have a complete answer.

21            Will you agree to do that?

22       A.      Yes.



1        Q.    In addition, sometimes people

2    remember that a question before wasn't -- an

3    answer wasn't completely accurate.  If you come

4    -- comes to mind later on where you recall that

5    an answer wasn't completely accurate, will you

6    please let us know and make any necessary

7    corrections to your answer?

8        A.    Yes.

9        Q.    And if you're answering a question

10   and you think of some documents that might help

11   you remember your answer or might help you

12   provide a more accurate answer, if you tell us

13   and we can provide them, we will be happy to

14   provide them.  Will you please let us know?

15       A.    Yes.

16       Q.    So another thing, it is important

17   for us to get full, complete and accurate

18   answers.  So I'm going to ask you this and it's

19   not because I want to pry into your business,

20   but it's just a matter of course.

21            Are you taking any medication or

22   drugs or anything containing alcohol that might



Page 13

1    make it difficult for you to understand or

2    answer my questions today?

3        A.    No.

4        Q.    Are you ill at all today?

5        A.    No.

6        Q.    All right.  So have you ever been in

7    a lawsuit before?

8        A.    Could you --

9              MR. CHO:  Object to the form.

10             You can answer.

11             THE WITNESS:  Can you clarify what

12   you mean by that?

13             BY MR. CHRISTIAN:

14       Q.    Have you ever been a party in a

15   lawsuit before?

16       A.    Yes, when I was in high school as a

17   lifeguard, there was an incident that occurred

18   at the pool, but then the case -- I was just

19   named because I worked there at the time.

20       Q.    Okay.

21       A.    Whatever the outcome of that was, I

22   have no idea.



Page 14

1    Q.    So you were a witness?

2    A.    I was a witness when it happened,

3  but if there was a trial, I was never involved

4  in it.

5    Q.    Have you been a witness in any other

6  legal proceedings?

7    A.    I have not.

8    Q.    Okay.  So let's -- let's take a look

9  at your background, just overall, you have a

10  college degree, a bachelor's degree?

11    A.    Yes.

12    Q.    And a law degree?

13    A.    Yes.

14    Q.    So tell me about -- where did you go

15  to college?

16    A.    I graduated from the University of

17  Virginia.

18    Q.    What year was that?

19    A.    2007.

20    Q.    Were you -- did you grow up in

21  Virginia?

22    A.    I did.



1        Q.      And what did you study?

2        A.      History.

3        Q.      And when you graduated from the

4   University of Virginia, what did you do next?

5        A.      I went to law school.

6        Q.      And where was that?

7        A.      Catholic University.

8        Q.      And what year did you graduate?

9        A.      2010.

10       Q.      During the course of law school,

11  were you on any law review?

12       A.      Yes, I was.

13       Q.      Which one?

14       A.      I was on the Catholic University Law

15  Review.

16       Q.      All right.  And did you have any

17  particular roles or positions on the law

18  review?

19       A.      I was an editor.

20       Q.      And any organizations you were a

21  member of during law school?

22       A.      I was on the honor board for a year,



1    maybe two.

2         Q.    Tell us about the honor board.

3         A.    You know, actually, we were very

4    inactive, but if someone had been -- I guess

5    dealt with plagiarism or in a law review

6    article or concerns about the academic

7    integrity of an exam, they would be referred to

8    the board.

9         Q.    Was that related to the University

10   of Virginia honor code, were you --

11        A.    Well, this was at Catholic

12   University.

13        Q.    I'm sorry, Catholic.

14        A.    Because of the University of

15   Virginia honor code, that is why I volunteered

16   to be a part of the Catholic University honor

17   code.

18        Q.    All right.  And I didn't ask, but

19   were you involved in any organizations, school

20   organizations as an undergraduate?

21        A.    I was in a fraternity.

22        Q.    Which fraternity?



1      A.      Sigma Phi.

2      Q.      And so during the course of law

3   school, either during breaks or during the

4   sessions, were you -- did you have any jobs or

5   internships?

6      A.      I did.

7      Q.      Tell us about those.

8      A.      First summer, I worked at the

9   general counsel's office at Catholic

10   University.  Second summer, I worked at

11   Occidental Petroleum in their government

12   relations office, and I kept working part-time

13   during my third year.

14      Q.      So let's talk about the first

15   summer.  Was that a paying intern -- paying

16   job?

17      A.      Yes, it was.

18      Q.      And the second summer was a paying

19   job?

20      A.      Yes, it was.

21      Q.      And what were your duties and

22   responsibilities working in your second summer



Page 18

1    job and during your third year?

2        A.    At Occidental Petroleum?

3        Q.    Yes.

4        A.    I would attend congressional

5    hearings, take notes, things that had to do

6    with energy and everything that dealt with oil

7    and gas for Occidental Petroleum.

8        Q.    And during the course of that job,

9    did you interact with congressional staffers?

10       A.    Yes.

11       Q.    And so when did you stop working for

12   Occidental Petroleum?

13       A.    When I graduated law school about

14   May 2010.

15       Q.    So what did you do after you

16   graduated from law school in May 2010?

17       A.    I started studying for the bar exam,

18   took the bar exam, and then subsequently moved

19   to Ann Arbor, Michigan, because my wife was

20   going to graduate school at the University of

21   Michigan.

22       Q.    And what did you do in Ann Arbor,



Page 19

1    Michigan?

2         A.    For the two years that I was there,

3    I did contract legal work.

4         Q.    With a particular -- did you work

5    with a particular organization that arranged

6    for opportunities for you or were you

7    independent?

8         A.    No, there were two -- at least two

9    different organizations that would staff

10   attorneys for short-term projects.

11        Q.    Okay.  What were they?

12        A.    The companies?

13        Q.    The organizations, yes.

14        A.    Lumen Legal and Kelly Legal

15   Services, something along those lines.

16        Q.    Now, did you -- did you work with

17   them simultaneously or were there particular

18   periods in which you worked with one or the

19   other?

20        A.    It would be -- just be one at a

21   time.

22        Q.    And so, let's say starting in --



Page 20

1    working from May 2010, if you could just tell

2    us, like, if you worked for Kelly or the other

3    one, kind of what were the periods?

4         A.    I don't know that I'm going to have

5    that type of specificity.  Some projects were

6    months, some were weeks.  I didn't start until

7    November after I found out I had passed the bar

8    exam.

9         Q.    All right.  So November of 2010, and

10   you were doing this contract work from November

11   of 2010 until when?

12        A.    Until December -- until December

13   2012.  However, I moved back to D.C. in the

14   summer of 2012.

15        Q.    Okay.  So you worked remotely from

16   the summer of 2012 to December 2012 on

17   projects?

18        A.    No.  I just did it in Washington,

19   D.C., instead of doing it in Michigan.

20        Q.    For the same?

21        A.    And there were other companies as

22   well.



Page 21

1      Q.    What types of -- during the course

2  of your time as a contract attorney, what types

3  of legal work did you do?

4           MR. CHO:  Object to the form, and

5  certainly your work I assume is covered by the

6  attorney-client privilege, so you can speak in

7  broad terms but be careful about revealing any

8  attorney-client privilege communications.

9           You can answer.

10          THE WITNESS:  It's -- there were --

11 it was mostly litigation, antitrust and Foreign

12 Corrupt Practice Act.

13          BY MR. CHRISTIAN:

14     Q.    Did you do any work related to

15 immigration?

16     A.    No.

17     Q.    So between December of 2012 and

18 early 2013 -- well, let's -- what did you do

19 next after you finished up as a contract

20 attorney?

21     A.    I started working at the Federation

22 for American Immigration Reform in January



1    2013.

2        Q.    And when -- when did you begin

3    interviewing for that job?

4        A.    Probably about October of 2012.

5        Q.    And how did you -- how did you come

6    to apply for that job?

7        A.    It was -- there was an opening and

8    someone that I knew from law school networking

9    recommended it to me.

10       Q.    Was this a friend?  Who was it that

11   had recommended it to you?

12       A.    John Zadronzy.

13       Q.    And what was the specific job that

14   you were applying for?

15       A.    Government relations counsel.

16       Q.    And what were the duties and

17   responsibilities of that?

18       A.    As an attorney, to do policy work,

19   track legislation, assist congressional offices

20   with legislation, provide analysis and, you

21   know, track hearings.

22       Q.    Were there other organizations or



Page 23

1    companies that you applied for at the same time

2    when you were a candidate for -- is it known --

3    for the Federation for American Immigration

4    Reform, also known as FAIR?

5         A.    That's correct, FAIR.

6         Q.    When you were applying for FAIR,

7    were you applying at other places?

8         A.    I had applied at one other place,

9    yes.

10        Q.    What was the one other place?

11        A.    CACI, C-A-C-I, it's a -- I think

12   it's, like, a defense contractor or some sort

13   of a government contractor.

14        Q.    Okay.  And I assume -- well, I

15   shouldn't assume.

16              So was it a situation where you

17   chose the job with FAIR over CACI or --

18        A.    Yes.  I had actually accepted the

19   CACI job and then subsequently was offered the

20   job at FAIR and I chose that job.

21        Q.    I see.  Okay.  So tell me about

22   FAIR, exactly, your first job you mentioned.



Page 24

1        What were your duties and

2   responsibilities for that job at FAIR?

3        A.    I think I just answered that a

4   second ago, legislation, meeting with members

5   of Congress.

6        Q.    Right.  And so you were meeting with

7   members of Congress and that is what you were

8   doing, but you were talking about particular

9   types of content, policies, et cetera.

10        What was the content, subject matter

11   of what you were doing?

12        A.    Immigration.

13        Q.    Okay.  Any particular policies you

14   were advocating for at that particular time?

15        A.    Enforcing our immigration laws,

16   E-Verify.  In 2013, there was the gang of eight

17   legislation that consumed a lot of my time.

18        Q.    When you were doing -- when you

19   started off at that job, was there any CLE or

20   other educational opportunities that you took

21   advantage of to learn the subject matter?

22        A.    Not through CLE, no.



Page 25

1      Q.    What types of educational

2   opportunities did you have to learn,

3   immigration law?

4      A.    Reading the INA and legislation.

5      Q.    Okay.

6      A.    Materials that are available.

7      Q.    Self-study?

8      A.    Yes.

9      Q.    No specific coursework?

10     A.    No specific coursework.  I mean,

11   obviously, my supervisors at FAIR taught me as

12   well.

13     Q.    So you had mentors in the

14   organization?

15           MR. CHO:  Object to the form.

16           Do you want him to answer that

17   question or was that a statement?

18           BY MR. CHRISTIAN:

19     Q.    I mean, is it fair to say you had

20   mentors in the organization?

21     A.    Yes, that's fair.

22     Q.    Who helped teach you?



Page 26

1       A.      Yes.

2       Q.      So I -- so your next position after

3   your original role, what was that?  Did you

4   have -- come a time when you took on a

5   different role?

6       A.      Yes, I was promoted to senior

7   government relations counsel.

8       Q.      And what was the time period when

9   you held that position, senior?

10      A.      I don't recall the specifics, but I

11  believe it was sometime in 2014 is when that

12  started.

13      Q.      And was that the position you held

14  for the remainder of your time?

15      A.      No, I was promoted again to the

16  director of government relations.

17      Q.      And approximately when did that

18  happen, do you recall?

19      A.      I think around 2015, maybe the end

20  of 2014.

21      Q.      All right.  And that was the final

22  position?



Page 27

1     A.    That was the final position.

2     Q.    Okay.  I would like to -- so this

3  will be -- so one thing I would like to do is

4  -- so what I'm going to do is, I have asked you

5  a few things about your resumé.

6           I'm going to hand this to the court

7  reporter to be marked as Exhibit 71.  It's

8  basically -- I have copies for you.  It's

9  basically your LinkedIn page.

10          (Deposition Exhibit 71 was marked

11  for identification.)

12          BY MR. CHRISTIAN:

13    Q.    Does your LinkedIn page, which is

14  marked as Exhibit No. 71, accurately reflect

15  your career and educational history?

16    A.    I don't have the contract work on my

17  LinkedIn page, but what is on there, to the

18  best of my recollection, reflects the time

19  periods of various roles that I held.

20    Q.    All right.  So now I would like to

21  turn to what will be marked as Exhibit No. 72.

22  It's an immigration reform agenda for the 115th



Page 28

1    Congress.

2              (Deposition Exhibit 72 was marked

3    for identification.)

4              MR. CHO:  Do you have a stapler

5    or -- it's a multi-page document, right, just

6    to kind of stay organized.

7              MR. CHRISTIAN:  Absolutely.  We will

8    get one.

9              BY MR. CHRISTIAN:

10    Q.    I apologize for the delay, Mr. Law,

11   for office supply timeout here.

12             So, we have Exhibit No. 72 in front

13   of you.  Would you tell me what that is?

14             First, do you recognize it?

15    A.    Yes, I recognize this.

16    Q.    So what I would like to do is --

17   what is this?

18    A.    This is the congressional agenda

19   that FAIR put out for the 115th Congress, ideal

20   proposed legislation that congress should

21   consider.

22    Q.    What if any role did you have in



Page 29

1    producing this agenda?

2         A.    As I recall, I probably had drafted

3    some of the content and then reviewed the

4    materials once other staff had compiled most of

5    the document.  So I reviewed it before it was

6    sent out for publication.

7         Q.    So you had an editorial role in the

8    production of this?

9              MR. CHO:  Objection to form.

10             You can answer.

11             THE WITNESS:  Yes.

12             BY MR. CHRISTIAN:

13        Q.    And before this would be published,

14   did you have to approve its contents?

15             MR. CHO:  Objection to form.

16             You can answer.

17             THE WITNESS:  Yes.

18             BY MR. CHRISTIAN:

19        Q.    And did you approve the content

20   before it was published?

21        A.    Yes.

22        Q.    So let's turn to Page 4.  Let's see



Page 30

1   here.  I'm looking for -- I'm going to go down

2   the page a little bit and I believe it refers

3   to a number of things.

4           So if you look at the bullet points

5   at the top of Page 4, the fourth bullet point.

6           Would you please read that?

7   A.    Out loud?

8   Q.    Yes, out loud.

9           MR. CHO:  Well, the document speaks

10  for itself.  Maybe you can point him in the

11  right direction.  I'm not sure which bullet

12  point you're referring to.

13          BY MR. CHRISTIAN:

14  Q.    Sure.  It's the fourth one.  So what

15  I'll do, is I will make it easier.  The fourth

16  bullet points reads as follows, and please

17  correct -- when I'm finished, please, if I

18  misstated somehow, please point it out to me

19  and I'll correct it.

20                  "Restrict temporary

21  protected status, TPS, to aliens legally

22  present in the U.S. when an event that triggers



Page 31

1    TPS designation occurs."

2                    Did I read that

3    correctly, Mr. Law?

4        A.    Yes.

5        Q.    And so what was the basis for that

6    recommendation?

7                    MR. CHO:  Object to the form.

8                    You can answer.

9                    THE WITNESS:  The basis for that

10    recommendation would appear to be that aliens

11    who are unlawfully present had no intention of

12    returning to their home country and thus, you

13    know, the underlying premise of TPS is, it was

14    understood from congressional intent, was

15    because individuals could not return to their

16    home country and that seemed to be, you know,

17    the population such as a student who couldn't

18    return, and the statute was put in place to

19    prevent those individuals, who through no fault

20    of their own, could not return to their home

21    country, so that's what the thinking I believe

22    was.



Page 32

1          BY MR. CHRISTIAN:

2     Q.    Okay.  So based on your answer, I'm

3  gathering that you have done some -- based on

4  your training and experience, you have done

5  some reading of the legislative history of this

6  TPS statute?

7     A.    Yes.  At some time, yes.

8     Q.    And if I am misstating it, please

9  correct it.

10          So one of the enumerated reasons for

11  passing the TPS statute was to, as you

12  understand it, to provide protections for a

13  student studying in the U.S.?

14     A.    That was just an example that I

15  gave.  The understanding is that it was to give

16  temporary status to individuals who were unable

17  to return to their country at the end of their

18  authorized stay due to a condition that

19  resulted in the designation.

20          MR. CHO:  I didn't want to

21  interrupt, but object to the form and also

22  calls for legal a conclusion.



Page 33

1          MR. CHRISTIAN:  Well, I asked him if

2     it was enumerated, so it doesn't call for a

3     legal conclusion, it calls for his recollection

4     of what it said.

5          MR. CHO:  Well, the record is what

6     it is.

7          MR. CHRISTIAN:  Okay.

8          BY MR. CHRISTIAN:

9     Q.    Also on Page 4, let's see here.

10          So it's the one, two, three, four,

11    five, and what I will do is, just to make sure

12    we are looking at the same thing.

13          It says, as I understand, it reads

14    as follows:  "Reform the TPS asylum and refugee

15    programs to prohibit granting such status to

16    gang members."

17          Is that an accurate reading of that

18    bullet?

19    A.    Yes, that is.

20    Q.    Let's turn to Page No. 9, please.

21    Get my bearings here.

22          So we are looking at the last bullet



Page 34

1   point on the page and I'll read it just -- so

2   under the heading:  "Stop Illegal Immigration

3   Fraud," the bullet point reads as follows:

4   "Reform or eliminate immigration programs with

5   notably high rates of fraud and abuse (i.e.,

6   TPS and asylum, H-1B visas, EB-5, religious

7   work or visa programs, et cetera)."

8           Did I read that correctly, Mr. Law?

9       A.    I believe the heading is:  "Stop

10  Legal Immigration Fraud."  I think you may have

11  said illegal immigration fraud.

12      Q.    I'm sorry.  Okay.  So "Stop Legal

13  Immigration Fraud."

14      A.    But the bullet was read correctly.

15      Q.    Thank you for the correction.

16          And so, in your interview for your

17  current job, as far as you recall, do you

18  remember any conversation about your interest

19  in eliminating large areas of immigration

20  framework that existed in the law when you took

21  your job?

22          MR. CHO:  Object to the form.



Page 35

1              The job you are referring to, that

2      he holds right now?

3              MR. CHRISTIAN:  His current -- his

4      current role, yes.

5              MR. CHO:  Okay.  Well, there is a

6      lot of missing foundation there, but you can

7      answer if you can.

8              THE WITNESS:  I don't believe I was

9      calling for the elimination of large frames of

10     our immigration system, but I don't recall

11     those types of conversations in the interview

12     process.

13             BY MR. CHRISTIAN:

14     Q.    All right.  Let's see here.

15             On Page 3 to 4, and I'll just touch

16     on some areas of the agenda:  "Prohibiting

17     Access to Immigration Benefits."

18             MR. CHO:  I'm sorry.  Where are you?

19             MR. CHRISTIAN:  We are on

20     legislative agenda on Pages 3 to 4.

21             MR. CHO:  Okay.  Is there a specific

22     bullet point you're referring to?



Page 36

1          MR. CHRISTIAN:  Sure.  I'll --

2          BY MR. CHRISTIAN:

3    Q.    So we are looking at under:

4    "Implement a secure and efficient emission and

5    removal process," the second bullet would be --

6    and I will read it just to make clear which one

7    it is:  "Prohibit DHS from granting immigration

8    benefits until all background checks of

9    applicants are completed to the satisfaction of

10   DHS."

11         So that's -- did I read that

12   correctly?

13   A.    You read that correctly.

14         MR. CHO:  Objection.  The document

15   speaks for itself.  Okay.

16         BY MR. CHRISTIAN:

17   Q.    And the next one is:  "Repeal the

18   visa waiver program."

19         MR. CHO:  Same objection.

20         You can answer.

21         THE WITNESS:  You read that

22   correctly.



Page 37

1          BY MR. CHRISTIAN:

2     Q.    Okay.   Thank you.   Now we're going

3  to go back to 8 to 9.

4          And under the -- there are three

5  bullets, the first three bullets on the page.

6          MR. CHO:   I'm sorry, Page 8 or 9,

7  because 8 only has two bullet points.

8          MR. CHRISTIAN:   I apologize.

9          BY MR. CHRISTIAN:

10    Q.    Yes.   Page 9, the page with more

11 than two bullet points under the third -- three

12 bullet points, top three bullet points, there

13 is a sentence:   "FAIR believes that a

14 sustainable level of immigration is no more

15 than 300,000 annually."

16          Mr. Law, how was that number

17 determined, 300,000?

18          MR. CHO:   Object to the form.

19          Answer if you know.

20          THE WITNESS:   I don't recall the

21 specific methodology that went into that, but

22 it was my understanding that that was a



Page 38

1    historical level of legal immigration.

2            MR. CHRISTIAN:  All right.  So I

3    would like to -- now we are going to introduce

4    -- this will be out of order, but No. 97.

5            (Deposition Exhibit 97 was marked

6    for identification.)

7            MR. CHO:  The clip is fine, as long

8    as it's attached.

9            BY MR. CHRISTIAN:

10   Q.     I want to look at the bottom of Page

11   15.  When you get a chance, just let me know

12   when you are ready.

13           So the last bullet on Page 15, and

14   it goes on to Page 16, so what I am going to do

15   here is, just to put on the record what I am

16   talking about here.  I will read this bullet.

17           "DHS must issue regulations making

18   illegal aliens ineligible for TPS.  The

19   secretary of Homeland Security must revoke TPS

20   for any country that has received more than two

21   renewals.  Future grants on TPS must occur only

22   in limited circumstances."



1            So let me take a step back.  I

2    didn't ask you, Mr. Law, are you familiar with

3    this document?

4        A.    I am familiar with it.

5        Q.    And what was your role, if any, in

6    the production of this document?

7        A.    I provided some of the content, but

8    as you can see, there were a number of authors

9    on it.  I didn't have as large a role in this

10   as I did in the congressional agenda.

11       Q.    Is it -- just to be clear, did you

12   -- were you a reviewer of the entire document

13   before it was published?

14       A.    I believe I did review it, yes.

15       Q.    And so -- sorry to jump back and

16   forth.

17            So the -- turning back to Page 15 to

18   16, I would like to ask a couple of questions

19   related to that.

20            So first of all, there is an idea

21   that a limit of two renewals, more than two

22   renewals.  Where did that idea come from to



Page 40

1    your knowledge?

2             MR. CHO:  Object to the form.

3             You can answer.

4             THE WITNESS:  I don't know.  I

5    didn't draft that one.

6             BY MR. CHRISTIAN:

7        Q.   And so, did you ever, during the

8    course of your employment with FAIR, hear about

9    any idea of the significance of only two

10   renewals?

11            MR. CHO:  Objection to form.

12            THE WITNESS:  No.

13            BY MR. CHRISTIAN:

14       Q.   Based on your understanding of the

15   statute, how does the number -- is the number

16   of two renewals consistent with the current

17   statute?

18            MR. CHO:  Object to the form.  Calls

19   for a legal conclusion.

20            You can answer.

21            THE WITNESS:  Do you have the

22   statute available?



Page 41

1         BY MR. CHRISTIAN:

2     Q.    Yes, I do, actually.

3         That would be, I believe it's, am I

4     correct, 77?  Let me just make sure before we

5     mark it down.

6         Yes, it's 77.  We will have to

7     staple this one.

8         (Deposition Exhibit 77 was marked

9     for identification.)

10        MR. CHO:  Why don't we staple it to

11    stay organized here.  There you go.

12        I just want to note that Exhibit 77

13    was pulled, it appears, from Cornell's website.

14    I'm assuming this is the statute as it is

15    today, but I haven't done a side-by-side

16    comparison with the official statute.

17        So, you know, Westlaw-type printout

18    or some other copy is always more reliable,

19    but...

20        MR. CHRISTIAN:  Absolutely.  I

21    appreciate you pointing that out.  We will

22    request a Westlaw printout.



Page 42

1            MR. CHO:  Although I believe this

2    was a prior exhibit at a prior deposition as

3    well, KA-1 actually, if you want to use that

4    one instead.

5            MR. CHRISTIAN:  Absolutely.  We will

6    go with KA-1.

7            MR. CHO:  I have my copy.  Do you

8    want to use the official marked copy of KA-1?

9            Do you have the original exhibit?

10           THE REPORTER:  No.

11           MR. CHRISTIAN:  We will probably

12   need to -- you may have marked yours up.  Make

13   sure we are all reading from the same sheet.

14           MR. CHO:  You can make a copy of it.

15   I don't think I marked it up other than writing

16   KA-1 on it.

17           MR. CHRISTIAN:  Okay.  Thank you

18   very much.

19           MR. CHO:  Sure.

20           THE WITNESS:  Could you please

21   repeat the question.

22           BY MR. CHRISTIAN:



Page 43

1      Q.    Basically, to your -- based on your

2  understanding of the TPS statute, is there any

3  language in the current statute that makes any

4  reference to a limit on the number of renewals?

5      A.    What I just read, I did not see a

6  specific limit.

7            MR. CHO:  Just to be clear, the

8  document you reviewed was Exhibit 77?

9            MR. CHRISTIAN:  Right.

10           BY MR. CHRISTIAN:

11     Q.    And I would like to provide what is

12  -- so KA-1 for you to take a look at.

13  Obviously take as much time as you need because

14  counsel was good to point out that that was not

15  official text.

16     A.    After reviewing what is KA-1, same

17  answer.

18     Q.    And that was that you didn't see any

19  limitation of two years?

20     A.    I did not see two renewals.

21     Q.    Or any limitation of number of

22  renewals?



Page 44

1        A.     I did not.

2               MR. CHO:  Objection to form.  The

3     document speaks for itself.  Calls for a legal

4     conclusion.

5               You can answer.

6               THE WITNESS:  No, I did not.

7               BY MR. CHRISTIAN:

8        Q.     Thank you.

9               So based upon your training as an

10    attorney, given the current statute as you just

11    reviewed, what would have to happen to impose a

12    limitation on the number of renewals?

13              MR. CHO:  Objection to form.  He is

14    not here as an expert.  He is here as a fact

15    witness.  Objection.  Calls for a legal

16    conclusion.

17              You can answer if you can.

18              THE WITNESS:  I'm not in the

19    capacity as an attorney.  I went to law school

20    but I am a policy advisor.

21              BY MR. CHRISTIAN:

22       Q.     So a policy advisor who wanted to



Page 45

1    have a two renewal limitation that is not

2    listed in the statute, what types of -- what

3    changes would you need to effectuate that?

4           MR. CHO:  Object to the form.

5    Mischaracterizes prior testimony.  Misstates

6    facts in the record.  He hasn't testified to

7    any position on this two-term renewal.

8           BY MR. CHRISTIAN:

9    Q.    As a -- let me just take a couple

10   steps back to make sure that I am understanding

11   where I have the same facts to work from.

12          You reviewed this document that we

13   have entered as Exhibit No. 97, the immigration

14   priorities for the 2017 presidential

15   transition, correct?

16   A.    Yes, I reviewed this.

17   Q.    You reviewed the entire document,

18   and that document included a limitation, a

19   policy recommendation for two renewals, a

20   limitation of two renewals; is that correct?

21          MR. CHO:  Objection to form.  The

22   document speaks for itself.



Page 46

1              You can answer.

2              THE WITNESS:  The document says

3    that.

4              BY MR. CHRISTIAN:

5       Q.    And so as policy director for FAIR,

6    what would have to happen for that limitation

7    to take effect given the TPS statute?

8              MR. CHO:  Objection to form.  Calls

9    for a legal conclusion.  He is not currently at

10   FAIR.

11             MR. CHRISTIAN:  He was at FAIR at

12   the time.

13             MR. CHO:  Okay, right, but you asked

14   about his current position now.

15             MR. CHRISTIAN:  Okay.  Thank you for

16   pointing that out.

17             MR. CHO:  I am just trying to place

18   this understanding --

19             MR. CHRISTIAN:  Absolutely.

20             BY MR. CHRISTIAN:

21      Q.    So when you were at FAIR when this

22   document went out, there was a new



Page 47

1  administration coming in to the White House.

2  What would have to happen given the status of

3  the TPS Act to effectuate that policy?

4           MR. CHO:  Object to the form.  Calls

5  for a legal conclusion.

6           You can answer if you can.

7           THE WITNESS:  Presumably legislative

8  change, but there could be other avenues.  I

9  don't know.

10           BY MR. CHRISTIAN:

11      Q.    During your time at FAIR, did you

12  have any interactions with anyone in the Senate

13  or House with respect to limiting the number of

14  renewals for the TPA Act -- TPS Act rather?

15           MR. CHO:  Objection to form.  Vague

16  and ambiguous.

17           You can answer if you can.

18           THE WITNESS:  I don't recall that at

19  many meetings.  I don't recall something that

20  specific.

21           BY MR. CHRISTIAN:

22      Q.    And since you left FAIR, do you



Page 48

1   recall any meetings with anyone in the House or

2   Senate requesting a limitation on the number of

3   renewals under the TPS Act?

4           MR. CHO:  Object to the form.  I am

5   also going to object on the grounds that may

6   touch on internal government deliberations, but

7   you can answer.

8           THE WITNESS:  No.

9           MR. CHO:  Give me that exhibit.  Why

10  don't you put it aside since I think he is done

11  asking you questions about that exhibit and

12  I'll staple it.  Thank you.

13          BY MR. CHRISTIAN:

14  Q.    Now, I would like to direct your

15  attention to your work at FAIR and in

16  particular with staffers or other people

17  working on Capitol Hill, either staffers or

18  members of the House or Senate.

19          Tell us about any relationships that

20  come to mind that you established -- well, let

21  me take a step back.

22          While you were at FAIR, did you



Page 49

1    establish any relationships with anyone at DHS?

2              MR. CHO:  Object to the form.

3              You can answer.

4              THE WITNESS:  In the -- in 2017,

5    yes.

6              BY MR. CHRISTIAN:

7        Q.    Okay.  With whom?

8              MR. CHO:  Object to the form.

9              THE WITNESS:  Should I answer?

10             BY MR. CHRISTIAN:

11       Q.    Yes, please.

12       A.    I mean there -- Gene Hamilton, John

13   Barsa.

14       Q.    Would you spell the second name for

15   us, please.

16       A.    I believe it's B-A-R-S-A.

17       Q.    Okay.  Anyone else?

18       A.    I don't recall anybody else,

19   establishing a relationship, no.

20       Q.    Anyone on the Trump Administration

21   Transition Team?

22             MR. CHO:  Object to the form.



Page 50

```
 1              You can answer.

 2              THE WITNESS:  Establishing a

 3   relationship?  No.

 4              BY MR. CHRISTIAN:

 5      Q.    Have interactions with anyone on the

 6   Trump Administration Transition Team?

 7              MR. CHO:  Object to the form.

 8              THE WITNESS:  Yes.

 9              BY MR. CHRISTIAN:

10      Q.    With whom?

11              MR. CHO:  Object to the form.

12              You can answer.

13              THE WITNESS:  Julie Kirchner, John

14   Ferre, Danielle Cutrona, Gene Hamilton.

15              BY MR. CHRISTIAN:

16      Q.    With respect to Mr. Hamilton, before

17   -- when you were at FAIR, how many times would

18   you say you met with him?

19              MR. CHO:  Object to the form.

20              THE WITNESS:  I don't know the

21   specific number of times that I met with him.

22              BY MR. CHRISTIAN:
```



Page 51

1     Q.     What did you discuss with him?

2            MR. CHO:  Object to the form.

3            Perhaps you can put this in some

4     sort of context.  During what time period are

5     you referring to and is it in Mr. Hamilton's

6     capacity as a government official or some other

7     capacity?

8            MR. CHRISTIAN:  Yes, thank you.

9            BY MR. CHRISTIAN:

10    Q.     So what else I hear.

11           When you were with FAIR during 2017,

12    did you discuss immigration reform with Mr.

13    Hamilton?

14           MR. CHO:  Object to the form.

15           You can answer.

16           THE WITNESS:  2017, yes.

17           BY MR. CHRISTIAN:

18    Q.     What topics -- what immigration

19    topics did you discuss with Mr. Hamilton?

20           MR. CHO:  Again, this is during the

21    time period that Mr. Law was not working for

22    the government; is that correct?



Page 52

1           MR. CHRISTIAN:  Correct.

2           MR. CHO:  Okay.  You can answer.

3           THE WITNESS:  The executive orders

4    that had been announced in January of 2017.

5    That's the topic I recall.

6           BY MR. CHRISTIAN:

7       Q.   Did you have any conversations with

8    him about the TPS Act?

9           MR. CHO:  Object to the form.

10          THE WITNESS:  No.

11          BY MR. CHRISTIAN:

12      Q.   Any -- any conversations about TPS

13   determinations?

14          MR. CHO:  Object to the form.

15          THE WITNESS:  No.

16          BY MR. CHRISTIAN:

17      Q.   Before you joined the federal

18   government, did you have any interactions with

19   Steven Miller?

20          MR. CHO:  Object to the form.

21          THE WITNESS:  Yes.

22          BY MR. CHRISTIAN:



Page 53

1      Q.     Did you talk about immigration

2    policy?

3             MR. CHO:  Object to the form.

4             THE WITNESS:  Yes.

5             BY MR. CHRISTIAN:

6      Q.     What specific topic referring to --

7    what specific immigration topics did you talk

8    about with Mr. Miller?

9             MR. CHO:  Object to the form.

10            Again, this is during the time

11   period before Mr. Law worked for the

12   government?

13            MR. CHRISTIAN:  Before he -- yes.

14            MR. CHO:  Okay.  Same objection.

15            You can answer.

16            THE WITNESS:  Just to clarify, my

17   conversations with Steven Miller were also

18   before he joined the federal government in the

19   executive branch, his role in Senator Sessions

20   office, just to provide scope for that time

21   frame.

22            BY MR. CHRISTIAN:



Page 54

1    Q.    So that would have been before 2017?

2    A.    Before 2016.

3    Q.    Before 2016.  Okay.  You had

4  conversations with him about limiting

5  immigration to the U.S.?

6              MR. CHO:  Object to the form.

7              THE WITNESS:  Yes.

8              BY MR. CHRISTIAN:

9    Q.    About limiting renewals under the

10  TPS Act?

11             MR. CHO:  Object to the form.

12             THE WITNESS:  No.

13             BY MR. CHRISTIAN:

14   Q.    Did you have discussions with Mr.

15  Miller about limiting immigration from certain

16  countries?

17             MR. CHO:  Object to the form.

18             THE WITNESS:  No.

19             BY MR. CHRISTIAN:

20   Q.    Did you have any conversations with

21  Mr. Miller, to your recollection, about

22  limiting the number -- absolute number of



Page 55

1   immigrants coming to the United States?

2            MR. CHO:  Object to the form.

3            THE WITNESS:  I do recall having

4   some sort of conversations like that, yeah.

5            BY MR. CHRISTIAN:

6       Q.   And so just to be clear, you did

7   not, to your recollection, have any

8   conversations with Mr. Miller in 2017 before

9   you joined the government?

10           MR. CHO:  Object to the form.

11           THE WITNESS:  I did not have

12  conversations with Steven Miller in 2017 until

13  I joined the government.

14           MR. CHO:  Just so the record is

15  clear because I think it is very unclear, he

16  just testified to conversations he had with

17  Steven Miller but I think he was referencing a

18  time period before 2016.

19           MR. CHRISTIAN:  That's what he said,

20  yes.  Yes.

21           MR. CHO:  Okay.  And that he did not

22  have conversations with Mr. Miller in 2017.



Page 56

1          MR. CHRISTIAN:  Yes.

2          THE WITNESS:  Until I joined the

3    government.

4          BY MR. CHRISTIAN:

5     Q.    And just to be clear, do you

6    remember what date you stated with the federal

7    government?

8     A.    October 16, 2017.

9     Q.    October 16.  How did you come to

10   meet Kathy Kovarik and please correct me if I

11   am mispronouncing the name.

12    A.    It's Nuebel Kovarik.  She worked for

13   Senator Grassley.  I met her in her capacity as

14   a congressional staffer when I was at FAIR.

15    Q.    And did she have any role in your

16   current job with USCIS?

17          MR. CHO:  Objection to form.

18          I don't -- I don't understand the

19   question you just asked.

20          BY MR. CHRISTIAN:

21    Q.    During the process of your becoming

22   an employee for USCIS, did you at all interact



MAGNA
LEGAL SERVICES

Page 57

1   with Ms. Kovarik?

2            MR. CHO:  Object to the form.

3            You can answer.

4            THE WITNESS:  Yes.

5            BY MR. CHRISTIAN:

6       Q.    What types of interaction?

7       A.    It was a phone call.

8       Q.    And what was the topic of the phone

9   call?

10      A.    As I recall, my interest in joining

11  USCIS.

12      Q.    And how did you come to have that

13  phone call with Ms. Kovarik?

14      A.    I don't understand the question.

15      Q.    What led to that conversation?

16           MR. CHO:  Object to the form.

17           You can answer.

18           THE WITNESS:  Well, I had applied

19  through the general resumé bank after the

20  election and had started the interviewing

21  process and received a phone call from her.

22           BY MR. CHRISTIAN:



Page 58

1      Q.    And during that conversation, did

2    you have any discussions about TPS?

3               MR. CHO:  Object to the form.

4               THE WITNESS:  No, I don't recall

5    that.

6               BY MR. CHRISTIAN:

7      Q.    Did you have any conversations about

8    immigration in general?

9               MR. CHO:  Object to the form.

10              THE WITNESS:  Well, certainly, USCIS

11   is an immigration benefits agency, so it's

12   relevant to the job.

13              BY MR. CHRISTIAN:

14     Q.    Absolutely.  So any conversations

15   about limiting immigration to the United

16   States?

17              MR. CHO:  Object to the form.

18              THE WITNESS:  No, I don't recall

19   that.

20              BY MR. CHRISTIAN:

21     Q.    Prior to your joining USCIS, did you

22   have any other conversations with anyone in



Page 59

1    2017 -- let me stop.  Let me take that back.

2            Other than the ones we have already

3    -- individuals we have already discussed, do

4    you recall any conversations with anyone in the

5    administration prior to you joining the

6    administration, about TPS?

7            MR. CHO:  Objection to form.

8            THE WITNESS:  No.

9            BY MR. CHRISTIAN:

10   Q.    I'm going to ask you a couple of

11   questions here.

12            Do you have any recollection of when

13   FAIR was founded?  Any understanding of when it

14   was founded?

15   A.    My understanding, it was founded in

16   1979.

17   Q.    Who founded it?

18   A.    I don't know all the characters that

19   were involved with founding it.

20   Q.    Do you know any of the individuals

21   who were involved?

22   A.    It's my understanding that John



Page 60

1    Tanton was one of the founders.

2        Q.    John Tanton.  Who is -- what do you

3    know about John Tanton?

4            MR. CHO:  Object to the form.

5            THE WITNESS:  I don't know anything

6    about John Tanton except what I have seen

7    written about him.

8            BY MR. CHRISTIAN:

9        Q.    You said what you have seen written

10   about him.

11           Were you -- are you talking about in

12   media written about him?

13           MR. CHO:  Object to the form.

14           THE WITNESS:  Yes.

15           BY MR. CHRISTIAN:

16       Q.    Did you, in the course of your

17   employment with FAIR, read any documents by Mr.

18   Tanton?

19           MR. CHO:  Object to the form.

20           THE WITNESS:  I don't believe so,

21   but I have no idea, if there were things that

22   he may have authored that were not attributed



Page 61

1   to him.  I don't recall reading something that

2   specifically identified him as the author.

3           BY MR. CHRISTIAN:

4       Q.    So after your telephone conversation

5   or telephone interview with Ms. Kovarik, what

6   happened in terms of the employment process

7   with USCIS?  How did it proceed, is basically

8   what I'm asking you.

9       A.    I don't recall all the specifics,

10  but I submitted an updated resumé, possibly

11  some writing samples and as well as filled out

12  all the other government paperwork for

13  background checks.

14      Q.    Based on your -- so you've been in

15  the job now for just over a year.

16          What experiences that you had prior

17  to joining USCIS have you found most helpful in

18  your current role?

19          MR. CHO:  Object to the form.

20          You can answer.

21          THE WITNESS:  The entire time I

22  worked at FAIR.  Plus I'm just going to law



Page 62

1    school.  How to think critically.  Entire life

2    of experiences.

3              BY MR. CHRISTIAN:

4        Q.    Any substantive legal knowledge?

5    For example, TPS Act?

6              MR. CHO:  Object to the form.

7              Can you rephrase the question.  I

8    don't -- I don't know if that's a question or a

9    statement.

10              BY MR. CHRISTIAN:

11        Q.    Okay.  Here.

12              What substantive legal areas were

13    you exposed to during your time at FAIR that

14    you have relied upon during your time at USCIS?

15              MR. CHO:  Object to the form.

16              You can answer if you can.

17              THE WITNESS:  In neither capacity

18    was I in a role as an attorney.  Both were

19    policy positions.  Of course, there is the

20    Immigration and Nationality Act, the

21    overarching legal principles.

22              BY MR. CHRISTIAN:



Page 63

1     Q.    So -- so I want to make sure I

2  understand.

3           When you say "policy," your -- your

4  job at policy, did that involve working to

5  cause legislation to be enacted, federal

6  legislation?

7           MR. CHO:  Object to the form.

8           THE WITNESS:  At which -- in which

9  capacity?

10          BY MR. CHRISTIAN:

11    Q.    At FAIR?

12    A.    Enacted, I -- I don't recall a

13  single piece of legislation being enacted that

14  I worked on.  Developed legislation amendments

15  to bills.

16    Q.    So you advocated for certain

17  legislation?

18          MR. CHO:  Object to the form.

19          THE WITNESS:  Yes.

20          BY MR. CHRISTIAN:

21    Q.    Would that -- did that advocacy

22  include amendments to existing legislation?



Page 64

1        A.    Yes.

2        Q.    So as part of your duties and

3   responsibilities, would you study existing

4   legislation during your time at FAIR?

5              MR. CHO:  Object to the form.

6              THE WITNESS:  Do you mean bills that

7   were introduced by the members or the actual

8   statute?

9              BY MR. CHRISTIAN:

10       Q.    Actual statutes.

11             MR. CHO:  Object to the form.

12             THE WITNESS:  Yeah.  I believe so.

13             BY MR. CHRISTIAN:

14       Q.    And what are some of those

15  immigration statutes that you may have studied

16  during your time at FAIR?

17             MR. CHO:  Object to the form.

18             THE WITNESS:  I couldn't pinpoint

19  all of them.  But I mean E-Verify it was a

20  major, you know, issue.  Anything.  Visa waiver

21  program, guest workers programs, legal

22  immigration levels.



1          BY MR. CHRISTIAN:

2     Q.    So I'm not -- and I -- and I know

3    it's, you know, sometimes hard to come off the

4    top of your head.  I'm basically trying to

5    understand the actual substantive statutes that

6    you had experienced and -- and -- and reason

7    to -- to know something about it before you

8    joined USCIS.

9          So any -- if any -- there are any

10   statutes that -- that come to mind or by

11   citation, you know, please tell me now.  Just

12   trying to get an understanding.

13          MR. CHO:  Object to the form.

14          THE WITNESS:  Just the general INA.

15          BY MR. CHRISTIAN:

16    Q.    So INA.  Okay.

17          Any particular provisions of the INA

18   that you gained specific expertise?

19    A.    Kind of stand by what I've just said

20   about the various topic that were most

21   prevalent during the time period that I was

22   there.



Page 66

1      Q.     When you started at USCIS, was there

2    any on-boarding training that you received?

3           MR. CHO:  Object to the form.

4           THE WITNESS:  No.

5           BY MR. CHRISTIAN:

6      Q.     You laughed when you said that; is

7    that --

8      A.     I kind of felt like I got thrown

9    into the deep end right away.

10     Q.     All right.

11     A.     Got sworn in and got started.

12     Q.     So did you receive any -- any

13   specific guidance documents that -- that would

14   provide information you could use in performing

15   your job?

16           MR. CHO:  Object to the form.

17           THE WITNESS:  I -- I'm sure I

18   received documents and a variety of things

19   about what my job responsibilities were.

20           BY MR. CHRISTIAN:

21     Q.     What, if any, training did you

22   receive about what is required to make a TPS



Page 67

1    determination when you began your job at USCIS?

2              MR. CHO:  Object to the form.

3              THE WITNESS:  What do you mean by

4    "training"?

5              Restate that or clarify.

6              BY MR. CHRISTIAN:

7        Q.    Information about what is involved

8    in a TPS determination.

9              MR. CHO:  Object to the form.

10             THE WITNESS:  From what I recall,

11   meeting with Kathy and the -- the career staff

12   that are in charge of that portfolio; and that

13   there was a process of country conditions that

14   are put into a decision memo that includes a

15   recommendation from the director.

16             MR. CHRISTIAN:  Pardon me one

17   moment.

18             MR. CHO:  Sure.

19             We've been going about an hour.

20   Should we take a short break?

21             MR. CHRISTIAN:  That's fine.

22             MR. CHO:  All right.



Page 68

1          THE VIDEOGRAPHER:  Going off the

2     record at 10:39.

3          (A short recess was taken.)

4          THE VIDEOGRAPHER:  Back on the

5     record at 10:48.

6          BY MR. CHRISTIAN:

7     Q.    Mr. Law, I wanted to ask one quick

8     question related to the -- the -- the -- the

9     INA and -- and other immigration laws.

10          Prior to joining USCIS, do you

11     recall ever reading the TPS Act?

12          MR. CHO:  Object to the form.

13          THE WITNESS:  I'm -- I'm sure I did

14     at some point.  I don't recall specifically

15     when.  But I was at FAIR for five years.  So I

16     read a good portion of the INA, if not all of

17     it, at some point.

18          BY MR. CHRISTIAN:

19     Q.    And in the context of your -- of

20     your job at -- at FAIR, what would be the

21     purpose of reading the INA?

22     A.    To provide recommendations to



Page 69

1   members of congress for legislation or

2   amendments to the current law or other pending

3   legislation.

4       Q.    And so is it fair to say your

5   recommendations would have included

6   recommendations for changes to the TPS Act?

7           MR. CHO:  Object to the form.

8           THE WITNESS:  It's possible.

9           BY MR. CHRISTIAN:

10      Q.   Do you have any specific

11  recollection of any recommendations you -- you

12  made yourself for changes to the TPS Act?

13          MR. CHO:  Object to the form.

14          Again, this is confined to the

15  period he worked at FAIR?

16          MR. CHRISTIAN:  Yes.

17          THE WITNESS:  No.  I don't recall

18  any specific conversations about amending the

19  TPS statute during my time at FAIR.

20          BY MR. CHRISTIAN:

21      Q.   To whom do you -- now that you're at

22  USCIS, to whom to you report?



Page 70

1      A.      My supervisor is Kathy Kovarik.

2      Q.      And do you have any -- in your

3   current role, anyone who reports to you?

4      A.      Not currently, no.

5      Q.      Please describe your job

6   responsibilities -- your general job

7   responsibilities at USCIS.

8      A.      I mean I believe there's an official

9   job description that could probably state it

10   better than I could right -- right now.

11      Q.      Okay.  So that being said, what do

12   you understand your job responsibilities to be?

13      A.      I understand it to advice Kathy on

14   all policy and regulatory decisions that need

15   to be made on behalf of USCIS.

16      Q.      And does that involve your looking

17   at existing statutes and making

18   interpretations?

19           MR. CHO:  Object to the form.

20           THE WITNESS:  Could you re -- I

21   don't understand the question.

22           BY MR. CHRISTIAN:



Page 71

1      Q.    What responsibilities do you have in

2   terms of interpreting statutes, federal

3   statutes?

4           MR. CHO:  Object to the form.

5           THE WITNESS:  I -- I don't know that

6   it's accurate to say that I'm interpreting

7   statutes in -- in what I am doing.

8           BY MR. CHRISTIAN:

9      Q.    Would your job include providing

10  guidance to your supervisor on what the

11  statutes -- on statutory content?

12          MR. CHO:  Object to the form.

13          THE WITNESS:  It's possible, yeah.

14          BY MR. CHRISTIAN:

15     Q.    Can you remember a time when your --

16  when, in the course of your current job, you

17  have provided guidance on the meaning of a

18  statute to your supervisor?

19          MR. CHO:  Object to the form.

20          THE WITNESS:  What to you mean by

21  the meaning of the statute?

22          BY MR. CHRISTIAN:



Page 72

1      Q.    The content of a -- the content of

2    statute.  For example, earlier I asked you

3    about the TPS Act and whether it had a

4    limitation on the number of renewals.  So a

5    question such as that.

6           Is there a limitation on the number

7    of renewals in the TPS Act?

8           MR. CHO:  Object to the form.  Also

9    object on the grounds that it touches on

10   internal government deliberations.

11          But the witnesses can answer if he

12   can.

13          THE WITNESS:  As I stated before,

14   after reading the documents here today, there

15   did not appear to be a specific limitation on

16   the number of renewals.

17          BY MR. CHRISTIAN:

18     Q.    Certainly.

19          So -- so what I'm asking you is have

20   you had -- has there come a time, during the

21   course of your employment at USCIS, where you

22   have had to look at a statute and, based upon



Page 73

1   your understanding of that statute, provide

2   guidance to someone else at USCIS?

3           MR. CHO:  Again, objection to the

4   form.  Objection on the grounds that the

5   question seeks information touching upon

6   internal government deliberations.

7           The witness can answer.

8           THE WITNESS:  To the extent of the

9   proposed regulations that USCIS is -- is

10  working on and, of course, the decision

11  recommendations on TPS to the extent it

12  involves the statute, yes.

13          BY MR. CHRISTIAN:

14     Q.    Sorry.  I'm sorry.

15          Just to be clear, did you just say

16  "yes"?

17     A.    To the -- I don't really understand

18  the way you're talking about interpreting.  But

19  looking at a -- looking at the statute is

20  occasionally a portion of what I do.

21     Q.    And in looking at the statute, do

22  you provide guidance on what the statute means?



Page 74

1          MR. CHO:  Same objection.  Objection

2     to form.  Object to the extent the question

3     seeks information dealing with internal

4     governmental deliberations.

5          But the witness can answer.

6          THE WITNESS:  I'm -- I believe that

7     there are probably times that I provide an

8     interpretation of -- or my -- my best guess as

9     to what the statute or the regulation means if

10    we're looking at it.

11          BY MR. CHRISTIAN:

12    Q.   Have you ever had conversations

13    about TPS -- the TPS Act with Ms. Kovarik?

14          MR. CHO:  Object to the form.

15          THE WITNESS:  Could you be more

16    specific?

17          BY MR. CHRISTIAN:

18    Q.   Since your -- since you started your

19    job at USCIS, have you talked with Ms. -- Ms.

20    Kovarik about any provision of the TPS Act?

21          MR. CHO:  Object to the form.  And

22    also object to the extent it seeks information



Page 75

1    dealing with internal governmental

2    deliberations.

3              The witness can answer.

4              THE WITNESS:  I had conversations

5    with her as it dealt with our responsibilities

6    of the decision memorandums for the various

7    countries who were coming up for reexamination.

8              BY MR. CHRISTIAN:

9       Q.    Have you, during the course of

10   your -- your employment with USCIS, had

11   conversations with Francis Cissna about renewal

12   decisions?

13             MR. CHO:  Object to the form.

14             THE WITNESS:  I believe I have, yes.

15             BY MR. CHRISTIAN:

16      Q.    During your employment, how about

17   with Secretary Nielsen?

18             MR. CHO:  Object to the form.

19             BY MR. CHRISTIAN:

20      Q.    Any conversations about renewals

21   under the TPS Act?

22             MR. CHO:  Object to the form.



Page 76

1                THE WITNESS:  I have not had a

2       conversation with Secretary Nielsen.

3                BY MR. CHRISTIAN:

4       Q.    How about her predecessor; any

5       conversations with her predecessor?

6                MR. CHO:  Which one are you

7       referring to?

8                MR. CHRISTIAN:  Duke.

9                MR. CHO:  Object to the form.

10               THE WITNESS:  I have not had any

11      conversations with Acting Secretary Elaine

12      Duke.

13               BY MR. CHRISTIAN:

14      Q.    When you started your job at USCIS,

15      was the Haiti TP -- TPS review already

16      underway?

17               MR. CHO:  Object to the form.

18               THE WITNESS:  I -- I don't know.

19      It's possible.

20               BY MR. CHRISTIAN:

21      Q.    Now, a moment ago I asked about

22      people -- specific individuals with whom you



Page 77

1    met regarding TPS renewals decisions.

2            With -- with -- what -- what other

3    people did you meet with about TPS renewal

4    decisions?

5            MR. CHO:  Object to the form.

6    Mischaracterizes prior testimony.

7            You can answer.

8            THE WITNESS:  Our -- the career

9    staff within the office of policy and strategy:

10   Brandon Prelogar and Kathryn Anderson.

11           BY MR. CHRISTIAN:

12   Q.    What is your understanding of Ms.

13   Anderson's job responsibilities at USCIS?

14   A.    Well, I'd like to point out that

15   she's changed --

16   Q.    Okay.

17   A.    -- jobs recently.  So -- and I -- I

18   don't know what those responsibilities are.

19           BY MR. CHRISTIAN:

20   Q.    Thank you.

21           So with respect to TPS -- so before

22   she changed job responsibilities, what was her



Page 78

1    understanding about her job responsibilities at

2    USCIS?

3              MR. CHO:  Object to the form.

4              You can answer.

5              THE WITNESS:  To the best of my

6    understanding, she was Brandon Prelogar's

7    deputy or number 2, whatever the appropriate

8    title is, and was the originator of the -- the

9    first draft of the decision memos and would

10   provide advice and -- and input.

11             BY MR. CHRISTIAN:

12       Q.    And what is your understanding of

13   Mr. Prelogar's duties and responsibilities with

14   respect to TPS?

15             MR. CHO:  Object to the form.

16             THE WITNESS:  As I best understood

17   it, he was the -- the head of the division

18   within the office of policy and strategy that

19   handles temporary protected status.

20             BY MR. CHRISTIAN:

21       Q.    And what did you understand your

22   role to be in that process when you started at



Page 79

 1    USCIS, "that process" being TPS renewal

 2    decisions?

 3              MR. CHO:  Object to the form.

 4              THE WITNESS:  As best I understood,

 5    it was that Brandon, Kathryn originated the

 6    original draft; and then I would review it

 7    before Kathy reviewed it.

 8              BY MR. CHRISTIAN:

 9       Q.    And what about your understandings

10    of USCIS's role with respect to TPS renewal

11    determinations?

12       A.    As I understand it, the director

13    makes a recommendation to the secretary.  The

14    ultimate decision is the secretary.

15       Q.    And what is your understanding of

16    the factors that the government should consider

17    when deciding whether to extend or terminate

18    TPS for a particular country?

19              MR. CHO:  Object to the form.  Also

20    object on the grounds that it seeks information

21    relating to internal governmental

22    deliberations.


MAGNA
LEGAL SERVICES

Page 80

1              But the witness can answer.

2              THE WITNESS:  To the best of my

3    understanding, it's what the statute lays out

4    for the conditions of whether a -- a

5    designation should be extended or terminated.

6              BY MR. CHRISTIAN:

7         Q.    And what are those conditions, as

8    you understand them?

9              MR. CHO:  Object to the form.  Also

10   object on the grounds that it seeks a legal

11   conclusion.

12             But the witness can answer if he

13   can.

14             THE WITNESS:  Yeah.  I'd like to

15   just -- if I can resort back to what the

16   actually INA says, that's what is my

17   understanding.

18             MR. CHRISTIAN:  If you'd like to do

19   that, I believe we have -- 1A, is that?

20             MR. CHO:  KA-1.

21             MR. CHRISTIAN:  KA-1?  Thank you.

22             MR. CHO:  Do you need him to



Page 81

1    rephrase the question or repeat the question?

2              THE WITNESS:  Under Periodic Review,

3    I -- I mean I think you're asking -- could you

4    just please repeat the question.

5              BY MR. CHRISTIAN:

6       Q.    Yes.

7              In -- in -- in determining whether

8    to extend or terminate TPS status for a given

9    country, what factors should be considered

10   under the TPS Act?

11             MR. CHO:  Object to the form.  Calls

12   for legal conclusion.

13             BY MR. CHRISTIAN:

14      Q.    What -- what factors are listed in

15   the TPS Act?

16             MR. CHO:  Object to the form.  Also

17   KA-1, which is the statute, speaks for itself.

18             But the witness can answer.

19             THE WITNESS:  It appears that, under

20   Periodic Review:  "After consultation with

21   appropriate agencies, the secretary shall

22   review the conditions and the foreign state or



Page 82

1    part of such foreign state for which a

2    designation is in effect under the subsection

3    and shall determine whether the conditions for

4    such designation under the subsection continue

5    to be met."

6              And then the next part:  If the

7    secretary determines under" subset --

8    "subparagraph A that a foreign state or a part

9    of such foreign state no longer continues to

10   meet the conditions for designation under

11   Paragraph 1, the secretary shall terminate the

12   designation by publishing notice in the Federal

13   Register of the determination," dot, dot, dot,

14   dot.

15             BY MR. CHRISTIAN:

16        Q.    Now, you've been in the job for over

17   a year now at USCIS; is that correct?

18        A.    Yes.  That's correct.

19        Q.    And during the course of your time

20   at USCIS, you've been taking a -- you've been

21   involved in TPS in determinations of whether to

22   extent or -- or withdraw -- or terminate TPS



Page 83

```
 1    status; is that correct?

 2              MR. CHO:  Object to the form.

 3              THE WITNESS:  Yes.

 4              BY MR. CHRISTIAN:

 5        Q.    Okay.  So I just want to get an

 6    understanding of what you -- based on your

 7    experience now and your expertise in doing

 8    immigration work, understand the conditions

 9    that should be considered when making that

10    determination.

11              MR. CHO:  Object to the form.

12    Again, Mr. Law is here a fact witness, not as

13    an expert witness.  Also calls for legal

14    conclusion.

15              The witness can answer.

16              THE WITNESS:  It's my understanding

17    that there's no limitation in what factors can

18    be considered.

19              BY MR. CHRISTIAN:

20        Q.    Okay.  So please provide me some

21    examples of the factors to be considered.

22              MR. CHO:  Object to the form.  Same
```



Page 84

1    objection.  Calls for legal conclusion.  And to

2    the extent it the touches on internal

3    governmental deliberations, that information is

4    privileged.

5            But the witness can answer.

6            THE WITNESS:  To the best of my

7    recollection, the economy, property had been

8    destroyed, rebuilding efforts, health issues.

9    Depends on which prong a country was -- was

10   designated.  Each -- each one is a separate

11   analysis.

12           BY MR. CHRISTIAN:

13   Q.    When you began at USCIS, did you

14   have any understanding of what Acting Secretary

15   Duke -- whether Acting Secretary -- Secretary

16   Duke had intent with respect to TPS in terms of

17   terminating any countries?

18           MR. CHO:  Object to the form.  Calls

19   for speculation.

20           THE WITNESS:  I --

21           MR. CHO:  Also to the extent it the

22   seeks information relating to internal



Page 85

1    governmental deliberations.

2            But the witness can answer.

3            THE WITNESS:  I didn't know anything

4    about Acting Secretary Duke when I started my

5    job at USCIS.

6            BY MR. CHRISTIAN:

7    Q.    When Secretary Nielsen took over as

8    head of the agency, what, if anything, did you

9    understand about Secretary Nielsen's intent

10   with regard to TPS status in any countries?

11           MR. CHO:  Same objection.  Object on

12   the grounds that it calls for a legal

13   conclusion, seeks information dealing with

14   internal governmental deliberations.  It's also

15   outside the scope of this lawsuit as well.  My

16   understanding is this is focused on the

17   determination by Acting Secretary Duke at that

18   time.

19           The witness can answer if he can.

20           THE WITNESS:  I didn't know anything

21   about Secretary Nielsen.

22           BY MR. CHRISTIAN:



Page 86

```
 1        Q.    Who was your predecessor in your

 2   current job?

 3             MR. CHO:  Object to the form.

 4             THE WITNESS:  I don't know that I

 5   necessarily had a -- a predecessor to my

 6   current job.  There -- there was another senior

 7   advisor.  But I don't think it's accurate to

 8   say that he was my predecessor.  There may have

 9   been someone from the previous administration,

10   but they were no longer there.

11             MR. CHRISTIAN:  So I'd like to -- I

12   believe this is going to be Exhibit No. -- No.

13   76.

14             (Deposition Exhibit 76 was marked

15   for identification.)

16             MR. CHO:  I'm going to object to

17   Exhibit 76 on the grounds that it contains

18   internal governmental deliberations.

19   Furthermore, deals with country other than

20   Haiti, which is the subject of this case.

21             Given those caveats, the witness can

22   answer questions about this exhibit.
```



Page 87

```
 1            BY MR. CHRISTIAN:

 2       Q.    Okay.  So, Mr. Law, based on your

 3  understanding -- or based on your experience,

 4  what is the relevance of data on the

 5  percentages of TPS beneficiaries who were in

 6  the country legally before a TPS designation

 7  was made?

 8            MR. CHO:  Object to the form.  Same

 9  objection raised earlier regarding internal

10  governmental deliberations.

11            But the witness can answer.

12            THE WITNESS:  To the best of my

13  understanding, the various decision memos

14  discussed the estimated covered population.

15  And from within that, given that this was dated

16  January 9th, 2018, Secretary Nielsen was now in

17  her position.  She sought a more granular level

18  as to what previous immigration status

19  individuals had, H-2B, whatever.

20            Just a -- seeking more granularity

21  from the data that was already being provided.

22            BY MR. CHRISTIAN:
```



Page 88

1      Q.    And just for the record, this, which

2   is Exhibit 76, is not -- is not related to

3   Haiti; is that correct?

4      A.    I don't know the -- the scope that

5   the director was seeking in this e-mail.

6   Specifically mentions El Salvador.  But there

7   is a parentheses that says "or any other

8   country."

9            However, the Haiti decision had

10  already been rendered by the time this e-mail

11  was sent.

12     Q.    And how are you familiar with this

13  e-mail?

14            MR. CHO:  Object to the form.

15            THE WITNESS:  I'm a recipient of

16  this e-mail.

17            BY MR. CHRISTIAN:

18     Q.    And so, just for clarity, based on

19  your under -- based on your familiarity with

20  this and your understanding, who asked for this

21  information?

22            MR. CHO:  Object to the form.  Also



1    object on the grounds that it seeks information

2    dealing with internal governmental

3    deliberations.

4              Based on what's contained in this

5    e-mail, the witness can answer.

6              THE WITNESS:  I don't know where the

7    original request came from.  The e-mail is from

8    Director Cissna.  So he could be the

9    originator.  Could have been someone else.  I

10   -- I don't know.  But the e-mail is from

11   Director Cissna.

12             BY MR. CHRISTIAN:

13   Q.    Any recollect -- any understanding,

14   based on your rec -- familiarity with this, on

15   the purpose of this request?

16             MR. CHO:  Object to the form.  Also

17   object on the grounds that it seeks information

18   dealing with internal governmental

19   deliberations.

20             The witness can answer based on your

21   own personal knowledge.

22             THE WITNESS:  As I previously



Page 90

1  stated, there was an interest in having more

2  granular information about the -- the various

3  populations.  And that in -- the, you know,

4  estimated numbers covered for each country was

5  already information that was provided.

6          And it was just -- to my

7  understanding, it was just digging deeper in --

8  into that.

9          BY MR. CHRISTIAN:

10    Q.    And based -- and following this

11  request, do you recall whether you received

12  information based on this request?

13          MR. CHO:  Object to the form.

14          THE WITNESS:  At this point I don't

15  recall if there was a -- a follow-up or -- or

16  not.

17          BY MR. CHRISTIAN:

18    Q.    So I'd like to take a quick look at

19  KA-1.

20          Based on your experience in TPS

21  designations -- and you may make reference to

22  Exhibit KA-1 as you need to -- is your



Page 91

1   understanding that ongoing armed conflict is a

2   relevant factor in making a determination on

3   the TPS?

4           MR. CHO:  Object to the form.

5           BY MR. CHRISTIAN:

6   Q.     A TPS designation, rather?

7           MR. CHO:  Again, object to the form.

8   Also calls for legal conclusion.

9           But the witness can answer.

10          THE WITNESS:  Can I seek some

11  clarity.

12          When you say "ongoing armed

13  conflict," that's a particular prong of which a

14  country can be designated.

15          Are you referring to a country that

16  is designated for ongoing armed conflict?

17          BY MR. CHRISTIAN:

18  Q.     Is it a factor that can be used as a

19  determinate to designate a country?

20          MR. CHO:  Object to the form.  Calls

21  for legal conclusion.

22          The witness can answer.



Page 92

1            THE WITNESS:  Ongoing armed conflict

2    is a basis for a designation for TPS.

3            BY MR. CHRISTIAN:

4    Q.    Is it a -- is it a factor for basic

5    continue -- of redesignate -- a renewing a

6    designation -- renewing TPS status?

7            MR. CHO:  Same objection.  Calls for

8    legal conclusion.

9            The witness can answer.

10           THE WITNESS:  Under Periodic Review,

11   it -- you know, it appears that the -- the

12   review of the conditions in the foreign state

13   for which the designation in effect under the

14   subsection and determine if they continue to be

15   met.  So...

16           BY MR. CHRISTIAN:

17   Q.    And so what I'm going to do here is

18   I'm going to ask you about a few other

19   conditions.

20           Would -- would earthquake be a

21   condition that would be considered in a TPS Act

22   with respect to a designation or renewal?



Page 93

 1              MR. CHO:  Object to the form.  Calls

 2    for legal conclusion.

 3              The witness can answer.

 4              THE WITNESS:  Earthquake is

 5    specifically provided as an example for an

 6    environmental diaster.  That would be a basis

 7    of a TPS designation.

 8              BY MR. CHRISTIAN:

 9       Q.    Is a flood enumerated as a basis for

10    TPS designation?

11              MR. CHO:  Same objection.  The

12    document speaks for itself.

13              THE WITNESS:  A flood is -- is

14    listed as a basis for environmental diaster

15    designation.

16              BY MR. CHRISTIAN:

17       Q.    And is drought listed as a factor?

18              MR. CHO:  Same objection.

19              BY MR. CHRISTIAN:

20       Q.    Condition?

21              MR. CHO:  The document speaks for

22    itself.



Page 94

1              The witness can answer.

2              THE WITNESS:  It is.

3              And I'd like to, in addition to

4     drought, go back to -- for earthquake and flood

5     and note that the statute does require, in

6     addition to that environmental diaster, that

7     the foreign state officially has designated --

8     has requested designation.

9              BY MR. CHRISTIAN:

10     Q.    Okay.  Thank you for that.

11              How about is epidemic listed as a

12     condition?

13              MR. CHO:  Same objection.  The

14     document speaks for itself.

15              The witness can answer.

16              THE WITNESS:  Under the second prong

17     of designation, epidemic is listed as a

18     potential environmental disaster with the

19     requirement that the foreign state officially

20     has requested designation.

21              BY MR. CHRISTIAN:

22     Q.    And are there other environmental



Page 95

1    disasters that I haven't mentioned that are

2    listed as potential conditions?

3            MR. CHO:  Again, the document speaks

4    for itself.

5            But the witness can answer.

6            THE WITNESS:  There is a catchall,

7    other environmental disaster, and again, for

8    all of these that we just referenced,

9    earthquake, flood, drought, epidemic, and other

10   environmental disaster that has resulted in a

11   substantial but temporary disruption of living

12   conditions in the area affected, not just the

13   earthquake itself, but there is that

14   requirement, resulting in a substantial but

15   temporary disruption of living conditions in

16   the affected area.

17           The foreign state is unable

18   temporarily to handle adequately the return of

19   aliens who are nationals of that state, and as

20   we were just previously discussing, and the

21   foreign state has officially requested such

22   designation.



Page 96

1     Q.    Thank you.  Okay.  So I would like

2  to direct you to Exhibit No. 98, I believe it

3  is going to be.

4           (Deposition Exhibit 98 was marked

5  for identification.)

6           MR. CHO:  I'm going to object to

7  Exhibit No. 98 on the ground that these e-mails

8  contain internal governmental deliberation, but

9  given that caveat, the witness can answer

10  questions about this exhibit.

11          BY MR. CHRISTIAN:

12     Q.    So Exhibit 98, Mr. Law, have you had

13  a chance to look at it?

14     A.    I am currently reviewing it.

15          MR. CHO:  I'm also going to object

16  on the grounds that this e-mail is also dated

17  January 9, 2018, which is after the decision at

18  issue in this litigation.

19          THE WITNESS:  I reviewed it.

20          BY MR. CHRISTIAN:

21     Q.    Do you recognize this document, the

22  e-mail and the document attached to it or



Page 97

1    following it?

2        A.    It appears to be.  I don't

3    specifically remember this as of this date, but

4    it does appear to be an e-mail that I sent,

5    yes.

6        Q.    Did you prepare this chart?

7        A.    I do not believe I did.  I believe

8    Brandon and Kathryn did.

9        Q.    And do you recall whether you

10   requested this chart be prepared?

11           MR. CHO:  Objection to form.  Also

12   object on the grounds that it seeks testimony

13   relating to internal governmental

14   deliberations.

15           Within the confines of this e-mail,

16   the witness can testify to what is contained in

17   here.

18           THE WITNESS:  I don't believe I

19   originated the request.  I may have relayed the

20   request to Brandon and Kathryn, I don't

21   remember, but I do not believe I am the one

22   that requested the creation of this chart.



Page 98

1          BY MR. CHRISTIAN:

2          Q.    Based on your expertise within

3     immigration law and your experience rather,

4     what would be the significance of TPS longest,

5     shortest and average duration?

6                MR. CHO:  Again, I object on the

7     grounds that this witness is a fact witness,

8     not an expert witness and calls for a legal

9     conclusion, as well as internal governmental

10    deliberations and speculative and vague.

11               The witness can answer.

12               THE WITNESS:  To the best of my

13    recollection, to provide some context to this,

14    around this time, the Senate was considering

15    immigration legislation that was being

16    negotiated along with the White House and they

17    had four pillars as to what legislation should

18    be, and from what I recall, a legalization of

19    TPS was a possibility -- a possibility in that

20    legislation, and it would appear that this

21    would be factual information to provide

22    understanding to members of the Senate as to



Page 99

1    the scope of TPS.

2            BY MR. CHRISTIAN:

3    Q.    I want to make sure I understood.

4            Did you say a legalization of TPS?

5    A.    As I recall, a legalization of TPS

6    was part of a larger package that was being

7    negotiated in the Senate in the

8    January-February time frame of 2018.

9    Q.    And do you recall, who is Allen that

10   you mention here?

11   A.    Allen is, I believe he is a career

12   staffer who works with the legislative affairs

13   office.

14   Q.    What is Allen's last name?

15   A.    I don't recall off the top of my

16   head.

17   Q.    So I would like to now direct your

18   attention to an exhibit that is going to be

19   marked as Exhibit No. 78.

20            (Deposition Exhibit 78 was marked

21   for identification.)

22            MR. CHO:  The government objects to



1    Exhibit 78 on the grounds that this e-mail

2    exchange contains internal governmental

3    deliberations, but will allow the witness to

4    answer questions regarding the e-mail

5    exchanges.

6              BY MR. CHRISTIAN:

7    Q.    So, Mr. Law, please let me know when

8    you have had a chance to familiarize yourself

9    with this Document No. 78, Exhibit 78.

10   A.    I reviewed.

11   Q.    Okay.  So do you recognize the

12   document that is marked as Exhibit 78?

13   A.    I do.

14   Q.    What is it?

15   A.    It's a series of e-mails.

16   Q.    Are you included in this series of

17   e-mails?

18   A.    Not the initial e-mail but

19   subsequently, yes.

20   Q.    So the e-mail makes reference to a

21   memo.

22              What type of memo is the e-mail



Page 101

1    making reference to?

2         A.    The initial e-mail is making a

3    reference to the draft decision --

4    recommendation decision memo for Haiti's TPS.

5         Q.    And what is the date on that e-mail?

6         A.    On which e-mail?

7         Q.    The one that makes -- that

8    communicates about the -- let's just say the

9    first one in the chain.  Let's start at the

10   beginning.

11        A.    The first one on the chain is dated

12   Thursday, October 12, 2017.

13        Q.    And it's from?

14        A.    It's from Brandon Prelogar.

15        Q.    To whom is it written?

16        A.    It's written to Kathy Nuebel Kovarik

17   and also copied Kathryn Anderson and Laurence

18   Levine, Larry Levine.

19        Q.    Okay.  So the next -- so this e-mail

20   on October 22?

21              MR. CHO:  No, it is October 12, the

22   one that he just referenced.



Page 102

1            MR. CHRISTIAN:  Right, right.  So I

2    am saying the next --

3            BY MR. CHRISTIAN:

4    Q.    Based on this document, what is the

5    next event that happens with this e-mail, in

6    this e-mail chain?

7    A.    In this e-mail chain, it's e-mail on

8    October 22, 2017, from Kathy to me.

9    Q.    And basically, what is the intent of

10   sending the e-mail to you?

11           MR. CHO:  Object to the form.  Calls

12   for speculation.  This is an e-mail that he

13   didn't draft.

14           BY MR. CHRISTIAN:

15   Q.    What did you interpret the -- when

16   you read this e-mail, what did you understand

17   you were supposed to do?

18           MR. CHO:  Are you referring to the

19   4:23 e-mail?

20           MR. CHRISTIAN:  Yes, Sunday, October

21   22, 2017, at 4:23 p.m.

22           MR. CHO:  Objection to form.



Page 103

1          You can answer if you can.

2          THE WITNESS:  As best I can recall,

3   to review the memo and, you know, provide edit.

4          BY MR. CHRISTIAN:

5     Q.   And what was the memo -- the memo,

6   do you know who originally drafted the memo?

7          MR. CHO:  Object to the form.  Asked

8   and answered.

9          THE WITNESS:  (No response.)

10          BY MR. CHRISTIAN:

11     Q.   So after you received this e-mail,

12   what did you do?

13          MR. CHO:  Just for clarity's sake,

14   are you referring to the 4:23 e-mail from Kathy

15   Kovarik?

16          BY MR. CHRISTIAN:

17     Q.   Okay.  After you received the e-mail

18   on Sunday, October 22, 2017, at 4:23 p.m., what

19   did you do?

20          MR. CHO:  Object to the form.

21          You can answer.

22          THE WITNESS:  As it relates to this



Page 104

1    e-mail chain, I at some point reviewed the

2    memo.

3            BY MR. CHRISTIAN:

4        Q.    And after reviewing the memo, did

5    you write an e-mail to Ms. Kathy Kovarik at

6    6:28 p.m. on the same day?

7            MR. CHO:  Object to the form.

8            THE WITNESS:  It appears that I sent

9    an e-mail at that time, yes.

10           BY MR. CHRISTIAN:

11       Q.    And what did you say it communicated

12   in that e-mail?

13           MR. CHO:  Object to the form.  The

14   document speaks for itself.

15           THE WITNESS:  I inarticulately tried

16   to convoy to her that the memo needed work and

17   it was incomplete.

18           BY MR. CHRISTIAN:

19       Q.    So what specifically did you

20   communicate to her?

21           MR. CHO:  Object to the form.  The

22   document speaks for itself.



Page 105

1          If you want him to read the e-mail

2   into the record, I would prefer you would read

3   it unless -- I mean, the document does speak

4   for itself.  I mean, the text is as it is, so

5   if you want it read into the record, I would

6   suggest you read it into the record.

7          BY MR. CHRISTIAN:

8   Q.    Okay.  So what I will do is, I will

9   read it into the record and as we did earlier,

10  if I somehow make a mistake, if you will please

11  correct me.  And then when I am done, I will

12  ask you if I accurately read it into the

13  record.

14          So this is -- says from Robert Law

15  on Sunday, October 22, 2017, at 6:28 p.m. to

16  Kathy Kovarik, and the subject is:  "Re:  Haiti

17  draft TPS memo.  The draft is overwhelming

18  weighted for extension, which I do not think is

19  the conclusion we are looking for.  The memo

20  seems to dismiss or downplay the positive

21  developments that should suggest

22  reauthorization is inappropriate.  The memo



1    also makes no mention of the substantial amount

2    of foreign aid the U.S." and charities "and

3    charity have invested in Haiti since the

4    earthquake -- another relevant factor to

5    indicate that Haiti no longer meets the

6    definition of TPS."

7             "I can track change edits tonight or

8    we can discuss in the morning."  Whatever you

9    preferred time -- "whatever your preferred

10   timing is."

11            Did I read that correctly, Mr. Law?

12        A.   You read that correctly, yes.

13        Q.   So I would like to ask a few

14   questions about that.

15            You made reference to "the

16   conclusion we are looking for."

17            What was the conclusion you were

18   looking for?

19            MR. CHO:  Object to the form.

20   Object on the grounds that it seeks testimony

21   relating to internal governmental

22   deliberations, but within the confines of this



1    e-mail, the witness can answer.

2              THE WITNESS:  What I was trying to

3    convey in that e-mail inarticulately was a

4    recommendation.  The original draft as Brandon

5    notes in the initial e-mail on Thursday,

6    October 12, states that the recommendation was

7    left blank.  And so what I was trying to convey

8    was that there was no recommendation included.

9              BY MR. CHRISTIAN:

10   Q.    So the -- if I go back earlier in

11   that sentence, it says:  "A draft is

12   overwhelming weighted for extension."

13             And so, and specifically after that,

14   it says:  "Which is I do not think is the

15   conclusion we are looking for."

16             So you are saying now that the

17   conclusion you were looking for was a neutral

18   conclusion or that the draft is overwhelming

19   weighted for extension?

20             MR. CHO:  Object to the form.  Also

21   object on the grounds that it seeks information

22   relating to internal governmental



Page 108

1   deliberations.  Mischaracterizes prior

2   testimony.

3            The witness can answer.

4            THE WITNESS:  If we go back to the

5   October 12 e-mail, Brandon says:  "In short,

6   based on our review of country conditions, we

7   have written it so it could support either

8   extension or termination, but left the

9   recommendation blank," and then it trails on.

10           If I may go back now to KA-1.

11           BY MR. CHRISTIAN:

12      Q.    Uh-huh.

13      A.    Which is the TPS statute.  "Under

14   termination of designation, if the secretary

15   determines under Subparagraph A that a foreign

16   state (or part of such foreign state) no longer

17   continues to meet the conditions for

18   designation under Paragraph 1, the secretary

19   shall terminate the designation."

20           So what I was trying to convey is,

21   according to Brandon, that if it could support

22   a termination, then the statute compels that to



Page 109

1    be the recommendation, and on top of that, this

2    particular original draft did not even provide

3    a recommendation despite providing four options

4    for which to choose from.

5        Q.     And it had -- what was overwhelming

6    weighted for extension?  What did that refer

7    to?

8            MR. CHO:  Object to the form.  Also

9    objection on the grounds -- I object on the

10   grounds that it seeks information relating to

11   internal governmental deliberations, but the

12   witness can answer based on this e-mail.

13           THE WITNESS:  As best I can recall,

14   again citing back to Brandon's original e-mail,

15   that it could support either extension or

16   termination from a stylistic standpoint, as I

17   recall, the draft used a lot of qualifying

18   language that was sort of dismissive of the

19   developments that had occurred in the, you

20   know, previous number of years that, you know,

21   if there are positive developments, should have

22   been phrased in a positive fashion while



1   negative developments would be appropriately

2   phrased in a negative fashion.

3           BY MR. CHRISTIAN:

4       Q.    Do you have a copy of the memo that

5   you would like to use to refresh your

6   recollection?

7           MR. CHO:  Object to the form.  Also

8   object on the ground that it requests

9   information covered by the deliberative

10  privilege process -- of the deliberative

11  process privilege.

12          The witness can answer.

13          THE WITNESS:  If you have a copy,

14  I'm happy to look at it.

15          BY MR. CHRISTIAN:

16      Q.    I do not, but I mean, do you have

17  one?

18      A.    I do not.

19          MR. CHRISTIAN:  Does the government

20  have one that the witness can use to refresh

21  his recollection?

22          MR. CHO:  We do not.  We have



1   documents that you have given us in terms of

2   the exhibits.  If there's documents you are

3   requesting, you can certainly put it in writing

4   to the government.

5          MR. CHRISTIAN:  All right.  I'll

6   move on for now.

7          BY MR. CHRISTIAN:

8   Q.    So the next sentence talks about

9   dismissing or downplaying positive developments

10  that would -- should suggestion reauthorization

11  is inappropriate.

12         What were those positive

13  developments that were downplayed?

14         MR. CHO:  Objection to form.  Again,

15  to the extent it's seeking information relating

16  to internal governmental deliberations, but the

17  witness can answer based on what is contained

18  here in the e-mail.

19         THE WITNESS:  To the best of my

20  recollection, the economy had some signs of

21  positive development, the number of internally

22  displaced people which is oftentimes referred



Page 112

1    to IDP, had gone down.

2              I seem to recall the UN peacekeeping

3    mission had left the country and had handed

4    over control to the government and that the --

5    whether it's the Haitians president or someone

6    in the government had made statements publicly

7    about the desire to have Haiti nationals return

8    and the ability to welcome them back.

9              Those were the things that I recall

10   at this time.

11             BY MR. CHRISTIAN:

12   Q.    Did any of those developments you

13   just mentioned have anything to do with

14   charities investing in Haiti?

15             MR. CHO:  Object to the form.  Also

16   to the extent it seeks information relating to

17   internal governmental deliberations, but the

18   witness can answer.

19             THE WITNESS:  My previous statement

20   wasn't an exclusive list of factors.  That was

21   what I recalled.

22             However, foreign aid could be



Page 113

1    relevant to the economy which I think I did

2    mention.

3            BY MR. CHRISTIAN:

4        Q.    So on that evening, did you actually

5    make some edits to the memorandum that you

6    deemed were necessary, given your comments in

7    the 6:28 p.m. e-mail?

8            MR. CHO:  Objection to form.  It

9    calls for -- object on the ground that it seeks

10   information relating to internal governmental

11   deliberations, but the witness can answer based

12   on what is contained in the e-mail.

13           THE WITNESS:  According to the last

14   e-mail on the chain on this exhibit, I say,

15   "edits attached," on same day, Sunday, October

16   22, 2017 at 7:04 p.m.

17           BY MR. CHRISTIAN:

18       Q.    And during the course of making

19   those edits, how much research did you do in

20   making those edits?

21           MR. CHO:  Object to the form.  Also

22   object on the grounds that it seeks internal



1   governmental deliberations but the witness can

2   answer.

3           THE WITNESS:  It is hard to quantify

4   that.  We had the country conditions report,

5   which is provided by a different department

6   within USCIS, as well as the information that

7   was included in the draft.

8           BY MR. CHRISTIAN:

9   Q.    So you are saying --

10  A.    And possibly some external

11  publicly-sourced information as well.

12  Q.    So let me make sure I understand.

13          Are you saying that you -- in making

14  these edits, looked at the country conditions

15  report?

16          MR. CHO:  Object to the form.  Also

17  object on the ground it seeks information

18  relating to internal governmental

19  deliberations, but the witness can answer.

20          THE WITNESS:  As best as I can

21  recall, I had the country conditions report.

22          BY MR. CHRISTIAN:



Page 115

1      Q.    Roughly, how long was the country

2  conditions report?

3      A.    This specific one, I don't know, but

4  they are usually lengthy documents.

5      Q.    In the context of making your edits,

6  you also mentioned publicly-available

7  information.

8            What publicly-available information

9  did you use to make your edits?

10           MR. CHO:  Object to the form.  Also

11  to the extent it's seeking information relating

12  to internal governmental deliberation, but the

13  witness can answer.

14           THE WITNESS:  Can you clarify what

15  you mean by that, like, websites or Internet?

16           BY MR. CHRISTIAN:

17     Q.    Any publicly-available information

18  you used during the course of making those

19  edits on September -- on October 22, 2017.

20           MR. CHO:  Object to the form.

21  Object on the grounds that it seeks information

22  relating to internal governmental



Page 116

1    deliberations.

2            The witness can answer.

3            THE WITNESS:  To the best of my

4    recollection, I recall looking at information

5    about the economy as well as the previous

6    Federal Register notice that was publicly

7    available from Secretary Kelly's decision to do

8    a six-month extension, which is what led to the

9    need to review the conditions again so

10   quickly.

11           BY MR. CHRISTIAN:

12      Q.    And during the course of that

13   review, did you look at the TPS Act?

14           MR. CHO:  Object to the form.

15   Object on the ground that it's seeking

16   information relating to internal governmental

17   deliberations, but the witness can answer.

18           THE WITNESS:  To the best of my

19   recollection, I -- it is very likely that I

20   did.

21           BY MR. CHRISTIAN:

22      Q.    When you sent back -- well, in an



1   e-mail from Sunday, October 22, 2017, at 7:04

2   p.m., when you sent back the edits, I'm going

3   to read the text from that e-mail and please --

4   I will give you a chance to correct anything I

5   say wrong.

6            "Edits attached.  I made the

7   document fully support termination and provided

8   comment boxes where additional data should be

9   provided to back up this decision."

10           Is that -- did I accurately read

11  your e-mail?

12      A.    You accurately read the e-mail, yes.

13      Q.    And then was that at 7:04 p.m., on

14  October 22, 2017, correct?

15           MR. CHO:  Object to the form.  The

16  document speaks for itself.

17           THE WITNESS:  Yes, it appears so.

18           BY MR. CHRISTIAN:

19      Q.    Do you have any idea, based on your

20  role with respect to Mr. Prelogar and Ms.

21  Anderson, how much time they spent on that

22  memorandum prior to it coming to you?



Page 118

1          MR. CHO:  Object to the form.  Calls

2    for speculation.

3          Testify to what you know.

4          THE WITNESS:  No, I don't.  That it

5    -- the original e-mail from October 12 predates

6    my start date.

7          BY MR. CHRISTIAN:

8    Q.    Sure, which was, as I recall

9    correctly, October 16?

10   A.    October 16.

11   Q.    All right.

12   A.    Prelogar is the way --

13   Q.    Prelogar, thank you.

14         I would like to direct your

15   attention to what we're going to label as

16   Exhibit No. 79.

17         (Deposition Exhibit 79 was marked

18   for identification.)

19         MR. CHO:  Why don't we staple these

20   again so we don't lose any pages.

21         The government objects to Exhibit 79

22   on the grounds that these e-mail exchanges



Page 119

1    contain deliberative information and appears to

2    refer to a draft response, but given those

3    caveats, the witness can answer questions about

4    this exhibit.

5              BY MR. CHRISTIAN:

6        Q.    Mr. Law, when you have had a chance

7    to familiarize with it, please let me know.

8              So you have had a chance to look at

9    the document?

10       A.    I've reviewed it, yes.

11       Q.    What is this?

12       A.    Well, there's two different things

13   here.  There is an e-mail exchange and a --

14   behind the blue page, there is a -- I don't

15   know if this is the final version or a draft

16   version of a letter that was signed by the

17   director to a Neil Bradley who had written,

18   apparently according to the e-mail, written to

19   the secretary about TPS for a couple of

20   countries.

21       Q.    All right.  And what was your

22   involvement with this letter?



Page 120

1          MR. CHO:  Object to the form.

2          You can answer.

3          THE WITNESS:  To the best of my

4    recollection, I reviewed it and either Kathy or

5    I have to -- the origin of this is what is

6    known as a tasker.  In order for it to advance,

7    someone from the various components of --

8    within the agency have to approve it to move

9    forward, and so whether it was Kathy or I, we

10   have sort of signoff authority for the office

11   of policy and strategy, so I oftentimes review

12   or signal that the response or whatever the

13   tasker is can move forward to the director's

14   office.

15          BY MR. CHRISTIAN:

16   Q.    So let's look at the e-mail portion

17   of it.  I believe the last e-mail on the chain

18   is -- in the thread is from you on Wednesday,

19   November 1, 2017, at 4:07 p.m.

20          And I'm going to just read your

21   message which is very short:  "Edits attached

22   to distinguish different criteria for El



Page 121

1    Salvador/Honduras and Haiti TPS designation."

2              Did I read that accurately?

3    A.    You did read that correctly, yes.

4    Q.    So please tell me what actually --

5    what edits you provided for this letter?

6              MR. CHO:  Object to the form.  Also

7    object on the grounds that it seeks information

8    relating to internal governmental

9    deliberations, but within the confines of this

10   document, the witness can answer that question.

11             THE WITNESS:  I don't recall the

12   specific edits that I made, but based on the

13   e-mail, two of the countries were under an

14   environmental diaster designation, while Haiti

15   was under extraordinary and temporary

16   conditions, so presumably, the original draft

17   didn't clarify which prong each of the

18   countries was under.

19             BY MR. CHRISTIAN:

20   Q.    So what I'm going to do now is

21   direct your attention to what we are going to

22   label as Exhibit No. 80.



Page 122

1               (Deposition Exhibit 80 was marked

2       for identification.)

3               MR. CHO:  The government also

4       objects to Exhibit No. 80 which is

5       Bates-numbered DPP 10995 on the first page, on

6       the grounds that these e-mail exchanges contain

7       internal governmental deliberations, but given

8       that, the witness can answer questions about

9       this e-mail.

10              BY MR. CHRISTIAN:

11       Q.    Please let me know when you have had

12      a chance to familiarize yourself with Exhibit

13      No. 80.

14       A.    I'm still reviewing this, but it

15      dawned on me that Allen, who was referenced

16      earlier, his last name is Atkins.

17       Q.    A-T-K-I-N-S?

18       A.    I believe that's the correct

19      spelling.

20       Q.    Thank you.

21       A.    Still within the legislative affairs

22      division, but the name has come to me.



1           MR. CHO:  I guess this document

2    helped refresh your recollection then.

3           The government also objects on the

4    grounds that the e-mail exchange doesn't touch

5    on Haiti's TPS, but reflects conversations

6    dealing with Nicaragua and as has come up at

7    prior depositions, specifically yesterday,

8    counsel has agreed not to delve into areas

9    other than Haiti's TPS.

10          Given that caveat, the witness can

11   answer questions about this e-mail.

12          THE WITNESS:  I have reviewed this.

13          BY MR. CHRISTIAN:

14   Q.    As far as you understand, who

15   drafted the Honduras document that the e-mail

16   refers to?

17          MR. CHO:  Object to the form.

18          THE WITNESS:  As far as I

19   understand, Brandon and Kathryn.

20          BY MR. CHRISTIAN:

21   Q.    The e-mail makes reference to

22   indecision.



1          What does that -- what type of

2    indecision is it making reference to, as far as

3    you understand?

4          MR. CHO:  Object to the form on the

5    ground that it's seeking information relating

6    to internal governmental deliberations, and

7    again, these e-mail exchanges are beyond the

8    scope of this litigation, but the witness can

9    answer based on what is contained in the

10   e-mail.

11         THE WITNESS:  I point you to the

12   response from Kathryn Anderson per the statute,

13   and we can pull the specific language if that's

14   required, but there was a six-month extension

15   due to the failure to make a determination

16   before the required period of time, but I can

17   read the -- I'm not sure the full time, but if

18   you would like me to look at that, that was

19   what that reference was made to.  If you don't

20   make a decision, it is automatically extended

21   for at least six months.

22         BY MR. CHRISTIAN:



1    Q.    All right.  And so basically, as far

2    as we understand here, is it correct, is it

3    fair to say that the secretary was still

4    undecided as to whether to recommend

5    termination or extension?

6            MR. CHO:  Object to the form.

7    Object on the grounds that it's seeking

8    information related to internal governmental

9    deliberations.  It's vague, calls for

10   speculation, but the witness can answer if you

11   are able to.

12           THE WITNESS:  And we are talking

13   about Honduras?

14           BY MR. CHRISTIAN:

15   Q.    Yes, with respect to, yes.

16           MR. CHO:  Same objection.

17           THE WITNESS:  I'm not privy to the

18   secretary's internal thinking, but there was a

19   statutory deadline to make a decision and a

20   decision was not conveyed at that date which

21   triggered an automatic extension.

22           BY MR. CHRISTIAN:



Page 126

1      Q.     And in your communication, you say

2   you scrapped the country conditions.

3             What exactly did you mean there?

4             MR. CHO:  Object to the form.

5   Again, also object on the grounds that it seeks

6   information relating to internal governmental

7   deliberations, but the witness can answer.

8             THE WITNESS:  Again, this is about

9   the Honduras auto extension, as best I can

10  recall, normally when a decision is made, the

11  federal register notice explains why the

12  designation was either extended or terminated.

13  However, this was a different scenario where no

14  decision was made, and I believe -- it appears

15  from my e-mail that I sought a format that was

16  similar to when Secretary Kelly made a

17  six-month extension for Haiti, and that the

18  notice was very brief, because there was no

19  decision made.

20             It's hard to know what conditions

21  the secretary or acting secretary, whatever it

22  was at that point, relied or didn't rely on to


MAGNA ▶
LEGAL SERVICES

Page 127

1    not be able to make a decision.

2          BY MR. CHRISTIAN:

3    Q.    I would like to direct you to --

4    we're going to label this Exhibit No. 81.

5          (Deposition Exhibit 81 was marked

6    for identification.)

7          MR. CHO:  The government again

8    objects to Exhibit 81 which is Bates-numbered

9    on the first page, DPP 19763 on the grounds

10   that the e-mail contains internal governmental

11   deliberations.  Also, and I believe this

12   document came up yesterday as well, this e-mail

13   relates to Honduras which is not a subject of

14   this litigation, and as plaintiffs' counsel

15   yesterday had agreed to not seek questions

16   relating to countries other than Haiti TPS.

17          Based on those caveats, the witness

18   can answer questions about this e-mail.

19          BY MR. CHRISTIAN:

20   Q.    Please let me know when you have had

21   a chance to look at the exhibit.

22   A.    I have read the exhibit.



Page 128

```
1        Q.    So based on your understanding, who

2   drafted the Honduras memo?

3             MR. CHO:  Object to the form.  Again

4   object on the grounds that it seeks information

5   relating to internal governmental

6   deliberations, but the witness can answer if

7   you know.

8             THE WITNESS:  To the best of my

9   knowledge, it would have been Brandon, Kathryn,

10  and it appears at this time, Marian Drake was

11  now a part of that team.  I don't know what her

12  role may or may not have been.

13            BY MR. CHRISTIAN:

14       Q.    Based on your recollection, why did

15  the memo need to be rewritten?

16            MR. CHO:  Object to the form.  Also

17  on the grounds that it seeks information

18  relating to internal governmental

19  deliberations, but the witness can answer based

20  on what is contained here in the e-mail.

21            THE WITNESS:  I don't recall.

22            BY MR. CHRISTIAN:
```



Page 129

1    Q.    And one e-mail in the thread is --

2    the one sent on Wednesday, April 11, 2018, at

3    11:43 a.m.

4          There is -- it says:  "Need to send

5    to OCC."

6          What does OCC stand for?

7    A.    That stands for the Office of Chief

8    Counsel.

9    Q.    And what about SCOPS?

10   A.    Service Center Operations, I

11   believe.

12   Q.    Do you recall who in the director's

13   office requested the changes?

14         MR. CHO:  Objection to the form.

15   Also object on the grounds that it seeks

16   information relating to internal governmental

17   deliberations.  Calls for speculation.  Vague.

18         But you can answer if you can.

19         THE WITNESS:  I don't recall.

20         BY MR. CHRISTIAN:

21   Q.    Do you recall any specifics about

22   the changes that came about as a result of this



Page 130

1    request?

2            MR. CHO:  Object to the form.  Also

3    object on the grounds that it seeks information

4    relating to internal governmental

5    deliberations, and is beyond the scope of this

6    litigation as well, because it relates to

7    Honduras, but the witness can answer if you are

8    able to.

9            THE WITNESS:  I don't recall.

10           BY MR. CHRISTIAN:

11   Q.    This will be -- I'm going to direct

12   your attention to what will be marked as

13   government -- as Exhibit, rather, 82.

14           (Deposition Exhibit 82 was marked

15   for identification.)

16           MR. CHO:  Sorry.  Let's staple this.

17           Think there's a way we can get them

18   stapled before you give them to the witness?

19           MR. CHRISTIAN:  Absolutely.  Hand me

20   the stapler.

21           MR. CHO:  Well, I mean in the

22   future.  Just saves some time.



Page 131

1           MR. CHRISTIAN:  Absolutely.

2           MR. CHO:  Thank you.

3           The government also objects to

4    Exhibit 82 on the grounds that this document

5    may contain internal governmental

6    deliberations.

7           But the witness may answer questions

8    about this document.

9           BY MR. CHRISTIAN:

10    Q.    Have you had a chance to familiarize

11   yourself with it?

12    A.    I've reviewed.

13          And after we finish questions on

14   this particular exhibit, can I have a short

15   break?

16    Q.    We'll have a -- we'll break for

17   lunch then.

18    A.    Perfect.

19    Q.    So who drafted this document?

20          MR. CHO:  Object to the form.

21          THE WITNESS:  I do not know

22   specifically.  But it's identified as the state



1    department's recommendation for TPS Haiti.

2            BY MR. CHRISTIAN:

3    Q.    Did you have any interaction with

4    the state department during the drafting of

5    this document?

6            MR. CHO:  Object to the form.

7            THE WITNESS:  I don't believe I did.

8            BY MR. CHRISTIAN:

9    Q.    Maybe you can help me understand a

10   few things about it.

11           We look at -- first of all, let me

12   ask.

13           In the course of your employment at

14   USCIS, have you seen many of these types of

15   documents from the state department?

16           MR. CHO:  Object to the form.

17           THE WITNESS:  It's my understanding

18   the state department produces one of these for

19   each country that is up for review.

20           BY MR. CHRISTIAN:

21   Q.    Roughly how many of these have you

22   seen during your course of your employment --



Page 133

```
 1              MR. CHO:  Object --

 2              BY MR. CHRISTIAN:

 3      Q.     -- with USCIS?

 4              MR. CHO:  Object to the form.

 5              THE WITNESS:  However many countries

 6      have been up for review since I came on board.

 7      I don't know the exact number.  Seven, eight.

 8              BY MR. CHRISTIAN:

 9      Q.     So we looked at -- excuse me -- at

10      the -- it's the second page, which would be --

11      the last three digits of the Bates number will

12      be92 -- 921.

13              It makes reference to -- has a few

14      different questions or items under

15      "Environmental Diaster."

16              Do you -- based on your experience,

17      what does "N/A" mean under these factors?

18              And that's in, you know, letter B,

19      "Environmental Diaster."  Under that heading.

20      A.      As I understand it, N/A is generally

21      noted shorthand for not applicable or some

22      similar version of that.
```



Page 134

1       Q.    All right.  And so that would be

2   that the -- that would be your understanding of

3   -- of 1, 2 and 3 -- B1, B2 and B3?

4       A.    Yes.

5       Q.    Okay.  Based on your work at this

6   time, was your understanding that Haiti was

7   still feeling impact from the earthquake that

8   originally triggered the designation?

9              MR. CHO:  Object to the form.

10             What time period are you referring

11  to?

12             MR. CHRISTIAN:  Basically -- let me

13  take a step back.

14             BY MR. CHRISTIAN:

15      Q.    Do you recall the time period of

16  this document?

17             MR. CHO:  Object to the form.

18             THE WITNESS:  Not specifically.  But

19  it would have been shortly after I started in

20  October of 2017.

21             MR. CHRISTIAN:  Okay.  Okay.

22             THE WITNESS:  Or early -- or early



Page 135

1    November.  In that time frame --

2            MR. CHRISTIAN:  Okay.

3            THE WITNESS:  -- because of the need

4    to make a decision.

5            BY MR. CHRISTIAN:

6       Q.    So within your first month of

7    employment at USCIS?

8       A.    More or less, yeah.  Maybe a week or

9    two more.  But within that time frame, yes.

10      Q.    Okay.  So -- take a step back.

11            So -- so based on your -- your

12   understanding of conditions that are relevant

13   for TPS status or designation, does an

14   earthquake -- is an earthquake a relevant --

15   possibility qualify as an environmental

16   diaster?

17            MR. CHO:  Object to the form.  This

18   has been asked and answered.

19            But the witness can answer again.

20            THE WITNESS:  I think, as we've

21   previously discussed -- and I can pull the --

22   the statute again -- an -- an earthquake could



1    fall under the environmental diaster prong if

2    these additional criteria are met:  substantial

3    temporary disruption of living conditions,

4    unable temporarily to handle the return, and

5    the foreign state requests the designation.

6            MR. CHRISTIAN:  Right.

7            THE WITNESS:  I can pull the

8    specific language if you want, but that

9    I believe is what the criteria is for

10   environmental diaster.

11           BY MR. CHRISTIAN:

12   Q.    So Hurricane Matthew possibly may

13   constitute an environmental diaster?

14           MR. CHO:  Object to the form.  Calls

15   for speculation.  Vague.

16           You can answer if you can.

17           THE WITNESS:  I'm not familiar with

18   specifically Hurricane Matthew.  But if all of

19   those criteria were met, that would potentially

20   make a country eligible.  The underlying

21   decision to make an initial determination is

22   purely discretionary by the secretary, so...



1          BY MR. CHRISTIAN:

2     Q.    So based on your -- so in your work

3 on considering and making a determination with

4 respect to Haiti, did you evaluate any

5 conditions related to Hurricane Matthew?

6          MR. CHO:  Object to the form.  Calls

7 for information relating to internal

8 governmental deliberations.

9          But the witness can answer.

10          THE WITNESS:  I don't recall if

11 hurricane was specifically a part of the

12 analysis.

13          BY MR. CHRISTIAN:

14     Q.    So you don't recall whether

15 Hurricane Irma was a part of the analysis?

16          MR. CHO:  Object to the form.  Also

17 object on the grounds that it seeks information

18 relating to internal governmental

19 deliberations.

20          But the witness can answer.

21          THE WITNESS:  I -- I don't recall if

22 that was specifically in the -- the memo or the



1    country condition report provided by USCIS.

2             BY MR. CHRISTIAN:

3       Q.    Do you remember whether you

4    considered whether persuasive gender violence

5    was a factor considered in making a determining

6    with respect to Haiti?

7             MR. CHO:  Object to the form.  Also

8    object on the grounds that it seeks internal

9    governmental deliberations.

10            Again, just for clarity, are you

11   referring to Exhibit 82 in your line of

12   questioning, or have you moved on to a

13   different --

14            MR. CHRISTIAN:  Well, I'm -- I'm

15   asking him general questions that -- that --

16   that are relevant to Exhibit 82.

17            MR. CHO:  Okay.  Because you're --

18   you're kind of jumping around.  So I'm not

19   following exactly what -- are you referring to

20   specific criteria in Exhibit 82, Page 921; or

21   are you referring to something more broadly

22   speaking?



Page 139

1          I'm not quite following.

2          BY MR. CHRISTIAN:

3     Q.    Okay.  So extraordinary and

4  temporary conditions on page with Bates number

5  ending 921 relates to -- and I'll just read it:

6  "Has the foreign state experienced

7  extraordinary and temporary conditions that

8  prevent aliens who are nationals of the state

9  from returning to the state in safety.

10          So that's one -- one of the -- of

11  the questions.

12          And so what I'm doing is I'm asking

13  questions about his understanding of the

14  conditions that were considered in making the

15  determination.

16          MR. CHO:  Right.  Just so it's

17  clear -- because it's a little bit unclear --

18  this is a state department document.

19          MR. CHRISTIAN:  No.  I understand.

20  I understand.

21          MR. CHO:  Okay.

22          MR. CHRISTIAN:  Yeah.  I understand.



1          MR. CHO:  Which does reference

2    Hurricane Matthew at the bottom of that page.

3          MR. CHRISTIAN:  Right.

4          MR. CHO:  So I'm just not quite

5    understanding what you're referring to.

6          BY MR. CHRISTIAN:

7    Q.    Okay.  So does this -- your

8    understanding of this -- this document, does it

9    make reference to gender violence?

10         MR. CHO:  Object to the form.  The

11   document speaks for itself.

12         THE WITNESS:  The phrase

13   "gender-based violence" does appear in the

14   state department's document, yes.

15         BY MR. CHRISTIAN:

16   Q.    And what does it say?

17         MR. CHO:  Again, the document speaks

18   for itself.

19         You can identify the part of the

20   record that shows that.

21         BY MR. CHRISTIAN:

22   Q.    And the -- would you just go ahead



Page 141

1    and...

2        A.    Second paragraph, under C1, appears

3    to be the second sentence:  "Despite these

4    gains, gender-based violence in the IDP areas

5    remains a serious concern, and personal

6    security is a serious and persuasive problem."

7              I'd have to keeping looking through

8    the document --

9        Q.    Okay.  So --

10       A.    -- to see if it comes up elsewhere.

11       Q.    That's okay.  Let's -- so let's just

12   stop there.

13             Was this a factor that was

14   considered in -- at USCIS in making a

15   determination with respect the Haiti?

16             MR. CHO:  Object to the form.  Also

17   object on the grounds that it seeks information

18   relating to internal governmental

19   deliberations.  The question calls for

20   speculation and is vague.

21             The witness can answer if you know.

22             THE WITNESS:  I -- I don't recall



Page 142

1    all the factors that were included in the

2    determination.

3              BY MR. CHRISTIAN:

4         Q.    In your work on the determination,

5    did you consider it?

6              MR. CHO:  Object to the form.  Also

7    object on the grounds that it seeks information

8    relating to internal governmental

9    deliberations.

10             The witness can certainly talk about

11   the exhibit that's in front of him that you've

12   given to him at this time relating to this

13   exhibit.

14             With that in mind, the witness can

15   answer.

16             THE WITNESS:  I don't recall if the

17   USCIS decision memo or the underlying country

18   conditions specifically reference that or not.

19             BY MR. CHRISTIAN:

20        Q.    Okay.  Do you recall whether USCIS

21   considered whether food crisis -- existence of

22   a food crisis in its determination?



Page 143

1          MR. CHO:  Object to the form.

2     Again, object on the grounds that seeks

3     information relating to internal governmental

4     deliberations.  And vague.  Calls for

5     speculation.  Also the use of term "did USCIS."

6          Again, this witness can talk about

7     his own personal knowledge.

8          The witness can answer.

9          THE WITNESS:  I don't recall if that

10    was included in the -- the memo of the

11    underlying conditions report.

12          BY MR. CHRISTIAN:

13    Q.    Do you -- do you remember whether

14    you considered it?

15          MR. CHO:  Object to the form.

16    Vague.  And seeks information relating to

17    internal governmental deliberations.

18          The witness can answer.

19          THE WITNESS:  Again, I don't recall

20    if it was part of the -- the materials for

21    consideration for USCIS.

22          BY MR. CHRISTIAN:



Page 144

1      Q.    And you don't recall whether you

2   considered it?

3            MR. CHO:  Same objection.

4            THE WITNESS:  I stand by my previous

5   statement.

6            BY MR. CHRISTIAN:

7      Q.    Do you remember whether you

8   considered the out -- cholera outbreak as a

9   factor in making the determination?

10            MR. CHO:  Object to the form of the

11   question.  Also object on the grounds of

12   foundation.

13            You're -- you're asking him about a

14   decision.  There's no foundation that he made

15   any decisions.  Also on the grounds that it

16   seeks information relating to internal

17   governmental deliberations.

18            The witness can answer based on the

19   document he has in front of him.

20            THE WITNESS:  I do recall cholera

21   being included in the memo and the improvements

22   in handling the outbreak.



Page 145

1          MR. CHRISTIAN:  Okay.  I think now

2    would be a good time to take a break for lunch.

3          MR. CHO:  Just to clarify, you had

4    asked questions about decisions.  The decision

5    memos are in the record and they have been

6    exhibits.  So to the extent you want to show

7    this witness and ask questions about decision

8    memos, because he did say he did not recall

9    what those decision memos reflected.

10          MR. CHRISTIAN:  Okay.  Appreciate

11    it.

12          MR. CHO:  How much time do you want

13    for lunch?

14          THE VIDEOGRAPHER:  Going off the

15    record at is 12:11.

16          (A short recess was taken.)

17          THE VIDEOGRAPHER:  We are back on

18    the record at 1:13.

19          BY MR. CHRISTIAN:

20    Q.    Good afternoon, Mr. Law.

21    A.    Good afternoon.

22    Q.    So you are still under oath, and



Page 146

1    we're just going to continue from where we left

2    off a little bit earlier.

3              Are you ready to continue?

4      A.    I'm ready, yes.

5      Q.    So what I would like to do now is

6    direct you to what is going to be Exhibit 83.

7              (Deposition Exhibit 83 was marked

8    for identification.)

9              MR. CHO:  The government objects to

10   Exhibit 83 again on the grounds -- the first

11   page is Bates-numbered DPP 19354, on the

12   grounds that this document is an internal

13   government document that contains deliberative

14   information.

15             Given that caveat, the witness is

16   able to speak to this exhibit.

17             BY MR. CHRISTIAN:

18     Q.    Okay.  Do you want to take a moment

19   to -- to familiarize yourself with the

20   document, Mr. Law?

21     A.    Sure.

22             Sorry.  Okay.



Page 147

1     Q.    Oh, I'm sorry.

2           So -- so you're -- you've taken

3     chance -- time to familiarize yourself with the

4     document?

5     A.    Yes, I have.

6     Q.    Okay.  Do you recognize it?

7     A.    Yes.  This is the country conditions

8     report prepared by USCIS RAIO.

9     Q.    Okay.  And I guess, during the

10    course of -- what is the time frame for this

11    document, if you recall?

12    A.    I -- I don't -- I don't know.  It's

13    my understanding that it takes a long time to

14    do country conditions reports --

15    Q.    Uh-huh.

16    A.    -- which is what made it

17    particularly unique in this situation.  Because

18    there was only a six-month extension.

19    Q.    Uh-huh.

20    A.    So I -- I don't know how quickly

21    after then Secretary Kelly made his six-month

22    extension these individuals turned around and



1    started looking at the conditions again.

2         Q.    Okay.  Do you remember roughly when

3    you first saw this document?

4         A.    Probably around the same time I saw

5    the draft -- the first draft of the decision

6    memo.

7         Q.    All right.  So -- so just -- I mean

8    we're not going to get into trying to go

9    through the whole text of this thing unless

10   there are parts you want to highlight.

11              But let's -- if you would turn to

12   the last page, which is -- has the heading

13   "Summary."

14              So what I'm going to do is just --

15   is just read a couple of parts of it and then

16   ask you a couple of questions with respect to

17   that.

18              So the first paragraph under the

19   summary reads as follows.  And please, I'll

20   give you a chance to correct me if I -- if I

21   flub it at a part or -- or at a point.

22              "Haiti's recovery has been hindered



Page 149

1    by subsequent natural disasters and various

2    political, social, health, security and

3    economic conditions, which have negatively

4    impacted" -- "impacted the country in recent

5    years.  Haiti remains vulnerable to external

6    shocks, and its internal fragility has left it

7    unable to adequately respond to a wide range of

8    persistent humanitarian needs."

9              And then the next -- then it goes on

10   to say:  "As a UNOCHA" -- "UNOCHA and the

11   United Nations country team in Haiti reported

12   in January 2017, with more than 98 percent of

13   Haitians exposed to two or more types of

14   disasters, the impact of the current natural

15   disasters is particularly severe, especially

16   considering the already preexisting protection,

17   socioeconomic and environmental vulnerabilities

18   and disparities.  Most Haitians remain

19   vulnerable to natural hazards and disasters

20   such as floods, landslides, droughts,

21   earthquakes and hurricanes.  With more than

22   half of its" population -- "of its total



Page 150

1    population living in extreme poverty, Hurricane

2    Matthew has once more demonstrated Haiti's

3    weakened ability to cope, recover and adapt to

4    shocks from natural disasters.  Meanwhile, as a

5    result of electoral-related tensions,

6    politically motivated demonstrations and

7    insecurity have affected the humanitarian

8    operating environment since mid 2015 against

9    the backdrop of" the -- "a decreasing

10   humanitarian presence in the field due to" a --

11   "to the lack of humanitarian funding.  Due to

12   the conditions outlined in this report, Haiti's

13   recovery from" 2 -- "from the 2010 earthquake

14   could be characterized as falling into what one

15   nongovernmental organization recently described

16   as "the country's tragic pattern of a 'one step

17   forward, two steps back.'"

18            That -- one could characterize that

19   summary of the report as -- as being fairly

20   dire.

21            Do you believe that this report

22   supports extending TPS for Haiti --



Page 151

1          MR. CHO:  Object to the form.

2          BY MR. CHRISTIAN:

3     Q.    -- at the time?

4          MR. CHO:  Object to the form.  Also

5   on the ground that it seeks information

6   relating to internal governmental deliberations

7   as this document is an internal document

8   related to those internal deliberations.

9          But with the document in front of

10  you, the witness can answer.

11          THE WITNESS:  As I recall, the

12  document taken as a whole, all 18 pages of it,

13  contained information that was both positive

14  and negative developments that, on balance, in

15  accordance with the statutory criteria, found

16  that, in the secretary's determination, that

17  termination would be appropriate.

18          BY MR. CHRISTIAN:

19     Q.   So notwithstanding these conditions,

20  based on your -- your -- your perspective this

21  supports not -- not extending -- or terminating

22  TPS status for Haiti?



1          MR. CHO:  Objection to the form.  I

2    think the question was a bit --

3          MR. CHRISTIAN:  Well --

4          MR. CHO:  -- ambiguous.  You just

5    said two different things.  But also

6    mischaracterizes his prior testimony.

7          If counsel would like to rephrase

8    the question.  Or the witness can try to answer

9    if he can.

10         MR. CHRISTIAN:  Ill rephrase.  I'll

11   -- I'll rephrase and break it into two

12   questions.

13         BY MR. CHRISTIAN:

14   Q.    One, is it your position that this

15   report supports terminating TPS status for

16   Haiti?

17         MR. CHO:  Object to the form.

18   Again, object on the grounds that the question

19   seeks information relating to internal

20   government deliberations.

21         The witness here is a fact witness.

22   He's not a 30(b)(6) witness.  So any positions



1      he has would not be the position of the agency.

2              Again, with those caveats in mind,

3      the witness can answer the question.

4              THE WITNESS:  Taken in whole, there

5      appears to be sufficient information in this

6      report, combined with what the statutory

7      requirements are, that, should the secretary

8      determine so, that termination would be

9      appropriate.

10             BY MR. CHRISTIAN:

11     Q.    Okay.  I'd like to redirect your

12     attention back to exhibit -- let's see here.  I

13     believe it's 8 -- 78 rather.

14             MR. CHO:  The government again

15     renews its objection to Exhibit 78 on the

16     grounds that this exhibit contains internal --

17     internal governmental deliberations.

18             But the witness can answer questions

19     about the exhibit.

20             BY MR. CHRISTIAN:

21     Q.    Okay.  At -- at the time you wrote

22     the e-mail -- and I'll just re -- I'll redirect



Page 154

1    it for the -- for the record.

2              You wrote an e-mail on -- on this

3    thread dated October 22nd, 2017, at 6:28 p.m.

4    And in the first sentence, it says:  "The draft

5    is overwhelming weighted for extension" -- "for

6    extension."

7              To your recollection, did that draft

8    include factors that were not in the country

9    conditions report we just discussed?

10             MR. CHO:  Object to the form.

11   Object.  Asked and answered.  Also object on

12   the grounds that it seeks information relating

13   to internal governmental deliberations.

14             But the witness can answer based on

15   the exhibit in front of him.

16             THE WITNESS:  From what I recall,

17   the initial draft contained conditions from the

18   RAIO country conditions report.

19             BY MR. CHRISTIAN:

20        Q.   So that would be Exhibit 83 we were

21   discussing?

22        A.   Yes.  It contains the some but not



Page 155

1    all.  Obviously, there's -- 18-page document.

2    So --

3        Q.    Right?

4        A.    -- it wasn't all included.

5        Q.    Okay.  But -- but slightly -- put

6    slightly different, to your recollection, did

7    the memo include factors that were not included

8    in the country conditions report, which is

9    Exhibit 83?

10            MR. CHO:  Object to the form.  Again

11   objection on the grounds that it seeks

12   information relating to internal governmental

13   deliberations.

14            But the witness can answer based on

15   the exhibit in front of him.

16            THE WITNESS:  I -- I can't recall

17   off the top of my head if the -- the draft --

18   first draft of the memo had other material in

19   it.

20            BY MR. CHRISTIAN:

21       Q.    Now, one of the things that came up

22   a little bit earlier, too, is you mentioned



Page 156

1   some -- some -- do you recall testifying

2   earlier about some positive factors that may

3   not have been included in the memorandum?

4           MR. CHO:  Object to the form.

5   Mischaracterizes the prior testimony.

6           The witness can answer.

7           THE WITNESS:  I don't believe I said

8   wasn't included.  I --

9           MR. CHRISTIAN:  Okay.

10          THE WITNESS:  -- believe -- and it

11   can be read back so it's restated correctly.

12   But I -- I believe I said positive factors were

13   stylistically phrased in a way that was not as

14   potentially positive as those particular

15   factors were.

16          BY MR. CHRISTIAN:

17      Q.    As you sit here, can you recall any

18   of those factors?

19          MR. CHO:  Object to the form.  Also

20   object on the grounds that it seeks information

21   relating to internal governmental

22   deliberations.



```
 1              But the witness can answer based on

 2       the exhibit in front of him.

 3              THE WITNESS:  From -- again, as I

 4       believe I -- I discussed earlier, I -- I recall

 5       the -- the economy, GDP growth.  There were --

 6       there were signs of improvement since 2010 to

 7       at that time present.  I think I also mentioned

 8       I recall the number of internally displaced

 9       people, IDP, was reducing.

10              I'd have to defer to my other

11       statement to -- I don't mean to omit anything

12       that I previously stated, but that's what I

13       recall.

14              BY MR. CHRISTIAN:

15       Q.    I'm not trying to test you.  I just

16       wanted to make sure.

17              I -- I thought I recalled something

18       I wanted to ask you another question about.

19              So -- but those are the -- the

20       conditions that you're -- you're -- that come

21       to mind right now.

22              Do you remember any -- any request
```



Page 158

1    from Haiti to terminate the TPS?

2            MR. CHO:  Object to the form.

3            Is there a time frame that you're

4    referring to?

5            MR. CHRISTIAN:  During October of

6    2017 -- prior to 2 -- 2 -- October 2017.

7            MR. CHO:  Well, before 2017 October,

8    he was not employed by USCIS.

9            MR. CHRISTIAN:  Right.  That's why

10   -- so he would have had to have read a doc --

11   read a document or something of that nature.

12   I'm not saying he would have all of the

13   knowledge of the institution.  But did he come

14   across any --

15           BY MR. CHRISTIAN:

16      Q.    Did you come across any information

17   about any request prior to -- during or prior

18   to 2 -- October 2017 by Haiti to end TPS

19   status?

20           MR. CHO:  Object to the form.  If it

21   relates to a time period when he was employed

22   by the government, I object on the grounds that



Page 159

1    seeks information relating to internal

2    governmental deliberations.

3            But the witness can answer the

4    question.

5            THE WITNESS:  I don't recall -- I

6    don't believe I saw that.  Because that's not a

7    -- it's not a requirement.  Termination can be

8    terminated regardless of what the host country

9    says it's not -- not a condition.  So it would

10   be unusual for -- to receive such a request.

11           BY MR. CHRISTIAN:

12   Q.    And do you recall receiving any --

13   learning of any statement by any -- by any

14   official on behalf of Haiti indicating that it

15   was ready to receive Haitians back from the

16   United States?

17           MR. CHO:  Object to the form of the

18   question.

19           Again, do you want to bracket this

20   question --

21           BY MR. CHRISTIAN:

22   Q.    During your time --



Page 160

1              MR. CHO:  -- to a specific time

2       frame?

3              BY MR. CHRISTIAN:

4          Q.     --  at -- at USCIS.

5              MR. CHO:  Object to the form of the

6       question again.  Object on the grounds that the

7       request -- or the question is seeking

8       information relating to internal governmental

9       deliberations.

10              But the witness can answer the

11       question.

12              THE WITNESS:  I think I previously

13       mentioned that I -- I do recall reading

14       something where the -- either the president or

15       someone in the -- the government of Haiti had

16       said that they wanted the Haiti nationals to

17       return.

18              BY MR. CHRISTIAN:

19          Q.    Do you remember what type of

20       document that might have been?

21              MR. CHO:  Object to the form.

22       Mischaracterizes prior testimony.



Page 161

1              The witness can answer.

2              THE WITNESS:  No.  I don't recall.

3              BY MR. CHRISTIAN:

4       Q.    And you -- and -- what's your level

5    of confidence that it was the president who

6    made that statement?

7              MR. CHO:  Object to the form of the

8    question.  Calls for speculation.

9              The witness can answer.

10             THE WITNESS:  I -- I don't know.  I

11   just -- I -- I know it was an actual government

12   official.  I recall it being reported that way.

13             BY MR. CHRISTIAN:

14      Q.    And when you say "reported," do you

15   mean in a news publication?

16             MR. CHO:  Object to the form.

17             THE WITNESS:  I -- I don't recall

18   how I read it.  But it was something that I

19   read.  Whether it was in the country conditions

20   report or -- or elsewhere.  Maybe it was a news

21   article.

22             I -- I do not know the forum of it.



Page 162

1    But I did see it written down not from, you

2    know, like an internal source that the -- the

3    government of Haiti in capacity, whether it was

4    the president or someone else in the broader

5    government apparatus, was eager to have Haitian

6    nationals return home.

7              BY MR. CHRISTIAN:

8        Q.    Would you like to review Exhibit No.

9    83 to see if that may have been the source of

10   that recollection?

11       A.    I can look.  Sure.

12       Q.    Okay.

13       A.    That specific information is not in

14   this report.

15       Q.    Thank you very much.

16             MR. CHRISTIAN:  So I'd like to now

17   direct your attention to what's going to be

18   labeled as Exhibit 86.

19             (Deposition Exhibit 86 was marked

20   for identification.)

21             MR. CHO:  The government again

22   objects to Exhibit 86, Bates No. CP 29836, on



1   the grounds that this document contains

2   internal governmental deliberations.

3           But we'll allow the witness to

4   answer questions regarding this e-mail.

5           BY MR. CHRISTIAN:

6       Q.    Mr. Law, do you recognize Exhibit

7   86?

8       A.    It appears to be an e-mail I sent,

9   yes.

10      Q.    And what was the general topic of

11  this e-mail?

12      A.    "Additional research on the country

13  conditions in Haiti."

14      Q.    All right.  And so who's Jacob

15  Stubbs?

16      A.    He's a special advisor, I think is

17  his title, in the office of policy and

18  strategy, special assistant.  He's kind of a

19  junior-level political staffer this the office

20  of policy and strategy.

21      Q.    All right.  So -- so can you -- can

22  you tell me what happened right before you sent



1    this -- what -- what -- what caused you to send

2    this e-mail to Mr. Stubbs?

3             MR. CHO:  Objection to form.  And

4    also object on the grounds of the deliberative

5    process privilege.

6             The -- the witness can talk about

7    this e-mail in front of him, Exhibit 86.  The

8    witness can go ahead and answer.

9             THE WITNESS:  I don't know the --

10   the specifics.

11            BY MR. CHRISTIAN:

12     Q.    So you're saying, just to make sure

13   I'm clear, you have no recollection about what

14   caused you to send this e-mail?

15            MR. CHO:  Same objection.

16            The witness can answer.

17            THE WITNESS:  I have no specific

18   recommend -- recollection of -- of that.  I

19   mean it's...

20            BY MR. CHRISTIAN:

21     Q.    Okay.  So let's -- let's -- let's

22   get into the content of the e-mail then.



Page 165

1            First of all, what -- and correct me

2    where I'm wrong.

3            So Tuesday, October 31st, 2017, at

4    5:44 p.m., you e-mailed Jacob Stubbs as

5    follows: "Hey, Jacob.  I have an important

6    research project for you if you have the time

7    tomorrow.  I need positive data on the current

8    status of Haiti to bolster the recommendation

9    to terminate TPS."

10            So I'll stop right there.  That's --

11    that's the first couple of sentences --

12    actually, the first -- yeah, first couple of

13    sentences.

14            Did I get them right?

15    A.    You read them correctly, yes.

16    Q.    So what -- why did you have a need

17    to bolster -- to get positive data to bolster

18    the recommendation to terminate TPS?

19            MR. CHO:  Object to the form.  And

20    also object on the grounds that it seeks

21    information relating to internal governmental

22    deliberations.



Page 166

1          The witness can limit his response

2    to what's contained here in the e-mail.

3          THE WITNESS:  To the best of my

4    recollection, I wanted to make sure the

5    decision memo that went to the director and

6    then subsequently to the secretary contained

7    sufficient information.

8          BY MR. CHRISTIAN:

9    Q.    Sufficient information to do what?

10         MR. CHO:  Object to the form.

11   Object to the question again on the grounds

12   that it seeks information relating to internal

13   governmental deliberations privilege.

14         The witness can answer the question

15   based on Exhibit 86.

16         THE WITNESS:  For the secretary to

17   make the decision on extending, terminating, or

18   in this case with it being an acting secretary,

19   not making a decision by the deadline.

20         BY MR. CHRISTIAN:

21   Q.    So -- so what I'm going to do now is

22   continue from where I left off.



Page 167

1               Look back to Sec Kelly's six-month

2     extension for language citing -- and this next

3     word is in quotes:  "Improvements or the like

4     that I can plug in.  Also see if you can find

5     any other positive data such as tourism (maybe

6     see if England or the EEU has any advisories on

7     travel to Haiti -- not worried about violence

8     flags because irrelevant to TPS analysis),

9     unemployment/workforce, wages, et cetera."

10              And I'll stop there.

11              Did get that part right?

12              MR. CHO:  Object to the form.  The

13    document speaks for itself.

14              The witness can answer.

15              THE WITNESS:  You read that

16    correctly.

17              BY MR. CHRISTIAN:

18    Q.    Okay.  And so were you looking for

19    data outside the country conditions report,

20    which is document -- excuse me -- Exhibit 83?

21              MR. CHO:  Object to the form.  Also

22    object on the grounds that it seeks information


MAGNA
LEGAL SERVICES

Page 168

1   relating to the internal governmental

2   deliberations.

3          But the witness can answer the

4   question.

5          THE WITNESS:  Yes.  In addition to

6   the country conditions report looking for

7   additional information.

8          BY MR. CHRISTIAN:

9   Q.    All right.  And then -- I'm going to

10  continue reading just a little bit:  "Be

11  creative."

12         What'd you mean by -- first of all,

13  did I get that right, "be creative"?

14  A.    That's correct.

15  Q.    What did you mean by "be creative"?

16         MR. CHO:  Object to the form again.

17  Also object on the grounds that it seeks

18  information relating to internal governmental

19  deliberations.

20         But the witness can answer.

21         THE WITNESS:  I don't recall the

22  specifics.  But, you know, Jacob is a



Page 169

1    lower-level staffer, doesn't have a -- a legal

2    background, and didn't -- was trying to just

3    provide general guidance for him to -- to look

4    at anything that was out there that was

5    publicly sourced information on the country

6    conditions.

7            BY MR. CHRISTIAN:

8        Q.    You mentioned that he didn't -- that

9    Jacob didn't have a legal background.

10           Do you think that a legal background

11   would have been helpful in identifying factors

12   that would be relevant to the TPS

13   determination?

14           MR. CHO:  Object to the form.

15   Mischaracterizes prior testimony.  And to the

16   extent it seeks information relating to

17   internal governmental deliberations.

18           But the witness can answer.

19           THE WITNESS:  There already are

20   avenues of -- of counsel reviewing the memo.

21   So simple research could have been done by --

22   by anybody, which is why I asked Jacob to do



Page 170

1    the research.

2              BY MR. CHRISTIAN:

3        Q.    Based upon your understanding of the

4    TPS Act, would all of these factors that you

5    enumerated here in Exhibit 86 be relevant to

6    the analysis?

7              MR. CHO:  Object to the form.  Also

8    on the grounds that the question seeks a legal

9    conclusion.  And based on the government

10   deliberations privilege.

11             The witness can still answer the

12   question.

13             THE WITNESS:  It's my understanding

14   that none of the factors that I listed are

15   precluded from being considered.

16             BY MR. CHRISTIAN:

17       Q.    So just to make sure I'm clear.

18             When you say it's not your -- it's

19   your understanding that they're not precluded,

20   do you mean not explicitly precluded from the

21   -- by the -- by the TPS Act?

22             MR. CHO:  Object to the form.



1    Mischaracterizes prior testimony.

2              The witness can answer.

3              THE WITNESS:  It's my understanding

4    that -- that things like what is listed towards

5    them could -- unemployment, those factors,

6    could be considered in the decision making

7    process.  Not -- didn't have to but could be.

8    There's nothing that prevented them.

9              BY MR. CHRISTIAN:

10   Q.    Is it your understanding that

11   violence is relevant to TPS analysis?

12             MR. CHO:  Object to the form to the

13   extent the question calls for a legal

14   conclusion and also to the extent it seeks

15   information relating to the governmental

16   deliberations privilege.

17             But the witness can answer the

18   question.

19             THE WITNESS:  So there's -- you

20   know, that is what is written.  But it is

21   poorly written.

22             What I was trying to convey to



Page 172

1    Jacob, who didn't have a statutory background

2    in it, was information on the violence was

3    already included in the draft, as I recall at

4    that time.  So I was asking him to look for

5    things that weren't already contained in the

6    country conditions report and anything else

7    that had already been publicly sourced.

8              BY MR. CHRISTIAN:

9    Q.    I see.

10             So -- so here and now, testifying

11   today -- let me make sure -- you're -- you're

12   not saying that violence is irrelevant to a TPS

13   analysis, sitting here today; is that correct?

14             MR. CHO:  Object to the form.

15   Mischaracterizes his prior testimony.  And also

16   to the extent it calls for legal conclusion and

17   to the extent it seeks information relating to

18   the internal governmental deliberations.

19             But the witness can answer the

20   question.

21             THE WITNESS:  I'm not saying that

22   that is irrelevant to -- that it -- it could be



1    considered, yes.

2            BY MR. CHRISTIAN:

3    Q.    So let's -- I would like now to

4    redirect your attention to what will be labeled

5    as Exhibit 95.

6            (Deposition Exhibit 95 was marked

7    for identification.)

8            BY MR. CHRISTIAN:

9    Q.    As you look at the document, on the

10   paper it says Exhibit 37, but the sticker says

11   Exhibit 95, so please go by the sticker.

12   A.    Okay.

13   Q.    When you have finished taking a look

14   at it, please let me know.

15           MR. CHO:  The government also

16   objects to Exhibit 95 on the grounds that the

17   document is Bates-numbered with a DPP

18   designation suggesting that these documents

19   contain internal governmental deliberations.

20           Be that as it may, the witness can

21   answer questions about this exhibit.

22           BY MR. CHRISTIAN:



Page 174

1     Q.    So now you've -- for the record, you

2     have had a chance to take a look at the

3     document.

4           What, if any, knowledge did you have

5     of this meeting occurring?

6     A.    I don't recall having any knowledge

7     of this meeting.

8     Q.    And do you -- what, if any, role did

9     you have in relation to the drafting of the

10    discussion paper for the principal small group

11    meeting on Temporary Protected Status?

12          MR. CHO:  Objection to form.  Also

13    object on the grounds that it seeks information

14    relating to internal governmental

15    deliberations, but the witness can answer based

16    on personal knowledge.

17          THE WITNESS:  Are you referring to

18    the portion on Page DPP 3576?

19          BY MR. CHRISTIAN:

20    Q.    Yes.

21    A.    I had no role.

22    Q.    Okay.  Thank you.



Page 175

1           So now, I would like to direct your

2    attention to what we will mark as Exhibit No.

3    88.

4           (Deposition Exhibit 88 was marked

5    for identification.)

6           MR. CHO:  The government objects to

7    Exhibit 88 on the grounds that this e-mail

8    exchange contains information relating to

9    internal governmental deliberations, but the

10   witness can talk -- or testify to information

11   contained in this exhibit.

12          BY MR. CHRISTIAN:

13   Q.    Mr. Law, take a moment to take a

14   look at the document.  Please let me know when

15   you have finished looking at it.

16   A.    I've finished looking at it.  I've

17   finished.

18   Q.    All right.  Thank you.  So what I

19   would like to do is just ask a few questions

20   about this one.

21          So this makes -- if you look at the

22   e-mail in the thread dated November 13, 2017,



Page 176

1    at 10:44 a.m.

2            First, let me -- are you familiar

3    with this document?

4        A.    No.   I -- maybe whatever part I was

5    actually included on, I think is just a couple

6    of them.

7        Q.    Right.   So an e-mail on November 12,

8    2017, at 111:14 a.m., that you sent?

9        A.    Yes.   That appears to be correct,

10   yeah.

11       Q.    And are you -- do you recall what

12   suggested edits you were actually editing here?

13           MR. CHO:  Object to the form.  Also

14   objection on the grounds that it seeks

15   information relating to the internal government

16   deliberations, but the witness can answer if he

17   can.

18           THE WITNESS:  No, I don't -- I don't

19   recall.

20           BY MR. CHRISTIAN:

21       Q.    And I see in your e-mail, it says

22   D1.



1           Who does that refer to?

2      A.    That refers to the director.

3      Q.    The director of?

4      A.    Director Cissna.  Shorthand that is

5  used.

6      Q.    At the time, the director was --

7      A.    Director Cissna.

8      Q.    And you say -- there's a point about

9  not signing letters.  What type of letter is

10  this the director is not signing?

11           MR. CHO:  Object to the form.

12           The witness can answer.

13           THE WITNESS:  So this appears to be

14  a letter that a member of Congress,

15  specifically Chairman Grassley had sent to the

16  department, and what is often the case, the

17  department sends down the letter to the

18  component, and given that the decision is made

19  by the secretary, I recall Kathy and I and

20  others felt that this was a letter that the

21  secretary should sign in a response.

22           BY MR. CHRISTIAN:



Page 178

1      Q.    Okay.  And so I direct you to the

2  first page here, the November 13, 2017, 10:44

3  a.m. message and this one is from -- I botched

4  his last name earlier, so from Brandon -- how

5  do you pronounce his last name?

6      A.    Prelogar.

7      Q.    Prelogar.  Okay.  And Mr. Prelogar,

8  if you look at the third paragraph, it says:

9  "KNK just ran off to head to the NAC for the

10  Haiti TPS meeting."

11            So KNK stands for?

12            MR. CHO:  Object to the form.

13            BY MR. CHRISTIAN:

14      Q.    To the best of your knowledge?

15      A.    That is Katy's initials.

16      Q.    Okay.  And what is NAC?

17            MR. CHO:  Same objection.

18            THE WITNESS:  Those are initials for

19  headquarters of DHS.

20            BY MR. CHRISTIAN:

21      Q.    And Haiti TPS meeting.  Do you know,

22  what was the purpose of that meeting to the



Page 179

1    best of your knowledge?

2              MR. CHO:  Object to the form.  Lacks

3    foundation.  Calls for speculation.

4              But you can answer if you can.

5              THE WITNESS:  To the best of my

6    recollection, it would have been the briefing

7    meeting with the secretary or the acting

8    secretary depending on the time frame.

9              BY MR. CHRISTIAN:

10   Q.    So now this was November 13.  Do you

11   have any recollection of whether a decision had

12   been made to terminate or extend TPS for Haiti

13   at that time?

14             MR. CHO:  Object to the form.  Also

15   object on the grounds that it seeks information

16   relating to internal government deliberations,

17   but the witness can answer.

18             THE WITNESS:  I don't believe so

19   unless the decision was made later, later that

20   day.  No decision that I was aware of had been

21   made before Kathy went to the NAC for that

22   meeting.



Page 180

1          BY MR. CHRISTIAN:

2          Q.    Do you have any knowledge of whether

3     that decision was made at that meeting?

4          MR. CHO:  Object to the form.  Calls

5     for speculation.  Lacks foundation.  And to the

6     extent it seeks information relating to

7     internal governmental deliberations, but the

8     witness can answer.

9          THE WITNESS:  No, I don't know.

10         BY MR. CHRISTIAN:

11         Q.    And did you attend the meeting?

12         A.    I did not.

13         Q.    Any knowledge about who did attend

14    the meeting other than Kathy and the secretary?

15         MR. CHO:  Object to the form.  Calls

16    for speculation.  He just testified he wasn't

17    at the meeting but the witness can answer.

18         THE WITNESS:  No.  I wouldn't know

19    for certain who else was there.

20         BY MR. CHRISTIAN:

21         Q.    Now I would like to redirect you to

22    Exhibit 96, what will be marked as Exhibit 96.



Page 181

1              (Deposition Exhibit 96 was marked

2     for identification.)

3              MR. CHO:  The government objects to

4     Exhibit 96 as well, on the grounds that it

5     appears to contain internal governmental

6     deliberations, but the witness can answer

7     questions about this exhibit which is numbered

8     DHS RFPD 5.

9              The government also objects to the

10    extent that this e-mail exchange does not

11    appear to relate to Haiti but to other Central

12    American countries including Honduras and

13    Nicaragua which is outside the scope of this

14    lawsuit and as counsel for plaintiffs indicated

15    yesterday, he would refrain from asking

16    questions relating to Honduras or El Salvador

17    or Nicaragua as being outside the scope of this

18    litigation.

19              With that caveat in mind, the

20    witness can answer questions about this

21    document.

22              THE WITNESS:  I have read it.



1          BY MR. CHRISTIAN:

2          Q.    So you have had a chance to look at

3     it.  Do you recall seeing this document at any

4     time before?  Have you seen this before?

5          A.    Before today?

6          Q.    Before today, yes, before I just --

7     before we just gave it to you.

8          A.    I believe this has been -- at least

9     parts of it included in newspaper articles and

10    things of that sort.

11         Q.    All right.

12         A.    I didn't see it at the time that it

13    came out.

14         Q.    All right.  So if you -- the first

15    line, the first two lines are as follows:  "I

16    had a discussions with Tom B this evening and

17    he informed me of a strategy I was not

18    previously aware of.  I incorporated this new

19    information into my final decision and the

20    published time frame for the Nicaraguan

21    termination is 12 months not 18.  Elaine."

22              First of all, do you know who Tom B



Page 183

1    is?

2              MR. CHO:  Objection.

3              Go ahead.  Sorry.

4              THE WITNESS:  No, I don't.

5              BY MR. CHRISTIAN:

6    Q.    Do you know anything about the

7    decision to change the time frame to Nicaragua

8    termination from -- to 12 months from 18?

9              MR. CHO:  Object to the form.  Also

10   to the extent it relates to internal

11   governmental deliberations.  I'd ask counsel to

12   rephrase the question.

13             Again, this is relating to Nicaragua

14   and not Haiti which is outside the scope of

15   this lawsuit.

16             And as we discussed with counsel

17   yesterday, he to limit his questions to Haiti

18   and this does not involve Haiti.

19             MR. CHRISTIAN:  Did he limit his

20   questions?

21             MR. CHO:  He did.

22             MR. CHRISTIAN:  Can he answer the



Page 184

1   question?

2          MR. CHO:  You can answer if you

3   know.

4          THE WITNESS:  No, I'm unaware of

5   that.

6          BY MR. CHRISTIAN:

7   Q.    Okay.  I'm going to now direct you

8   to what we're going to mark as Exhibit 89.

9          (Deposition Exhibit 89 was marked

10  for identification.)

11         MR. CHO:  The government objects to

12  Exhibit 89 as well, on the grounds that this

13  e-mail exchange appears to contain internal

14  governmental deliberations, but the witness may

15  answer questions about this e-mail exchange.

16         BY MR. CHRISTIAN:

17  Q.    So now you've had a chance to take a

18  look at it.

19         So do you recognize this document?

20  A.    I mean, I don't specifically

21  recognize it, but I'm sure this is what came

22  across my desk at that particular time.



Page 185

1      Q.     Your name is listed as a recipient?

2      A.     That's correct.

3      Q.     If you take a look at the second

4   page, there is a message in the thread sent by

5   -- and the last name is spelled V-U.

6             Do you know how to pronounce this

7   individual's name?

8      A.     I don't know this individual.

9      Q.     So now I guess I will do my best.

10  So you don't -- you are not familiar with this

11  Hien Q. Vu, H-I-E-N, middle initial Q, last

12  name V-U?

13     A.     I have never personally met this

14  person, I don't believe.  I see that he or she

15  is part of the communications team, but I don't

16  have much direct interaction with those -- that

17  team.

18     Q.     All right.  So I'm going to look at

19  the e-mail that was sent on December 19, 2017,

20  at 3:01 p.m., and it's talking here, it says:

21  "As TPS Haiti FRN is projected to be published

22  soon (perhaps next week), I'd like to get the



Page 186

1   communications package ready for public

2   distribution on the date of publication.  Below

3   you will find the full package for your review

4   and clearance."

5           So do you recall receiving a package

6   of communications at that time?

7           MR. CHO:  Object to the form.

8           You can answer.

9           THE WITNESS:  I don't specifically

10  recall, but as a recipient of this e-mail at

11  the time, I'm certain I got it then.

12          BY MR. CHRISTIAN:

13      Q.    All right.  And so I'm going to go

14  -- I'm going to continue in reading the e-mail

15  and -- first of all, what I just read, were

16  there any mistakes that I made in reading the

17  e-mail to the record that you recall?

18      A.    I think you read it correctly.

19      Q.    Okay.  So the next -- next sentence

20  is:  "All materials are being repurposed almost

21  word for word from the recently approved TPS

22  Nicaragua roll out (TPS similarly terminated)."



1        So based upon your work on the Haiti

2   TPS termination or analysis, do you recall any

3   other -- well, let me put it this way.  Let me

4   restate.

5        As you worked on the analysis for --

6   whether to terminate or extend TPS status for

7   Haiti, did you look to Nicaragua for documents,

8   for rationale, for other information?

9        MR. CHO:  Object to the form.  Also

10   object on the grounds that it seeks information

11   relating to internal governmental

12   deliberations, but the witness can answer based

13   on what he has in front of him, Exhibit 89.

14        THE WITNESS:  I didn't look to

15   Nicaragua as it related to Haiti's decision

16   memo, it's possible that the Nicaragua decision

17   was also being worked on at the same time, but

18   it would have been compartmentalized to two

19   separate analyses.

20        BY MR. CHRISTIAN:

21   Q.   Do you recall whether you received,

22   other than this e-mail, do you recall whether



1   you received information about the analysis

2   that went into the decision to terminate

3   Nicaragua's TPS --

4           MR. CHO:  Object to the form.

5   Also --

6           BY MR. CHRISTIAN:

7   Q.    -- status?

8           MR. CHO:  Object on the grounds that

9   it seeks information relating to internal

10  governmental deliberations, and also object on

11  the grounds that it is beyond the scope of this

12  lawsuit which relates to Haiti.

13          The witness can answer if you can.

14          THE WITNESS:  As I recall, the

15  deliberative process for Nicaragua was similar

16  to what was done in the deliberative process

17  for Haiti.

18          BY MR. CHRISTIAN:

19  Q.    I'm going to provide to you what has

20  been marked as government -- not government, I

21  keep saying government, as Exhibit 20 -- I'm

22  sorry, 90.  Yes, 90.



Page 189

1          (Deposition Exhibit 90 was marked

2     for identification.)

3          BY MR. CHRISTIAN:

4     Q.    I don't want you to -- before you

5     spend a lot of time looking at this, I just

6     want to ask you, before you start looking at

7     that, in the course of your duties and

8     responsibilities at USCIS, did you come to look

9     at the Federal Register document outlining the

10    rationale for terminating TPS for Nicaragua?

11         MR. CHO:  Object to the form.  Also

12    object on the grounds that this is beyond the

13    scope of this lawsuit but the witness can

14    answer.

15         THE WITNESS:  Yes, similar to

16    reviewing decision memorandums, I reviewed the

17    draft Federal Register notice as announcing the

18    decision.

19         BY MR. CHRISTIAN:

20    Q.    Do you -- you reviewed them before

21    they go out for, like, as an edit and correct,

22    or just to -- or just for informational



Page 190

1    purposes?

2            MR. CHO:  Object to the form to the

3    extent it seeks information relating to

4    internal governmental deliberations, but the

5    witness can answer.

6            THE WITNESS:  I review them to

7    provide edits before -- there is a long process

8    of the director reviewing it, secretaries, goes

9    to OMB before publication of the Federal

10   Register, so I do review it.

11           BY MR. CHRISTIAN:

12      Q.    All right.  So then if you would --

13   if you want to take a few minutes to

14   familiarize yourself with this because it's

15   been a while.

16      A.    With the Nicaragua one?

17      Q.    Yes.

18           MR. CHO:  Again, I'm going to object

19   because, again, this is dealing with Nicaragua

20   which is not the scope of this lawsuit.  If

21   there are specific questions you want to ask

22   about the FRN, but I have given you some leeway



Page 191

1    here but, one, this is a long FRN, which has

2    nothing to do with this case either, so I mean,

3    you can ask specific questions about this FRN,

4    but again, this is outside the scope of this

5    lawsuit and as I had discussed with plaintiffs'

6    counsel yesterday, he limited his questions to

7    Haiti.

8              MR. CHRISTIAN:  One moment.  Just

9    one minute.

10             MR. CHO:  Take your time.

11             BY MR. CHRISTIAN:

12   Q.    So what I am going to do is, we are

13   going to come back to this in a moment.  But

14   what I will do here is turn to -- I'm going to

15   give you what is going to be marked as Exhibit

16   94.

17             (Deposition Exhibit 94 was marked

18   for identification.)

19             MR. CHO:  The government objects to

20   Exhibit 94 on the grounds that it appears to

21   contain internal governmental deliberations and

22   it's also Bates-numbered on the first page, DPP



Page 192

1    11793.

2           The witness can testify to what is

3    contained in this e-mail, but again, the

4    government raises that objection.

5           BY MR. CHRISTIAN:

6    Q.    So you have had a chance to review

7    the document.

8           So with Exhibit 94 here -- do you

9    recognize it first of all?

10   A.    Not specifically, but I have seen

11   that I was included at the top of the thread.

12   I'm certain I received it.

13   Q.    Who is James Phillips?

14   A.    I don't know off the top of my head,

15   but I can see that he is identified as a

16   director in the legislative affairs office.

17   Q.    And if you look at the e-mail sent

18   Tuesday, October 24, 2017, at 1:49 p.m., by

19   James Phillips, it asks -- it includes the

20   following:  "Do you have the latest cleared DHS

21   talking points that we can insert into a memo

22   for S1 nominee's meeting with Grassley for the



Page 193

1   following issues," and then -- and I am

2   skipping something.

3           The third bullet under that is:

4   "Ending TPS for Haitians, Guatemalans, and

5   Salvadorans."

6           And that was -- so on October 24,

7   were you familiar with -- that a decision had

8   been made to end TPS for Haitians?

9           MR. CHO:  Objection to form.  Also

10  object on the grounds that it seeks information

11  relating to internal governmental

12  deliberations.

13          The witness can answer.

14          THE WITNESS:  I don't recall the

15  date that I was informed that the acting

16  secretary had made a decision, but it doesn't

17  sound like that is correct.

18          BY MR. CHRISTIAN:

19  Q.    Based on your responsibilities and

20  duties and experiences at USCIS, do you have

21  any understanding of why the director of

22  legislative affairs for DHS would have -- would



Page 194

1    want talking points about ending TPS for Haiti

2    and the other countries?

3          MR. CHO:  Object to the form.  The

4    document speaks for itself and again, object on

5    the grounds that it seeks information relating

6    to internal governmental deliberations, but the

7    witness can answer.

8          THE WITNESS:  Specifically, I don't

9    know, but I would point out that Guatemala has

10   never been designated for TPS, so perhaps it

11   would be indicative that this individual is not

12   that familiar with TPS.

13         BY MR. CHRISTIAN:

14   Q.    Okay.  So at the -- one of the

15   things -- so has El Salvador been designated

16   for TPS; is that correct?

17   A.    Yes, that's correct.

18   Q.    And do you -- are you familiar with

19   the review period -- when the review period

20   started for El Salvador?

21         MR. CHO:  Objection to form.

22         The witness can answer.



Page 195

1                 THE WITNESS:  The initial

2     designation or the most recent determination?

3                 BY MR. CHRISTIAN:

4     Q.    I guess what I'm talking about is

5     the relevant review period at the time of this

6     e-mail, so October of 2017.

7                 MR. CHO:  Object to the form.

8                 The witness can answer if he can.

9                 THE WITNESS:  I don't know when the

10    review period began for El Salvador.  There is,

11    as we discussed previously, a decision has to

12    be made at least 60 days before the preceding

13    designation but there is nothing that would

14    preclude a decision from being made earlier

15    than that 60-day deadline.

16                BY MR. CHRISTIAN:

17    Q.    So you don't know whether a decision

18    had been made at the time of this e-mail?

19                MR. CHO:  Object to the form on the

20    ground that it seeks information relating to

21    internal governmental deliberations.

22                The witness can answer based on your



Page 196

1    own personal knowledge.

2             THE WITNESS:  From what I recall,

3    the El Salvador decision was still being worked

4    on at that time so I don't believe a decision

5    had been made as far as I was aware.

6             BY MR. CHRISTIAN:

7    Q.    Now, I'm going to provide to you

8    what's been marked as Exhibit 75.  It is quite

9    a document.

10            (Deposition Exhibit 75 was marked

11   for identification.)

12            MR. CHO:  Yeah, we're not going to

13   staple that one.

14            Do you want to take a short break

15   before we get to that exhibit?

16            MR. CHRISTIAN:  I'm going to want to

17   take one in about 30 minutes, so I'm going to

18   need to take one in about 30 minutes.

19            MR. CHO:  How are you doing?

20            THE VIDEOGRAPHER:  Okay.

21            MR. CHO:  How about you?

22            THE WITNESS:  Okay.



Page 197

1          BY MR. CHRISTIAN:

2     Q.    So before you get into that -- I

3  certainly don't want to start the process of

4  you going through that whole thing page by

5  page.

6     A.    Yes.

7          MR. CHO:  Actually, could we get a

8  copy, too?

9          MR. CHRISTIAN:  Absolutely.

10          MR. CHO:  Thank you.

11          BY MR. CHRISTIAN:

12     Q.    So I have an initial question before

13  we turn to Exhibit 75, and that's, what is your

14  understanding based on your year and couple

15  months at USCIS of the -- of how TPS fits into

16  the administration's immigration priorities?

17          MR. CHO:  Object to the form and

18  object on the grounds that seeks information

19  relating to internal governmental

20  deliberations.  Vague.  Overbroad.  Calls for

21  speculation.

22          But the witness can answer based on



Page 198

1   your own personal knowledge.

2           THE WITNESS:  My understanding of

3   the administration just believes in upholding

4   the rule of law as it has been passed by a

5   duly-elected Congress.

6           BY MR. CHRISTIAN:

7       Q.    And that is based on your experience

8   and your observations?

9           MR. CHO:  Object to the form.  Same

10   objection as before.

11           You can answer.

12           THE WITNESS:  Yeah, I guess so, yes.

13           BY MR. CHRISTIAN:

14       Q.    Has anyone in the administration

15   briefed you about how TPS fits into the

16   administration of immigration priorities?

17           MR. CHO:  Object to the form.

18   Object also on the grounds that seeks

19   information relating to internal governmental

20   deliberations, vague, overbroad.

21           The witness can answer to the best

22   he can.



Page 199

```
 1                    THE WITNESS:  Can you clarify about

 2      how -- what you mean by fits into?

 3                    BY MR. CHRISTIAN:

 4         Q.     Okay.  Let me rephrase it.

 5                    What priorities for TPS do you

 6      understand the administration to have?

 7                    MR. CHO:  Object to the form.  Also

 8      object on the basis that the request asks for

 9      information relating to internal governmental

10      deliberations, vague, and I'm not quite sure

11      what you mean by the term administration.

12                    The witness can answer if you

13      understand the question.

14                    THE WITNESS:  Do you mean the White

15      House, do you mean the secretary?  TPS

16      decisions are made by the secretary.

17                    BY MR. CHRISTIAN:

18         Q.     Okay.  Let's break it down.  The

19      White House.  Have you received any information

20      about the priorities of the White House for

21      TPS?

22                    MR. CHO:  Object to the form.
```



1    Object on the grounds that it seeks information

2    relating to internal governmental

3    deliberations.  Not limited to any specific

4    time period.  Also to the extent it implicates

5    the government deliberations privilege, that

6    information is privileged as well.

7            But the witness can answer as best

8    you can.

9            THE WITNESS:  I don't recall

10   anything specific other than our obligation to

11   review as the decisions become -- come ripe for

12   review.

13           BY MR. CHRISTIAN:

14   Q.    Since you've been in your current

15   role at USCIS, have you received any

16   information about priorities for TPS from

17   within DHS?

18           MR. CHO:  Same objection as before.

19   Object on the grounds that the question is

20   vague, overbroad.  Also object on the grounds

21   that it seeks information relating to internal

22   government deliberations.  Not bracketed by any



Page 201

1    specific time period.

2          But the witness can answer as best

3    you can.

4          THE WITNESS:  To the best of my

5    knowledge, the expectation is to review the

6    country conditions as the various countries are

7    subject to -- to being reviewed and ensure that

8    decision is made in compliance with the

9    statute.

10          BY MR. CHRISTIAN:

11    Q.    Okay.  Who is Donald Neufeld?

12    A.    He is the associate director of the

13    head of the service centers.  In the prior

14    example, SCOPS was identified as an

15    abbreviation.  He -- he's the head of -- of

16    SCOPS.

17    Q.    Okay.  Would you please take a --

18    turn to Page 70 of the deposition -- of -- of

19    Exhibit 75.

20    A.    Was that 70?

21    Q.    70, yes.

22          If you look at -- start reading at



Page 202

```
1    say Line 10 on Page 70.  And if you've gotten

2    past the -- the bottom of the page, I -- I have

3    a couple of questions for you.

4         A.    The bottom of Page 70?

5         Q.    Yes.  That's right.

6         A.    I've -- I've completed --

7         Q.    Okay.  So --

8         A.    -- Page 70.

9         Q.    -- who's the chief of the office of

10   policy and strategy?

11             MR. CHO:  Object to form.

12             Do you want to bracket it within a

13   certain time period?

14             BY MR. CHRISTIAN:

15        Q.    During your time at USCIS, who has

16   been in the role of chief of the office of

17   policy and strategy?

18        A.    Kathy Nuebel Kovarik.

19        Q.    And have you received any

20   information from her about priorities with

21   respect to TPS?

22             MR. CHO:  Object to the form.
```



Page 203

```
 1    Object to the form on the grounds that it seeks

 2    information relating to internal governmental

 3    deliberations.

 4              With that caveat in mind, the

 5    witness can answer.

 6              THE WITNESS:  I don't understand

 7    what you mean by "priorities."  If you could

 8    rephrase that, I'd appreciate it.

 9              BY MR. CHRISTIAN:

10    Q.    When you were at FAIR, you would

11    produce documents that included legislative

12    priorities, correct?

13              MR. CHO:  Object to the form.

14              The witness can answer.

15              THE WITNESS:  There was a

16    congressional agenda that was published for

17    each new congress, yes.

18              BY MR. CHRISTIAN:

19    Q.    And the different items that -- that

20    made up that agenda, would you -- would it be

21    appropriate to call them priorities, or how

22    would -- if not, how would you describe them?
```



Page 204

1          MR. CHO:  Object to the form.

2          THE WITNESS:  I -- I'd say they were

3   probably priorities for what the organization

4   would advocate for seeing enacted.

5          BY MR. CHRISTIAN:

6     Q.    Okay.  So taking that definition of

7   priorities, so what would be the priorities for

8   the direction of make TPS analysis within the

9   administration?  What priorities have been

10  communicated to you?

11         MR. CHO:  Object to the form.

12  Vague.  Also object on the grounds that it

13  seeks information relating to internal

14  governmental deliberations.

15         Do you want to rephrase the question

16  or...

17         MR. CHRISTIAN:  I was giving the

18  definition of "priorities."  So I think -- I

19  think I -- I made it clear.

20         BY MR. CHRISTIAN:

21    Q.    So if you look at lines 12 through

22  15 on -- or say 12 through 17 on Page 70.



Page 205

1            And the question is:  "If you wanted

2     to know how does TPS fit in with an

3     administration's priorities, who would you go

4     talk to?"

5            And the answer is:  "The chief of

6     the office of policy and strategy."

7            And so what I'm asking you is have

8     you received any information about the

9     administration's priorities that came from the

10    chief of the office of policy and strategy or

11    anyone else this the administration?

12           MR. CHO:  Object to the form.

13    Object on the grounds that the question seeks

14    information relating to internal governmental

15    deliberations.

16           I do want to note that this was a

17    transcript from another lawsuit where Neufeld

18    was a 30(b)(6) witness, a lawsuit that involved

19    other countries other than just Haiti.

20           But the witness may answer if you

21    are able to.

22           THE WITNESS:  To the best of my



Page 206

1    recollection, the only thing that was conveyed

2    to me was the need to do periodic review as

3    required by the statute and look at the

4    statutory requirements in advising the director

5    in the decision making process.

6              MR. CHRISTIAN:  One moment.

7              Can we -- we'd like to go to -- to

8    Exhibit 72 for a moment.

9              MR. CHO:  Are we done with 75?

10             MR. CHRISTIAN:  Yes.

11             MR. CHO:  All right.

12             THE WITNESS:  What was the exhibit

13   number?

14             MR. CHRISTIAN:  Exhibit No. 72.

15             MR. CHO:  This one.

16             BY MR. CHRISTIAN:

17   Q.    Okay.  If you'd turn to Page 9,

18   please.  The -- the bullet at the bottom of the

19   page, which reads:  "Reform or eliminate

20   immigration programs with notably high rates of

21   fraud and abuse."

22             And it mentions that among those is



Page 207

1    TPS.

2           So tell me about from where do you

3    -- how did you determine that that program has

4    a high rate of fraud and abuse?

5           MR. CHO:  Object to the form.  This

6    is a document that was put out by an

7    organization.

8           You can ask him questions about his

9    own -- what he knows personally.  But again,

10   this is a brochure that was submitted.  So I'm

11   not quite sure --

12          MR. CHRISTIAN:  Well, I believe --

13          MR. CHO:  -- what the question is

14   asking.

15          MR. CHRISTIAN:  -- Mr. Law testified

16   earlier that he actually reviewed this and

17   edited this before it was finalized.  So he had

18   a role in this production.

19          MR. CHO:  Okay.  Maybe -- perhaps

20   rephrase your question.  Object to the form.

21          BY MR. CHRISTIAN:

22     Q.    So what I'd like to know is, based



Page 208

1    upon your role in developing this -- this

2    document, what information did you find to

3    substantiate the idea that the TPS program has

4    a high rate of fraud and abuse?

5              MR. CHO:  Object to the form.

6              The witness can answer.

7              THE WITNESS:  I don't recall

8    anything specific.  And I don't recall being

9    the author of that particular bullet point.

10             BY MR. CHRISTIAN:

11        Q.    So you weren't the author, but you

12   were just the editor of that bullet point?

13             MR. CHO:  Object to the form.

14             THE WITNESS:  I would have reviewed

15   this before it was published, yes.

16             BY MR. CHRISTIAN:

17        Q.    And so as we look at that -- and

18   that's a -- that's -- you know, earlier when

19   the question came up what I meant by

20   priorities, the goal is to reform in -- in this

21   document to reform TPS or eliminate it.

22             When you -- since you started at the



Page 209

1    government at USCIS in October of 2017, have

2    you come across any expressions within the

3    government of a similar priority to reduce or

4    eliminate TPS?

5              MR. CHO:  Object to the form.

6    Mischaracterizes what was set forth in this

7    document.  Again, also objection on the grounds

8    that it seeks information relating to internal

9    governmental deliberations.

10             The witness may answer.

11             THE WITNESS:  Just to clarify.

12   Exhibit 72 are recommendations to congress.

13   The statute was created by congress.  So

14   congress is the proper channel to make any

15   amendments or eliminations of programs.  So

16   just to make sure we understand what the scope

17   of that document is, which is -- which is

18   different than doing something in the executive

19   branch.

20             BY MR. CHRISTIAN:

21   Q.   Good point.

22             So -- so let's -- let's turn then,



Page 210

1    now that you mention that, to -- to document --

2    Exhibit 97.  Because this one -- take a look at

3    it.

4              Now, let's look at the -- first of

5    all, this is for the -- am I correct that this

6    is for the presidential transition, Exhibit 97?

7         A.   Yes.  That's correct.

8         Q.   Okay.  So let's turn to Page 15, the

9    bottom of Page 15, going on to 16.

10             So this is not -- so just to be

11   clear, this document is not meant for congress

12   to enact legislation; this is meant for the

13   executive branch of government, correct?

14             MR. CHO:  Object to the form.

15             THE WITNESS:  This would appear to

16   be directed to the administration.  Although I

17   do believe there are points where it recommends

18   that the administration asks congress to do

19   something.

20             But the primary goal, as I recall,

21   was things that the executive branch could do.

22             BY MR. CHRISTIAN:



Page 211

1    Q.    Okay.  So let's look at the last

2  bullet on Page 15, starting with the second

3  sentence of that bullet:  "The secretary of

4  homeland security must revoke TPS for any

5  country that has received more than two

6  renewals."

7          Did I read that sentence correctly?

8          MR. CHO:  Object to the form.  The

9  document speaks for itself.

10          I think we covered this already this

11  morning.

12          MR. CHRISTIAN:  Right.  But we

13  covered it, and we didn't get a straight -- we

14  didn't make the quite distinction between

15  congress and the -- and the administration.

16          So Mr. Law made a point where he

17  made a clear distinction.  And so I would like

18  to -- to follow up on that at this point in

19  time.

20          BY MR. CHRISTIAN:

21    Q.    And so -- so this -- this is a

22  priority from the perspective of FAIR for the



Page 212

1    new administration; is that correct?

2              MR. CHO:  Object to the form.

3              THE WITNESS:  Yes.

4              BY MR. CHRISTIAN:

5         Q.    During your time since you started

6    at USCIS, have you found -- have any priorities

7    restricting the number of renewals of TPS been

8    discussed with you?

9              MR. CHO:  Object to the form.

10   Object on the grounds that it seeks information

11   relating to internal governmental

12   deliberations.

13             To the extent the question is

14   involving something raised in Exhibit 97, the

15   witness may testify to that.

16             You can -- you can answer the

17   question if you can.

18             THE WITNESS:  No.  I don't recall

19   any specific conversations about a numerical

20   limit.

21             BY MR. CHRISTIAN:

22        Q.    How about discussions about other



Page 213

1     types of limits, nonnumerical?

2              MR. CHO:  Object to the form.

3     Object on the grounds that it seeks information

4     relating to internal governmental

5     deliberations.

6              But the witness may answer.

7              THE WITNESS:  Do you mean

8     nonnumerical -- are you talking about TPS still

9     or...

10             BY MR. CHRISTIAN:

11      Q.    Yes.  TPS.  I'm sorry.

12             Yes.  TPS.  Something other than num

13    -- other than a hard number, say two.

14             MR. CHO:  Same objection.  And

15    object on the grounds that it seeks information

16    relating to internal governmental

17    deliberations, not limited to Haiti as well.

18             The witness may answer.

19             THE WITNESS:  From my recollection,

20    every conversation about TPS has been reviewing

21    the country conditions in the periodic fashion

22    that's required and doing the necessary



MAGNA ▶
LEGAL SERVICES

Page 214

1    analysis and making the determinations.

2            BY MR. CHRISTIAN:

3        Q.    Since you've been at USCIS, have you

4    been in communications at all with FAIR about

5    policy matters?

6            MR. CHO:  Object to the form.

7            The witness may answer.

8            THE WITNESS:  Could you clarify what

9    you mean by "policy matters"?

10           BY MR. CHRISTIAN:

11       Q.    About TPS.  About ways to reform or

12   change TPS.

13           MR. CHO:  Object to the form.

14           THE WITNESS:  I have not had any

15   conversations with FAIR about TPS since joining

16   the administration.

17           BY MR. CHRISTIAN:

18       Q.    Any communications with the Center

19   For Immigration Studies since you joined the

20   administration?

21           MR. CHO:  Object to the form.

22           THE WITNESS:  Do you mean in general



1    or about TPS?

2              BY MR. CHRISTIAN:

3    Q.     About TPS?

4              MR. CHO:  Same objection.

5              THE WITNESS:  I do not recall having

6    any conversations about TPS with anyone from

7    the Center For Immigration studies since

8    joining USCIS.

9              BY MR. CHRISTIAN:

10   Q.     With NumbersUSA?

11             MR. CHO:  Object to the form.

12             THE WITNESS:  And we're still

13   talking about --

14             BY MR. CHRISTIAN:

15   Q.     About TPS, yes.

16   A.     I do not recall having specific

17   conversations with anyone from NumbersUSA about

18   TPS since joining USCIS.

19   Q.     Who is Mark Krikorian?

20   A.     He's the executive director of the

21   Center For Immigration Studies.

22   Q.     Have you had communications with him



Page 216

1     since you've been at USCIS?

2              MR. CHO:  Object to the form.

3              THE WITNESS:  About TPS?

4              BY MR. CHRISTIAN:

5     Q.    Oh, I'm sorry.

6              Ill ask broadly.  In general.

7              MR. CHO:  Object to the form.

8              THE WITNESS:  Yes.  I've had

9     conversations with Mark Krikorian since joining

10    USCIS.

11             BY MR. CHRISTIAN:

12    Q.    About immigration policy?

13             MR. CHO:  Object to the form.

14             THE WITNESS:  What to you mean by

15    "immigration policy"?

16             BY MR. CHRISTIAN:

17    Q.    About any actions that the

18    administration might take in relation to

19    immigration.

20             MR. CHO:  Object to the form.

21             THE WITNESS:  Yes.  I believe so.

22             BY MR. CHRISTIAN:



Page 217

1     Q.    And so I'm going to back up now.

2           So during your time at USCIS, have

3     you had communications with NumbersUSA about

4     any immigration policy or actions?

5           MR. CHO:  Object to the form.

6           THE WITNESS:  I -- yes.  I believe I

7     have.

8           BY MR. CHRISTIAN:

9     Q.    And since you've been at USCIS, have

10    you had communications USCI -- with FAIR,

11    rather, about any policy or actions with

12    respect to immigration?

13          MR. CHO:  Object to the form.

14          THE WITNESS:  Yes.  I believe I

15    have.

16          BY MR. CHRISTIAN:

17    Q.    How many communications or meetings

18    would you say you've had with representatives

19    of FAIR about immigration since you've been at

20    USCIS?

21          MR. CHO:  Object to the form.

22    Mischaracterizes his prior testimony.



Page 218

1          You may answer.

2          THE WITNESS:  I don't believe I've

3  had any meetings.  I may have had the

4  occasional interaction, a handful.  Very few.

5          BY MR. CHRISTIAN:

6      Q.    And with Center For Immigration

7  Studies, how many meetings or communications

8  about immigration policy or interaction?

9          MR. CHO:  Object to the form.

10          THE WITNESS:  Similar.  A handful of

11  times.

12          BY MR. CHRISTIAN:

13      Q.    And with NumbersUSA, same question?

14          MR. CHO:  Same objection.

15          THE WITNESS:  Same response.

16          BY MR. CHRISTIAN:

17      Q.    Now, who's David North?

18      A.    David North, I believe his title is

19  senior fellow.  He works at Center For

20  Immigration Studies.

21      Q.    And would some of those

22  communications with Center For Immigration



Page 219

1    Studies have been with Mr. North?

2         A.    I did attend a meeting that he

3    had -- that he was present at, yes.

4              MR. CHRISTIAN:  So what I'd like to

5    do here is get back to what -- we were having a

6    -- had a few questions about -- about Haiti and

7    I believe Nicaragua moments ago.

8              And so -- okay.  So let's get the

9    two exhibits together here.

10             So we all -- have the one for

11   Nicaragua.  That's...

12             Okay.  So I have given you -- do you

13   have Exhibit 90?

14             MR. CHO:  Yes, we do.

15             MR. CHRISTIAN:  Okay.  So Exhibit

16   90.  And then we would like to -- we're going

17   to provide for you Exhibit No. 92.

18             (Deposition Exhibit 92 was marked

19   for identification.)

20             BY MR. CHRISTIAN:

21        Q.    Okay.  So do you recognize Exhibit

22   No. 92?



Page 220

1     A.    Yes, I do.

2     Q.    And what is that?

3     A.    It's the Federal Register notice

4  announcing the termination of TPS for Haiti.

5     Q.    All right.  Okay.  So if you turn to

6  Page 59637 of Exhibit 90 -- is that right?

7  Yes -- and Page 2650 of 92.  Right.

8          And so we're going to start looking

9  at -- at Nicaragua.  There is a question in the

10  second column:  "Why is the secretary

11  terminating TPS designation for Nicaragua?"

12          Have you found that?

13     A.    Yes, I have.

14     Q.    Okay.  And on -- on the -- on

15  Exhibit 92 on that page where we have a similar

16  heading "Why is the secretary terminating TPS

17  designation for Haiti?"

18          Have you found that one?

19     A.    Yes.

20     Q.    Okay.  So as we look at -- right.

21          Take a moment to read that section

22  for Nicaragua, and then read the corresponding



Page 221

1    section for Haiti.

2              MR. CHO:  It might help you direct

3    him by asking him the question that you're

4    going to ask him after he reads it --

5              MR. CHRISTIAN:  Oh.

6              MR. CHO:  -- so he knows what he's

7    reading it for.

8              MR. CHRISTIAN:  Right.

9              So earlier we -- we reviewed an

10   e-mail -- I believe it was Exhibit No. 89 --

11   which talked about repurposing language from

12   Nicaragua to discuss Haiti.

13             And so what I want to ask him is

14   about similarities in language between these

15   two rationales, which are the --

16             BY MR. CHRISTIAN:

17   Q.    And I'll ask you.

18             The decision for Haiti was a

19   separate decision determination than the one

20   for Nicaragua, correct?

21   A.    Correct.

22   Q.    And so I just want to make sure I



Page 222

1    understand the -- the distinctions between the

2    analyses and the similarities between to the

3    extent you're familiar with them.

4            So --

5            MR. CHO:  So maybe ask him the

6    question.  Because the documents do speak for

7    themselves.  I mean --

8            MR. CHRISTIAN:  Yes.

9            MR. CHO:  -- you've pointed him --

10           MR. CHRISTIAN:  Yes, yes, yes.

11           MR. CHO:  -- to specific language --

12           MR. CHRISTIAN:  They do.

13           MR. CHO:  -- that you want him --

14           MR. CHRISTIAN:  Yes, yes.  They do.

15           MR. CHO:  -- to refer to.

16           MR. CHRISTIAN:  Okay.

17           BY MR. CHRISTIAN:

18    Q.    Looking at -- okay.

19           So in talking about terms of talking

20    about Nicaragua, it says:  "Nicaragua received

21    a significant amount of internal assistance,

22    aid to assist its Hurricane Mitch-related



Page 223

1    recovery efforts, and many reconstruction

2    projects have been completed.  Hundreds of

3    homes destroyed by the storm have been rebuilt.

4    The government of Nicaragua has been working to

5    improve access to remote communicates and has

6    built new roads in many of the areas affected

7    by Hurricane Mitch, including" paved -- "the

8    first paved roads to connect the Pacific side

9    of the country to the Caribbean coast, which is

10   nearly completed.  Access to drinking water and

11   sanitation have improved.  Electrification of

12   the" company has -- "country has increased from

13   50 of the country in 2007 to 90 percent day.

14   Nearly 1.5 million textbooks have been provided

15   to 225,000 primary students of the poorest

16   regions of the country.  Internet access is now

17   widely available."

18            And that's -- that's for -- for

19   Nicaragua.

20            In terms of talking about Haiti, the

21   language talks -- okay -- about successful

22   completion of a presidential election,



Page 224

1  earthquake destroying the infrastructure being

2  -- working to rebuild it, Supreme Court

3  reconstructed, a palace being...

4          Was the Nicaragua analysis used as a

5  template for Haiti?

6          MR. CHO:  Object to the form.

7  Object on the grounds that it seeks information

8  relating to internal government deliberations.

9          The witness may answer within the

10  confines of those objections.

11          THE WITNESS:  I would say no by just

12  my understanding of template because they were

13  designated under different prongs of the TPS

14  statue.  So the analysis was different.

15          BY MR. CHRISTIAN:

16      Q.   And so the similarities that were --

17  so the e-mail that -- or the -- the e-mail

18  which mentioned in -- in Exhibit 89 repurposing

19  the language --

20          MS. MURPHY:  Word for word.

21          MR. CHRISTIAN:  Yes.

22      Q.   Repurposing the language word for



Page 225

1    word did not indicate that it was used for a --

2    as a template for Haiti, Nicaragua, that is?

3              MR. CHO:  Object to the form.

4    Mischaracterizes prior testimony.

5              The witness can answer if you

6    understand the question.

7              THE WITNESS:  I'm going to have to

8    go back to look at that --

9              MR. CHRISTIAN:  Okay.  Let's look at

10   it now.

11             THE WITNESS:  -- exhibit.  Because

12   I'm pretty certain that wasn't an e-mail that I

13   had drafted.

14             MR. CHRISTIAN:  Okay.

15             THE WITNESS:  So I can't speculate

16   as to what somebody else was thinking.

17             MR. CHRISTIAN:  Sure.  This wasn't

18   -- you did not draft this one.

19             Second page of Exhibit 89.

20             THE WITNESS:  To the best of my

21   understanding of -- of your question, the --

22   the contents of -- of the e-mail, Exhibit 89,



Page 226

1    are -- are different materials --

2              MR. CHRISTIAN:  Uh-huh.

3              THE WITNESS:  -- than what we're

4    currently looking at as exhibits 90 and -- and

5    92.

6              The -- the e-mail that you reference

7    in Exhibit 89, those are, you know, what goes

8    on the web site and -- and things of that

9    nature.  So I don't know -- I don't believe

10   that that material was as detailed.

11             So again, I can't speculate as to

12   what this individual, you know, meant by that.

13   But those materials are not Federal Register

14   Notices.

15             BY MR. CHRISTIAN:

16      Q.     Okay.  So -- so --

17             MR. CHO:  Object to the form, if I

18   hadn't objected.

19             But go ahead.

20             BY MR. CHRISTIAN:

21      Q.     Based on your -- your experience in

22   the TPS process -- analysis process of -- of



Page 227

1    Haiti and other countries, what, if any,

2    information do you have about the -- using the

3    analysis for Nicaragua as a template for -- for

4    Haiti?

5              MR. CHO:  Object to the form.

6    Object on the grounds that it seeks, again,

7    information relating to internal government

8    deliberations.

9              The witness may answer.

10             THE WITNESS:  To the best of my

11   knowledge, there was no repurposing of the

12   analysis of one country for another country.

13             BY MR. CHRISTIAN:

14        Q.   And what if -- what in your -- what

15   if any information do you have about

16   repurposing of the explanation of the decision

17   from Nicaragua to explain Haiti?

18             MR. CHO:  Object to the form.  Again

19   object on the grounds that it again seeks

20   information relating to internal governmental

21   deliberations, but the witness can answer.

22             THE WITNESS:  I have no idea.  I



Page 228

1    would have to look at all these various public

2    communications materials to see the granularity

3    of what they were discussing.

4              MR. CHRISTIAN:  Well, I think now

5    maybe would be a good time to take a break.

6              MR. CHO:  Okay.  All right.

7              THE VIDEOGRAPHER:  Going off the

8    record at 3:02.

9              (A short recess was taken.)

10             THE VIDEOGRAPHER:  We are back on

11   the record at 3:17.

12             BY MR. CHRISTIAN:

13   Q.    Mr. Law, we're now coming back from

14   break, and, you know, you are still under oath.

15             Are you ready to continue?

16   A.    Yes.

17   Q.    Thank you.  So I would like to talk

18   a little bit more about FAIR.

19             During the course of your time

20   there, you may have heard that not everyone has

21   a very positive view of the organization, let's

22   just say.



Page 229

1          Are you familiar with the fact that

2     the Southern Poverty Law Center has designated

3     FAIR as an extremist group?

4          MR. CHO:  Object to the form.

5          You can answer.

6          THE WITNESS:  I'm aware of the SPLC

7     smear against FAIR, yes.

8          BY MR. CHRISTIAN:

9     Q.    And so what I'm going to do is

10    provide for you Exhibit 73.

11          (Deposition Exhibit 73 was marked

12    for identification.)

13          BY MR. CHRISTIAN:

14    Q.    So have you ever seen this document

15    that I've provided to you, Exhibit 73?

16          So you looked up -- for the record,

17    you looked up -- are you familiar with this

18    document at all, Exhibit 73?

19    A.    I have seen some iteration of this

20    at some point in time.

21    Q.    What I would like to do is, we're

22    not going to go through the entire document,



Page 230

1    but I would like you to turn to the -- what

2    would be the second page of Exhibit 73, and I

3    believe earlier you testified that Mr. John

4    Tanton was a founder of FAIR?

5        A.    I believe I said he is at least one

6    of the founders.  I don't know if he was the

7    only or if there's others.

8        Q.    And so I'm going to go through,

9    below the heading, in his own words.  There are

10   a few different quotes attributed to Mr.

11   Tanton.

12           I'm going to read the first one,

13   which is:  "As whites see their power control

14   over their lives declining, will they simply go

15   quietly into the night or will there be an

16   explosion."

17           Are you familiar with that

18   quotation?

19           MR. CHO:  Object to the form.  The

20   document speaks for itself.

21           You can answer.

22           THE WITNESS:  To the extent that



Page 231

```
 1   it's been included in this type of material,

 2   yes, I have never seen the larger context that

 3   it was written in.

 4             BY MR. CHRISTIAN:

 5      Q.    Were you familiar with that

 6   quotation when you began your time at FAIR?

 7      A.    That specific, no, I was aware of

 8   the SPLC smear but I was not aware of this

 9   specific quote.

10      Q.    So at the time you began working

11   with FAIR, you were aware that that were

12   certain quotations attributed to Mr. Tanton?

13             MR. CHO:  Object to the form.

14   Mischaracterizes prior testimony.

15             The witness may answer.

16             THE WITNESS:  No, I wasn't aware of

17   quotations.  I said I was aware of the SPLC

18   smear against the organization.

19             BY MR. CHRISTIAN:

20      Q.    Okay, so what I'll do is, I will

21   make sure I understand.  When you say SPLC

22   smear, what are you saying?  I want to make
```



Page 232

1     sure I understand what you mean when you say

2     smear.

3              MR. CHO:  Object to the form.

4              You may answer.

5              THE WITNESS:  The unfounded

6     designation that has been labeled unilaterally

7     by SPLC against FAIR and other organizations.

8              BY MR. CHRISTIAN:

9     Q.    Okay.  So the quotation I read to

10    you moments ago about -- that have been

11    attributed to Mr. Tanton, and you did say that

12    you haven't seen the context in which this was

13    -- in which this may have been taken.

14             Do you have any thoughts about that

15    quotation mark when you read it, when you hear

16    it, when you read it?  Do you have an opinion

17    about it?

18             MR. CHO:  Objection to form.  He is

19    not here as an expert witness.  He is here as a

20    fact witness to testify to work he did at USCIS

21    starting October 2017.

22             The witness may answer the question



Page 233

```
 1   but I'm not sure where this line of inquiry is

 2   going.

 3            You can answer if you can.

 4            THE WITNESS:  What I can say is that

 5   a statement like that, again, without the

 6   absence of larger context is not reflective of

 7   my thoughts and it's not reflective of anything

 8   that is publicly posted on FAIR's website as to

 9   what they advocate for in our immigration

10   debate.

11            BY MR. CHRISTIAN:

12       Q.   And you -- without me having to read

13   all these quotes, there are other quotes

14   beneath that in its own words and above

15   background, have you had a chance to like at

16   them during the course of reviewing the

17   document during this session?

18       A.   I'm currently looking at them, yes.

19       Q.   I will give you a moment to look at

20   them.

21            So now you've looked up, which I am

22   interpreting as you finished taking a look at
```



Page 234

1    the statements.

2              So whether taken out of context or

3    not, during the course of your time with FAIR,

4    did you come across colleagues espousing these

5    types of beliefs in the workplace?

6              MR. CHO:  Object to the form.

7              MR. CHRISTIAN:  I can be more

8    specific if you would like.  I can read

9    specific quotes and whatnot if you prefer.

10             MR. CHO:  Well, these are not quotes

11   that this witness has made.

12             MR. CHRISTIAN:  Absolutely.

13   Absolutely.  I have follow-up questions.  You

14   will understand where I am heading.

15             MR. CHO:  So perhaps you can ask

16   more specific questions as opposed to these

17   broad questions about what his other co-workers

18   said where he worked at before.

19             BY MR. CHRISTIAN:

20        Q.   When you were at FAIR, did you have

21   an understanding that FAIR's mission in any way

22   involved promotion of one race over the other



Page 235

1    in terms of United States population?

2              MR. CHO:  Objection to form.

3              You can answer if you can.

4              THE WITNESS:  Absolutely not.

5              BY MR. CHRISTIAN:

6         Q.    Did people discuss some of the views

7    allegedly expressed by Mr. Tanton, such as the

8    ones listed here, during your time at FAIR?

9              MR. CHO:  Objection to form.  Vague.

10             You can answer if you can.

11             THE WITNESS:  Can you be more

12   specific --

13             BY MR. CHRISTIAN:

14        Q.    Yeah.  Okay.

15        A.    -- about discussing?

16        Q.    Sure.  So I'm going to just go -- so

17   one of the quotes here is:  "Do we leave it to

18   individuals to decide that they are the

19   intelligent ones who should have more kids and

20   more troublesome, what about the less

21   intelligent who logically should have less.

22   Who is going to break the bad news" and in



Page 236

1    brackets "to let them tell the individuals and

2    how will it be implemented."

3              Did you hear anyone espousing

4    beliefs that FAIR had a mission to promote

5    certain groups of people to reproduce and

6    others not to reproduce?

7              MR. CHO:  Objection to form.

8              This goes far afield from Haiti TPS,

9    but you can answer if you can.

10             THE WITNESS:  No, I never heard such

11   considerations.

12             BY MR. CHRISTIAN:

13   Q.    And if you had heard such

14   conversations during the course of your time at

15   FAIR, might it have affected your interest in

16   being an employee there?

17             MR. CHO:  Object to the form.  Calls

18   for speculation.  He testified he did not hear

19   such comments being made.

20             The witness may answer.

21             THE WITNESS:  It's a hypothetical

22   scenario because I didn't hear it, but I have



Page 237

1    trouble with those types of comments being

2    made.

3              BY MR. CHRISTIAN:

4         Q.    Fair enough.  I'm not going to -- I

5    will not belabor the point.

6              So when it came time when you were

7    interviewing for the job at USCIS, did anyone

8    ask you about your affiliation with FAIR,

9    express any concerns?

10             MR. CHO:  Object to the form.

11             THE WITNESS:  I was asked, of

12   course, about my affiliation with FAIR because

13   that was my present employer at the time.

14             BY MR. CHRISTIAN:

15        Q.    Okay.  Did anyone express any

16   concern about the views of FAIR during your

17   interview process?

18             MR. CHO:  Object to the form.

19             THE WITNESS:  No.

20             MR. CHRISTIAN:  One moment.  I want

21   to take just a quick five-minute break to

22   discuss.



Page 238

1          MR. CHO:  Sure.  Take your time.

2          MR. CHRISTIAN:  All right?

3    Appreciate it.

4          THE VIDEOGRAPHER:  We are going off

5    the record at 3:29.

6          (A short recess was taken.)

7          THE VIDEOGRAPHER:  We are back on

8    the record at 3:31.

9          MR. CHRISTIAN:  Mr. Law, we have

10   obviously been here several hours today and

11   talked about a lot of different topics.

12          Is there anything that you would

13   like to add to anything we have asked you

14   today, any other information you recall that

15   you couldn't recall earlier that has come to

16   mind during the course of today?

17          MR. CHO:  Object to the form.

18          THE WITNESS:  It's a little

19   open-ended.  I think I have given you my

20   answers to the best of my ability to recall.

21          BY MR. CHRISTIAN:

22     Q.    And when I asked the question, I am



1    really referring to -- I believe there was a

2    name earlier you didn't remember the last name,

3    and so later on, it came to you.

4              Is there anything you have testified

5    to that you -- that it dawned on you later on,

6    something may have been left out that came to

7    you or something may have been not quite

8    accurate, you know, I am just giving you the

9    opportunity if anything such as that came

10   across your mind to express it now, so I take

11   it your answer is no to that question?

12             MR. CHO:  Object to the form.

13             THE WITNESS:  Nothing comes to mind.

14   I don't think so.

15             MR. CHRISTIAN:  Okay.  Thank you for

16   your time.  I know this isn't the number one

17   thing people want to do, but I appreciate you

18   being here today.

19             MR. CHO:  All right.  Just for the

20   record, there were a number of objections

21   raised during the course of the deposition

22   today.  The judge is available by phone to the



Page 240

1   extent counsel believes that a ruling needs to

2   be made on any of these objections at this

3   time.

4           MR. CHRISTIAN:  I don't believe so.

5           MR. CHO:  Given that, we will read

6   and sign the transcript.  All right.  Thank

7   you.

8           THE VIDEOGRAPHER:  The deposition is

9   concluded.

10          We are going off the record at 3:32.

11          (Whereupon, the proceeding was

12   concluded at 3:32 p.m.)

13

14

15

16

17

18

19

20

21

22



Page 241

1   DEPOSITION ERRATA SHEET

2   Our Assignment No. 450079

3   Case Caption:  Saget

4   vs. Trump

5

6       DECLARATION UNDER PENALTY OF PERJURY

7   I declare under penalty of perjury that I have

8   read the entire transcript of my Deposition

9   taken in the captioned matter or the same has

10  been read to me, and the same is true and

11  accurate, save and except for changes and/or

12  corrections, if any, as indicated by me on the

13  DEPOSITION ERRATA SHEET hereof, with the

14  understanding that I offer these changes as if

15  still under oath.

16

17  Signed on the_____day of _____,

18  2018.

19  _____

20    Robert Law

21

22



Page 242

1                    DEPOSITION ERRATA SHEET

2       Page No._____ Line No._____ Change to:_____

3       _____

4       Reason for change:_____

5       Page No._____ Line No._____ Change to:_____

6       _____

7       Reason for change:_____

8       Page No._____ Line No._____ Change to:_____

9       _____

10      Reason for change:_____

11      Page No._____ Line No._____ Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____ Line No._____ Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____ Line No._____ Change to:_____

18      _____

19      Reason for change:_____

20

21      SIGNATURE_____DATE:_____

22              Robert Law



Page 243

1              DEPOSITION ERRATA SHEET

2      Page No._____ Line No._____ Change to:_____

3      _____

4      Reason for change:_____

5      Page No._____ Line No._____ Change to:_____

6      _____

7      Reason for change:_____

8      Page No._____ Line No._____ Change to:_____

9      _____

10     Reason for change:_____

11     Page No._____ Line No._____ Change to:_____

12     _____

13     Reason for change:_____

14     Page No._____ Line No._____ Change to:_____

15     _____

16     Reason for change:_____

17     Page No._____ Line No._____ Change to:_____

18     _____

19     Reason for change:_____

20

21     SIGNATURE:_____DATE_____

22            Robert Law



Page 244

```
1              CERTIFICATE OF NOTARY PUBLIC

2              I, Bonnie L. Russo, the officer before

3      whom the foregoing deposition was taken, do

4      hereby certify that the witness whose testimony

5      appears in the foregoing deposition was duly

6      sworn by me; that the testimony of said witness

7      was taken by me in shorthand and thereafter

8      reduced to computerized transcription under my

9      direction; that said deposition is a true

10     record of the testimony given by said witness;

11     that I am neither counsel for, related to, nor

12     employed by any of the parties to the action in

13     which this deposition was taken; and further,

14     that I am not a relative or employee of any

15     attorney or counsel employed by the parties

16     hereto, nor financially or otherwise interested

17     in the outcome of the action.

18                     _____

19                     Notary Public in and for

20                      the District of Columbia

21

22     My Commission expires:  June 30, 2020
```



## A

**abbreviation**
201:15
**ability** 112:8 150:3
238:20
**able** 125:11 127:1
130:8 146:16
205:21
**absence** 233:6
**absolute** 54:22
**Absolutely** 28:7
41:20 42:5 46:19
58:14 130:19
131:1 197:9
234:12,13 235:4
**abuse** 34:5 206:21
207:4 208:4
**academic** 16:6
**accepted** 23:18
**access** 35:17 223:5
223:10,16
**accurate** 12:3,5,12
12:17 33:17 71:6
86:7 239:8 241:11
**accurately** 27:14
105:12 117:10,12
121:2
**Act** 21:12 47:3,14
47:14 48:3 52:8
54:10 62:5,20
68:11 69:6,12
72:3,7 74:13,20
75:21 81:10,15
92:21 116:13
170:4,21
**acting** 76:11 84:14
84:15 85:4,17
126:21 166:18
179:7 193:15
**action** 244:12,17
**actions** 216:17
217:4,11
**actual** 64:7,10 65:5
161:11
**adapt** 150:3

**add** 11:16 238:13
**addition** 12:1 94:3
94:6 168:5
**additional** 11:13
117:8 136:2
163:12 168:7
**adequately** 95:18
149:7
**administration**
47:1 49:20 50:6
59:5,6 86:9 198:3
198:14,16 199:6
199:11 204:9
205:11 210:16,18
211:15 212:1
214:16,20 216:18
**administration's**
197:16 205:3,9
**advance** 120:6
**advantage** 24:21
**advice** 70:13 78:10
**advising** 206:4
**advisor** 44:20,22
86:7 163:16
**advisories** 167:6
**advocacy** 63:21
**advocate** 204:4
233:9
**advocated** 63:16
**advocating** 24:14
**affairs** 99:12
122:21 192:16
193:22
**affiliation** 237:8,12
**afield** 236:8
**afternoon** 145:20
145:21
**agencies** 81:21
**agency** 58:11 85:8
120:8 153:1
**agenda** 4:10 27:22
28:18 29:1 35:16
35:20 39:10
203:16,20
**ago** 24:4 76:21
219:7 232:10

**agree** 11:21
**agreed** 123:8
127:15
**ahead** 140:22 164:8
183:3 226:19
**aid** 106:2 112:22
222:22
**al** 1:4,6 7:5
**alcohol** 12:22
**aliens** 30:21 31:10
38:18 95:19 139:8
**allegedly** 235:7
**Allen** 99:9,11
122:15
**Allen's** 99:14
**allow** 11:19 100:3
163:3
**ambiguous** 47:16
152:4
**amending** 69:18
**amendments** 63:14
63:22 69:2 209:15
**American** 4:11
21:22 23:3 181:12
**amount** 106:1
222:21
**analyses** 187:19
222:2
**analysis** 22:20
84:11 137:12,15
167:8 170:6
171:11 172:13
187:2,5 188:1
204:8 214:1 224:4
224:14 226:22
227:3,12
**Anderson** 77:10
101:17 117:21
124:12
**Anderson's** 77:13
**and/or** 241:11
**Ann** 18:19,22
**announced** 52:4
**announcing** 189:17
220:4
**annually** 37:15

**answer** 11:4,5,11
11:20 12:3,5,7,11
12:12 13:2,10
21:9 25:16 29:10
29:16 31:8 32:2
35:7 36:20 37:19
40:3,20 43:17
44:5,17 46:1 47:6
47:17 48:7 49:3,9
50:1,12 51:15
52:2 53:15 57:3
57:17 61:20 62:16
72:11 73:7 74:5
75:3 77:7 78:4
80:1,12 81:18
83:15 84:5 85:2
85:19 86:22 87:11
89:5,20 91:9,22
92:9 93:3 94:1,15
95:5 96:9 98:11
100:4 103:1,21
107:1 108:3
109:12 110:12
111:17 112:18
113:11 114:2,19
115:13 116:2,17
119:3 120:2
121:10 122:8
123:11 124:9
125:10 126:7
127:18 128:6,19
129:18 130:7
131:7 135:19
136:16 137:9,20
141:21 142:15
143:8,18 144:18
151:10 152:8
153:3,18 154:14
155:14 156:6
157:1 159:3
160:10 161:1,9
163:4 164:8,16
166:14 167:14
168:3,20 169:18
170:11 171:2,17
172:19 173:21

174:15 176:16
177:12 179:4,17
180:8,17 181:6,20
183:22 184:2,15
186:8 187:12
188:13 189:14
190:5 193:13
194:7,22 195:8,22
197:22 198:11,21
199:12 200:7
201:2 203:5,14
205:5,20 208:6
209:10 212:16
213:6,18 214:7
218:1 224:9 225:5
227:9,21 229:5
230:21 231:15
232:4,22 233:3
235:3,10 236:9,20
239:11
**answered** 11:17,18
24:3 103:8 135:18
154:11
**answering** 12:9
**answers** 12:18
238:20
**antitrust** 21:11
**anybody** 49:18
169:22
**apologize** 28:10
37:8
**apparatus** 162:5
**apparently** 119:18
**appear** 31:10 72:15
97:4 98:20 140:13
181:11 210:15
**APPEARANCES**
3:1
**appears** 41:13
81:19 92:11 97:2
104:8 117:17
119:1 126:14
128:10 141:2
153:5 163:8 176:9
177:13 181:5
184:13 191:20



244:5
applicable 133:21
applicants 36:9
applied 23:1,8
57:18
apply 22:6
applying 22:14
23:6,7
appreciate 41:21
145:10 203:8
238:3 239:17
appropriate 78:7
81:21 151:17
153:9 203:21
appropriately
110:1
approve 29:14,19
120:8
approved 186:21
approximately
26:17
April 129:2
Arbor 18:19,22
area 95:12,16
areas 34:19 35:16
62:12 123:8 141:4
223:6
armed 91:1,12,16
92:1
arranged 19:5
article 16:6 161:21
articles 182:9
aside 48:10
asked 27:4 33:1
46:13 56:19 72:2
76:21 88:20 103:7
135:18 145:4
154:11 169:22
237:11 238:13,22
asking 48:11 61:8
72:19 81:3 138:15
139:12 144:13
172:4 181:15
205:7 207:14
221:3
asks 192:19 199:8

210:18
Assignment 241:2
assist 22:19 222:22
assistance 222:21
assistant 163:18
associate 201:12
assume 21:5 23:14
23:15
assuming 41:14
asylum 33:14 34:6
Atkins 122:16
attached 38:8
96:22 113:15
117:6 120:21
Attachment 6:7
attend 18:4 180:11
180:13 219:2
attention 48:15
99:18 118:15
121:21 130:12
153:12 162:17
173:4 175:2
attorney 10:18 11:1
11:6 21:2,20
22:18 44:10,19
62:18 244:15
attorneys 19:10
Attorney's 3:9 8:10
attorney-client
21:6,8
attributed 60:22
230:10 231:12
232:11
author 61:2 208:9
208:11
authored 60:22
authority 120:10
authorized 32:18
authors 39:8
auto 126:9
automatic 125:21
automatically
124:20
available 25:6
40:22 116:7
223:17 239:22

avenues 47:8
169:20
average 98:5
aware 179:20
182:18 196:5
229:6 231:7,8,11
231:16,17
A-T-K-I-N-S
122:17
a.m 1:14 129:3
176:1,8 178:3

### B

B 133:18 182:16,22
bachelor's 14:10
back 20:13 37:3
39:1,15,17 45:10
48:21 59:1 68:4
80:15 94:4 107:10
108:4,10 109:14
112:8 116:22
117:2,9 134:13
135:10 145:17
150:17 153:12
156:11 159:15
167:1 191:13
217:1 219:5 225:8
228:10,13 238:7
backdrop 150:9
background 5:9
9:8 14:9 36:8
61:13 169:2,9,10
172:1 233:15
bad 235:22
balance 151:14
bank 57:19
bar 18:17,18 20:7
Barsa 49:13
based 32:2,3 40:14
43:1 44:9 61:14
72:22 83:6 87:2,3
88:18,19 89:4,14
89:20 90:10,12,20
98:2 102:4 108:6
109:12 111:17
113:11 117:19

121:12 124:9
127:17 128:1,14
128:19 133:16
134:5 135:11
137:2 144:18
151:20 154:14
155:14 157:1
166:15 170:3,9
174:15 187:1,12
193:19 195:22
197:14,22 198:7
207:22 226:21
basic 92:4
basically 11:3 27:8
27:9 43:1 61:7
65:4 102:9 125:1
134:12
basis 31:5,9 92:2
93:6,9,14 199:8
Bates 133:11 139:4
162:22
Bates-numbered
122:5 127:8
146:11 173:17
191:22
bearings 33:21
becoming 56:21
began 67:1 84:13
195:10 231:6,10
beginning 101:10
behalf 2:18 3:2,7
8:6,8,10,13,16
70:15 159:14
belabor 237:5
beliefs 234:5 236:4
believe 26:11 30:2
31:21 34:9 35:8
39:14 41:3 42:1
49:16 60:20 64:12
70:8 74:6 75:14
80:19 86:12 96:2
97:7,7,18,21
99:11 120:17
122:18 126:14
127:11 129:11
132:7 136:9

150:21 153:13
156:7,10,12 157:4
159:6 179:18
182:8 185:14
196:4 207:12
210:17 216:21
217:6,14 218:2,18
219:7 221:10
226:9 230:3,5
239:1 240:4
believes 37:13
198:3 240:1
beneath 233:14
beneficiaries 87:5
benefits 35:17 36:8
58:11
best 27:18 74:8
78:5,16 79:4 80:2
84:6 87:12 98:12
103:2 109:13
111:19 114:20
116:3,18 120:3
126:9 128:8 166:3
178:14 179:1,5
185:9 198:21
200:7 201:2,4
205:22 225:20
227:10 238:20
better 70:10
beyond 124:7 130:5
188:11 189:12
be92 133:12
bills 63:15 64:6
bit 30:2 139:17
146:2 152:2
155:22 168:10
228:18
blank 107:7 108:9
blue 119:14
board 15:22 16:2,8
133:6
bolster 165:8,17,17
Bonnie 1:17 8:1
244:2
botched 178:3
bottom 38:10 140:2



202:2,4 206:18
210:9
**boxes** 117:8
**bracket** 159:19
202:12
**bracketed** 200:22
**brackets** 236:1
**Bradley** 119:17
**branch** 3:15 8:13
53:19 209:19
210:13,21
**Brandon** 77:10
78:6 79:5 97:8,20
101:14 107:4
108:5,21 123:19
128:9 178:4
**Brandon's** 109:14
**break** 10:17,21
67:20 131:15,16
145:2 152:11
196:14 199:18
228:5,14 235:22
237:21
**breaks** 17:3
**brief** 126:18
**briefed** 198:15
**briefing** 179:6
**broad** 21:7 234:17
**broader** 162:4
**broadly** 138:21
216:6
**brochure** 207:10
**Brooklyn** 3:11
**Brown** 2:5 3:3 7:20
**built** 223:6
**bullet** 30:4,5,11,16
33:18,22 34:3,14
35:22 36:5 37:7
37:11,12,12 38:13
38:16 193:3
206:18 208:9,12
211:2,3
**bullets** 37:5,5
**business** 12:19
**B-A-R-S-A** 49:16
**B1** 134:3

**B2** 134:3
**B3** 134:3

---
**C**
---

**C** 4:1 7:1
**CACI** 23:11,17,19
**Cadman** 3:10
**call** 33:2 57:7,9,13
57:21 203:21
**calling** 35:9
**calls** 32:22 33:3
40:18 44:3,15
46:8 47:4 81:11
83:13 84:1,18
85:12 91:8,20
92:7 93:1 98:8
102:11 113:9
118:1 125:9
129:17 136:14
137:6 141:19
143:4 161:8
171:13 172:16
179:3 180:4,15
197:20 236:17
**candidate** 23:2
**capacity** 44:19 51:6
51:7 56:13 62:17
63:9 162:3
**Capitol** 48:17
**Caption** 241:3
**captioned** 241:9
**career** 27:15 67:11
77:8 99:11
**careful** 21:7
**Caribbean** 223:9
**case** 1:3 13:18
86:20 166:18
177:16 191:2
241:3
**catchall** 95:6
**Catholic** 15:7,14
16:11,13,16 17:9
**cause** 63:5
**caused** 164:1,14
**caveat** 96:9 123:10
146:15 181:19

203:4
**caveats** 86:21 119:3
127:17 153:2
**Center** 129:10
214:18 215:7,21
218:6,19,22 229:2
**centers** 201:13
**Central** 181:11
**certain** 54:15 63:16
180:19 186:11
192:12 202:13
225:12 231:12
236:5
**certainly** 21:5
58:10 72:18 111:3
142:10 197:3
**CERTIFICATE**
244:1
**certify** 244:4
**cetera** 24:9 34:7
167:9
**chain** 4:17,19,21
5:2,12,14,19 6:2,6
101:9,11 102:6,7
104:1 113:14
120:17
**Chairman** 177:15
**chance** 38:11 96:13
100:8 117:4 119:6
119:8 122:12
127:21 131:10
147:3 148:20
174:2 182:2
184:17 192:6
233:15
**change** 47:8 106:7
183:7 214:12
242:2,4,5,7,8,10
242:11,13,14,16
242:17,19 243:2,4
243:5,7,8,10,11
243:13,14,16,17
243:19
**changed** 77:15,22
**changes** 45:3 69:6
69:12 129:13,22

241:11,14
**channel** 209:14
**characterize**
150:18
**characterized**
150:14
**characters** 59:18
**charge** 67:12
**charities** 106:2
112:14
**charity** 106:3
**chart** 97:6,10,22
**checks** 36:8 61:13
**chief** 129:7 202:9
202:16 205:5,10
**Cho** 3:8 8:9,9 13:9
21:4 25:15 28:4
29:9,15 30:9 31:7
32:20 33:5 34:22
35:5,18,21 36:14
36:19 37:6,18
38:7 40:2,11,18
41:10 42:1,7,14
42:19 43:7 44:2
44:13 45:4,21
46:8,13,17 47:4
47:15 48:4,9 49:2
49:8,22 50:7,11
50:19 51:2,14,20
52:2,9,14,20 53:3
53:9,14 54:6,11
54:17 55:2,10,14
55:21 56:17 57:2
57:16 58:3,9,19
59:7 60:4,13,19
61:19 62:6,15
63:7,18 64:5,11
64:17 65:13 66:3
66:16 67:2,9,18
67:22 68:12 69:7
69:13 70:19 71:4
71:12,19 72:8
73:3 74:1,14,21
75:13,18,22 76:6
76:9,17 77:5 78:3
78:15 79:3,19

80:9,20,22 81:11
81:16 83:2,11,22
84:18,21 85:11
86:3,16 87:8
88:14,22 89:16
90:13 91:4,7,20
92:7 93:1,11,18
93:21 94:13 95:3
96:6,15 97:11
98:6 99:22 101:21
102:11,18,22
103:7,13,20 104:7
104:13,21 106:19
107:20 109:8
110:7,22 111:14
112:15 113:8,21
114:16 115:10,20
116:14 117:15
118:1,19 120:1
121:6 122:3 123:1
123:17 124:4
125:6,16 126:4
127:7 128:3,16
129:14 130:2,16
130:21 131:2,20
132:6,16 133:1,4
134:9,17 135:17
136:14 137:6,16
138:7,17 139:16
139:21 140:1,4,10
140:17 141:16
142:6 143:1,15
144:3,10 145:3,12
146:9 151:1,4
152:1,4,17 153:14
154:10 155:10
156:4,19 158:2,7
158:20 159:17
160:1,5,21 161:7
161:16 162:21
164:3,15 165:19
166:10 167:12,21
168:16 169:14
170:7,22 171:12
172:14 173:15
174:12 175:6



176:13 177:11
178:12,17 179:2
179:14 180:4,15
181:3 183:2,9,21
184:2,11 186:7
187:9 188:4,8
189:11 190:2,18
191:10,19 193:9
194:3,21 195:7,19
196:12,19,21
197:7,10,17 198:9
198:17 199:7,22
200:18 202:11,22
203:13 204:1,11
205:12 206:9,11
206:15 207:5,13
207:19 208:5,13
209:5 210:14
211:8 212:2,9
213:2,14 214:6,13
214:21 215:4,11
216:2,7,13,20
217:5,13,21 218:9
218:14 219:14
221:2,6 222:5,9
222:11,13,15
224:6 225:3
226:17 227:5,18
228:6 229:4
230:19 231:13
232:3,18 234:6,10
234:15 235:2,9
236:7,17 237:10
237:18 238:1,17
239:12,19 240:5
**cholera** 144:8,20
**choose** 109:4
**chose** 23:17,20
**Christian** 3:2 4:3
7:11,15 8:5,5 9:6
13:13 21:13 25:18
27:12 28:7,9
29:12,18 30:13
32:1 33:1,7,8 35:3
35:13,19 36:1,2
36:16 37:1,8,9

38:2,9 40:6,13
41:1,20 42:5,11
42:17,22 43:9,10
44:7,21 45:8 46:4
46:11,15,19,20
47:10,21 48:13
49:6,10 50:4,9,15
50:22 51:8,9,17
52:1,6,11,16,22
53:5,13,22 54:8
54:13,19 55:5,19
56:1,4,20 57:5,22
58:6,13,20 59:9
60:8,15 61:3 62:3
62:10,22 63:10,20
64:9,13 65:1,15
66:5,20 67:6,16
67:21 68:6,18
69:9,16,20 70:22
71:8,14,22 72:17
73:13 74:11,17
75:8,15,19 76:3,8
76:13,20 77:11,19
78:11,20 79:8
80:6,18,21 81:5
81:13 82:15 83:4
83:19 84:12 85:6
85:22 86:11 87:1
87:22 88:17 89:12
90:9,17 91:5,17
92:3,16 93:8,16
93:19 94:9,21
96:11,20 98:1
99:2 100:6 102:1
102:3,14,20 103:4
103:10,16 104:3
104:10,18 105:7
107:9 108:11
110:3,15,19 111:5
111:7 112:11
113:3,17 114:8,22
115:16 116:11,21
117:18 118:7
119:5 120:15
121:19 122:10
123:13,20 124:22

125:14,22 127:2
127:19 128:13,22
129:20 130:10,19
131:1,9 132:2,8
132:20 133:2,8
134:12,14,21
135:2,5 136:6,11
137:1,13 138:2,14
139:2,19,22 140:3
140:6,15,21 142:3
142:19 143:12,22
144:6 145:1,10,19
146:17 151:2,18
152:3,10,13
153:10,20 154:19
155:20 156:9,16
157:14 158:5,9,15
159:11,21 160:3
160:18 161:3,13
162:7,16 163:5
164:11,20 166:8
166:20 167:17
168:8 169:7 170:2
170:16 171:9
172:8 173:2,8,22
174:19 175:12
176:20 177:22
178:13,20 179:9
180:1,10,20 182:1
183:5,19,22 184:6
184:16 186:12
187:20 188:6,18
189:3,19 190:11
191:8,11 192:5
193:18 194:13
195:3,16 196:6,16
197:1,9,11 198:6
198:13 199:3,17
200:13 201:10
202:14 203:9,18
204:5,17,20 206:6
206:10,14,16
207:12,15,21
208:10,16 209:20
210:22 211:12,20
212:4,21 213:10

214:2,10,17 215:2
215:9,14 216:4,11
216:16,22 217:8
217:16 218:5,12
218:16 219:4,15
219:20 221:5,8,16
222:8,10,12,14,16
222:17 224:15,21
225:9,14,17 226:2
226:15,20 227:13
228:4,12 229:8,13
231:4,19 232:8
233:11 234:7,12
234:19 235:5,13
236:12 237:3,14
237:20 238:2,9,21
239:15 240:4
**circumstances**
38:22
**Cissna** 75:11 89:8
89:11 177:4,7
**citation** 65:11
**citing** 109:14 167:2
**Citizenship** 3:15
8:16
**Civil** 3:9 8:12
**clarification** 11:14
**clarify** 13:11 53:16
67:5 115:14
121:17 145:3
199:1 209:11
214:8
**clarity** 88:18 91:11
138:10
**clarity's** 103:13
**CLE** 24:19,22
**clear** 9:19,21 10:21
36:6 39:11 43:7
55:6,15 56:5
73:15 139:17
164:13 170:17
204:19 210:11
211:17
**clearance** 186:4
**cleared** 192:20
**clip** 38:7

**coast** 223:9
**code** 4:15 16:10,15
16:17
**colleagues** 234:4
**college** 14:10,15
**Columbia** 244:20
**column** 220:10
**combined** 153:6
**come** 12:3 22:5
26:4 39:22 48:20
56:9 57:12 65:3
65:10 72:20
122:22 123:6
157:20 158:13,16
189:8 191:13
200:11 209:2
234:4 238:15
**comes** 12:4 141:10
239:13
**coming** 47:1 55:1
75:7 117:22
228:13
**comment** 117:8
**comments** 113:6
236:19 237:1
**Commission**
244:22
**communicate**
104:20
**communicated**
104:11 204:10
**communicates**
101:8 223:5
**communication**
126:1
**communications**
21:8 185:15 186:1
186:6 214:4,18
215:22 217:3,10
217:17 218:7,22
228:2
**companies** 19:12
20:21 23:1
**company** 223:12
**comparison** 41:16
**compartmentaliz...**



187:18
**compels** 108:22
**compiled** 29:4
**complete** 11:20
12:17
**completed** 36:9
202:6 223:2,10
**completely** 11:11
12:3,5
**completion** 223:22
**compliance** 201:8
**component** 177:18
**components** 120:7
**computerized**
244:8
**concern** 141:5
237:16
**concerns** 16:6
237:9
**concluded** 240:9,12
**conclusion** 32:22
33:3 40:19 44:4
44:16 46:9 47:5
80:11 81:12 83:14
84:1 85:13 91:8
91:21 92:8 93:2
98:9 105:19
106:16,17 107:15
107:17,18 170:9
171:14 172:16
**condition** 32:18
92:21 93:20 94:12
138:1 159:9
**conditions** 67:13
80:4,7 81:22 82:3
82:10 83:8 92:12
92:19 95:2,12,15
108:6,17 114:4,14
114:21 115:2
116:9 121:16
126:2,20 135:12
136:3 137:5 139:4
139:7,14 142:18
143:11 147:7,14
148:1 149:3
150:12 151:19

154:9,17,18 155:8
157:20 161:19
163:13 167:19
168:6 169:6 172:6
201:6 213:21
**confidence** 161:5
**confined** 69:14
**confines** 97:15
106:22 121:9
224:10
**conflict** 91:1,13,16
92:1
**congress** 4:10 24:5
24:7 28:1,19,20
69:1 177:14 198:5
203:17 209:12,13
209:14 210:11,18
211:15
**congressional** 18:4
18:9 22:19 28:18
31:14 39:10 56:14
203:16
**connect** 223:8
**consider** 28:21
79:16 142:5
**consideration**
143:21
**considerations** 5:7
236:11
**considered** 81:9
83:9,18,21 92:21
138:4,5 139:14
141:14 142:21
143:14 144:2,8
170:15 171:6
173:1
**considering** 98:14
137:3 149:16
**consistent** 40:16
**constitute** 136:13
**consultation** 81:20
**consumed** 24:17
**contain** 96:8 119:1
122:6 131:5
173:19 181:5
184:13 191:21

**contained** 89:4
97:16 111:17
113:12 124:9
128:20 151:13
154:17 166:2,6
172:5 175:11
192:3
**containing** 12:22
**contains** 86:17
100:2 127:10
146:13 153:16
154:22 163:1
175:8
**content** 24:9,10
29:3,19 39:7
71:11 72:1,1
164:22
**contents** 29:14
225:22
**context** 51:4 68:19
98:13 115:5 231:2
232:12 233:6
234:2
**continue** 82:4 92:5
92:14 146:1,3
166:22 168:10
186:14 228:15
**CONTINUED** 5:1
6:1
**continues** 82:9
108:17
**contract** 19:3 20:10
21:2,19 27:16
**contractor** 23:12
23:13
**control** 112:4
230:13
**conversation** 34:18
57:15 58:1 61:4
76:2 213:20
**conversations**
35:11 52:7,12
53:17 54:4,20
55:4,8,12,16,22
58:7,14,22 59:4
69:18 74:12 75:4

75:11,20 76:5,11
123:5 212:19
214:15 215:6,17
216:9 236:14
**convey** 107:3,7
108:20 171:22
**conveyed** 125:20
206:1
**convoy** 104:16
**cope** 150:3
**copied** 101:17
**copies** 27:8
**copy** 41:18 42:7,8
42:14 110:4,13
197:8
**Cornell's** 41:13
**correct** 23:5 30:17
30:19 32:9 41:4
45:15,20 51:22
52:1 56:10 82:17
82:18 83:1 88:3
105:11 117:4,14
122:18 125:2
148:20 165:1
168:14 172:13
176:9 185:2
189:21 193:17
194:16,17 203:12
210:5,7,13 212:1
221:20,21
**correction** 7:12
34:15
**corrections** 12:7
241:12
**correctly** 31:3 34:8
34:14 36:12,13,22
106:11,12 118:9
121:3 156:11
165:15 167:16
186:18 211:7
**corresponding**
220:22
**Corrupt** 21:12
**counsel** 8:3 9:5
22:15 26:7 43:14
123:8 127:14

129:8 152:7
169:20 181:14
183:11,16 191:6
240:1 244:11,15
**counsel's** 17:9
**countries** 54:16
75:7 84:17 85:10
119:20 121:13,18
127:16 133:5
181:12 194:2
201:6 205:19
227:1
**country** 31:12,16
31:21 32:17 38:20
67:13 79:18 81:9
84:9 86:19 87:6
88:8 90:4 91:14
91:15,19 108:6
112:3 114:4,14,21
115:1 126:2
132:19 136:20
138:1 142:17
147:7,14 149:4,11
154:8,18 155:8
159:8 161:19
163:12 167:19
168:6 169:5 172:6
201:6 211:5
213:21 223:9,12
223:13,16 227:12
227:12
**country's** 150:16
**couple** 39:18 45:9
59:10 119:19
148:15,16 165:11
165:12 176:5
197:14 202:3
**course** 12:20 15:10
17:2 18:8 21:1
40:8 60:16 62:19
71:16 72:21 73:10
75:9 82:19 113:18
115:18 116:12
132:13,22 147:10
189:7 228:19
233:16 234:3



236:14 237:12
238:16 239:21
**coursework** 25:9
25:10
**court** 1:2 7:7 8:1,18
10:10 27:6 224:2
**covered** 21:5 87:14
90:4 110:9 211:10
211:13
**co-workers** 234:17
**CP** 162:22
**CP_00003698-36...**
4:18
**CP_00018701-704**
4:20
**CP_00026624** 4:14
**CP_00029836** 5:11
**CP_00030032-33**
5:15
**CP_00031717** 6:8
**created** 209:13
**creation** 97:22
**creative** 168:11,13
168:15
**crisis** 142:21,22
**criteria** 120:22
136:2,9,19 138:20
151:15
**critically** 62:1
**current** 34:17 35:3
35:4 40:16 43:3
44:10 46:14 56:16
61:18 69:2 70:3
71:16 86:2,6
149:14 165:7
200:14
**currently** 46:9 70:4
96:14 226:4
233:18
**Cutrona** 50:14
**C-A-C-I** 23:11
**C1** 141:2

—————————
**D**
**D** 7:1
**Danielle** 50:14

**data** 87:4,21 117:8
165:7,17 167:5,19
**date** 56:6 97:3
101:5 118:6
125:20 186:2
193:15 242:21
243:21
**dated** 4:13,14,17,19
4:21 5:3,10,12,14
5:19,21 6:3,7
87:15 96:16
101:11 154:3
175:22
**Dave** 7:21
**David** 3:17 218:17
218:18
**dawned** 122:15
239:5
**day** 104:6 113:15
179:20 223:13
241:17
**days** 195:12
**deadline** 125:19
166:19 195:15
**dealing** 74:3 75:1
85:13 89:2,18
123:6 190:19
**deals** 86:19
**dealt** 16:5 18:6 75:5
**debate** 233:10
**December** 1:13 7:9
20:12,12,16 21:17
185:19
**decide** 235:18
**deciding** 79:17
**decision** 67:14
73:10 75:6 78:9
79:14 87:13 88:9
96:17 101:3,4
116:7 117:9
124:20 125:19,20
126:10,14,19
127:1 135:4
136:21 142:17
144:14 145:4,7,9
148:5 166:5,17,19

171:6 177:18
179:11,19,20
180:3 182:19
183:7 187:15,16
188:2 189:16,18
193:7,16 195:11
195:14,17 196:3,4
201:8 206:5
221:18,19 227:16
**decisions** 70:14
75:12 77:1,4 79:2
144:15 145:4
199:16 200:11
**DECLARATION**
241:6
**declare** 241:7
**declining** 230:14
**decreasing** 150:9
**deemed** 113:6
**deep** 66:9
**deeper** 90:7
**Defendants** 1:7 3:7
**defense** 23:12
**defer** 157:10
**definition** 106:6
204:6,18
**degree** 14:10,10,12
**delay** 28:10
**deliberation** 96:8
115:12
**deliberations** 48:6
72:10 73:6 74:4
75:2 79:22 84:3
85:1,14 86:18
87:10 89:3,19
97:14 98:10 100:3
106:22 108:1
109:11 111:16
112:17 113:11
114:1,19 116:1,17
121:9 122:7 124:6
125:9 126:7
127:11 128:6,19
129:17 130:5
131:6 137:8,19
138:9 141:19

142:9 143:4,17
144:17 151:6,8
152:20 153:17
154:13 155:13
156:22 159:2
160:9 163:2
165:22 166:13
168:2,19 169:17
170:10 171:16
172:18 173:19
174:15 175:9
176:16 179:16
180:7 181:6
183:11 184:14
187:12 188:10
190:4 191:21
193:12 194:6
195:21 197:20
198:20 199:10
200:3,5,22 203:3
204:14 205:15
209:9 212:12
213:5,17 224:8
227:8,21
**deliberative** 110:9
110:10 119:1
146:13 164:4
188:15,16
**delve** 123:8
**demonstrated**
150:2
**demonstrations**
150:6
**department** 3:8,14
3:16 5:4 114:5
132:4,15,18
139:18 177:16,17
**department's** 132:1
140:14
**depending** 179:8
**Depends** 84:9
**deposed** 9:16
**deposition** 1:11 2:1
7:4,18 9:18 27:10
28:2 38:5 41:8
42:2 86:14 96:4

99:20 118:17
122:1 127:5
130:14 146:7
162:19 173:6
175:4 181:1 184:9
189:1 191:17
196:10 201:18
219:18 229:11
239:21 240:8
241:1,8,13 242:1
243:1 244:3,5,9
244:13
**depositions** 123:7
**deputy** 78:7
**describe** 70:5
203:22
**described** 150:15
**description** 70:9
**designate** 91:19
**designated** 84:10
91:14,16 94:7
194:10,15 224:13
229:2
**designation** 31:1
32:19 80:5 82:2,4
82:10,12 87:6
91:6 92:2,6,13,22
93:7,10,15 94:8
94:17,20 95:22
108:14,18,19
121:1,14 126:12
134:8 135:13
136:5 173:18
195:2,13 220:11
220:17 232:6
**designations** 90:21
**desire** 112:7
**desk** 184:22
**despite** 109:3 141:3
**destroyed** 84:8
223:3
**destroying** 224:1
**detailed** 226:10
**determinate** 91:19
**determination** 67:1
67:8 82:13 83:10



85:17 91:2 124:15
136:21 137:3
139:15 141:15
142:2,4,22 144:9
151:16 169:13
195:2 221:19
**determinations**
52:13 79:11 82:21
214:1
**determine** 82:3
92:14 153:8 207:3
**determined** 37:17
**determines** 82:7
108:15
**determining** 81:7
138:5
**Developed** 63:14
**developing** 208:1
**development**
111:21
**developments**
105:21 109:19,21
110:1 111:9,13
112:12 151:14
**DHS** 36:7,10 38:17
49:1 178:19 181:8
192:20 193:22
200:17
**DHS_RFPD_000...**
6:3
**DHS_RFPD_000...**
5:6
**diaster** 93:6,14
94:6 121:14
133:15,19 135:16
136:1,10,13
**different** 19:9 26:5
114:5 119:12
120:22 126:13
133:14 138:13
152:5 155:6
203:19 209:18
224:13,14 226:1
230:10 238:11
**difficult** 10:3 13:1
**digging** 90:7

**digits** 133:11
**dire** 150:20
**direct** 48:14 96:2
99:17 118:14
121:21 127:3
130:11 146:6
162:17 175:1
178:1 184:7
185:16 221:2
**directed** 210:16
**direction** 30:11
204:8 244:9
**director** 26:16 46:5
67:15 79:12 88:5
89:8,11 119:17
166:5 177:2,3,4,6
177:7,10 190:8
192:16 193:21
201:12 206:4
215:20
**director's** 120:13
129:12
**disaster** 5:8 94:18
95:7,10
**disasters** 95:1
149:1,14,15,19
150:4
**discretionary**
136:22
**discuss** 51:1,12,19
106:8 221:12
235:6 237:22
**discussed** 59:3
87:14 135:21
154:9 157:4
183:16 191:5
195:11 212:8
**discussing** 95:20
154:21 228:3
235:15
**discussion** 174:10
**discussions** 54:14
58:2 182:16
212:22
**dismiss** 105:20
**dismissing** 111:9

**dismissive** 109:18
**disparities** 149:18
**displaced** 111:22
157:8
**disruption** 95:11
95:15 136:3
**distinction** 211:14
211:17
**distinctions** 222:1
**distinguish** 120:22
**distribution** 186:2
**District** 1:2,2 3:10
7:7,8,12,17
244:20
**division** 3:9 8:13
78:17 122:22
**doc** 158:10
**document** 28:5
29:5 30:9 36:14
39:3,6,12 43:8
44:3 45:12,17,18
45:22 46:2,22
93:12,21 94:14
95:3 96:21,22
100:9,12 102:4
104:14,22 105:3
117:7,16 119:9
121:10 123:1,15
127:12 131:4,8,19
132:5 134:16
139:18 140:8,11
140:14,17 141:8
144:19 146:12,13
146:20 147:4,11
148:3 151:7,7,9
151:12 155:1
158:11 160:20
163:1 167:13,20
173:9,17 174:3
175:14 176:3
181:21 182:3
184:19 189:9
192:7 194:4 196:9
207:6 208:2,21
209:7,17 210:1,11
211:9 229:14,18

229:22 230:20
233:17
**documents** 12:10
60:17 66:13,18
72:14 111:1,2
115:4 132:15
173:18 187:7
203:11 222:6
**doing** 9:8 20:10,19
24:8,11,18 71:7
83:7 139:12
196:19 209:18
213:22
**Donald** 1:5 7:6
201:11
**dot** 82:13,13,13,14
**downplay** 105:20
**downplayed** 111:13
**downplaying** 111:9
**DPP** 122:5 127:9
146:11 173:17
174:18 191:22
**DPP_00003566-3...**
5:21
**DPP_00010995-9...**
4:22
**DPP_00011793-7...**
5:20
**DPP_00019354-3...**
5:9
**DPP_00019763** 5:3
**DPP_00022234-2...**
5:13
**draft** 40:5 78:9
79:6 101:3 102:13
105:17,17 107:4
107:11,18 109:2
109:17 114:7
119:2,15 121:16
148:5,5 154:4,7
154:17 155:17,18
172:3 189:17
225:18
**drafted** 29:2 103:6
123:15 128:2
131:19 225:13

**drafting** 132:4
174:9
**Drake** 128:10
**drinking** 223:10
**drought** 93:17 94:4
95:9
**droughts** 149:20
**drugs** 12:22
**due** 32:18 124:15
150:10,11
**Duke** 76:8,12 84:15
84:16 85:4,17
**duly** 9:2 244:5
**duly-elected** 198:5
**duration** 98:5
**duties** 17:21 22:16
24:1 64:2 78:13
189:7 193:20
**D.C** 1:12 2:7 3:4
7:19 20:13,19
**D1** 176:22

**E**

**E** 3:3 4:1 7:1,1
**eager** 162:5
**earlier** 11:14,18
72:2 87:9 105:9
107:10 122:16
146:2 155:22
156:2 157:4 178:4
195:14 207:16
208:18 221:9
230:3 238:15
239:2
**early** 21:18 134:22
134:22
**earthquake** 92:20
93:4 94:4 95:9,13
106:4 134:7
135:14,14,22
150:13 224:1
**earthquakes**
149:21
**easier** 30:15
**East** 3:10
**Eastern** 1:2 3:10



7:8,12,16
**EB-5** 34:6
**economic** 149:3
**economy** 84:7
   111:20 113:1
   116:5 157:5
**edit** 103:3 189:21
**edited** 207:17
**editing** 176:12
**editor** 15:19 208:12
**editorial** 29:7
**edits** 106:7 113:5
   113:15,19,20
   114:14 115:5,9,19
   117:2,6 120:21
   121:5,12 176:12
   190:7
**educational** 24:20
   25:1 27:15
**EEU** 167:6
**effect** 46:7 82:2
   92:13
**effectuate** 45:3
   47:3
**efficient** 36:4
**efforts** 84:8 223:1
**eight** 24:16 133:7
**either** 11:5 17:3
   48:17 108:7
   109:15 120:4
   126:12 160:14
   191:2
**El** 88:6 120:22
   181:16 194:15,20
   195:10 196:3
**Elaine** 76:11
   182:21
**election** 57:20
   223:22
**electoral-related**
   150:5
**Electrification**
   223:11
**eligible** 136:20
**eliminate** 34:4
   206:19 208:21

209:4
**eliminating** 34:19
**elimination** 35:9
**eliminations**
   209:15
**emission** 36:4
**employed** 158:8,21
   244:12,15
**employee** 56:22
   236:16 244:14
**employer** 237:13
**employment** 40:8
   60:17 61:6 72:21
   75:10,16 132:13
   132:22 135:7
**enact** 210:12
**enacted** 63:5,12,13
   204:4
**energy** 18:6
**Enforcing** 24:15
**England** 167:6
**ensure** 201:7
**entered** 45:13
**entire** 39:12 45:17
   61:21 62:1 229:22
   241:8
**enumerated** 32:10
   33:2 93:9 170:5
**environment** 150:8
**environmental**
   93:6,14 94:6,18
   94:22 95:7,10
   121:14 133:15,19
   135:15 136:1,10
   136:13 149:17
**epidemic** 94:11,17
   95:9
**ERRATA** 241:1,13
   242:1 243:1
**especially** 149:15
**espousing** 234:4
   236:3
**Esq** 3:2,3,8
**establish** 49:1
**established** 48:20
**establishing** 49:19

50:2
**estimated** 87:14
   90:4
**et** 1:4,6 7:5 24:9
   34:7 167:9
**evaluate** 137:4
**evening** 113:4
   182:16
**event** 30:22 102:5
**exact** 133:7
**exactly** 23:22 126:3
   138:19
**exam** 16:7 18:17,18
   20:8
**EXAMINATION**
   4:2 9:5
**example** 32:14 62:5
   72:2 93:5 201:14
**examples** 83:21
**exchange** 100:2
   119:13 123:4
   175:8 181:10
   184:13,15
**exchanges** 100:5
   118:22 122:6
   124:7
**exclusive** 112:20
**excuse** 133:9
   167:20
**executive** 52:3
   53:19 209:18
   210:13,21 215:20
**exhibit** 4:8,9,11,12
   4:14,15,17,19,21
   5:2,4,7,10,12,14
   5:16,17,19,21 6:2
   6:4,6,12 27:7,10
   27:14,21 28:2,12
   38:5 41:8,12 42:2
   42:9 43:8 45:13
   48:9,11 86:12,14
   86:17,22 88:2
   90:22 96:2,4,7,10
   96:12 99:18,19,20
   100:1,9,12 113:14
   118:16,17,21

119:4 121:22
   122:1,4,12 127:4
   127:5,8,21,22
   130:13,14 131:4
   131:14 138:11,16
   138:20 142:11,13
   146:6,7,10,16
   153:12,15,16,19
   154:15,20 155:9
   155:15 157:2
   162:8,18,19,22
   163:6 164:7
   166:15 167:20
   170:5 173:5,6,10
   173:11,16,21
   175:2,4,7,11
   180:22,22 181:1,4
   181:7 184:8,9,12
   187:13 188:21
   189:1 191:15,17
   191:20 192:8
   196:8,10,15
   197:13 201:19
   206:8,12,14
   209:12 210:2,6
   212:14 219:13,15
   219:17,18,21
   220:6,15 221:10
   224:18 225:11,19
   225:22 226:7
   229:10,11,15,18
   230:2
**exhibits** 4:6 5:1 6:1
   6:11,22 111:2
   145:6 219:9 226:4
**existed** 34:20
**existence** 142:21
**existing** 63:22 64:3
   70:17
**expectation** 201:5
**experience** 32:4
   83:7 87:3 90:20
   98:3 133:16 198:7
   226:21
**experienced** 65:6
   139:6

**experiences** 61:16
   62:2 193:20
**expert** 44:14 83:13
   98:8 232:19
**expertise** 65:18
   83:7 98:2
**expires** 244:22
**explain** 227:17
**explains** 126:11
**explanation** 227:16
**explicitly** 170:20
**explosion** 230:16
**exposed** 62:13
   149:13
**express** 237:9,15
   239:10
**expressed** 235:7
**expressions** 209:2
**extend** 79:17 81:8
   179:12 187:6
**extended** 80:5
   124:20 126:12
**extending** 150:22
   151:21 166:17
**extension** 105:18
   107:12,19 108:8
   109:6,15 116:8
   124:14 125:5,21
   126:9,17 147:18
   147:22 154:5,6
   167:2
**extent** 73:8,11 74:2
   74:22 82:22 84:2
   84:21 111:15
   112:16 115:11
   145:6 169:16
   171:13,14 172:16
   172:17 180:6
   181:10 183:10
   190:3 200:4
   212:13 222:3
   230:22 240:1
**external** 114:10
   149:5
**extraordinary**
   121:15 139:3,7



**extreme** 150:1
**extremist** 229:3
**e-mail** 4:14,17,19
4:21 5:2,10,12,14
5:19 6:2,6 88:5,10
88:13,16 89:5,7
89:10 96:16,22
97:4,15 100:1,4
100:18,20,22
101:2,5,6,19
102:5,6,7,7,10,12
102:16,19 103:11
103:14,17 104:1,5
104:9,12 105:1
107:1,3,5 108:5
109:12,14 111:18
113:7,12,14 117:1
117:3,11,12 118:5
118:22 119:13,18
120:16,17 121:13
122:6,9 123:4,11
123:15,21 124:7
124:10 126:15
127:10,12,18
128:20 129:1
153:22 154:2
163:4,8,11 164:2
164:7,14,22 166:2
175:7,22 176:7,21
181:10 184:13,15
185:19 186:10,14
186:17 187:22
192:3,17 195:6,18
221:10 224:17,17
225:12,22 226:6
**e-mailed** 165:4
**e-mails** 96:7 100:15
100:17
**E-Verify** 24:16
64:19

**F**

**fact** 44:14 83:12
98:7 152:21 229:1
232:20
**factor** 91:2,18 92:4

93:17 106:4 138:5
141:13 144:9
**factors** 79:16 81:9
81:14 83:17,21
112:20 133:17
142:1 154:8 155:7
156:2,12,15,18
169:11 170:4,14
171:5
**facts** 45:6,11
**factual** 98:21
**failure** 124:15
**fair** 23:4,5,6,17,20
23:22 24:2 25:11
25:19,21 28:19
37:13 40:8 46:5
46:10,11,21 47:11
47:22 48:15,22
50:17 51:11 56:14
59:13 60:17 61:22
62:13 63:11 64:4
64:16 68:15,20
69:4,15,19 125:3
203:10 211:22
214:4,15 217:10
217:19 228:18
229:3,7 230:4
231:6,11 232:7
234:3,20 235:8
236:4,15 237:4,8
237:12,16
**fairly** 150:19
**FAIR's** 233:8
234:21
**fall** 136:1
**falling** 150:14
**familiar** 39:2,4
88:12 136:17
176:2 185:10
193:7 194:12,18
222:3 229:1,17
230:17 231:5
**familiarity** 88:19
89:14
**familiarize** 100:8
119:7 122:12

131:10 146:19
147:3 190:14
**far** 34:17 123:14,18
124:2 125:1 196:5
236:8
**fashion** 109:22
110:2 213:21
**fault** 31:19
**federal** 3:14 5:16
5:17 8:13 52:17
53:18 56:6 63:5
71:2 82:12 116:6
126:11 189:9,17
190:9 220:3
226:13
**Federation** 4:11
21:21 23:3
**feeling** 134:7
**fellow** 218:19
**felt** 66:8 177:20
**Ferre** 50:14
**field** 150:10
**filled** 61:11
**final** 26:21 27:1
119:15 182:19
**finalized** 207:17
**financially** 244:16
**find** 167:4 186:3
208:2
**fine** 38:7 67:21
**finish** 10:18 11:5
131:13
**finished** 21:19
30:17 173:13
175:15,16,17
233:22
**first** 9:2 17:8,14
23:22 28:14 37:5
39:20 78:9 101:9
101:11 122:5
127:9 132:11
135:6 146:10
148:3,5,18 154:4
155:18 165:1,11
165:12,12 168:12
176:2 178:2

182:14,15,22
186:15 191:22
192:9 210:4 223:8
230:12
**fit** 205:2
**fits** 197:15 198:15
199:2
**five** 33:11 68:15
**five-minute** 237:21
**flags** 167:8
**flood** 93:9,13 94:4
95:9
**floods** 149:20
**flub** 148:21
**focused** 85:16
**follow** 211:18
**following** 90:10
97:1 138:19 139:1
192:20 193:1
**follows** 9:4 30:16
33:14 34:3 148:19
165:5 182:15
**follow-up** 90:15
234:13
**food** 142:21,22
**foregoing** 244:3,5
**foreign** 21:11 81:22
82:1,8,9 92:12
94:7,19 95:17,21
106:2 108:15,16
112:22 136:5
139:6
**form** 13:9 21:4
25:15 29:9,15
31:7 32:21 34:22
37:18 40:2,11,18
44:2,13 45:4,21
46:8 47:4,15 48:4
49:2,8,22 50:7,11
50:19 51:2,14
52:9,14,20 53:3,9
54:6,11,17 55:2
55:10 56:17 57:2
57:16 58:3,9,17
59:7 60:4,13,19
61:19 62:6,15

63:7,18 64:5,11
64:17 65:13 66:3
66:16 67:2,9
68:12 69:7,13
70:19 71:4,12,19
72:8 73:4 74:2,14
74:21 75:13,18,22
76:9,17 77:5 78:3
78:15 79:3,19
80:9 81:11,16
83:2,11,22 84:18
86:3 87:8 88:14
88:22 89:16 90:13
91:4,7,20 93:1
97:11 102:11,22
103:7,20 104:7,13
104:21 106:19
107:20 109:8
110:7 111:14
112:15 113:8,21
114:16 115:10,20
116:14 117:15
118:1 120:1 121:6
123:17 124:4
125:6 126:4 128:3
128:16 129:14
130:2 131:20
132:6,16 133:4
134:9,17 135:17
136:14 137:6,16
138:7 140:10
141:16 142:6
143:1,15 144:10
151:1,4 152:1,17
154:10 155:10
156:4,19 158:2,20
159:17 160:5,21
161:7,16 164:3
165:19 166:10
167:12,21 168:16
169:14 170:7,22
171:12 172:14
174:12 176:13
177:11 178:12
179:2,14 180:4,15
183:9 186:7 187:9



188:4 189:11
190:2 193:9 194:3
194:21 195:7,19
197:17 198:9,17
199:7,22 202:11
202:22 203:1,13
204:1,11 205:12
207:5,20 208:5,13
209:5 210:14
211:8 212:2,9
213:2 214:6,13,21
215:11 216:2,7,13
216:20 217:5,13
217:21 218:9
224:6 225:3
226:17 227:5,18
229:4 230:19
231:13 232:3,18
234:6 235:2,9
236:7,17 237:10
237:18 238:17
239:12
**format** 126:15
**forth** 39:16 209:6
**forum** 161:22
**forward** 120:9,13
150:17
**found** 20:7 61:17
151:15 212:6
220:12,18
**foundation** 35:6
144:12,14 179:3
180:5
**founded** 59:13,14
59:15,17
**founder** 230:4
**founders** 60:1
230:6
**founding** 59:19
**four** 33:10 98:17
109:3
**fourth** 30:5,14,15
**fragility** 149:6
**frame** 53:21 99:8
135:1,9 147:10
158:3 160:2 179:8

182:20 183:7
**frames** 35:9
**framework** 34:20
**Francis** 75:11
**fraternity** 16:21,22
**fraud** 34:3,5,10,11
34:13 206:21
207:4 208:4
**friend** 22:10
**FRN** 185:21 190:22
191:1,3
**front** 28:12 142:11
144:19 151:9
154:15 155:15
157:2 164:7
187:13
**full** 12:17 124:17
186:3
**fully** 117:7
**funding** 150:11
**further** 244:13
**Furthermore** 86:19
**future** 38:21
130:22

─────────
**G**
─────────
**G** 7:1
**gained** 65:18
**gains** 141:4
**gang** 24:16 33:16
**gas** 18:7
**gathering** 32:3
**GDP** 157:5
**gender** 138:4 140:9
**gender-based**
140:13 141:4
**Gene** 49:12 50:14
**general** 9:9,10 17:9
57:19 58:8 65:14
70:6 138:15
163:10 169:3
214:22 216:6
**generally** 133:20
**give** 32:15 48:9
117:4 130:18
148:20 191:15

233:19
**given** 44:10 46:7
47:2 81:8 86:21
87:15 96:9 111:1
113:6 119:2 122:7
123:10 142:12
146:15 177:18
190:22 219:12
238:19 240:5
244:10
**giving** 204:17 239:8
**go** 14:14 30:1 37:3
41:11 42:6 94:4
107:10 108:4,10
140:22 148:8
164:8 173:11
183:3 186:13
189:21 205:3
206:7 225:8
226:19 229:22
230:8,14 235:16
**goal** 208:20 210:20
**goes** 38:14 149:9
190:8 226:7 236:8
**going** 9:7 10:9
12:18 18:20 20:4
27:4,6 30:1 37:2
38:3,14 48:5
59:10 61:22 67:19
68:1 86:12,16
92:17,18 96:3,6
96:15 99:18 117:2
118:15 120:20
121:20,21 127:4
130:11 145:14
146:1,6 148:8,14
162:17 166:21
168:9 184:7,8
185:18 186:13,14
188:19 190:18
191:12,13,14,15
196:7,12,16,17
197:4 210:9 217:1
219:16 220:8
221:4 225:7 228:7
229:9,22 230:8,12

233:2 235:16,22
237:4 238:4
240:10
**good** 7:3 8:9 9:7
10:6 43:14 68:16
145:2,20,21
209:21 228:5
**gotten** 202:1
**government** 8:11
8:14,17 17:11
22:15 23:13 26:7
26:16 48:6 51:6
51:22 52:18 53:12
53:18 55:9,13
56:3,7 61:12
72:10 73:6 79:16
99:22 110:19
111:4 112:4,6
118:21 122:3
123:3 127:7
130:13 131:3
146:9,13 152:20
153:14 158:22
160:15 161:11
162:3,5,21 170:9
173:15 175:6
176:15 179:16
181:3,9 184:11
188:20,20,21
191:19 192:4
200:5,22 209:1,3
210:13 223:4
224:8 227:7
**governmental** 74:4
75:1 79:21 84:3
85:1,14 86:18
87:10 89:2,18
96:8 97:13 98:9
100:2 106:21
107:22 109:11
111:16 112:17
113:10 114:1,18
115:12,22 116:16
121:8 122:7 124:6
125:8 126:6
127:10 128:5,18

129:16 130:4
131:5 137:8,18
138:9 141:18
142:8 143:3,17
144:17 151:6
153:17 154:13
155:12 156:21
159:2 160:8 163:2
165:21 166:13
168:1,18 169:17
171:15 172:18
173:19 174:14
175:9 180:7 181:5
183:11 184:14
187:11 188:10
190:4 191:21
193:11 194:6
195:21 197:19
198:19 199:9
200:2 203:2
204:14 205:14
209:9 212:11
213:4,16 227:20
**graduate** 15:8
18:20
**graduated** 14:16
15:3 18:13,16
**granting** 33:15
36:7
**grants** 38:21
**granular** 87:17
90:2
**granularity** 87:20
228:2
**Grassley** 56:13
177:15 192:22
**ground** 96:7 110:8
113:9 114:17
116:15 124:5
151:5 195:20
**grounds** 48:5 72:9
73:4 79:20 80:10
85:12 86:17 89:1
89:17 96:16 97:12
98:7 100:1 106:20
107:21 109:9,10



113:22 115:21
118:22 121:7
122:6 123:4 125:7
126:5 127:9 128:4
128:17 129:15
130:3 131:4
137:17 138:8
141:17 142:7
143:2 144:11,15
146:10,12 152:18
153:16 154:12
155:11 156:20
158:22 160:6
163:1 164:4
165:20 166:11
167:22 168:17
170:8 173:16
174:13 175:7
176:14 179:15
181:4 184:12
187:10 188:8,11
189:12 191:20
193:10 194:5
197:18 198:18
200:1,19,20 203:1
204:12 205:13
209:7 212:10
213:3,15 224:7
227:6,19
**group** 174:10 229:3
**groups** 236:5
**grow** 14:20
**growth** 157:5
**Guatemala** 194:9
**Guatemalans** 193:4
**guess** 16:4 74:8
123:1 147:9 185:9
195:4 198:12
**guest** 64:21
**guidance** 66:13
71:10,17 73:2,22
169:3

───────────
**H**
───────────
**Haiti** 5:6,8 76:15
86:20 88:3,9

105:16 106:3,5
112:7,14 121:1,14
126:17 127:16
132:1 134:6 137:4
138:6 141:15
149:5,11 150:22
151:22 152:16
158:1,18 159:14
160:15,16 162:3
163:13 165:8
167:7 178:10,21
179:12 181:11
183:14,17,18
185:21 187:1,7
188:12,17 191:7
194:1 205:19
213:17 219:6
220:4,17 221:1,12
221:18 223:20
224:5 225:2 227:1
227:4,17 236:8
**Haitian** 162:5
**Haitians** 112:5
149:13,18 159:15
193:4,8
**Haiti's** 101:4 123:5
123:9 148:22
150:2,12 187:15
**half** 149:22
**Hamilton** 49:12
50:14,16 51:13,19
**Hamilton's** 51:5
**hand** 27:6 130:19
**handed** 112:3
**handful** 218:4,10
**handle** 95:18 136:4
**handles** 78:19
**handling** 144:22
**happen** 26:18
44:11 46:6 47:2
**happened** 14:2
61:6 163:22
**happens** 11:10,15
102:5
**happy** 12:13
110:14

**hard** 65:3 114:3
126:20 213:13
**hazards** 149:19
**head** 65:4 78:17
85:8 99:16 155:17
178:9 192:14
201:13,15
**heading** 34:2,9
133:19 148:12
220:16 230:9
234:14
**headquarters**
178:19
**health** 84:8 149:2
**hear** 40:8 51:10
232:15 236:3,18
236:22
**heard** 228:20
236:10,13
**hearings** 18:5
22:21
**held** 2:1 26:9,13
27:19
**help** 12:10,11 132:9
221:2
**helped** 25:22 123:2
**helpful** 9:19 61:17
169:11
**hereof** 241:13
**hereto** 244:16
**Hey** 165:5
**Hien** 185:11
**high** 13:16 34:5
206:20 207:4
208:4
**highlight** 148:10
**Hill** 48:17
**hindered** 148:22
**historical** 38:1
**history** 15:2 27:15
32:5
**holds** 35:2
**home** 31:12,16,20
162:6
**homeland** 3:16
38:19 211:4

**homes** 223:3
**Honduras** 123:15
125:13 126:9
127:13 128:2
130:7 181:12,16
**honor** 15:22 16:2
16:10,15,16
**host** 159:8
**hour** 67:19
**hours** 238:10
**House** 47:1,13 48:1
48:18 98:16
199:15,19,20
**humanitarian**
149:8 150:7,10,11
**Hundreds** 223:2
**hurricane** 136:12
136:18 137:5,11
137:15 140:2
150:1 222:22
223:7
**hurricanes** 149:21
**hypothetical**
236:21
**H-I-E-N** 185:11
**H-1B** 34:6
**H-2B** 87:19

───────────
**I**
───────────
**idea** 13:22 39:20,22
40:9 60:21 117:19
208:3 227:22
**ideal** 28:19
**identification** 27:11
28:3 38:6 41:9
86:15 96:5 99:21
118:18 122:2
127:6 130:15
146:8 162:20
173:7 175:5 181:2
184:10 189:2
191:18 196:11
219:19 229:12
**identified** 61:2
131:22 192:15
201:14

**identify** 140:19
**identifying** 169:11
**IDP** 112:1 141:4
157:9
**ill** 13:4 152:10
216:6
**illegal** 34:2,11
38:18
**immigrants** 55:1
**immigration** 3:16
4:9,11 6:4 8:16
21:15,22 23:3
24:12,15 25:3
27:22 34:2,4,10
34:11,13,19 35:10
35:17 36:7 37:14
38:1 45:13 51:12
51:18 53:1,7 54:5
54:15 58:8,11,15
62:20 64:15,22
68:9 83:8 87:18
98:3,15 197:16
198:16 206:20
214:19 215:7,21
216:12,15,19
217:4,12,19 218:6
218:8,20,22 233:9
**impact** 134:7
149:14
**impacted** 149:4,4
**Implement** 36:4
**implemented** 236:2
**implicates** 200:4
**important** 12:16
165:5
**impose** 44:11
**improve** 223:5
**improved** 223:11
**improvement**
157:6
**improvements**
144:21 167:3
**INA** 25:4 65:14,16
65:17 68:9,16,21
80:16
**inactive** 16:4



inappropriate 105:22 111:11
inarticulately 104:15 107:3
incident 13:17
include 63:22 71:9 154:8 155:7
included 6:22 45:18 69:5 100:16 107:8 114:7 142:1 143:10 144:21 155:4,7 156:3,8 172:3 176:5 182:9 192:11 203:11 231:1
includes 67:14 192:19
including 181:12 223:7
incomplete 104:17
incorporated 182:18
increased 223:12
indecision 123:22 124:2
independent 19:7
indicate 106:5 225:1
indicated 181:14 241:12
indicating 159:14
indicative 194:11
individual 185:8 194:11 226:12
individuals 31:15 31:19 32:16 59:3 59:20 76:22 87:19 147:22 235:18 236:1
individual's 185:7
ineligible 38:18
information 11:13 66:14 67:7 73:5 74:3,22 79:20 84:3,22 85:13 88:21 89:1,17

90:2,5,12 98:21 107:21 109:10 110:9 111:15 112:16 113:10 114:6,11,17 115:7 115:8,11,17,21 116:4,16 119:1 121:7 124:5 125:8 126:6 128:4,17 129:16 130:3 137:7,17 141:17 142:7 143:3,16 144:16 146:14 151:5,13 152:19 153:5 154:12 155:12 156:20 158:16 159:1 160:8 162:13 165:21 166:7,9,12 167:22 168:7,18 169:5,16 171:15 172:2,17 174:13 175:8,10 176:15 179:15 180:6 182:19 187:8,10 188:1,9 190:3 193:10 194:5 195:20 197:18 198:19 199:9,19 200:1,6,16,21 202:20 203:2 204:13 205:8,14 208:2 209:8 212:10 213:3,15 224:7 227:2,7,15 227:20 238:14
informational 189:22
informed 182:17 193:15
infrastructure 224:1
initial 100:18 101:2 107:5 136:21 154:17 185:11 195:1 197:12

initials 178:15,18
input 78:10
inquiry 233:1
insecurity 150:7
insert 192:21
institution 158:13
instructions 9:9
integrity 16:7
intelligent 235:19 235:21
intent 31:14 84:16 85:9 102:9
intention 31:11
interact 18:9 56:22
interaction 57:6 132:3 185:16 218:4,8
interactions 47:12 50:5 52:18
interest 34:18 57:10 90:1 236:15
interested 244:16
intern 17:15
internal 48:6 72:10 73:6 74:3 75:1 79:21 84:2,22 85:14 86:18 87:9 89:2,18 96:8 97:13 98:9 100:2 106:21 107:22 109:11 111:16 112:17 113:10,22 114:18 115:12,22 116:16 121:8 122:7 124:6 125:8 125:18 126:6 127:10 128:5,18 129:16 130:4 131:5 137:7,18 138:8 141:18 142:8 143:3,17 144:16 146:12 149:6 151:6,7,8 152:19 153:16,17 154:13 155:12 156:21 159:1

160:8 162:2 163:2 165:21 166:12 168:1,18 169:17 172:18 173:19 174:14 175:9 176:15 179:16 180:7 181:5 183:10 184:13 187:11 188:9 190:4 191:21 193:11 194:6 195:21 197:19 198:19 199:9 200:2,21 203:2 204:13 205:14 209:8 212:11 213:4,16 222:21 224:8 227:7,20
internally 111:21 157:8
Internet 115:15 223:16
internships 17:5
interpret 102:15
interpretation 74:8
interpretations 70:18
interpreting 71:2,6 73:18 233:22
interrupt 32:21
interview 34:16 35:11 61:5 237:17
interviewing 22:3 57:20 237:7
introduce 8:3 38:3
introduced 64:7
invested 106:3
investing 112:14
involve 63:4 70:16 183:18
involved 14:3 16:19 59:19,21 67:7 82:21 205:18 234:22
involvement 119:22

involves 73:12
involving 212:14
Irma 137:15
irrelevant 167:8 172:12,22
issue 38:17 64:20 96:18
issues 84:8 193:1
items 133:14 203:19
iteration 229:19
i.e 34:5

## J

Jacob 163:14 165:4 165:5 168:22 169:9,22 172:1
James 3:8 8:9 192:13,19
james.cho@usdo... 3:12
January 21:22 52:4 87:16 96:17 149:12
January-February 99:8
job 1:18 17:16,19 18:1,8 22:3,6,13 23:17,19,20,20,22 24:2,19 34:17,21 35:1 56:16 58:12 61:15 63:4 66:15 66:19 67:1 68:20 70:5,6,9,12 71:9 71:16 74:19 76:14 77:13,22 78:1 82:16 85:5 86:2,6 237:7
jobs 17:4 77:17
John 22:12 49:12 50:13 59:22 60:2 60:3,6 230:3
joined 52:17 53:18 55:9,13 56:2 65:8 214:19
joining 57:10 58:21



59:5 61:17 68:10
214:15 215:8,18
216:9
**judge** 239:22
**Julie** 50:13
**jump** 39:15
**jumping** 138:18
**June** 244:22
**junior-level** 163:19
**Justice** 3:8,14

**K**

**K** 2:6 3:4 7:19
**Kathryn** 77:10
  79:5 97:8,20
  101:17 123:19
  124:12 128:9
**Kathy** 56:10 67:11
  70:1,13 79:7
  101:16 102:8
  103:14 104:5
  105:16 120:4,9
  177:19 179:21
  180:14 202:18
**Katy's** 178:15
**KA-1** 42:3,6,8,16
  43:12,16 80:20,21
  81:17 90:19,22
  108:10
**keep** 188:21
**keeping** 141:7
**Kelly** 19:14 20:2
  126:16 147:21
**Kelly's** 116:7 167:1
**kept** 17:12
**Kevin** 3:14 8:12
**kids** 235:19
**kind** 20:3 28:6
  65:19 66:8 138:18
  163:18
**Kirchner** 50:13
**knew** 22:8
**KNK** 178:9,11
**know** 10:15,18
  11:16 12:6,14
  16:3 20:4 22:21

31:13,16 37:19
38:11 40:4 41:17
47:9 50:20 59:18
59:20 60:3,5 62:8
64:20 65:2,3,7,11
71:5 76:18 77:18
85:3,20 86:4 88:4
89:6,10 90:3
92:11 100:7 103:3
103:6 109:20,20
115:3 118:3 119:7
119:15 122:11
126:20 127:20
128:7,11 131:21
133:7,18 141:21
147:12,20 161:10
161:11,22 162:2
164:9 168:22
171:20 173:14
175:14 178:21
180:9,18 182:22
183:6 184:3 185:6
185:8 192:14
194:9 195:9,17
205:2 207:22
208:18 226:7,9,12
228:14 230:6
239:8,16
**knowledge** 40:1
62:4 89:21 128:9
143:7 158:13
174:4,6,16 178:14
179:1 180:2,13
196:1 198:1 201:5
227:11
**known** 23:2,4 120:6
**knows** 207:9 221:6
**Kovarik** 56:10,12
57:1,13 61:5 70:1
74:13,20 101:16
103:15 104:5
105:16 202:18
**Krikorian** 215:19
216:9

**L**

**L** 1:17 244:2
**label** 118:15 121:22
  127:4
**labeled** 162:18
  173:4 232:6
**lack** 150:11
**Lacks** 179:2 180:5
**landslides** 149:20
**language** 43:3
  109:18 124:13
  136:8 167:2
  221:11,14 222:11
  223:21 224:19,22
**large** 34:19 35:9
  39:9
**larger** 99:6 231:2
  233:6
**Larry** 101:18
**latest** 192:20
**laughed** 66:6
**Laurence** 101:17
**law** 1:11 2:1 4:2,8
  7:4 9:1,7,14 14:12
  15:5,10,11,14,17
  15:21 16:5 17:2
  18:13,16 22:8
  25:3 28:10 31:3
  34:8,20 37:16
  39:2 44:19 51:21
  53:11 61:22 68:7
  69:2 83:12 87:2
  96:12 98:3 100:7
  105:14 106:11
  119:6 145:20
  146:20 163:6
  175:13 198:4
  207:15 211:16
  228:13 229:2
  238:9 241:20
  242:22 243:22
**laws** 24:15 68:9
**lawsuit** 13:7,15
  85:15 181:14
  183:15 188:12
  189:13 190:20
  191:5 205:17,18

**lawyers** 10:1
**lays** 80:3
**learn** 24:21 25:2
**learning** 159:13
**leave** 235:17
**led** 57:15 116:8
**leeway** 190:22
**left** 47:22 107:7
  108:8 112:3 146:1
  149:6 166:22
  239:6
**legal** 1:20 7:22 8:2
  14:6 19:3,14,14
  21:3 32:22 33:3
  34:10,12 38:1
  40:19 44:3,15
  46:9 47:5 62:4,12
  62:21 64:21 80:10
  81:12 83:13 84:1
  85:12 91:8,21
  92:8 93:2 98:8
  169:1,9,10 170:8
  171:13 172:16
**legalization** 98:18
  99:4,5
**legally** 30:21 87:6
**legislation** 22:19,20
  24:4,17 25:4
  28:20 63:5,6,13
  63:14,17,22 64:4
  69:1,3 98:15,17
  98:20 210:12
**legislative** 32:5
  35:20 47:7 99:12
  122:21 192:16
  193:22 203:11
**lengthy** 115:4
**letter** 119:16,22
  121:5 133:18
  177:9,14,17,20
**letters** 177:9
**let's** 14:8,8 17:14
  19:22 21:18 29:22
  29:22 33:9,20
  35:14 101:8,9
  120:16 130:16

141:11,11 148:11
153:12 164:21,21
164:21 173:3
199:18 209:22,22
210:4,8 211:1
219:8 225:9
228:21
**level** 37:14 38:1
  87:17 161:4
**levels** 64:22
**Levine** 101:18,18
**life** 62:1
**lifeguard** 13:17
**limit** 39:21 43:4,6
  166:1 183:17,19
  212:20
**limitation** 43:19,21
  44:12 45:1,18,20
  46:6 48:2 72:4,6
  72:15 83:17
**limited** 38:22 191:6
  200:3 213:17
**limiting** 47:13 54:4
  54:9,15,22 58:15
**limits** 213:1
**line** 10:19 138:11
  182:15 202:1
  233:1 242:2,5,8
  242:11,14,17
  243:2,5,8,11,14
  243:17
**lines** 19:15 182:15
  204:21
**LinkedIn** 4:8 27:9
  27:13,17
**list** 112:20
**listed** 45:2 81:14
  93:14,17 94:11,17
  95:2 170:14 171:4
  185:1 235:8
**litigation** 21:11
  96:18 124:8
  127:14 130:6
  181:18
**little** 9:8,8 30:2
  139:17 146:2



155:22 168:10
228:18 238:18
**lives** 230:14
**living** 95:11,15
136:3 150:1
**Liza** 3:15 8:15
**LLP** 2:5 3:3
**logically** 235:21
**long** 38:7 115:1
147:13 190:7
191:1
**longer** 82:9 86:10
106:5 108:16
**longest** 98:4
**look** 14:8 30:4
38:10 43:12 72:22
90:18 96:13
110:14 116:13
119:8 120:16
124:18 127:21
132:11 162:11
167:1 169:3 172:4
173:9,13 174:2
175:14,21 178:8
182:2 184:18
185:3,18 187:7,14
189:8 192:17
201:22 204:21
206:3 208:17
210:2,4 211:1
220:20 225:8,9
228:1 233:19,22
**looked** 114:14
133:9 229:16,17
233:21
**looking** 30:1 33:12
33:22 36:3 70:16
73:19,19,21 74:10
105:19 106:16,18
107:15,17 116:4
141:7 148:1
167:18 168:6
175:15,16 189:5,6
220:8 222:18
226:4 233:18
**lose** 118:20

**lot** 24:17 35:6
109:17 189:5
238:11
**loud** 30:7,8
**lower-level** 169:1
**Lumen** 19:14
**lunch** 131:17 145:2
145:13

**M**

**Magna** 1:20 7:22
8:1
**major** 64:20
**making** 38:17
70:17 83:9 91:2
101:1,2 113:18,20
114:13 115:5,18
124:2 137:3 138:5
139:14 141:14
144:9 166:19
171:6 206:5 214:1
**Marcus** 3:2 8:5
**Marian** 128:10
**mark** 41:5 175:2
184:8 215:19
216:9 232:15
**marked** 6:11 27:7
27:10,14,21 28:2
38:5 41:8 42:8,12
42:15 86:14 96:4
99:19,20 100:12
118:17 122:1
127:5 130:12,14
146:7 162:19
173:6 175:4
180:22 181:1
184:9 188:20
189:1 191:15,17
196:8,10 219:18
229:11
**material** 155:18
226:10 231:1
**materials** 25:6 29:4
143:20 186:20
226:1,13 228:2
**matter** 7:5 11:7

12:20 24:10,21
241:9
**matters** 214:5,9
**Matthew** 136:12,18
137:5 140:2 150:2
**Mayer** 2:5 3:3 7:20
**mchristian@may...**
3:5
**mean** 13:12 25:10
25:19 49:12 64:6
64:19 67:3 70:8
71:20 81:3 105:3
105:4 110:16
115:15 126:3
130:21 133:17
148:7 157:11
161:15 164:19
168:12,15 170:20
184:20 191:2
199:2,11,14,15
203:7 213:7 214:9
214:22 216:14
222:7 232:1
**meaning** 71:17,21
**means** 73:22 74:9
**meant** 208:19
210:11,12 226:12
**media** 60:12
**medication** 12:21
**meet** 56:10 77:3
82:10 108:17
**meeting** 24:4,6
67:11 174:5,7,11
178:10,21,22
179:7,22 180:3,11
180:14,17 192:22
219:2
**meetings** 47:19
48:1 217:17 218:3
218:7
**meets** 106:5
**member** 15:21
177:14
**members** 24:4,7
33:16 48:18 64:7
69:1 98:22

**memo** 67:14 100:21
100:22 101:4
103:3,5,5,6 104:2
104:4,16 105:17
105:19,22 110:4
128:2,15 137:22
142:17 143:10
144:21 148:6
155:7,18 166:5
169:20 187:16
192:21
**memorandum** 5:21
113:5 117:22
156:3
**memorandums**
75:6 189:16
**memos** 78:9 87:13
145:5,8,9
**mention** 99:10
106:1 113:2 210:1
**mentioned** 23:22
95:1 112:13 115:6
155:22 157:7
160:13 169:8
224:18
**mentions** 88:6
206:22
**mentors** 25:13,20
**message** 120:21
178:3 185:4
**met** 50:18,21 56:13
77:1 82:5 92:15
136:2,19 185:13
**methodology** 37:21
**Michigan** 18:19,21
19:1 20:19
**mid** 150:8
**middle** 10:19 11:4
185:11
**Miller** 52:19 53:8
53:17 54:15,21
55:8,12,17,22
**million** 223:14
**mind** 12:4 48:20
65:10 142:14
153:2 157:21

181:19 203:4
238:16 239:10,13
**minute** 191:9
**minutes** 190:13
196:17,18
**mischaracterizes**
45:5 77:6 108:1
152:6 156:5
160:22 169:15
171:1 172:15
209:6 217:22
225:4 231:14
**mispronouncing**
56:11
**missing** 35:6
**mission** 112:3
234:21 236:4
**misstated** 30:18
**Misstates** 45:5
**misstating** 32:8
**mistake** 105:10
**mistakes** 186:16
**Mitch** 223:7
**Mitch-related**
222:22
**moment** 67:17
76:21 146:18
175:13 191:8,13
206:6,8 220:21
233:19 237:20
**moments** 219:7
232:10
**month** 135:6
**months** 20:6
124:21 182:21
183:8 197:15
**morning** 7:3 8:9
9:7 106:8 211:11
**motivated** 150:6
**move** 111:6 120:8
120:13
**moved** 18:18 20:13
138:12
**multi-page** 28:5
**Murphy** 3:3 8:7,7
224:20



**N**

**N** 4:1,1 7:1
**NAC** 178:9,16
  179:21
**name** 9:11,12,13
  49:14 56:11 99:14
  122:16,22 178:4,5
  185:1,5,7,12
  239:2,2
**named** 13:19
**Nationality** 62:20
**nationals** 95:19
  112:7 139:8
  160:16 162:6
**Nations** 149:11
**natural** 5:8 149:1
  149:14,19 150:4
**nature** 158:11
  226:9
**nearly** 223:10,14
**necessarily** 86:5
**necessary** 12:6
  113:6 213:22
**need** 10:17 11:7
  42:12 43:13 45:3
  70:14 80:22 90:22
  116:9 128:15
  129:4 135:3 165:7
  165:16 196:18
  206:2
**needed** 104:16
**needs** 149:8 240:1
**negative** 110:1,2
  151:14
**negatively** 149:3
**negotiated** 98:16
  99:7
**Neil** 119:17
**neither** 62:17
  244:11
**networking** 22:8
**Neufeld** 4:13
  201:11 205:17
**neutral** 107:17
**never** 14:3 185:13

194:10 231:2
  236:10
**new** 1:2 3:10,11
  7:12,17 46:22
  182:18 203:17
  212:1 223:6
**news** 161:15,20
  235:22
**newspaper** 182:9
**Nicaragua** 123:6
  181:13,17 183:7
  183:13 186:22
  187:7,15,16
  188:15 189:10
  190:16,19 219:7
  219:11 220:9,11
  220:22 221:12,20
  222:20,20 223:4
  223:19 224:4
  225:2 227:3,17
**Nicaraguan** 182:20
**Nicaragua's** 188:3
**Nielsen** 75:17 76:2
  85:7,21 87:16
**Nielsen's** 85:9
**night** 230:15
**nominee's** 192:22
**nongovernmental**
  150:15
**nonnumerical**
  213:1,8
**normally** 126:10
**North** 218:17,18
  219:1
**Northwest** 7:19
**notably** 34:5
  206:20
**Notary** 244:1,19
**note** 41:12 94:5
  205:16
**noted** 133:21
**notes** 18:5 107:5
**notice** 2:18 82:12
  116:6 126:11,18
  189:17 220:3
**Notices** 226:14

**notwithstanding**
  151:19
**November** 20:7,9
  20:10 120:19
  135:1 175:22
  176:7 178:2
  179:10
**Nuebel** 56:12
  101:16 202:18
**num** 213:12
**number** 30:3 37:16
  39:8 40:15,15
  43:4,21 44:12
  47:13 48:2 50:21
  54:22,22 72:4,6
  72:16 78:7 109:20
  111:21 133:7,11
  139:4 157:8
  206:13 212:7
  213:13 239:16,20
**numbered** 181:7
**numbers** 90:4
**NumbersUSA**
  215:10,17 217:3
  218:13
**numerical** 212:19
**N.W** 2:6 3:4
**N/A** 133:17,20

**O**

**O** 4:1 7:1
**oath** 10:5,7,9
  145:22 228:14
  241:15
**object** 13:9 21:4
  25:15 31:7 32:21
  34:22 37:18 40:2
  40:18 45:4 47:4
  48:4,5 49:2,8,22
  50:7,11,19 51:2
  51:14 52:9,14,20
  53:3,9 54:6,11,17
  55:2,10 57:2,16
  58:3,9,17 60:4,13
  60:19 61:19 62:6
  62:15 63:7,18

64:5,11,17 65:13
  66:3,16 67:2,9
  68:12 69:7,13
  70:19 71:4,12,19
  72:8,9 74:2,14,21
  74:22 75:13,18,22
  76:9,17 77:5 78:3
  78:15 79:3,19,20
  80:9,10 81:11,16
  83:2,11,22 84:18
  85:11 86:3,16
  87:8 88:14,22
  89:1,16,17 90:13
  91:4,7,20 93:1
  96:6,15 97:12
  98:6 102:11 103:7
  103:20 104:7,13
  104:21 106:19,20
  107:20,21 109:8,9
  110:7,8 112:15
  113:9,21,22
  114:16,17 115:10
  115:20,21 116:14
  116:15 117:15
  118:1 120:1 121:6
  121:7 123:17
  124:4 125:6,7
  126:4,5 128:3,4
  128:16 129:15
  130:2,3 131:20
  132:6,16 133:1,4
  134:9,17 135:17
  136:14 137:6,16
  137:17 138:7,8
  140:10 141:16,17
  142:6,7 143:1,2
  143:15 144:10,11
  151:1,4 152:17,18
  154:10,11,11
  155:10 156:4,19
  156:20 158:2,20
  158:22 159:17
  160:5,6,21 161:7
  161:16 164:4
  165:19,20 166:10
  166:11 167:12,21

167:22 168:16,17
  169:14 170:7,22
  171:12 172:14
  174:13 176:13
  177:11 178:12
  179:2,14,15 180:4
  180:15 183:9
  186:7 187:9,10
  188:4,8,10 189:11
  189:12 190:2,18
  193:10 194:3,4
  195:7,19 197:17
  197:18 198:9,17
  198:18 199:7,8,22
  200:1,19,20
  202:11,22 203:1
  203:13 204:1,11
  204:12 205:12,13
  207:5,20 208:5,13
  209:5 210:14
  211:8 212:2,9,10
  213:2,3,15 214:6
  214:13,21 215:11
  216:2,7,13,20
  217:5,13,21 218:9
  224:6,7 225:3
  226:17 227:5,6,18
  227:19 229:4
  230:19 231:13
  232:3 234:6
  236:17 237:10,18
  238:17 239:12
**objected** 226:18
**objection** 29:9,15
  36:14,19 40:11
  44:2,13,15 45:21
  46:8 47:15 53:14
  56:17 59:7 73:3,4
  74:1,1 84:1 85:11
  87:9 92:7 93:11
  93:18 94:13 97:11
  102:22 109:9
  111:14 113:8
  125:16 129:14
  144:3 152:1
  153:15 155:11



164:3,15 174:12
176:14 178:17
183:2 192:4 193:9
194:21 198:10
200:18 209:7
213:14 215:4
218:14 232:18
235:2,9 236:7
objections 224:10
239:20 240:2
objects 99:22
118:21 122:4
123:3 127:8 131:3
146:9 162:22
173:16 175:6
181:3,9 184:11
191:19
obligation 200:10
observations 198:8
obviously 9:18
25:11 43:13 155:1
238:10
OCC 129:5,6
occasional 218:4
occasionally 73:20
Occidental 17:11
18:2,7,12
occur 38:21
occurred 13:17
109:19
occurring 174:5
occurs 31:1
October 5:8 22:4
56:8,9 101:12,20
101:21 102:8,20
103:18 105:15
107:6 108:5
113:15 115:19
117:1,14 118:5,9
118:10 134:20
154:3 158:5,6,7
158:18 165:3
192:18 193:6
195:6 209:1
232:21
offer 241:14

offered 23:19
office 3:9 8:10 17:9
17:12 28:11 53:20
77:9 78:18 99:13
120:10,14 129:7
129:13 163:17,19
192:16 202:9,16
205:6,10
officer 244:2
offices 22:19
official 41:16 42:8
43:15 51:6 70:8
159:14 161:12
officially 94:7,19
95:21
oftentimes 111:22
120:11
Oh 147:1 216:5
221:5
oil 18:6
okay 9:15 10:15,16
11:9 13:20 14:8
19:11 20:15 23:14
23:21 24:13 25:5
27:2 32:2 33:7
34:12 35:5,21
36:15 37:2 42:17
46:13,15 49:7,17
52:2 53:14 54:3
55:21 62:11 65:16
70:11 71:16 83:5
83:20 87:2 94:10
96:1 100:11
101:19 103:17
105:8 134:5,21,21
135:2,10 138:17
139:3,21 140:7
141:9,11 142:20
145:1,10 146:18
146:22 147:6,9
148:2 153:11,21
155:5 156:9
162:12 164:21
167:18 173:12
174:22 178:1,7,16
184:7 186:19

194:14 196:20,22
199:4,18 201:11
201:17 202:7
204:6 206:17
207:19 210:8
211:1 219:8,12,15
219:21 220:5,14
220:20 222:16,18
223:21 225:9,14
226:16 228:6
231:20 232:9
235:14 237:15
239:15
OMB 190:9
omit 157:11
once 29:4 150:2
ones 59:2 235:8,19
ongoing 91:1,12,16
92:1
on-boarding 66:2
opening 22:7
open-ended 238:19
operating 150:8
Operations 129:10
opinion 232:16
opportunities 19:6
24:20 25:2
opportunity 11:19
239:9
opposed 234:16
options 109:3
order 38:4 120:6
orders 52:3
organization 19:5
25:14,20 150:15
204:3 207:7
228:21 231:18
organizations
15:20 16:19,20
19:9,13 22:22
232:7
organized 28:6
41:11
origin 120:5
original 26:3 42:9
79:6 89:7 107:4

109:2,14 118:5
121:16
originally 103:6
134:8
originated 79:5
97:19
originator 78:8
89:9
outbreak 144:8,22
outcome 13:21
244:17
outlined 150:12
outlining 189:9
outside 85:15
167:19 181:13,17
183:14 191:4
overall 14:9
overarching 62:21
overbroad 197:20
198:20 200:22
Overview 5:9
overwhelming
105:17 107:12,18
109:5 154:5

———————

P

P 7:1
Pacific 223:8
package 99:6 186:1
186:3,5
page 4:2 27:9,13,17
29:22 30:2,5 33:9
33:20 34:1 35:15
37:5,6,10,10
38:10,13,14 39:17
119:14 122:5
127:9 133:10
138:20 139:4
140:2 146:11
148:12 174:18
178:2 185:4
191:22 197:4,5
201:18 202:1,2,4
202:8 204:22
206:17,19 210:8,9
211:2 220:6,7,15

225:19 230:2
242:2,5,8,11,14
242:17 243:2,5,8
243:11,14,17
pages 35:20 118:20
151:12
palace 224:3
paper 173:10
174:10
paperwork 61:12
paragraph 82:11
108:18 141:2
148:18 178:8
Pardon 67:16
parentheses 88:7
part 16:16 64:2
82:1,6,8 99:6
108:16 128:11
137:11,15 140:19
143:20 148:21
167:11 176:4
185:15
particular 15:17
19:4,5,17 24:8,13
24:14 48:16 65:17
79:18 91:13 109:2
131:14 156:14
184:22 208:9
particularly 147:17
149:15
parties 2:19 244:12
244:15
parts 148:10,15
182:9
party 13:14
part-time 17:12
passed 20:7 198:4
passing 32:11
Patrick 1:3 7:5
pattern 150:16
paved 223:7,8
paying 17:15,15,18
peacekeeping
112:2
penalty 241:6,7
pending 11:4 69:2



people 10:7 12:1
    48:16 76:22 77:3
    111:22 157:9
    235:6 236:5
    239:17
percent 149:12
    223:13
percentages 87:5
Perfect 131:18
performing 66:14
period 26:8 51:4,21
    53:11 55:18 65:21
    69:15 124:16
    134:10,15 158:21
    194:19,19 195:5
    195:10 200:4
    201:1 202:13
periodic 81:2,20
    92:10 206:2
    213:21
periods 19:18 20:3
    27:19
perjury 241:6,7
persistent 149:8
person 185:14
personal 89:21
    141:5 143:7
    174:16 196:1
    198:1
personally 185:13
    207:9
perspective 151:20
    211:22
persuasive 138:4
    141:6
Petroleum 17:11
    18:2,7,12
Phi 17:1
Phillips 192:13,19
phone 57:7,8,13,21
    239:22
phrase 140:12
phrased 109:22
    110:2 156:13
piece 63:13
pillars 98:17

pinpoint 64:18
place 23:8,10 31:18
    46:17
places 23:7
plagiarism 16:5
plaintiff 8:6,8 9:5
plaintiffs 1:4 3:2
    127:14 181:14
    191:5
Plaza 3:10
please 8:3,19 9:13
    10:14,17 11:15
    12:6,14 30:6,16
    30:17,18 32:8
    33:20 42:20 49:11
    49:15 56:10 65:11
    70:5 81:4 83:20
    100:7 105:10
    117:3 119:7 121:4
    122:11 127:20
    148:19 173:11,14
    175:14 201:17
    206:18
plug 167:4
Plus 61:22
point 10:6 11:2
    30:5,10,12,18
    34:1,3 35:22
    43:14 68:14,17
    77:14 90:14 104:1
    124:11 126:22
    148:21 177:8
    194:9 208:9,12
    209:21 211:16,18
    229:20 237:5
pointed 222:9
pointing 41:21
    46:16
points 30:4,16 37:7
    37:11,12,12
    192:21 194:1
    210:17
policies 24:9,13
policy 22:18 44:20
    44:22 45:19 46:5
    47:3 53:2 62:19

63:3,4 70:14 77:9
    78:18 120:11
    163:17,20 202:10
    202:17 205:6,10
    214:5,9 216:12,15
    217:4,11 218:8
political 149:2
    163:19
politically 150:6
pool 13:18
poorest 223:15
poorly 171:21
population 31:17
    87:14 149:22
    150:1 235:1
populations 90:3
portfolio 67:12
portion 68:16
    73:20 120:16
    174:18
position 26:2,9,13
    26:22 27:1 45:7
    46:14 87:17
    152:14 153:1
positions 15:17
    62:19 152:22
positive 105:20
    109:21,22 111:9
    111:12,21 151:13
    156:2,12,14 165:7
    165:17 167:5
    228:21
possibility 98:19,19
    135:15
possible 69:8 71:13
    76:19 187:16
possibly 61:10
    114:10 136:12
posted 233:8
potential 94:18
    95:2
potentially 136:19
    156:14
poverty 150:1
    229:2
power 230:13

Practice 21:12
preceding 195:12
preclude 195:14
precluded 170:15
    170:19,20
predates 118:5
predecessor 76:4,5
    86:1,5,8
preexisting 149:16
prefer 105:2 234:9
preferred 106:9,9
Prelogar 77:10
    101:14 117:20
    118:12,13 178:6,7
    178:7
Prelogar's 78:6,13
premise 31:13
prepare 97:6
prepared 97:10
    147:8
presence 150:10
present 2:18 3:14
    30:22 31:11 157:7
    219:3 237:13
president 1:5 7:6
    112:5 160:14
    161:5 162:4
presidential 6:5
    45:14 210:6
    223:22
presumably 47:7
    121:16
pretty 225:12
prevalent 65:21
prevent 31:19
    139:8
prevented 171:8
previous 86:9
    87:18 109:20
    112:19 116:5
    144:4
previously 6:11
    89:22 95:20
    135:21 157:12
    160:12 182:18
    195:11

primary 210:20
    223:15
principal 174:10
principles 62:21
printout 41:17,22
prior 42:2,2 45:5
    58:21 59:5 61:16
    68:10 77:6 108:1
    117:22 123:7
    152:6 156:5 158:6
    158:17,17 160:22
    169:15 171:1
    172:15 201:13
    217:22 225:4
    231:14
priorities 6:4 45:14
    197:16 198:16
    199:5,20 200:16
    202:20 203:7,12
    203:21 204:3,7,7
    204:9,18 205:3,9
    208:20 212:6
priority 209:3
    211:22
privilege 11:8 21:6
    21:8 110:10,11
    164:5 166:13
    170:10 171:16
    200:5
privileged 84:4
    200:6
privy 125:17
probably 22:4 29:2
    42:11 70:9 74:7
    148:4 204:3
problem 11:2 141:6
proceed 61:7
proceeding 240:11
proceedings 14:6
process 35:12 36:5
    56:21 57:21 61:6
    67:13 78:22 79:1
    110:10,11 164:5
    171:7 188:15,16
    190:7 197:3 206:5
    226:22,22 237:17



**produce** 203:11
**produces** 132:18
**producing** 29:1
**production** 29:8
 39:6 207:18
**Profile** 4:8
**program** 36:18
 64:21 207:3 208:3
**programs** 3:15
 8:13 33:15 34:4,7
 64:21 206:20
 209:15
**prohibit** 33:15 36:7
**Prohibiting** 35:16
**project** 165:6
**projected** 185:21
**projects** 19:10 20:5
 20:17 223:2
**promote** 236:4
**promoted** 26:6,15
**promotion** 234:22
**prong** 84:9 91:13
 94:16 121:17
 136:1
**prongs** 224:13
**pronounce** 178:5
 185:6
**proper** 209:14
**property** 84:7
**proposed** 28:20
 73:9
**protected** 4:16 5:5
 6:12 30:21 78:19
 174:11
**protection** 149:16
**protections** 32:12
**provide** 12:12,13
 12:14 22:20 32:12
 43:11 53:20 66:14
 68:22 73:1,22
 74:7 78:10 83:20
 98:13,21 103:3
 109:2 169:3
 188:19 190:7
 196:7 219:17
 229:10

**provided** 39:7
 71:17 87:21 90:5
 93:5 114:5 117:7
 117:9 121:5 138:1
 223:14 229:15
**providing** 71:9
 109:3
**provision** 74:20
**provisions** 65:17
**pry** 12:19
**public** 186:1 228:1
 244:1,19
**publication** 29:6
 161:15 186:2
 190:9
**publicly** 112:6
 116:6 169:5 172:7
 233:8
**publicly-available**
 115:6,8,17
**publicly-sourced**
 114:11
**published** 29:13,20
 39:13 182:20
 185:21 203:16
 208:15
**publishing** 82:12
**pull** 124:13 135:21
 136:7
**pulled** 41:13
**purely** 136:22
**purpose** 68:21
 89:15 178:22
**purposes** 190:1
**Pursuant** 2:18
**put** 28:19 31:18
 38:15 48:10 51:3
 67:14 111:3 155:5
 187:3 207:6
**p.m** 102:21 103:18
 104:6 105:15
 113:7,16 117:2,13
 120:19 154:3
 165:4 185:20
 192:18 240:12

### Q

**qualify** 135:15
**qualifying** 109:17
**quantify** 114:3
**question** 10:13 11:3
 11:5,11,14,17
 12:2,9 25:17
 42:21 56:19 57:14
 62:7,8 68:8 70:21
 72:5 73:5 74:2
 81:1,1,4 121:10
 141:19 144:11
 152:2,8,18 153:3
 157:18 159:4,18
 159:20 160:6,7,11
 161:8 166:11,14
 168:4 170:8,12
 171:13,18 172:20
 183:12 184:1
 197:12 199:13
 200:19 204:15
 205:1,13 207:13
 207:20 208:19
 212:13,17 218:13
 220:9 221:3 222:6
 225:6,21 232:22
 238:22 239:11
**questioning** 10:19
 138:12
**questions** 9:10 13:2
 39:18 48:11 59:11
 86:22 96:10 100:4
 106:14 119:3
 122:8 123:11
 127:15,18 131:7
 131:13 133:14
 138:15 139:11,13
 145:4,7 148:16
 152:12 153:18
 163:4 173:21
 175:19 181:7,16
 181:20 183:17,20
 184:15 190:21
 191:3,6 202:3
 207:8 219:6

 234:13,16,17
**quick** 68:7 90:18
 237:21
**quickly** 116:10
 147:20
**quietly** 230:15
**quite** 139:1 140:4
 196:8 199:10
 207:11 211:14
 239:7
**quotation** 230:18
 231:6 232:9,15
**quotations** 231:12
 231:17
**quote** 231:9
**quotes** 167:3
 230:10 233:13,13
 234:9,10 235:17

### R

**R** 3:8 7:1
**race** 234:22
**RAIO** 147:8 154:18
**raised** 87:9 212:14
 239:21
**raises** 192:4
**ran** 178:9
**range** 149:7
**rate** 207:4 208:4
**rates** 34:5 206:20
**rationale** 187:8
 189:10
**rationales** 221:15
**read** 30:6 31:2 34:1
 34:8,14 36:6,11
 36:13,21 38:16
 43:5 60:17 68:16
 102:16 105:1,2,5
 105:6,9,12 106:11
 106:12 117:3,10
 117:12 120:20
 121:2,3 124:17
 127:22 139:5
 148:15 156:11
 158:10,11 161:18
 161:19 165:15

 167:15 181:22
 186:15,18 211:7
 220:21,22 230:12
 232:9,15,16
 233:12 234:8
 240:5 241:8,10
**reading** 25:4 32:5
 33:17 42:13 61:1
 68:11,21 72:14
 160:13 168:10
 186:14,16 201:22
 221:7
**reads** 30:16 33:13
 34:3 148:19
 206:19 221:4
**ready** 38:12 146:3
 146:4 159:15
 186:1 228:15
**really** 73:17 239:1
**reason** 10:14 65:6
 242:4,7,10,13,16
 242:19 243:4,7,10
 243:13,16,19
**reasons** 32:10
**reauthorization**
 105:22 111:10
**rebuild** 224:2
**rebuilding** 84:8
**rebuilt** 223:3
**rec** 89:14
**recall** 12:4 26:10,18
 29:2 34:17 35:10
 37:20 47:18,19
 48:1 49:18 52:5
 55:3 57:10 58:4
 58:18 59:4 61:1,9
 63:12 67:10 68:11
 68:14 69:17 90:11
 90:15 97:9 98:18
 99:5,9,15 103:2
 109:13,17 112:2,9
 114:21 116:4
 118:8 121:11
 126:10 128:21
 129:12,19,21
 130:9 134:15



MAGNA
LEGAL SERVICES

137:10,14,21
141:22 142:16,20
143:9,19 144:1,20
145:8 147:11
151:11 154:16
155:16 156:1,17
157:4,8,13 159:5
159:12 160:13
161:2,12,17
168:21 172:3
174:6 176:11,19
177:19 182:3
186:5,10,17 187:2
187:21,22 188:14
193:14 196:2
200:9 208:7,8
210:20 212:18
215:5,16 238:14
238:15,20
**recalled** 112:21
157:17
**receive** 66:12,22
159:10,15
**received** 38:20
57:21 66:2,18
90:11 103:11,17
187:21 188:1
192:12 199:19
200:15 202:19
205:8 211:5
222:20
**receiving** 159:12
186:5
**recess** 68:3 145:16
228:9 238:6
**recipient** 88:15
185:1 186:10
**recognize** 28:14,15
96:21 100:11
147:6 163:6
184:19,21 192:9
219:21
**recollect** 89:13
**recollection** 27:18
33:3 54:21 55:7
59:12 69:11 84:7

98:13 110:6,21
111:20 116:4,19
120:4 123:2
128:14 154:7
155:6 162:10
164:13,18 166:4
179:6,11 206:1
213:19
**recommend** 125:4
164:18
**recommendation**
5:5 31:6,10 45:19
67:15 79:13 101:4
107:4,6,8 108:9
109:1,3 132:1
165:8,18
**recommendations**
68:22 69:5,6,11
73:11 209:12
**recommended** 22:9
22:11
**recommends**
210:17
**reconstructed**
224:3
**reconstruction**
223:1
**record** 33:5 38:15
45:6 55:14 68:2,5
88:1 105:2,5,6,9
105:13 140:20
145:5,15,18 154:1
174:1 186:17
228:8,11 229:16
238:5,8 239:20
240:10 244:10
**recording** 10:3
**recover** 150:3
**recovery** 148:22
150:13 223:1
**redesignate** 92:5
**redirect** 153:11,22
173:4 180:21
**reduce** 209:3
**reduced** 244:8
**reducing** 157:9

**reexamination** 75:7
**refer** 109:6 119:2
177:1 222:15
**reference** 43:4
90:21 100:20
101:1,3 106:15
123:21 124:2,19
133:13 140:1,9
142:18 226:6
**referenced** 95:8
101:22 122:15
**referencing** 55:17
**referred** 16:7
111:22
**referring** 30:12
35:1,22 51:5 53:6
76:7 91:15 102:18
103:14 134:10
138:11,19,21
140:5 158:4
174:17 239:1
**refers** 30:2 123:16
177:2
**reflect** 27:14
**reflected** 145:9
**reflective** 233:6,7
**reflects** 27:18 123:5
**reform** 4:9,11
21:22 23:4 27:22
33:14 34:4 51:12
206:19 208:20,21
214:11
**refrain** 181:15
**refresh** 110:5,20
123:2
**refugee** 33:14
**regard** 85:10
**regarding** 5:5 77:1
87:9 100:4 163:4
**regardless** 159:8
**regions** 223:16
**register** 5:16,17
82:13 116:6
126:11 189:9,17
190:10 220:3
226:13

**regulation** 74:9
**regulations** 38:17
73:9
**regulatory** 70:14
**relate** 181:11
**related** 16:9 21:14
39:19 68:8 88:2
125:8 137:5 151:8
187:15 244:11
**relates** 103:22
127:13 130:6
139:5 158:21
183:10 188:12
**relating** 79:21
84:22 97:13
106:21 107:22
109:10 111:15
112:16 113:10
114:18 115:11,22
116:16 121:8
124:5 126:6
127:16 128:5,18
129:16 130:4
137:7,18 141:18
142:8,12 143:3,16
144:16 151:6
152:19 154:12
155:12 156:21
159:1 160:8
165:21 166:12
168:1,18 169:16
171:15 172:17
174:14 175:8
176:15 179:16
180:6 181:16
183:13 187:11
188:9 190:3
193:11 194:5
195:20 197:19
198:19 199:9
200:2,21 203:2
204:13 205:14
209:8 212:11
213:4,16 224:8
227:7,20
**relation** 174:9

216:18
**relations** 17:12
22:15 26:7,16
**relationship** 49:19
50:3
**relationships** 48:19
49:1
**relative** 244:14
**relayed** 97:19
**relevance** 87:4
**relevant** 58:12 91:2
106:4 113:1
135:12,14 138:16
169:12 170:5
171:11 195:5
**reliable** 41:18
**relied** 62:14 126:22
**religious** 34:6
**rely** 126:22
**remain** 149:18
**remainder** 26:14
**remains** 141:5
149:5
**remember** 11:12
12:2,11 34:18
56:6 71:15 97:3
97:21 138:3
143:13 144:7
148:2 157:22
160:19 239:2
**remind** 10:7
**remote** 223:5
**remotely** 20:15
**removal** 36:5
**rendered** 88:10
**renewal** 45:1,7
75:11 77:3 79:1
79:10 92:22
**renewals** 38:21
39:21,22 40:10,16
43:4,20,22 44:12
45:19,20 47:14
48:3 54:9 72:4,7
72:16 75:20 77:1
211:6 212:7
**renewing** 92:5,6



**renews** 153:15
**Repeal** 36:17
**repeat** 42:21 81:1,4
**rephrase** 10:15
  62:7 81:1 152:7
  152:10,11 183:12
  199:4 203:8
  204:15 207:20
**report** 69:22 114:4
  114:15,21 115:2
  138:1 143:11
  147:8 150:12,19
  150:21 152:15
  153:6 154:9,18
  155:8 161:20
  162:14 167:19
  168:6 172:6
**reported** 1:17
  149:11 161:12,14
**reporter** 8:1,19
  27:7 42:10
**reports** 70:3 147:14
**represent** 8:4
**representatives**
  217:18
**reproduce** 236:5,6
**repurposed** 186:20
**repurposing**
  221:11 224:18,22
  227:11,16
**request** 7:20 41:22
  89:7,15 90:11,12
  97:19,20 130:1
  157:22 158:17
  159:10 160:7
  199:8
**requested** 94:8,20
  95:21 97:10,22
  129:13
**requesting** 48:2
  111:3
**requests** 110:8
  136:5
**require** 94:5
**required** 66:22
  124:14,16 206:3

213:22
**requirement** 94:19
  95:14 159:7
**requirements**
  153:7 206:4
**research** 113:19
  163:12 165:6
  169:21 170:1
**resort** 80:15
**respect** 47:13 50:16
  77:21 78:14 79:10
  84:16 92:22
  117:20 125:15
  137:4 138:6
  141:15 148:16
  202:21 217:12
**respective** 2:19
**respond** 149:7
**response** 103:9
  119:2 120:12
  124:12 166:1
  177:21 218:15
**responsibilities**
  17:22 22:17 24:2
  64:3 66:19 70:6,7
  70:12 71:1 75:5
  77:13,18,22 78:1
  78:13 189:8
  193:19
**restate** 67:5 187:4
**restated** 156:11
**Restrict** 30:20
**restricting** 212:7
**result** 129:22 150:5
**resulted** 32:19
  95:10
**resulting** 95:14
**resumé** 27:5 57:19
  61:10
**return** 31:15,18,20
  32:17 95:18 112:7
  136:4 160:17
  162:6
**returning** 31:12
  139:9
**revealing** 21:7

**review** 15:11,15,18
  16:5 39:14 76:15
  79:6 81:2,20,22
  92:10,12 103:3
  108:6 116:9,13
  120:11 132:19
  133:6 162:8 186:3
  190:6,10 192:6
  194:19,19 195:5
  195:10 200:11,12
  201:5 206:2
**reviewed** 29:3,5
  43:8 44:11 45:12
  45:16,17 79:7
  96:19 100:10
  104:1 119:10
  120:4 123:12
  131:12 189:16,20
  201:7 207:16
  208:14 221:9
**reviewer** 39:12
**reviewing** 43:16
  96:14 104:4
  122:14 169:20
  189:16 190:8
  213:20 233:16
**revoke** 38:19 211:4
**rewritten** 128:15
**RFPD** 181:8
**right** 13:6 15:16
  16:18 20:9 24:6
  26:21 27:20 28:5
  30:11 35:2,14
  38:2 43:9 46:13
  66:9,10 67:22
  70:10,10 102:1,1
  111:5 118:11
  119:21 125:1
  134:1 136:6
  139:16 140:3
  148:7 155:3
  157:21 158:9
  163:14,21,22
  165:10,14 167:11
  168:9,13 175:18
  176:7 182:11,14

185:18 186:13
  190:12 202:5
  206:11 211:12
  220:5,6,7,20
  221:8 228:6 238:2
  239:19 240:6
**ripe** 200:11
**roads** 223:6,8
**Robert** 1:11 2:1 4:2
  4:8 7:4 9:1,14
  105:14 241:20
  242:22 243:22
**role** 26:3,5 28:22
  29:7 35:4 39:5,9
  53:19 56:15 61:18
  62:18 70:3 78:22
  79:10 117:20
  128:12 174:8,21
  200:15 202:16
  207:18 208:1
**roles** 15:17 27:19
**roll** 186:22
**roughly** 115:1
  132:21 148:2
**rule** 198:4
**ruling** 240:1
**Russo** 1:17 8:1
  244:2

**S**

**S** 4:1 7:1
**safety** 139:9
**Saget** 1:3 7:5 241:3
**sake** 103:13
**Salvador** 88:6
  181:16 194:15,20
  195:10 196:3
**Salvadorans** 193:5
**Salvador/Hondu...**
  121:1
**samples** 61:11
**sanitation** 223:11
**satisfaction** 36:9
**save** 241:11
**saves** 130:22
**saw** 148:3,4 159:6

**saying** 102:2
  107:16 114:9,13
  158:12 164:12
  172:12,21 188:21
  231:22
**says** 33:13 46:2
  80:16 88:7 105:14
  107:11,14 108:5
  129:4 154:4 159:9
  173:10,10 176:21
  178:8 185:20
  222:20
**scenario** 126:13
  236:22
**school** 13:16 15:5
  15:10,21 16:19
  17:3 18:13,16,20
  22:8 44:19 62:1
**scope** 53:20 85:15
  88:4 99:1 124:8
  130:5 181:13,17
  183:14 188:11
  189:13 190:20
  191:4 209:16
**SCOPS** 129:9
  201:14,16
**scrapped** 126:2
**Sec** 167:1
**second** 17:10,18,22
  24:4 36:5 49:14
  94:16 133:10
  141:2,3 185:3
  211:2 220:10
  225:19 230:2
**secretaries** 190:8
**secretary** 38:19
  75:17 76:2,11
  79:13,14 81:21
  82:7,11 84:14,15
  84:15 85:4,7,9,17
  85:21 87:16
  108:14,18 116:7
  119:19 125:3
  126:16,21,21
  136:22 147:21
  153:7 166:6,16,18



177:19,21 179:7,8
180:14 193:16
199:15,16 211:3
220:10,16
**secretary's** 125:18
151:16
**section** 4:15 6:12
220:21 221:1
**secure** 36:4
**security** 3:16 38:19
141:6 149:2 211:4
**see** 10:20 23:21
29:22 33:9 35:14
39:8 43:5,18,20
141:10 153:12
162:1,9 167:4,6
172:9 176:21
182:12 185:14
192:15 228:2
230:13
**seeing** 182:3 204:4
**seek** 91:10 127:15
**seeking** 87:20 88:5
111:15 115:11
116:15 124:5
125:7 160:7
**seeks** 73:5 74:3,22
79:20 80:10 84:22
85:13 89:1,17
97:12 106:20
107:21 109:10
112:16 113:9,22
114:17 115:21
121:7 126:5 128:4
128:17 129:15
130:3 137:17
138:8 141:17
142:7 143:2,16
144:16 151:5
152:19 154:12
155:11 156:20
159:1 165:20
166:12 167:22
168:17 169:16
170:8 171:14
172:17 174:13

176:14 179:15
180:6 187:10
188:9 190:3
193:10 194:5
195:20 197:18
198:18 200:1,21
203:1 204:13
205:13 209:8
212:10 213:3,15
224:7 227:6,19
**seen** 60:6,9 132:14
132:22 182:4
192:10 229:14,19
231:2 232:12
**Self-study** 25:7
**Senate** 47:12 48:2
48:18 98:14,22
99:7
**Senator** 53:19
56:13
**send** 129:4 164:1
164:14
**sending** 102:10
**sends** 177:17
**senior** 26:6,9 86:6
218:19
**sent** 29:6 88:11
97:4 104:8 116:22
117:2 129:2 163:8
163:22 176:8
177:15 185:4,19
192:17
**sentence** 37:13
107:11 111:8
141:3 154:4
186:19 211:3,7
**sentences** 165:11
165:13
**separate** 84:10
187:19 221:19
**September** 115:19
**series** 100:15,16
**serious** 141:5,6
**service** 129:10
201:13
**Services** 1:20 3:16

7:22 8:2,16 19:15
**session** 233:17
**sessions** 17:4 53:19
**set** 209:6
**Seven** 133:7
**severe** 149:15
**Shah** 3:15 8:15,15
**sheet** 42:13 241:1
241:13 242:1
243:1
**shocks** 149:6 150:4
**short** 67:20 68:3
108:5 120:21
131:14 145:16
196:14 228:9
238:6
**shortest** 98:5
**shorthand** 133:21
177:4 244:7
**shortly** 134:19
**short-term** 19:10
**show** 145:6
**shows** 140:20
**side** 223:8
**side-by-side** 41:15
**Sigma** 17:1
**sign** 177:21 240:6
**signal** 120:12
**SIGNATURE**
242:21 243:21
**signed** 119:16
241:17
**significance** 40:9
98:4
**significant** 222:21
**signing** 177:9,10
**signoff** 120:10
**signs** 111:20 157:6
**silly** 10:6
**similar** 126:16
133:22 188:15
189:15 209:3
218:10 220:15
**similarities** 221:14
222:2 224:16
**similarly** 186:22

**simple** 169:21
**simply** 230:14
**simultaneously**
19:17
**single** 63:13
**sit** 156:17
**site** 226:8
**sitting** 172:13
**situation** 23:16
147:17
**six** 124:21
**six-month** 116:8
124:14 126:17
147:18,21 167:1
**skipping** 193:2
**slightly** 155:5,6
**small** 174:10
**smear** 229:7 231:8
231:18,22 232:2
**Snell** 3:14 8:12,12
**social** 149:2
**socioeconomic**
149:17
**somebody** 225:16
**soon** 185:22
**sorry** 7:16 16:13
34:12 35:18 37:6
39:15 73:14,14
130:16 146:22
147:1 183:3
188:22 213:11
216:5
**sort** 23:12 51:4
55:4 109:18
120:10 182:10
**sought** 87:17
126:15
**sound** 193:17
**source** 162:2,9
**sourced** 169:5
172:7
**Southern** 229:2
**speak** 10:4 11:6
21:6 105:3 146:16
222:6
**speaking** 11:5

138:22
**speaks** 30:9 36:15
44:3 45:22 81:17
93:12,21 94:14
95:3 104:14,22
117:16 140:11,17
167:13 194:4
211:9 230:20
**special** 163:16,18
**specific** 22:13 25:9
25:10 35:21 37:21
43:6 47:20 50:21
53:6,7 65:18
66:13 69:10,18
72:15 74:16 76:22
115:3 121:12
124:13 136:8
138:20 160:1
162:13 164:17
190:21 191:3
200:3,10 201:1
208:8 212:19
215:16 222:11
231:7,9 234:8,9
234:16 235:12
**specifically** 61:2
68:14 88:6 93:5
97:3 104:19
107:13 123:7
131:22 134:18
136:18 137:11,22
142:18 177:15
184:20 186:9
192:10 194:8
**specificity** 20:5
**specifics** 26:10 61:9
129:21 164:10
168:22
**speculate** 225:15
226:11
**speculation** 84:19
102:12 118:2
125:10 129:17
136:15 141:20
143:5 161:8 179:3
180:5,16 197:21



236:18
speculative 98:10
spell 49:14
spelled 185:5
spelling 122:19
spend 9:8 189:5
spent 117:21
SPLC 229:6 231:8
   231:17,21 232:7
staff 19:9 29:4
   67:11 77:9
staffer 56:14 99:12
   163:19 169:1
staffers 18:9 48:16
   48:17
stand 65:19 129:6
   144:4
standpoint 109:16
stands 129:7
   178:11
staple 41:7,10
   48:12 118:19
   130:16 196:13
stapled 130:18
stapler 28:4 130:20
start 20:6 101:9
   118:6 189:6 197:3
   201:22 220:8
started 18:17 21:21
   24:19 26:12 57:20
   66:1,11 74:18
   76:14 78:22 85:4
   134:19 148:1
   194:20 208:22
   212:5
starting 19:22
   211:2 232:21
state 5:4 9:13 70:9
   81:22 82:1,8,9
   92:12 94:7,19
   95:17,19,21
   108:16,16 131:22
   132:4,15,18 136:5
   139:6,8,9,18
   140:14
stated 9:11,12 56:6

72:13 90:1 157:12
statement 25:17
   62:9 112:19 144:5
   157:11 159:13
   161:6 233:5
statements 112:6
   234:1
states 1:2,6 3:8,9,15
   7:6,7 8:15 55:1
   58:16 107:6
   159:16 235:1
statue 224:14
status 4:16 5:5 6:12
   30:21 32:16 33:15
   47:2 78:19 81:8
   83:1 85:10 87:18
   92:6 135:13
   151:22 152:15
   158:19 165:8
   174:11 187:6
   188:7
statute 31:18 32:6
   32:11 40:15,17,22
   41:14,16 43:2,3
   44:10 45:2 46:7
   64:8 69:19 71:18
   71:21 72:2,22
   73:1,12,19,21,22
   74:9 80:3 81:17
   94:5 108:13,22
   124:12 135:22
   201:9 206:3
   209:13
statutes 64:10,15
   65:5,10 70:17
   71:2,3,7,11
statutory 71:11
   125:19 151:15
   153:6 172:1 206:4
stay 28:6 32:18
   41:11
step 39:1 48:21
   134:13 135:10
   150:16
steps 45:10 150:17
Steven 52:19 53:17

55:12,17
sticker 173:10,11
stop 18:11 34:2,9
   34:12 59:1 141:12
   165:10 167:10
storm 223:3
straight 211:13
strategy 77:9 78:18
   120:11 163:18,20
   182:17 202:10,17
   205:6,10
Street 2:6 3:4 7:19
Stubbs 163:15
   164:2 165:4
student 31:17
   32:13
students 223:15
studied 64:15
studies 214:19
   215:7,21 218:7,20
   219:1
study 15:1 64:3
studying 18:17
   32:13
stylistic 109:16
stylistically 156:13
subject 24:10,21
   86:20 105:16
   127:13 201:7
submitted 61:10
   207:10
subparagraph 82:8
   108:15
subsection 82:2,4
   92:14
subsequent 149:1
subsequently 18:18
   23:19 100:19
   166:6
subset 82:7
substantial 95:11
   95:14 106:1 136:2
substantiate 208:3
substantive 62:4,12
   65:5
successful 223:21

sufficient 153:5
   166:7,9
suggest 105:6,21
suggested 176:12
suggesting 173:18
suggestion 111:10
summary 148:13
   148:19 150:19
summer 17:8,10,15
   17:18,22 20:14,16
Sunday 102:20
   103:18 105:15
   113:15 117:1
supervisor 70:1
   71:10,18
supervisors 25:11
supply 28:11
support 108:7,21
   109:15 117:7
supports 150:22
   151:21 152:15
supposed 102:17
Supreme 224:2
sure 30:11,14 33:11
   36:1 41:4 42:13
   42:19 45:10 63:1
   66:17 67:18 68:13
   99:3 114:12 118:8
   124:17 146:21
   157:16 162:11
   164:12 166:4
   170:17 172:11
   184:21 199:10
   207:11 209:16
   221:22 225:17
   231:21 232:1
   233:1 235:16
   238:1
sustainable 37:14
swear 8:19
sworn 9:2 66:11
   244:6
system 35:10
S1 192:22

_____ T _____

T 4:1,1
take 10:9,17 14:8
   18:5 39:1 43:12
   43:13 45:9 46:7
   48:21 59:1 67:20
   90:18 134:13
   135:10 145:2
   146:18 174:2
   175:13,13 184:17
   185:3 190:13
   191:10 196:14,17
   196:18 201:17
   210:2 216:18
   220:21 228:5
   237:21 238:1
   239:10
taken 7:18 10:5,7
   68:3 145:16 147:2
   151:12 153:4
   228:9 232:13
   234:2 238:6 241:9
   244:3,7,13
takes 147:13
talk 10:2 11:1,7
   17:14 53:1,7
   142:10 143:6
   164:6 175:10
   205:4 228:17
talked 74:19
   221:11 238:11
talking 24:8 38:16
   60:11 73:18
   125:12 185:20
   192:21 194:1
   195:4 213:8
   215:13 222:19,19
   223:20
talks 111:8 223:21
Tanton 60:1,2,3,6
   60:18 230:4,11
   231:12 232:11
   235:7
tasker 120:6,13
taught 25:11
teach 25:22
team 49:21 50:6



128:11 149:11
185:15,17
**telephone** 61:4,5
**tell** 9:2 10:8 12:12
14:14 16:2 17:7
20:1 23:21 28:13
48:19 65:11 121:4
163:22 207:2
236:1
**template** 224:5,12
225:2 227:3
**temporarily** 95:18
136:4
**temporary** 4:16 5:5
6:12 30:20 32:16
78:19 95:11,15
121:15 136:3
139:4,7 174:11
**tensions** 150:5
**term** 143:5 199:11
**terminate** 79:17
81:8 82:11,22
108:19 158:1
165:9,18 179:12
187:6 188:2
**terminated** 80:5
126:12 159:8
186:22
**terminating** 84:17
151:21 152:15
166:17 189:10
220:11,16
**termination** 108:8
108:14,22 109:16
117:7 125:5
151:17 153:8
159:7 182:21
183:8 187:2 220:4
**terms** 21:7 61:6
71:2 84:16 111:1
222:19 223:20
235:1
**test** 157:15
**testified** 9:4 45:6
55:16 180:16
207:15 230:3

236:18 239:4
**testify** 10:10 97:16
118:3 175:10
192:2 212:15
232:20
**testifying** 156:1
172:10
**testimony** 45:5
77:6 97:12 106:20
108:2 152:6 156:5
160:22 169:15
171:1 172:15
217:22 225:4
231:14 244:4,6,10
**text** 43:15 105:4
117:3 148:9
**textbooks** 223:14
**thank** 34:15 37:2
42:17 44:8 46:15
48:12 51:8 77:20
80:21 94:10 96:1
118:13 122:20
131:2 162:15
174:22 175:18
197:10 228:17
239:15 240:6
**thing** 12:16 27:3
33:12 148:9 197:4
206:1 239:17
**things** 9:20 18:5
27:5 30:3 60:21
66:18 112:9
119:12 132:10
152:5 155:21
171:4 172:5
182:10 194:15
210:21 226:8
**think** 12:10 23:11
24:3 26:19 34:10
42:15 48:10 55:15
55:17 62:1 81:3
86:7 105:18
107:14 113:1
130:17 135:20
145:1 152:2 157:7
160:12 163:16

169:10 176:5
186:18 204:18,19
211:10 228:4
238:19 239:14
**thinking** 31:21
125:18 225:16
**third** 17:13 18:1
37:11 178:8 193:3
**thought** 157:17
**thoughts** 232:14
233:7
**thread** 120:18
129:1 154:3
175:22 185:4
192:11
**three** 33:10 37:4,5
37:11,12 133:11
**thrown** 66:8
**Thursday** 101:12
107:5
**time** 7:10 9:8 10:3
13:19 19:21 21:2
23:1 24:14,17
26:4,8,14 27:18
32:7 43:13 46:12
47:11 51:4,21
53:10,20 55:18
61:21 62:13,14
64:4,16 65:21
69:19 71:15 72:20
82:19 85:18 88:10
98:14 99:8 104:9
106:9 112:10
117:21 124:16,17
128:10 130:22
134:6,10,15 135:1
135:9 142:12
145:2,12 147:3,10
147:13 148:4
151:3 153:21
157:7 158:3,21
159:22 160:1
165:6 172:4 177:6
179:8,13 182:4,12
182:20 183:7
184:22 186:6,11

187:17 189:5
191:10 195:5,18
196:4 200:4 201:1
202:13,15 211:19
212:5 217:2 228:5
228:19 229:20
231:6,10 234:3
235:8 236:14
237:6,13 238:1
239:16 240:3
**timeout** 28:11
**times** 50:17,21 74:7
218:11
**timing** 106:10
**title** 78:8 163:17
218:18
**today** 7:9 8:1 13:2
13:4 41:15 72:14
172:11,13 182:5,6
238:10,14,16
239:18,22
**Tom** 182:16,22
**tomorrow** 165:7
**tonight** 106:7
**top** 30:5 37:12 65:4
99:15 109:1
155:17 192:11,14
**topic** 52:5 53:6 57:8
65:20 163:10
**topics** 51:18,19
53:7 238:11
**total** 149:22
**touch** 35:15 48:6
123:4
**touches** 72:9 84:2
**touching** 73:5
**tourism** 167:5
**TP** 76:15
**TPA** 47:14
**TPS** 5:6,7 30:21
31:1,13 32:6,11
33:14 34:6 38:18
38:19,21 43:2
46:7 47:3,14 48:3
52:8,12 54:10
58:2 59:6 62:5

66:22 67:8 68:11
69:6,12,19 72:3,7
73:11 74:13,13,20
75:21 76:15 77:1
77:3,21 78:14
79:1,10,18 81:8
81:10,15 82:21,22
84:16 85:10 87:5
87:6 90:20 91:3,6
92:2,6,21 93:7,10
98:4,19 99:1,4,5
101:4 105:17
106:6 108:13
116:13 119:19
121:1 123:5,9
127:16 132:1
135:13 150:22
151:22 152:15
158:1,18 165:9,18
167:8 169:12
170:4,21 171:11
172:12 178:10,21
179:12 185:21
186:21,22 187:2,6
188:3 189:10
193:4,8 194:1,10
194:12,16 197:15
198:15 199:5,15
199:21 200:16
202:21 204:8
205:2 207:1 208:3
208:21 209:4
211:4 212:7 213:8
213:11,12,20
214:11,12,15
215:1,3,6,15,18
216:3 220:4,11,16
224:13 226:22
236:8
**track** 22:19,21
106:7
**tragic** 150:16
**trails** 108:9
**training** 32:4 44:9
66:2,21 67:4
**transcribed** 9:19



transcript 4:12
  6:22 205:17 240:6
  241:8
transcription 244:8
transition 6:5
  45:15 49:21 50:6
  210:6
travel 167:7
trial 14:3
tried 104:15
triggered 125:21
  134:8
triggers 30:22
trouble 237:1
troublesome
  235:20
true 241:10 244:9
Trump 1:5 7:6
  49:20 50:6 241:4
truth 9:2,3,3 10:8,8
try 9:22 10:1,1,2
  11:18 152:8
trying 46:17 65:4
  65:12 107:2,7
  108:20 148:8
  157:15 169:2
  171:22
Tuesday 165:3
  192:18
turn 27:21 29:22
  33:20 148:11
  191:14 197:13
  201:18 206:17
  209:22 210:8
  220:5 230:1
turned 147:22
turning 39:17
two 16:1 19:2,8,8
  33:10 37:7,11
  38:20 39:21,21
  40:9,16 43:19,20
  45:1,19,20 119:12
  121:13 135:9
  149:13 150:17
  152:5,11 182:15
  187:18 211:5

213:13 219:9
  221:15
two-term 45:7
type 20:5 100:22
  124:1 160:19
  177:9 231:1
types 21:1,2 24:9
  25:1 35:11 45:2
  57:6 132:14
  149:13 213:1
  234:5 237:1

—————————————
          U
uh-huh 9:20 108:12
  147:15,19 226:2
ultimate 79:14
UN 112:2
unable 32:16 95:17
  136:4 149:7
unaware 184:4
unclear 55:15
  139:17
undecided 125:4
undergraduate
  16:20
underlying 31:13
  136:20 142:17
  143:11
understand 10:11
  10:14 13:1 32:12
  33:13 56:18 57:14
  63:2 65:5 70:12
  70:13,21 73:17
  78:21 79:12 80:8
  83:8 85:9 102:16
  114:12 123:14,19
  124:3 125:2 132:9
  133:20 139:19,20
  139:22 199:6,13
  203:6 209:16
  222:1 225:6
  231:21 232:1
  234:14
understanding
  32:15 37:22 40:14
  43:2 45:10 46:18

59:13,15,22 65:12
  73:1 77:12 78:1,6
  78:12 79:15 80:3
  80:17 83:6,16
  84:14 85:16 87:3
  87:13 88:20 89:13
  90:7 91:1 98:22
  128:1 132:17
  134:2,6 135:12
  139:13 140:5,8
  147:13 170:3,13
  170:19 171:3,10
  193:21 197:14
  198:2 224:12
  225:21 234:21
  241:14
understandings
  79:9
understood 31:14
  78:16 79:4 99:3
underway 76:16
unemployment
  171:5
unemployment/w...
  167:9
unfounded 232:5
unilaterally 232:6
unique 147:17
United 1:2,6 3:8,9
  3:15 7:6,7 8:15
  55:1 58:15 149:11
  159:16 235:1
University 14:16
  15:4,7,14 16:9,12
  16:14,16 17:10
  18:20
unlawfully 31:11
UNOCHA 149:10
  149:10
unusual 159:10
updated 61:10
upholding 198:3
USCI 217:10
USCIS 56:16,22
  57:11 58:10,21
  61:7,17 62:14

65:8 66:1 67:1
  68:10 69:22 70:7
  70:15 72:21 73:2
  73:9 74:19 75:10
  76:14 77:13 78:2
  79:1 82:17,20
  84:13 85:5 114:6
  132:14 133:3
  135:7 138:1
  141:14 142:17,20
  143:5,21 147:8
  158:8 160:4 189:8
  193:20 197:15
  200:15 202:15
  209:1 212:6 214:3
  215:8,18 216:1,10
  217:2,9,20 232:20
  237:7
USCIS's 79:10
use 42:3,8 66:14
  110:5,20 115:9
  143:5
usually 115:4
U.S 4:15 8:10 30:22
  32:13 54:5 106:2

—————————————
          V
vague 47:15 98:10
  125:9 129:17
  136:15 141:20
  143:4,16 197:20
  198:20 199:10
  200:20 204:12
  235:9
variety 66:18
various 27:19
  65:20 75:6 87:13
  90:2 120:7 149:1
  201:6 228:1
version 119:15,16
  133:22
versus 7:5
Victoria 3:3 8:7
video 7:4
videographer 3:17
  7:3,14,16,21 8:18

68:1,4 145:14,17
  196:20 228:7,10
  238:4,7 240:8
Videotaped 1:11
  2:1
view 228:21
views 235:6 237:16
violence 138:4
  140:9,13 141:4
  167:7 171:11
  172:2,12
Virginia 7:8,15
  14:17,21 15:4
  16:10,15
visa 34:7 36:18
  64:20
visas 34:6
vmurphy@maye...
  3:6
Voigtsberger 3:17
  7:22
Vol 5:16
volunteered 16:15
Vol.83 5:18
vs 1:5 241:4
Vu 185:11
vulnerabilities
  149:17
vulnerable 149:5
  149:19
V-U 185:5,12

—————————————
          W
wages 167:9
waiver 36:18 64:20
want 7:11 11:1
  12:19 25:16 32:20
  38:10 41:12 42:3
  42:8 63:1 83:5
  99:3 105:1,5
  136:8 145:6,12
  146:18 148:10
  159:19 189:4,6
  190:13,21 194:1
  196:14,16 197:3
  202:12 204:15



205:16 221:13,22
222:13 231:22
237:20 239:17
**wanted** 44:22 68:7
157:16,18 160:16
166:4 205:1
**Warren** 4:12
**Washington** 1:12
2:7 3:4 7:19 20:18
**wasn't** 12:2,3,5
112:20 155:4
156:8 180:16
225:12,17 231:16
**water** 223:10
**way** 11:19 73:18
118:12 130:17
156:13 161:12
187:3 234:21
**ways** 214:11
**weakened** 150:3
**web** 226:8
**website** 41:13
233:8
**websites** 115:15
**Wednesday** 120:18
129:2
**week** 135:8 185:22
**weeks** 20:6
**weighted** 105:18
107:12,19 109:6
154:5
**welcome** 112:8
**went** 15:5 37:21
44:19 46:22 166:5
179:21 188:2
**weren't** 172:5
208:11
**Westlaw** 41:22
**Westlaw-type**
41:17
**we'll** 9:22 10:1
131:16,16 163:3
**we're** 37:2 74:10
118:15 127:4
146:1 148:8 184:8
196:12 215:12

219:16 220:8
226:3 228:13
229:21
**we've** 67:19 135:20
**whatnot** 234:9
**What'd** 168:12
**White** 47:1 98:16
199:14,19,20
**whites** 230:13
**wide** 149:7
**widely** 223:17
**wife** 18:19
**withdraw** 82:22
**witness** 8:19 13:11
14:1,2,5 21:10
29:11,17 31:9
35:8 36:21 37:20
40:4,12,21 42:20
44:6,15,18 46:2
47:7,18 48:8 49:4
49:9 50:2,8,13,20
51:16 52:3,10,15
52:21 53:4,16
54:7,12,18 55:3
55:11 56:2 57:4
57:18 58:4,10,18
59:8 60:5,14,20
61:21 62:17 63:8
63:19 64:6,12,18
65:14 66:4,17
67:3,10 68:13
69:8,17 70:20
71:5,13,20 72:13
73:7,8 74:5,6,15
75:3,4,14 76:1,10
76:18 77:8 78:5
78:16 79:4 80:1,2
80:12,14 81:2,18
81:19 83:3,12,13
83:15,16 84:5,6
84:20 85:2,3,19
85:20 86:4,21
87:11,12 88:15
89:5,6,20,22
90:14 91:9,10,22
92:1,9,10 93:3,4

93:13 94:1,2,15
94:16 95:5,6 96:9
96:19 97:16,18
98:7,7,8,11,12
100:3 103:2,9,22
104:8,15 107:1,2
108:3,4 109:12,13
110:12,13,20
111:17,19 112:18
112:19 113:11,13
114:1,3,19,20
115:13,14 116:2,3
116:17,18 117:17
118:4 119:3 120:3
121:10,11 122:8
123:10,12,18
124:8,11 125:10
125:12,17 126:7,8
127:17 128:6,8,19
128:21 129:19
130:7,9,18 131:7
131:21 132:7,17
133:5 134:18,22
135:3,19,20 136:7
136:17 137:9,10
137:20,21 140:12
141:21,22 142:10
142:14,16 143:6,8
143:9,18,19 144:4
144:18,20 145:7
146:15 151:10,11
152:8,21,21,22
153:3,4,18 154:14
154:16 155:14,16
156:6,7,10 157:1
157:3 159:3,5
160:10,12 161:1,2
161:9,10,17 163:3
164:6,8,9,16,17
166:1,3,14,16
167:14,15 168:3,5
168:20,21 169:18
169:19 170:11,13
171:2,3,17,19
172:19,21 173:20
174:15,17 175:10

176:16,18 177:12
177:13 178:18
179:5,17,18 180:8
180:9,17,18 181:6
181:20,22 183:4
184:4,14 186:9
187:12,14 188:13
188:14 189:13,15
190:5,6 192:2
193:13,14 194:7,8
194:22 195:1,8,9
195:22 196:2,22
197:22 198:2,12
198:21 199:1,12
199:14 200:7,9
201:2,4 203:5,6
203:14,15 204:2
205:18,20,22
206:12 208:6,7,14
209:10,11 210:15
212:3,15,18 213:6
213:7,18,19 214:7
214:8,14,22 215:5
215:12 216:3,8,14
216:21 217:6,14
218:2,10,15 224:9
224:11 225:5,7,11
225:15,20 226:3
227:9,10,21,22
229:6 230:22
231:15,16 232:5
232:19,20,22
233:4 234:11
235:4,11 236:10
236:20,21 237:11
237:19 238:18
239:13 244:4,6,10
**witnesses** 72:11
**word** 167:3 186:21
186:21 224:20,20
224:22 225:1
**words** 230:9 233:14
**work** 19:3,4,16
20:10 21:3,5,14
22:18 27:16 34:7
45:11 48:15 83:8

104:16 134:5
137:2 142:4 187:1
232:20
**worked** 13:19 17:8
17:10 19:18 20:2
20:15 53:11 56:12
61:22 63:14 69:15
187:5,17 196:3
234:18
**workers** 64:21
**working** 17:12,22
18:11 20:11 21:21
48:17 51:21 63:4
73:10 223:4 224:2
231:10
**workplace** 234:5
**works** 99:12 218:19
**worried** 167:7
**wouldn't** 180:18
**write** 104:5
**writing** 42:15 61:11
111:3
**written** 60:7,9,12
101:15,16 108:7
119:17,18 162:1
171:20,21 231:3
**wrong** 117:5 165:2
**wrote** 153:21 154:2
**www.MagnaLS.c...**
1:22

---

**Y**

**yeah** 55:4 64:12
71:13 80:14 135:8
139:22 165:12
176:10 196:12
198:12 235:14
**year** 14:18 15:8,22
17:13 18:1 61:15
82:17 197:14
**years** 19:2 43:19
68:15 109:20
149:5
**yesterday** 123:7
127:12,15 181:15
183:17 191:6



**York** 1:2 3:10,11 7:13,17

**Z**

**Zadronzy** 22:12

**1**

**1** 6:12 82:11 108:18 120:19 134:3
**1A** 80:19
**1-9-18** 4:14 6:7
**1.5** 223:14
**1:13** 145:18
**1:49** 192:18
**10** 202:1
**10-22-17** 4:17
**10-24-17** 5:19
**10-31-17** 5:10
**10:39** 68:2
**10:44** 176:1 178:2
**10:48** 68:5
**10995** 122:5
**11** 129:2
**11-1-17** 4:19
**11-13-17** 5:12
**11-3-17** 5:21
**11-6-17** 6:3
**11-7-17** 4:21
**11:43** 129:3
**111:14** 176:8
**11201** 3:11
**115th** 4:10 27:22 28:19
**11793** 192:1
**118** 4:19
**12** 5:18 101:12,21 107:6 108:5 118:5 176:7 182:21 183:8 204:21,22
**12-21-17** 5:14
**12:11** 145:15
**121** 4:21
**1254a** 4:15 6:12
**127** 5:2
**13** 175:22 178:2 179:10

**130** 5:4
**146** 5:7
**15** 38:11,13 39:17 204:22 210:8,9 211:2
**16** 38:14 39:18 56:8 56:9 118:9,10 210:9
**162** 5:10
**17** 204:22
**173** 5:21
**175** 5:12
**18** 151:12 182:21 183:8
**18-cv-01599-WF...** 1:4
**18-page** 155:1
**180** 6:2
**184** 5:14
**188** 5:16
**19** 1:13 7:9 185:19
**191** 5:19
**19354** 146:11
**196** 4:12
**19763** 127:9
**1979** 59:16
**1999** 2:6 3:4 7:19

**2**

**2** 78:7 134:3 150:13 158:6,6,18
**20** 188:21
**20006** 3:4
**2007** 14:19 223:13
**2010** 15:9 18:14,16 20:1,9,11 150:13 157:6
**2012** 20:13,14,16 20:16 21:17 22:4
**2013** 21:18 22:1 24:16
**2014** 26:11,20
**2015** 26:19 150:8
**2016** 54:2,3 55:18
**2017** 5:6,8 6:5 45:14 49:4 51:11

**51:16** 52:4 54:1 55:8,12,22 56:8 59:1 101:12 102:8 102:21 103:18 105:15 113:16 115:19 117:1,14 120:19 134:20 149:12 154:3 158:6,6,7,18 165:3 175:22 176:8 178:2 185:19 192:18 195:6 209:1 232:21
**2018** 1:13 87:16 96:17 99:8 129:2 241:18
**2019** 7:9
**202-263-3731** 3:5
**2020** 244:22
**219** 5:17
**22** 101:20 102:8,21 103:18 105:15 113:16 115:19 117:1,14
**22nd** 154:3
**225,000** 223:15
**229** 4:11
**24** 192:18 193:6
**240** 5:16
**2650** 220:7
**27** 4:8
**271** 3:10
**28** 4:9
**29836** 162:22

**3**

**3** 35:15,20 134:3
**3:01** 185:20
**3:02** 228:8
**3:17** 228:11
**3:29** 238:5
**3:31** 238:8
**3:32** 240:10,12
**30** 196:17,18 244:22

**30(b)(6)** 152:22 205:18
**300,000** 37:15,17
**31st** 165:3
**3576** 174:18
**37** 173:10
**38** 6:4

**4**

**4** 29:22 30:5 33:9 35:15,20
**4-13-18** 5:3
**4:07** 120:19
**4:23** 102:19,21 103:14,18
**41** 4:15
**450079** 1:18 241:2

**5**

**5** 181:8
**5:44** 165:4
**50** 223:13
**59637** 220:6

**6**

**6:28** 104:6 105:15 113:7 154:3
**60** 195:12
**60-day** 195:15

**7**

**7:04** 113:16 117:1 117:13
**70** 201:18,20,21 202:1,4,8 204:22
**71** 4:8 27:7,10,14
**718-254-6288** 3:11
**72** 4:9 27:21 28:2 28:12 206:8,14 209:12
**73** 4:11 229:10,11 229:15,18 230:2
**75** 4:12 196:8,10 197:13 201:19 206:9
**76** 4:14 86:13,14,17

**88:2**
**77** 4:15 41:4,6,8,12 43:8
**78** 4:17 99:19,20 100:1,9,9,12 153:13,15
**79** 4:19 118:16,17 118:21

**8**

**8** 4:15 37:3,6,7 153:13
**8-9-18** 4:13
**80** 4:21 121:22 122:1,4,13
**81** 5:2 127:4,5,8
**82** 5:4,16 130:13,14 131:4 138:11,16 138:20
**83** 5:7 146:6,7,10 154:20 155:9 162:9 167:20
**86** 4:14 5:10 162:18 162:19,22 163:7 164:7 166:15 170:5
**866-624-6221** 1:21
**88** 5:12 175:3,4,7
**89** 5:14 184:8,9,12 187:13 221:10 224:18 225:19,22 226:7

**9**

**9** 4:3 33:20 37:3,6 37:10 96:17 206:17
**9th** 87:16
**9:33** 1:14 7:10
**90** 5:16 188:22,22 189:1 219:13,16 220:6 223:13 226:4
**92** 5:17 219:17,18 219:22 220:7,15 226:5



**921** 133:12 138:20
   139:5
**94** 5:19 191:16,17
   191:20 192:8
**95** 5:21 173:5,6,11
   173:16
**96** 6:2,6 180:22,22
   181:1,4
**97** 6:4 38:4,5 45:13
   210:2,6 212:14
**98** 6:6 96:2,4,7,12
   149:12
**99** 4:17



Page 241

1    DEPOSITION ERRATA SHEET

2    Our Assignment No. 450079

3    Case Caption:  Saget

4    vs. Trump

5

6        DECLARATION UNDER PENALTY OF PERJURY

7    I declare under penalty of perjury that I have

8    read the entire transcript of my Deposition

9    taken in the captioned matter or the same has

10   been read to me, and the same is true and

11   accurate, save and except for changes and/or

12   corrections, if any, as indicated by me on the

13   DEPOSITION ERRATA SHEET hereof, with the

14   understanding that I offer these changes as if

15   still under oath.

16

17   Signed on the ___3rd___ day of __January__,

18   2018. 2019

19   _____

20       Robert Law

21

22



Page 242

1                    DEPOSITION ERRATA SHEET

2       Page No. 17    Line No. 1    Change to: Sigma

3       Pi

4       Reason for change: Typo

5       Page No. 47    Line No. 19    Change to: any

6       meetings

7       Reason for change: Typo

8       Page No. 50    Line No. 13-14    Change to: Jon

9       Feere

10      Reason for change: Misspelled name

11      Page No. 52/53    Line No. 19/17    Change to: Stephen

12      Miller

13      Reason for change: Misspelled name

14      Page No. 70    Line No. 13    Change to: advise

15      _____

16      Reason for change: Typo

17      Page No. 104    Line No. 16    Change to: convey

18      _____

19      Reason for change: Typo

20

21      SIGNATURE R. Lw              DATE: 1-3-2019

22             Robert Law



Page 243

1                    DEPOSITION ERRATA SHEET

2       Page No. _112__  Line No. _5__  Change to: _Haitian_

3       _____

4       Reason for change: _Typo_____

5       Page No. _143__  Line No. _10__  Change to: _memo_

6       _or_____

7       Reason for change: _Typo_____

8       Page No. _162__  Line No. _3__  Change to: _in____

9       _some  capacity_____

10      Reason for change: _Typo / omitted word_____

11      Page No. _178__  Line No. _15__  Change to: _Kathy's_

12      _____

13      Reason for change: _Misspelled  name_____

14      Page No. _201__  Line No. _12__  Change to: _or___

15      _____

16      Reason for change: _Typo_____

17      Page No. _236__  Line No. _11__  Change to: _____

18      _conversations_____

19      Reason for change: _Typo_____

20

21      SIGNATURE: _R. L_____ DATE _1-3-2019_

22              Robert Law

