JAMES D. NEALON - 08/14/2018

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN FRANCISCO

 4

 5    - - - - - - - - - - - - - - x

 6    CRISTA RAMOS, et al.,        :

 7              Plaintiffs,     :   Case No.

 8    v.                        :   3:18-cv-1554-EMC

 9    KIRSTJEN NIELSEN, et al.,  :

10              Defendants.      :

11    - - - - - - - - - - - - - - x

12

13         VIDEOTAPED DEPOSITION OF JAMES D. NEALON

14                 Tuesday, August 14, 2018

15                  Boston, Massachusetts

16

17

18

19

20

21

22

23    Job No.:  LA-187775

24    Pages 1 - 276

25    Reported By:  Dana Welch, CSR, RPR, CRR
```

 1

 2

 3                      August 14, 2018

 4                        9:04 a.m.

 5

 6          Videotaped Deposition of JAMES NEALON held

 7   at the law offices of SIDLEY AUSTIN, LLP, 60 State

 8   Street, 36th Floor, Boston, Massachusetts 02109,

 9   Pursuant to Notice, before Dana Welch,

10   Certified Shorthand Reporter,  Registered Professional

11   Reporter, Certified Realtime Reporter, and Notary

12   Public in and for the Commonwealth of Massachusetts.

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 3 of 322 PageID #: 9695

```
 1   A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFFS:

 3   EMILOU MacLEAN, ESQUIRE

 4   NATIONAL DAY LABORER ORGANIZING NETWORK

 5   674 South La Fayette Park Place

 6   Los Angeles, California 90057

 7   (929) 375-1575

 8   emi@ndlon.org

 9   AND

10   JESSICA FISHFELD, ESQUIRE

11   SIDLEY AUSTIN, LLP

12   One South Dearborn

13   Chicago, Illinois  60603

14   (312) 853-7000

15   jfishfeld@sidley.com

16

17

18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S   C O N T I N U E D

 2   ON BEHALF OF DEFENDANTS:

 3   ADAM KIRSCHNER, ESQUIRE

 4   KEVIN SNELL, ESQUIRE

 5   U.S. DEPARTMENT OF JUSTICE

 6   CIVIL DIVISION

 7   FEDERAL PROGRAMS BRANCH

 8   20 Massachusetts Avenue, Northwest

 9   Washington, D.C. 20530

10   (202) 305-0924

11   kevin.snell@usdoj.gov

12   adam.kirschner@usdoj.gov

13

14   ALSO ON BEHALF OF DEFENDANTS:

15   TAHANI AFANEH, ESQUIRE

16   U.S. DEPARTMENT OF HOMELAND SECURITY

17   3801 Nebraska Avenue, Northwest

18   Washington, D.C. 20016

19   (202) 875-2543

20   tahani.afaneh@hq.dhs.gov

21

22   Also present:

23   Bob Giannini, Videographer

24

25
```

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 5 of 322 PageID #: 9697

```
 1                    I N D E X

 2   WITNESS:

 3     JAMES D. NEALON

 4

 5   EXAMINATION:                              PAGE:

 6     BY MS. MacLEAN                          11

 7   EXHIBITS MARKED:

 8    NO.   DESCRIPTION                        PAGE:

 9     Exhibit 29, Amended Notice of subpoena to   20

10     Testify to James D. Nealon

11     Exhibit 30, DHS-001-659-000630 - 631       58

12     Exhibit 31, E-mail dated Thursday, May 18,  64

13     2017, 2:45 p.m. from Kathy Kovarik

14     Exhibit 32, DHS-001-659-000035 - 77        82

15     Exhibit 33, DHS-001-659-000459 - 460       86

16     Exhibit 34, E-mail dated Monday, May 14,    134

17     2018, 3:55 p.m.

18     Exhibit 35, NewsRoom article, 5/8/18        152

19     Washington Post

20     Exhibit 36, E-mail dated Saturday, July 8,  180

21     2017 from Kovarik, Subject Letter to

22     Secretary of State about TPS

23     Exhibit 37, DHS-001-659-000607 - 609        182

24     Exhibit 38, AR-HAITI-00000001 - 3          184

25
```

1   INDEX (CONT'D)

2   EXHIBITS MARKED:

3   NO.          DESCRIPTION                    PAGE

4   Exhibit 39, DHS-001-659-000689 - 691      188

5   Exhibit 40, DHS_RFPD_00000040             206

6   Exhibit 41, NewsRoom article dated May 10, 209

7   2018

8   Exhibit 42, DHS_RFPD_00000953 - 954       228

9   Exhibit 43, DHS-RFPD-00000986             231

10  Exhibit 44, USCIS_RFPD_00000055 - 58      233

11  Exhibit 45, E-mail from Briana Petyo to   235

12  Kelbi Culwell, 10/10/17

13  Exhibit 46,  DHS-001-000515 - 521         240

14  Exhibit 47, E-mail dated July 14, 2017    243

15  from James McCament to Tracy Renaud

16  Exhibit 48, DHS-001-659-000660 - 662      251

17  Exhibit 49, AR-SUDAN-00000028 - 39        251

18  Exhibit 50, DHS_RFPD_00001071             256

19  Exhibit 51,The Washington Post article    261

20  "White House chief of staff tried to

21  pressure...,

22  Exhibit 52, DHS-001-659-000856 - 860      264

23

24

25  --- index continues ---

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 7 of 322 PageID #: 9699

```
 1    INDEX (CONT'D)

 2    EXHIBITS PREVIOUSLY MARKED:

 3     Exhibit 6, FOIA-2-DHS-001-659-000614 - 614   186

 4     Exhibit 7, DHS_RFPD_00001250 - 1253          253

 5     Exhibit 12, DHS_RFPD_00000010 - 12           193

 6     Exhibit 14, DHS-001-659-000087               171

 7     Exhibit 18, E-mail from Kathy Kovarik         66

 8     dated November 3, 2017, 2:45:16 p.m.

 9     Exhibit 25, DHS_RFPD_00001322 - 1324         257

10     Exhibit 28, E-mail dated 10/16/17 from       259

11     Kovarik to Cissna

12

13    NOTATIONS:

14     Election to read and sign                     15

15     Instruction not to answer                     45

16     Instruction not to answer                     46

17     Instruction not to answer                     90

18     Instruction not to answer                    111

19     Instruction not to answer                    113

20     Instruction not to answer                    114

21     Instruction not to answer                    121

22     Instruction not to answer                    124

23     Instruction not to answer                    125

24     Instruction not to answer                    129

25
```

```
 1   INDEX (CONT'D)

 2   NOTATIONS:

 3   Instruction not to answer                   134

 4   Instruction not to answer                   138

 5   Instruction not to answer                   138

 6   Instruction not to answer                   139

 7   Instruction not to answer                   142

 8   Instruction not to answer                   142

 9   Instruction not to answer                   144

10   Instruction not to answer                   146

11   Instruction not to answer                   154

12   Instruction not to answer                   154

13   Instruction not to answer                   155

14   Instruction not to answer                   156

15   Instruction not to answer                   157

16   Instruction not to answer                   158

17   Instruction not to answer                   159

18   Instruction not to answer                   160

19   Instruction not to answer                   161

20   Instruction not to answer                   162

21   Instruction not to answer                   164

22   Instruction not to answer                   166

23   Instruction not to answer                   168

24   Instruction not to answer                   174

25
```

```
 1    INDEX (CONT'D)

 2    NOTATIONS:

 3    Instruction not to answer                    175

 4    Instruction not to answer                    175

 5    Instruction not to answer                    188

 6    Instruction not to answer                    201

 7    Instruction not to answer                    201

 8    Instruction not to answer                    221

 9    Instruction not to answer                    223

10    Instruction not to answer                    226

11    Instruction not to answer                    242

12    Instruction not to answer                    243

13    Instruction not to answer                    262

14    Instruction not to answer                    270

15    Instruction not to answer                    271

16    Note to counsel re redaction                 229

17    Note to counsel re redaction                 232

18

19

20    Exhibits retained by reporter for attachment to

21    transcript.

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 08:35:08 |
| 2 | THE VIDEOGRAPHER:  Good morning.  We are | 09:04:32 |
| 3 | on the record.  This is the video operator | 09:04:34 |
| 4 | speaking, Bob Giannini, with court reporter, Dana | 09:04:36 |
| 5 | Welch, with Epic Court Reporting.  Today's date is | 09:04:40 |
| 6 | August 14th, 2018, and the time is 9:04 a.m.  We | 09:04:43 |
| 7 | are here at the offices of Sidley Austin LLP | 09:04:48 |
| 8 | located at 60 State Street, Boston, Massachusetts | 09:04:52 |
| 9 | to take the videotaped deposition of James Nealon | 09:04:55 |
| 10 | in the matter of Crista Ramos, et al., versus | 09:05:00 |
| 11 | Kirstjen Nielsen, et al., Case Number | 09:05:05 |
| 12 | 3:18-CV-1554-EMC. | 09:05:12 |
| 13 | Will counsel please state their appearance | 09:05:13 |
| 14 | for the record. | 09:05:17 |
| 15 | MS. MacLEAN:  Emilou MacLean for the | 09:05:18 |
| 16 | plaintiff. | 09:05:21 |
| 17 | MS. FISHFELD:  Jessica Fishfeld for the | 09:05:21 |
| 18 | plaintiff. | 09:05:24 |
| 19 | MR. KIRSCHNER:  Adam Kirschner for the | 09:05:24 |
| 20 | defendant. | 09:05:27 |
| 21 | MR. SNELL:  Kevin Snell for the defendant. | 09:05:27 |
| 22 | MS. AFANEH:  Tahani Afaneh for the | 09:05:27 |
| 23 | defendant. | 09:05:28 |
| 24 | THE VIDEOGRAPHER:  Okay.  Will the court | 09:05:28 |
| 25 | reporter please swear in the witness. | 09:05:30 |

| | | |
|---|---|---|
| 1 | JAMES D. NEALON, | 09:05:39 |
| 2 | having been first duly sworn on oath, | 09:05:39 |
| 3 | was examined and testified as follows: | 09:05:39 |
| 4 | EXAMINATION | 09:05:39 |
| 5 | BY MS. MacLEAN: | 09:05:40 |
| 6 | Q.  Ambassador Nealon, could you please state | 09:05:41 |
| 7 | your name and spell it for the record. | 09:05:45 |
| 8 | A.  Sure.  My name is James D. Nealon.  The | 09:05:46 |
| 9 | last name is N-e-a-l-o-n. | 09:05:50 |
| 10 | Q.  Is it all right if I address you as | 09:05:50 |
| 11 | Ambassador Nealon? | 09:05:53 |
| 12 | A.  You can call me James or Ambassador, | 09:05:55 |
| 13 | whatever you want to call me. | 09:05:58 |
| 14 | Q.  Thank you. | 09:05:59 |
| 15 | Have you ever been deposed before, | 09:06:00 |
| 16 | Ambassador Nealon? | 09:06:01 |
| 17 | A.  I have. | 09:06:02 |
| 18 | Q.  When were you deposed previously? | 09:06:02 |
| 19 | A.  I was previously deposed in a DACA case | 09:06:04 |
| 20 | sometime in the last nine months or so.  I don't | 09:06:07 |
| 21 | recall the specific date. | 09:06:09 |
| 22 | Q.  Had you been deposed before that? | 09:06:10 |
| 23 | A.  I had not. | 09:06:12 |
| 24 | Q.  So although you've done this before, and | 09:06:13 |
| 25 | fairly recently, I'm just going to go through some | 09:06:13 |

| | | |
|---|---|---|
| 1 | basic ground rules.  Although this deposition is | 09:06:13 |
| 2 | being held in the informality of this office, | 09:06:25 |
| 3 | you're under oath and your testimony here today | 09:06:27 |
| 4 | will have the same force and effect and be subject | 09:06:28 |
| 5 | to the same penalties as if you were testifying in | 09:06:30 |
| 6 | a courtroom before a judge. | 09:06:33 |
| 7 | Do you understand that? | 09:06:35 |
| 8 | A.  I do. | 09:06:36 |
| 9 | Q.  The court reporter has the authority to | 09:06:36 |
| 10 | give you the oath, and the oath is an oath to tell | 09:06:38 |
| 11 | the truth, the whole truth, and nothing but the | 09:06:40 |
| 12 | truth. | 09:06:45 |
| 13 | Do you understand that? | 09:06:45 |
| 14 | A.  I do. | 09:06:45 |
| 15 | Q.  I'm going to be asking you some questions, | 09:06:45 |
| 16 | and you'll obviously be answering those questions. | 09:06:46 |
| 17 | Listen to the questions carefully.  If you don't | 09:06:49 |
| 18 | understand the question, please let me know and I | 09:06:52 |
| 19 | will be happy to rephrase the question.  If you | 09:06:54 |
| 20 | answer the question, I'm going to assume that you | 09:06:56 |
| 21 | understand what the question is. | 09:06:58 |
| 22 | Do you understand that? | 09:07:00 |
| 23 | A.  I do. | 09:07:00 |
| 24 | Q.  Both my questions and your answers will be | 09:07:01 |
| 25 | taken down by the court reporter; therefore, it's | 09:07:04 |

| | | |
|---|---|---|
| 1 | important to verbalize your answers.  So we have a | 09:07:07 |
| 2 | tendency sometimes to say um-hum or huh-uh, and so | 09:07:10 |
| 3 | if you do that or nod your head, I may ask you to | 09:07:13 |
| 4 | verbalize what you're saying. | 09:07:17 |
| 5 | Do you understand that? | 09:07:19 |
| 6 | A.  I do. | 09:07:20 |
| 7 | Q.  If I -- it's necessary in a deposition | 09:07:20 |
| 8 | that only one person is speaking at a time because | 09:07:26 |
| 9 | otherwise, it's very difficult for the court | 09:07:30 |
| 10 | reporter.  So I'll try to wait until you've | 09:07:32 |
| 11 | finished answering a question in order to ask | 09:07:35 |
| 12 | another question, and I would appreciate if you | 09:07:38 |
| 13 | would also do the same. | 09:07:41 |
| 14 | And your lawyer may be making objections. | 09:07:43 |
| 15 | Although you are still required to answer the | 09:07:48 |
| 16 | question unless your lawyer specifically instructs | 09:07:51 |
| 17 | you to do otherwise, you obviously still have the | 09:07:55 |
| 18 | authority to determine whether you're going to | 09:07:57 |
| 19 | answer a question or not, but a typical objection | 09:07:59 |
| 20 | does not suggest that you should not answer the | 09:08:03 |
| 21 | question. | 09:08:05 |
| 22 | Do you understand that? | 09:08:06 |
| 23 | A.  Not completely. | 09:08:06 |
| 24 | Q.  So your lawyer may say "objection" and | 09:08:08 |
| 25 | state some grounds for an objection.  You still | 09:08:11 |

1   should answer the question in those cases.  And you      09:08:14
2   can clarify if needed.  But if there's a question        09:08:18
3   that your lawyer identifies would be protected by        09:08:21
4   privilege, your lawyer may say "I instruct you not       09:08:25
5   to answer this question," which is a different kind      09:08:29
6   of objection.                                            09:08:30
7        Does that make sense?                               09:08:31
8   A.  Some sense.                                          09:08:33
9   Q.  So essentially, if there is an objection             09:08:34
10  that would allow you to be protected from answering      09:08:38
11  a question, he will specifically identify that, and      09:08:47
12  otherwise, he'll make the objection so that there        09:08:49
13  is an objection that is on the record for later on,      09:08:51
14  but it doesn't -- it doesn't allow you to avoid          09:08:55
15  answering the question, if that makes sense, a           09:09:00
16  little bit more sense.                                   09:09:02
17  A.  Thank you.                                           09:09:03
18      MR. KIRSCHNER:  Just to clarify for the              09:09:05
19  record, just to not give Ambassador Nealon a             09:09:06
20  misimpression, you're always welcome to ask for          09:09:11
21  clarification from the questioner and so it's            09:09:16
22  not -- so I just want to make it clear that I can        09:09:22
23  object and I can instruct you not to answer, and if      09:09:25
24  I make an objection that's not instructing you not       09:09:28
25  to answer, it doesn't mean that you're not free          09:09:30

```
 1   then to ask for clarification from the counsel.        09:09:32
 2          THE WITNESS:  Thank you.                         09:09:35
 3      Q.  Yes.  And that's very welcome, too.  If          09:09:36
 4   you don't understand a question, please do ask for      09:09:39
 5   a clarification.                                        09:09:41
 6      A.  Okay.                                            09:09:42
 7      Q.  Also if at any point after you've answered       09:09:44
 8   a question or provided information, you would like      09:09:46
 9   to provide any additional information or                09:09:48
10   clarification for a prior question, including after     09:09:50
11   a break, you should feel free to do so and just let     09:09:53
12   me know.                                                09:09:56
13      A.  Okay.                                            09:09:56
14      Q.  When the deposition is finished, all of          09:09:58
15   the questions and all of your answers will be typed     09:10:00
16   up into a transcript of the deposition.  It will be     09:10:02
17   made available for you to read, review, and             09:10:06
18   ultimately sign.                                        09:10:09
19          If you need a break for any reason, and we       09:10:11
20   will all need breaks over the course of the day,        09:10:14
21   please let me know.  The only time I might hold off     09:10:17
22   on a break is if there's a question that's pending,     09:10:21
23   but, otherwise, definitely this is a marathon, not      09:10:24
24   a sprint, so we'll have time for some breaks.           09:10:26
25          Do you understand everything that I've           09:10:30
```

| | | |
|---|---|---|
| 1 | explained so far? | 09:10:31 |
| 2 | A.  I do. | 09:10:32 |
| 3 | Q.  Do you have any questions? | 09:10:33 |
| 4 | A.  I don't. | 09:10:33 |
| 5 | Q.  Is there any reason why you're unable to | 09:10:34 |
| 6 | provide truthful testimony today? | 09:10:37 |
| 7 | A.  There isn't. | 09:10:38 |
| 8 | Q.  Have you taken any medication in the last | 09:10:39 |
| 9 | 24 hours that would prevent you from giving your | 09:10:42 |
| 10 | best and most truthful testimony? | 09:10:44 |
| 11 | A.  I have not. | 09:10:46 |
| 12 | Q.  Have you had any alcohol in the last | 09:10:47 |
| 13 | 24 hours that would prevent you from giving your | 09:10:49 |
| 14 | best and most truthful information today? | 09:10:51 |
| 15 | A.  No. | 09:10:53 |
| 16 | Q.  Okay.  Do you understand that your | 09:10:54 |
| 17 | deposition is connected to the Ramos versus Nielsen | 09:10:56 |
| 18 | lawsuit? | 09:11:04 |
| 19 | A.  I do. | 09:11:04 |
| 20 | Q.  Before today's deposition, were you aware | 09:11:05 |
| 21 | of the lawsuit? | 09:11:07 |
| 22 | A.  Before today? | 09:11:08 |
| 23 | Q.  Before today, yes. | 09:11:11 |
| 24 | A.  I became aware of the lawsuit when I got | 09:11:12 |
| 25 | the subpoena. | 09:11:14 |

JAMES D. NEALON - 08/14/2018                    Page 17

| | | |
|---|---|---|
| 1 | Q.  And you had not been aware of the lawsuit | 09:11:14 |
| 2 | prior -- in advance of that? | 09:11:18 |
| 3 | A.  I knew that there were lawsuits pending, | 09:11:18 |
| 4 | but I wasn't aware of this specific lawsuit, no. | 09:11:19 |
| 5 | Q.  Okay.  What did you know about the | 09:11:22 |
| 6 | lawsuits that were pending? | 09:11:24 |
| 7 | A.  Just that there were lawsuits being | 09:11:25 |
| 8 | brought against the Department of Homeland Security | 09:11:27 |
| 9 | over TPS, that's all I knew. | 09:11:29 |
| 10 | Q.  And do you have more information now about | 09:11:31 |
| 11 | the Ramos versus Nielsen lawsuit? | 09:11:33 |
| 12 | A.  No, not really. | 09:11:36 |
| 13 | Q.  So do you know the grounds on which the | 09:11:40 |
| 14 | challenge to the TPS terminations is based on the | 09:11:44 |
| 15 | lawsuit? | 09:11:47 |
| 16 | A.  I read the subpoena. | 09:11:48 |
| 17 | Q.  Aside from your attorney, have you talked | 09:11:49 |
| 18 | to anyone else about these lawsuits? | 09:11:51 |
| 19 | A.  I have not. | 09:11:52 |
| 20 | Q.  Have you done anything to prepare for the | 09:12:00 |
| 21 | deposition today? | 09:12:02 |
| 22 | A.  I met with these attorneys yesterday. | 09:12:03 |
| 23 | Q.  How long did you spend speaking with the | 09:12:04 |
| 24 | attorneys? | 09:12:06 |
| 25 | A.  I believe we were together about four | 09:12:06 |

```
 1  hours.                                              09:12:08
 2      Q.  Have you reviewed any documents in          09:12:08
 3  preparation for the testimony today?                09:12:16
 4      A.  We did.                                     09:12:13
 5      Q.  What were the documents that you reviewed?  09:12:13
 6      A.  If I recall correctly, there were -- there  09:12:14
 7  was a letter from Deputy Secretary of State         09:12:19
 8  Sullivan about TPS for Sudan.  There was a letter   09:12:22
 9  from Secretary Tillerson to DHS regarding TPS for   09:12:28
10  Central American countries and Haiti.  I reviewed a 09:12:35
11  memo that I wrote to Acting Secretary Duke at her   09:12:41
12  request about -- regarding TPS.  And I believe I    09:12:46
13  reviewed country conditions, the country conditions 09:12:55
14  memos for Central American countries.               09:12:57
15      Q.  The country conditions memos that you       09:13:00
16  reviewed, were they the RAIO country conditions     09:13:03
17  memos?                                              09:13:05
18      A.  I'm not sure what RAIO means.               09:13:05
19      Q.  So RAIO is the research arm that produces   09:13:07
20  the TPS considerations reports; and then there's a  09:13:10
21  TPS decision memo that's produced by USCIS.         09:13:12
22      A.  I reviewed -- I believe I reviewed the      09:13:18
23  country conditions memo from the Department of      09:13:21
24  State.                                              09:13:22
25      Q.  Okay.                                       09:13:23
```

| | | |
|---|---|---|
| 1 | THE WITNESS:  Is that correct? | 09:13:24 |
| 2 | MR. KIRSCHNER:  Just to clarify, I think | 09:13:27 |
| 3 | he's referring to -- Ambassador Nealon is referring | 09:13:29 |
| 4 | to the State Department country condition | 09:13:33 |
| 5 | assessment. | 09:13:34 |
| 6 | THE WITNESS:  Correct. | 09:13:35 |
| 7 | MR. KIRSCHNER:  Of El Salvador, as opposed | 09:13:37 |
| 8 | to any RAIO reports. | 09:13:42 |
| 9 | MS. MacLEAN:  Thank you for the | 09:13:47 |
| 10 | clarification. | 09:13:48 |
| 11 | Q.  Do you know if the letters that you | 09:13:48 |
| 12 | reviewed from Deputy -- the letter that you | 09:13:50 |
| 13 | reviewed from Deputy Secretary of State Sullivan | 09:13:52 |
| 14 | regarding Sudan was the final letter that was | 09:13:55 |
| 15 | submitted to DHS? | 09:13:57 |
| 16 | A.  I -- I don't know if it was a final | 09:14:01 |
| 17 | letter. | 09:14:02 |
| 18 | Q.  Okay. | 09:14:03 |
| 19 | MR. KIRSCHNER:  I -- I will represent that | 09:14:03 |
| 20 | the documents he identified are part of the | 09:14:04 |
| 21 | administrative records in this case. | 09:14:06 |
| 22 | MS. MacLEAN:  Is it -- and just to -- for | 09:14:10 |
| 23 | further clarification, is part of the | 09:14:11 |
| 24 | administrative record that has been produced in | 09:14:14 |
| 25 | full? | 09:14:16 |

| | | |
|---|---|---|
| 1 | MR. KIRSCHNER:  The documents that have | 09:14:16 |
| 2 | been produced to plaintiffs. | 09:14:17 |
| 3 | MS. MacLEAN:  Okay.  Thank you. | 09:14:21 |
| 4 | Q.  Did you review any additional documents | 09:14:27 |
| 5 | aside from the documents that your attorney | 09:14:30 |
| 6 | provided you when you met yesterday? | 09:14:32 |
| 7 | A.  No. | 09:14:34 |
| 8 | Q.  Okay.  Did you do anything else to refresh | 09:14:34 |
| 9 | your recollection about your experience at DHS? | 09:14:36 |
| 10 | A.  No. | 09:14:38 |
| 11 | Q.  Okay.  Did you prepare any notes in | 09:14:38 |
| 12 | preparation for your deposition? | 09:14:43 |
| 13 | A.  I did not. | 09:14:45 |
| 14 | Q.  Okay.  Would you like a -- take a -- | 09:14:47 |
| 15 | A.  Keep going. | 09:15:02 |
| 16 | Q.  Okay.  Okay. | 09:15:03 |
| 17 | MS. MacLEAN:  Can we get exhibit -- | 09:15:03 |
| 18 | exhibit tab 1, please. | 09:15:05 |
| 19 | Q.  You reference -- | 09:15:08 |
| 20 | (Exhibit 29, Amended Notice of subpoena to | 09:15:08 |
| 21 | Testify to James D. Nealon, marked for | 09:15:28 |
| 22 | identification.) | 09:15:28 |
| 23 | MS. MacLEAN:  Can we go off the record for | 09:15:28 |
| 24 | one moment, please. | 09:15:30 |
| 25 | THE VIDEOGRAPHER:  Time is 9:15.  We are | 09:15:32 |

| | | |
|---|---|---|
| 1 | off the record. | 09:15:34 |
| 2 | (Proceedings interrupted at 9:15 a.m. and | 09:15:35 |
| 3 | reconvened at 9:17 a.m.) | 09:15:35 |
| 4 | THE VIDEOGRAPHER:  Time is 9:17.  We are | 09:17:23 |
| 5 | back on the record. | 09:17:37 |
| 6 | BY MS. MacLEAN: | 09:17:38 |
| 7 | Q.  Ambassador Nealon, have you seen this | 09:17:39 |
| 8 | notice before? | 09:17:41 |
| 9 | A.  This is the subpoena.  Yes, I have seen | 09:17:42 |
| 10 | it. | 09:17:44 |
| 11 | Q.  Great. | 09:17:44 |
| 12 | Can you tell me what your last | 09:17:44 |
| 13 | governmental position was? | 09:17:46 |
| 14 | A.  My last government position was Assistant | 09:17:47 |
| 15 | Secretary of Homeland Security for International | 09:17:53 |
| 16 | Affairs, and I was simultaneously the Acting | 09:17:56 |
| 17 | Undersecretary for Policy. | 09:18:00 |
| 18 | Q.  And when did you initially take that | 09:18:01 |
| 19 | position? | 09:18:05 |
| 20 | A.  I took that job around July 10th of 2017. | 09:18:05 |
| 21 | Q.  In that position, who did you report to? | 09:18:13 |
| 22 | A.  I reported to the Secretary. | 09:18:19 |
| 23 | Q.  And who -- how many people reported to | 09:18:26 |
| 24 | you? | 09:18:33 |
| 25 | A.  About 150. | 09:18:33 |

| | | |
|---|---|---|
| 1 | Q.  How many of those people were in | 09:18:35 |
| 2 | Washington, D.C.? | 09:18:40 |
| 3 | A.  All but about five. | 09:18:41 |
| 4 | Q.  How many of those people were engaged in | 09:18:45 |
| 5 | issues related to Temporary Protected Status? | 09:18:55 |
| 6 | A.  Difficult for me to say, but maybe 20. | 09:18:59 |
| 7 | Q.  Can you describe what your job | 09:19:06 |
| 8 | responsibilities were generally in this last | 09:19:11 |
| 9 | governmental position as Assistant Secretary for | 09:19:14 |
| 10 | International Affairs and Undersecretary for | 09:19:19 |
| 11 | Policy, if you differentiate? | 09:19:21 |
| 12 | A.  Sure. | 09:19:22 |
| 13 | So the day job as Assistant Secretary of | 09:19:25 |
| 14 | International Affairs, I was the international face | 09:19:28 |
| 15 | of the Department with our international partners, | 09:19:30 |
| 16 | so Canada, Mexico, and a host of other countries | 09:19:34 |
| 17 | with which DHS has a -- has a relationship. | 09:19:36 |
| 18 | Q.  And would you distinguish that from the | 09:19:39 |
| 19 | Undersecretary for Policy position? | 09:19:44 |
| 20 | A.  Yes.  So had there been a Senate-confirmed | 09:19:45 |
| 21 | Undersecretary for Policy, I as the Assistant | 09:19:53 |
| 22 | Secretary for International Affairs would have | 09:19:57 |
| 23 | reported to that person. | 09:19:57 |
| 24 | Q.  And so what responsibilities did you take | 09:19:59 |
| 25 | up as Acting Undersecretary for Policy, if that's | 09:20:03 |

```
1   an accurate way to describe it, given there was        09:20:09
2   not a confirmed person in that position?               09:20:13
3       A.  So the policy shop, as they call it at         09:20:13
4   DHS, is responsible for giving policy advice to the    09:20:16
5   Secretary on the whole range of issues which she       09:20:19
6   faces.                                                 09:20:22
7       Q.  And how would you describe -- based on how     09:20:22
8   you're describing them, I'm going to differentiate     09:20:28
9   those two positions.                                   09:20:31
10          How would you describe your three most         09:20:33
11  important job responsibilities for the                 09:20:35
12  international affairs post?                             09:20:36
13      A.  For the international affairs post, I           09:20:37
14  would say probably the most important duties -- the    09:20:40
15  most important duty is the day-to-day maintenance      09:20:47
16  of good relations with important international          09:20:50
17  partners, countries like Canada and Mexico, for        09:20:52
18  example, with whom we have a shared border, and        09:20:57
19  obviously, a whole range of important bilateral        09:20:59
20  issues.  That's probably the biggest                   09:21:02
21  responsibility.                                        09:21:06
22          And then below that would be maintaining       09:21:06
23  relationships with other key partners, countries       09:21:08
24  like Great Britain, Australia, countries of the        09:21:12
25  European Union, countries with whom we share           09:21:17
```

| | | |
|---|---|---|
| 1 | information about travelers, for example, and | 09:21:22 |
| 2 | countries with which we have a very robust | 09:21:26 |
| 3 | bilateral cooperation. | 09:21:29 |
| 4 | Q.  And for the policy position, what would | 09:21:34 |
| 5 | you describe as your most important job | 09:21:36 |
| 6 | responsibilities? | 09:21:39 |
| 7 | A.  I would say the most important | 09:21:39 |
| 8 | responsibility was managing the professional staff | 09:21:41 |
| 9 | that did the legwork during the time I was there on | 09:21:45 |
| 10 | things like DACA, TPS, executive orders and so | 09:21:51 |
| 11 | forth. | 09:21:58 |
| 12 | Q.  And you mentioned that there were | 09:22:02 |
| 13 | approximately 20 people who were involved in TPS. | 09:22:04 |
| 14 | You may not be able to name all of them, but can | 09:22:07 |
| 15 | you go through the people who you would consider | 09:22:10 |
| 16 | most involved in TPS determinations? | 09:22:12 |
| 17 | A.  So you mean the people who worked for me? | 09:22:14 |
| 18 | Q.  Who worked for you specifically. | 09:22:17 |
| 19 | A.  So I would say that the key people would | 09:22:18 |
| 20 | be my Chief of Staff, as well as the people who | 09:22:21 |
| 21 | worked on geographical portfolios on the countries | 09:22:32 |
| 22 | with which we had TPS.  So for example, our Central | 09:22:39 |
| 23 | American staff. | 09:22:44 |
| 24 | Q.  And what is the name of your Chief of | 09:22:44 |
| 25 | Staff? | 09:22:46 |

| | |
|---|---|
| 1    A.  Her name is Briana Petyo, P-e-t-y-o. | 09:22:46 |
| 2    Q.  And who were the people who were | 09:22:52 |
| 3  responsible for the relevant geographical | 09:22:54 |
| 4  portfolios? | 09:22:57 |
| 5    A.  I am terrible with names.  So I may have | 09:22:59 |
| 6  to think at a break and come -- | 09:23:04 |
| 7    Q.  That's okay.  Why don't we come back to | 09:23:06 |
| 8  that question. | 09:23:08 |
| 9    A.  Yeah. | 09:23:09 |
| 10    Q.  Who did you communicate with most often in | 09:23:09 |
| 11  your role as Assistant Secretary for International | 09:23:15 |
| 12  Affairs, generally? | 09:23:20 |
| 13    A.  Could you clarify that question, please? | 09:23:20 |
| 14    Q.  Yes.  In that role, were you communicating | 09:23:24 |
| 15  regularly with the Secretary, were you | 09:23:27 |
| 16  communicating regularly with the State Department, | 09:23:30 |
| 17  were you communicating mostly internally within | 09:23:33 |
| 18  your own staff, with people in foreign embassies, | 09:23:36 |
| 19  diplomats, who would you consider to be your most | 09:23:41 |
| 20  common contacts? | 09:23:41 |
| 21    A.  So without the slightest hint of being | 09:23:41 |
| 22  flippant, the answer is yes.  In other words, I was | 09:23:45 |
| 23  communicating with all of those people regularly | 09:23:48 |
| 24  and that is the nature of that job. | 09:23:50 |
| 25        So in that job, you are the Secretary's | 09:23:53 |

```
1   primary advisor on international affairs, and as        09:23:56
2   such, you manage a staff that provides information,     09:24:00
3   and you also have to maintain relationships with        09:24:05
4   the State Department, other members of the              09:24:08
5   interagency, foreign embassies, and our own             09:24:13
6   embassies downrange.                                    09:24:17
7        Q.  And how would you answer that question for     09:24:22
8   the policy position, who were the people or             09:24:23
9   entities that you were most often in contact with       09:24:26
10  for that position?                                      09:24:26
11       A.  So for the policy job, that was more of an     09:24:26
12  internal U.S. government job than an external           09:24:32
13  outward-looking job.  So I was most often in            09:24:36
14  contact with my own staff, with other elements of       09:24:40
15  DHS, with the Secretary and her staff, and then         09:24:45
16  other elements of the interagency.                      09:24:49
17       Q.  And when did you leave that position?          09:24:53
18       A.  I believe it was late February of 2018.        09:24:55
19       Q.  What led you to leave that position?           09:24:59
20       A.  Um, I decided I had to leave.  I was a         09:25:02
21  political appointee, and I was no longer a              09:25:13
22  professional career government official, and as a       09:25:16
23  political appointee, I believe very strongly that       09:25:21
24  if you can't support the whole range of policies        09:25:25
25  that you were appointed to support, then you are        09:25:31
```

```
 1  obligated to leave, so I left.                    09:25:34
 2      Q.  Are you currently employed for the        09:25:36
 3  government or in any position?                     09:25:38
 4      A.  I'm not.                                   09:25:40
 5      Q.  Okay.  Can you step back from prior to     09:25:40
 6  your DHS position, what was your immediately       09:25:53
 7  preceding position prior to the DHS position?      09:25:57
 8      A.  So immediately before going to work for    09:25:59
 9  DHS, I was Ambassador to Honduras.                 09:26:04
10      Q.  And what was the time period in which you  09:26:07
11  were Ambassador to Honduras?                       09:26:09
12      A.  I was Ambassador to Honduras from August   09:26:12
13  of 2014 to June of 2017.                           09:26:15
14      Q.  Did you have a break in between the period 09:26:19
15  when you ended your ambassadorship and when you    09:26:24
16  started your position at DHS?                       09:26:27
17      A.  I was retired for three weeks.  It was     09:26:29
18  wonderful.                                         09:26:36
19      Q.  Probably not quite long enough.            09:26:37
20          Who did you report to in your position as  09:26:39
21  Ambassador?                                        09:26:41
22      A.  That's a good question.  On paper, you     09:26:43
23  report to the President of the United States       09:26:47
24  through the Secretary of State.  In fact, in       09:26:49
25  practice, ambassadors report to the Assistant      09:26:52
```

```
 1   Secretary of State for the geographic bureau in      09:26:58
 2   which their embassy sits.                            09:27:02
 3          So in my case, I was reporting to the         09:27:05
 4   Assistant Secretary of State for Western Hemisphere  09:27:07
 5   Affairs.                                             09:27:11
 6      Q.  And what would you describe as your main      09:27:11
 7   job responsibilities as Ambassador?                  09:27:13
 8      A.  So an Ambassador's job is to be the           09:27:17
 9   President's personal representative in a country     09:27:21
10   and to manage all U.S. government personnel and      09:27:23
11   programs in that country.                            09:27:26
12      Q.  Did you engage at all in issues related to    09:27:31
13   Temporary Protected Status while you were            09:27:37
14   Ambassador to Honduras?                              09:27:40
15      A.  Yes.                                           09:27:41
16      Q.  How did you engage in issues related to       09:27:41
17   Temporary Protected Status?                          09:27:44
18      A.  So this is not a high definition memory,      09:27:46
19   this is a lower definition memory, but I believe we  09:27:59
20   went through the process of when a country comes up  09:28:02
21   for renewal of Temporary Protected Status, the       09:28:04
22   State Department asks the U.S. embassy in that       09:28:10
23   country to weigh in and make a recommendation on     09:28:12
24   whether the embassy believes that the TPS should be  09:28:15
25   renewed or not.                                      09:28:18
```

| | | |
|---|---|---|
| 1 | Q.  Approximately when in the course of | 09:28:23 |
| 2 | renewal process for TPS for an individual country | 09:28:26 |
| 3 | that has been designated would you as Ambassador be | 09:28:30 |
| 4 | asked to weigh in? | 09:28:33 |
| 5 | A.  So as you know, the Secretary of Homeland | 09:28:39 |
| 6 | Security has to render decisions at least 60 days | 09:28:41 |
| 7 | before termination of TPS.  So generally, embassies | 09:28:44 |
| 8 | would be asked in the months leading up to that | 09:28:47 |
| 9 | 60-day window to weigh in and make a recommendation | 09:28:51 |
| 10 | so that that feeds into the State Department's | 09:28:53 |
| 11 | recommendation. | 09:28:56 |
| 12 | Q.  Do you recall who in the State Department | 09:28:57 |
| 13 | would request that you weigh in when you were | 09:29:01 |
| 14 | Ambassador to Honduras? | 09:29:04 |
| 15 | A.  So it would have been the Bureau of | 09:29:05 |
| 16 | Western Hemisphere Affairs.  I don't honestly | 09:29:10 |
| 17 | recall who it was who asked us, but it would have | 09:29:13 |
| 18 | been in the name of the Bureau of Western | 09:29:15 |
| 19 | Hemisphere Affairs. | 09:29:23 |
| 20 | Q.  And when you as Ambassador were asked to | 09:29:23 |
| 21 | weigh in to the State Department about the renewal | 09:29:25 |
| 22 | of TPS for Honduras, what would you do as | 09:29:28 |
| 23 | Ambassador or what would the embassy do to respond | 09:29:31 |
| 24 | to that request? | 09:29:34 |
| 25 | A.  So, again, I have a very low definition | 09:29:35 |

| | | |
|---|---|---|
| 1 | recall of that particular process, but what an | 09:29:39 |
| 2 | ambassador would do was convene a meeting, ask the | 09:29:49 |
| 3 | embassy staff to write a report, make a | 09:29:53 |
| 4 | recommendation, that report would come through my | 09:29:56 |
| 5 | deputy to me so that I could sign off on it and | 09:30:01 |
| 6 | send it up to the -- to the State Department. | 09:30:04 |
| 7 |     Q.  Would this be a formal report that the | 09:30:06 |
| 8 | embassy would present? | 09:30:09 |
| 9 |     A.  Yes. | 09:30:11 |
| 10 |     Q.  When you were Ambassador, was this -- was | 09:30:11 |
| 11 | TPS a high priority issue in Honduras or for the | 09:30:16 |
| 12 | embassy? | 09:30:20 |
| 13 |     A.  So TPS is -- when I -- during the time I | 09:30:21 |
| 14 | was in Honduras, TPS was very important to the | 09:30:28 |
| 15 | Hondurans.  But TPS was not something that we in | 09:30:31 |
| 16 | the embassy thought about every day.  It was just | 09:30:37 |
| 17 | something that was there.  And we were very busy | 09:30:41 |
| 18 | doing other things. | 09:30:45 |
| 19 |       So it's not something that's on -- on the | 09:30:46 |
| 20 | radar screen every day.  It comes onto the radar | 09:30:49 |
| 21 | screen when it comes up for renewal. | 09:30:54 |
| 22 |     Q.  And following the creation of a report at | 09:30:56 |
| 23 | the embassy, what would you do with that report as | 09:31:02 |
| 24 | Ambassador? | 09:31:05 |
| 25 |     A.  Send it to the Bureau of Western | 09:31:05 |

```
 1   Hemisphere Affairs in Washington.                    09:31:11
 2       Q.  Typically, would there be a response from    09:31:12
 3   the Bureau of Western Hemispheres to your report?    09:31:14
 4       A.  I don't recall in this specific case         09:31:19
 5   whether there was a response or not.                 09:31:21
 6       Q.  How many times was TPS up for renewal        09:31:22
 7   while you were Ambassador to Honduras, if you        09:31:25
 8   recall?                                              09:31:28
 9       A.  So, I believe, I believe it came up for      09:31:28
10   renewal twice while I was there, and as I say, I     09:31:30
11   have a vague memory of the process, which I believe  09:31:36
12   took place in 2016.                                  09:31:46
13       Q.  Thank you.                                   09:31:48
14           And prior to your position as Ambassador,    09:31:52
15   what position did you hold?                          09:31:55
16       A.  Prior to -- to being Ambassador to           09:31:57
17   Honduras, I was the Civilian Deputy to the           09:32:02
18   Commander at U.S. Southern Command in Miami.         09:32:05
19       Q.  What -- what was the time period in which    09:32:09
20   you were Civilian Deputy to the Commander at         09:32:12
21   SouthCom?                                            09:32:17
22       A.  So summer of 2013 to summer of 2014.  I      09:32:17
23   don't recall the precise dates.                      09:32:20
24       Q.  Was it approximately one year?              09:32:22
25       A.  Yes.                                         09:32:23
```

```
 1        Q.  Who did you report to when you were        09:32:24
 2   Civilian Deputy to the Commander at SouthCom?       09:32:29
 3        A.  General John Kelly.                         09:32:29
 4        Q.  What were your primary responsibilities in 09:32:32
 5   that role?                                           09:32:34
 6        A.  So I was the Commander's foreign policy     09:32:35
 7   advisor.                                             09:32:40
 8        Q.  What -- what were your more specific        09:32:42
 9   responsibilities as the Commander's foreign policy   09:32:48
10   advisor?                                             09:32:51
11        A.  So my job was to give the Commander and     09:32:52
12   other elements of the command advice on relations    09:32:56
13   with countries in the hemisphere.  And then I also   09:33:01
14   had specific responsibilities regarding human        09:33:05
15   rights and public affairs, if I recall.              09:33:09
16        Q.  Did TPS ever come up in your role as        09:33:13
17   Civilian Deputy to the Commander at SouthCom?        09:33:26
18        A.  I don't recall it coming up.                09:33:26
19        Q.  Prior to your position at SouthCom, what    09:33:28
20   position did you hold?                               09:33:30
21        A.  Prior to SouthCom, I was the Deputy Chief   09:33:36
22   of Mission, which is the number two person at the    09:33:39
23   U.S. embassy in Ottawa, Canada.                      09:33:42
24        Q.  What years did you hold that post?          09:33:44
25        A.  That would have been summer of 2010 to      09:33:46
```

| | | |
|---|---|---|
| 1 | summer of 2013. | 09:33:49 |
| 2 | Q.  I imagine you also had three-week breaks | 09:33:49 |
| 3 | in between these positions? | 09:33:52 |
| 4 | A.  Sometimes. | 09:33:53 |
| 5 | Q.  What was the position that you held -- | 09:33:54 |
| 6 | well, let me just ask, did TPS ever come up in your | 09:33:56 |
| 7 | position in Ottawa? | 09:33:59 |
| 8 | A.  No. | 09:34:00 |
| 9 | Q.  What was your position prior to that? | 09:34:00 |
| 10 | A.  I was Deputy Chief of Mission at the | 09:34:02 |
| 11 | embassy in Lima, Peru. | 09:34:05 |
| 12 | Q.  Do you recall the years that you held that | 09:34:08 |
| 13 | position? | 09:34:10 |
| 14 | A.  2007 to 2010. | 09:34:10 |
| 15 | Q.  Did TPS ever come up in that position? | 09:34:17 |
| 16 | A.  No. | 09:34:19 |
| 17 | Q.  What was your position prior to that? | 09:34:19 |
| 18 | A.  I was the Deputy Chief of Mission, and for | 09:34:21 |
| 19 | 16 months, the Chargé D'Affaires, which is the | 09:34:24 |
| 20 | person who runs the embassy in the absence of an | 09:34:27 |
| 21 | ambassador in Montevideo, Uruguay. | 09:34:31 |
| 22 | Q.  What years did you hold that post? | 09:34:33 |
| 23 | A.  2005 to 2007. | 09:34:37 |
| 24 | Q.  Did TPS ever come in that position? | 09:34:39 |
| 25 | A.  No. | 09:34:41 |

```
 1        Q.   What position did you hold prior to the      09:34:41
 2   position in Montevideo?                                09:34:43
 3        A.   I was Counselor for Public Affairs with      09:34:45
 4   the embassy in Madrid.                                 09:34:49
 5        Q.   Do you recall the years that you held that   09:34:51
 6   post?                                                  09:34:56
 7        A.   2002 to 2005.                                09:34:56
 8        Q.   What year did you -- what post did you       09:34:59
 9   hold prior to that?                                    09:35:07
10        A.   I was Counselor for Public Affairs at the    09:35:08
11   embassy in Budapest, Hungary.                          09:35:12
12        Q.   What were the years you held that post?      09:35:15
13        A.   1999 to 2002.                                09:35:17
14        Q.   What position did you hold before that?      09:35:19
15        A.   I worked in the Office of Human Resources    09:35:21
16   at the U.S. Information Agency in Washington.          09:35:28
17        Q.   What years did you hold that post?           09:35:32
18        A.   1996 to 1999.                                09:35:44
19        Q.   So we'll -- we won't go further back than    09:35:46
20   that.                                                  09:35:52
21             Is it fair to say that the first time that   09:35:53
22   you came across TPS as an area of concern in your      09:35:58
23   professional life was either in your post at           09:36:02
24   SouthCom, which you don't recall -- and in that        09:36:06
25   post, you don't recall how it came up, or in your      09:36:10
```

```
 1   post at the U.S. embassy in Honduras?           09:36:12

 2        MR. KIRSCHNER:  Objection, confusing.       09:36:16

 3     Q.  Is it fair to say that the -- that the    09:36:19

 4   first time that TPS came up in your professional 09:36:24

 5   life was definitely the --                       09:36:28

 6        MS. MacLEAN:  Sorry.  Let me rephrase       09:36:32

 7   that.                                            09:36:34

 8     Q.  The -- is it fair to say that the first   09:36:34

 9   time that you recall that TPS was definitely an  09:36:36

10   area of concern in your professional life was in 09:36:39

11   the post that you held as Ambassador to Honduras? 09:36:41

12     A.  The first time I recall dealing with TPS   09:36:45

13   was as Ambassador to Honduras.                   09:36:49

14     Q.  Thank you.                                 09:36:50

15        So let's go back to your position at DHS    09:36:58

16   starting in July of 2016.  Did you have --       09:37:00

17     A.  '17.                                       09:37:05

18     Q.  2017.                                      09:37:06

19        Did you -- thank you for the                09:37:08

20   clarification.                                   09:37:12

21        Did you have any training when you entered  09:37:13

22   that post?                                       09:37:15

23     A.  I believe there was a day or a day and a   09:37:16

24   half of orientation, this is DHS kind of thing.  09:37:19

25     Q.  Do you recall what was included in that    09:37:23
```

| | | |
|---|---|---|
| 1 | training, generally? | 09:37:28 |
| 2 | A.  It was the kind of training that every new | 09:37:29 |
| 3 | employee to DHS receives, so talked about the | 09:37:33 |
| 4 | leadership and the structure and the mission of the | 09:37:37 |
| 5 | Department. | 09:37:40 |
| 6 | Q.  Do you recall ever having any training or | 09:37:40 |
| 7 | guidance with regard to TPS when you entered your | 09:37:43 |
| 8 | post at DHS? | 09:37:46 |
| 9 | A.  No. | 09:37:49 |
| 10 | Q.  So I wanted to go now to a discussion | 09:37:50 |
| 11 | generally about the way that decisions are made | 09:37:56 |
| 12 | about the possible renewal or termination of TPS | 09:37:59 |
| 13 | when a country has already been designated. | 09:38:04 |
| 14 | I understand that USCIS typically | 09:38:07 |
| 15 | initiates the TPS determination process by | 09:38:11 |
| 16 | soliciting a report from a research arm within | 09:38:15 |
| 17 | USCIS called RAIO, R-A-I-O, and soliciting other | 09:38:18 |
| 18 | input, including from the Department of State, | 09:38:22 |
| 19 | drafting and revising a decision memo, and sending | 09:38:25 |
| 20 | the decision memo with a recommendation or options | 09:38:27 |
| 21 | to DHS for further review. | 09:38:30 |
| 22 | I know you were not working specifically | 09:38:32 |
| 23 | within USCIS at that -- at the time that you were | 09:38:34 |
| 24 | at DHS. | 09:38:40 |
| 25 | Is that your understanding of the process? | 09:38:41 |

| | | |
|---|---|---|
| 1 | MR. KIRSCHNER:  Objection.  Counsel is | 09:38:43 |
| 2 | testifying.  Could you phrase it as kind of a | 09:38:44 |
| 3 | question for Ambassador Nealon? | 09:38:47 |
| 4 | Q.  Do you have an understanding of what the | 09:38:51 |
| 5 | process is at USCIS prior to a decision memo being | 09:38:53 |
| 6 | signed by the USCIS director and sent to the DHS -- | 09:38:58 |
| 7 | sent to DHS for review? | 09:39:03 |
| 8 | A.  So, no, I don't have a granular | 09:39:03 |
| 9 | understanding of what CIS's internal process is | 09:39:06 |
| 10 | leading up to the production of a memo to the | 09:39:11 |
| 11 | Secretary. | 09:39:13 |
| 12 | Q.  Okay.  So what is your understanding | 09:39:13 |
| 13 | generally to the extent that you know of what | 09:39:15 |
| 14 | happens at USCIS prior to a decision memo being | 09:39:19 |
| 15 | sent from USCIS to DHS? | 09:39:23 |
| 16 | A.  Just in very general terms, they're | 09:39:25 |
| 17 | responsible for sending a -- a recommendation to | 09:39:29 |
| 18 | the Secretary, and so they do their due diligence | 09:39:31 |
| 19 | on country conditions and so forth in order to | 09:39:34 |
| 20 | prepare that memo.  But I don't have -- as I say, I | 09:39:39 |
| 21 | don't have a granular understanding of what their | 09:39:43 |
| 22 | internal process is. | 09:39:45 |
| 23 | Q.  Okay.  Did you have any involvement with | 09:39:46 |
| 24 | USCIS during their portion of the review of TPS for | 09:39:48 |
| 25 | an individual country? | 09:39:53 |

JAMES D. NEALON - 08/14/2018                    Page 38

```
1        A.  I'm sure I did in that we would be        09:39:56
2   together in meetings.  I would talk occasionally   09:40:07
3   with the Acting Director of USCIS, a person who was 09:40:14
4   Acting Director during part of my tenure at DHS    09:40:20
5   about TPS, but I wasn't involved in their          09:40:24
6   preparation of their memo.                         09:40:28
7        Q.  Who was the Acting Director with whom you  09:40:29
8   were in contact while you were at DHS?             09:40:32
9        A.  His name is James McCament.               09:40:35
10       Q.  And who else were you in contact with at  09:40:38
11  USCIS during your time at DHS regarding TPS?       09:40:41
12       A.  I would have been in touch later with the 09:40:45
13  now Director of USCIS, Francis Cissna, and I would 09:40:48
14  have been in contact with Jennifer Higgins, and    09:40:53
15  probably others, but I don't recall specifically.  09:41:01
16       Q.  You recalled meetings with USCIS regarding 09:41:03
17  TPS.  Can you recall which meetings you            09:41:06
18  participated in with the USCIS regarding TPS?      09:41:10
19       A.  Well, what I recall is that there were    09:41:13
20  meetings about TPS, so I didn't meet specifically  09:41:15
21  with CIS to talk about TPS, sorry for the initials, 09:41:18
22  but we would be together in meetings at which TPS  09:41:29
23  was discussed.                                     09:41:31
24       Q.  Do you recall approximately how many      09:41:39
25  meetings roughly you engaged in regarding TPS while 09:41:40
```

```
 1   at DHS?                                          09:41:44

 2       A.  No.                                      09:41:45

 3       Q.  How often would you say you interacted   09:41:45

 4   with Mr. McCament regarding TPS while you were at 09:41:56

 5   DHS?                                             09:42:01

 6       A.  I would hesitate to put a number on it,  09:42:02

 7   because I would be making up a number.  You know, 09:42:06

 8   as necessary.                                    09:42:09

 9       Q.  I would imagine that there are months    09:42:10

10   where you would not communicate as regularly     09:42:16

11   because TPS was not as much a priority and there  09:42:19

12   would be months where you would communicate more. 09:42:22

13   Is that fair to say?                             09:42:24

14       A.  That's correct, that's fair to say.      09:42:25

15       Q.  When TPS was a higher priority issue or  09:42:26

16   there were more pressing deadlines, how often would 09:42:29

17   you communicate with Mr. McCament regarding TPS,  09:42:32

18   roughly?                                         09:42:36

19       A.  Couple of times a week.                  09:42:37

20       Q.  Okay.  And I want to ask the same question 09:42:40

21   with regard to Mr. Cissna, when TPS was a higher  09:42:44

22   priority or there were more pressing deadlines,   09:42:48

23   about how often would you communicate with        09:42:51

24   Mr. Cissna?                                       09:42:54

25       A.  Probably less often.                     09:42:55
```

| | | |
|---|---|---|
| 1 | Q.  Why would you say less often than | 09:42:56 |
| 2 | Mr. McCament? | 09:43:00 |
| 3 | A.  You know, I knew Mr. McCament better, we'd | 09:43:00 |
| 4 | worked together for a longer period of time than | 09:43:06 |
| 5 | I'd worked with Francis Cissna, and I just had a | 09:43:08 |
| 6 | very easy relationship with him. | 09:43:11 |
| 7 | Q.  And after Mr. McCament finished his role | 09:43:14 |
| 8 | as Acting Director of USCIS, what position did he | 09:43:19 |
| 9 | take? | 09:43:23 |
| 10 | A.  I believe he reverted to being the deputy | 09:43:23 |
| 11 | director. | 09:43:27 |
| 12 | Q.  About how often would you communicate with | 09:43:27 |
| 13 | Ms. Higgins when TPS was a higher priority issue | 09:43:34 |
| 14 | for the Department? | 09:43:39 |
| 15 | A.  You know, I don't want to give the | 09:43:39 |
| 16 | impression that there was a regular cycle of | 09:43:41 |
| 17 | meetings so that I could put a number on it. | 09:43:43 |
| 18 | Everybody is very busy.  I might have 12 or 15 | 09:43:46 |
| 19 | meetings in a day; they'll have 12 or 15 meetings | 09:43:49 |
| 20 | in a day, so you tend to communicate as necessary | 09:43:54 |
| 21 | rather than on some regular cycle. | 09:43:56 |
| 22 | Q.  Did you communicate with Ms. Neubel | 09:43:58 |
| 23 | Kovarik while you were at the Department? | 09:44:04 |
| 24 | A.  I know who she is.  I did have contact | 09:44:06 |
| 25 | with her, but I was not in regular contact with her | 09:44:08 |

1   about TPS.  Certainly, we were on e-mail chains and      09:44:10

2   we were in meetings, but she is not someone that I       09:44:14

3   would normally reach out to to discuss TPS.              09:44:17

4        Q.  Did you know the role that she played with      09:44:21

5   regard to TPS?                                           09:44:26

6        A.  I couldn't tell you specifically what her       09:44:26

7   role was, no.                                            09:44:29

8        Q.  Did you understand that she had a role          09:44:29

9   with regard to TPS?                                      09:44:31

10       A.  Yes.                                            09:44:32

11       Q.  Okay.  Did you know Robert Law while you        09:44:33

12  were at DHS?                                             09:44:37

13       A.  I don't recall the name.                        09:44:39

14       Q.  Okay.  Did you know Brandon Prelogar while      09:44:39

15  you were at DHS?                                         09:44:44

16       A.  Again, I don't recall the name, sorry.          09:44:46

17       Q.  That's okay.  Okay.  So we'll move on from      09:44:48

18  USCIS.  I imagine you have greater understanding of      09:44:51

19  the process at DHS.                                      09:44:53

20           Can you walk me through at a high level         09:44:55

21  your understanding of the process for a DHS review       09:45:00

22  of a TPS designation for a country that has already      09:45:05

23  been designated for TPS?                                 09:45:11

24       A.  Yeah.  So I can walk you through what I         09:45:14

25  observed.                                                09:45:18

```
1           So during Acting Secretary Duke's tenure,      09:45:20
2    she was a very active consumer of information about    09:45:27
3    TPS, and so she solicited written materials and --     09:45:32
4    and opinions from staff about TPS.                      09:45:39
5           And then the more formal process, of            09:45:44
6    course, is that she would receive input directly       09:45:48
7    from the Department of State, from the Secretary of    09:45:51
8    State, and from the Director of USCIS, she would       09:45:54
9    receive that input in written form and then she        09:45:58
10   would make a decision.                                 09:46:00
11          It was a secretarial decision whether or        09:46:01
12   not to renew TPS or not.                               09:46:04
13      Q.  What kind of information did she seek in        09:46:06
14   order to make a determination with regard to TPS?      09:46:09
15      A.  So what I observed is that she read             09:46:12
16   voraciously, so she read press reports, she read       09:46:17
17   intel reports, she read outside analyses provided      09:46:23
18   by civil society, and then she solicited oral          09:46:29
19   opinions from staff members.                           09:46:40
20      Q.  Did she directly seek the information that      09:46:42
21   you're describing, or did she have staff under her     09:46:53
22   who were collecting this information?                  09:46:57
23      A.  What I recall is both.                          09:46:59
24      Q.  What is the kind of information that she        09:47:01
25   was directly seeking, in your memory?                  09:47:04
```

JAMES D. NEALON - 08/14/2018                    Page 43

| | | |
|---|---|---|
| 1 | A.  Um, she -- again, in my recollection, she | 09:47:07 |
| 2 | was interested in the law, what does the law say. | 09:47:11 |
| 3 | She was very interested in country conditions.  She | 09:47:17 |
| 4 | was very -- in the countries that had TPS. | 09:47:22 |
| 5 | She was very interested in U.S. policy | 09:47:26 |
| 6 | implications, in other words, what are the | 09:47:29 |
| 7 | implications of sending people back to these | 09:47:31 |
| 8 | countries, how does that play for U.S. interests. | 09:47:33 |
| 9 | She was very interested in the effect of | 09:47:36 |
| 10 | sending people back on -- on -- on migration, on | 09:47:39 |
| 11 | whether or not sending people back would have the | 09:47:48 |
| 12 | net effect of increasing rather than decreasing | 09:47:51 |
| 13 | migration. | 09:47:54 |
| 14 | So again, in my experience, she -- she | 09:47:55 |
| 15 | cast a very wide net in terms of gathering | 09:47:58 |
| 16 | information. | 09:48:01 |
| 17 | Q.  And who were the staff underneath her who | 09:48:01 |
| 18 | were all -- most responsible for collecting | 09:48:05 |
| 19 | information with regard to TPS determinations? | 09:48:07 |
| 20 | A.  Um, so I don't know specifically who on | 09:48:10 |
| 21 | her inner staff was doing that for her.  I don't | 09:48:14 |
| 22 | know. | 09:48:21 |
| 23 | Q.  From what you recall, she was quite | 09:48:21 |
| 24 | hands-on, though, with regard to TPS | 09:48:26 |
| 25 | determinations? | 09:48:29 |

| | | |
|---|---|---|
| 1 | A.  She was. | 09:48:29 |
| 2 | Q.  Okay.  Were you at DHS when Secretary | 09:48:30 |
| 3 | Kelly was Secretary -- was DHS Secretary? | 09:48:39 |
| 4 | A.  So briefly.  So I came on board, as I | 09:48:41 |
| 5 | said, July 10th or 11th, right there sometime, and | 09:48:45 |
| 6 | I believe General Kelly went to the White House on | 09:48:48 |
| 7 | July 30th, I believe. | 09:48:53 |
| 8 | Q.  And was TPS an issue at all during the | 09:48:55 |
| 9 | short tenure of then Secretary Kelly while you were | 09:48:58 |
| 10 | at DHS? | 09:49:06 |
| 11 | A.  Yes, I believe so. | 09:49:07 |
| 12 | Q.  What is the kind of information -- | 09:49:13 |
| 13 | MS. MacLEAN:  Or let me scratch that. | 09:49:16 |
| 14 | Q.  What would you describe as the process to | 09:49:18 |
| 15 | the extent that you know, and obviously it was | 09:49:18 |
| 16 | quite brief, when -- for TPS determinations when | 09:49:21 |
| 17 | Secretary Kelly was DHS Secretary? | 09:49:23 |
| 18 | A.  So I don't recall that any TPS decisions | 09:49:25 |
| 19 | came to a head during the brief time that I | 09:49:30 |
| 20 | overlapped with him.  They may have, but I don't | 09:49:34 |
| 21 | recall that they did. | 09:49:36 |
| 22 | Q.  Do you recall TPS coming up at all as -- | 09:49:41 |
| 23 | A.  I do. | 09:49:44 |
| 24 | Q.  -- when you were working -- sorry, just | 09:49:45 |
| 25 | let me finish the question. | 09:49:48 |

| | | |
|---|---|---|
| 1 | A.  Sorry. | 09:49:49 |
| 2 | Q.  Would you -- do you recall TPS coming up | 09:49:50 |
| 3 | as an issue while you were at DHS when Secretary | 09:49:52 |
| 4 | Kelly was Secretary? | 09:49:56 |
| 5 | A.  Yes. | 09:49:57 |
| 6 | Q.  In what way? | 09:49:58 |
| 7 | A.  I recall discussing Haiti with him at one | 09:50:00 |
| 8 | point, and there may have been more general | 09:50:07 |
| 9 | discussions about TPS for other countries, but I | 09:50:11 |
| 10 | don't remember specifics. | 09:50:16 |
| 11 | Q.  Okay.  What do you recall about the | 09:50:16 |
| 12 | conversations with Secretary Kelly regarding the | 09:50:18 |
| 13 | TPS determination for Haiti? | 09:50:22 |
| 14 | MR. KIRSCHNER:  Objection.  To the extent | 09:50:23 |
| 15 | this is calling for internal government | 09:50:26 |
| 16 | deliberations, I would instruct you not to answer | 09:50:29 |
| 17 | under the deliberate process privilege. | 09:50:32 |
| 18 | MS. MacLEAN:  So just obviously for the | 09:50:36 |
| 19 | record, and I think we're both clear on this, and I | 09:50:38 |
| 20 | think you probably are as well, this is an issue | 09:50:40 |
| 21 | that is outstanding where there is litigation, so | 09:50:45 |
| 22 | we will -- if you choose not to answer that | 09:50:47 |
| 23 | question, we'll hold off but may need another | 09:50:49 |
| 24 | deposition to follow up on that question and other | 09:50:52 |
| 25 | related questions where there is a deliberative | 09:50:54 |

```
 1   process privilege asserted.                        09:50:57
 2          MR. KIRSCHNER:  I will say, though, that    09:50:58
 3   to the extent you can answer this question in ways 09:51:00
 4   that do not implicate the internal government      09:51:03
 5   deliberations, then feel free to answer.           09:51:06
 6      A.  I'm not a lawyer, so --                      09:51:12
 7          MR. KIRSCHNER:  Well --                      09:51:15
 8      A.  So I do recall a conversation with Kelly    09:51:16
 9   about Haiti, but it -- it was not a decision       09:51:18
10   conversation.  It was a discussion, it was a       09:51:25
11   conversation.  So in that sense, I believe it was  09:51:27
12   deliberative, but...                               09:51:30
13          MR. KIRSCHNER:  Okay.  I'll instruct you    09:51:34
14   not to answer about internal government            09:51:36
15   deliberations.                                     09:51:40
16      Q.  Okay.  You described your understanding of  09:51:41
17   how Secretary Duke was making decisions with regard 09:51:47
18   to TPS and how she consumed information, the kind   09:51:51
19   of information she sought, and how directly she was 09:51:53
20   involved in the TPS determination process.         09:51:56
21          What would you say with regard to           09:51:59
22   Secretary Kelly's overview of -- and oversight of  09:52:01
23   the TPS determination process to the extent that   09:52:07
24   you know?                                          09:52:09
25      A.  You know, I only overlapped with him for    09:52:11
```

```
 1   -- for those three weeks, and as I say, I don't        09:52:15
 2   recall a TPS decision coming to a head during the      09:52:19
 3   time that we were together, so I don't have the        09:52:21
 4   same sense of Kelly's decision-making process that     09:52:25
 5   I have of Acting Secretary Duke's.                     09:52:30
 6       Q.  Did you overlap with Secretary Nielsen         09:52:34
 7   while she was Secretary?                               09:52:37
 8       A.  I did.                                         09:52:38
 9       Q.  Did you overlap with Secretary Nielsen         09:52:39
10   while TPS decisions were being made?                   09:52:44
11       A.  Yes.                                           09:52:46
12       Q.  How would you describe her oversight of        09:52:46
13   the TPS decision-making process?                       09:52:49
14       A.  She's a very different Secretary than          09:52:52
15   Acting Secretary Duke was, they're just different      09:52:58
16   people with different personalities and different      09:53:01
17   styles.                                                09:53:03
18           I would say that Secretary Nielsen started     09:53:08
19   from a much more granular level of understanding of    09:53:11
20   TPS because of her previous experience than did        09:53:16
21   Acting Secretary Duke, who came out of a management    09:53:21
22   background and not a policy background.  So I would    09:53:24
23   say that Secretary Nielsen, as I say, started at a     09:53:36
24   higher level of understanding of TPS in general.       09:53:39
25       Q.  What would you say her understanding of        09:53:41
```

JAMES D. NEALON - 08/14/2018                    Page 48

```
 1   TPS was at that time or --                              09:53:45
 2          MS. MacLEAN:  Scratch that.                      09:53:49
 3      Q.  Where would you say that she gained her          09:53:51
 4   understanding of TPS?                                   09:53:52
 5      A.  I think from her previous experience in          09:53:53
 6   government, as well as her time as Secretary            09:53:56
 7   Kelly's Chief of Staff and then her time at the         09:54:00
 8   White House as Kelly's deputy Chief of Staff.           09:54:02
 9      Q.  Could you describe her perspective of TPS        09:54:06
10   to the extent that you know?                            09:54:12
11      A.  No.  I don't think I could do that.              09:54:19
12      Q.  You described Acting Secretary Duke as           09:54:21
13   seeking substantial information from various            09:54:25
14   sources both directly and indirectly, herself and      09:54:28
15   through her staff, in the process of making a TPS       09:54:32
16   determination.  Would you describe Secretary            09:54:34
17   Nielsen in the same way?                                09:54:37
18      A.  So I didn't have the same level of               09:54:39
19   visibility on whatever process Secretary Nielsen        09:54:41
20   went through to prepare herself to make TPS             09:54:46
21   decisions.  But I did participate in meetings with      09:54:49
22   her, with representatives of foreign countries who      09:54:54
23   were lobbying her to extend TPS.  I participated in     09:54:58
24   meetings with her, this is Secretary Nielsen, in        09:55:04
25   meetings with civil society and faith-based groups      09:55:07
```

```
1   who were lobbying her to extend TPS.  Our office      09:55:11
2   provided, at her instruction, written materials       09:55:16
3   that had come in from civil society and faith-based   09:55:22
4   groups making a case for extension of TPS.  We        09:55:26
5   provided those documents to her staff so that she     09:55:30
6   could read them.  So there was a very active          09:55:33
7   process.  But I probably couldn't go any further in   09:55:37
8   describing how she prepared herself to make those     09:55:42
9   decisions.                                            09:55:45
10      Q.  You said that you didn't have the same        09:55:46
11  visibility into the process for Secretary Nielsen's   09:55:47
12  TPS decision-making as you did for Acting Secretary   09:55:51
13  Duke's decision making.  Why would you say that is?   09:55:55
14      A.  Well, I think it was just personalities,      09:55:58
15  just the way that Acting Secretary Duke gathers       09:56:01
16  information before making a decision is very          09:56:07
17  verbal, very open, very solicitous, and Secretary     09:56:13
18  Nielsen is simply a different personality.            09:56:20
19      Q.  Who do you know to be involved in the TPS     09:56:22
20  decision-making process at DHS?                       09:56:28
21          MR. KIRSCHNER:  Objection, vague.             09:56:31
22      Q.  You can answer the question, if you           09:56:34
23  understand it.                                        09:56:37
24      A.  Well, I mean, it's a secretarial decision.    09:56:38
25  So it's as simple as that.  It's a secretarial        09:56:42
```

| | | |
|---|---|---|
| 1 | decision, and various secretaries would go through | 09:56:48 |
| 2 | their distinct processes to gather information | 09:56:53 |
| 3 | before they made their decisions.  So there's the | 09:56:56 |
| 4 | formal process of the written materials that we've | 09:56:59 |
| 5 | discussed, and then there's a less formal process | 09:57:02 |
| 6 | of soliciting information and reading and talking | 09:57:06 |
| 7 | and discussing. | 09:57:09 |
| 8 | Q.  Are there people in particular at DHS who | 09:57:13 |
| 9 | are more involved in the DHS TPS determination | 09:57:16 |
| 10 | process? | 09:57:22 |
| 11 | MR. KIRSCHNER:  Objection, vague. | 09:57:22 |
| 12 | Q.  If you understand the question, you can | 09:57:24 |
| 13 | answer it.  If not, I can rephrase. | 09:57:26 |
| 14 | A.  Yeah.  So I think, again, it's a | 09:57:29 |
| 15 | secretarial decision, so everyone else is simply | 09:57:32 |
| 16 | giving advice, right?  But the entities within DHS | 09:57:37 |
| 17 | that were most concerned with TPS would be the | 09:57:46 |
| 18 | Office of Policy, the Office of International | 09:57:52 |
| 19 | Affairs, which deals with those countries that have | 09:57:57 |
| 20 | TPS and USCIS, which administers TPS. | 09:58:01 |
| 21 | Q.  Were there secretarial advisors who were | 09:58:06 |
| 22 | also involved in the process? | 09:58:09 |
| 23 | A.  Yes. | 09:58:10 |
| 24 | MR. KIRSCHNER:  Objection.  I was going to | 09:58:11 |
| 25 | say objection, vague.  The word "involved" is | 09:58:13 |

JAMES D. NEALON - 08/14/2018                    Page 51

```
 1   vague.                                        09:58:15
 2        Q.  Who were the secretarial advisors who were   09:58:16
 3   involved in the process?                      09:58:20
 4        MR. KIRSCHNER:  Again, objection, vague.  09:58:21
 5        A.  So again, there were a series of      09:58:23
 6   decisions, so I'm painting with a bit of a broad   09:58:27
 7   brush here.  But on the Secretary's staff there are   09:58:31
 8   counsellors who have portfolios, and the counsellor   09:58:39
 9   who had the immigration portfolio was a gentleman   09:58:43
10   named Gene Hamilton.  Of course, the Secretary's   09:58:47
11   Chief of Staff advised her on all things, on all   09:58:52
12   decisions.  Yeah.                             09:58:55
13        Q.  Does the phrase "front office review" mean   09:59:03
14   anything to you?                              09:59:10
15        A.  Um, you know, as a longtime bureaucrat, I   09:59:10
16   assume that means that a document goes up to the   09:59:19
17   Secretary's office and gets reviewed by people in   09:59:22
18   the front office before it gets put in front of the   09:59:25
19   Secretary, but I'm not certain that that's a formal   09:59:27
20   technical term.                               09:59:32
21        Q.  Do you have an understanding of who is in   09:59:36
22   the DHS front office?                         09:59:38
23        A.  I have an understanding of who was in the   09:59:39
24   DHS front office when I was there.            09:59:42
25        Q.  Who was in the DHS front office when you   09:59:45
```

```
1    were there?                                           09:59:47

2         A.  So there was a Secretary, there was a        09:59:48

3    deputy Secretary, there was a team of counsellors     09:59:50

4    which I just described, there was a Chief of Staff,   09:59:54

5    there was a deputy Chief of Staff, and then there     10:00:00

6    were a couple of aides, Coast Guard officers who      10:00:03

7    were sort of personal assistants to the Secretary.    10:00:07

8    There were office management specialists.  Yeah, I    10:00:12

9    think that's the front office.                        10:00:19

10        Q.  You mentioned that there were counsellors    10:00:21

11   and that Mr. Hamilton was the counsellor to the       10:00:26

12   Secretary who was specifically tasked on              10:00:30

13   immigration.  Did the deputy Secretary also have      10:00:33

14   counsellors?                                           10:00:36

15        A.  The Deputy Secretary had a very small        10:00:36

16   staff.  I don't recall if they were called            10:00:42

17   "counsellors" or what they were called, but there     10:00:44

18   were a couple of people who assisted her as well.     10:00:48

19        Q.  Do you recall if the Deputy Secretary had    10:00:50

20   anyone in her staff who was tasked with immigration   10:00:53

21   issues?                                                10:00:57

22        A.  I don't recall.                               10:00:57

23        Q.  So you may not know the answer to this       10:00:58

24   question; obviously, let me know if you don't.  In    10:01:03

25   a front office review process for a TPS               10:01:07
```

| | | |
|---|---|---|
| 1 | determination, if there were suggested changes or | 10:01:09 |
| 2 | concerns about the USCIS decision memo, do you know | 10:01:16 |
| 3 | how those changes or recommendations or revisions | 10:01:20 |
| 4 | would be expressed? | 10:01:23 |
| 5 | A.  No. | 10:01:28 |
| 6 | Q.  Do you know if USCIS would have | 10:01:29 |
| 7 | involvement in the review process after the | 10:01:36 |
| 8 | decision memo is transmitted from the USCIS | 10:01:42 |
| 9 | director to the DHS Secretary prior to the DHS | 10:01:47 |
| 10 | Secretary's signature? | 10:01:54 |
| 11 | A.  I'm sorry, could you repeat that? | 10:01:56 |
| 12 | Q.  Yes.  Do you know if USCIS had any | 10:01:57 |
| 13 | involvement in the DHS decision-making process in | 10:01:59 |
| 14 | between the period where the USCIS director signs | 10:02:02 |
| 15 | off on the decision memo and the DHS Secretary | 10:02:06 |
| 16 | makes a final decision? | 10:02:12 |
| 17 | MR. KIRSCHNER:  Objection, vague, | 10:02:13 |
| 18 | confusing. | 10:02:15 |
| 19 | A.  You know, I don't have any direct insight | 10:02:19 |
| 20 | into how the front office of DHS operated at that | 10:02:22 |
| 21 | level of granularity, I just don't. | 10:02:25 |
| 22 | Q.  Okay.  Do you know how long the DHS review | 10:02:28 |
| 23 | would typically take once the USCIS director | 10:02:45 |
| 24 | transmits a signed decision memo to DHS? | 10:02:49 |
| 25 | A.  No, because oftentimes deadlines -- | 10:02:52 |

| | | |
|---|---|---|
| 1 | timelines are driven by deadlines, so it would | 10:03:02 |
| 2 | depend on when the paperwork got to the front | 10:03:05 |
| 3 | office and when the decision was due. | 10:03:08 |
| 4 | Q.  Are you familiar with the DHS office of | 10:03:11 |
| 5 | general counsel? | 10:03:17 |
| 6 | A.  Yes. | 10:03:17 |
| 7 | Q.  Do you know what the role was of the | 10:03:18 |
| 8 | Office of General Counsel in TPS determinations? | 10:03:20 |
| 9 | A.  So the role of the Office of General | 10:03:23 |
| 10 | Counsel in general is to provide legal advice to | 10:03:25 |
| 11 | the Secretary. | 10:03:28 |
| 12 | Q.  Did you have any engagement with the | 10:03:29 |
| 13 | Office of General Counsel regarding TPS while you | 10:03:34 |
| 14 | were at DHS? | 10:03:37 |
| 15 | A.  Yes. | 10:03:39 |
| 16 | Q.  What was your engagement, generally? | 10:03:39 |
| 17 | A.  So generally speaking, representatives of | 10:03:41 |
| 18 | that office would be present in formal meetings | 10:03:46 |
| 19 | that took place where TPS was discussed. | 10:03:49 |
| 20 | Q.  Did you have any other engagement with the | 10:03:55 |
| 21 | Office of General Counsel with regard to TPS? | 10:03:58 |
| 22 | A.  Not that I recall. | 10:03:59 |
| 23 | Q.  Did you have any engagement with the DHS | 10:04:00 |
| 24 | Deputy Secretary while you were at DHS with regard | 10:04:05 |
| 25 | to TPS? | 10:04:08 |

| | | |
|---|---|---|
| 1 | A.  So there were various acting deputy | 10:04:09 |
| 2 | secretaries while I was there.  So when I arrived, | 10:04:16 |
| 3 | Elaine Duke was the Deputy Secretary.  When Kelly | 10:04:20 |
| 4 | left, she became Acting Secretary.  Claire Grady | 10:04:25 |
| 5 | became the Acting Deputy.  So -- I'm sorry.  Could | 10:04:32 |
| 6 | you repeat the question? | 10:04:39 |
| 7 | Q.  Sorry.  Just to follow up on your | 10:04:40 |
| 8 | response.  Was Claire Grady deputy -- acting -- | 10:04:44 |
| 9 | well, was Claire Grady Acting Deputy Secretary | 10:04:52 |
| 10 | until the end of your tenure at DHS or until -- | 10:04:54 |
| 11 | A.  Yes. | 10:04:58 |
| 12 | Q.  Yes. | 10:04:58 |
| 13 | When Acting Secretary Duke was no longer | 10:04:58 |
| 14 | an Acting Secretary? | 10:05:01 |
| 15 | A.  Well, no.  Can I -- | 10:05:03 |
| 16 | Q.  Please. | 10:05:10 |
| 17 | A.  -- correct the record?  That's correct. | 10:05:10 |
| 18 | When Secretary Nielsen was confirmed and came over, | 10:05:12 |
| 19 | Acting Secretary Duke reverted back to being the | 10:05:16 |
| 20 | Deputy Secretary and Claire Grady reverted back to | 10:05:19 |
| 21 | being the undersecretary for management. | 10:05:23 |
| 22 | Q.  Did you have engagement with Ms. Grady | 10:05:25 |
| 23 | about TPS while you were at DHS? | 10:05:29 |
| 24 | A.  Yes, in that she was present at meetings | 10:05:32 |
| 25 | where TPS was discussed, but I don't recall | 10:05:34 |

| | | |
|---|---|---|
| 1 | specific meetings with her to discuss TPS. | 10:05:37 |
| 2 | Q.  Did you engage with Mr. Hamilton regarding | 10:05:41 |
| 3 | TPS while you were at DHS? | 10:05:46 |
| 4 | A.  Yes. | 10:05:48 |
| 5 | Q.  In what way did you engage with | 10:05:49 |
| 6 | Mr. Hamilton about TPS while you were at DHS? | 10:05:52 |
| 7 | A.  Again, we would be present at the same | 10:05:58 |
| 8 | meetings where TPS was discussed. | 10:06:00 |
| 9 | Q.  Did you have any individual conversations | 10:06:00 |
| 10 | outside of the meetings that you're describing with | 10:06:00 |
| 11 | Mr. Hamilton while you were at DHS? | 10:06:24 |
| 12 | MR. KIRSCHNER:  Objection, confusing. | 10:06:24 |
| 13 | Q.  While you were at DHS, outside of the | 10:06:26 |
| 14 | broader meetings that you're describing, did you | 10:06:31 |
| 15 | have any other conversations with Mr. Hamilton | 10:06:34 |
| 16 | regarding TPS? | 10:06:38 |
| 17 | A.  I'm sure I did.  I'm sure I had corridor | 10:06:42 |
| 18 | conversations and e-mail exchanges. | 10:06:45 |
| 19 | Q.  There are, as I understand it, a couple of | 10:06:48 |
| 20 | counsellors to the Deputy Secretary at DHS.  Do you | 10:07:10 |
| 21 | understand Kate Nichols -- do you know who Kate | 10:07:20 |
| 22 | Nichols is? | 10:07:26 |
| 23 | A.  Yes. | 10:07:26 |
| 24 | Q.  Who is Kate Nichols? | 10:07:26 |
| 25 | A.  Again, I'm not certain of her title, but | 10:07:29 |

```
1   she acted like a counsellor to the Deputy        10:07:32
2   Secretary.  I will say that people came and went  10:07:35
3   with some frequency in those jobs, so I don't have 10:07:38
4   any recollection of who was in those positions at  10:07:40
5   what time.                                          10:07:43
6       Q.  Did you understand Ms. Nichols, apparently 10:07:43
7   also known as Ms. Alford, to have had any --        10:07:46
8   sorry -- did you understand Ms. Nichols to have a   10:07:54
9   role in the TPS determination process?              10:07:57
10      A.  Not that I'm aware of.                       10:07:59
11      Q.  Was she present at any of the meetings       10:08:00
12  that you described where TPS was discussed?          10:08:04
13      A.  You know, she probably was, because          10:08:07
14  typically the people who fill that job go where the  10:08:09
15  Deputy Secretary goes.                               10:08:15
16      Q.  Did you know Arex Avanni while you were at   10:08:20
17  DHS?                                                  10:08:25
18      A.  Yes.                                          10:08:26
19      Q.  What do you understand Arex Avanni's role    10:08:27
20  to be?                                                10:08:29
21      A.  He was also a counsellor to the Deputy       10:08:30
22  Secretary.                                            10:08:34
23      Q.  Did you understand Mr. -- is it Mr.?         10:08:34
24      A.  (Nodding head up and down.)                  10:08:37
25      Q.  -- Mr. Avanni to have a role with regard     10:08:38
```

```
 1   to TPS while you were at DHS?                        10:08:41
 2       A.  Not that I'm aware of.                       10:08:41
 3           MS. MacLEAN:  We'll mark this as             10:08:51
 4   Exhibit 30.                                          10:08:53
 5           (Exhibit 30, DHS-001-659-000630 - 631,       10:08:54
 6   marked for identification.)                          10:08:54
 7       Q.  So the document that we just marked as       10:09:10
 8   Exhibit 30 is an e-mail, and I wonder if you could   10:09:21
 9   just explain what this e-mail relates to.            10:09:24
10           MR. KIRSCHNER:  Objection, calls for         10:09:29
11   speculation.                                         10:09:30
12       A.  So this looks to be an e-mail from me to     10:09:43
13   my Chief of Staff asking her to participate in a     10:09:45
14   phone call that I'm not able to participate on       10:09:48
15   because I'm on my way to Australia.  And the         10:09:50
16   subject is "DHS TPS coordination call."  And I       10:09:53
17   really can't recall anything more than that.         10:09:58
18       Q.  Were these -- was there a regular DHS TPS    10:10:00
19   coordination call, to your knowledge?                10:10:05
20       A.  No.                                          10:10:06
21       Q.  Was there a group of people who was known    10:10:07
22   to participate in a TPS coordination call at DHS?    10:10:12
23       A.  So this call would have been organized       10:10:16
24   probably by someone in the Secretary's -- on the     10:10:21
25   Secretary's staff, someone in the DHS front office   10:10:25
```

| | | |
|---|---|---|
| 1 | and they would have determined who they wanted on | 10:10:28 |
| 2 | the call.  So I don't see the original message, so | 10:10:31 |
| 3 | I don't know who those people are. | 10:10:38 |
| 4 | Q.  How would you know with an e-mail like | 10:10:39 |
| 5 | this, generally, who was going to be included on | 10:10:46 |
| 6 | that? | 10:10:48 |
| 7 | A.  I would look at who the addressees on the | 10:10:48 |
| 8 | e-mail were. | 10:10:51 |
| 9 | Q.  While you were at DHS, do you recall there | 10:10:52 |
| 10 | being multiple DHS TPS coordination calls? | 10:10:57 |
| 11 | A.  I don't. | 10:11:00 |
| 12 | Q.  In your recollection, who would be amongst | 10:11:00 |
| 13 | the people who would be on -- | 10:11:06 |
| 14 | A.  Actually, I do remember a call or two, | 10:11:09 |
| 15 | yes.  I do remember a call or two which this might | 10:11:25 |
| 16 | refer to, in which there was an effort made to | 10:11:32 |
| 17 | coordinate the interagency on TPS decisions.  In | 10:11:38 |
| 18 | other words, a decision was imminent, how is that | 10:11:43 |
| 19 | decision going to be communicated, who is going to | 10:11:47 |
| 20 | communicate it, what's the role of the various | 10:11:51 |
| 21 | government departments.  I think that's what this | 10:11:53 |
| 22 | is referring to. | 10:11:56 |
| 23 | Q.  And do you recall who the people are who | 10:11:58 |
| 24 | are generally on those TPS coordination calls? | 10:12:02 |
| 25 | MR. KIRSCHNER:  Objection, calls for | 10:12:06 |

JAMES D. NEALON - 08/14/2018                    Page 60

| | |
|---|---|
| 1 speculation. | 10:12:11 |
| 2     Q.   Who might you expect to be on a TPS | 10:12:11 |
| 3 coordination call at DHS, from the time that you | 10:12:13 |
| 4 were there? | 10:12:16 |
| 5     A.   So I would be speculating, and I would | 10:12:16 |
| 6 speculate as follows:  so the Office of Policy, our | 10:12:19 |
| 7 office would be on the call; someone representing | 10:12:23 |
| 8 the Secretary's office would probably be on the | 10:12:27 |
| 9 call; the call would probably be led by the | 10:12:34 |
| 10 Assistant Secretary for Public Affairs, who's | 10:12:37 |
| 11 responsible for the department's communications. | 10:12:40 |
| 12 And then I would speculate that USCIS would be on | 10:12:46 |
| 13 the call and perhaps others. | 10:12:51 |
| 14     Q.   So the press release that announced that | 10:12:53 |
| 15 TPS for Sudan would be terminated was on | 10:13:17 |
| 16 September 18th, 2017.  This is October 23rd. | 10:13:22 |
| 17         Let's come back to that if we need to. | 10:13:42 |
| 18         Do you understand anything about the term | 10:13:45 |
| 19 "decision package" when it is used in the context | 10:13:55 |
| 20 of TPS? | 10:13:59 |
| 21     A.   No.  But I would speculate that a decision | 10:14:02 |
| 22 package would be the package of information that | 10:14:09 |
| 23 gets put before the Secretary so that she can make | 10:14:11 |
| 24 a decision.  So there would be a decision memo and | 10:14:16 |
| 25 then some supporting materials behind that. | 10:14:20 |

JAMES D. NEALON - 08/14/2018                    Page 61

```
 1      Q.  What is generally included in the      10:14:23
 2  materials that are presented to the DHS Secretary  10:14:26
 3  for her to make a decision?                    10:14:29
 4      MR. KIRSCHNER:  Objection, calls for       10:14:30
 5  speculation, seeks facts not in evidence.      10:14:33
 6      Q.  You can answer the question to the extent  10:14:36
 7  that you know.                                 10:14:38
 8      A.  So I mean, I don't know because I didn't  10:14:39
 9  work in the front office, so I don't know what  10:14:44
10  would be put in front of her.  But as I say,   10:14:46
11  normally, there would be a decision memo, yes-no,  10:14:49
12  and then supporting materials.                 10:14:54
13      Q.  Do you have any understanding of what the  10:14:56
14  supporting materials are that are put before the  10:14:59
15  DHS Secretary when she's making a decision with  10:15:02
16  regard to TPS?                                 10:15:04
17      MR. KIRSCHNER:  Again, objection,          10:15:07
18  speculative.                                   10:15:09
19      A.  I will speculate that the supporting   10:15:11
20  materials would be the communications from the  10:15:16
21  Secretary of State and the communications from  10:15:22
22  USCIS and any other internal communications that  10:15:27
23  her staff thought relevant.                    10:15:30
24      Q.  Are you aware of a clearance process with  10:15:33
25  regard to formal documents that are submitted for  10:15:39
```

| | | |
|---|---|---|
| 1 | review or circulated internally within the | 10:15:43 |
| 2 | Department? | 10:15:45 |
| 3 | A.  Yes. | 10:15:46 |
| 4 | MR. KIRSCHNER:  I was going to say | 10:15:46 |
| 5 | objection, lack of foundation. | 10:15:48 |
| 6 | Q.  You can answer the question. | 10:15:50 |
| 7 | A.  Yes. | 10:15:52 |
| 8 | Q.  What do you know about the clearance | 10:15:53 |
| 9 | process? | 10:15:55 |
| 10 | A.  So there's actually a whole mechanism set | 10:15:55 |
| 11 | up in every government Department to clear | 10:16:01 |
| 12 | documents formally.  And in DHS it's called the | 10:16:03 |
| 13 | "Executive Secretary" or "Exec Sec" process. | 10:16:08 |
| 14 | Q.  Can you describe to me what that process | 10:16:12 |
| 15 | consisted of? | 10:16:15 |
| 16 | A.  So I'm not an expert on that process, but | 10:16:16 |
| 17 | as a user, if you want to get a document cleared | 10:16:19 |
| 18 | through the Department, you submit it to the | 10:16:23 |
| 19 | department's executive Secretary or the people who | 10:16:29 |
| 20 | manage the paperwork for the Department, and then | 10:16:32 |
| 21 | they are experts in how to do this and they know | 10:16:36 |
| 22 | who needs to clear a document in order for it to | 10:16:41 |
| 23 | move forward.  So they manage that process, sending | 10:16:43 |
| 24 | it out for clearance and then, you know, if there | 10:16:48 |
| 25 | are changes or whatever, making those changes and | 10:16:55 |

| | | |
|---|---|---|
| 1 | then sending the document forward. | 10:16:57 |
| 2 | Q.  What kinds of documents would need to go | 10:16:59 |
| 3 | through the clearance process that you're | 10:17:02 |
| 4 | describing? | 10:17:06 |
| 5 | A.  Formal documents, memos, decisions, | 10:17:07 |
| 6 | reports, that sort of thing. | 10:17:17 |
| 7 | Q.  What is the purpose of the clearance | 10:17:20 |
| 8 | process, in your understanding? | 10:17:26 |
| 9 | MR. KIRSCHNER:  Objection, speculative. | 10:17:28 |
| 10 | A.  So in a very large department like the | 10:17:30 |
| 11 | Department of Homeland Security, there are lots of | 10:17:37 |
| 12 | equities.  There are lots of different elements | 10:17:39 |
| 13 | that have -- that have a piece of almost anything | 10:17:43 |
| 14 | that happens within the Department, so it's | 10:17:50 |
| 15 | important that the Department speak with one voice | 10:17:52 |
| 16 | to the extent possible, so the clearance process is | 10:17:53 |
| 17 | meant to take all of that into account and come up | 10:17:56 |
| 18 | with a product that speaks for the Department. | 10:17:59 |
| 19 | Q.  Do you know if documents related to TPS | 10:18:04 |
| 20 | went through the clearance process? | 10:18:07 |
| 21 | A.  I don't know. | 10:18:08 |
| 22 | Q.  Would the DHS policy office have an | 10:18:09 |
| 23 | opportunity to review documents that were submitted | 10:18:14 |
| 24 | through the clearance process? | 10:18:16 |
| 25 | A.  If the executive Secretary had determined | 10:18:19 |

| | | |
|---|---|---|
| 1 | that the Office of Policy should have a say in that | 10:18:23 |
| 2 | document, yes. | 10:18:27 |
| 3 | MS. MacLEAN:  So this will be Exhibit 31. | 10:19:00 |
| 4 | (Exhibit 31, E-mail dated Thursday, May 18, | 10:19:04 |
| 5 | 2017, 2:45 p.m. from Kathy Kovarik, marked for | 10:19:04 |
| 6 | identification.) | 10:19:05 |
| 7 | Q.  So Ambassador Nealon, I'll just give you a | 10:19:05 |
| 8 | moment to look at the document that we just marked | 10:19:12 |
| 9 | as Exhibit 31. | 10:19:10 |
| 10 | So obviously, there's quite a bit that's | 10:19:54 |
| 11 | redacted, so it's a little bit like Swiss cheese | 10:19:56 |
| 12 | and hard to make complete sense of this as will be | 10:19:56 |
| 13 | true with some of the other documents that we look | 10:19:56 |
| 14 | at today. | 10:20:00 |
| 15 | MR. KIRSCHNER:  Objection, counsel is | 10:20:00 |
| 16 | testifying. | 10:20:02 |
| 17 | Q.  But if you could just turn to what is | 10:20:02 |
| 18 | marked on the bottom right as page 107. | 10:20:07 |
| 19 | A.  Yes. | 10:20:10 |
| 20 | Q.  There's one e-mail that starts at the | 10:20:10 |
| 21 | middle of the page.  Who are the people who are | 10:20:17 |
| 22 | listed on that e-mail, to the extent that you know? | 10:20:20 |
| 23 | A.  I just see three people:  Kathy Kovarik, | 10:20:22 |
| 24 | James McCament, and Tracy Renaud. | 10:20:27 |
| 25 | Q.  And who is Tracy Renaud? | 10:20:31 |

| | | |
|---|---|---|
| 1 | A.  I don't recall. | 10:20:33 |
| 2 | Q.  So Kathy Neubel Kovarik asks the question | 10:20:34 |
| 3 | in this e-mail:  "Are we now taking these FRNs to | 10:20:38 |
| 4 | OMB for clearance or just FYI?" | 10:20:42 |
| 5 |      Do you understand in this e-mail what | 10:20:46 |
| 6 | "FRNs" would be? | 10:20:48 |
| 7 | A.  No. | 10:20:49 |
| 8 |      MR. KIRSCHNER:  Objection, speculative.  I | 10:20:50 |
| 9 | would note this is an e-mail that does not indicate | 10:20:52 |
| 10 | Ambassador Nealon on it, and it also predates | 10:20:54 |
| 11 | Ambassador Nealon's time at the Department of | 10:20:57 |
| 12 | Homeland Security. | 10:21:00 |
| 13 | Q.  Do you understand what "OMB" would be in | 10:21:00 |
| 14 | this e-mail? | 10:21:03 |
| 15 | A.  Office of Management and Budget. | 10:21:04 |
| 16 | Q.  Well, the e-mail refers to a clearance | 10:21:06 |
| 17 | process.  Would you think that that's the clearance | 10:21:12 |
| 18 | process of the type that you're describing from | 10:21:17 |
| 19 | this e-mail? | 10:21:20 |
| 20 |      MR. KIRSCHNER:  Objection, speculative, | 10:21:20 |
| 21 | lack of foundation. | 10:21:24 |
| 22 | A.  Um, it occurs to me that FRNs are Federal | 10:21:24 |
| 23 | Register Notices and so I believe that the Office | 10:21:31 |
| 24 | of Management and Budget clears all notices that go | 10:21:37 |
| 25 | into the Federal Register.  So the answer would be | 10:21:41 |

```
 1  no, this is a different clearance process than an      10:21:44
 2  internal DHS clearance process.                        10:21:46
 3     Q.  And what do you know about the OMB              10:21:48
 4  clearance process, to the extent that you know         10:21:52
 5  anything about that process?                            10:21:54
 6     A.  I just told you everything I know about         10:21:55
 7  the OMB clearance process.                             10:21:57
 8     Q.  Do you understand that Federal Register         10:21:59
 9  Notices are supposed to go through a clearance         10:22:01
10  process by OMB?                                         10:22:03
11     A.  That is my understanding -- my                  10:22:05
12  understanding is that OMB clears notices before        10:22:07
13  they go into the Federal Register.                     10:22:11
14     Q.  Do you understand that to be a mandatory        10:22:13
15  process?                                                10:22:17
16     A.  That's my understanding, but -- it's my         10:22:17
17  understanding.                                          10:22:19
18     Q.  Okay.  I'm just going to share with you an      10:22:21
19  exhibit that was previously marked as -- looks like    10:22:37
20  18.  So this e-mail also is an e-mail exchange that    10:22:41
21  I'm going to share with you, also includes some of     10:23:08
22  the same people that were included in the previous     10:23:11
23  e-mail exchange.  I'm just going to ask you to look    10:23:14
24  at the first e-mail in the chain, which is --          10:23:24
25  begins at the bottom of page 142 and continues to     10:23:31
```

```
 1   the end of the document.  Sorry.  Continues to 143.     10:23:35
 2       A.  So I'm sorry, begin with the -- from Kathy       10:23:46
 3   Kovarik at the bottom of 142?                            10:23:52
 4       Q.  Yes.  November 1st, 2017 at 11:17 p.m.           10:23:54
 5       A.  Yeah.                                            10:24:01
 6       Q.  If you could just read that e-mail to            10:24:01
 7   yourself.                                                10:24:04
 8       A.  Okay.                                            10:24:30
 9       Q.  So the last paragraph of the e-mail before       10:24:31
10   she says "thank you for reviewing," Ms. Neubel           10:24:33
11   Kovarik writes, "I don't anticipate sending this         10:24:39
12   formally through the clearance process, but rather       10:24:41
13   after you provide your input and we amend, we'll         10:24:41
14   share with appropriate directorates for FYI before       10:24:45
15   getting D1 signature."                                   10:24:47
16           First, who do you understand "D1" to be?         10:24:49
17       A.  The director of USCIS.                           10:24:53
18       Q.  And is the clearance process that's              10:24:57
19   described here similar to the clearance process          10:24:59
20   that you outlined, to your knowledge?                    10:25:02
21           MR. KIRSCHNER:  Objection, lack of               10:25:03
22   foundation, speculative.  This is an e-mail              10:25:04
23   internal to USCIS or at least it appears to be.          10:25:07
24       A.  Yes.  I can't be certain what clearance          10:25:14
25   process she's referring to.                              10:25:16
```

| | | |
|---|---|---|
| 1 | Q.  What is the document that she's describing | 10:25:19 |
| 2 | here? | 10:25:22 |
| 3 | MR. KIRSCHNER:  Objection, speculative. | 10:25:23 |
| 4 | Q.  To the extent you know what is the | 10:26:08 |
| 5 | document that's being described here? | 10:26:10 |
| 6 | A.  So I'm reading the same e-mail that you | 10:26:12 |
| 7 | are.  We have finalized the decision memo on | 10:26:14 |
| 8 | Haiti's TPS designation. | 10:26:17 |
| 9 | Q.  So I'm going to jump to DHS policy in | 10:26:19 |
| 10 | particular.  Can you describe what the role is of | 10:26:43 |
| 11 | DHS policy in TPS decision -- the TPS | 10:26:47 |
| 12 | decision-making process? | 10:26:50 |
| 13 | MR. KIRSCHNER:  Objection, vague.  It's | 10:26:51 |
| 14 | unclear what you mean by "DHS policy." | 10:26:56 |
| 15 | MS. MacLEAN:  Fair point. | 10:27:00 |
| 16 | Q.  How would you describe or what term would | 10:27:01 |
| 17 | you use to describe the unit that you were | 10:27:07 |
| 18 | overseeing? | 10:27:09 |
| 19 | A.  The Office of Policy. | 10:27:09 |
| 20 | Q.  The Office of Policy. | 10:27:10 |
| 21 | What was the role of the DHS Office of | 10:27:12 |
| 22 | Policy in the TPS decision-making process? | 10:27:16 |
| 23 | A.  So we had a variety of roles in that | 10:27:18 |
| 24 | process.  One was outreach to the countries | 10:27:27 |
| 25 | affected by TPS, so meetings with the Salvadorans | 10:27:35 |

1    and the Haitians, for example, the Hondurans.            10:27:42
2    Outreach to civil society and faith-based groups         10:27:48
3    who wanted to meet with the Department to make a          10:27:50
4    case for the extension of TPS, outreach to other         10:27:52
5    members of the interagency, particularly the State       10:28:03
6    Department and then more informal and on at least        10:28:07
7    one occasion formal advice to the Secretary, Acting      10:28:16
8    Secretary about TPS.                                      10:28:21
9        Q.  When would DHS policy -- sorry -- when           10:28:27
10   would the DHS Office of Policy typically get             10:28:30
11   engaged in a TPS review process?                         10:28:32
12       MR. KIRSCHNER:  Objection, vague, lack of           10:28:35
13   foundation.                                               10:28:47
14       A.  So we would typically get involved when it      10:28:47
15   was time to get the Secretary ready to make a            10:28:50
16   decision.  So in the period leading up to that           10:28:55
17   60-day window before the termination of a                10:29:00
18   particular TPS.                                           10:29:04
19       Q.  You described a period leading up to the        10:29:05
20   Secretary making a decision, but obviously that          10:29:12
21   period can be long, it could be a week before, a         10:29:15
22   month before, three months before, and obviously,        10:29:19
23   how the DHS Office of Policy would get involved          10:29:21
24   would presumably vary depending on what the              10:29:25
25   decision was and what issues were at play.  Do you       10:29:27

| | |
|---|---|
| 1 | have a sense, though, generally whether the DHS | 10:29:30 |
| 2 | Office of Policy would get involved a week before, | 10:29:32 |
| 3 | two weeks before, a month before, a couple months | 10:29:35 |
| 4 | before the Secretary would make a decision? | 10:29:38 |
| 5 | A.  So -- so we would get involved -- would | 10:29:40 |
| 6 | begin to get involved as necessary.  So for | 10:29:50 |
| 7 | example, the Salvadoran foreign minister would come | 10:29:55 |
| 8 | to Washington and want to meet with the Secretary | 10:29:58 |
| 9 | or meet with me.  He did that regularly, not only | 10:30:01 |
| 10 | geared to the timeline of TPS.  So we would have | 10:30:06 |
| 11 | meetings as necessary at any time that someone | 10:30:13 |
| 12 | asked for a meeting.  I don't recall ever turning | 10:30:17 |
| 13 | down a meeting with someone regarding TPS. | 10:30:20 |
| 14 | Q.  When you say you don't recall turning down | 10:30:33 |
| 15 | a meeting with someone with regard to TPS, are you | 10:30:33 |
| 16 | speaking specifically of foreign governments who | 10:30:33 |
| 17 | are interested or are you speaking also internally | 10:30:35 |
| 18 | of meetings that would be requested -- | 10:30:36 |
| 19 | A.  I was referring to foreign governments and | 10:30:38 |
| 20 | civil society and faith-based groups. | 10:30:40 |
| 21 | Q.  Did you have standing meetings while you | 10:30:44 |
| 22 | were head of the DHS Office of Policy? | 10:30:52 |
| 23 | MR. KIRSCHNER:  Objection, vague. | 10:30:57 |
| 24 | A.  Yes. | 10:30:58 |
| 25 | Q.  What standing meetings did you have? | 10:30:58 |

```
 1      A.  So the Secretary would have a morning        10:31:01
 2  meeting every morning that he or she was in town.    10:31:07
 3  I would attend that.  The Chief of Staff would have  10:31:13
 4  meetings a couple times a week, regular meetings     10:31:18
 5  for office and component heads, and I would attend   10:31:22
 6  those.                                               10:31:27
 7      Q.  Sorry, just to clarify, when you say the     10:31:27
 8  Chief of Staff would have regular meetings, do you   10:31:29
 9  mean --                                              10:31:32
10      A.  I'm sorry, the DHS Chief of Staff,           10:31:32
11  Secretary's Chief of Staff, yes.                     10:31:37
12      Q.  How often would the DHS Chief of Staff       10:31:37
13  have those meetings?                                 10:31:40
14      A.  Usually twice a week, I believe.  Then we    10:31:41
15  would have our own internal staff meetings within   10:31:44
16  the Office of Policy, we tried to do that once a     10:31:47
17  week.                                                10:31:50
18      Q.  Who would attend the morning meetings with   10:31:50
19  the DHS Secretary when she was in town?              10:31:55
20      A.  Um, the Secretary, her Chief of Staff,       10:31:58
21  often the deputy Chief of Staff, often the Deputy    10:32:05
22  Secretary, often a counsellor to the Deputy          10:32:10
23  Secretary, usually one or more of the Secretary's    10:32:14
24  counsellors, the undersecretaries, the acting legal 10:32:19
25  counsel, an FBI representative, and some briefers.   10:32:28
```

JAMES D. NEALON - 08/14/2018                    Page 72

```
1    There may have been others.                    10:32:40
2        Q.  You didn't mention yourself, and I imagine   10:32:42
3    that you were at these meetings?                10:32:44
4        A.  I was at these meetings.               10:32:45
5        Q.  Are there other people who held similar  10:32:47
6    positions to you who were also at those meetings  10:32:50
7    who were heads of different units within DHS?   10:32:53
8        A.  Yes.  So this was not a large meeting, so  10:32:54
9    I was there in my capacity as the Acting        10:32:57
10   Undersecretary of Policy and so the other       10:33:00
11   undersecretaries were also invited to that meeting.  10:33:02
12       Q.  How many other acting undersecretaries or  10:33:08
13   undersecretaries are there in the Department, to  10:33:12
14   your knowledge?                                 10:33:14
15       A.  One, two, three -- four.               10:33:14
16       Q.  What was the purpose of the meetings, the  10:33:20
17   morning meetings with the DHS Secretary?        10:33:30
18       A.  Coordination.                          10:33:32
19       Q.  How long would those meetings usually   10:33:33
20   take?                                           10:33:36
21       A.  It completely depended on what was going  10:33:36
22   on that day, what the Secretary's schedule was, but  10:33:41
23   a typical meeting would be about a half an hour.  10:33:46
24       Q.  Who would set -- was there an agenda set  10:33:48
25   for these meetings?                             10:33:51
```

| | | |
|---|---|---|
| 1 | A.  Yes.  She would get briefed.  It was a | 10:33:52 |
| 2 | briefing for the Secretary so that she had | 10:33:57 |
| 3 | situational awareness of what was going on in her | 10:33:59 |
| 4 | world as she started the day. | 10:34:02 |
| 5 | Q.  Was there someone tasked to facilitate or | 10:34:05 |
| 6 | moderate these meetings? | 10:34:08 |
| 7 | A.  Yes.  There were -- there were briefers | 10:34:09 |
| 8 | who that was their job, they did this for a living. | 10:34:13 |
| 9 | Q.  Okay.  Do you recall if TPS ever came up | 10:34:16 |
| 10 | in any of these meetings? | 10:34:20 |
| 11 | A.  I do. | 10:34:21 |
| 12 | Q.  I'm going to ask you about the instances | 10:34:23 |
| 13 | where you recall TPS coming up at these meetings, | 10:34:29 |
| 14 | and they may come to you out of order, but about -- | 10:34:34 |
| 15 | first of all, about how often or how many times do | 10:34:37 |
| 16 | you recall TPS coming up in these meetings? | 10:34:41 |
| 17 | A.  I recall one specific meeting. | 10:34:42 |
| 18 | Q.  What -- can you describe more or less when | 10:34:49 |
| 19 | that meeting took place? | 10:34:52 |
| 20 | A.  Yes.  This meeting took place in the | 10:34:53 |
| 21 | run-up to the Secretary's decision on Central | 10:34:58 |
| 22 | America. | 10:35:08 |
| 23 | Q.  And when you say a run-up to the | 10:35:08 |
| 24 | Secretary's decision on TPS for Central America, | 10:35:20 |
| 25 | are there particular Central American countries | 10:35:22 |

```
1   that were at issue in this conversation?        10:35:24
2       A.  I recall her at this meeting being very  10:35:25
3   interested in getting more information on El     10:35:28
4   Salvador and Honduras.                           10:35:36
5       Q.  Which Secretary was this?                10:35:37
6       A.  Acting Secretary Duke.                   10:35:38
7       Q.  Do you recall who raised the issue of TPS 10:35:44
8   at this meeting?                                 10:35:48
9       A.  She did.                                 10:35:48
10      Q.  Do you recall what type of information she 10:35:49
11  was specifically seeking?                        10:35:55
12      A.  I do, but it was a classified discussion 10:35:55
13  and I'm afraid I can't go any further.           10:35:58
14      Q.  Okay.  Did the -- did -- was the         10:36:00
15  information that she sought ultimately provided? 10:36:05
16      A.  Some information was ultimately provided 10:36:08
17  to her; whether all her questions were answered or 10:36:14
18  not, I don't know.                               10:36:18
19      Q.  So there was a review of TPS for Honduras. 10:36:19
20  Well, how many reviews is -- how many times was  10:36:40
21  TPS -- was Honduras up for review for TPS at the 10:36:42
22  time that you were at DHS?                       10:36:47
23      A.  Certainly once.  I'm hesitating because, 10:36:52
24  you know, it's a rolling thing.  As you know, TPS 10:37:06
25  was extended for six months, which means that she 10:37:10
```

```
 1   immediately had to start thinking about the next          10:37:16
 2   iteration of that.  So that's why I'm hesitating to       10:37:19
 3   say how many times did it come up.                        10:37:23
 4        It was on the plate during the time she              10:37:25
 5   was the Acting Secretary.                                 10:37:28
 6        Q.  And the first time that Honduras was             10:37:30
 7   reviewed for TPS, was it reviewed alongside the           10:37:33
 8   review for El Salvador?                                   10:37:36
 9        A.  So my recollection is that Honduras and El       10:37:41
10   Salvador are on slightly different schedules, but         10:37:46
11   that there was a general understanding that               10:37:48
12   Honduras and El Salvador had to be addressed in a         10:37:51
13   similar way because U.S. equities in both countries       10:37:57
14   are very similar, and there would be -- there could       10:38:02
15   be implications for U.S. policy if they were              10:38:07
16   treated differently, so even though they were on          10:38:09
17   different time frames, there was an effort to treat       10:38:13
18   them similarly and on the same time frame.                10:38:17
19        Q.  So do you recall whether this meeting that       10:38:23
20   you're describing was a meeting that predated the         10:38:30
21   first decision by Acting Secretary Duke with regard       10:38:33
22   to TPS for Honduras?                                      10:38:39
23        A.  I don't recall specifically, no.                 10:38:41
24        Q.  Do you recall -- you said that you               10:38:42
25   recalled one specific meeting and gave some               10:38:45
```

| | |
|---|---|
| 1   background on that meeting. | 10:38:47 |
| 2         Are there any other instances that you | 10:38:48 |
| 3   recall where TPS came up in those morning meetings | 10:38:50 |
| 4   for the DHS Secretary? | 10:38:53 |
| 5      A.  I don't recall specific instances. | 10:38:55 |
| 6         MR. KIRSCHNER:  How are we doing on time | 10:39:00 |
| 7   and questioning -- of where you are with the line | 10:39:02 |
| 8   of questioning and break? | 10:39:06 |
| 9         MS. MacLEAN:  Maybe I'll cover the other | 10:39:07 |
| 10  two standing meetings that you have and then we'll | 10:39:09 |
| 11  take a break, if that -- is that okay with you? | 10:39:12 |
| 12        THE WITNESS:  It's okay with me. | 10:39:14 |
| 13        MS. MacLEAN:  Does that work?  Okay. | 10:39:16 |
| 14     Q.  So you described the second meeting -- | 10:39:16 |
| 15  second type of standing meeting that you described | 10:39:19 |
| 16  was a meeting that was held by the DHS Chief of | 10:39:22 |
| 17  Staff generally a couple of times a week. | 10:39:26 |
| 18        Did TPS ever come up in those meetings, to | 10:39:29 |
| 19  your recollection? | 10:39:32 |
| 20     A.  I'm sure it did.  That meeting -- you | 10:39:33 |
| 21  know, the Secretary's meeting that I described was | 10:39:36 |
| 22  by definition very, very high level, what does the | 10:39:40 |
| 23  Secretary need to know.  The Chief of Staff's | 10:39:43 |
| 24  meeting was a different meeting.  It was more of a | 10:39:46 |
| 25  what do people need to do today, what's going on, | 10:39:49 |

1   you know, what are you doing, who are you meeting          10:39:52

2   with, how does that all feed into the big picture,         10:39:55

3   you know, that supports the Secretary and the              10:39:59

4   greater mission of DHS.                                    10:40:00

5          So I'm sure it came up, but it wasn't a             10:40:02

6   forum for a -- for a deep discussion of TPS.               10:40:06

7       Q.  And who attended the DHS Chief of Staff            10:40:10

8   meetings?                                                  10:40:15

9       A.  So that was more widely attended by               10:40:15

10  component heads or their representatives.  And by          10:40:20

11  "component heads," I mean USCIS, CBP, ICE, et              10:40:23

12  cetera.  And then the various offices within DHS           10:40:29

13  headquarters, so the Office of Policy, the Office          10:40:33

14  of Management, so on, Office of General Counsel.           10:40:36

15      Q.  And the last standing meeting that you             10:40:43

16  described or the last standing meeting that you            10:40:53

17  mentioned were internal meetings within the DHS            10:40:56

18  Office of Policy that took place about once a week.        10:41:23

19      A.  Um-hum.                                            10:41:02

20      Q.  Who would attend those meetings?                   10:41:02

21      A.  So that was also fairly widely attended,           10:41:05

22  usually about 30 people, and those would be sort of        10:41:08

23  the director level people in the Office of Policy.         10:41:11

24  So people who ran, for example, a geographic              10:41:14

25  bureau, you know, the Central America guy, the             10:41:18

```
 1   Middle East guy.                                    10:41:21
 2        Q.   What was the purpose of these meetings?   10:41:24
 3        A.   It was basically a show-and-tell meeting. 10:41:26
 4   It was so that I would have situational awareness   10:41:30
 5   of what -- all the things that the office was       10:41:33
 6   engaged in, and so they would have situational      10:41:35
 7   awareness.                                          10:41:39
 8           I could report down on what the             10:41:39
 9   Secretary's activities were, what was on her mind,  10:41:41
10   how we should prioritize ourselves for the next     10:41:45
11   week or so.                                         10:41:49
12        Q.   Were there agendas for these meetings?    10:41:50
13        A.   There were not.  They were very           10:41:52
14   freewheeling.                                       10:41:54
15        Q.   Did someone facilitate those meetings?    10:41:55
16   Was that you or someone --                          10:41:58
17        A.   That was me.                              10:42:00
18        Q.   Okay.  Did someone keep notes for these   10:42:00
19   meetings?                                           10:42:03
20        A.   I didn't.  It's -- I'm sure there were    10:42:04
21   people around the table who took notes so that they 10:42:05
22   could report back to their teams.  But there was no 10:42:09
23   formal note-taking process, there was no designated 10:42:12
24   note-taker.                                         10:42:15
25        Q.   Do you recall TPS coming up in these      10:42:16
```

| | |
|---|---|
| 1   meetings? | 10:42:18 |
| 2       A.   TPS certainly would have come up at these | 10:42:18 |
| 3   meetings.  For example, members of my staff would | 10:42:22 |
| 4   say the Honduran foreign minister is coming to town | 10:42:25 |
| 5   and she wants to meet with the Secretary, how | 10:42:30 |
| 6   should we handle that. | 10:42:33 |
| 7           Or I would say hey, the Secretary met with | 10:42:36 |
| 8   the Haitian foreign minister last week, he made a | 10:42:38 |
| 9   pitch on TPS and, you know, here's a readout of | 10:42:42 |
| 10  that meeting.  So it was an exchange of | 10:42:44 |
| 11  information. | 10:42:46 |
| 12      Q.   Were -- were those meetings an opportunity | 10:42:46 |
| 13  for a discussion of issues, or were they more for | 10:42:48 |
| 14  sharing information or something else entirely? | 10:42:52 |
| 15      A.   They were more for sharing information. | 10:42:54 |
| 16  Again, not a forum for a deep discussion of -- of | 10:42:56 |
| 17  issues.  There was just too much on our plate. | 10:42:58 |
| 18      Q.   And about how long would these meetings | 10:43:00 |
| 19  take? | 10:43:03 |
| 20      A.   These meetings would take about an hour. | 10:43:03 |
| 21      Q.   Okay.  Besides the examples that you're | 10:43:05 |
| 22  describing of updates on foreign governments | 10:43:09 |
| 23  requesting meetings or on meetings that foreign | 10:43:15 |
| 24  governments would have with the DHS Secretary or | 10:43:18 |
| 25  someone else within the Department, how else would | 10:43:21 |

```
 1   TPS come up in these standing meetings?              10:43:23
 2       A.  Um, so I don't recall specific instances     10:43:27
 3   in which it came up, but, for example, someone       10:43:31
 4   could say -- just putting it out there, the Sudan    10:43:34
 5   decision is looming in three weeks' time, waiting    10:43:39
 6   to hear from the State Department with their letter  10:43:42
 7   from the Secretary and their country conditions      10:43:46
 8   report, something like that could come up,           10:43:48
 9   awareness raising.                                   10:43:52
10       Q.  Okay.  Great.                                10:43:57
11           MS. MacLEAN:  So I think we'll take a        10:43:58
12   break.  Does five minutes sound good or 10 minutes?  10:44:00
13   How much time would be good?                         10:44:04
14           MR. KIRSCHNER:  Let's try to aim for five    10:44:04
15   but might slip to 10.                                10:44:05
16           THE VIDEOGRAPHER:  Time is 10:44.  We are    10:44:07
17   off the record.                                      10:44:10
18           (Proceedings interrupted at 10:44 a.m. and   10:44:11
19   reconvened at 11:05 a.m.)                            10:44:12
20           THE VIDEOGRAPHER:  The time is 11:05.  We    11:05:27
21   are back on the record.                              11:05:36
22   BY MS. MacLEAN:                                      11:05:37
23       Q.  So Ambassador Nealon, you may feel like      11:05:37
24   you have answered this question already, but what    11:05:40
25   was your decision-making authority with regard to    11:05:43
```

JAMES D. NEALON - 08/14/2018                    Page 81

```
 1   TPS?                                            11:05:45
 2       A.  None.                                   11:05:45
 3       Q.  Besides the people that you have described   11:05:46
 4   as having engaged with in making recommendations    11:05:56
 5   regarding TPS or meeting with -- meeting with    11:06:01
 6   regarding TPS, is there anyone else within the   11:06:07
 7   Department that you have engaged with regarding  11:06:11
 8   TPS?                                             11:06:14
 9       A.  So at meetings where TPS was discussed,  11:06:19
10   there could have been a lot of different people at  11:06:30
11   those meetings.  You know, I just don't recall the  11:06:34
12   specifics.                                       11:06:40
13           But I think the people that I've described  11:06:42
14   are the people who played the biggest role in TPS.  11:06:44
15   But again, it was a secretarial decision.        11:06:49
16       Q.  Uh-huh.  And you identified before the   11:06:51
17   break that you wanted to refresh your recollection  11:06:54
18   regarding the staff in the Office of Policy besides  11:06:59
19   Briana Petyo who had any involvement in TPS.  Did  11:07:03
20   you have any chance to look at that during the   11:07:09
21   break?                                           11:07:13
22       A.  I didn't.  But I will do that.           11:07:13
23       Q.  You can do it after lunch, that's fine.  11:07:13
24       A.  (Nodding head up and down.)              11:07:16
25       Q.  Who succeeded you at the Department, in  11:07:26
```

| | | |
|---|---|---|
| 1 | the DHS Office of Policy after you left? | 11:07:29 |
| 2 | A.  I believe it's James McCament. | 11:07:31 |
| 3 | Q.  I saw that and I was a bit confused, | 11:07:35 |
| 4 | because I had understood that he was the Deputy | 11:07:38 |
| 5 | Director at USCIS.  Am I misunderstanding his role? | 11:07:41 |
| 6 | A.  So he was the Deputy Director at USCIS. | 11:07:45 |
| 7 | My understanding, and this may be an imperfect | 11:07:49 |
| 8 | understanding, is that he's now the Acting Deputy | 11:07:52 |
| 9 | Undersecretary of Policy.  So there's still no | 11:08:01 |
| 10 | Senate-confirmed Undersecretary of Policy, and I | 11:08:03 |
| 11 | understand he's been put in a job that was vacant | 11:08:07 |
| 12 | during the time I was there, which is the Deputy | 11:08:10 |
| 13 | Undersecretary of Policy. | 11:08:15 |
| 14 | Q.  And -- | 11:08:15 |
| 15 | A.  But he's effectively running the Office of | 11:08:17 |
| 16 | Policy. | 11:08:20 |
| 17 | Q.  Uh-huh.  And does he serve that role and a | 11:08:20 |
| 18 | role at USCIS, to your knowledge? | 11:08:22 |
| 19 | A.  I don't know. | 11:08:24 |
| 20 | MS. MacLEAN:  Okay.  Going to mark this | 11:08:54 |
| 21 | document as Exhibit 32. | 11:08:56 |
| 22 | (Exhibit 32, DHS-001-659-000035 - 77, | 11:08:57 |
| 23 | marked for identification.) | 11:08:59 |
| 24 | Q.  You don't need to read the report, but if | 11:08:59 |
| 25 | you could read the e-mail that's attached to the | 11:09:01 |

| | | |
|---|---|---|
| 1 | report, I would appreciate it. | 11:09:03 |
| 2 | A.  Okay. | 11:10:04 |
| 3 | Q.  So I know that this predated your time as | 11:10:04 |
| 4 | well.  It identifies the addressee as "Immigration | 11:10:07 |
| 5 | Policy."  Do you know who Immigration Policy would | 11:10:11 |
| 6 | be referring to? | 11:10:13 |
| 7 | MR. KIRSCHNER:  Objection, speculative. | 11:10:14 |
| 8 | A.  I don't.  I would speculate that it's a | 11:10:20 |
| 9 | team within -- within the Office of Policy that | 11:10:24 |
| 10 | deals with immigration policy. | 11:10:32 |
| 11 | Q.  Do you know who would be in that team? | 11:10:33 |
| 12 | MR. KIRSCHNER:  Objection, speculative. | 11:10:40 |
| 13 | A.  At this time, I think it would have been | 11:10:41 |
| 14 | Francis Cissna, before he went over to USCIS. | 11:10:50 |
| 15 | Q.  What was his role in the Office of Policy | 11:10:56 |
| 16 | before he went over to USCIS? | 11:10:58 |
| 17 | A.  He worked on immigration policy in the | 11:10:59 |
| 18 | Office of Policy. | 11:11:01 |
| 19 | Q.  Did he have a particular title that you're | 11:11:02 |
| 20 | aware of? | 11:11:05 |
| 21 | A.  I don't recall what his title was. | 11:11:06 |
| 22 | Q.  Were there other people in the immigration | 11:11:07 |
| 23 | policy team in the Office of Policy? | 11:11:10 |
| 24 | MR. KIRSCHNER:  Objection, foundation. | 11:11:12 |
| 25 | A.  So the Assistant Secretary, I believe he | 11:11:18 |

| | | |
|---|---|---|
| 1 | was on board at that time, who ran what's called | 11:11:21 |
| 2 | Borders, Immigration and Trade, the Assistant | 11:11:27 |
| 3 | Secretary of Borders, Immigration and Trade within | 11:11:29 |
| 4 | the Office of Policy is a gentleman named Michael | 11:11:33 |
| 5 | Dougherty. | 11:11:38 |
| 6 | Q.  Was there anyone else that would be | 11:11:39 |
| 7 | referred to as part of an immigration policy team? | 11:11:41 |
| 8 | A.  So there are.  There are members of that | 11:11:42 |
| 9 | team that I -- I couldn't tell you now who they | 11:11:44 |
| 10 | are. | 11:11:53 |
| 11 | Q.  Were there other people that you would | 11:11:53 |
| 12 | consider to be part of the immigration policy team | 11:11:55 |
| 13 | in the Office of Policy? | 11:11:58 |
| 14 | The subject of that e-mail is "Forward due | 11:12:02 |
| 15 | 4/6 at 5:00 p.m.  ESEC report comment clearance." | 11:12:08 |
| 16 | Is that the comment clearance -- or is that the | 11:12:14 |
| 17 | clearance process that you described earlier, to | 11:12:15 |
| 18 | your recollection? | 11:12:17 |
| 19 | MR. KIRSCHNER:  Objection, speculative. | 11:12:17 |
| 20 | A.  So, yes, ESEC stands for the Executive | 11:12:20 |
| 21 | Secretary, which is the body within DHS that | 11:12:24 |
| 22 | coordinates and clears paperwork. | 11:12:30 |
| 23 | Q.  So within the body of the e-mail, there | 11:12:40 |
| 24 | are three paragraphs:  The second paragraph and the | 11:12:43 |
| 25 | longest paragraph says in the last line, "Might be | 11:12:47 |

```
 1  worth lifting TPS on the IMM PLCY priority list so    11:12:52
 2  we know how the DHS FO USCIS want to proceed and      11:12:56
 3  can coordinate appropriately."                        11:13:02
 4          Do you see that?                              11:13:04
 5     A.  I do.                                          11:13:04
 6     Q.  Do you know what the IMM, I-M-M, policy,       11:13:05
 7  P-L-C-Y, priority list refers to?                     11:13:09
 8          MR. KIRSCHNER:  Objection, speculative.       11:13:13
 9     A.  I don't.                                       11:13:13
10     Q.  When you were at DHS, to your knowledge,       11:13:22
11  was there an immigration policy priority list?        11:13:22
12     A.  I wasn't aware of one.                         11:13:24
13     Q.  Okay.  Do you know what DHS FO refers to?      11:13:26
14     A.  The DHS front office.                          11:13:31
15     Q.  And then the last line reads, "If not,         11:13:36
16  I'll check with TPSP/SCO and get this back to         11:13:39
17  policy Exec Sec."                                     11:13:47
18          What -- do you know what TPSP/SCO refers      11:13:50
19  to?                                                   11:13:54
20          MR. KIRSCHNER:  Objection, speculative.       11:13:55
21     A.  I don't.                                       11:13:56
22     Q.  Okay.  We can move on from this document.      11:14:06
23          And I'll mark this as Exhibit 33.  And        11:14:14
24  this does concern your time at DHS, so I'll give      11:14:24
25  you a moment to review that document.                 11:14:27
```

| | | |
|---|---|---|
| 1 | (Exhibit 33, DHS-001-659-000459 - 460, | 13:05:00 |
| 2 | marked for identification.) | 13:05:01 |
| 3 | A.  Okay. | 11:14:58 |
| 4 | Q.  So to the extent that you know, could you | 11:15:02 |
| 5 | let me know who the people are who listed on either | 11:15:05 |
| 6 | the from or to lines of the two e-mails that are | 11:15:07 |
| 7 | included here? | 11:15:10 |
| 8 | A.  Yes.  So Jonathan Hoffman is or at least | 11:15:10 |
| 9 | was the Assistant Secretary for Public Affairs DHS. | 11:15:17 |
| 10 | Lauren Claffey works for him.  Briana Petyo was my | 11:15:23 |
| 11 | Chief of Staff, Chief of Staff of the Office of | 11:15:31 |
| 12 | Policy.  Chad Wolf was the Secretary's Chief of | 11:15:34 |
| 13 | Staff.  Elizabeth Neumann was the Secretary's | 11:15:39 |
| 14 | deputy Chief of Staff. | 11:15:43 |
| 15 | Q.  Can you -- the subject line of the message | 11:15:50 |
| 16 | is "TPS tick-tock."  Did that have a particular | 11:15:54 |
| 17 | meaning within the Department? | 11:16:00 |
| 18 | A.  Yes.  So "tick-tock" is an informal term | 11:16:01 |
| 19 | used for the sequencing of events.  So in this | 11:16:10 |
| 20 | case, it refers -- it appears to refer to the | 11:16:11 |
| 21 | sequencing of events following the cancellation of | 11:16:14 |
| 22 | Haiti TPS. | 11:16:19 |
| 23 | Q.  And this is a message that's from you.  So | 11:16:32 |
| 24 | were the events that are outlined here events that | 11:16:35 |
| 25 | you or your office were responsible for following | 11:16:38 |

| | | |
|---|---|---|
| 1 | the cancellation? | 11:16:40 |
| 2 | A.  So I see that in the subject line -- you | 11:16:44 |
| 3 | can see it's "re TPS tick-tock," so in other words, | 11:16:45 |
| 4 | I think I was replying to something, but -- | 11:16:50 |
| 5 | Q.  Sorry.  If I can just correct you.  If we | 11:16:53 |
| 6 | look at the main e-mail that begins at the middle | 11:16:57 |
| 7 | of the page, that seems to be an e-mail that's | 11:17:02 |
| 8 | initiated by you and with the subject "TPS | 11:17:05 |
| 9 | tick-tock"; is that correct? | 11:17:08 |
| 10 | A.  Yes, fair enough. | 11:17:11 |
| 11 | MR. KIRSCHNER:  I just want to interject. | 11:17:12 |
| 12 | I mean, this is fine for purposes of clarification, | 11:17:15 |
| 13 | but next time I'd ask counsel to let Ambassador | 11:17:17 |
| 14 | Nealon finish his response before providing | 11:17:22 |
| 15 | clarification. | 11:17:24 |
| 16 | MS. MacLEAN:  Understood. | 11:17:25 |
| 17 | Q.  So can you clarify whether these tasks | 11:17:26 |
| 18 | were tasks that you were responsible for or someone | 11:17:31 |
| 19 | else in the Department or elsewhere was responsible | 11:17:34 |
| 20 | for? | 11:17:36 |
| 21 | A.  So it looks like what I'm doing in this | 11:17:36 |
| 22 | e-mail is listing the things that my office has | 11:17:39 |
| 23 | done or that I'm aware that other entities of the | 11:17:44 |
| 24 | U.S. government have done in relation to the | 11:17:48 |
| 25 | termination of TPS. | 11:17:51 |

```
 1      Q.  Thank you.                              11:17:51

 2          And so the item number 1 that you identify  11:17:54

 3   here in the e-mail says, "notified State, Western  11:17:57

 4   Hemisphere."  What would that be referring to?  11:17:59

 5      A.  That would be the Bureau of Western     11:18:02

 6   Hemisphere Affairs at the Department of State.  11:18:07

 7      Q.  And PRM, what would PRM be referring to?  11:18:09

 8      A.  PRM is the Bureau of Population, Refugees  11:18:12

 9   and Migration, Department of State.            11:18:12

10      Q.  Why would you be notifying them of the TPS  11:18:19

11   termination?                                   11:18:22

12      A.  Because they play -- that bureau plays a  11:18:23

13   key role in producing the paperwork at the     11:18:25

14   Department of State related to TPS.            11:18:30

15      Q.  Is that with regard to TPS for countries,  11:18:34

16   for specific countries, or for TPS for all     11:18:39

17   countries?                                     11:18:42

18      A.  TPS for all countries.                  11:18:42

19      Q.  And the next part of that line says "and  11:18:44

20   shared PAG."  What does "PAG" refer to, if you  11:18:50

21   know?                                          11:18:54

22      A.  It refers to public affairs guidance.   11:18:54

23      Q.  And what is included in public affairs  11:18:57

24   guidance?                                      11:19:00

25      A.  Public affairs guidance would typically  11:19:01
```

| | | |
|---|---|---|
| 1 | include the talking points for public consumption | 11:19:03 |
| 2 | related to a specific issue. | 11:19:07 |
| 3 | Q.  Who produces the public affairs guidance | 11:19:09 |
| 4 | for the Department? | 11:19:15 |
| 5 | A.  The Assistant Secretary of public affairs | 11:19:15 |
| 6 | would be ultimately responsible for those talking | 11:19:21 |
| 7 | points. | 11:19:23 |
| 8 | Q.  Okay.  And the next line, number 2, says, | 11:19:23 |
| 9 | "State is notifying our embassy in Haiti."  I think | 11:19:31 |
| 10 | that's fairly self-explanatory. | 11:19:35 |
| 11 | Number 3 says, "I notified NSC at their | 11:19:37 |
| 12 | request."  What does NSC refer to? | 11:19:41 |
| 13 | A.  That refers to the National Security | 11:19:44 |
| 14 | Council. | 11:19:48 |
| 15 | Q.  Is that the National Security Council at | 11:19:48 |
| 16 | the White House -- | 11:19:50 |
| 17 | A.  Yes. | 11:19:50 |
| 18 | Q.  -- or is there a different National | 11:19:51 |
| 19 | Security Council?  Yes. | 11:19:54 |
| 20 | Do you recall the National Security | 11:19:55 |
| 21 | Council requesting notification about the TPS | 11:19:58 |
| 22 | termination for Haiti? | 11:20:00 |
| 23 | A.  You know, I don't specifically remember, | 11:20:01 |
| 24 | but, in general, the White House was keenly | 11:20:05 |
| 25 | interested in the Secretary's decisions related to | 11:20:08 |

JAMES D. NEALON - 08/14/2018                    Page 90

| | |
|---|---|
| 1 | TPS.  So it was a standard practice that we would | 11:20:11 |
| 2 | notify them as soon as she had made a decision. | 11:20:16 |
| 3 | Q.  How did you know that the White House was | 11:20:18 |
| 4 | keenly interested in TPS decisions? | 11:20:21 |
| 5 | MR. KIRSCHNER:  Objection.  To the extent | 11:20:23 |
| 6 | that this is calling for internal government | 11:20:26 |
| 7 | deliberations, I would request that you not answer. | 11:20:29 |
| 8 | To the extent that you can give a general answer, | 11:20:32 |
| 9 | then feel free to go ahead. | 11:20:34 |
| 10 | A.  They would tell us directly that they | 11:20:40 |
| 11 | would like to know as soon as the Secretary made a | 11:20:42 |
| 12 | decision. | 11:20:46 |
| 13 | Q.  When you say "they," who would let you | 11:20:49 |
| 14 | know that they were interested in knowing what the | 11:20:51 |
| 15 | TPS decision was likely to be? | 11:20:54 |
| 16 | A.  It would be at the staff level of the | 11:20:56 |
| 17 | National Security Council.  I see the name has been | 11:20:59 |
| 18 | redacted here.  It looks like I listed the name in | 11:21:05 |
| 19 | the e-mail and it's been redacted. | 11:21:07 |
| 20 | Q.  Do you recall the name but are withholding | 11:21:09 |
| 21 | it because of the deliberative process privilege? | 11:21:14 |
| 22 | MR. KIRSCHNER:  Objection, that is a | 11:21:16 |
| 23 | misrepresentation of the withholding listed in this | 11:21:18 |
| 24 | document. | 11:21:20 |
| 25 | MS. MacLEAN:  Sorry.  B6. | 11:21:22 |

JAMES D. NEALON - 08/14/2018                    Page 91

```
 1        Q.  Do you recall the name of who the person     11:21:24
 2   is that you would have been in communication with?    11:21:25
 3        A.  I don't specifically recall, but I -- I      11:21:27
 4   can imagine who that person was, yes.                 11:21:30
 5        Q.  Were there others besides the staff person   11:21:32
 6   that you're describing at the National Security       11:21:42
 7   Council who are at the White House who expressed      11:21:45
 8   interest in the TPS decisions?                        11:21:48
 9        A.  Not to me.                                   11:21:50
10        Q.  So when you were engaged with the White      11:21:52
11   House in communications around TPS, is it fair to     11:21:55
12   say that was with the National Security Council in    11:21:57
13   particular?                                           11:22:00
14        A.  Yes.                                         11:22:01
15        Q.  And exclusively with the National Security   11:22:02
16   Council in particular?                                11:22:16
17        A.  So my recollection is that when I            11:22:13
18   communicated TPS decisions to the White House, I      11:22:15
19   communicated them to the National Security Council,   11:22:19
20   yes.                                                  11:22:23
21        Q.  Did anyone from the White House              11:22:24
22   communicate with you or your team regarding TPS       11:22:26
23   outside of the person that you're thinking of at      11:22:31
24   the National Security Council?                        11:22:34
25        A.  Not with me directly.  Whether they         11:22:36
```

| | | |
|---|---|---|
| 1 | communicated with my team, I wasn't aware of. | 11:22:43 |
| 2 | Q.  So number 3 says, "I notified NSC" -- the | 11:22:49 |
| 3 | name is redacted -- "at their request." | 11:22:56 |
| 4 | Is it fair to say that you're representing | 11:23:00 |
| 5 | that NSC had a general request for information | 11:23:03 |
| 6 | about TPS decisions, not a specific request here | 11:23:06 |
| 7 | about the TPS decision with regard to Haiti? | 11:23:10 |
| 8 | MR. KIRSCHNER:  Objection, confusing, no | 11:23:14 |
| 9 | foundation. | 11:23:18 |
| 10 | A.  I think I can answer.  I recall on a | 11:23:18 |
| 11 | number of TPS decisions, there was an individual at | 11:23:24 |
| 12 | the National Security Council, who was sort of my | 11:23:27 |
| 13 | natural counterpart, with whom I would communicate | 11:23:30 |
| 14 | and who was keenly interested in knowing when a | 11:23:34 |
| 15 | decision had been made and what that decision was | 11:23:39 |
| 16 | so that he could then communicate that decision up | 11:23:42 |
| 17 | his chain of command. | 11:23:45 |
| 18 | Q.  And who was that person? | 11:23:46 |
| 19 | A.  Gary Tomasulo. | 11:23:49 |
| 20 | Q.  Gary -- what's his last name? | 11:23:53 |
| 21 | A.  Tomasulo.  T-o-m-a-s-u-l-o. | 11:23:54 |
| 22 | Q.  Do you know his title? | 11:24:00 |
| 23 | A.  I believe he was the director of | 11:24:02 |
| 24 | trans-border affairs at the NSC. | 11:24:05 |
| 25 | Q.  Do you know what his responsibilities | 11:24:13 |

```
 1   were?                                              11:24:15
 2       A.  I don't specifically know what his         11:24:15
 3   responsibilities were, no.                         11:24:18
 4           So just to be crystal clear, I don't know  11:24:33
 5   for certain that that's the name that I wrote in   11:24:35
 6   there.                                             11:24:37
 7       Q.  Right.                                      11:24:37
 8       A.  What I do know is that typically, that's   11:24:37
 9   the person who I would communicate with at the NSC. 11:24:39
10   So I'm assuming that's --                          11:24:42
11       Q.  Fair enough.  Were there any other people  11:24:46
12   at NSC that you would communicate with about TPS   11:24:49
13   decisions?                                          11:24:52
14       A.  I don't recall, no.  I don't recall        11:24:53
15   communicating with other people about the          11:24:58
16   Secretary's decisions on TPS.                       11:25:01
17       Q.  Okay.  The next line reads, "I have called 11:25:03
18   Haiti AMB" -- what would "AMB" refer to?           11:25:15
19       A.  That's the Haitian ambassador to the       11:25:18
20   United States.                                      11:25:24
21       Q.  And then the last line reads, "Our chargee 11:25:25
22   in Haiti will notify Haitian government            11:25:27
23   officially."                                        11:25:31
24           We can close out that e-mail.               11:25:47
25           So we'll move on to a discussion about the 11:25:50
```

| | | |
|---|---|---|
| 1 | role of the State Department with regard to TPS | 11:25:51 |
| 2 | determinations.  What is your general understanding | 11:25:56 |
| 3 | of the role of the State Department with regard to | 11:25:57 |
| 4 | TPS determinations? | 11:26:01 |
| 5 | A.  My general understanding of the role of | 11:26:02 |
| 6 | the State Department is that the termination or not | 11:26:04 |
| 7 | or extension of TPS is a decision made by the | 11:26:10 |
| 8 | Secretary of Homeland Security, but with | 11:26:13 |
| 9 | consultation and input from the Secretary of State. | 11:26:19 |
| 10 | Q.  During your tenure at DHS, did the State | 11:26:26 |
| 11 | Department provide recommendations with regard -- | 11:26:29 |
| 12 | sorry -- during your tenure at DHS, did the | 11:26:31 |
| 13 | Secretary of State or the Deputy Secretary of State | 11:26:34 |
| 14 | provide recommendations concerning TPS | 11:26:37 |
| 15 | determinations? | 11:26:40 |
| 16 | A.  Yes. | 11:26:41 |
| 17 | Q.  At what stage in the process, to your | 11:26:41 |
| 18 | knowledge, did the Department of State provide | 11:26:50 |
| 19 | recommendations? | 11:26:52 |
| 20 | A.  So the way the process is supposed to | 11:26:53 |
| 21 | work, as we discussed, the Secretary of Homeland | 11:26:57 |
| 22 | Security is supposed to render a determination at | 11:27:02 |
| 23 | least 60 days before the termination of TPS.  And | 11:27:05 |
| 24 | so I'm not aware of a hard deadline for the | 11:27:12 |
| 25 | Secretary of State to submit his input to Homeland | 11:27:15 |

```
 1   Security, but obviously, it has to be in a timely      11:27:20
 2   way so that the Secretary of Homeland Security has     11:27:23
 3   time to consider that input before rendering her       11:27:26
 4   decision.                                              11:27:28
 5       Q.  So you started off by saying the way that      11:27:30
 6   it's supposed to work and then outlined the            11:27:33
 7   process.                                               11:27:36
 8       A.  (Nodding head up and down.)                    11:27:37
 9       Q.  Is it your recollection that it generally      11:27:38
10   worked in the way that you described?                  11:27:40
11       A.  It's my recollection that the State            11:27:41
12   Department was often very slow and late in getting     11:27:44
13   their materials to the Secretary so that she had       11:27:49
14   sufficient time to consider those materials before     11:27:53
15   making her decision.                                   11:27:55
16       Q.  Do you recall sort of approximately at         11:27:57
17   what stage of the process the Secretary of State or    11:28:02
18   the Deputy Secretary of State engaged with the DHS     11:28:06
19   Secretary or DHS with the recommendations?             11:28:09
20       MR. KIRSCHNER:  Objection, vague.  It's            11:28:11
21   general in the context of the questions at issue in    11:28:16
22   this case.                                             11:28:21
23       A.  So for example, in the case of Sudan, I        11:28:22
24   believe the Department of State's paperwork was        11:28:31
25   very late in arriving at Homeland Security and I       11:28:35
```

```
 1   recall that being an issue.                        11:28:43
 2        Q.   In what way was it an issue?             11:28:44
 3        A.   It was an issue in that the Secretary's  11:28:46
 4   office -- Secretary of homeland security's office  11:28:50
 5   was clamoring for that input so that she would have 11:28:54
 6   sufficient time to read it, process it, before     11:28:58
 7   having to make her decision.                       11:29:00
 8        Q.   You had described at the outset your role 11:29:01
 9   as engaging with the State Department and as one of 11:29:04
10   the key entities within the Department of Homeland  11:29:07
11   Security that was engaged with the State           11:29:10
12   Department.  Had you engaged with the State        11:29:12
13   Department in your recollection in the -- in       11:29:14
14   connection with the particular case of the TPS     11:29:18
15   determination of Sudan?                            11:29:22
16        A.   Yes, I believe so.  And the reason I say I 11:29:23
17   believe so is because it's sometimes difficult for 11:29:26
18   me to separate in my mind which TPS decision, a    11:29:29
19   particular phone call, or conversation took place  11:29:33
20   regarding.  But I do recall talking to the State   11:29:36
21   Department about the Sudan paperwork and expressing 11:29:44
22   the Secretary of Homeland Security's displeasure   11:29:49
23   with the lateness of that paperwork.               11:29:53
24        Q.   Do you recall what the response was from 11:30:04
25   the --                                             11:30:04
```

| | | |
|---|---|---|
| 1 | MS. MacLEAN:  Well, let me step back. | 11:30:04 |
| 2 | Q.  Do you recall who you communicated with at | 11:30:04 |
| 3 | the State Department regarding those concerns? | 11:30:06 |
| 4 | A.  So I don't specifically in the case of | 11:30:08 |
| 5 | Sudan remember who I communicated with.  But I | 11:30:10 |
| 6 | generally communicated with a gentleman -- in | 11:30:14 |
| 7 | issues regarding TPS, I generally communicated with | 11:30:16 |
| 8 | a gentleman named Simon Henshaw.  H-e-n-s-h-a-w. | 11:30:21 |
| 9 | Q.  Do you recall what Mr. Henshaw's role was | 11:30:26 |
| 10 | at the Department of State? | 11:30:30 |
| 11 | A.  So his role was the acting Assistant | 11:30:32 |
| 12 | Secretary of the Bureau of Population, Refugees and | 11:30:36 |
| 13 | Migration. | 11:30:40 |
| 14 | Q.  Do you recall what his response was to | 11:30:41 |
| 15 | your expression of concerns about the lateness of | 11:30:44 |
| 16 | the State Department's response? | 11:30:49 |
| 17 | A.  Yes.  He expressed similar frustration in | 11:30:58 |
| 18 | that his office had sent the paperwork forward in | 11:31:02 |
| 19 | what he considered to be a timely fashion, but it | 11:31:06 |
| 20 | had gotten stuck in the Secretary of State's office | 11:31:09 |
| 21 | and was sitting there. | 11:31:12 |
| 22 | Q.  Did you recall him expressing any | 11:31:14 |
| 23 | explanation as to why it had gotten stuck in the | 11:31:16 |
| 24 | front office? | 11:31:20 |
| 25 | A.  I don't. | 11:31:20 |

```
 1       Q.  Do you have any other information that      11:31:24
 2   would explain why the Department of State           11:31:27
 3   recommendations concerning TPS would arrive late?   11:31:30
 4       MR. KIRSCHNER:  Objection, calls for            11:31:38
 5   speculation.                                         11:31:40
 6       A.  So I would speculate that the paperwork     11:31:42
 7   got stuck in the clearance process and hadn't been  11:31:48
 8   presented to the Secretary for his signature.       11:31:52
 9       Q.  The conversation that you described with    11:31:54
10   Mr. Henshaw, was that a conversation that you had   11:32:00
11   generally more than once beyond the specific        11:32:10
12   situation of Sudan's TPS determination?             11:32:12
13       MR. KIRSCHNER:  Objection, vague.               11:32:15
14       Q.  Do you recall communicating with           11:32:18
15   Mr. Henshaw more than once about the lateness of    11:32:20
16   the Secretary of State's response in the TPS        11:32:22
17   determination process?                              11:32:26
18       A.  Yes, yes.                                   11:32:27
19       Q.  Can you describe another communication     11:32:28
20   that you recall with Mr. Henshaw concerning the     11:32:33
21   lateness of the Secretary of State's input in the   11:32:36
22   TPS determination process?                          11:32:40
23       A.  So I believe a similar situation arose     11:32:42
24   regarding Central America.  I believe there was     11:32:45
25   also an issue, not as dire, but there was also an   11:32:52
```

```
1   issue of the timeliness of the Secretary of State's    11:32:57
2   input being sent over to Department of Homeland         11:33:00
3   Security.                                               11:33:04
4       Q.  Did you reach out to Mr. Henshaw in that        11:33:04
5   instance as well?                                       11:33:08
6       A.  I did.                                          11:33:09
7       Q.  Do you recall what Mr. Henshaw's response       11:33:09
8   was then?                                               11:33:11
9       A.  I recall a similar response, that the           11:33:12
10  paperwork had been done by the professional staffs      11:33:17
11  and had been sent forward but hadn't yet emerged        11:33:21
12  from the Secretary's office.                            11:33:27
13      Q.  Did he express any explanation as to why        11:33:29
14  there was a delay in the instance of the                11:33:38
15  recommendation concerning Central American TPS?         11:33:41
16      A.  If I recall correctly, he expressed the         11:33:44
17  belief that the paperwork was stuck in an office        11:33:51
18  called policy planning, which is part of the            11:33:55
19  Secretary of State's front office, if you will,         11:33:58
20  that vetted paper before it went to the Secretary,      11:34:04
21  and I believe I recall him expressing his belief        11:34:08
22  that the paperwork hadn't emerged from that office      11:34:10
23  to the Secretary's desk.                                11:34:14
24      Q.  Do you know who is in the Office of Policy       11:34:16
25  Planning at the Department of State?                    11:34:20
```

| | | |
|---|---|---|
| 1 | A.  I don't know who's there now, no. | 11:34:22 |
| 2 | Q.  Do you know who was there at the time that | 11:34:24 |
| 3 | you were there? | 11:34:26 |
| 4 | A.  I believe it was run by a gentleman named | 11:34:26 |
| 5 | Brian Hook. | 11:34:34 |
| 6 | Q.  Is that an office that predated this | 11:34:35 |
| 7 | administration, to your recollection? | 11:34:39 |
| 8 | A.  Yes. | 11:34:41 |
| 9 | Q.  Is Brian Hook a political appointee or a | 11:34:41 |
| 10 | career appointee, to your knowledge? | 11:34:46 |
| 11 | A.  I believe he's a political appointee. | 11:34:48 |
| 12 | Q.  Did you engage with the Office of Policy | 11:34:51 |
| 13 | Planning at all at the Department of State around | 11:34:56 |
| 14 | TPS? | 11:34:59 |
| 15 | A.  Yes. | 11:34:59 |
| 16 | Q.  Can you outline in general terms the | 11:35:02 |
| 17 | context in which you would engage with the Office | 11:35:11 |
| 18 | of Policy Planning at the Department of State | 11:35:16 |
| 19 | regarding TPS? | 11:35:16 |
| 20 | A.  Again, it's often difficult for me to | 11:35:17 |
| 21 | recall which TPS decision I had a specific | 11:35:20 |
| 22 | conversation about, but I believe I spoke to the | 11:35:22 |
| 23 | Office of Policy Planning regarding the Central | 11:35:28 |
| 24 | America decision and the need to get that | 11:35:31 |
| 25 | paperwork. | 11:35:32 |

```
 1        Q.  Do you recall -- sorry -- was it Mr. Hook      11:35:33
 2   that you spoke with --                                  11:35:37
 3        A.  No.                                            11:35:38
 4        Q.   -- from the Office of Policy Planning?        11:35:39
 5            Do you recall who you spoke with?              11:35:41
 6        A.  I believe I spoke with Kimberly Breier,        11:35:43
 7   B-r-e-i-e-r.                                            11:35:51
 8        Q.  Do you recall what her role was?               11:35:55
 9        A.  I don't know what her specific title was,      11:35:57
10   no.                                                     11:36:01
11        Q.  Do you recall if this conversation was         11:36:03
12   after a conversation with Mr. Henshaw -- after the      11:36:04
13   conversation with Mr. Henshaw that you identified       11:36:07
14   where you expressed that Mr. Henshaw thought that       11:36:10
15   the decision might be held up in the Office of          11:36:13
16   Policy Planning?                                        11:36:16
17        A.  I don't remember the chronology                11:36:16
18   specifically, but it would make sense that I would      11:36:20
19   have spoken to the Office of Policy Planning after      11:36:22
20   speaking to Mr. Henshaw.                                11:36:25
21        Q.  And do you recall what Ms. Breier shared       11:36:26
22   about the TPS recommendation for Central America?       11:36:30
23        A.  I don't remember the specifics of the          11:36:35
24   conversation.  I took the opportunity to express        11:36:38
25   the Secretary's -- Secretary of Homeland Security's     11:36:42
```

| | | |
|---|---|---|
| 1 | frustration and the need to get the paperwork in a | 11:36:47 |
| 2 | timely manner and she seemed to understand that | 11:36:50 |
| 3 | need. | 11:36:53 |
| 4 | Q.  Did she express or suggest any reason why | 11:36:54 |
| 5 | there was a holdup in the Department of State's | 11:37:00 |
| 6 | recommendation concerning TPS? | 11:37:04 |
| 7 | A.  Not that I recall. | 11:37:06 |
| 8 | Q.  Do you know if the recommendation was | 11:37:12 |
| 9 | provided soon after that conversation? | 11:37:17 |
| 10 | MR. KIRSCHNER:  Objection, calls for | 11:37:19 |
| 11 | speculation. | 11:37:21 |
| 12 | A.  So, again, I don't recall the specific | 11:37:21 |
| 13 | chronology.  I do know that we did eventually get | 11:37:29 |
| 14 | the paperwork from the Department of State in a | 11:37:34 |
| 15 | more timely fashion than we had, for example, in | 11:37:36 |
| 16 | the case of Sudan. | 11:37:41 |
| 17 | Q.  Besides that one phone call that you -- | 11:37:42 |
| 18 | was that a phone call that you're describing with | 11:37:45 |
| 19 | Ms. Breier? | 11:37:47 |
| 20 | A.  Yes. | 11:37:48 |
| 21 | Q.  Besides that one phone call with | 11:37:48 |
| 22 | Ms. Breier, were there other instances in which you | 11:37:51 |
| 23 | engaged with Department of State Office of Policy | 11:37:54 |
| 24 | Planning regarding TPS? | 11:37:58 |
| 25 | A.  I also recall having a conversation with a | 11:37:58 |

1  woman who's first name is Tamara, T-a-m-a-r-a, and          11:38:04

2  her surname escapes me at the moment.  But I don't          11:38:09

3  recall which TPS decision I spoke to her about.          11:38:17

4      Q.  What do you recall about that          11:38:20

5  conversation?          11:38:21

6      A.  I recall similarly taking the opportunity          11:38:26

7  to express the Department of Homeland Security's          11:38:28

8  need to see the State Department's paperwork in a          11:38:31

9  timely fashion if that input was going to receive          11:38:35

10  consideration from the Secretary of Homeland          11:38:38

11  Security.          11:38:40

12      Q.  Do you recall the response from Tamara?          11:38:40

13      A.  I don't, but I recall all my conversations          11:38:44

14  with the Department of State were cordial and          11:38:50

15  professional.          11:38:52

16      Q.  When you were outlining -- first, were          11:38:58

17  there any other instances in which you engaged with          11:39:01

18  the Department of State Office of Policy Planning          11:39:04

19  regarding TPS?          11:39:06

20      A.  Not that I recall, no.          11:39:07

21      Q.  When you were describing the concerns          11:39:09

22  about the delayed response from the Secretary of          11:39:11

23  State concerning TPS for Central America, you said          11:39:16

24  it was not as dire as the situation with regard to          11:39:21

25  Sudan.  Why would you describe the situation with          11:39:24

| | |
|---|---|
| 1   regard to Sudan as "dire"? | 11:39:27 |
| 2       A.  By dire, what I meant was, obviously, if | 11:39:29 |
| 3   the paperwork arrived at the Department of Homeland | 11:39:37 |
| 4   Security after the deadline for the Secretary to | 11:39:42 |
| 5   make a decision, that's what I'm describing as | 11:39:44 |
| 6   dire. | 11:39:49 |
| 7       Q.  Do you recall who ultimately -- well, do | 11:39:49 |
| 8   you recall whether the State Department ultimately | 11:39:53 |
| 9   provided a recommendation with regard to Sudan? | 11:40:00 |
| 10      A.  I do.  They did, yes. | 11:40:03 |
| 11      Q.  Do you recall who provided the | 11:40:05 |
| 12  recommendation? | 11:40:07 |
| 13      A.  I believe it was Deputy Secretary | 11:40:07 |
| 14  Sullivan. | 11:40:09 |
| 15      Q.  In your recollection, was it atypical for | 11:40:12 |
| 16  the Deputy Secretary rather than the Secretary to | 11:40:15 |
| 17  provide a recommendation? | 11:40:17 |
| 18          MR. KIRSCHNER:  Objection, foundation, | 11:40:19 |
| 19  speculative. | 11:40:21 |
| 20      A.  You know, as a longtime employee of the | 11:40:22 |
| 21  Department of State, the Deputy Secretary acts in | 11:40:29 |
| 22  the name of the Secretary when the Secretary is | 11:40:32 |
| 23  unable to perform his duties for whatever reason, | 11:40:34 |
| 24  so he has signing authorities for the Secretary. | 11:40:37 |
| 25  So I don't know what the internal dynamic was | 11:40:39 |

| | | |
|---|---|---|
| 1 | leading to Deputy Secretary Sullivan signing rather | 11:40:43 |
| 2 | than Secretary Tillerson. | 11:40:47 |
| 3 | Q.  Were you ever privy to any conversations | 11:40:48 |
| 4 | about why the Deputy Secretary of State engaged | 11:40:51 |
| 5 | rather than the Secretary on TPS for Sudan? | 11:40:53 |
| 6 | A.  Not that I recall. | 11:40:55 |
| 7 | Q.  You described the DHS Secretary being | 11:41:14 |
| 8 | particularly interested in the State Department's | 11:41:19 |
| 9 | recommendations concerning Sudan and Central | 11:41:21 |
| 10 | America.  Are you describing Secretary Duke's | 11:41:25 |
| 11 | strong interest in that or the Secretary's office | 11:41:29 |
| 12 | generally? | 11:41:32 |
| 13 | MR. KIRSCHNER:  Objection, confusing. | 11:41:35 |
| 14 | A.  Certainly her -- her staff, her Chief of | 11:41:38 |
| 15 | Staff whose job it is to ensure that the Secretary | 11:41:44 |
| 16 | is properly staffed, especially for consequential | 11:41:47 |
| 17 | decisions, he expressed in strong terms the need to | 11:41:51 |
| 18 | get the paperwork.  But I believe that Secretary | 11:41:55 |
| 19 | Duke, I believe I also had a conversation with her | 11:41:59 |
| 20 | about it.  She wanted to see that input before she | 11:42:03 |
| 21 | made her decision.  It was important to her | 11:42:07 |
| 22 | personally to see and consider that information. | 11:42:13 |
| 23 | Q.  Was Secretary Nielsen concerned about | 11:42:15 |
| 24 | getting the State Department's input prior to | 11:42:20 |
| 25 | making a determination regarding TPS? | 11:42:23 |

| | | |
|---|---|---|
| 1 | A.  So I don't recall the same drama with | 11:42:27 |
| 2 | Secretary Nielsen that I recall specifically in the | 11:42:33 |
| 3 | case of Sudan and Central America with Acting | 11:42:36 |
| 4 | Secretary Duke. | 11:42:46 |
| 5 | Q.  What do you recall -- | 11:42:46 |
| 6 | MS. MacLEAN:  Scratch that. | 11:42:52 |
| 7 | Q.  When Secretary Nielsen was Secretary, did | 11:42:54 |
| 8 | you have any conversations with Secretary Nielsen | 11:42:58 |
| 9 | regarding the State Department recommendations for | 11:43:00 |
| 10 | TPS? | 11:43:02 |
| 11 | A.  I don't recall any specific conversations. | 11:43:02 |
| 12 | Q.  Do you recall any conversations with | 11:43:09 |
| 13 | Secretary Nielsen's office regarding the State | 11:43:13 |
| 14 | Department's recommendations? | 11:43:19 |
| 15 | A.  No.  And, again, I simply don't remember | 11:43:20 |
| 16 | that -- that -- I don't recall it being an issue | 11:43:27 |
| 17 | during Secretary Nielsen's time that we couldn't | 11:43:32 |
| 18 | get the paperwork out of the Department of State as | 11:43:35 |
| 19 | it was an issue during Secretary Duke's time.  So I | 11:43:37 |
| 20 | just don't recall it coming. | 11:43:42 |
| 21 | Q.  Do you recall any communications with the | 11:43:49 |
| 22 | State Department concerning the timeliness of their | 11:43:52 |
| 23 | response during Secretary Nielsen's tenure while | 11:43:54 |
| 24 | you were at the Department? | 11:43:57 |
| 25 | A.  You know, sometimes it's just hard for me | 11:43:58 |

1    to remember when -- who was Secretary at a specific          11:44:04

2    time.          11:44:06

3        Q.   Um-hum.          11:44:07

4        A.   So I've described the drama surrounding          11:44:07

5    the timeliness of the paperwork on Sudan and then          11:44:12

6    on Central America, and I believe Acting Secretary          11:44:16

7    Duke was the Acting Secretary during both of those          11:44:19

8    periods of time.  So again I just don't recall it          11:44:24

9    being an issue -- that State Department paperwork          11:44:27

10   being an issue during Secretary Nielsen's time.          11:44:29

11       Q.   Do you know what the basis was of the          11:44:32

12   State Department --          11:44:35

13            MS. MacLEAN:  Let's step back.          11:44:37

14       Q.   Do you know what the process was for the          11:44:38

15   State Department coming up with their          11:44:40

16   recommendations regarding TPS determinations?          11:44:42

17            MR. KIRSCHNER:  Objection, calls for          11:44:47

18   speculation.          11:44:49

19       A.   Yeah, I don't know the specifics of          11:44:50

20   their -- of their internal process.          11:44:52

21       Q.   Do you know generally what the process          11:44:54

22   was?          11:44:56

23       A.   So -- yes.  So the State Department would          11:44:56

24   make a recommendation to the Secretary of State,          11:45:05

25   which the Secretary of State could either accept or          11:45:10

```
 1   reject.  And that recommendation that went up to      11:45:14
 2   the Secretary's office would go through a clearance    11:45:21
 3   process within the Department of State so that all     11:45:26
 4   of the various elements and entities within the        11:45:29
 5   Department of State that had equities in the           11:45:31
 6   decision would have their input.  I described          11:45:34
 7   earlier that the embassy would provide input to the    11:45:37
 8   Department of State, the Bureau of Western             11:45:42
 9   Hemisphere Affairs would provide input and             11:45:46
10   certainly the Bureau of Population, Refugee and        11:45:50
11   Migration would provide input.  But who would          11:45:55
12   actually write the memo to the Secretary of State,     11:45:58
13   I'm not sure.                                          11:46:01
14      Q.  Do you know what the basis was for the          11:46:02
15   recommendation that came from the Department of        11:46:05
16   State or what considerations were at issue?            11:46:06
17        MR. KIRSCHNER:  Objection, calls for              11:46:08
18   speculation.                                           11:46:17
19      A.  Yeah, very difficult question to answer.        11:46:17
20   I mean, in broad terms certainly the statute, what     11:46:19
21   does the statute say, and then foreign policy          11:46:25
22   considerations, the Department of State manages the    11:46:29
23   foreign policy of the United States, so that's         11:46:32
24   their equity in the decision.                          11:46:34
25      Q.  From your experience at the embassy, you        11:46:36
```

1   described this to some degree, and you also, I          11:46:46
2   imagine, saw this in some capacity in your position     11:46:48
3   as DHS, but did the State Department typically          11:46:51
4   consider the recommendations of diplomats in making     11:46:56
5   a recommendation concerning TPS?                        11:46:59
6        MR. KIRSCHNER:  Objection, calls for               11:47:01
7   speculation, vague.  Compound.                          11:47:04
8        A.  So generally speaking, an ambassador's         11:47:11
9   input carries a tremendous amount of weight in the      11:47:14
10  Department of State.  So for the Department of          11:47:18
11  State to reject an ambassador's recommendation and      11:47:20
12  make a different recommendation to the Secretary of     11:47:24
13  State, there would generally be a lot of discussion     11:47:28
14  with the ambassador about that.  And so, as I say,      11:47:34
15  an ambassador's recommendation carries a lot of         11:47:40
16  weight.                                                 11:47:45
17       Q.  You said there would generally be a            11:47:45
18  significant amount of discussion if the State           11:47:49
19  Department was to reject a recommendation from the      11:47:51
20  ambassador.  Typically, who would that discussion       11:47:54
21  be between?                                             11:47:58
22       MR. KIRSCHNER:  Objection, vague, calls            11:47:58
23  for speculation.                                        11:48:01
24       A.  So in my experience, the way that would        11:48:02
25  normally work is if the ambassador would make a         11:48:08

| | |
|---|---|
| 1 | recommendation to the Bureau of Western Hemisphere | 11:48:12 |
| 2 | Affairs and Department of State and if that bureau | 11:48:18 |
| 3 | didn't agree with the ambassador's recommendation, | 11:48:21 |
| 4 | then they would engage with the ambassador at a | 11:48:24 |
| 5 | fairly high level, at least at a deputy Assistant | 11:48:28 |
| 6 | Secretary level or perhaps even an Assistant | 11:48:31 |
| 7 | Secretary level to see if they could come to some | 11:48:33 |
| 8 | compromise or agreement on a recommendation that | 11:48:35 |
| 9 | would then go forward to the Department of State. | 11:48:38 |
| 10 | That's my experience. | 11:48:42 |
| 11 | Q.  Do you recall whether the ambassadors of | 11:48:44 |
| 12 | the countries that are currently designated for TPS | 11:48:53 |
| 13 | weighed into the DOS decision-making process with | 11:48:56 |
| 14 | regard to TPS? | 11:49:00 |
| 15 | MR. KIRSCHNER:  Objection, vague. | 11:49:02 |
| 16 | Q.  While you were at DHS? | 11:49:04 |
| 17 | MR. KIRSCHNER:  Objection, vague, it's | 11:49:05 |
| 18 | confusing as to timing, calls for speculation. | 11:49:07 |
| 19 | A.  So I know that some did.  I know that our | 11:49:09 |
| 20 | ambassadors in Honduras and El Salvador, for | 11:49:16 |
| 21 | example, made recommendations to the Department of | 11:49:20 |
| 22 | State, and I would assume that other embassies did | 11:49:24 |
| 23 | as well.  I would assume that they were asked and | 11:49:28 |
| 24 | then provided such a recommendation.  That would be | 11:49:30 |
| 25 | standard procedure. | 11:49:33 |

| | | |
|---|---|---|
| 1 | Q.  So you said that you have direct knowledge | 11:49:34 |
| 2 | that the ambassador for Honduras weighed in.  How | 11:49:39 |
| 3 | do you have that knowledge? | 11:49:44 |
| 4 | MR. KIRSCHNER:  Objection, assumes facts | 11:49:45 |
| 5 | not in evidence, and foundation.  That's not the | 11:49:47 |
| 6 | exact words that Ambassador Nealon said. | 11:49:52 |
| 7 | A.  So I believe I recall seeing the input | 11:49:55 |
| 8 | from our embassies in El Salvador and Honduras. | 11:49:57 |
| 9 | Q.  In what form -- | 11:50:02 |
| 10 | A.  It -- | 11:50:03 |
| 11 | Q.  Sorry. | 11:50:04 |
| 12 | A.  I believe I saw -- sorry. | 11:50:05 |
| 13 | Q.  I think I interrupted you.  You were about | 11:50:07 |
| 14 | to say something further, so I'll let you finish | 11:50:09 |
| 15 | that thought before I ask the follow-up question. | 11:50:13 |
| 16 | A.  At least in case of El Salvador, I believe | 11:50:15 |
| 17 | I recall seeing that recommendation in cable form, | 11:50:21 |
| 18 | I believe. | 11:50:24 |
| 19 | Q.  And do you recall what input the | 11:50:27 |
| 20 | ambassador for Honduras had? | 11:50:31 |
| 21 | MR. KIRSCHNER:  Objection.  To the extent | 11:50:34 |
| 22 | this calls for internal government deliberations, I | 11:50:35 |
| 23 | would instruct you not to answer under the | 11:50:39 |
| 24 | deliberative process privilege. | 11:50:41 |
| 25 | MS. MacLEAN:  So we'll step back before we | 11:50:45 |

```
 1  get close to the deliberative process privilege,    11:50:47
 2  but you can obviously suggest otherwise.            11:50:51
 3      Q.  Did you see the type of communication that   11:50:53
 4  the ambassador -- well, did you see -- did the      11:50:55
 5  ambassador of Honduras himself weigh into the TPS   11:50:58
 6  decision-making process for Honduras?               11:51:03
 7          MR. KIRSCHNER:  Objection, vague as to --   11:51:05
 8  objection, vague.                                   11:51:08
 9      A.  Yeah, so after my departure, we still       11:51:09
10  don't have an ambassador, we have a chargé          11:51:14
11  d'affaires, but she did weigh in on the TPS         11:51:17
12  decision, yes.                                      11:51:20
13      Q.  And do you know the form in which the       11:51:22
14  chargé d'affaires weighed into that process?        11:51:25
15      A.  I don't recall whether it was cable or      11:51:30
16  e-mail.                                             11:51:32
17      Q.  Do you recall whether you saw the cable or  11:51:32
18  e-mail?                                             11:51:34
19      A.  I believe I did.                            11:51:36
20      Q.  How did you see the cable or e-mail?        11:51:37
21      A.  I don't recall how it arrived in my inbox,  11:51:41
22  whether it was e-mailed to me or whether I read a   11:51:47
23  hard copy, I don't recall.                          11:51:50
24      Q.  And the same question for the               11:51:51
25  communication -- sorry -- was it a communication    11:51:54
```

| | |
|---|---|
| 1   directly from the Ambassador of El Salvador that | 11:51:57 |
| 2   you saw? | 11:52:01 |
| 3       A.  I believe I saw a communication directly | 11:52:02 |
| 4   from our ambassador in El Salvador making a | 11:52:04 |
| 5   recommendation, yes. | 11:52:08 |
| 6       Q.  And you stated previously that you thought | 11:52:09 |
| 7   that that recommendation was in cable form from the | 11:52:20 |
| 8   Ambassador of El Salvador? | 11:52:23 |
| 9       A.  I believe it was. | 11:52:24 |
| 10      Q.  Do you recall how you saw the cable from | 11:52:24 |
| 11  the Ambassador of El Salvador? | 11:52:27 |
| 12      A.  Again, I don't recall whether I saw it on | 11:52:27 |
| 13  my computer or whether I saw a hard copy. | 11:52:30 |
| 14      Q.  Can you recall generally what the | 11:52:32 |
| 15  recommendation was from the ambassador -- sorry -- | 11:52:38 |
| 16  the chargé d'affaires in Honduras? | 11:52:44 |
| 17          MR. KIRSCHNER:  Objection to the extent | 11:52:48 |
| 18  that this calls for internal government | 11:52:58 |
| 19  deliberations.  I would instruct you not to answer | 11:52:58 |
| 20  under the deliberative process privilege.  I object | 11:52:58 |
| 21  to the question -- excuse me.  Let me start over. | 11:53:00 |
| 22          Objection to the question asked to the | 11:53:03 |
| 23  extent it asks for internal government | 11:53:05 |
| 24  deliberations.  I object under the deliberative | 11:53:07 |
| 25  process privilege. | 11:53:09 |

| | | |
|---|---|---|
| 1 | Q.  Do you think you can answer the question | 11:53:12 |
| 2 | without disclosing deliberative process? | 11:53:14 |
| 3 | MR. KIRSCHNER:  Objection.  Calls for a | 11:53:17 |
| 4 | legal conclusion.  Again, I instruct you not to | 11:53:19 |
| 5 | answer to the extent it calls for internal | 11:53:22 |
| 6 | government deliberations. | 11:53:27 |
| 7 | MS. MacLEAN:  So I will leave aside the | 11:53:27 |
| 8 | questions related to the specific communications | 11:53:29 |
| 9 | from the embassy in Honduras and the embassy in El | 11:53:31 |
| 10 | Salvador, recognizing that that question is -- that | 11:53:36 |
| 11 | that issue is still being resolved by the court. | 11:53:37 |
| 12 | MR. KIRSCHNER:  Understood. | 11:53:40 |
| 13 | Q.  Do you know why you received the | 11:53:51 |
| 14 | recommendations from the embassies in Honduras and | 11:53:53 |
| 15 | El Salvador? | 11:53:56 |
| 16 | A.  Yes.  It would be absolutely natural that | 11:53:58 |
| 17 | I did and unnatural if I didn't.  As the | 11:54:02 |
| 18 | international affairs person for the Department of | 11:54:06 |
| 19 | Homeland Security, one of my jobs was to have close | 11:54:10 |
| 20 | communications with our embassies around the world, | 11:54:13 |
| 21 | particularly on issues of consequence to the | 11:54:18 |
| 22 | Department like TPS. | 11:54:21 |
| 23 | Q.  So would you have received those | 11:54:22 |
| 24 | communications directly from the embassy, or would | 11:54:26 |
| 25 | you have received them indirectly through the State | 11:54:31 |

| | | |
|---|---|---|
| 1 | Department or in some other way? | 11:54:35 |
| 2 | A.  Again, I just don't recall how I received | 11:54:36 |
| 3 | those communications. | 11:54:38 |
| 4 | Q.  Was there -- to your knowledge, was there | 11:54:39 |
| 5 | anyone else in the Department of Homeland Security | 11:54:41 |
| 6 | who would also receive those kinds of | 11:54:43 |
| 7 | communications from the embassies? | 11:54:46 |
| 8 | A.  I would assume that members of my staff | 11:54:48 |
| 9 | would have seen those. | 11:54:58 |
| 10 | Q.  Um-hum. | 11:54:59 |
| 11 | A.  Certain members of my staff. | 11:55:01 |
| 12 | Q.  And when you say would have received | 11:55:03 |
| 13 | those, are you referring to cables with | 11:55:06 |
| 14 | recommendations -- sorry -- when you say you and | 11:55:11 |
| 15 | members of your staff would have received these | 11:55:13 |
| 16 | communications from embassies, are you referring to | 11:55:16 |
| 17 | cables, e-mails and other communications concerning | 11:55:20 |
| 18 | recommendations from embassies about TPS | 11:55:24 |
| 19 | determinations? | 11:55:26 |
| 20 | A.  Yes.  So to be clear, it's -- if those | 11:55:27 |
| 21 | recommendations were cabled, then -- then certainly | 11:55:31 |
| 22 | certain members of my staff would have had access | 11:55:37 |
| 23 | to those cables and would have seen them. | 11:55:40 |
| 24 | If those recommendations were e-mailed, | 11:55:42 |
| 25 | then it's a lot less likely that members of my | 11:55:44 |

| | | |
|---|---|---|
| 1 | staff would have been copied on those e-mails. | 11:55:48 |
| 2 | Q.  And why would members of your staff be | 11:55:52 |
| 3 | more likely to have received the cables? | 11:55:56 |
| 4 | A.  Because a cable is a formal process and | 11:55:57 |
| 5 | there's a -- there's a formal way to get access to | 11:56:00 |
| 6 | State Department cables; whereas an e-mail, as you | 11:56:03 |
| 7 | know, is directed from a sender to a recipient and | 11:56:06 |
| 8 | very unlikely that ambassadors at our embassies | 11:56:10 |
| 9 | would have sent those e-mails to members of my | 11:56:15 |
| 10 | staff.  They would have sent them to me, but they | 11:56:18 |
| 11 | wouldn't have sent them to members of my staff. | 11:56:20 |
| 12 | Q.  And you said there's a formal way to | 11:56:21 |
| 13 | receive cables.  What is the formal way to receive | 11:56:23 |
| 14 | cables? | 11:56:26 |
| 15 | A.  I don't really know what the formal way to | 11:56:26 |
| 16 | receive cables is.  But the State Department cables | 11:56:29 |
| 17 | can be accessed by lots of different U.S. | 11:56:31 |
| 18 | government agencies. | 11:56:37 |
| 19 | Q.  And is the DHS Office of Policy one of | 11:56:40 |
| 20 | those agencies that can regularly access cables -- | 11:56:42 |
| 21 | A.  Certain members of the Office of Policy | 11:56:45 |
| 22 | have access to State Department cables. | 11:56:48 |
| 23 | Q.  And to your knowledge, who were those | 11:56:49 |
| 24 | members? | 11:56:52 |
| 25 | A.  I don't know who those members were. | 11:56:52 |

1      Q.  You were one of those members?                11:56:53

2      A.  I did not have easy access to State           11:56:55

3  Department cables, believe it or not, and often      11:56:58

4  depended on the kindness of strangers to -- to see    11:57:01

5  communications.                                        11:57:04

6      Q.  Were the strangers who offered their          11:57:05

7  kindness in accessing State Department cables          11:57:08

8  within the DHS Office of Policy?                       11:57:11

9      A.  Often what would happen is that the           11:57:13

10 senders of the cables from our embassies overseas     11:57:16

11 would copy me on those cables or they would tell me   11:57:20

12 look for this cable, and I would have one of my       11:57:27

13 staff members look for it and get me a copy of the    11:57:29

14 cable.                                                 11:57:33

15     Q.  But is it fair to say from what you're        11:57:33

16 describing that one of your staff members could get   11:57:36

17 access to those State Department -- sorry -- could    11:57:39

18 get access to one of those embassy cables if you      11:57:41

19 wanted or needed that?                                 11:57:45

20     A.  Yes.                                          11:57:47

21         MR. KIRSCHNER:  Objection.  I was going to    11:57:47

22 say objection, foundation, putting words in           11:57:49

23 Ambassador Nealon's mouth.  Let Ambassador Nealon     11:57:51

24 speak for himself.                                     11:58:01

25     A.  Yes.                                          11:58:02

| | | |
|---|---|---|
| 1 | Q.  And so you recalled having seen either | 11:58:03 |
| 2 | communications regarding TPS in cable or e-mail | 11:58:05 |
| 3 | form for Honduras and El Salvador.  Do you | 11:58:08 |
| 4 | recall -- is that correct? | 11:58:13 |
| 5 | A.  Yes. | 11:58:14 |
| 6 | Q.  Do you recall having seen cables regarding | 11:58:14 |
| 7 | any other country that was up for review for TPS | 11:58:17 |
| 8 | during the time that you were there? | 11:58:22 |
| 9 | A.  I don't recall seeing any other embassy | 11:58:30 |
| 10 | communications, no. | 11:58:35 |
| 11 | Q.  Do you recall any communications with the | 11:58:36 |
| 12 | Sudanese embassy or diplomats that are charged with | 11:58:39 |
| 13 | issues related to Sudan? | 11:58:47 |
| 14 | A.  No. | 11:59:00 |
| 15 | Q.  Do you recall seeing any cables or e-mails | 11:59:00 |
| 16 | or communications from the embassy in Haiti? | 11:59:03 |
| 17 | A.  No. | 11:59:05 |
| 18 | Q.  And same question with regard to | 11:59:21 |
| 19 | Nicaragua. | 11:59:27 |
| 20 | A.  I remember having some communication with | 11:59:31 |
| 21 | our ambassador in Nicaragua, but I don't recall | 11:59:36 |
| 22 | whether I actually saw her input on whether or not | 11:59:45 |
| 23 | TPS should be extended for Nicaragua. | 11:59:47 |
| 24 | Q.  Do you recall approximately when you had | 11:59:50 |
| 25 | communication with the Ambassador in Nicaragua | 11:59:55 |

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 119 of 322 PageID #: 9811

| | | |
|---|---|---|
| 1 | regarding TPS? | 11:59:59 |
| 2 | A.   No.   But it would have been in the -- in | 12:00:00 |
| 3 | the short period of time leading up to the deadline | 12:00:02 |
| 4 | for the Secretary to make a decision. | 12:00:05 |
| 5 | Q.   I imagine this will draw a deliberative | 12:00:07 |
| 6 | process privilege exception from your counsel, but | 12:00:11 |
| 7 | do you recall what the communication was with the | 12:00:14 |
| 8 | Ambassador in Nicaragua? | 12:00:17 |
| 9 | MR. KIRSCHNER:   So I'm going to object, | 12:00:18 |
| 10 | but I'm going to ask, Ambassador Nealon, you had | 12:00:19 |
| 11 | said in your response that you do not remember a | 12:00:22 |
| 12 | recommendation, so to the extent this is calling | 12:00:25 |
| 13 | for internal government deliberations, I would | 12:00:29 |
| 14 | instruct you not to answer.   To the extent there's | 12:00:40 |
| 15 | a general answer that can provide a response to the | 12:00:34 |
| 16 | question, you could provide such a response. | 12:00:37 |
| 17 | A.   Yeah, I don't recall what her | 12:00:44 |
| 18 | recommendation was.   I don't recall seeing a | 12:00:45 |
| 19 | recommendation, so I don't recall what her | 12:00:47 |
| 20 | recommendation was. | 12:00:49 |
| 21 | Q.   Do you recall what the recommendation was | 12:00:50 |
| 22 | from the Deputy Secretary of State concerning the | 12:01:00 |
| 23 | TPS determination of Sudan? | 12:01:07 |
| 24 | A.   Yes. | 12:01:11 |
| 25 | Q.   What was the recommendation? | 12:01:12 |

| | | |
|---|---|---|
| 1 | A.  Extension. | 12:01:13 |
| 2 | Q.  Do you recall communications with Acting | 12:01:14 |
| 3 | Secretary Duke concerning the State Department's | 12:01:18 |
| 4 | recommendation? | 12:01:19 |
| 5 | MR. KIRSCHNER:  Objection, vague, and lack | 12:01:21 |
| 6 | of foundation of who is -- you're talking about -- | 12:01:25 |
| 7 | counsel is talking about when referring to | 12:01:28 |
| 8 | communications. | 12:01:30 |
| 9 | Q.  Do you recall communications that you had | 12:01:31 |
| 10 | directly with the Acting Secretary of State | 12:01:32 |
| 11 | concerning the Department of State's recommendation | 12:01:35 |
| 12 | to extend TPS for Sudan? | 12:01:39 |
| 13 | MR. KIRSCHNER:  Objection, confusing.  I | 12:01:42 |
| 14 | think you referred to Acting Secretary of State. | 12:01:45 |
| 15 | MS. MacLEAN:  Let me start again. | 12:01:48 |
| 16 | Q.  Did you have communications with Acting | 12:01:50 |
| 17 | Secretary Duke concerning the Deputy Secretary of | 12:01:56 |
| 18 | State's recommendation to extend TPS for Sudan? | 12:01:59 |
| 19 | A.  So what I recall regarding the decision on | 12:02:02 |
| 20 | Sudan was that all of my discussions were about | 12:02:06 |
| 21 | needing this paperwork.  I don't recall a | 12:02:17 |
| 22 | substantive conversation with Acting Secretary Duke | 12:02:21 |
| 23 | about the merits of the case. | 12:02:25 |
| 24 | Q.  Do you recall any communications with the | 12:02:29 |
| 25 | -- with anyone at the Department of State | 12:02:39 |

| | | |
|---|---|---|
| 1 | concerning the merits of their recommendation -- | 12:02:41 |
| 2 | the State Department's recommendation concerning | 12:02:46 |
| 3 | TPS for Sudan? | 12:02:49 |
| 4 | A.  Yeah.  And, again, it's difficult for me | 12:02:54 |
| 5 | to separate, you know, phone conversations from a | 12:02:56 |
| 6 | long time ago.  But I believe -- I believe I had a | 12:03:00 |
| 7 | conversation with a Deputy Assistant Secretary in | 12:03:07 |
| 8 | the Bureau of African Affairs about the merits of | 12:03:10 |
| 9 | the Sudan case.  But I don't recall his name at the | 12:03:17 |
| 10 | moment. | 12:03:20 |
| 11 | Q.  Do you recall -- do you recall whether you | 12:03:21 |
| 12 | initiated that communication or whether someone | 12:03:26 |
| 13 | from the State Department initiated that | 12:03:28 |
| 14 | communication? | 12:03:30 |
| 15 | A.  I don't recall. | 12:03:31 |
| 16 | Q.  Do you recall what you communicated during | 12:03:33 |
| 17 | that communication? | 12:03:39 |
| 18 | MR. KIRSCHNER:  Objection.  To the extent | 12:03:39 |
| 19 | it calls for internal government deliberations, I | 12:03:41 |
| 20 | would instruct you not to answer under the | 12:03:45 |
| 21 | deliberative process privilege. | 12:03:46 |
| 22 | MS. MacLEAN:  I would assume the same | 12:03:49 |
| 23 | would apply for the question about what the | 12:03:51 |
| 24 | communication was from the State Department side | 12:03:53 |
| 25 | regarding Sudan? | 12:03:56 |

| | | |
|---|---|---|
| 1 | MR. KIRSCHNER:  Again, I'd object under | 12:03:57 |
| 2 | the deliberative process privilege to the extent | 12:03:59 |
| 3 | this calls for internal government deliberations. | 12:04:02 |
| 4 | Q.  Do you recall any substantive | 12:04:07 |
| 5 | conversations with the Department of State | 12:04:09 |
| 6 | regarding any of the other TPS determinations, | 12:04:11 |
| 7 | again, distinguishing here between communications | 12:04:14 |
| 8 | with the State Department about the timeliness of | 12:04:17 |
| 9 | their response from substantive communications | 12:04:19 |
| 10 | about what their recommendation might be or what | 12:04:22 |
| 11 | factors would go into their recommendation? | 12:04:24 |
| 12 | A.  Yes. | 12:04:26 |
| 13 | Q.  About which countries? | 12:04:26 |
| 14 | A.  I recall conversations about El Salvador | 12:04:35 |
| 15 | and Honduras -- El Salvador and Honduras.  I | 12:04:37 |
| 16 | believe Syria, also. | 12:04:49 |
| 17 | Q.  Do you recall -- well, are these separate | 12:04:50 |
| 18 | conversations that you're recalling? | 12:04:57 |
| 19 | A.  You know, I had a number of conversations | 12:04:58 |
| 20 | with the Department of State about -- about those | 12:05:01 |
| 21 | countries. | 12:05:03 |
| 22 | Q.  So let's start with El Salvador. | 12:05:04 |
| 23 | Do you recall with whom you communicated | 12:05:08 |
| 24 | at the Department of State concerning substantive | 12:05:10 |
| 25 | issues related to the State Department's input | 12:05:14 |

| | | |
|---|---|---|
| 1 | concerning TPS for El Salvador? | 12:05:17 |
| 2 | A.  Yeah.  Generally, I would have | 12:05:19 |
| 3 | communicated with the Deputy Assistant Secretary in | 12:05:21 |
| 4 | the Bureau of Western Hemisphere Affairs whose name | 12:05:27 |
| 5 | is John Creamer, C-r-e-a-m-e-r. | 12:05:31 |
| 6 | Q.  And Deputy Assistant Secretary in Western | 12:05:39 |
| 7 | Hemisphere Affairs? | 12:05:43 |
| 8 | A.  Yes. | 12:05:43 |
| 9 | Q.  Do you recall approximately how many times | 12:05:43 |
| 10 | you communicated with him regarding the State | 12:05:48 |
| 11 | Department's input in the TPS determination of El | 12:05:51 |
| 12 | Salvador? | 12:05:52 |
| 13 | A.  I don't. | 12:05:52 |
| 14 | Q.  Do you recall the role of Mr. Creamer in | 12:05:52 |
| 15 | the -- in crafting the recommendation from the | 12:05:56 |
| 16 | State Department to the Department of Homeland | 12:06:00 |
| 17 | Security concerning TPS? | 12:06:03 |
| 18 | A.  So, again, I don't know precisely what the | 12:06:04 |
| 19 | State Department's process was for drafting their | 12:06:09 |
| 20 | -- their recommendation to the Secretary, but John | 12:06:12 |
| 21 | Creamer was the Deputy Assistant Secretary of State | 12:06:18 |
| 22 | for Mexico and Central America.  So he would have | 12:06:20 |
| 23 | been -- he probably would have been the person in | 12:06:25 |
| 24 | touch with our embassies, gathering their input and | 12:06:32 |
| 25 | would have been -- he and his staff would have been | 12:06:36 |

| | | |
|---|---|---|
| 1 | drafting the Bureau of Western Hemisphere's input | 12:06:40 |
| 2 | into the Secretary's recommendation. | 12:06:45 |
| 3 | Who actually drafted the memo to the | 12:06:49 |
| 4 | Secretary, I don't know. | 12:06:51 |
| 5 | Q.  Do you know if Mr. Creamer is a political | 12:06:52 |
| 6 | appointee or a career State Department employee? | 12:06:56 |
| 7 | A.  He's a career State Department employee. | 12:06:58 |
| 8 | Q.  Do you know how long he's been in the | 12:07:00 |
| 9 | State Department, roughly? | 12:07:02 |
| 10 | A.  30 some years. | 12:07:04 |
| 11 | Q.  Can you describe in general terms your | 12:07:07 |
| 12 | communications with Mr. Creamer concerning TPS for | 12:07:13 |
| 13 | El Salvador? | 12:07:17 |
| 14 | MR. KIRSCHNER:  Objection.  To the extent | 12:07:17 |
| 15 | that this calls for internal government | 12:07:19 |
| 16 | deliberations, I instruct you not to answer.  To | 12:07:22 |
| 17 | the extent you can provide a general answer in a | 12:07:25 |
| 18 | way that does not respond to internal government | 12:07:27 |
| 19 | deliberations, feel free to do so. | 12:07:31 |
| 20 | A.  So these conversations were sort of the | 12:07:32 |
| 21 | definition of deliberative in that I would call him | 12:07:34 |
| 22 | or he would call me, and we would discuss the | 12:07:38 |
| 23 | process and we would discuss where we thought the | 12:07:43 |
| 24 | Department of State would eventually end up in | 12:07:50 |
| 25 | terms of a decision because that was important | 12:07:52 |

| | | |
|---|---|---|
| 1 | information for me to have so that I could | 12:07:54 |
| 2 | communicate that to the Secretary of Homeland | 12:07:56 |
| 3 | Security. | 12:08:09 |
| 4 | MS. MacLEAN:  I would ask further | 12:08:09 |
| 5 | questions concerning the details of those | 12:08:09 |
| 6 | conversations.  I understand that you're asserting | 12:08:09 |
| 7 | a deliberative process privilege and that that | 12:08:11 |
| 8 | issue is still outstanding with the court. | 12:08:14 |
| 9 | MR. KIRSCHNER:  I would object to any of | 12:08:14 |
| 10 | the questions concerning the details of those | 12:08:15 |
| 11 | conversations, about what those internal | 12:08:17 |
| 12 | deliberations were under the deliberative process | 12:08:19 |
| 13 | privilege. | 12:08:23 |
| 14 | Q.  So I'm going to ask you the same series of | 12:08:23 |
| 15 | questions with regard to Honduras. | 12:08:28 |
| 16 | With whom did you communicate on | 12:08:29 |
| 17 | substantive matters concerning the State | 12:08:31 |
| 18 | Department's recommendation into the TPS | 12:08:34 |
| 19 | determination for Honduras for -- yeah, for | 12:08:37 |
| 20 | Honduras? | 12:08:40 |
| 21 | A.  Yes.  So I would have communicated, again, | 12:08:41 |
| 22 | with Mr. Creamer, as well as with Mr. Henshaw | 12:08:43 |
| 23 | because it's important to understand that those are | 12:08:51 |
| 24 | the two key bureaus that the Department of State -- | 12:08:53 |
| 25 | that would provide input to the Secretary on | 12:08:59 |

```
 1   temporary protected status.  So I was talking to      12:09:01
 2   both of those bureaus.                                 12:09:04
 3       Q.  And do you recall if Mr. Henshaw is a          12:09:06
 4   political appointee or a career appointee?             12:09:08
 5       A.  Career officer.                                12:09:12
 6       Q.  A career officer.                              12:09:14
 7           Can you describe in general terms what         12:09:20
 8   kinds of communications you had on the substantive     12:09:22
 9   recommendation concerning the TPS determination for    12:09:25
10   Honduras with Mr. Creamer or Mr. Henshaw?              12:09:32
11       A.  So absolutely deliberative in nature.          12:09:35
12   Again, me trying to get information on when we          12:09:38
13   could expect the paperwork and what we could expect    12:09:45
14   the paperwork to say.                                  12:09:47
15       Q.  And based on the prior communications from     12:09:56
16   your counsel, I will hold off on further questions     12:09:58
17   concerning the details of the conversations you had    12:10:02
18   with Mr. Creamer and Mr. Henshaw concerning the TP     12:10:08
19   -- the State Department's recommendation on TPS for    12:10:11
20   Honduras with the understanding that that may come     12:10:13
21   up in the future, depending on how the court           12:10:15
22   resolves this issue, with apologies for your time.     12:10:19
23           With regard to Syria, whom did you             12:10:22
24   communicate with regarding substantive issues          12:10:25
25   concerning the State Department's recommendations      12:10:27
```

```
 1   concerning Syria?                                    12:10:30
 2       A.   You know, I may have to walk that back.     12:10:32
 3   Now that I think about it, I don't recall            12:10:43
 4   communicating directly with Department of State      12:10:47
 5   about Syria.                                         12:10:49
 6       Q.   So besides El Salvador, Honduras and        12:11:01
 7   Sudan, were there other countries that were up for   12:11:04
 8   TPS review during your tenure at DHS where you       12:11:08
 9   communicated with the State Department on            12:11:13
10   substantive matters related to the State             12:11:14
11   Department's recommendation?                         12:11:17
12       A.   Yes.  So I recall having some               12:11:24
13   conversations about Haiti -- yeah, Haiti.            12:11:28
14       Q.   And with whom did you communicate at the    12:11:48
15   State Department concerning substantive matters      12:11:50
16   related to Haiti's TPS determination?                12:11:54
17       A.   So I had far fewer conversations with the   12:11:56
18   State Department related to Haiti than I did         12:11:58
19   related to Central America, but I would have         12:12:01
20   communicated with a gentleman named Ken Merten.  I   12:12:03
21   believe it's M-e-r-t-e-n, I think.                   12:12:09
22       Q.   And is that Ken or Kent?                     12:12:13
23       A.   Ken, no T.  And he's a Deputy Assistant     12:12:14
24   Secretary of State in the Bureau of Western          12:12:22
25   Hemisphere Affairs.                                  12:12:34
```

| | | |
|---|---|---|
| 1 | Q.  Do you recall if he's a career officer or | 12:12:34 |
| 2 | political appointee? | 12:12:37 |
| 3 | A.  Career officer. | 12:12:38 |
| 4 | Q.  Do you recall when you had communications | 12:12:39 |
| 5 | with Mr. Merten? | 12:12:41 |
| 6 | A.  Not specifically, no. | 12:12:46 |
| 7 | Q.  Do you recall in general terms the subject | 12:12:56 |
| 8 | matter of your communications with Mr. Merten? | 12:12:58 |
| 9 | A.  Yes.  You know, by the time I got to | 12:13:01 |
| 10 | Homeland Security, there was a general feeling that | 12:13:13 |
| 11 | TPS for Honduras -- I'm sorry, for Haiti was going | 12:13:24 |
| 12 | to be terminated, and so I believe I had | 12:13:25 |
| 13 | conversations with Mr. Merten about -- about the | 12:13:32 |
| 14 | decision itself and about what the implications of | 12:13:36 |
| 15 | that decision might be for U.S. policy and what | 12:13:40 |
| 16 | sorts of things we could do to help mitigate the | 12:13:43 |
| 17 | consequences of that decision. | 12:13:47 |
| 18 | Q.  You said that by the time you got to DHS | 12:13:48 |
| 19 | in early July, there was a general feeling that TPS | 12:13:53 |
| 20 | for Haiti was going to be terminated. | 12:13:58 |
| 21 | In your recollection, what created that | 12:14:01 |
| 22 | general feeling? | 12:14:03 |
| 23 | A.  I don't recall anything specific.  I just | 12:14:03 |
| 24 | recall when I came on board that that was my | 12:14:10 |
| 25 | feeling and observation. | 12:14:15 |

| | | |
|---|---|---|
| 1 | Q.  So you then described your communications | 12:14:17 |
| 2 | with Mr. Merten as essentially having the backdrop | 12:14:29 |
| 3 | of an expected termination of TPS for Haiti? | 12:14:33 |
| 4 | A.  That's my recollection. | 12:14:36 |
| 5 | Q.  Is it your recollection that that general | 12:14:37 |
| 6 | feeling around the likely imminent end of TPS for | 12:14:38 |
| 7 | Haiti was from the very beginning of your tenure at | 12:14:45 |
| 8 | DHS? | 12:14:48 |
| 9 | A.  I do recall that, because I recall that -- | 12:14:48 |
| 10 | that I got that sense from General Kelly. | 12:14:54 |
| 11 | Q.  Did you have specific communications with | 12:14:56 |
| 12 | General Kelly about that? | 12:14:59 |
| 13 | MR. KIRSCHNER:  Object.  I mean, to the | 12:15:00 |
| 14 | extent this is getting into internal government | 12:15:02 |
| 15 | deliberations of your communications, I would | 12:15:06 |
| 16 | instruct you not to answer. | 12:15:15 |
| 17 | MS. MacLEAN:  You can identify whether | 12:15:15 |
| 18 | this is a question that you would instruct him not | 12:15:15 |
| 19 | to answer or not. | 12:15:15 |
| 20 | Q.  But did you have specific communications | 12:15:19 |
| 21 | that you recall with General Kelly concerning the | 12:15:21 |
| 22 | expected termination of TPS for Haiti? | 12:15:26 |
| 23 | A.  I believe I had one conversation with him | 12:15:29 |
| 24 | about Haiti and TPS. | 12:15:32 |
| 25 | Q.  And was that communication before he left | 12:15:34 |

| | | |
|---|---|---|
| 1 | the Department? | 12:15:38 |
| 2 | A.  Yes. | 12:15:39 |
| 3 | Q.  And was that communication related to the | 12:15:40 |
| 4 | expected end of TPS for Haiti? | 12:15:51 |
| 5 | A.  You know what it was, it was a | 12:15:53 |
| 6 | conversation between two old friends. | 12:15:58 |
| 7 | Q.  Um-hmm.  Can you say anything further | 12:16:04 |
| 8 | about the conversation? | 12:16:07 |
| 9 | MR. KIRSCHNER:  Again, I object -- | 12:16:07 |
| 10 | A.  It was deliberative. | 12:16:08 |
| 11 | Q.  Okay. | 12:16:12 |
| 12 | MS. MacLEAN:  I understand that lunch is | 12:16:29 |
| 13 | ready, so if you don't mind, we'll ask a few more | 12:16:31 |
| 14 | questions and then we take a break for lunch unless | 12:16:35 |
| 15 | you'd rather take a break right now? | 12:16:38 |
| 16 | MR. KIRSCHNER:  Can we take a two-minute | 12:16:38 |
| 17 | break just to see where we are on timing and check | 12:16:40 |
| 18 | with Ambassador Nealon where he would want to take | 12:16:43 |
| 19 | a break. | 12:16:48 |
| 20 | MS. MacLEAN:  No problem. | 12:16:49 |
| 21 | THE VIDEOGRAPHER:  Time is 12:16.  We are | 12:16:50 |
| 22 | off the record. | 12:16:52 |
| 23 | (Proceedings interrupted at 12:16 p.m. and | 12:16:53 |
| 24 | reconvened at 1:00 p.m.) | 13:00:24 |
| 25 | THE VIDEOGRAPHER:  Time is 1:00 p.m.  We | 13:00:26 |

```
 1   are back on the record.                         13:00:36
 2   BY MS. MacLEAN:                                  13:00:37
 3       Q.  Ambassador Nealon, you had mentioned     13:00:38
 4   previously that you would check during the break 13:00:41
 5   about the key DHS Office of Policy staff who were 13:00:44
 6   involved in TPS decisions.  Were you able to     13:00:49
 7   identify that?                                   13:00:52
 8          MR. KIRSCHNER:  Objection.  I think that  13:00:53
 9   misrepresents Ambassador Nealon's testimony.  I  13:00:55
10   think he said that he would try to remember, not 13:00:58
11   that he was going to be checking any documentation. 13:01:01
12          MS. MacLEAN:  Fair enough.               13:01:04
13       Q.  Are there now DHS Office of Policy staff 13:01:05
14   who were involved in TPS decisions that you can  13:01:07
15   recall?                                          13:01:10
16       A.  So I think I can be pretty clear about   13:01:10
17   this.  So there aren't really Office of Policy   13:01:12
18   staff involved in the TPS decisions, because the 13:01:18
19   decision really is -- really was and really is the 13:01:23
20   Secretary's decision.  So there were -- and to the 13:01:28
21   extent that the Secretary wanted the Office of   13:01:34
22   Policy's opinions about TPS, she would come to me. 13:01:37
23   So there are other people in the Office of Policy 13:01:41
24   who would participate in meetings or, you know, get 13:01:45
25   involved in some way, but it wouldn't be accurate 13:01:51
```

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 132 of 322 PageID #: 9824

| | | |
|---|---|---|
| 1 | to say that those people were involved in the TPS | 13:01:56 |
| 2 | decision, I wouldn't say. | 13:02:00 |
| 3 | Q.  And the -- | 13:02:02 |
| 4 | A.  So for example, there are people who would | 13:02:03 |
| 5 | help arrange meetings when the Salvadorians or the | 13:02:06 |
| 6 | Hondurans called and wanted to meet with the | 13:02:11 |
| 7 | Secretary or meet with me, so they would get | 13:02:15 |
| 8 | involved in that way.  But I'm having a hard time | 13:02:17 |
| 9 | thinking of other people in the Office of Policy | 13:02:23 |
| 10 | who were really directly involved in the TPS | 13:02:25 |
| 11 | decision process. | 13:02:30 |
| 12 | I would say with the exception of my Chief | 13:02:32 |
| 13 | of Staff who I mentioned previously, Briana Petyo, | 13:02:37 |
| 14 | who -- the Chief of Staff was sort of my alter ego, | 13:02:40 |
| 15 | and so she would sometimes substitute for me at | 13:02:45 |
| 16 | meetings and things like that.  So she tended to | 13:02:47 |
| 17 | know what I knew and vice versa. | 13:02:50 |
| 18 | Q.  That's very helpful. | 13:02:53 |
| 19 | A.  So I hope that's a better answer. | 13:02:55 |
| 20 | Q.  That's a very fair answer, and I don't | 13:02:56 |
| 21 | think we need further follow-up questions. | 13:02:59 |
| 22 | The one other item that I wanted to ask | 13:03:01 |
| 23 | you about from before the break is that you had | 13:03:04 |
| 24 | mentioned that when there are concerns from an | 13:03:06 |
| 25 | ambassador, they wouldn't be easily rejected and | 13:03:10 |

| | | |
|---|---|---|
| 1 | there would be a response at a fairly high level at | 13:03:14 |
| 2 | the State Department.  Is that a reasonably fair | 13:03:16 |
| 3 | reflection, or would you like to correct that | 13:03:19 |
| 4 | reflection? | 13:03:21 |
| 5 | A.  Yes.  So we were talking specifically | 13:03:22 |
| 6 | about TPS.  And so when the State Department has to | 13:03:24 |
| 7 | make a recommendation about something like TPS, | 13:03:32 |
| 8 | they're in the first instance going to go to their | 13:03:35 |
| 9 | eyes and ears on the ground in the country in | 13:03:39 |
| 10 | question, which is their ambassador, and they're | 13:03:42 |
| 11 | going to solicit their ambassador's opinion.  And | 13:03:45 |
| 12 | that opinion is going to carry a lot of weight. | 13:03:47 |
| 13 | And if the State Department is going to make a | 13:03:50 |
| 14 | recommendation to the Secretary contrary to the | 13:03:52 |
| 15 | Ambassador's recommendation, that would be a thing | 13:03:56 |
| 16 | that would have to be worked out between, for the | 13:03:59 |
| 17 | most part, the geographic bureau, in this case the | 13:04:05 |
| 18 | Bureau of Western Hemisphere Affairs and the | 13:04:08 |
| 19 | ambassador.  That's the point I was trying to make. | 13:04:15 |
| 20 | Q.  And is it your understanding or your | 13:04:17 |
| 21 | recollection that during your tenure at DHS, there | 13:04:19 |
| 22 | were conflicts between the embassies, the | 13:04:22 |
| 23 | ambassadors on the ground, and the State Department | 13:04:24 |
| 24 | recommendation regarding TPS? | 13:04:27 |
| 25 | MR. KIRSCHNER:  Objection.  To the extent | 13:04:29 |

| | | |
|---|---|---|
| 1 | this is calling for internal deliberations within | 13:04:31 |
| 2 | the government, I would instruct you not to answer. | 13:04:34 |
| 3 | (Exhibit 34, E-mail dated Monday, May 14, | 13:05:00 |
| 4 | 2018, 3:55 p.m., marked for identification.) | 13:05:01 |
| 5 | Q.  I'll give you a moment to look at what has | 13:05:01 |
| 6 | been marked as Exhibit 34. | 13:05:04 |
| 7 | And if you could just review up to "main | 13:05:51 |
| 8 | conclusions," we'll cover that part first. | 13:05:53 |
| 9 | MR. KIRSCHNER:  Sorry.  Are you saying | 13:05:57 |
| 10 | you're going to ask questions before "main | 13:05:58 |
| 11 | conclusions" or questions -- | 13:06:02 |
| 12 | MS. MacLEAN:  Before "main conclusions." | 13:06:03 |
| 13 | MR. KIRSCHNER:  Okay. | 13:06:05 |
| 14 | A.  Okay. | 13:06:38 |
| 15 | Q.  So first, what I think is a pretty basic | 13:06:39 |
| 16 | question, the last bullet point in the list of | 13:06:44 |
| 17 | bullet points on the top of page 2 speaks about | 13:06:48 |
| 18 | diplomatic cables from the U.S. embassies in El | 13:06:52 |
| 19 | Salvador, Haiti, and Honduras and identifies | 13:06:57 |
| 20 | certain cables by numbers such as San Salvador 860. | 13:06:58 |
| 21 | Do you recognize that numbering system or labeling | 13:07:05 |
| 22 | system for diplomatic cables? | 13:07:07 |
| 23 | A.  I do. | 13:07:10 |
| 24 | Q.  Can you identify, starting at San Salvador | 13:07:10 |
| 25 | 860 dated July 7, 2017, what that would mean? | 13:07:14 |

| | | |
|---|---|---|
| 1 | A.  So cables, which are official | 13:07:17 |
| 2 | communications between the Department of State and | 13:07:20 |
| 3 | its embassies overseas are numbered by year.  So | 13:07:24 |
| 4 | San Salvador 860 would presumably be the 860th | 13:07:31 |
| 5 | cable that that embassy had sent in that calendar | 13:07:36 |
| 6 | year. | 13:07:42 |
| 7 | Q.  And I presume the date is the date that | 13:07:42 |
| 8 | the cable was sent? | 13:07:44 |
| 9 | A.  Correct. | 13:07:46 |
| 10 | Q.  And the city, San Salvador, identifies | 13:07:46 |
| 11 | the -- | 13:07:56 |
| 12 | A.  Sorry.  The sending post. | 13:07:56 |
| 13 | Q.  Okay.  Great. | 13:07:57 |
| 14 | Do you recognize any of the cables that | 13:07:59 |
| 15 | are identified there as cables that you had seen, | 13:08:09 |
| 16 | from your recollection? | 13:08:11 |
| 17 | A.  So there's nothing in the cable numbering | 13:08:12 |
| 18 | system that would allow me to identify the subject | 13:08:16 |
| 19 | matter of the cable.  But the bullet point says | 13:08:19 |
| 20 | that these are in fact the cables that were sent | 13:08:21 |
| 21 | from the U.S. embassies in those three countries to | 13:08:24 |
| 22 | the Department of State containing the ambassadors' | 13:08:27 |
| 23 | recommendations on TPS. | 13:08:30 |
| 24 | Q.  Would you have been likely to see those | 13:08:31 |
| 25 | recommendations? | 13:08:33 |

| | | |
|---|---|---|
| 1 | A.  So as I stated before, I do recall seeing | 13:08:34 |
| 2 | the cable from San Salvador.  I remember seeing | 13:08:40 |
| 3 | either the cable or an e-mail copy from | 13:08:45 |
| 4 | Tegucigalpa; I don't recall seeing the | 13:08:50 |
| 5 | Port-au-Prince recommendation, though I may have. | 13:08:52 |
| 6 | Q.  Do you know if the Department of Homeland | 13:08:56 |
| 7 | Security had those cables in its possession, where | 13:09:00 |
| 8 | those cables would be? | 13:09:02 |
| 9 | MR. KIRSCHNER:  Objection, assumes facts | 13:09:06 |
| 10 | not in evidence, foundation. | 13:09:08 |
| 11 | A.  So no, I'm not -- I'm not familiar enough | 13:09:12 |
| 12 | with how the Department of Homeland Security | 13:09:15 |
| 13 | archives cables so, no, I wouldn't know. | 13:09:18 |
| 14 | Q.  Okay.  So moving on, the next sentence | 13:09:21 |
| 15 | reads, "SFRC Democratic staff determined that then | 13:09:28 |
| 16 | Secretary Tillerson's recommendation that the | 13:09:33 |
| 17 | Department of Homeland Security, DHS, should | 13:09:36 |
| 18 | terminate the TPS designations for El Salvador, | 13:09:39 |
| 19 | Haiti, and Honduras was a result of an overtly | 13:09:42 |
| 20 | political process." | 13:09:47 |
| 21 | Is there anything in your knowledge of the | 13:09:48 |
| 22 | process that would identify the process as an | 13:09:50 |
| 23 | overtly political process? | 13:09:53 |
| 24 | MR. KIRSCHNER:  Objection, calls for | 13:09:55 |
| 25 | speculation. | 13:09:58 |

1     A.  So I'm not familiar enough with the          13:09:58

2  process at the State Department, nor did I have      13:10:09

3  first-hand visibility into the process at the State  13:10:12

4  Department to really answer that question.           13:10:15

5     Q.  Is there anything in your knowledge from      13:10:17

6  your experience at DHS and communicating with the   13:10:19

7  State Department that would give you an              13:10:22

8  understanding that the process was in some way       13:10:24

9  political?                                           13:10:26

10     MR. KIRSCHNER:  Objection, asks for              13:10:26

11  conjecture, for speculation.                        13:10:27

12     A.  So I did have conversations with people at   13:10:41

13  the State Department that were deliberative in      13:10:50

14  nature that touched on the question you're asking.  13:10:55

15     Q.  So you can essentially recall some           13:11:03

16  communications related to the political nature of   13:11:08

17  the TPS recommendations from the State Department   13:11:12

18  but would hold off answering because of the         13:11:15

19  deliberative process privilege?                     13:11:18

20     MR. KIRSCHNER:  Objection,                       13:11:19

21  mischaracterizes his testimony.  He just testified  13:11:20

22  that he has deliberative conversations that may     13:11:22

23  provide a response to the question, not whether     13:11:28

24  that he accepts the premise of the question.  To    13:11:31

25  the extent that this calls for internal             13:11:35

| | | |
|---|---|---|
| 1 | deliberations, I would instruct you not to answer, | 13:11:38 |
| 2 | but I also object that the question was a | 13:11:41 |
| 3 | mischaracterization of Ambassador Nealon's | 13:11:43 |
| 4 | testimony. | 13:11:47 |
| 5 | Q.  Just to make sure that I understand it | 13:11:47 |
| 6 | well without going into deliberative process | 13:11:49 |
| 7 | privilege communications at this time, would you | 13:11:52 |
| 8 | elaborate, in general terms, what you had | 13:11:54 |
| 9 | previously stated? | 13:11:56 |
| 10 | A.  Yes.  So in the conversations -- in some | 13:11:58 |
| 11 | of the conversations that I had with people at the | 13:12:02 |
| 12 | Department of State about TPS, we did discuss | 13:12:05 |
| 13 | whether or not the process had been or was being | 13:12:11 |
| 14 | politicized. | 13:12:21 |
| 15 | Q.  Who did you have those conversations with? | 13:12:24 |
| 16 | MR. KIRSCHNER:  Again, I instruct | 13:12:32 |
| 17 | Ambassador Nealon not to answer to the extent that | 13:12:34 |
| 18 | they call for internal deliberations.  You can | 13:12:36 |
| 19 | answer generally the individuals you had | 13:12:36 |
| 20 | conversations with about the process of TPS within | 13:12:36 |
| 21 | the State Department, but the specifics of what you | 13:12:42 |
| 22 | were talking with certain individuals about, I | 13:12:44 |
| 23 | would instruct you not to answer. | 13:12:46 |
| 24 | A.  So as I've already stated, there were a | 13:12:51 |
| 25 | couple of people that I spoke to on a fairly | 13:12:57 |

```
 1   regular basis at the State Department about TPS.        13:13:01
 2      Q.  And were those the people that you had the       13:13:04
 3   conversations -- that you were previously              13:13:10
 4   describing as related to whether or not the process    13:13:13
 5   was or was being politicized?                          13:13:17
 6      A.  Yes.                                             13:13:19
 7      Q.  Okay.  So the next line reads, "That            13:13:20
 8   process deliberately disregarded the counsel and       13:13:27
 9   expertise of officials at the State Department and     13:13:30
10   the U.S. embassies in all three countries which       13:13:34
11   uniformly argued for an extension of the TPS          13:13:37
12   designations."                                         13:13:40
13          Did you understand the U.S. embassies          13:13:41
14   uniformly arguing for an extension of the TPS         13:13:46
15   designation?                                           13:13:49
16          MR. KIRSCHNER:  Objection, again to the        13:13:50
17   extent this calls for internal deliberations,         13:13:51
18   including recommendations within the -- internal      13:13:53
19   recommendations within the government, I instruct     13:13:56
20   you not to answer under the deliberative process      13:13:58
21   privilege.                                             13:14:01
22      Q.  So the next line reads, "SFRC Democratic       13:14:03
23   staff also determined that the White House Domestic   13:14:06
24   Policy Council sought repeatedly to influence the     13:14:11
25   outcome" -- sorry, "to influence the                  13:14:14
```

| | | |
|---|---|---|
| 1 | decision-making processes at the State Department | 13:14:14 |
| 2 | and DHS in order to ensure a predetermined outcome, | 13:14:16 |
| 3 | the termination of TPS designations for all three | 13:14:20 |
| 4 | countries." | 13:14:22 |
| 5 | Are you familiar with the White House | 13:14:25 |
| 6 | Domestic Policy Council? | 13:14:27 |
| 7 | A.  Yes. | 13:14:28 |
| 8 | Q.  How are you familiar with the Domestic | 13:14:29 |
| 9 | Policy Council? | 13:14:33 |
| 10 | A.  I'm generally pretty familiar with the | 13:14:33 |
| 11 | organization of the U.S. government.  And during my | 13:14:34 |
| 12 | time at DHS, I was in meetings where they were also | 13:14:37 |
| 13 | present, members of the Domestic Policy Council | 13:14:41 |
| 14 | were also present. | 13:14:44 |
| 15 | Q.  Do you recall who from the Domestic Policy | 13:14:45 |
| 16 | Council was present in the meetings in which you | 13:14:48 |
| 17 | were present? | 13:14:50 |
| 18 | A.  I won't remember every time I was in a | 13:14:51 |
| 19 | meeting where members of the Domestic Policy | 13:14:54 |
| 20 | Council were present, because I don't know who all | 13:14:58 |
| 21 | -- who they all are. | 13:15:00 |
| 22 | I was in meetings, a couple of meetings | 13:15:01 |
| 23 | with Stephen Miller, with a gentleman named John | 13:15:04 |
| 24 | Zadrozny, if I have that correct, Z -- somebody | 13:15:12 |
| 25 | will have to help me, Z-a-d-r-o-z-n-y; is that | 13:15:13 |

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 141 of 322 PageID #:
9833

| | | |
|---|---|---|
| 1 | correct? | 13:15:21 |
| 2 | Q.  I think that's correct, but we can check | 13:15:21 |
| 3 | during the break and confirm. | 13:15:24 |
| 4 | A.  And I know there were other members of the | 13:15:25 |
| 5 | Domestic Policy Council at times present in | 13:15:28 |
| 6 | meetings where I was present. | 13:15:29 |
| 7 | Q.  In the meetings that you were present | 13:15:31 |
| 8 | where the Domestic Policy Council was -- members of | 13:15:33 |
| 9 | the Domestic Policy Council or people that you | 13:15:35 |
| 10 | thought were connected to the Domestic Policy | 13:15:35 |
| 11 | Counsel were present, was TPS ever discussed? | 13:15:39 |
| 12 | A.  So I don't remember specific instances | 13:15:41 |
| 13 | where TPS was discussed, though it's -- though it's | 13:15:43 |
| 14 | possible. | 13:15:48 |
| 15 | Q.  Do you recall any experiences or | 13:15:48 |
| 16 | information that you have from your time at DHS | 13:15:58 |
| 17 | that would suggest that the White House Domestic | 13:16:02 |
| 18 | Policy Council sought to influence the | 13:16:07 |
| 19 | decision-making processes at the State Department | 13:16:08 |
| 20 | and DHS? | 13:16:10 |
| 21 | MR. KIRSCHNER:  Objection.  To the extent | 13:16:11 |
| 22 | this calls for internal government deliberations, I | 13:16:12 |
| 23 | would instruct you not to answer.  To the extent | 13:16:15 |
| 24 | you can provide general input about -- just | 13:16:17 |
| 25 | generally about kind of like you were saying about | 13:16:20 |

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 142 of 322 PageID #:
9834

```
1   meetings, about Domestic Policy Council, you can        13:16:24
2   provide those responses of what the subject matter      13:16:27
3   of the meetings were, but to the extent it talks        13:16:30
4   about internal government deliberations, I would        13:16:33
5   instruct you not to answer.                             13:16:37
6       Q.  I guess a yes-or-no question first.             13:16:39
7       A.  You want to restate the question?               13:16:42
8       Q.  Yeah.  Do you -- is there anything from         13:16:43
9   your experience or -- yeah, either direct               13:16:45
10  experience or indirect experience, information from     13:16:50
11  others while you were working at DHS that led you       13:16:52
12  to believe or suspect, as stated in this report,        13:16:57
13  that the White House Domestic Policy Council sought     13:17:04
14  to influence the decision-making processes at the       13:17:08
15  State Department and DHS regarding the TPS              13:17:11
16  determinations?                                         13:17:14
17          MR. KIRSCHNER:  Objection, calls for            13:17:14
18  speculation.                                            13:17:21
19      A.  Um, so this is one of those things where        13:17:21
20  I'm really not quite sure how to answer.                13:17:23
21          MR. KIRSCHNER:  To the extent that this         13:17:26
22  calls about internal government deliberations, I        13:17:28
23  would instruct you not to answer.  And I also           13:17:31
24  object that the question calls for speculation.         13:17:34
25          So to the extent it calls for internal          13:17:36
```

| | | |
|---|---|---|
| 1 | government deliberations and your answer -- to | 13:17:40 |
| 2 | provide an answer to the question asked would be | 13:17:41 |
| 3 | revealing of internal government deliberations, | 13:17:44 |
| 4 | then I would instruct you not to answer. | 13:17:47 |
| 5 | A.  Okay.  So I'm not going to answer based on | 13:17:49 |
| 6 | that objection. | 13:17:52 |
| 7 | Q.  Okay.  Can you turn to the second to last | 13:17:53 |
| 8 | page, page 4, there are two final paragraphs.  If | 13:18:48 |
| 9 | you could just read those, I'd appreciate it. | 13:18:51 |
| 10 | MR. KIRSCHNER:  Page 4 or page -- oh, | 13:18:55 |
| 11 | sorry.  I guess page 5 is the last page, but it has | 13:18:57 |
| 12 | footnotes, so you're referring to the last two | 13:19:01 |
| 13 | paragraphs on page 4; is that correct? | 13:19:03 |
| 14 | MS. MacLEAN:  Yes. | 13:19:05 |
| 15 | A.  Okay. | 13:19:29 |
| 16 | Q.  So the second to last paragraph starts | 13:19:29 |
| 17 | with, "Under the Trump administration, DHS has | 13:19:37 |
| 18 | adopted a new and strict interpretation of the | 13:19:41 |
| 19 | statute governing TPS.  The administration argues | 13:19:43 |
| 20 | that TPS can only be renewed if conditions upon | 13:19:47 |
| 21 | which the country's original designation was based | 13:19:51 |
| 22 | with an assessment of whether those originating | 13:19:53 |
| 23 | conditions continue to exist." | 13:19:57 |
| 24 | Is it your understanding from your time at | 13:20:02 |
| 25 | DHS that this was the interpretation of the TPS | 13:20:04 |

| | | |
|---|---|---|
| 1 | statute that DHS was relying on? | 13:20:07 |
| 2 | MR. KIRSCHNER:  Objection, calls for | 13:20:14 |
| 3 | speculation. | 13:20:15 |
| 4 | A.  So it's my recollection during my time at | 13:20:15 |
| 5 | DHS that strict interpretation of the statute was a | 13:20:18 |
| 6 | point of view that was held by certain people at | 13:20:23 |
| 7 | DHS, yes. | 13:20:28 |
| 8 | Q.  Who were the people that it was held by, | 13:20:29 |
| 9 | to your recollection? | 13:20:31 |
| 10 | MR. KIRSCHNER:  Objection.  To the extent | 13:20:32 |
| 11 | this calls for internal government deliberations, I | 13:20:33 |
| 12 | would instruct you not to answer. | 13:20:37 |
| 13 | Q.  With whom did you have conversations about | 13:20:38 |
| 14 | the interpretation of the statute? | 13:20:40 |
| 15 | MR. KIRSCHNER:  Objection, that suggests | 13:20:42 |
| 16 | -- kind of assuming facts not in evidence that the | 13:20:44 |
| 17 | conversations of who he's having conversations with | 13:20:46 |
| 18 | were people who had a strict interpretation.  I | 13:20:49 |
| 19 | just want to make sure that the record is clear | 13:20:51 |
| 20 | that that's not how he's testified, and I just want | 13:20:53 |
| 21 | to call that this is -- just object to the extent | 13:20:57 |
| 22 | that this suggests a mischaracterization of the | 13:21:02 |
| 23 | testimony. | 13:21:07 |
| 24 | MS. MacLEAN:  So to be clear, he can | 13:21:07 |
| 25 | answer the question of who he had conversations | 13:21:09 |

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 145 of 322 PageID #: 9837

| | | |
|---|---|---|
| 1 | with about the statute, but you want to be clear on | 13:21:11 |
| 2 | the record that the -- that he's not making any | 13:21:13 |
| 3 | assertions at this stage because of deliberative | 13:21:15 |
| 4 | process privilege assertions about what the content | 13:21:18 |
| 5 | of those conversations were? | 13:21:21 |
| 6 | MR. KIRSCHNER:  Yes, and what those -- and | 13:21:22 |
| 7 | what those people have interpreted the statue as. | 13:21:23 |
| 8 | He did not say that -- he's not speaking for the | 13:21:25 |
| 9 | agency.  He said some people, he didn't say all | 13:21:27 |
| 10 | people at the agency, so I want to make the record | 13:21:30 |
| 11 | clear that the answer that he provided did not | 13:21:33 |
| 12 | suggest that that was the only interpretation | 13:21:35 |
| 13 | within the agency.  And also that whoever he | 13:21:38 |
| 14 | identifies, it is not necessarily associated with a | 13:21:42 |
| 15 | particular interpretation. | 13:21:46 |
| 16 | Q.  So you can answer the question who -- with | 13:21:47 |
| 17 | whom you had communications about the | 13:21:50 |
| 18 | interpretation of the statute at DHS. | 13:21:53 |
| 19 | A.  So -- so obviously, this issue went right | 13:21:57 |
| 20 | to the heart of -- of the Secretary's decision on | 13:22:06 |
| 21 | terminating or extending TPS.  This issue goes | 13:22:14 |
| 22 | right to the heart of whether her hands were tied | 13:22:19 |
| 23 | or whether she had a certain amount of flexibility, | 13:22:24 |
| 24 | it being her decision to make, right? | 13:22:30 |
| 25 | And so this issue did arise in | 13:22:33 |

| | | |
|---|---|---|
| 1 | conversations, in meetings that were held about | 13:22:36 |
| 2 | TPS, and there were conversations about this issue. | 13:22:39 |
| 3 | And there were people who -- within DHS who were | 13:22:46 |
| 4 | strict constructionists, if I can use that phrase | 13:22:52 |
| 5 | in this context, and there were other people who -- | 13:22:58 |
| 6 | who had a more flexible approach to the Secretary's | 13:23:00 |
| 7 | authorities in extending or redesignating TPS. | 13:23:05 |
| 8 | Q.  So can you identify who you had | 13:23:09 |
| 9 | conversations with or who -- whether you had direct | 13:23:18 |
| 10 | conversations with these people or you were aware | 13:23:26 |
| 11 | of conversations or, you know, in the room when | 13:23:29 |
| 12 | these conversations happened regarding the | 13:23:33 |
| 13 | interpretation of the TPS statute? | 13:23:34 |
| 14 | MR. KIRSCHNER:  Again, I just want to make | 13:23:36 |
| 15 | the record clear that I'm instructing Ambassador | 13:23:38 |
| 16 | Nealon not to answer about what the recommendations | 13:23:41 |
| 17 | or discussions were.  You can answer who you had | 13:23:46 |
| 18 | conversations with about the interpretation of TPS. | 13:23:51 |
| 19 | THE WITNESS:  Okay.  That's helpful. | 13:23:55 |
| 20 | A.  So I don't recall having a conversation | 13:24:00 |
| 21 | myself with anyone about this -- in other words, I | 13:24:04 |
| 22 | don't recall having debate or an argument with | 13:24:15 |
| 23 | anyone within DHS myself about this issue. | 13:24:17 |
| 24 | I do recall, as I said, this issue coming | 13:24:20 |
| 25 | up, as it naturally would, in meetings that -- that | 13:24:23 |

| | | |
|---|---|---|
| 1 | took place where TPS was discussed. | 13:24:29 |
| 2 | Q.  And can you say who you know to have | 13:24:32 |
| 3 | participated in those conversations? | 13:24:36 |
| 4 | A.  So, you know, I -- | 13:24:39 |
| 5 | MR. KIRSCHNER:  Objection to the extent it | 13:24:43 |
| 6 | calls for speculation.  I know that the question | 13:24:45 |
| 7 | said did you know, but based on his last answer, I | 13:24:48 |
| 8 | just object to the extent that -- that the word | 13:24:51 |
| 9 | "know" suggested a speculative answer. | 13:24:54 |
| 10 | A.  You know, it's just very difficult to pick | 13:24:57 |
| 11 | out one meeting out of literally thousands that | 13:25:02 |
| 12 | I've had over the last couple of years, thousands, | 13:25:06 |
| 13 | and say oh, yeah, at that meeting, these people | 13:25:09 |
| 14 | were present and this person said that about -- I | 13:25:12 |
| 15 | just don't have a memory that works like that. | 13:25:15 |
| 16 | Q.  Um-hum, um-hum. | 13:25:18 |
| 17 | A.  So what I can do is characterize it, as I | 13:25:20 |
| 18 | just did for you, which is that there were -- there | 13:25:23 |
| 19 | are lots of meetings at DHS, and in some of those | 13:25:26 |
| 20 | meetings, TPS was discussed.  And at some of those | 13:25:29 |
| 21 | meetings where TPS was discussed, this issue arose | 13:25:34 |
| 22 | because it's a fundamental issue because it goes | 13:25:37 |
| 23 | directly to the authority and the leeway that the | 13:25:39 |
| 24 | Secretary has in making a decision about TPS, so it | 13:25:44 |
| 25 | was discussed. | 13:25:48 |

| | | |
|---|---|---|
| 1 | Now, who was -- who was at that meeting? | 13:25:53 |
| 2 | There was no that meeting, there were many | 13:25:54 |
| 3 | meetings.  So who was at those meetings? | 13:25:58 |
| 4 | At the meetings that I was at, I was | 13:26:00 |
| 5 | there.  At some of those, the Secretary or Acting | 13:26:03 |
| 6 | Secretary was there.  Oftentimes, there would be | 13:26:06 |
| 7 | representatives of the general counsel's office | 13:26:08 |
| 8 | there.  Most of the time, there would be one or | 13:26:11 |
| 9 | more of the Secretary's counsellors present, and | 13:26:15 |
| 10 | almost always you would have had the Secretary's | 13:26:20 |
| 11 | Chief of Staff and/or Deputy Chief of Staff. | 13:26:23 |
| 12 | Q.  Thank you. | 13:26:33 |
| 13 | And just to identify some of these people, | 13:26:34 |
| 14 | when you say the Secretary or the Acting Secretary, | 13:26:38 |
| 15 | would you say that this conversation has come up in | 13:26:39 |
| 16 | context where General Kelly, Acting Secretary Duke, | 13:26:42 |
| 17 | and Secretary Nielsen had been present or some | 13:26:47 |
| 18 | combination of those three? | 13:26:50 |
| 19 | MR. KIRSCHNER:  Objection, compound | 13:26:51 |
| 20 | question, calls for -- confusing, just compound | 13:26:53 |
| 21 | question. | 13:26:58 |
| 22 | A.  So to give you a little bit of | 13:26:58 |
| 23 | perspective, which might be helpful.  I overlapped | 13:27:00 |
| 24 | for three weeks with General Kelly, so just by | 13:27:03 |
| 25 | definition, I was in far, far fewer meetings with | 13:27:06 |

```
 1   him than I was with Secretary Duke or Secretary        13:27:09
 2   Nielsen.                                                13:27:12
 3          I believe -- I believe Acting Secretary         13:27:13
 4   Duke was the Acting Secretary for about five months    13:27:17
 5   of the time that I was there, so by definition, I      13:27:21
 6   had far more meetings with her than I had with         13:27:24
 7   General Kelly or with Secretary Nielsen.               13:27:26
 8          And I believe I overlapped with Secretary       13:27:29
 9   Nielsen for about two months.  I might be a little     13:27:32
10   bit off, but something like that.  So again, by       13:27:35
11   definition, there were just fewer meetings with her    13:27:38
12   when -- during her time as Secretary than there        13:27:41
13   were with Acting Secretary Duke.                       13:27:45
14       Q.  So given that and with that context, do        13:27:49
15   you recall any of these conversations with             13:27:52
16   Secretary -- with General Kelly?                        13:27:54
17          MR. KIRSCHNER:  Objection, to the context      13:27:55
18   of timing, it's vague about if you're referring to     13:27:57
19   General Kelly's time as Secretary of Homeland          13:28:05
20   Security.                                               13:28:08
21       Q.  General Kelly's time as Secretary of           13:28:08
22   Homeland Security.                                      13:28:11
23       A.  I don't.                                        13:28:11
24       Q.  Do you recall having these conversations       13:28:11
25   or being present in the room where Secretary Duke      13:28:13
```

| | | |
|---|---|---|
| 1 | -- Acting Secretary Duke was involved in these | 13:28:16 |
| 2 | conversations? | 13:28:19 |
| 3 | A.  Yes. | 13:28:19 |
| 4 | Q.  Do you recall being present when Secretary | 13:28:19 |
| 5 | Nielsen was involved in these conversations | 13:28:22 |
| 6 | regarding the interpretation of the TPS statute? | 13:28:24 |
| 7 | A.  I don't. | 13:28:33 |
| 8 | Q.  And you said some of these conversations | 13:28:34 |
| 9 | would take place where the Secretary's counsellors | 13:28:41 |
| 10 | were in the room.  You identified previously that | 13:28:46 |
| 11 | the Secretary's counselor who was overseeing the | 13:28:49 |
| 12 | immigration portfolio was Mr. Hamilton. | 13:28:53 |
| 13 | Are you referencing Mr. Hamilton when you | 13:28:56 |
| 14 | speak about the Secretary's counsellors being | 13:28:59 |
| 15 | present in the room for those conversations? | 13:29:02 |
| 16 | A.  He is one of the counsellors that I'm | 13:29:04 |
| 17 | referencing; there were others. | 13:29:06 |
| 18 | Q.  Who were the other counsellors that you | 13:29:08 |
| 19 | would be referencing? | 13:29:09 |
| 20 | A.  So she had a number of counsellors, and | 13:29:09 |
| 21 | they changed over the period of time that I was | 13:29:13 |
| 22 | there.  And, you know, they run their own schedules | 13:29:15 |
| 23 | as well, so not everybody can be at every meeting. | 13:29:17 |
| 24 | But Mr. Hamilton was -- was the counsellor | 13:29:20 |
| 25 | who was most often present in meetings where TPS | 13:29:23 |

```
 1   was discussed.                                    13:29:26
 2        Q.  Is it accurate that Ms. Tracy Short     13:29:28
 3   succeeded Mr. Hamilton when he moved to the      13:29:32
 4   Department of Justice?                            13:29:35
 5        A.  So that's Mr. Tracy Short.              13:29:37
 6        Q.  Mr. Tracy Short.  Sorry about that.     13:29:39
 7        A.  And Tracy Short did become a counsellor. 13:29:44
 8   Whether he actually replaced Mr. Hamilton or not, I 13:29:49
 9   don't know.  But he did become a counsellor, yes. 13:29:53
10        Q.  Was there someone who took over the     13:29:55
11   immigration portfolio as one of the Secretary's  13:29:58
12   counsellors after Mr. Hamilton moved from DHS to 13:30:01
13   Department of Justice?                            13:30:06
14        A.  You know, what the formal designation   13:30:06
15   upstairs in the Secretary's office was, I don't  13:30:08
16   recall, but I do know Mr. Short was often involved 13:30:11
17   in -- during his time there in conversations about 13:30:14
18   immigration, TPS.                                 13:30:17
19        Q.  Okay.  Was there anyone else --         13:30:18
20            MS. MacLEAN:  Sorry, scratch that.      13:30:22
21        Q.  Following Mr. Hamilton's tenure at DHS, 13:30:27
22   was there any other counsellor to the Secretary who 13:30:33
23   was regularly or often present in TPS-related    13:30:34
24   conversations?                                    13:30:38
25        A.  Yes, just because the counsellors were  13:30:39
```

| | | |
|---|---|---|
| 1 | often present in meetings where the Secretary was | 13:30:45 |
| 2 | present.  So Miles Taylor, for example, is another | 13:30:48 |
| 3 | counsellor to the Secretary.  He didn't cover | 13:30:55 |
| 4 | immigration specifically, but he would oftentimes | 13:30:57 |
| 5 | be in meetings where immigration and TPS were | 13:31:00 |
| 6 | discussed. | 13:31:04 |
| 7 | Q.  Okay.  Anyone else? | 13:31:04 |
| 8 | A.  No one else occurs to me. | 13:31:06 |
| 9 | Q.  Okay.  Great.  We'll move on from that | 13:31:08 |
| 10 | exhibit. | 13:31:36 |
| 11 | (Exhibit 35, NewsRoom article, 5/8/18 | 13:31:55 |
| 12 | Washington Post, marked for identification.) | 13:31:56 |
| 13 | Q.  So we just marked Exhibit 35.  It's a long | 13:31:56 |
| 14 | article.  I'm not going to make you read the whole | 13:31:59 |
| 15 | thing right now, and you may have read this before. | 13:32:01 |
| 16 | But if you could turn to the middle of | 13:32:05 |
| 17 | page 2, the fifth full paragraph down, which starts | 13:32:10 |
| 18 | with, "According to current and former State | 13:32:17 |
| 19 | Department officials." | 13:32:21 |
| 20 | Do you see where I'm looking? | 13:32:22 |
| 21 | A.  Yes. | 13:32:24 |
| 22 | MR. KIRSCHNER:  I would kind of object and | 13:32:25 |
| 23 | ask that Ambassador Nealon have an opportunity to | 13:32:26 |
| 24 | look at the document to the extent he feels -- | 13:32:28 |
| 25 | Q.  Yeah.  You can take a moment to look at | 13:32:32 |

| | |
|---|---|
| 1   the document.  Just trying to give us enough time | 13:32:34 |
| 2   to cover the issues that need to be covered.  I | 13:32:37 |
| 3   don't think it's necessary that you read this | 13:32:39 |
| 4   entire document.  I imagine you have reviewed this | 13:32:41 |
| 5   document before. | 13:32:43 |
| 6        MR. KIRSCHNER:  I just want to make sure | 13:32:43 |
| 7   that when he's answering questions, that it's in | 13:32:45 |
| 8   the context of understanding what else is in the | 13:32:47 |
| 9   document. | 13:32:49 |
| 10        MS. MacLEAN:  Fair enough. | 13:32:51 |
| 11        MR. KIRSCHNER:  So I defer to Ambassador | 13:32:52 |
| 12   Nealon when he's prepared to answer questions about | 13:32:54 |
| 13   the document. | 13:32:57 |
| 14     Q.  I'm not going to ask you too many | 13:32:58 |
| 15   questions about this document. | 13:33:00 |
| 16     A.  So go ahead and ask me the questions and | 13:33:01 |
| 17   then if I need to refer back to the document, I'll | 13:33:03 |
| 18   ask your permission to do so. | 13:33:05 |
| 19     Q.  Of course. | 13:33:06 |
| 20        So that paragraph reads, "According to | 13:33:07 |
| 21   current and former State Department officials, the | 13:33:08 |
| 22   embassy cables were received by Tillerson's aides | 13:33:11 |
| 23   but generated no reply from the Secretary or his | 13:33:12 |
| 24   staff." | 13:33:15 |
| 25        Do you understand that to have been the | 13:33:15 |

1   case with regard to embassy cables?                    13:33:17

2          MR. KIRSCHNER:  Objection.  To the extent       13:33:19

3   this question calls for internal government            13:33:21

4   deliberations, I would instruct you not to answer.     13:33:24

5          MS. MacLEAN:  So you're asserting that the       13:33:28

6   existence of a reply is covered by the deliberative    13:33:31

7   process privilege?                                      13:33:34

8          MR. KIRSCHNER:  The nature of a reply,           13:33:34

9   including the existence of a reply, reveals            13:33:37

10  internal government deliberations about how the        13:33:40

11  government is -- is conducting its deliberations.      13:33:43

12  I just want to make sure -- or, I mean, to the         13:33:46

13  extent that you can ask him if he's aware of           13:33:49

14  communications between the State Department            13:33:54

15  concerning embassy cables, I would allow him to        13:33:56

16  answer, but -- but the sentence itself                 13:34:00

17  characterizes by the phrase "generated no reply,"     13:34:02

18  something about the nature of a reply or -- or what    13:34:05

19  it is -- how the communication happened.               13:34:08

20          So he's -- he can provide an answer about       13:34:11

21  whether he's aware of any communications between       13:34:15

22  the State Department concerning the embassy cables,    13:34:19

23  but beyond that, I would ask for him to -- instruct    13:34:22

24  him not to answer about internal government            13:34:25

25  deliberations, because he might not even know the      13:34:28

| | | |
|---|---|---|
| 1 | answer to this question. | 13:34:31 |
| 2 | Q.  So to the extent that you can answer based | 13:34:32 |
| 3 | on what your attorney has advised, are you aware of | 13:34:34 |
| 4 | whether there was any reply from the Secretary of | 13:34:38 |
| 5 | State or his staff to the embassy cables that were | 13:34:41 |
| 6 | received regarding TPS? | 13:34:44 |
| 7 | MR. KIRSCHNER:  Again, objection, this is | 13:34:45 |
| 8 | like foundational.  Like, this is characterizing | 13:34:47 |
| 9 | kind of a sentence in an article that without | 13:34:51 |
| 10 | context I think provides a difficulty in | 13:34:55 |
| 11 | responding, and it's a characterization of how the | 13:35:01 |
| 12 | sentence is stated within the article. | 13:35:04 |
| 13 | Q.  If you understand the question, you can | 13:35:07 |
| 14 | answer the question. | 13:35:11 |
| 15 | A.  So I'm not aware one way or the other that | 13:35:11 |
| 16 | the -- that the cables were answered or that they | 13:35:13 |
| 17 | were not answered. | 13:35:15 |
| 18 | Q.  So the following sentence reads, "In the | 13:35:17 |
| 19 | ensuing weeks, Trump Senior Advisor and Immigration | 13:35:29 |
| 20 | Hardliner Stephen Miller placed phone calls to DHS | 13:35:33 |
| 21 | Chief of Staff Chad Wolf and top Tillerson | 13:35:36 |
| 22 | advisors, telling them to end TPS anyway, according | 13:35:39 |
| 23 | to current and former administration officials who | 13:35:41 |
| 24 | like others spoke on the condition of anonymity." | 13:35:44 |
| 25 | Are you aware of whether Trump Senior | 13:35:47 |

| | | |
|---|---|---|
| 1 | Advisor and Immigration -- well, we won't -- we | 13:35:50 |
| 2 | won't characterize his position, but that Trump | 13:35:53 |
| 3 | Senior Advisor Stephen Miller placed phone calls to | 13:35:56 |
| 4 | DHS Chief of Staff Chad Wolf concerning TPS? | 13:36:00 |
| 5 | MR. KIRSCHNER:  And on this question, | 13:36:05 |
| 6 | Ambassador Nealon, you can answer the question as | 13:36:07 |
| 7 | asked about whether you're aware of any phone calls | 13:36:09 |
| 8 | between Stephen Miller and Chad Wolf.  To the | 13:36:11 |
| 9 | extent the question calls for the nature of those | 13:36:15 |
| 10 | communications, I would instruct you not to answer. | 13:36:17 |
| 11 | A.  So I was told that such phone calls took | 13:36:21 |
| 12 | place, but I didn't and don't have any firsthand | 13:36:25 |
| 13 | knowledge of those phone calls. | 13:36:28 |
| 14 | Q.  Who told you that the phone calls took | 13:36:35 |
| 15 | place? | 13:36:37 |
| 16 | MR. KIRSCHNER:  You can answer. | 13:36:37 |
| 17 | A.  Chad Wolf and others. | 13:36:38 |
| 18 | Q.  Did Mr. Wolf describe to you without -- | 13:36:42 |
| 19 | it's a yes-or-no question -- the content of those | 13:36:47 |
| 20 | phone calls? | 13:36:50 |
| 21 | A.  No, only in the broadest terms, only that | 13:36:51 |
| 22 | the phone calls had taken place. | 13:36:56 |
| 23 | Q.  The second portion of that sentence reads | 13:36:58 |
| 24 | that Mr. Miller also communicated with top | 13:37:07 |
| 25 | Tillerson advisors concerning TPS. | 13:37:11 |

```
 1          Are you aware of whether those              13:37:14
 2   communications happened?                           13:37:15
 3          MR. KIRSCHNER:  Again, you can answer the   13:37:17
 4   yes-or-no question of whether you're aware of those 13:37:20
 5   communications.  To the extent that the question   13:37:23
 6   elaborates on the nature of those communications, I 13:37:37
 7   will instruct you not to answer, but first there   13:37:31
 8   might not be a need to answer the second part of   13:37:33
 9   the question.                                      13:37:35
10      A.  I'm not aware.                              13:37:35
11      Q.  Okay.  So you can read the next paragraph   13:37:44
12   and the following paragraph.  I mean, you can read 13:37:50
13   to the end of the page, if you'd like, and I'll ask 13:37:53
14   you a question about two paragraphs down.          13:37:56
15          MR. KIRSCHNER:  Sorry, just to make sure,  13:37:58
16   you're -- are you going from "The White House      13:37:59
17   official" down till -- to what paragraph?          13:38:02
18      Q.  And you can read just if you want the       13:38:05
19   context, you know, a few more paragraphs.  But the 13:38:07
20   main question is from the paragraph that starts    13:38:10
21   with "In the letter dated October 31st."           13:38:12
22          MR. KIRSCHNER:  Okay.                       13:38:14
23      A.  Okay.                                       13:38:48
24      Q.  So in the paragraph that starts with, "In  13:38:48
25   a letter dated October 31st," that paragraph reads, 13:38:50
```

```
 1   "Tillerson told Homeland Security Acting Secretary       13:38:55

 2   Elaine Duke that conditions in Central America and       13:38:58

 3   Haiti had improved" --                                   13:39:05

 4          (Interruption by the reporter.)                   13:39:05

 5   Q.   "Tillerson told Homeland Security's Acting          13:39:08

 6   Secretary Elaine Duke that conditions in Central         13:39:08

 7   America and Haiti had improved and that TPS              13:39:15

 8   protections were no longer warranted.  When the two      13:39:17

 9   spoke by phone, Tillerson told Duke ending TPS 'was      13:39:20

10   just something she had to do?'"                          13:39:25

11          Are you aware of any conversation like the        13:39:28

12   conversation that is described in this paragraph?        13:39:34

13          MR. KIRSCHNER:  Objection.  Ambassador            13:39:36

14   Nealon can answer the question if he's aware of any      13:39:40

15   conversations between Elaine Duke and Secretary          13:39:43

16   Tillerson about TPS.  I instruct Ambassador Nealon       13:39:47

17   not to answer about the nature of the deliberations      13:39:51

18   between Secretary of State Tillerson and Acting          13:39:54

19   Secretary Duke.                                          13:39:58

20   A.   Yes.                                                13:39:59

21          MR. KIRSCHNER:  Sorry.  I -- like the             13:40:00

22   record is not clear, the question of yes, I just         13:40:02

23   want to make it clear in your words what you're          13:40:06

24   referring to as yes so that we're not -- have a          13:40:09

25   lack of clarity on the record.                           13:40:14
```

| | | |
|---|---|---|
| 1 | THE WITNESS:  Thank you. | 13:40:16 |
| 2 | A.  Yes, I'm aware that such a conversation | 13:40:17 |
| 3 | took place in that I was told that such a | 13:40:21 |
| 4 | conversation took place.  I wasn't present for it | 13:40:25 |
| 5 | and had no direct knowledge of it. | 13:40:28 |
| 6 | Q.  And who communicated to you that such a | 13:40:30 |
| 7 | conversation took place? | 13:40:32 |
| 8 | A.  I don't recall. | 13:40:33 |
| 9 | MR. KIRSCHNER:  Again, I think the record | 13:40:38 |
| 10 | is not clear when you say "such a conversation took | 13:40:39 |
| 11 | place."  Again, you're -- it's okay for you to | 13:40:43 |
| 12 | answer questions about whether Secretary of State | 13:40:49 |
| 13 | Tillerson and Acting Secretary Duke had | 13:40:51 |
| 14 | conversations about TPS. | 13:40:54 |
| 15 | The nature of those conversations, I | 13:40:56 |
| 16 | instruct you not to answer.  So when you say "such | 13:40:57 |
| 17 | a conversation took place," I want to make sure the | 13:41:00 |
| 18 | record is clear what you're referring to. | 13:41:02 |
| 19 | A.  So I was told that there was a | 13:41:05 |
| 20 | conversation between Secretary Tillerson and Acting | 13:41:12 |
| 21 | Secretary Duke regarding the TPS decision. | 13:41:18 |
| 22 | Q.  And that conversation happened around | 13:41:25 |
| 23 | October 31st, 2017, in your recollection? | 13:41:29 |
| 24 | A.  So I don't recall the date.  My | 13:41:39 |
| 25 | recollection is that it happened at the time of the | 13:41:40 |

| | | |
|---|---|---|
| 1 | TPS decision. | 13:41:43 |
| 2 | Q.  Okay.  So the last full paragraph of that | 13:41:48 |
| 3 | page reads, "White House Chief of Staff John | 13:41:55 |
| 4 | F. Kelly, who had run DHS from January until July, | 13:42:00 |
| 5 | called Duke from Asia where he was traveling with | 13:42:04 |
| 6 | the President to convey his frustration." | 13:42:07 |
| 7 | Were you aware of whether White House | 13:42:10 |
| 8 | Chief of Staff John Kelly called Acting Secretary | 13:42:13 |
| 9 | Duke concerning TPS? | 13:42:17 |
| 10 | MR. KIRSCHNER:  Again, I will instruct | 13:42:18 |
| 11 | Ambassador Nealon that he can answer the question | 13:42:21 |
| 12 | of whether he's aware of a phone call between | 13:42:23 |
| 13 | General Kelly and Acting Secretary Duke. | 13:42:26 |
| 14 | To the extent the question calls for | 13:42:30 |
| 15 | deliberations during that phone call, I would | 13:42:33 |
| 16 | instruct Ambassador Nealon not to answer. | 13:42:35 |
| 17 | A.  Similarly, I was told that a phone | 13:42:38 |
| 18 | conversation took place between Chief of Staff | 13:42:42 |
| 19 | Kelly and Acting Secretary Duke at the time of | 13:42:46 |
| 20 | the -- of that particular TPS decision. | 13:42:51 |
| 21 | Q.  And who communicated to you that there was | 13:42:54 |
| 22 | such a phone call? | 13:43:01 |
| 23 | A.  I don't recall. | 13:43:02 |
| 24 | Q.  Do you recall whether it was one of the | 13:43:03 |
| 25 | participants of the phone call? | 13:43:09 |

| | | |
|---|---|---|
| 1 | A.  I don't recall. | 13:43:11 |
| 2 | Q.  Okay.  And the last -- sorry, not the last | 13:43:13 |
| 3 | from this article -- if you go to the next page, in | 13:43:22 |
| 4 | the middle of the page, there's a paragraph that | 13:43:26 |
| 5 | starts with, "Immigration restrictionists." | 13:43:30 |
| 6 | Do you see that paragraph? | 13:43:33 |
| 7 | A.  I do. | 13:43:35 |
| 8 | Q.  The paragraph reads -- and I will go | 13:43:35 |
| 9 | slower this time -- "Immigration restrictionists | 13:43:39 |
| 10 | seeking to reduce the number of foreigners living | 13:43:40 |
| 11 | in the United States argue the law's 'temporary' | 13:43:45 |
| 12 | intent has been violated." | 13:43:54 |
| 13 | Were you aware during your time at DHS of | 13:43:56 |
| 14 | any communication within the Department of Homeland | 13:44:00 |
| 15 | Security concerning whether TPS was no longer | 13:44:04 |
| 16 | temporary in nature? | 13:44:07 |
| 17 | MR. KIRSCHNER:  Objection.  To the extent | 13:44:08 |
| 18 | this calls for internal government deliberations, I | 13:44:09 |
| 19 | instruct you not to answer. | 13:44:14 |
| 20 | Q.  Were you aware of general conversations | 13:44:18 |
| 21 | about this matter? | 13:44:21 |
| 22 | MS. MacLEAN:  He -- he can answer -- | 13:44:23 |
| 23 | MR. KIRSCHNER:  As I said before, you can | 13:44:23 |
| 24 | answer a question of whether you are aware of | 13:44:24 |
| 25 | whether the question of temporary came up in the | 13:44:26 |

| | | |
|---|---|---|
| 1 | context of TPS.  What the nature of that -- those | 13:44:29 |
| 2 | conversations were in terms of government | 13:44:33 |
| 3 | deliberations, I would instruct you not to answer. | 13:44:34 |
| 4 | A.  Yes, I was aware of such conversations. | 13:44:38 |
| 5 | MR. KIRSCHNER:  I would -- sorry -- just | 13:44:40 |
| 6 | with the objection, I would ask Ambassador Nealon, | 13:44:43 |
| 7 | when you say "such conversations," that we've lost | 13:44:46 |
| 8 | kind of the thread from the question, that you kind | 13:44:48 |
| 9 | of define what you're referring to to make the | 13:44:50 |
| 10 | record clear.  I think it would probably be in | 13:44:52 |
| 11 | everybody's interest. | 13:44:55 |
| 12 | THE WITNESS:  Thank you. | 13:44:56 |
| 13 | A.  So during my time at TPS, I was -- at DHS, | 13:44:58 |
| 14 | excuse me -- I was aware of conversations that took | 13:45:02 |
| 15 | place about the temporary nature of temporary | 13:45:07 |
| 16 | protected status. | 13:45:10 |
| 17 | Q.  Do you recall in what context those | 13:45:11 |
| 18 | conversations arose? | 13:45:14 |
| 19 | A.  Yes. | 13:45:15 |
| 20 | Q.  What were the contexts in which those | 13:45:19 |
| 21 | conversations arose? | 13:45:23 |
| 22 | A.  So, again, this is one of the things that | 13:45:24 |
| 23 | goes to the heart of the Secretary's decision on | 13:45:30 |
| 24 | TPS.  It's one of the many elements that fed into | 13:45:36 |
| 25 | her decision-making process:  What is the nature of | 13:45:42 |

| | | |
|---|---|---|
| 1 | temporary protected status, how long can it go on. | 13:45:46 |
| 2 | So yes, there were conversations about that. | 13:45:53 |
| 3 | Q.  Were you aware of these conversations | 13:45:55 |
| 4 | during the tenure of General Kelly as DHS | 13:46:03 |
| 5 | Secretary? | 13:46:07 |
| 6 | A.  Yes. | 13:46:10 |
| 7 | Q.  Were you aware of those conversations | 13:46:13 |
| 8 | during the tenure of Secretary Duke as Acting | 13:46:15 |
| 9 | Secretary? | 13:46:20 |
| 10 | A.  Yes. | 13:46:20 |
| 11 | Q.  Were you aware of those conversations when | 13:46:21 |
| 12 | Secretary Nielsen -- during Secretary Nielsen's | 13:46:24 |
| 13 | tenure? | 13:46:28 |
| 14 | A.  Yes.  Maybe I should clarify, when we talk | 13:46:29 |
| 15 | about conversations, it was more like -- the way I | 13:46:33 |
| 16 | would describe it is one of the elements that would | 13:46:37 |
| 17 | go into a decision on TPS, one of the many elements | 13:46:41 |
| 18 | that would go into the Secretary's decision on TPS | 13:46:47 |
| 19 | is the nature of TPS. | 13:46:51 |
| 20 | Q.  Are you -- was the -- was the Secretary -- | 13:46:53 |
| 21 | were any of the DHS secretaries who were | 13:47:08 |
| 22 | secretaries during your tenure seeking guidance | 13:47:10 |
| 23 | concerning that question about whether temporary | 13:47:14 |
| 24 | protected status needed to be temporally limited? | 13:47:21 |
| 25 | MR. KIRSCHNER:  I would instruct | 13:47:26 |

1    Ambassador Nealon that you can provide an answer of        13:47:30
2    whether the -- any of the secretaries sought               13:47:33
3    guidance, but the nature of that guidance, I would         13:47:38
4    instruct you not to answer as deliberative process.        13:47:42
5    And to the extent that you're aware that the               13:47:45
6    guidance came from attorney-client communications,         13:47:47
7    I would also instruct you not to answer on the             13:47:50
8    attorney-client grounds, to the extent you                 13:47:57
9    differentiate in that manner.  So you can provide          13:48:02
10   an answer as to whether guidance was sought on this        13:48:05
11   question.                                                  13:48:08
12       A.  So I don't actually know if any of the             13:48:08
13   three secretaries asked their office of legal              13:48:11
14   counsel to provide them with a legal document which        13:48:14
15   would explain the temporary or the temporal nature         13:48:16
16   of TPS.  I don't know.                                     13:48:20
17          What I do know is that this is something            13:48:24
18   that was on the minds of those of us in DHS who            13:48:26
19   were dealing with TPS, what does temporary                 13:48:33
20   protected status mean.                                     13:48:38
21       Q.  So aside -- it sounds like, if I                   13:48:39
22   understand correctly, it's not clear whether the           13:48:43
23   Office of General Counsel weighed in on this               13:48:46
24   question or was asked to weigh in on this question,        13:48:48
25   but the question was being considered within DHS;          13:48:50

| | |
|---|---|
| 1   is that correct? | 13:48:54 |
| 2       A.   Yeah, it sounds like I'm being | 13:48:54 |
| 3   obstructionist or something, and I'm really not | 13:49:00 |
| 4   trying to.  It's -- it seems as though you're | 13:49:02 |
| 5   asking me to recall specific conversations when -- | 13:49:08 |
| 6   and I just -- I just can't. | 13:49:10 |
| 7           So what I do know, what I do recall is | 13:49:11 |
| 8   that this is one of the many things that was on the | 13:49:15 |
| 9   minds of those of us who had to advise the | 13:49:18 |
| 10   Secretary about TPS, along with the strict | 13:49:21 |
| 11   constructionist issue, there was also this temporal | 13:49:26 |
| 12   issue, and then there were of course the policy | 13:49:32 |
| 13   implications. | 13:49:34 |
| 14       Q.   What were the policy implications that | 13:49:35 |
| 15   you're referencing? | 13:49:37 |
| 16       A.   So the ones I'm referencing are foreign | 13:49:43 |
| 17   policy considerations. | 13:49:46 |
| 18       Q.   Were there other policy implications that | 13:49:47 |
| 19   others were referencing? | 13:49:50 |
| 20           MR. KIRSCHNER:  Again, I instruct | 13:49:52 |
| 21   Ambassador Nealon to the extent this is getting | 13:49:54 |
| 22   into questions about internal government | 13:49:57 |
| 23   deliberations, about recommendations or | 13:50:00 |
| 24   deliberations about decisions in anticipation of | 13:50:05 |
| 25   decisions being made, I instruct you not to answer. | 13:50:10 |

| | | |
|---|---|---|
| 1 | To the extent you can provide a general | 13:50:12 |
| 2 | answer, you can provide a general response in terms | 13:50:15 |
| 3 | of kind of what you view kind of were the major | 13:50:17 |
| 4 | kind of questions to be addressed in your mind. | 13:50:21 |
| 5 | A.  Sorry.  Would you restate? | 13:50:26 |
| 6 | Q.  Yes.  You said, you know, amongst the | 13:50:28 |
| 7 | issues that were being considered by the Secretary | 13:50:30 |
| 8 | or DHS entities that were involved in advising the | 13:50:32 |
| 9 | Secretary regarding TPS were questions around the | 13:50:36 |
| 10 | temporal nature of TPS, the -- the question of | 13:50:39 |
| 11 | whether the TPS statute should be interpreted in a | 13:50:43 |
| 12 | strictly constructionist way, or more broadly, and | 13:50:48 |
| 13 | policy implications. | 13:50:51 |
| 14 | And so I asked what are the policy | 13:50:52 |
| 15 | implications.  And you identified for yourself some | 13:50:54 |
| 16 | of those policy implications would be foreign | 13:50:59 |
| 17 | policy considerations.  And so I asked were there | 13:51:01 |
| 18 | other policy considerations that you know that were | 13:51:05 |
| 19 | considered by others within DHS. | 13:51:07 |
| 20 | A.  Yes. | 13:51:10 |
| 21 | Q.  I would imagine beyond that in terms of | 13:51:10 |
| 22 | the content of those conversations, you, and your | 13:51:18 |
| 23 | counsel in particular, would identify that you | 13:51:21 |
| 24 | can't answer in more detail because of deliberative | 13:51:23 |
| 25 | process privilege assertions. | 13:51:26 |

| | | |
|---|---|---|
| 1 | MS. MacLEAN:  Is that correct? | 13:51:28 |
| 2 | MR. KIRSCHNER:  Correct.  I mean, I'll | 13:51:34 |
| 3 | instruct you not to answer under deliberative | 13:51:34 |
| 4 | process, kind of the internal deliberations of -- | 13:51:34 |
| 5 | in anticipation of a decision being made, besides | 13:51:37 |
| 6 | the general kind of context of what kind of were | 13:51:40 |
| 7 | considered, of what factored into a decision. | 13:51:44 |
| 8 | Q.  Let me see if I can clarify in a way that | 13:51:47 |
| 9 | doesn't raise deliberative process privilege | 13:51:50 |
| 10 | concerns. | 13:51:53 |
| 11 | Were any of these policy considerations | 13:51:53 |
| 12 | discussed after a decision had been made? | 13:51:55 |
| 13 | A.  You know, I -- I don't recall -- I don't | 13:52:03 |
| 14 | recall such discussions after decisions were made, | 13:52:09 |
| 15 | no. | 13:52:12 |
| 16 | Q.  Okay.  Let's turn to page -- | 13:52:12 |
| 17 | MR. KIRSCHNER:  I just want to make clear | 13:52:18 |
| 18 | that he -- that Ambassador Nealon can discuss | 13:52:20 |
| 19 | generally what factors played into a decision.  I | 13:52:22 |
| 20 | don't want to suggest that I'm shutting down one | 13:52:24 |
| 21 | line of questioning on this.  I mean, Ambassador | 13:52:28 |
| 22 | Nealon has responded.  And so I don't want to give | 13:52:30 |
| 23 | the misimpression there. | 13:52:32 |
| 24 | What those internal deliberations were, | 13:52:33 |
| 25 | who was making recommendations along those lines, | 13:52:36 |

| | | |
|---|---|---|
| 1 | that I would instruct you not to answer on all | 13:52:38 |
| 2 | these factors, but in terms of general factors, you | 13:52:42 |
| 3 | can provide a general overview of what factors went | 13:52:43 |
| 4 | into a decision for TPS. | 13:52:46 |
| 5 | THE WITNESS:  Thank you.  That's helpful. | 13:52:49 |
| 6 | So maybe I can clarify a little bit. | 13:52:51 |
| 7 | A.  So, you know, whenever someone like the | 13:52:53 |
| 8 | Secretary of Homeland Security is faced with a | 13:52:55 |
| 9 | consequential policy decision like TPS, there are a | 13:52:59 |
| 10 | number of factors that have to be taken into | 13:53:02 |
| 11 | account. | 13:53:04 |
| 12 | And in the case of TPS, we've talked about | 13:53:05 |
| 13 | a couple of them.  One was the legal nature of TPS, | 13:53:07 |
| 14 | whether you interpret the statute strictly or more | 13:53:12 |
| 15 | -- in a more flexible way. | 13:53:16 |
| 16 | The other is the temporal nature of TPS, | 13:53:18 |
| 17 | what does temporary protected status mean after | 13:53:21 |
| 18 | 20 years, for example. | 13:53:26 |
| 19 | Then there are policy considerations, what | 13:53:29 |
| 20 | are the foreign policy consequences for the United | 13:53:32 |
| 21 | States of extending or terminating TPS.  And then | 13:53:36 |
| 22 | finally, what are the domestic policy | 13:53:43 |
| 23 | considerations of either terminating or extending | 13:53:45 |
| 24 | TPS.  So those are the kind of things that any of | 13:53:49 |
| 25 | the secretaries would have taken into account when | 13:53:53 |

| | | |
|---|---|---|
| 1 | contemplating a decision. | 13:53:56 |
| 2 | Q.  And when you referenced domestic policy | 13:53:57 |
| 3 | considerations, what are you referencing? | 13:54:01 |
| 4 | A.  Well, domestic politics, administration | 13:54:03 |
| 5 | policy. | 13:54:08 |
| 6 | Q.  And what would you consider to be | 13:54:08 |
| 7 | administration policy as it applies to TPS? | 13:54:10 |
| 8 | MR. KIRSCHNER:  Objection, calls for | 13:54:13 |
| 9 | speculation. | 13:54:14 |
| 10 | A.  Yeah, I mean, I really refer you to the | 13:54:19 |
| 11 | White House, to the president and his public | 13:54:24 |
| 12 | statements on what -- on what administration policy | 13:54:26 |
| 13 | is. | 13:54:30 |
| 14 | Q.  Okay.  If we can just go to page 4, the | 13:54:30 |
| 15 | fourth full paragraph up, which is actually one | 13:54:50 |
| 16 | sentence which starts with "the White House never | 13:54:52 |
| 17 | got on board with the Senate proposal."  You can | 13:54:53 |
| 18 | maybe read from above "where negotiations break | 13:54:56 |
| 19 | down" so you have the context. | 13:54:58 |
| 20 | A.  Okay. | 13:55:35 |
| 21 | Q.  So the paragraph that starts with "the | 13:55:35 |
| 22 | White House never got on board with the Senate | 13:55:37 |
| 23 | proposal" includes reference to a meeting that was | 13:55:39 |
| 24 | much publicized in which President Trump reportedly | 13:55:41 |
| 25 | made a comment referring to certain immigrants as | 13:55:47 |

```
 1   people from, in shorthand, S-hole countries, in the    13:55:53
 2   Oval Office.                                            13:55:57
 3          Are you aware of those public accounts of        13:55:58
 4   the meeting?                                            13:56:01
 5      A.  I'm aware of the public accounts of that         13:56:02
 6   meeting.                                                13:56:04
 7      Q.  Did you have any internal conversations          13:56:04
 8   within DHS about such a meeting?                        13:56:08
 9          MR. KIRSCHNER:  Objection, characterizing        13:56:10
10   the article, putting facts -- the testimony that        13:56:12
11   counsel was testifying about the article.               13:56:17
12   Ambassador Nealon, I would ask for -- ask               13:56:20
13   Ambassador Nealon to be able to use his own             13:56:25
14   language in responding to the question.  I also         13:56:28
15   would say that the question is calling for              13:56:30
16   speculation about what was discussed at the             13:56:33
17   meeting.  I object on speculative grounds.              13:56:35
18      Q.  You can answer the question, were you            13:56:38
19   aware of conversations about the meeting that was       13:56:40
20   described in this paragraph, did you have such --       13:56:42
21   did you have conversations about such a meeting         13:56:47
22   internally within DHS?                                  13:56:50
23      A.  You know, I don't recall -- I don't recall       13:56:58
24   conversations about the meeting.  I certainly           13:57:04
25   recall commentary about the alleged phrase that you     13:57:08
```

```
 1  referenced.                                        13:57:16
 2     Q.  And was it your understanding from the      13:57:17
 3  conversations that happened internally, aside from 13:57:22
 4  the public accounts, that this communication from  13:57:25
 5  the President or purported to be from the President 13:57:33
 6  was related to TPS in some way?                     13:57:35
 7        MR. KIRSCHNER:  Objection, calls for          13:57:37
 8  speculation.                                        13:57:39
 9     A.  Yeah, I don't have any inside information     13:57:41
10  about that.                                         13:57:43
11     Q.  Okay.  We'll move away from this exhibit.    13:57:44
12  Thank you.                                          13:57:49
13        MR. KIRSCHNER:  Just so you know, it's        13:58:22
14  close to 2:00, just on timing.                      13:58:24
15        MS. MacLEAN:  Thank you.                      13:58:26
16     Q.  This is already marked as Exhibit 14 from   13:58:26
17  a previous deposition.                              13:58:28
18        So I'll just direct you to the bottom         13:58:41
19  e-mail from March 22nd, 2017 at 11:32 a.m. with    13:58:43
20  awareness that this was before your time at DHS.  I 13:58:52
21  just have one brief question here, I think, about   13:59:07
22  the first paragraph of that e-mail.  So let me know 13:59:10
23  when you have reviewed it.                          13:59:13
24     A.  Okay.                                        13:59:19
25        Okay.                                         13:59:33
```

| | | |
|---|---|---|
| 1 | Q.  Is it your understanding from either your | 13:59:34 |
| 2 | experience as Ambassador or in foreign embassies as | 13:59:37 |
| 3 | an Ambassador to Honduras or in your time at DHS | 13:59:48 |
| 4 | that the Department of State would revise their | 13:59:54 |
| 5 | recommendation concerning TPS given the change in | 14:00:00 |
| 6 | administration? | 14:00:05 |
| 7 | MR. KIRSCHNER:  Objection, lack of | 14:00:05 |
| 8 | foundation, speculative. | 14:00:07 |
| 9 | A.  Um, so I don't -- honest answer is, I | 14:00:08 |
| 10 | don't know.  Obviously, it's the prerogative of a | 14:00:20 |
| 11 | new administration to change policies as they see | 14:00:23 |
| 12 | fit.  I don't -- I don't have any history with TPS | 14:00:26 |
| 13 | to know whether it would be a normal thing for a | 14:00:30 |
| 14 | new administration to change a TPS recommendation | 14:00:34 |
| 15 | or not. | 14:00:39 |
| 16 | Q.  Would country conditions change in a new | 14:00:40 |
| 17 | administration? | 14:00:45 |
| 18 | MR. KIRSCHNER:  Objection, foundation, | 14:00:46 |
| 19 | speculative. | 14:00:48 |
| 20 | A.  Um, I suppose country conditions could | 14:00:49 |
| 21 | have changed from the time the original paper was | 14:00:52 |
| 22 | written until the time the new paper was written, | 14:00:56 |
| 23 | but, you know, I don't know. | 14:00:59 |
| 24 | Q.  From your previous answer, though, it | 14:01:01 |
| 25 | sounds -- I don't want to put words in your mouth, | 14:01:03 |

| | | |
|---|---|---|
| 1 | so correct me if I'm misinterpreting you, but the | 14:01:06 |
| 2 | reason for request in the change would have to do | 14:01:11 |
| 3 | with questions of policy change rather than country | 14:01:13 |
| 4 | conditions changed primarily? | 14:01:15 |
| 5 | MR. KIRSCHNER:  Objection, | 14:01:18 |
| 6 | mischaracterizes testimony and calls for | 14:01:18 |
| 7 | speculation. | 14:01:27 |
| 8 | A.  I think there might also be a more | 14:01:27 |
| 9 | legalistic argument to be made that if you're using | 14:01:34 |
| 10 | as one of your bases for a policy decision a | 14:01:39 |
| 11 | recommendation from people who are no longer in | 14:01:40 |
| 12 | government, that might -- that could conceivably | 14:01:42 |
| 13 | pose a problem and you might want to have the paper | 14:01:48 |
| 14 | redone under the signature of the current Secretary | 14:01:50 |
| 15 | of State, that wouldn't strike me as an unusual | 14:01:54 |
| 16 | thing to do.  But again, I don't think I can be | 14:01:56 |
| 17 | particularly helpful with you on this. | 14:01:59 |
| 18 | Q.  Are you aware that Secretary Tillerson | 14:02:25 |
| 19 | provided a recommendation concerning TPS for El | 14:02:30 |
| 20 | Salvador, Haiti, Honduras, and Nicaragua? | 14:02:35 |
| 21 | A.  Yes. | 14:02:40 |
| 22 | Q.  Did you communicate with anyone at the | 14:02:40 |
| 23 | State Department besides the communications that | 14:02:42 |
| 24 | you've already discussed during this deposition | 14:02:44 |
| 25 | about their recommendation for these countries? | 14:02:47 |

| | | |
|---|---|---|
| 1 | A.  No.  I think we've already talked | 14:02:51 |
| 2 | extensively about my communications with the State | 14:02:53 |
| 3 | Department. | 14:02:56 |
| 4 | Q.  Are you aware of what the content was of | 14:02:56 |
| 5 | the recommendation for these four countries from | 14:02:59 |
| 6 | the State Department? | 14:03:01 |
| 7 | MR. KIRSCHNER:  So on this one, you can | 14:03:02 |
| 8 | answer questions about Secretary Tillerson's | 14:03:06 |
| 9 | recommendation or Deputy Secretary of State | 14:03:10 |
| 10 | Sullivan's recommendation for Sudan.  To the extent | 14:03:15 |
| 11 | these questions go beyond that on the issues that | 14:03:21 |
| 12 | we previously objected to about the internal | 14:03:26 |
| 13 | deliberations within the State Department that you | 14:03:29 |
| 14 | are aware of, I instruct you not to answer.  I | 14:03:31 |
| 15 | understood the question as referring to the actual | 14:03:33 |
| 16 | formal recommendation from Secretary of State | 14:03:35 |
| 17 | Tillerson and Deputy Secretary of State Sullivan, | 14:03:38 |
| 18 | but I just want to make sure that you're aware of | 14:03:41 |
| 19 | where I'm instructing you not to answer. | 14:03:43 |
| 20 | THE WITNESS:  Okay.  Thank you. | 14:03:47 |
| 21 | A.  Sorry, just restate. | 14:03:48 |
| 22 | Q.  Yes.  Are you aware of what Secretary of | 14:03:50 |
| 23 | State Tillerson ultimately recommended regarding | 14:03:54 |
| 24 | the TPS for these four countries? | 14:03:57 |
| 25 | A.  Yes. | 14:03:58 |

| | | |
|---|---|---|
| 1 | Q.  Are you aware of whether there were | 14:03:58 |
| 2 | dissenting views in the State Department -- | 14:04:00 |
| 3 | MR. KIRSCHNER:  Objection. | 14:04:02 |
| 4 | Q.  Well, let me go back. | 14:04:03 |
| 5 | What was the recommendation, to your | 14:04:05 |
| 6 | recollection? | 14:04:08 |
| 7 | MR. KIRSCHNER:  I would ask for him to not | 14:04:09 |
| 8 | have to guess what the recommendation is -- | 14:04:10 |
| 9 | Q.  Are you aware that the recommendation was | 14:04:10 |
| 10 | for a termination of TPS? | 14:04:12 |
| 11 | A.  Yes. | 14:04:13 |
| 12 | Q.  Are you aware of whether there were | 14:04:14 |
| 13 | dissenting views within the State Department? | 14:04:17 |
| 14 | MR. KIRSCHNER:  Objection.  To the extent | 14:04:18 |
| 15 | this question calls for internal governmental | 14:04:20 |
| 16 | deliberations within the State Department, | 14:04:23 |
| 17 | including recommendations for or against what | 14:04:25 |
| 18 | Secretary of State Tillerson ultimately | 14:04:27 |
| 19 | recommended, I would instruct you not to answer. | 14:04:30 |
| 20 | Q.  So are you aware of whether there were | 14:04:35 |
| 21 | dissenting views at the State Department? | 14:04:38 |
| 22 | MR. KIRSCHNER:  Again, I instruct.  That | 14:04:39 |
| 23 | questions calls for -- an answer to that question | 14:04:41 |
| 24 | would be suggestive of the entire governmental | 14:04:44 |
| 25 | deliberations. | 14:04:46 |

1         MS. MacLEAN:  So are you instructing he          14:04:47
2    cannot answer that question as a yes-or-no question    14:04:50
3    even?                                                  14:04:51
4         MR. KIRSCHNER:  He can -- he can answer           14:04:51
5    the question of whether he knows whether there are     14:04:53
6    or not dissenting views, but whether -- I just want    14:04:56
7    to make it clear, I don't want a yes answer to         14:05:01
8    suggest that there are dissenting views or there       14:05:05
9    are not dissenting views.  I just want to know --      14:05:07
10   he can answer the question of whether he's aware of    14:05:09
11   internal -- how about -- can we -- not to suggest a    14:05:11
12   question, but can you -- I would suggest if the        14:05:15
13   question is are you aware of internal deliberations    14:05:17
14   within the State Department about what the             14:05:19
15   recommendation would be, he can answer.                14:05:21
16        MS. MacLEAN:  I can -- I have the caveat          14:05:23
17   that --                                                14:05:23
18    Q.  This is a question about whether you have         14:05:25
19   direct knowledge about this question without the       14:05:27
20   presumption to be on the record at this stage of       14:05:30
21   whether there were dissenting views.  So this is a     14:05:33
22   question about whether you have knowledge about        14:05:38
23   whether there were dissenting views at the State       14:05:39
24   Department concerning the recommendation -- about      14:05:42
25   the TPS determination for those four countries?        14:05:49

JAMES D. NEALON - 08/14/2018          Page 177

| | | |
|---|---|---|
| 1 | A.  Yes. | 14:05:57 |
| 2 | Q.  And I understand your counsel is | 14:05:57 |
| 3 | instructing you based on the deliberative process | 14:05:59 |
| 4 | privilege not to provide any further information on | 14:05:59 |
| 5 | that question at this stage. | 14:06:01 |
| 6 | MR. KIRSCHNER:  And I think the record is | 14:06:01 |
| 7 | clear, but I just want to make sure that the record | 14:06:02 |
| 8 | is clear that Ambassador Nealon's answer did not | 14:06:04 |
| 9 | suggest one way or the other whether there were | 14:06:06 |
| 10 | dissenting views or not. | 14:06:08 |
| 11 | Q.  In your experience or to your knowledge, | 14:06:10 |
| 12 | either from your time as Ambassador to Honduras or | 14:06:15 |
| 13 | from your time at DHS, does the State Department | 14:06:21 |
| 14 | typically do a country by country analysis in its | 14:06:26 |
| 15 | TPS determinations? | 14:06:29 |
| 16 | MR. KIRSCHNER:  Objection, calls for | 14:06:33 |
| 17 | speculation, lack of foundation. | 14:06:36 |
| 18 | A.  So my understanding, perhaps imperfect, is | 14:06:38 |
| 19 | that there's a letter from the Secretary or the | 14:06:43 |
| 20 | Deputy Secretary, and then there are country | 14:06:49 |
| 21 | condition papers for each of the affected | 14:06:53 |
| 22 | countries. | 14:06:57 |
| 23 | Q.  Do you have any knowledge as to why the | 14:06:58 |
| 24 | Secretary of State in this instance provided one | 14:07:04 |
| 25 | single recommendation concerning TPS for these four | 14:07:07 |

```
 1   countries?                                      14:07:11
 2     A.  No.                                        14:07:12
 3        MR. KIRSCHNER:  I just -- could we read     14:07:20
 4   back that question.  I'm a little con -- wondering 14:07:24
 5   if that question was confusing.  I don't know.  I  14:07:28
 6   just want to make sure that the record is clear   14:07:31
 7   that Ambassador Nealon understood the question   14:07:33
 8   correctly.                                        14:07:34
 9        THE WITNESS:  And I may be confused.        14:07:35
10   Should I let her restate or --                   14:07:39
11        MS. MacLEAN:  Do you want to read back the  14:07:41
12   question actually if you're able?                14:07:43
13        (Whereupon, the record was read as          14:07:57
14   follows:  Question:  "Do you have any knowledge as 14:07:01
15   to why the Secretary of State in this instance   14:07:02
16   provided one single recommendation concerning TPS 14:07:06
17   for these four countries?")                      14:07:10
18        MR. KIRSCHNER:  And I object as vague what  14:07:59
19   counsel was referring to by "these four countries." 14:08:04
20        MS. MacLEAN:  We were just speaking about   14:08:07
21   Honduras, Nicaragua, Haiti, and El Salvador, so  14:08:09
22   those are the four countries that are referenced in 14:08:15
23   that question.                                    14:08:17
24     A.  Yes.  And what's --                         14:08:18
25     Q.  The question is, do you have any knowledge  14:08:20
```

| | | |
|---|---|---|
| 1 | as to why those four countries were grouped | 14:08:22 |
| 2 | together in the recommendation from Secretary of | 14:08:25 |
| 3 | State Tillerson to terminate TPS? | 14:08:28 |
| 4 | A.  No.  But there was discussion, certainly | 14:08:36 |
| 5 | within DHS and discussion with the State | 14:08:44 |
| 6 | Department, of the importance of bundling, if you | 14:08:47 |
| 7 | will, at the very least Honduras and El Salvador so | 14:08:53 |
| 8 | that there was the appearance of treating them | 14:08:58 |
| 9 | equally and fairly, because not to do so would | 14:09:02 |
| 10 | have -- could have important policy consequences | 14:09:07 |
| 11 | for the United States. | 14:09:13 |
| 12 | Q.  What kinds of policy consequences are you | 14:09:14 |
| 13 | referring to here? | 14:09:18 |
| 14 | A.  So the United States has a regional | 14:09:19 |
| 15 | approach to the Northern Triangle countries of | 14:09:21 |
| 16 | Central America and so to -- and it's very | 14:09:26 |
| 17 | important for policy reasons that we be seen to | 14:09:29 |
| 18 | have a regional approach.  And so to treat them as | 14:09:32 |
| 19 | one-offs and perhaps to treat them very differently | 14:09:39 |
| 20 | could have serious policy repercussions for the | 14:09:43 |
| 21 | United States. | 14:09:46 |
| 22 | Q.  And do you have any understanding as to | 14:09:47 |
| 23 | why Nicaragua and Haiti would be included in that | 14:09:49 |
| 24 | recommendation? | 14:09:54 |
| 25 | A.  I don't. | 14:09:54 |

| | | |
|---|---|---|
| 1 | Q.  Okay. | 14:09:55 |
| 2 | A.  I'd like to clarify that answer. | 14:10:13 |
| 3 | Q.  Yes, please. | 14:10:15 |
| 4 | A.  I don't, but it would make sense and it | 14:10:17 |
| 5 | would be logical to me to group four countries in | 14:10:20 |
| 6 | the hemisphere together and get on the Secretary's | 14:10:24 |
| 7 | schedule and get on the Secretary of State's radar | 14:10:29 |
| 8 | screen one time rather than have to come at him | 14:10:33 |
| 9 | four times for four separate decisions.  It might | 14:10:36 |
| 10 | just have made sense from a time management and | 14:10:39 |
| 11 | policy perspective to do it that way, but that's | 14:10:42 |
| 12 | speculation. | 14:10:45 |
| 13 | Q.  Do you know if that had ever happened | 14:10:45 |
| 14 | before? | 14:10:47 |
| 15 | A.  I don't know. | 14:10:48 |
| 16 | (Exhibit 36, E-mail dated Saturday, July 8, | 14:10:49 |
| 17 | 2017 from Kovarik, Subject Letter to Secretary of | 14:10:49 |
| 18 | State about TPS, marked for identification.) | 14:10:51 |
| 19 | Q.  I've marked this as Exhibit 36. | 14:10:51 |
| 20 | A.  Okay. | 14:11:44 |
| 21 | Q.  This is right around the time that you | 14:11:44 |
| 22 | started.  Do you know if this is before or after | 14:11:47 |
| 23 | you started at DHS? | 14:11:50 |
| 24 | A.  It's just before.  I believe I started on | 14:11:51 |
| 25 | the 10th or 11th. | 14:11:54 |

```
 1      Q.  Okay.  Were you aware of this              14:11:55
 2  communication?                                     14:11:58
 3      A.  I don't recall this communication, but I   14:11:58
 4  may have seen it.                                  14:12:01
 5          MR. KIRSCHNER:  Objection, vague about     14:12:02
 6  what is meant by "this communication."            14:12:04
 7      Q.  So there's a sentence towards the bottom   14:12:07
 8  of the middle paragraph that reads, "To avoid      14:12:19
 9  sending a separate written request for each        14:12:21
10  country, we have drafted a single letter making an 14:12:23
11  overarching request for State's recommendations and 14:12:26
12  laying out the upcoming TPS review schedule."      14:12:29
13          Do you see that?                           14:12:32
14      A.  I do.                                      14:12:33
15      Q.  That sentence is in bold.                  14:12:33
16          What does this suggest to you?             14:12:40
17          MR. KIRSCHNER:  Objection, calls for       14:12:42
18  speculation.                                       14:12:45
19      A.  I think this refers back to my previous    14:12:45
20  answer, that to me, it makes a certain amount of   14:12:49
21  sense to try to get on to a very busy Secretary of 14:12:54
22  State's schedule and radar screen one time rather  14:12:58
23  than four separate times about similar issues.  So 14:13:01
24  it may be as simple as that.  But beyond that, I   14:13:05
25  couldn't speculate.                                14:13:08
```

| | | |
|---|---|---|
| 1 | Q.  Does it appear that the recommendation for | 14:13:09 |
| 2 | bundling TPS requests came from USCIS? | 14:13:12 |
| 3 | MR. KIRSCHNER:  Objection, calls for | 14:13:12 |
| 4 | speculation. | 14:13:25 |
| 5 | Q.  From this e-mail, which I realize was just | 14:13:25 |
| 6 | before the time that you started, does it appear | 14:13:27 |
| 7 | that the request for joining the Department of | 14:13:31 |
| 8 | State's review of countries was at the request of | 14:13:34 |
| 9 | USCIS? | 14:13:40 |
| 10 | MR. KIRSCHNER:  Objection, calls for | 14:13:41 |
| 11 | speculation. | 14:13:46 |
| 12 | A.  It looks like the intent of the letter is | 14:13:46 |
| 13 | to suggest to the State Department that they bundle | 14:13:48 |
| 14 | the TPS recommendations rather than treat them as | 14:13:56 |
| 15 | separate requests. | 14:14:02 |
| 16 | MS. MacLEAN:  Can you get 9? | 14:14:36 |
| 17 | (Exhibit 37, DHS-001-659-000607 - 609, | 14:14:41 |
| 18 | marked for identification.) | 14:14:43 |
| 19 | Q.  So this is Exhibit 37.  I think many of | 14:14:46 |
| 20 | the questions that I would have asked about this | 14:15:14 |
| 21 | document you've already covered.  So I just -- I | 14:15:16 |
| 22 | think maybe one or two questions once you've had a | 14:15:20 |
| 23 | chance to review. | 14:15:24 |
| 24 | A.  Okay. | 14:15:49 |
| 25 | Q.  So if you look at the e-mail that is at | 14:15:49 |

| | | |
|---|---|---|
| 1 | the top of the first page, page 1 of 3, from | 14:15:52 |
| 2 | Ms. Petyo to you, Ms. Petyo says, "They told us we | 14:15:57 |
| 3 | wouldn't get -- we wouldn't get us a package until | 14:16:01 |
| 4 | Friday after promising Chad one today." | 14:16:07 |
| 5 | Would you understand what "a package" | 14:16:10 |
| 6 | referenced in this context or referred to in this | 14:16:12 |
| 7 | context? | 14:16:15 |
| 8 | MR. KIRSCHNER:  Objection, foundation, | 14:16:15 |
| 9 | speculative. | 14:16:18 |
| 10 | A.  I'm guessing, just because I don't recall | 14:16:18 |
| 11 | the dates off the top of my head, this appears to | 14:16:23 |
| 12 | be the State Department's TPS recommendation to the | 14:16:26 |
| 13 | Secretary. | 14:16:35 |
| 14 | Q.  I think the other issues you actually | 14:16:36 |
| 15 | covered already, so I will leave it at that. | 14:17:03 |
| 16 | So you had referenced previously that the | 14:17:22 |
| 17 | main point of contact that you had at the White | 14:17:24 |
| 18 | House concerning TPS was a gentleman in the | 14:17:27 |
| 19 | National Security Council, whose name I'm not | 14:17:30 |
| 20 | recalling.  Can you remind me his name? | 14:17:33 |
| 21 | MR. KIRSCHNER:  Objection to the extent | 14:17:36 |
| 22 | that mischaracterizes Ambassador Nealon's | 14:17:37 |
| 23 | testimony.  You referred to the main contact.  I | 14:17:40 |
| 24 | just would like Ambassador Nealon to speak in his | 14:17:43 |
| 25 | own words. | 14:17:46 |

| | | |
|---|---|---|
| 1 | Q.  Is it correct that your main contact in | 14:17:49 |
| 2 | the White House concerning TPS issues was | 14:17:51 |
| 3 | Mr. Tomasulo? | 14:17:55 |
| 4 | A.  So I was in touch with Gary Tomasulo on | 14:17:56 |
| 5 | matters relating to TPS, but mostly in terms of | 14:18:01 |
| 6 | logistics, rollouts, timelines and that sort of | 14:18:08 |
| 7 | thing, yeah. | 14:18:11 |
| 8 | Q.  Okay.  Were you aware of whether -- | 14:18:15 |
| 9 | MS. MacLEAN:  Actually, we'll come back to | 14:18:37 |
| 10 | this. | 14:18:39 |
| 11 | Give me 52, please. | 14:18:45 |
| 12 | (Exhibit 38, AR-HAITI-00000001 - 3, marked | 14:18:51 |
| 13 | for identification.) | 14:19:12 |
| 14 | A.  Should I read? | 14:19:12 |
| 15 | Q.  Yeah.  I think -- I don't know if you need | 14:19:13 |
| 16 | to read the whole paragraph, but if you can skim | 14:19:16 |
| 17 | the e-mail on the first page and read the e-mail on | 14:19:19 |
| 18 | the second page, that would be great.  And I don't | 14:19:23 |
| 19 | have too many questions on this. | 14:19:35 |
| 20 | A.  Okay. | 14:20:18 |
| 21 | Q.  So the e-mail on the second page from Rear | 14:20:19 |
| 22 | Admiral Jones to Major General Norman copies you. | 14:20:23 |
| 23 | Do you remember the context of this | 14:20:30 |
| 24 | e-mail? | 14:20:33 |
| 25 | A.  Yes, I do.  So I recall that Acting | 14:20:36 |

1   Secretary Duke met with Admiral Tidd, who at that          14:20:51
2   time was the Commander of U.S. Southern Command            14:20:55
3   which oversees U.S. military cooperation with Haiti        14:21:00
4   and they talked about a lot of things.  But she had        14:21:06
5   also asked -- she, Acting Secretary Duke, had also         14:21:09
6   asked Admiral Tidd about TPS.  And so this exchange        14:21:14
7   looks like a follow-up from that meeting where             14:21:24
8   Admiral Jones, who was the Secretary's military            14:21:28
9   advisor, he's a Coast Guard admiral, reached out to        14:21:32
10  the staff at U.S. Southern Command and asked for           14:21:38
11  some more granular input, which is what this               14:21:43
12  message from Major General Norman looks to be.             14:21:47
13      Q.  Were you aware of whether the Department           14:21:53
14  of Defense in any capacity, SouthCom or another            14:21:56
15  component of the Department of Defense provided            14:21:59
16  input into TPS determinations beyond Haiti?                14:22:02
17          MR. KIRSCHNER:  Objection.  It's asking            14:22:11
18  Ambassador Nealon to kind of guess without context.       14:22:14
19  I just want to make sure that there's proper               14:22:16
20  foundation for the question.                               14:22:19
21      Q.  Were you aware of whether the Department           14:22:21
22  of Defense was engaged in any other conversations          14:22:26
23  about TPS determinations during your tenure there          14:22:29
24  besides specific communications regarding the TPS          14:22:32
25  determination for Haiti?                                   14:22:38

```
1        A.  I don't recall any.                        14:22:40

2        Q.  Okay.  This is already marked from a       14:22:41

3   previous deposition as Exhibit 6.                   14:23:31

4        A.  I don't see my response.                   14:24:04

5        Q.  Yeah, we don't have your response either,  14:24:05

6   I think.                                            14:24:09

7            MR. KIRSCHNER:  Objection, that's a        14:24:10

8   mischaracterization of this.                        14:24:12

9            MS. MacLEAN:  Let's leave that aside.       14:24:14

10           MR. KIRSCHNER:  I just wanted -- there's    14:24:15

11  -- the document on its face does not make clear      14:24:19

12  whether there was a redaction or not.  There's a     14:24:22

13  forward, it doesn't mean that there was a response.  14:24:25

14           MS. MacLEAN:  There may not have been a     14:24:28

15  response.  It's possible there was not a response.   14:24:29

16           MR. KIRSCHNER:  Didn't want to have the     14:24:31

17  record mischaracterized.                            14:24:33

18       Q.  So the e-mail that is outlined or that     14:24:37

19  starts from Ms. Neubel Kovarik to you,              14:24:40

20  Mr. Dougherty and Mr. Culver, copying Mr. Hamilton 14:24:46

21  has as its subject "TPS interagency consultations." 14:24:52

22           Do you recall the context of this          14:24:52

23  communication?                                      14:24:56

24           MR. KIRSCHNER:  Objection, foundation.      14:24:57

25       A.  I don't.                                    14:25:01
```

| | | |
|---|---|---|
| 1 | Q.  Who is Mr. Culver? | 14:25:02 |
| 2 | A.  Jared Culver is someone who works in the | 14:25:09 |
| 3 | borders, immigration, and trade assistant | 14:25:19 |
| 4 | secretaryship of the Office of Policy. | 14:25:22 |
| 5 | Q.  Okay.  The second page of the e-mail at | 14:25:24 |
| 6 | the top asks for you to gather input from federal | 14:25:32 |
| 7 | partners including State, DOD, Justice, DPC, and | 14:25:45 |
| 8 | NSC.  First of all, what does "DOD" refer to here? | 14:25:53 |
| 9 | A.  That would be the Department of Defense. | 14:25:57 |
| 10 | Q.  What does "DPC" refer to here? | 14:26:00 |
| 11 | A.  That would be the Domestic Policy Counsel. | 14:26:02 |
| 12 | Q.  And what does "NSC" refer to here? | 14:26:02 |
| 13 | A.  That would be the National Security | 14:26:02 |
| 14 | Counsel. | 14:26:07 |
| 15 | Q.  Do you understand this mail is related to | 14:26:07 |
| 16 | TPS? | 14:26:09 |
| 17 | A.  I do. | 14:26:10 |
| 18 | Q.  Do you recall setting up a meeting with | 14:26:10 |
| 19 | the federal partners that are outlined here? | 14:26:15 |
| 20 | A.  I don't.  It doesn't mean I didn't, but I | 14:26:19 |
| 21 | don't recall. | 14:26:26 |
| 22 | Q.  Understood. | 14:26:26 |
| 23 | Do you recall being asked to set up such a | 14:26:27 |
| 24 | meeting? | 14:26:30 |
| 25 | A.  I don't. | 14:26:30 |

| | | |
|---|---|---|
| 1 | Q.  Do you recall any interest in -- from the | 14:26:30 |
| 2 | Department of Homeland Security in the position of | 14:26:55 |
| 3 | the Domestic Policy Council with regard to TPS? | 14:26:57 |
| 4 | A.  Yes. | 14:27:03 |
| 5 | Q.  In what context? | 14:27:04 |
| 6 | MR. KIRSCHNER:  Objection to the extent | 14:27:06 |
| 7 | this is calling for internal government | 14:27:08 |
| 8 | deliberations.  I instruct you not to answer.  If | 14:27:10 |
| 9 | you have a general answer, you can provide it, but | 14:27:13 |
| 10 | if it gets into the internal deliberations, I would | 14:27:16 |
| 11 | instruct you not to answer. | 14:27:18 |
| 12 | THE WITNESS:  So, thank you. | 14:27:25 |
| 13 | A.  So obviously, the Domestic Policy Council | 14:27:27 |
| 14 | has a very large stake in all decisions related to | 14:27:36 |
| 15 | immigration, including TPS decisions.  So the | 14:27:40 |
| 16 | answer is yes, there was keen interest in the | 14:27:46 |
| 17 | Domestic Policy Council on TPS. | 14:27:48 |
| 18 | Q.  And I misspoke, because actually we do | 14:27:50 |
| 19 | have further communications on this. | 14:27:55 |
| 20 | A.  Okay. | 14:27:57 |
| 21 | MS. MacLEAN:  Can you pull the next one, | 14:28:07 |
| 22 | actually? | 14:28:09 |
| 23 | (Exhibit 39, DHS-001-659-000689 - 691, | 14:28:20 |
| 24 | marked for identification.) | 14:28:25 |
| 25 | Q.  I didn't realize this was in the same | 14:28:28 |

```
 1   chain.                                              14:28:31
 2      A.  Thank you.                                   14:28:31
 3          MR. KIRSCHNER:  Is this -- is this           14:28:57
 4   exhibit --                                          14:28:59
 5          MS. FISHFELD:  39.                           14:29:03
 6          MS. MacLEAN:  39, yeah.                      14:29:06
 7          MR. KIRSCHNER:  I don't want to go off       14:29:10
 8   your line of questioning, but it's 2:30.           14:29:13
 9          MS. MacLEAN:  I think the idea is that we    14:29:17
10   finish at 2:50 for you to have your phone call; is 14:29:19
11   that correct?                                       14:29:23
12          THE WITNESS:  If that's okay.               14:29:23
13          MR. KIRSCHNER:  Don't want to break up --    14:29:25
14          MS. MacLEAN:  No, that's okay.              14:29:27
15      Q.  So this may make it clear as to why you      14:29:28
16   didn't recall.                                      14:29:31
17      A.  I was in Australia.                          14:29:32
18      Q.  Yes.                                         14:29:34
19          So if you --                                 14:29:43
20      A.  Sorry, I'm just going to finish reading.     14:29:44
21      Q.  Please.                                      14:29:47
22      A.  Okay.                                        14:30:03
23      Q.  I won't ask you about the first e-mail.      14:30:03
24      A.  That's actually the last e-mail.            14:30:06
25      Q.  The last e-mail, yes.  Maybe I will.         14:30:08
```

```
1          So if we turn to the e-mail from            14:30:11
2    Mr. Dougherty on October 24 at 9:31 p.m. on the   14:30:24
3    bottom of page 2, Mr. Dougherty identifies that you 14:30:28
4    are on overseas travel, but that he and Jared --  14:30:34
5    which is Mr. Culver from the previous exchange, I  14:30:39
6    believe; is that correct?                          14:30:44
7        A.  Yes.                                       14:30:44
8        Q.  -- can work to set this up.                14:30:45
9          Mr. Hamilton, two e-mails up, says, "This   14:30:50
10   needs to happen in the next day or two in all     14:30:54
11   likelihood."                                       14:30:57
12         Do you have any understanding why there     14:30:58
13   was urgency to set up that meeting?                14:31:01
14         MR. KIRSCHNER:  Objection, calls for         14:31:03
15   speculation.                                       14:31:04
16       A.  So again, I would have to look at the     14:31:04
17   timelines, but I believe this is being driven by   14:31:07
18   the need for the Secretary to make a TPS decision  14:31:10
19   very soon.                                         14:31:14
20       Q.  Okay.  And then in the e-mail that        14:31:15
21   followed that, you say that you're in Australia.   14:31:22
22   You'd like to participate if this happens, is this 14:31:31
23   AS1's initiative or USCIS's initiative.            14:31:31
24         Who do you understand "AS1" to be here?     14:31:35
25       A.  AS1 is Acting Secretary Duke.             14:31:38
```

| | | |
|---|---|---|
| 1 | Q.  Do you recall why you asked the question | 14:31:41 |
| 2 | of whether it was Acting Secretary Duke's | 14:31:43 |
| 3 | initiative or USCIS's initiative? | 14:31:49 |
| 4 | A.  I would ask such a question because if the | 14:31:52 |
| 5 | Secretary were asking me to do something, that | 14:31:54 |
| 6 | would be one thing.  If Kathy Neubel Kovarik was | 14:31:56 |
| 7 | asking me do something, that would be another | 14:32:00 |
| 8 | thing. | 14:32:02 |
| 9 | Q.  How would you differentiate how you might | 14:32:02 |
| 10 | respond depending on who was asking the question? | 14:32:06 |
| 11 | A.  If the Secretary asked me to do something | 14:32:08 |
| 12 | and it was legal, moral and ethical, it would get | 14:32:11 |
| 13 | done.  If someone from another DH element asked me | 14:32:17 |
| 14 | to do something, I would determine whether it fit | 14:32:23 |
| 15 | into our priorities and was something that needed | 14:32:26 |
| 16 | to get done or not. | 14:32:29 |
| 17 | Q.  And how would you characterize Ms. Neubel | 14:32:31 |
| 18 | Kovarik's response to your question? | 14:32:37 |
| 19 | A.  It's not a direct answer to my question. | 14:32:49 |
| 20 | Q.  Do you have any understanding as to why | 14:32:51 |
| 21 | Ms. Neubel Kovarik thought you were in a better | 14:33:02 |
| 22 | position to bring the parties together as she | 14:33:06 |
| 23 | writes? | 14:33:07 |
| 24 | MR. KIRSCHNER:  Objection, calls for | 14:33:07 |
| 25 | speculation.  Counsel has testified about the -- in | 14:33:08 |

| | | |
|---|---|---|
| 1 | characterizing the document, lack of foundation. | 14:33:12 |
| 2 | A.  So either USCIS or the Office of Policy | 14:33:18 |
| 3 | would be logical offices to organize such a call. | 14:33:29 |
| 4 | USCIS because they were the ones preparing the memo | 14:33:34 |
| 5 | for the Secretary.  The Office of Policy because we | 14:33:39 |
| 6 | were -- the Office of Policy functions as the | 14:33:44 |
| 7 | office which gives policy advice to the Secretary. | 14:33:49 |
| 8 | So either office could have organized such a call. | 14:33:53 |
| 9 | Q.  Okay.  And the next e-mail you write, half | 14:33:56 |
| 10 | an hour after e-mail from Ms. Nuebel Kovarik, | 14:34:03 |
| 11 | "Kathy, When does USCIS expect to send forward the | 14:34:07 |
| 12 | memo?" | 14:34:13 |
| 13 | What's the memo that you're referring to | 14:34:14 |
| 14 | here?  To the extent that you know. | 14:34:16 |
| 15 | A.  This would be the recommendation on -- | 14:34:17 |
| 16 | again, I would have to look at the dates to see | 14:34:20 |
| 17 | what was in play at that time, but this is almost | 14:34:22 |
| 18 | surely a recommendation to the Secretary on making | 14:34:25 |
| 19 | a TPS decision. | 14:34:30 |
| 20 | Q.  And you laughed when you first looked at | 14:34:31 |
| 21 | what I imagine to be the first memo in the chain. | 14:34:33 |
| 22 | Leave that aside.  But do you have any | 14:34:33 |
| 23 | understanding as to why Ms. Petyo would write | 14:34:35 |
| 24 | "Ridiculous" in response to the communication chain | 14:34:41 |
| 25 | below? | 14:34:44 |

| | | |
|---|---|---|
| 1 | A.  I think the important information here is | 14:34:45 |
| 2 | that my Chief of Staff in my absence was bringing | 14:34:48 |
| 3 | this series of events to the -- to the knowledge of | 14:34:53 |
| 4 | the front office. | 14:35:02 |
| 5 | Q.  Okay. | 14:35:03 |
| 6 | MR. KIRSCHNER:  I just want to -- I know | 14:35:03 |
| 7 | you left out -- I just want to make sure that this | 14:35:04 |
| 8 | was -- counsel's representation of what Ambassador | 14:35:08 |
| 9 | Nealon's reaction is not Ambassador Nealon's | 14:35:11 |
| 10 | recitation of how he reacted to this e-mail chain. | 14:35:15 |
| 11 | MS. MacLEAN:  That's correct.  And I | 14:35:20 |
| 12 | retract that comment.  I apologize. | 14:35:23 |
| 13 | So thank you. | 14:35:25 |
| 14 | Q.  I'm going to give you an exhibit that has | 14:36:21 |
| 15 | previously been marked as Exhibit 12. | 14:36:24 |
| 16 | MR. KIRSCHNER:  Are we going to be able to | 14:36:31 |
| 17 | fit this one in? | 14:36:33 |
| 18 | MS. MacLEAN:  No.  We'll start it now, and | 14:36:34 |
| 19 | we'll come back to it after the phone call. | 14:36:37 |
| 20 | MR. KIRSCHNER:  Sorry.  I didn't mean | 14:36:43 |
| 21 | to... | 14:36:48 |
| 22 | A.  Okay. | 14:36:54 |
| 23 | Q.  Do you recall this document? | 14:36:55 |
| 24 | A.  I do. | 14:36:57 |
| 25 | Q.  Can you describe what this document was | 14:36:57 |

| | | |
|---|---|---|
| 1 | and the context in which it was written? | 14:37:02 |
| 2 | MR. KIRSCHNER:  Objection to the extent it | 14:37:04 |
| 3 | calls for a narrative answer. | 14:37:06 |
| 4 | A.  So as I described, Acting Secretary Duke's | 14:37:09 |
| 5 | information-gathering process in anticipation of | 14:37:20 |
| 6 | making TPS decisions, she was casting a very wide | 14:37:24 |
| 7 | net and reading voraciously and consulting widely, | 14:37:30 |
| 8 | and she asked me to write something for her that | 14:37:36 |
| 9 | gave my opinion on the TPS decision. | 14:37:46 |
| 10 | Q.  At what point did Ambassador -- sorry, did | 14:37:49 |
| 11 | Acting Secretary Duke ask you to write something to | 14:37:54 |
| 12 | provide your opinion? | 14:37:57 |
| 13 | A.  My guess is since this is dated | 14:38:00 |
| 14 | October 31st, on October 30th or October 31st.  So | 14:38:05 |
| 15 | if she had asked for it, I would have done it and | 14:38:09 |
| 16 | sent it up to her immediately. | 14:38:12 |
| 17 | Q.  Consistent with your previous answer about | 14:38:14 |
| 18 | responding to the requests from the Acting | 14:38:19 |
| 19 | Secretary or the Secretary. | 14:38:22 |
| 20 | Do you recall the basis for your -- your | 14:38:22 |
| 21 | representations that are included within this | 14:38:32 |
| 22 | memorandum for the Acting Secretary? | 14:38:33 |
| 23 | A.  Yes. | 14:38:36 |
| 24 | MR. KIRSCHNER:  Going to object as vague. | 14:38:36 |
| 25 | Q.  What was -- what was the basis for your | 14:38:39 |

| | | |
|---|---|---|
| 1 | representations expressed in this memorandum for | 14:38:40 |
| 2 | the Acting Secretary? | 14:38:43 |
| 3 | A.  So I knew that she had talked to a | 14:38:46 |
| 4 | tremendous number of people, I knew that she had | 14:38:49 |
| 5 | read volumes and volumes.  She had consulted with | 14:38:52 |
| 6 | faith-based groups, with foreign governments, with | 14:38:57 |
| 7 | civil society, and so what I wanted to do is write | 14:39:01 |
| 8 | her something that was very short and pithy and | 14:39:04 |
| 9 | which might help her weed through and make sense of | 14:39:12 |
| 10 | everything that she had heard and read. | 14:39:14 |
| 11 | Q.  Had you expressed -- well, is it fair to | 14:39:19 |
| 12 | characterize the representations that you include | 14:39:22 |
| 13 | within this memo as expressions of concern about | 14:39:25 |
| 14 | the possible termination of TPS for Honduras, | 14:39:34 |
| 15 | Nicaragua, and El Salvador? | 14:39:38 |
| 16 | MR. KIRSCHNER:  Objection, counsel is | 14:39:40 |
| 17 | testifying.  Ambassador Nealon should be able to | 14:39:43 |
| 18 | address the memo in his own words. | 14:39:46 |
| 19 | Q.  How would you characterize the | 14:39:48 |
| 20 | recommendation that you're making within this memo? | 14:39:52 |
| 21 | A.  I tried to write something that I | 14:39:56 |
| 22 | considered to be very pragmatic.  And so, I mean, I | 14:39:58 |
| 23 | think the memo speaks for itself.  I don't feel the | 14:40:01 |
| 24 | need to describe the memo since you have it.  But | 14:40:04 |
| 25 | that was my motivation.  I wanted to try and help | 14:40:07 |

| | | |
|---|---|---|
| 1 | her because she had spoken to so many people and | 14:40:10 |
| 2 | read so much, I wanted to try and help her boil | 14:40:17 |
| 3 | things down. | 14:40:21 |
| 4 | Q.  And had you expressed sentiments that are | 14:40:22 |
| 5 | similar to the sentiments that are expressed here | 14:40:26 |
| 6 | to Acting Secretary Duke prior to putting it in | 14:40:31 |
| 7 | written form here? | 14:40:34 |
| 8 | A.  Yes. | 14:40:35 |
| 9 | Q.  Do you remember more or less when you made | 14:40:37 |
| 10 | the first expressions to Acting Secretary Duke that | 14:40:41 |
| 11 | you would recommend the extension of TPS for | 14:40:50 |
| 12 | Honduras, Nicaragua, and El Salvador? | 14:40:53 |
| 13 | A.  No.  I don't -- I don't remember a | 14:41:01 |
| 14 | specific first conversation. | 14:41:02 |
| 15 | Q.  Was this conversation -- or were these | 14:41:04 |
| 16 | concerns or representations that are included | 14:41:07 |
| 17 | within this memo following conversations that took | 14:41:10 |
| 18 | place over days before that or weeks before that or | 14:41:15 |
| 19 | months before that, in your recollection? | 14:41:17 |
| 20 | MR. KIRSCHNER:  Objection, counsel | 14:41:19 |
| 21 | testifying about concerns or recommendations.  I | 14:41:20 |
| 22 | just want Ambassador Nealon to speak about the memo | 14:41:23 |
| 23 | in his own words. | 14:41:26 |
| 24 | A.  So as I've described, this decision was | 14:41:31 |
| 25 | very much on her mind.  She was struggling with it | 14:41:34 |

1  in a good sense of the word, struggling with it as          14:41:38

2  a -- as an intelligent, hard-working government             14:41:42

3  employee would struggle with a very consequential           14:41:47

4  decision.                                                    14:41:50

5       And so, again, this was just my attempt to             14:41:51

6  write something that was very short, pragmatic, and         14:41:55

7  that might be of some use to her.                           14:42:00

8       Q.  Had you expressed the positions that               14:42:02

9  you've outlined in this memo to others in the               14:42:06

10  Department prior to the writing of this memo?              14:42:08

11      A.  Yes.  Certainly, I mean, I had spoken up           14:42:12

12  at meetings where TPS was raised.  You know,               14:42:16

13  frankly, the other reason I wrote the memo is              14:42:20

14  because I did have a different perspective -- a            14:42:23

15  unique perspective, having been the Ambassador to          14:42:26

16  Honduras, a TPS country, and knowing firsthand the         14:42:30

17  country conditions in a way that other people              14:42:34

18  simply didn't.                                             14:42:36

19      And I thought that articulating that very              14:42:37

20  briefly for her also might help her.                       14:42:41

21      Q.  How did your knowledge of the country              14:42:43

22  conditions in your position as Ambassador to              14:42:54

23  Honduras inform your recommendation to Acting             14:42:57

24  Secretary Duke?                                            14:43:03

25      A.  Well, again, I -- I would say that I               14:43:03

```
1   understood the foreign policy implications better    14:43:13
2   than most people did, the foreign policy             14:43:18
3   implications of extending or of terminating.         14:43:20
4        I understood the -- the possible effects        14:43:28
5   on migration, on our ability to help the countries   14:43:32
6   of Central America stem further migration if we      14:43:37
7   were to send back large numbers of TPS grantees.     14:43:43
8        So, I mean, I think this is all pretty           14:43:47
9   clear.                                               14:43:51
10    Q.  I'm not suggesting that it's not clear.         14:43:51
11  It's just hard to respond to it and not put words     14:43:55
12  in your mouth, but allow a further conversation       14:43:58
13  about this.  So I appreciate your efforts to try to   14:44:01
14  elaborate on that.                                   14:44:03
15       Do you know who this memo was shared with?      14:44:05
16    A.  Um, so I would have sent it to -- you           14:44:08
17  know, I honestly don't recall exactly how I           14:44:29
18  delivered it to her.  I don't recall whether I went   14:44:32
19  through the Executive Secretary process or whether    14:44:35
20  she asked me to send it directly to her, to her       14:44:37
21  Chief of Staff.  I just don't recall.                14:44:41
22    Q.  Okay.                                           14:44:43
23    A.  It -- it probably went through the              14:44:44
24  Executive Secretary process because other people in   14:44:45
25  DHS saw it, so it probably did get disseminated       14:44:49
```

```
 1   through the process.                              14:44:53
 2       Q.  We talked previously about the debate, if  14:44:54
 3   it's possible to characterize it that way, around a  14:45:01
 4   strict constructionist or a more expansive view of  14:45:04
 5   the TPS statute.                                   14:45:08
 6           How would you characterize the concerns    14:45:15
 7   that you've identified here or the factors that     14:45:17
 8   you've identified here as fitting into an           14:45:20
 9   interpretation of the TPS statute?                 14:45:25
10           Do you think --                            14:45:31
11           MS. MacLEAN:  Let me step back and try to  14:45:32
12   make that a clearer question.                      14:45:34
13       Q.  The factors that you've identified here,   14:45:35
14   do you think those factors are relevant factors in  14:45:37
15   considering whether TPS for a country may be        14:45:42
16   extended or should be terminated?                  14:45:47
17           MR. KIRSCHNER:  Objection, calling for     14:45:51
18   legal conclusions.                                 14:45:53
19       A.  So, yes, I believe that -- that the        14:45:58
20   factors I described earlier that enter into the     14:46:05
21   Secretary's decision-making process are all         14:46:09
22   legitimate factors to be considered, so I certainly 14:46:12
23   considered that the statute itself, whether you --  14:46:17
24   whether you interpret it strictly or more flexibly  14:46:20
25   is very important.                                 14:46:24
```

| | | |
|---|---|---|
| 1 | The temporal nature of temporary protected | 14:46:27 |
| 2 | status is very important, and I addressed that in | 14:46:30 |
| 3 | the memo.  And the policy considerations are very | 14:46:31 |
| 4 | important.  So I consider all those things to be | 14:46:34 |
| 5 | important, relevant, legitimate considerations. | 14:46:36 |
| 6 | Q.  And when you were Ambassador to Honduras, | 14:46:39 |
| 7 | was it your understanding that these factors were | 14:46:43 |
| 8 | considered in the TPS determinations that occurred | 14:46:45 |
| 9 | at that time? | 14:46:50 |
| 10 | MR. KIRSCHNER:  Objection, vague, | 14:46:50 |
| 11 | speculative. | 14:46:54 |
| 12 | A.  So -- so honestly, I didn't have much of a | 14:46:55 |
| 13 | window into the final TPS decision when I was | 14:46:58 |
| 14 | Ambassador to Honduras.  We provided our input and, | 14:47:09 |
| 15 | you know, it went through the policy churn and a | 14:47:12 |
| 16 | decision came back.  But I didn't have particular | 14:47:16 |
| 17 | insight into what happened in Washington. | 14:47:19 |
| 18 | Q.  Do you recall providing similar feedback | 14:47:19 |
| 19 | or related feedback to the Department of State | 14:47:25 |
| 20 | regarding TPS when TPS for Honduras was up for | 14:47:28 |
| 21 | review while you were Ambassador to Honduras? | 14:47:33 |
| 22 | MR. KIRSCHNER:  Objection.  To the extent | 14:47:38 |
| 23 | this is calling for internal government | 14:47:40 |
| 24 | deliberations from when you were Ambassador to | 14:47:42 |
| 25 | Honduras, I would instruct you not to answer. | 14:47:47 |

| | | |
|---|---|---|
| 1 | To the extent you are answering just | 14:47:47 |
| 2 | whether you provided feedback or provided input, | 14:47:47 |
| 3 | you could answer that question.  But the internal | 14:47:48 |
| 4 | government deliberations and recommendations that | 14:47:49 |
| 5 | were made, I would instruct you not to answer. | 14:47:52 |
| 6 | A.  Yes.  We did provide input to the | 14:47:55 |
| 7 | Department of State when TPS came up for renewal | 14:47:58 |
| 8 | when I was Ambassador to Honduras. | 14:48:01 |
| 9 | Q.  And do you recall providing input that | 14:48:03 |
| 10 | looked at considerations, like the considerations | 14:48:14 |
| 11 | that you had included here in this memo for the | 14:48:17 |
| 12 | Acting Secretary? | 14:48:21 |
| 13 | MR. KIRSCHNER:  Objection.  To the extent | 14:48:22 |
| 14 | that kind of what input and what factors were to be | 14:48:24 |
| 15 | part of your consideration, that would be revealing | 14:48:26 |
| 16 | of internal government deliberations, I would | 14:48:29 |
| 17 | instruct you not to answer. | 14:48:33 |
| 18 | MS. MacLEAN:  I would note, Counsel, that | 14:48:35 |
| 19 | it is outlined here, that level of detail, about a | 14:48:38 |
| 20 | process that had not been resolved at that point. | 14:48:41 |
| 21 | But I'll leave it at that.  And I realize this | 14:48:44 |
| 22 | question is still outstanding by the court. | 14:48:47 |
| 23 | MR. KIRSCHNER:  And I will say that -- | 14:48:49 |
| 24 | that we -- this just shows how revealing we have | 14:48:50 |
| 25 | been of deliberations in terms of making it | 14:48:53 |

```
 1  where -- a -- we are willing to provide formal          14:48:59
 2  deliberations concerning the decisions that were --      14:49:03
 3  are at issue in this litigation.  And so I'll leave       14:49:05
 4  it at that, that there's a disagreement of where we       14:49:10
 5  are drawing the line on deliberative process.            14:49:12
 6          MS. MacLEAN:  Okay.  So I think this is a          14:49:15
 7  good stopping point.  I know you get a few minutes        14:49:18
 8  for your call, and hopefully a little bit of a           14:49:20
 9  break beforehand.  So go off the record.                 14:49:24
10          THE VIDEOGRAPHER:  The time is 2:49.  We           14:49:26
11  are off the record.                                      14:49:31
12          (Proceedings interrupted at 2:49 p.m. and          14:49:31
13  reconvened at 3:11 p.m.)                                 14:49:32
14          THE VIDEOGRAPHER:  The time is 3:11.  We           15:10:43
15  are back on the record.                                  15:11:05
16          MS. MacLEAN:  And Counsel, you had                 15:11:08
17  identified there was one clarifying question you         15:11:09
18  wanted to ask.                                           15:11:12
19          MR. KIRSCHNER:  Yes.  Counsel had asked            15:11:14
20  you about who this -- this document dated               15:11:16
21  October 31st from you to Acting Secretary Duke on a       15:11:19
22  coming designation decision for TPS, who it's            15:11:28
23  distributed to, and I just want to ask for               15:11:33
24  clarification if you're aware whether it was in          15:11:36
25  government or in the public, if it was provided in        15:11:36
```

| | | |
|---|---|---|
| 1 | some fashion, or it was in the possession of | 15:11:38 |
| 2 | anybody else outside of the ones you identified | 15:11:40 |
| 3 | within the Department of Homeland Security? | 15:11:43 |
| 4 | THE WITNESS:  Yes.  So I was told that the | 15:11:46 |
| 5 | memo was sent to the White House, and I don't know | 15:11:50 |
| 6 | specifically who at the White House.  And I know | 15:11:54 |
| 7 | the memo was also leaked to the media because a | 15:11:56 |
| 8 | story appeared -- a couple of stories appeared in | 15:12:03 |
| 9 | Breitbart. | 15:12:06 |
| 10 | MS. MacLEAN:  Thank you for that | 15:12:10 |
| 11 | clarification. | 15:12:11 |
| 12 | BY MS. MacLEAN: | 15:12:12 |
| 13 | Q.  Do you know how the memo was sent to the | 15:12:12 |
| 14 | White House? | 15:12:15 |
| 15 | A.  I don't. | 15:12:15 |
| 16 | Q.  Do you know who sent the memo to the White | 15:12:15 |
| 17 | House? | 15:12:19 |
| 18 | A.  I don't. | 15:12:19 |
| 19 | Q.  How do you know that a memo was sent to | 15:12:20 |
| 20 | the White House, if I may ask? | 15:12:23 |
| 21 | A.  I don't recall who told me, but I was told | 15:12:23 |
| 22 | that it was sent to the White House. | 15:12:26 |
| 23 | Q.  Okay.  So do you know when roughly it was | 15:12:29 |
| 24 | sent to the White House?  Was it soon after the | 15:12:35 |
| 25 | memo was written or substantially after the memo | 15:12:38 |

| | | |
|---|---|---|
| 1 | was written? | 15:12:40 |
| 2 | A.  Soon after the memo was written. | 15:12:41 |
| 3 | Q.  When you say "soon," do you mean in the -- | 15:12:43 |
| 4 | A.  Matter of days. | 15:12:46 |
| 5 | Q.  Matter of days. | 15:12:47 |
| 6 | Do you know why Acting Secretary Duke | 15:12:49 |
| 7 | asked you to write this memo? | 15:12:59 |
| 8 | MS. MacLEAN:  Let me step back. | 15:13:02 |
| 9 | Q.  Was Acting Secretary Duke aware of your | 15:13:03 |
| 10 | position on the determination -- the TPS | 15:13:07 |
| 11 | determination for Honduras, Nicaragua, and El | 15:13:14 |
| 12 | Salvador at the time she asked you to write the | 15:13:18 |
| 13 | memo? | 15:13:20 |
| 14 | A.  Yes, I believe she was.  I don't recall | 15:13:22 |
| 15 | coming out and banging my fist and telling her | 15:13:32 |
| 16 | that, you know, this is the decision you have to | 15:13:37 |
| 17 | make.  I do remember speaking up in meetings and -- | 15:13:38 |
| 18 | and making points and cases to counter other points | 15:13:41 |
| 19 | that other people were making. | 15:13:46 |
| 20 | Q.  Um-hum. | 15:13:48 |
| 21 | A.  And she also knew that I had this other | 15:13:49 |
| 22 | experience that she didn't have and that others in | 15:13:54 |
| 23 | the Department didn't have and she wanted to have | 15:13:56 |
| 24 | the benefit of that perspective. | 15:13:59 |
| 25 | Q.  Had you shared prior to writing this memo | 15:14:03 |

| | | |
|---|---|---|
| 1 | your thoughts about TPS for Honduras, Nicaragua, | 15:14:10 |
| 2 | and El Salvador as informed by your time as | 15:14:15 |
| 3 | Ambassador to Honduras? | 15:14:18 |
| 4 | MR. KIRSCHNER:  Objection, confusing. | 15:14:19 |
| 5 | A.  So what I tried to do in discussions about | 15:14:28 |
| 6 | these countries was broaden the discussion beyond | 15:14:31 |
| 7 | just the statute or the temporary nature of | 15:14:34 |
| 8 | temporary protected status and bring in a couple of | 15:14:37 |
| 9 | other elements, one of them being what I believe I | 15:14:41 |
| 10 | called the humanitarian or fairness issue.  What do | 15:14:46 |
| 11 | you do with people who have been in the country for | 15:14:49 |
| 12 | 20 years or more, who have American citizen | 15:14:53 |
| 13 | children, who no longer have ties to the country to | 15:14:56 |
| 14 | which we are going to send them back to, and who | 15:15:00 |
| 15 | could compound U.S. policy in those countries, | 15:15:05 |
| 16 | which is aimed at getting at the push, the very | 15:15:10 |
| 17 | push factors of migration, the very issues that | 15:15:13 |
| 18 | force people to migrate. | 15:15:17 |
| 19 | So those were perspectives that she wasn't | 15:15:19 |
| 20 | necessarily getting in other quarters, so I think | 15:15:23 |
| 21 | that's why she asked me to write the memo. | 15:15:27 |
| 22 | Q.  Is it your understanding that Secretary -- | 15:15:29 |
| 23 | Acting Secretary Duke was interested not only in | 15:15:35 |
| 24 | your understanding of these issues, some of which | 15:15:39 |
| 25 | she already had access to from conversations that | 15:15:45 |

1   you'd had previously, but also a written document        15:15:48

2   that expressed that TPS should be extended for            15:15:51

3   Honduras, Nicaragua, and El Salvador?                     15:15:59

4       A.  I don't know.                                     15:16:00

5       Q.  Okay.  Do you have any understanding of           15:16:00

6   why she asked you to put in writing your thoughts?        15:16:11

7           MR. KIRSCHNER:  Objection, asked and              15:16:13

8   answered.                                                 15:16:15

9       A.  No, not really.  I mean, I really think           15:16:16

10  she was -- she was struggling with an important           15:16:29

11  decision and she was looking for help, and she            15:16:33

12  thought I might have some perspectives that would         15:16:40

13  be useful for her.  I think it's really as simple         15:16:42

14  as that.                                                  15:16:45

15      Q.  Um-hum.  Do you know how the input that           15:16:46

16  you provided elaborated in this memo was used to          15:16:51

17  inform the decision that was ultimately taken by --       15:16:54

18      A.  I don't.                                          15:16:57

19      Q.  -- Acting Secretary Duke?                         15:16:58

20          THE WITNESS:  Sorry.                              15:17:01

21      A.  I don't.                                          15:17:03

22          (Exhibit 40, DHS_RFPD_00000040, marked for       15:17:18

23  identification.)                                          15:17:54

24          MR. KIRSCHNER:  Could we identify the             15:17:54

25  exhibit for the record?                                   15:17:56

| | |
|---|---|
| 1      MS. MacLEAN:  Yes.  I've just introduced | 15:17:57 |
| 2  Exhibit 40, which is a memoranda from Acting | 15:18:00 |
| 3  Secretary Duke to USCIS Director Cissna and the | 15:18:06 |
| 4  witness here from November 6, 2017. | 15:18:18 |
| 5      Q.  So can you describe what this document is | 15:18:27 |
| 6  that we're looking at? | 15:18:32 |
| 7      A.  This is Acting Secretary Duke's decision | 15:18:32 |
| 8  to terminate TPS for Nicaragua. | 15:18:35 |
| 9      Q.  And this is less than a week after the | 15:18:37 |
| 10  memo that you provided; is that correct? | 15:18:40 |
| 11      A.  Yes. | 15:18:42 |
| 12      Q.  Did Acting Secretary Duke make any | 15:18:42 |
| 13  decisions with regard to the two other countries | 15:18:48 |
| 14  that were included in your memo for the Acting | 15:18:51 |
| 15  Secretary of October 31, 2017 at this time? | 15:18:56 |
| 16      A.  You know, I honestly don't recall the | 15:19:01 |
| 17  precise timeline of the various TPS decisions. | 15:19:04 |
| 18      Q.  Let me go back to the exhibit that was | 15:19:12 |
| 19  previously marked as Exhibit 12, which is your memo | 15:19:15 |
| 20  to Acting Secretary Duke.  You had included in that | 15:19:17 |
| 21  memo Honduras, Nicaragua, and El Salvador.  Why did | 15:19:23 |
| 22  you include all three of those countries? | 15:19:27 |
| 23      A.  It's actually a very good question and in | 15:19:30 |
| 24  retrospect and in re-reading the memo, the memo is | 15:19:33 |
| 25  really talking about Honduras and El Salvador.  So | 15:19:37 |

| | | |
|---|---|---|
| 1 | it's unfortunate that I marked the memo with | 15:19:40 |
| 2 | Nicaragua as well, because Nicaragua wasn't really | 15:19:44 |
| 3 | subject to the same kind of discussion as the other | 15:19:48 |
| 4 | two countries.  First of all, Nicaragua had not | 15:19:51 |
| 5 | requested a renewal of temporary protected status | 15:19:57 |
| 6 | and secondly, the country conditions were just | 15:20:00 |
| 7 | very, very different at that time, a lot less | 15:20:07 |
| 8 | violence, for example, and I don't think anybody | 15:20:09 |
| 9 | saw a real problem in Nicaragua taking back | 15:20:14 |
| 10 | repatriated citizens.  So Nicaragua was always a | 15:20:17 |
| 11 | different problem set than Honduras and El | 15:20:27 |
| 12 | Salvador. | 15:20:30 |
| 13 | Q.  Was it requested by Acting Secretary Duke | 15:20:30 |
| 14 | that you provide a memo concerning Honduras, | 15:20:33 |
| 15 | Nicaragua, and El Salvador? | 15:20:38 |
| 16 | A.  You know, I don't recall exactly what she | 15:20:38 |
| 17 | asked me.  But I do recall that she was really | 15:20:40 |
| 18 | ruminating about El Salvador and Honduras.  There | 15:20:48 |
| 19 | was much less discussion -- I actually don't recall | 15:20:53 |
| 20 | very much discussion at all about Nicaragua. | 15:20:54 |
| 21 | Q.  Do you recall that Acting Secretary Duke | 15:20:57 |
| 22 | at some point during her tenure did not make a | 15:21:07 |
| 23 | decision about the TPS designation -- | 15:21:10 |
| 24 | MS. MacLEAN:  Sorry.  Let me go back. | 15:21:13 |
| 25 | Q.  Do you recall that at some point during | 15:21:15 |

```
 1   her tenure as Acting Secretary, Acting Secretary        15:21:17
 2   Duke did not make a decision about the TPS             15:21:21
 3   determination for Honduras allowing it to              15:21:28
 4   automatically extend for six months?                   15:21:31
 5       A.  Yes.                                            15:21:34
 6           MR. KIRSCHNER:  Objection.  I was going to     15:21:35
 7   say objection.  Counsel testifying and                 15:21:36
 8   characterizing the evidence.  I'd ask Ambassador       15:21:39
 9   Nealon be able to put it in his own words.             15:21:40
10       Q.  Then a week later after your memo, Acting      15:21:43
11   Secretary Duke made a determination with regard to     15:21:50
12   Nicaragua.  Do you recall if this is the time          15:21:51
13   period where Acting Secretary Duke did not make a      15:21:53
14   decision with regard to Honduras, allowing Honduras    15:21:58
15   to automatically extend?                               15:22:02
16       A.  Again, I simply don't remember the exact       15:22:04
17   chronology of the various decisions.                   15:22:07
18       Q.  Fair enough.                                   15:22:09
19           (Exhibit 41, NewsRoom article dated May 10,    15:22:34
20   2018, marked for identification.)                      15:22:36
21       Q.  So I'm marking the next exhibit as             15:22:36
22   Exhibit 41.  And this is an op-ed in the Washington    15:22:41
23   Post that you wrote with Ambassador Feeley on          15:22:48
24   May 10th, 2018.                                        15:22:55
25       A.  Okay.                                          15:24:24
```

| | |
|---|---|
| 1    Q.  Was the decision to terminate TPS for | 15:24:31 |
| 2  Honduras ultimately made during your tenure at DHS? | 15:24:34 |
| 3    A.  Um, I don't believe so.  I believe it was | 15:24:37 |
| 4  made after I left. | 15:24:42 |
| 5    Q.  If I could go back to something you said | 15:24:43 |
| 6  at the outset.  You mentioned when I asked very | 15:24:46 |
| 7  early on why you decided to leave the Department, | 15:24:52 |
| 8  can you elaborate a bit more about why you decided | 15:25:00 |
| 9  to leave the Department? | 15:25:04 |
| 10    MR. KIRSCHNER:  Objection, calls for a | 15:25:05 |
| 11  narrative answer. | 15:25:07 |
| 12    A.  Yeah.  I mean, I would refer you back to | 15:25:09 |
| 13  how I answered that question previously.  I think | 15:25:13 |
| 14  that answer stands. | 15:25:16 |
| 15    Q.  You mentioned, if I recall, that you were | 15:25:18 |
| 16  a political appointee and didn't feel | 15:25:27 |
| 17  comfortable -- if you were a political appointee | 15:25:31 |
| 18  and didn't feel comfortable supporting the range of | 15:25:33 |
| 19  policies that were required as a political | 15:25:36 |
| 20  appointee, you didn't feel comfortable in that | 15:25:38 |
| 21  position.  Is that a reasonably fair | 15:25:41 |
| 22  characterization? | 15:25:43 |
| 23    A.  I think what I said, and again it would | 15:25:44 |
| 24  probably be best to refer back to the transcript | 15:25:49 |
| 25  because I stand by what I said.  But I believe what | 15:25:50 |

| | |
|---|---|
| 1  I said was that I felt obligated to leave as a | 15:25:54 |
| 2  political appointee who felt he couldn't fully | 15:25:58 |
| 3  represent all of the administration's policies. | 15:26:04 |
| 4      Q.  Are there certain policies that led you to | 15:26:07 |
| 5  feel obligated to leave? | 15:26:12 |
| 6          THE WITNESS:  Do I have to go into this? | 15:26:30 |
| 7  I mean -- | 15:26:32 |
| 8      A.  I'll ask you.  So I feel like I gave you | 15:26:34 |
| 9  an honest and heartfelt answer -- | 15:26:38 |
| 10     Q.  I appreciate it. | 15:26:41 |
| 11     A.  -- to the question.  And I don't really | 15:26:42 |
| 12 have more to say than that.  I think if we go back | 15:26:45 |
| 13 and look at what I said, it stands on its own and | 15:26:51 |
| 14 that's why I left. | 15:26:54 |
| 15     Q.  Let me ask just maybe one other question | 15:26:55 |
| 16 more specifically related to this.  And I | 15:26:58 |
| 17 apologize, I understand that this is after a career | 15:27:00 |
| 18 of service to the country, I imagine it was an | 15:27:03 |
| 19 intense decision without putting words in your | 15:27:06 |
| 20 mouth and a difficult one, and I appreciate that | 15:27:10 |
| 21 it's a heartfelt answer, and it's on the record, | 15:27:12 |
| 22 and I understand that there are complications with | 15:27:14 |
| 23 that. | 15:27:16 |
| 24         Were the discussions around TPS -- did the | 15:27:17 |
| 25 discussions around TPS and the administration's | 15:27:21 |

| | | |
|---|---|---|
| 1 | decisions with regard to TPS inform your decision | 15:27:24 |
| 2 | to leave? | 15:27:26 |
| 3 | A.  You know, I think I said in my original | 15:27:27 |
| 4 | answer that in 34 years in government, I won and | 15:27:30 |
| 5 | lost hundreds of policy battles, and so I'm not a | 15:27:33 |
| 6 | guy who would, you know, get up and take his | 15:27:37 |
| 7 | checkerboard with him because he lost a policy | 15:27:40 |
| 8 | fight, right?  So that's really not why I left. | 15:27:43 |
| 9 | I left really because I didn't feel like I | 15:27:49 |
| 10 | could represent the administration, and so I felt | 15:27:53 |
| 11 | obligated to leave.  I didn't leave in anger, I | 15:27:56 |
| 12 | left in sorrow. | 15:27:59 |
| 13 | Q.  I really appreciate that, and I apologize | 15:28:02 |
| 14 | for the probing questions on I'm sure a difficult | 15:28:05 |
| 15 | topic. | 15:28:10 |
| 16 | If I could turn to the op-ed that you | 15:28:12 |
| 17 | wrote.  What led you to write the op-ed that you | 15:28:14 |
| 18 | wrote here? | 15:28:18 |
| 19 | A.  So after 34 years in government, I was | 15:28:19 |
| 20 | suddenly unleashed and able to express my opinion | 15:28:30 |
| 21 | openly and publicly.  And so I've been doing that | 15:28:36 |
| 22 | since I left government, and this is an example of | 15:28:42 |
| 23 | that. | 15:28:44 |
| 24 | Q.  Were you particularly concerned around the | 15:28:44 |
| 25 | decision to terminate TPS for Honduras, has that | 15:28:54 |

| | | |
|---|---|---|
| 1 | been an area that you have been particularly | 15:28:58 |
| 2 | outspoken on, would you say? | 15:29:01 |
| 3 | MR. KIRSCHNER:  Objection, vague, not | 15:29:02 |
| 4 | temporal in scope. | 15:29:07 |
| 5 | A.  So yeah, I remain deeply interested in | 15:29:09 |
| 6 | Honduras and in U.S. policy towards Honduras and in | 15:29:16 |
| 7 | the ability of U.S. policy to do what I was trying | 15:29:21 |
| 8 | to do when I was there, which is get at the push | 15:29:26 |
| 9 | factors of migration, because I believe this is | 15:29:29 |
| 10 | sort of the untold story of the immigration debate | 15:29:34 |
| 11 | in this country.  I think the solution lies there | 15:29:38 |
| 12 | and not so much at the border.  So I remain deeply | 15:29:42 |
| 13 | interested, and that's why I write about it. | 15:29:46 |
| 14 | Q.  So on the bottom of the first page of this | 15:29:49 |
| 15 | op-ed, in the paragraph that starts with "as former | 15:29:57 |
| 16 | American ambassadors" -- | 15:30:02 |
| 17 | MR. KIRSCHNER:  Ambassador Nealon, I think | 15:30:05 |
| 18 | that counsel is referring to the previous page. | 15:30:08 |
| 19 | THE WITNESS:  Sorry.  Thanks. | 15:30:10 |
| 20 | Q.  It's the last paragraph on the first page. | 15:30:12 |
| 21 | It says, "As former American ambassadors with long | 15:30:14 |
| 22 | experience in Central America and with the TPS | 15:30:17 |
| 23 | program, we have to ask why does the administration | 15:30:19 |
| 24 | think this makes sense as an America first policy." | 15:30:22 |
| 25 | Based on what you had written before, the | 15:30:25 |

JAMES D. NEALON - 08/14/2018          Page 214

```
1    "this" there seems to refer to the termination of    15:30:28
2    TPS for Honduras.  Is that accurate?                  15:30:32
3         A.  Yes.                                         15:30:35
4         Q.  Okay.  Why did you write here that the       15:30:36
5    administration is interpreting the termination of     15:30:50
6    TPS as an America first policy?                       15:30:53
7              MR. KIRSCHNER:  Objection, counsel is       15:30:55
8    testifying about her interpretation of the language   15:30:56
9    in the article.  I would ask Ambassador Nealon to     15:30:59
10   address this in his own words.                         15:31:09
11             MS. MacLEAN:  Objection noted.              15:31:11
12        A.  So, I believe, and this is a personal        15:31:12
13   opinion, that the administration believes that the    15:31:16
14   cancellation of TPS is one of many, many elements     15:31:19
15   of a migration -- immigration policy which is part    15:31:24
16   of the administration's America First policy.         15:31:28
17        Q.  What makes you think that?                   15:31:34
18        A.  I suppose years of experience.               15:31:36
19        Q.  Does that include experience that you had    15:31:53
20   while you were at the Department?                      15:31:55
21        A.  Yes.                                         15:31:58
22        Q.  What experience that you had at the          15:31:59
23   Department would lead you to express that the         15:32:01
24   administration sees the termination of TPS as an      15:32:08
25   America First policy?                                 15:32:11
```

```
1        A.  I mean, to be very clear and very honest,    15:32:13

2    I think the President has been very clear, very       15:32:17

3    honest about his views on border security and         15:32:19

4    immigration.  I don't think there's any               15:32:27

5    disagreement or misunderstanding about what the       15:32:32

6    President's policies are, so I -- yeah.  I think       15:32:36

7    he's very clear.                                       15:32:40

8        Q.  Are there specific things that you would      15:32:41

9    point to from the President that make clear what       15:32:45

10   his policies are with regard to immigration and       15:32:51

11   border security and how that might apply to the       15:32:55

12   context of TPS?                                        15:32:58

13        MR. KIRSCHNER:  Objection, calls for             15:33:00

14   speculation.                                           15:33:02

15       A.  Yeah.  I really wouldn't want to speculate    15:33:02

16   about what the President thinks.  I can comment on    15:33:04

17   -- as any of us can about what the President says.    15:33:08

18       Q.  But from your experience and your            15:33:08

19   expertise and your involvement in these matters,      15:33:11

20   you've identified that it seems very clear what the   15:33:13

21   President's perspective is with regard to, you        15:33:17

22   know, immigration issues tied to an America First     15:33:19

23   policy.  And within this op-ed, you've identified     15:33:26

24   how you see TPS fitting into that.  So recognizing    15:33:33

25   you don't have direct conversations, I imagine,       15:33:39
```

```
1   with President Trump, although you haven't said one    15:33:42
2   way or the other, what makes you understand that       15:33:47
3   TPS specifically fits into the specific America         15:33:52
4   First policy of the current administration and the      15:34:00
5   President?                                              15:34:06
6       A.  You know, honestly I don't know how            15:34:06
7   helpful I can be to you in this line of                 15:34:12
8   questioning.  I would just go back to my belief         15:34:15
9   that the President has been very, very clear about      15:34:17
10  his feelings about border security.  He has talked      15:34:20
11  since the beginning of the campaign about building      15:34:23
12  a border wall.  He's talked about interior              15:34:25
13  enforcement.  We've seen a policy of family             15:34:29
14  separation.  We've seen actions by the Attorney         15:34:31
15  General to limit the types of people who can ask        15:34:34
16  for asylum.  We've seen the cancellation of DACA.       15:34:36
17  We've seen the cancellation of TPS.  So I think all     15:34:41
18  of these things are part of an administration           15:34:44
19  immigration policy.                                     15:34:47
20      Q.  Did you hear America First discussed in        15:34:54
21  the context of TPS while you were at DHS?               15:34:57
22      A.  I don't recall hearing that, no.               15:35:02
23      Q.  If you turn to the top of the second page      15:35:04
24  here, let me just review.  I think you reviewed the     15:35:35
25  entire article, but just review the top two            15:35:40
```

| | | |
|---|---|---|
| 1 | paragraphs. | 15:35:42 |
| 2 | A.  Okay. | 15:35:56 |
| 3 | Q.  You say here, "The justifications for | 15:35:56 |
| 4 | termination are two-fold.  The administration | 15:36:06 |
| 5 | reminds us that temporary protected status was | 15:36:08 |
| 6 | always meant to be temporary.  It also argues that | 15:36:12 |
| 7 | the original conditions for which TPS was granted: | 15:36:12 |
| 8 | The devastating Hurricane Mitch in 1998 that killed | 15:36:16 |
| 9 | more than 7,000 people in Honduras alone no longer | 15:36:20 |
| 10 | exists."  Beginning of the next paragraph, "We | 15:36:23 |
| 11 | understand how such arguments would make sense | 15:36:25 |
| 12 | under a strict constructionist view." | 15:36:28 |
| 13 | We spoke about this a bit earlier today. | 15:36:31 |
| 14 | But was it your understanding at the time that you | 15:36:34 |
| 15 | wrote this op-ed that the strict constructionist | 15:36:37 |
| 16 | view of the TPS statute essentially won out in DHS? | 15:36:43 |
| 17 | MR. KIRSCHNER:  Objection, calls for | 15:36:49 |
| 18 | speculation. | 15:37:00 |
| 19 | A.  So whether the strict constructionist view | 15:37:00 |
| 20 | is the ultimate reason why the secretaries made | 15:37:03 |
| 21 | their decisions about TPS, I don't know.  But to | 15:37:07 |
| 22 | answer your question, I believe that a strict | 15:37:10 |
| 23 | interpretation of the statute was an important | 15:37:17 |
| 24 | element in those decisions. | 15:37:20 |
| 25 | Q.  Do you believe that that was the only way | 15:37:22 |

| | | |
|---|---|---|
| 1 | that TPS -- the TPS statute could have been | 15:37:26 |
| 2 | interpreted? | 15:37:31 |
| 3 | MR. KIRSCHNER:  Objection, calls for a | 15:37:31 |
| 4 | legal conclusion and calls for speculation, and | 15:37:34 |
| 5 | also it's vague and confusing what you mean by that | 15:37:40 |
| 6 | question. | 15:37:44 |
| 7 | Q.  If you understand the question, you can | 15:37:44 |
| 8 | answer it. | 15:37:45 |
| 9 | A.  So my understanding was that successive | 15:37:49 |
| 10 | administrations had renewed TPS for Honduras long | 15:37:54 |
| 11 | after the conditions that resulted from Hurricane | 15:38:04 |
| 12 | Mitch had begun to dissipate or had dissipated. | 15:38:08 |
| 13 | Q.  So is it your understanding that there was | 15:38:15 |
| 14 | a new interpretation of the TPS statute that didn't | 15:38:17 |
| 15 | allow that under this administration? | 15:38:20 |
| 16 | MR. KIRSCHNER:  Objection, calls for | 15:38:22 |
| 17 | speculation. | 15:38:26 |
| 18 | A.  So my understanding, and this is a | 15:38:26 |
| 19 | personal opinion, is that, again, I believe this | 15:38:32 |
| 20 | viewpoint was one of the elements that went into | 15:38:37 |
| 21 | those decisions.  But, yes, I believe that -- that | 15:38:39 |
| 22 | there was a belief among many people in the | 15:38:46 |
| 23 | administration that their hands were tied and that | 15:38:49 |
| 24 | because the statute says that -- that TPS should be | 15:38:53 |
| 25 | based on the existing conditions, that there was no | 15:39:00 |

| | |
|---|---|
| 1   choice but to terminate. | 15:39:08 |
| 2        Q.  You just said a moment ago that successive | 15:39:09 |
| 3   administrations had renewed TPS for Honduras long | 15:39:13 |
| 4   after the conditions directly related to Hurricane | 15:39:17 |
| 5   Mitch had ended, but the current administration | 15:39:20 |
| 6   felt that their hands were tied.  What created this | 15:39:22 |
| 7   distinction where the current administration -- | 15:39:26 |
| 8   secretaries within the current administration would | 15:39:31 |
| 9   feel their hands were tied when previous | 15:39:33 |
| 10  secretaries had extended TPS for Honduras over and | 15:39:36 |
| 11  over again? | 15:39:39 |
| 12        MR. KIRSCHNER:  Objection, | 15:39:40 |
| 13  mischaracterizes testimony, calls for speculation. | 15:39:40 |
| 14       A.  So, I mean, personal opinion again, I | 15:39:48 |
| 15  think it's simply different interpretations of the | 15:39:56 |
| 16  statute.  And I'm not a lawyer, so I can't speak to | 15:40:01 |
| 17  the benefits of one or the other. | 15:40:07 |
| 18       Q.  Do you understand that these were | 15:40:12 |
| 19  different interpretations, essentially the | 15:40:15 |
| 20  interpretation prior to this administration and the | 15:40:17 |
| 21  interpretation of the TPS statute that was used by | 15:40:20 |
| 22  this administration? | 15:40:25 |
| 23        MR. KIRSCHNER:  Objection, | 15:40:25 |
| 24  mischaracterizes testimony.  Counsel keeps | 15:40:26 |
| 25  restating testimony that Ambassador Nealon never | 15:40:28 |

| | | |
|---|---|---|
| 1 | said. | 15:40:32 |
| 2 | MS. MacLEAN:  Objection noted. | 15:40:33 |
| 3 | Q.  I'm asking the question do you feel this | 15:40:35 |
| 4 | was a different interpretation? | 15:40:37 |
| 5 | MS. MacLEAN:  But objection noted. | 15:40:39 |
| 6 | Q.  So do you feel this was a different | 15:40:41 |
| 7 | interpretation from previous secretaries to | 15:40:44 |
| 8 | secretaries under this administration? | 15:40:46 |
| 9 | MR. KIRSCHNER:  Objection, foundation for | 15:40:48 |
| 10 | what you mean by "this interpretation."  Calls for | 15:40:49 |
| 11 | speculation. | 15:40:53 |
| 12 | Q.  Ambassador Nealon, I'll ask one more time, | 15:40:53 |
| 13 | hopefully we can ask this clearly.  But was it your | 15:40:56 |
| 14 | understanding that the interpretation of the TPS | 15:41:01 |
| 15 | statute that was used by prior administrations that | 15:41:04 |
| 16 | allowed for consideration of factors beyond the | 15:41:08 |
| 17 | originating condition in the case of Honduras, | 15:41:13 |
| 18 | Hurricane Mitch, was different from the | 15:41:17 |
| 19 | interpretation of the TPS statute that was used by | 15:41:22 |
| 20 | the secretaries under the current administration? | 15:41:25 |
| 21 | MR. KIRSCHNER:  Same objection, foundation | 15:41:29 |
| 22 | and speculative. | 15:41:30 |
| 23 | A.  Yes.  And I think it's important to note | 15:41:32 |
| 24 | that I believe both points of view are legitimate. | 15:41:37 |
| 25 | Both in my view are -- are rational interpretations | 15:41:43 |

| | | |
|---|---|---|
| 1 | of the statute.  So I think that there was a change | 15:41:51 |
| 2 | in policy, but I don't think it was necessarily | 15:41:54 |
| 3 | irrational change in policy.  It's a defensible | 15:42:00 |
| 4 | change in policy. | 15:42:06 |
| 5 | Q.  Do you recall conversations within DHS | 15:42:06 |
| 6 | that recognized that this was a change in policy? | 15:42:12 |
| 7 | MR. KIRSCHNER:  Objection.  Ambassador | 15:42:18 |
| 8 | Nealon, to the extent this question calls for | 15:42:20 |
| 9 | internal government deliberations, I'll instruct | 15:42:23 |
| 10 | you not to answer.  To the extent this question | 15:42:26 |
| 11 | just calls for whether you are understanding | 15:42:28 |
| 12 | conversations to have taken place without revealing | 15:42:31 |
| 13 | those deliberations, you can answer. | 15:42:33 |
| 14 | THE WITNESS:  Thank you. | 15:42:39 |
| 15 | A.  Would you restate the question? | 15:42:41 |
| 16 | Q.  Yes.  Do you recall conversations during | 15:42:43 |
| 17 | your time at DHS that recognized that there was a | 15:42:47 |
| 18 | change in policy related to the interpretation of | 15:42:52 |
| 19 | the TPS statute? | 15:42:56 |
| 20 | A.  Yes. | 15:42:58 |
| 21 | Q.  Can you recall one of those conversations, | 15:42:59 |
| 22 | when it took place and with whom? | 15:43:05 |
| 23 | A.  No.  I don't recall.  Again, this is very | 15:43:08 |
| 24 | difficult for me to recall specific conversations | 15:43:12 |
| 25 | and who said what and -- but I certainly do | 15:43:14 |

| | | |
|---|---|---|
| 1 | remember, yes, conversations related to that issue. | 15:43:18 |
| 2 | Q.  Do you recall Secretary -- then Secretary | 15:43:22 |
| 3 | General Kelly being involved in some of those | 15:43:33 |
| 4 | conversations? | 15:43:36 |
| 5 | A.  I don't. | 15:43:39 |
| 6 | Q.  Do you recall Acting Secretary Duke being | 15:43:39 |
| 7 | involved in those conversations? | 15:43:43 |
| 8 | A.  I do. | 15:43:45 |
| 9 | Q.  Do you recall Secretary Nielsen being | 15:43:46 |
| 10 | involved in those conversations? | 15:43:49 |
| 11 | A.  I don't. | 15:43:50 |
| 12 | Q.  Do you recall whether the White House or | 15:43:56 |
| 13 | any entity that was a component of the White House | 15:44:00 |
| 14 | or connected to -- not connected to -- | 15:44:03 |
| 15 | MS. MacLEAN:  Sorry.  Go back. | 15:44:08 |
| 16 | Q.  Do you recall whether the White House or | 15:44:10 |
| 17 | personnel within the White House were engaged | 15:44:13 |
| 18 | directly or indirectly with regard to the | 15:44:16 |
| 19 | interpretation of the TPS statute? | 15:44:18 |
| 20 | A.  So I don't recall anyone from the White | 15:44:26 |
| 21 | House speaking to me directly about that.  But I do | 15:44:28 |
| 22 | recall hearing that -- that people from the White | 15:44:31 |
| 23 | House were engaged with other people in DHS on that | 15:44:37 |
| 24 | subject. | 15:44:43 |
| 25 | Q.  Do you recall who from the White House was | 15:44:43 |

| | | |
|---|---|---|
| 1 | engaged on that subject, understanding that you | 15:44:46 |
| 2 | were not directly involved in those conversations? | 15:44:47 |
| 3 | MR. KIRSCHNER:  I just want to make sure | 15:44:49 |
| 4 | my objection on deliberate process is clear.  I'm | 15:44:51 |
| 5 | instructing you not to answer about the nature one | 15:44:54 |
| 6 | way or the other about whether there is a change in | 15:44:57 |
| 7 | interpretation or should be or should not be | 15:44:59 |
| 8 | interpretation, but that just that there were | 15:45:02 |
| 9 | conversations on this topic that you can answer. | 15:45:04 |
| 10 | Like -- I'm allowing to go forward questions of | 15:45:09 |
| 11 | whether the question of interpretation -- | 15:45:13 |
| 12 | THE WITNESS:  Okay. | 15:45:16 |
| 13 | MR. KIRSCHNER:  -- the conversation about | 15:45:17 |
| 14 | interpretation took place along the lines of what | 15:45:19 |
| 15 | counsel's asking, but the nature one way or the | 15:45:22 |
| 16 | other, whether there should be or should not be or | 15:45:24 |
| 17 | whether there was an interpretation, I just want to | 15:45:27 |
| 18 | make clear for the record that to the extent that | 15:45:28 |
| 19 | the questions are calling for that question, that | 15:45:30 |
| 20 | that would be internal deliberations. | 15:45:32 |
| 21 | THE WITNESS:  Okay.  Thank you. | 15:45:35 |
| 22 | A.  So let me try to be as clear as I can, | 15:45:37 |
| 23 | because my memory just is imperfect about this.  So | 15:45:40 |
| 24 | certainly, as I've already stated, there were | 15:45:45 |
| 25 | people from the White House talking to people at | 15:45:48 |

```
 1   DHS about TPS and about the termination of TPS.  I      15:45:52
 2   want to be very careful about -- about stating          15:45:57
 3   unequivocally that those conversations spoke            15:46:03
 4   directly about the -- a new interpretation of the       15:46:07
 5   statute, because I'm trying to think if I -- if I       15:46:12
 6   heard that specifically or not.                         15:46:16
 7         So I'm just going to be very careful here.        15:46:20
 8   And I don't remember specifically being told that.      15:46:25
 9      Q.  Okay.  And you've mentioned in the course        15:46:27
10   of the deposition a few different ways in which the     15:46:34
11   White House had been involved in communications         15:46:39
12   around TPS.  I just want to be very clear, you said     15:46:41
13   that there are people in the White House who were       15:46:47
14   involved in conversations around the termination of    15:46:51
15   TPS.  Who are the people that you know of directly      15:46:53
16   or indirectly from the White House who were            15:46:57
17   involved in those conversations?                        15:46:59
18      A.  So the name that always came up is Stephen       15:47:03
19   Miller.                                                 15:47:08
20      Q.  And who was Stephen Miller communicating         15:47:08
21   with?                                                   15:47:13
22      A.  So, again, this is -- these are things           15:47:13
23   that were told to me.  I don't have any direct          15:47:17
24   knowledge of these conversations.  But he was           15:47:21
25   certainly speaking to the DHS Chief of Staff and he     15:47:25
```

```
 1   was certainly speaking to Mr. Hamilton, and he may      15:47:32
 2   have been speaking to others.                           15:47:37
 3        Q.  How do you know that he was speaking to        15:47:39
 4   the DHS Chief of Staff?  First of all, which DHS        15:47:41
 5   Chief of Staff are you referencing here?                15:47:46
 6        A.  Chad Wolf.                                     15:47:48
 7        Q.  And how do you know that he was speaking       15:47:49
 8   to Chad Wolf?                                           15:47:52
 9        A.  Chad Wolf told me.                             15:47:53
10        Q.  Did he speak to Mr. Wolf more than once        15:47:55
11   about TPS?                                              15:47:58
12             MR. KIRSCHNER:  Objection, foundation.        15:47:59
13        A.  So I believe Mr. Wolf told me that he had      15:48:08
14   had numerous conversations with Stephen Miller          15:48:10
15   about TPS.                                              15:48:13
16        Q.  Do you recall when those conversations         15:48:14
17   took place?                                             15:48:17
18        A.  I don't.                                       15:48:18
19        Q.  And how do you know that Mr. Miller was        15:48:20
20   having communications with Mr. Hamilton about TPS?      15:48:24
21        A.  Again, I don't have direct knowledge of        15:48:28
22   these conversations, but reference would               15:48:30
23   occasionally be made to them in meetings.              15:48:34
24        Q.  Did Mr. Wolfe elaborate to you the content     15:48:38
25   of the conversations he had with Mr. Miller            15:48:54
```

| | | |
|---|---|---|
| 1 | concerning TPS? | 15:48:57 |
| 2 | MR. KIRSCHNER:  So on this one, the way | 15:48:58 |
| 3 | the question was asked, you can answer yes or no, | 15:49:01 |
| 4 | but to the extent the question is about what the | 15:49:03 |
| 5 | content is, I would instruct you not to answer. | 15:49:06 |
| 6 | THE WITNESS:  Thank you.  Sorry.  Restate. | 15:49:09 |
| 7 | Q.  Did Mr. Wolf relate to you the content of | 15:49:12 |
| 8 | his communications with Mr. Miller related to TPS | 15:49:18 |
| 9 | generally or specifically? | 15:49:25 |
| 10 | A.  Only in the most general terms, not any | 15:49:26 |
| 11 | specific detail. | 15:49:30 |
| 12 | Q.  And were you aware generally or | 15:49:30 |
| 13 | specifically the content of the communications | 15:49:33 |
| 14 | between Mr. Miller and Mr. Hamilton concerning TPS? | 15:49:35 |
| 15 | A.  No. | 15:49:39 |
| 16 | Q.  Okay.  And did you know the timing -- did | 15:49:39 |
| 17 | you know how often or how many times Mr. Miller | 15:49:45 |
| 18 | communicated with Mr. Hamilton related to TPS? | 15:49:48 |
| 19 | A.  No. | 15:49:51 |
| 20 | Q.  And do you know the timing of when | 15:49:51 |
| 21 | Mr. Miller communicated with Mr. Hamilton related | 15:49:55 |
| 22 | to TPS? | 15:49:59 |
| 23 | A.  No. | 15:50:00 |
| 24 | Q.  Do you know whether there was anything in | 15:50:00 |
| 25 | writing from Mr. Miller related to the -- related | 15:50:02 |

JAMES D. NEALON - 08/14/2018          Page 227

```
 1   to TPS?                                          15:50:06
 2       A.  No.                                      15:50:07
 3       Q.  And just to be very clear, this includes,  15:50:07
 4   you know, more than just a memo, but e-mails, any  15:50:11
 5   written communications, notes of any sort?       15:50:15
 6       A.  No, I don't know.                         15:50:17
 7       Q.  Okay.  What was your intention in writing  15:50:19
 8   the op-ed here?                                   15:50:30
 9       A.  I disagreed with the decision and I       15:50:34
10   thought it was important to get another set of    15:50:44
11   arguments out there, especially the argument      15:50:49
12   related to the fairness issue of sending people   15:50:53
13   back who had been living in the United States     15:51:01
14   legally for 20 years, paying taxes, et cetera, et  15:51:04
15   cetera.                                           15:51:08
16           And I should add, because it was important  15:51:16
17   to me, I also thought it was important, as I argued  15:51:18
18   in my memo, that people understand that by sending  15:51:23
19   people back to Central America, sending large     15:51:29
20   numbers of repatriated people back to Central     15:51:32
21   America, we would actually be working against     15:51:36
22   ourselves, working against our own efforts to get  15:51:38
23   at the push factors of migration that drive people  15:51:41
24   to the United States.                             15:51:44
25           So I considered it not in the American    15:51:44
```

| | | |
|---|---|---|
| 1 | interest to send those people back. | 15:51:47 |
| 2 | MS. MacLEAN:  Can we take just two minutes | 15:52:06 |
| 3 | so that I can just try to figure out what we have | 15:52:08 |
| 4 | left and try to cover it and let you get home | 15:52:11 |
| 5 | hopefully in time for dinner. | 15:52:13 |
| 6 | THE VIDEOGRAPHER:  Time is 3:52.  We are | 15:52:15 |
| 7 | off the record. | 15:52:18 |
| 8 | (Proceedings interrupted at 3:52 p.m. and | 15:52:19 |
| 9 | reconvened at 4:07 p.m.) | 15:52:20 |
| 10 | THE VIDEOGRAPHER:  Time is 4:07.  We're | 16:07:06 |
| 11 | back on the record. | 16:07:16 |
| 12 | BY MS. MacLEAN: | 16:07:17 |
| 13 | Q.  So Ambassador Nealon, just one additional | 16:07:18 |
| 14 | question about the conversation that we had | 16:07:20 |
| 15 | previously.  Are you aware of any documents that | 16:07:21 |
| 16 | exist within the Department of Homeland Security | 16:07:25 |
| 17 | concerning the interpretation of the TPS statute? | 16:07:28 |
| 18 | A.  No. | 16:07:31 |
| 19 | Q.  Okay.  And now we just have a -- a few | 16:07:31 |
| 20 | documents related to various meetings that related | 16:07:37 |
| 21 | to TPS, and to the extent that you know, I would | 16:07:40 |
| 22 | like your -- your input on those.  We can try to | 16:07:43 |
| 23 | run through them relatively quickly. | 16:07:48 |
| 24 | (Exhibit 42, DHS_RFPD_00000953 - 954, | 16:07:55 |
| 25 | marked for identification.) | 16:07:56 |

```
1        Q.   So this will be marked as Exhibit 42.        16:07:57

2        A.   Thank you.                                    16:08:02

3            MS. MacLEAN:  And we recognize that this,      16:08:08

4   I believe, is governed by the protective order         16:08:11

5   under discussion, and we will redact the e-mail         16:08:15

6   addresses of the people who are listed here prior       16:08:20

7   to any further dissemination of the exhibit.            16:08:25

8            MR. KIRSCHNER:  To the extent there are        16:08:30

9   any phone numbers, we would ask for you to do the       16:08:31

10  same, which I believe there is on page 2.               16:08:34

11       Q.   So Ambassador Nealon, this appears to be a    16:08:44

12  meeting that took place just before you arrived at      16:08:49

13  DHS, a couple of months before you arrived at DHS.      16:08:56

14           Is this a -- a meeting that you have any       16:08:59

15  familiarity with?                                       16:09:01

16       A.   No.                                           16:09:02

17       Q.   Can you identify who the people are who       16:09:03

18  are included in that TPS briefing in the e-mail         16:09:11

19  chain?                                                  16:09:16

20           MR. KIRSCHNER:  Just a matter of               16:09:17

21  clarification, can Counsel kind of point Ambassador     16:09:19

22  Nealon to where you're referring to?  Are you           16:09:24

23  referring to the "to" line or the attendees --          16:09:27

24           MS. MacLean:  Actually, that's helpful.        16:09:30

25       Q.   Actually, I'm going to skip the question      16:09:31
```

```
1    that I asked and go to the attendees of the          16:09:33
2    meeting, which is in the notes block in the -- in    16:09:36
3    the actual e-mail.  I think you had previously        16:09:39
4    identified some of these people.                      16:09:43
5            Can you identify who Ms. Neumann is?          16:09:49
6    A.  Yes, she was the Deputy Chief of Staff.           16:09:50
7            Now, I have to caveat this, this is, as       16:09:54
8    you say, two months before I came on board at DHS,    16:10:03
9    so I know almost all these people.  I'm not certain   16:10:06
10   they had the same positions before I got there that  16:10:10
11   they had when I got there.  But when I got there,     16:10:12
12   Elizabeth Neumann was the Deputy Chief of Staff.      16:10:14
13   Q.  And Mr. Rezmovic, R-e-z-m-o-v-i-c?                16:10:18
14   A.  I believe Mr. Rezmovic was a -- either a          16:10:20
15   counsellor to the Secretary or to the Deputy          16:10:26
16   Secretary, I don't recall.                            16:10:29
17   Q.  Do you know what Mr. Rezmovic's role was          16:10:31
18   with regard to TPS?                                   16:10:35
19   A.  I don't.                                          16:10:36
20   Q.  Mr. Cassidy?                                      16:10:41
21   A.  Mr. Cassidy was the head of the Office of         16:10:42
22   Legislative Affairs.                                  16:10:46
23   Q.  And what was the role of the Office of            16:10:46
24   Legislative Affairs in -- in connection with TPS      16:10:52
25   determinations?                                       16:10:55
```

1      A.  The Office of Legislative Affairs, their          16:11:00

2    role was to maintain contact with members of           16:11:03

3    Congress and staffers about decisions related to       16:11:06

4    TPS.                                                    16:11:09

5      Q.  During your time at DHS, was Ben Cassidy          16:11:09

6    the person who primarily performed this function?      16:11:12

7      A.  Yes.                                              16:11:16

8      Q.  Is that in connection with TPS or more           16:11:16

9    broadly?                                                16:11:20

10     A.  He was the head of the office.  He was the        16:11:20

11   head of the Office of Legislative Affairs.             16:11:25

12     Q.  I think we covered everyone else on that          16:11:28

13   list.  We can move on from that document.              16:11:31

14         MS. MacLEAN:  So mark this as Exhibit 43,         16:11:57

15   which is a document that is marked "Temporary           16:12:02

16   Protected Status Briefing, May 19th, 2017,"             16:12:08

17   apparently related to the same meeting.                 16:12:10

18         (Exhibit 43, DHS-RFPD-00000986, marked for        16:12:13

19   identification.)                                        16:12:14

20     Q.  I'm not going to ask you to review the            16:12:14

21   entirety of the document, particularly since you        16:12:17

22   were not at the meeting or at DHS at the time.  But     16:12:18

23   if you could turn to the second page, there's a         16:12:21

24   list of participants at the meeting.                    16:12:25

25         The only person that you had not               16:12:29

| | | |
|---|---|---|
| 1 | identified in the previous list who is currently on | 16:12:31 |
| 2 | this list is Arex Avanni.  I don't know if that's | 16:12:34 |
| 3 | Mr. Avanni or Ms. Avanni. | 16:12:38 |
| 4 | A.   Mr. | 16:12:38 |
| 5 | Q.   Mr. Avanni. | 16:12:38 |
| 6 | Are you aware -- I think you had | 16:12:41 |
| 7 | previously identified that Mr. Avanni was a | 16:12:42 |
| 8 | counsellor to the Deputy Secretary? | 16:12:44 |
| 9 | A.   That's correct. | 16:12:46 |
| 10 | Q.   And do you know what Mr. Avanni's role was | 16:12:46 |
| 11 | with regard to TPS? | 16:12:50 |
| 12 | A.   I don't, no. | 16:12:52 |
| 13 | MR. KIRSCHNER:  Counsel, I again would ask | 16:13:04 |
| 14 | if you're introducing this exhibit, to redact the | 16:13:06 |
| 15 | phone numbers on page 2. | 16:13:09 |
| 16 | MS. MacLEAN:  Yes.  Thank you. | 16:13:11 |
| 17 | We're also able to do that prior to it | 16:13:27 |
| 18 | being introduced as part of the transcript, if | 16:13:30 |
| 19 | that's possible.  We'll coordinate with the court | 16:13:32 |
| 20 | reporter about that afterwards. | 16:13:34 |
| 21 | Q.   Sorry, the last -- before we move on from | 16:13:36 |
| 22 | that exhibit, the last two people I want to mention | 16:13:38 |
| 23 | are listed in the Staff Responsible for Briefing | 16:13:40 |
| 24 | memo, which is the second to last section in bold. | 16:13:42 |
| 25 | There are two people listed, Brandon | 16:13:48 |

| | |
|---|---|
| 1    Prelogar and Katherine Anderson.  Did you know | 16:13:51 |
| 2    Mr. Prelogar and Ms. Anderson during your time at | 16:13:57 |
| 3    DHS? | 16:14:01 |
| 4        A.  I didn't. | 16:14:01 |
| 5            MS. MacLEAN:  Move on from that. | 16:14:04 |
| 6            (Exhibit 44, USCIS_RFPD_00000055 - 58, | 16:14:25 |
| 7    marked for identification.) | 16:14:26 |
| 8        Q.  So Exhibit 44 is an e-mail exchange | 16:14:32 |
| 9    concerning an immigration update briefing.  I'll | 16:14:40 |
| 10   let you skim through that. | 16:14:46 |
| 11           So this was an e-mail exchange that | 16:15:13 |
| 12   occurred after you arrived at the Department of | 16:15:18 |
| 13   Homeland Security.  The subject matter of the | 16:15:22 |
| 14   e-mail, the first e-mail that is listed on the page | 16:15:27 |
| 15   is "AS1BB 08.04.17 Immigration Update Briefing." | 16:15:32 |
| 16           Do you know what AS1BB means? | 16:15:40 |
| 17       A.  AS1 refers to the Acting Secretary.  I | 16:15:45 |
| 18   don't know what BB means. | 16:15:49 |
| 19       Q.  Okay.  And do you know who -- who Carl | 16:15:50 |
| 20   Risch, R-i-s-c-h, is who is in the cc of the | 16:15:55 |
| 21   e-mail? | 16:16:00 |
| 22       A.  Yes.  Carl eventually became the Assistant | 16:16:07 |
| 23   Secretary of State for Consular Affairs.  Whether | 16:16:12 |
| 24   he -- I assume he was at that time and that's why | 16:16:14 |
| 25   he's being copied, but I don't know that for sure. | 16:16:16 |

```
1              I knew him as the Assistant Secretary of        16:16:19
2    State for Consular Affairs, but I'm not certain       16:16:22
3    that he was in that job by August 3rd.                16:16:26
4         Q.  Okay.  And the two attachments that are      16:16:28
5    identified here are "ASBB Immigration Update          16:16:30
6    Briefing" and "TPS.RADOPS."  Does TPS.RADOPS mean     16:16:30
7    anything to you?                                      16:16:40
8         A.  I'm sorry.  Where do you see that?           16:16:40
9         Q.  It's one of the attachments that is          16:16:42
10   identified above the first line.                      16:16:44
11        A.  Oh.  That doesn't mean anything to me.       16:16:52
12        Q.  Okay.  Do you know off the top of your       16:16:54
13   head, you know, without having a thorough review of   16:16:59
14   this e-mail exchange, what this immigration update    16:17:02
15   briefing was regarding?                               16:17:05
16        A.  I don't.  I haven't read through the         16:17:06
17   entire chain.                                         16:17:11
18        Q.  So I may ask you a couple more questions     16:17:14
19   about this --                                         16:17:17
20        A.  Sure.                                        16:17:17
21        Q.  -- because it appears from the e-mail        16:17:18
22   chain that your office had significant involvement    16:17:20
23   in this.  So why don't you take a -- take a couple    16:17:22
24   of minutes to review that.                            16:17:26
25        A.  Okay.                                        16:17:28
```

| | | |
|---|---|---|
| 1 | Okay. | 16:18:26 |
| 2 | Q.  Do you know what this is referring to, | 16:18:26 |
| 3 | having reviewed it more closely? | 16:18:28 |
| 4 | A.  It appears to be -- it's a USCIS internal | 16:18:30 |
| 5 | document, getting USCIS prepared for a briefing for | 16:18:37 |
| 6 | the Acting Secretary on it looks like current state | 16:18:43 |
| 7 | of play, upcoming decision points on TPS. | 16:18:49 |
| 8 | So looks like a briefing for the Acting | 16:18:52 |
| 9 | Secretary on where -- where the Department stands | 16:18:57 |
| 10 | on TPS. | 16:18:59 |
| 11 | Q.  Would DHS policy -- would the DHS Office | 16:19:00 |
| 12 | of Policy have been responsible for organizing that | 16:19:05 |
| 13 | meeting? | 16:19:07 |
| 14 | A.  So -- | 16:19:11 |
| 15 | MR. KIRSCHNER:  Objection to the extent | 16:19:11 |
| 16 | this is calling for speculation. | 16:19:12 |
| 17 | A.  So in reading through this, it looks like | 16:19:15 |
| 18 | the Office of Policy was responsible for | 16:19:20 |
| 19 | coordinating the meeting. | 16:19:25 |
| 20 | Q.  Do you recall being present at that | 16:19:26 |
| 21 | meeting? | 16:19:28 |
| 22 | A.  No. | 16:19:28 |
| 23 | MR. KIRSCHNER:  Object to form. | 16:19:29 |
| 24 | Q.  That's fine. | 16:19:29 |
| 25 | (Exhibit 45, E-mail from Briana Petyo to | 16:20:02 |

| | | |
|---|---|---|
| 1 | Kelbi Culwell, 10/10/17, marked for identification.) | 16:20:11 |
| 2 | Q.  We've just entered Exhibit 45, which is | 16:20:11 |
| 3 | another e-mail chain which appears to be about the | 16:20:18 |
| 4 | same meeting. | 16:20:22 |
| 5 | MR. KIRSCHNER:  Objection, counsel is | 16:20:22 |
| 6 | testifying. | 16:20:24 |
| 7 | MS. MacLEAN:  And incorrectly, I think.  I | 16:20:27 |
| 8 | think this is actually a different date of the | 16:20:30 |
| 9 | meeting.  The previous meeting took place as | 16:20:33 |
| 10 | identified here or was -- there's an immigration | 16:20:35 |
| 11 | update briefing in the previous exhibit, 44, | 16:20:38 |
| 12 | August 4th, 2017, and in Exhibit 45, we have a | 16:20:42 |
| 13 | reference to AS1BB TPS meeting on October 10th, | 16:20:49 |
| 14 | 2017. | 16:20:56 |
| 15 | A.  Okay. | 16:21:20 |
| 16 | Q.  Do you know what this chain is referring | 16:21:21 |
| 17 | to? | 16:21:23 |
| 18 | A.  This looks like a chain very similar to | 16:21:23 |
| 19 | the previous one in which preparations are being | 16:21:27 |
| 20 | made to brief the Acting Secretary on state of play | 16:21:32 |
| 21 | regarding TPS. | 16:21:36 |
| 22 | Q.  Can you let me know who the people are who | 16:21:39 |
| 23 | we have not discussed who are in the "to" column on | 16:21:43 |
| 24 | the first page of this exhibit?  We obviously know | 16:21:46 |
| 25 | who Ms. Petyo is. | 16:21:49 |

| | | |
|---|---|---|
| 1 | Kelbi Culwell, to the extent that you | 16:21:51 |
| 2 | know? | 16:22:03 |
| 3 | A.  I don't know.  But by reading through | 16:22:03 |
| 4 | this, this looks like interplay between the | 16:22:05 |
| 5 | Executive Secretariat, who are responsible for the | 16:22:08 |
| 6 | Secretary's paper, and I see my Chief of Staff on | 16:22:12 |
| 7 | here, Ms. Petyo.  So it looks like back and forth | 16:22:22 |
| 8 | among people talking about the materials needed for | 16:22:30 |
| 9 | the -- for the meeting. | 16:22:33 |
| 10 | Q.  Okay.  So if we go to the second page of | 16:22:37 |
| 11 | this document, the middle e-mail is from Juliana | 16:22:40 |
| 12 | Blackwell.  Who is Juliana Blackwell? | 16:22:44 |
| 13 | A.  I believe Joanna Blackwell (sic) worked in | 16:22:46 |
| 14 | the office of the Executive Secretary, which is the | 16:22:50 |
| 15 | office that handles the Secretary's paper -- the | 16:22:52 |
| 16 | Department's paper. | 16:22:57 |
| 17 | Q.  From your review of this e-mail chain, | 16:22:58 |
| 18 | would you identify that the DHS Office of Policy | 16:23:01 |
| 19 | was also coordinating this meeting? | 16:23:04 |
| 20 | MR. KIRSCHNER:  Objection, calls for | 16:23:06 |
| 21 | speculation. | 16:23:16 |
| 22 | A.  You know, I'd have to read through it to | 16:23:16 |
| 23 | see if I could determine who was the responsible | 16:23:17 |
| 24 | officer -- | 16:23:20 |
| 25 | Q.  Don't worry about it.  It's not a critical | 16:23:20 |

```
 1  question.                                            16:23:23

 2        In the e-mail on that second page from         16:23:23

 3  Ms. Blackwell, she says, "Looping in USCIS,          16:23:27

 4  additional guidance from the COS," what would COS    16:23:31

 5  refer to there?                                      16:23:33

 6     A.  That would be the Chief of Staff, the         16:23:34

 7  Secretary's Chief of Staff.                          16:23:38

 8     Q.  And she says, "The decision" -- "The          16:23:39

 9  discussion needs to be on each individual country    16:23:40

10  under consideration, specifically need a deep dive   16:23:43

11  into the conditions of that respective country to    16:23:46

12  determine if they meet" -- "if they continue to      16:23:49

13  meet the statutory categories for TPS."              16:23:50

14        This follows on an e-mail from                 16:23:53

15  Ms. Blackwell, where she says -- but she has --      16:23:55

16  well, "And the briefing memo is okay in terms of     16:24:01

17  serving as an introduction, but she has decisions    16:24:04

18  to make in the next three weeks about Honduras and   16:24:08

19  Nicaragua.  This briefing session needs to focus on  16:24:09

20  those decisions and it's my understanding that       16:24:12

21  USCIS would like for El Salvador to be considered    16:24:16

22  also even though that decision doesn't need to be    16:24:16

23  made for a couple of months."                        16:24:20

24        Do you recall communication recognizing        16:24:28

25  the need to include El Salvador in this series of    16:24:32
```

```
 1   decisions?                                        16:24:35
 2        MR. KIRSCHNER:  Objection,                   16:24:35
 3   mischaracterizes the e-mail.  The e-mail goes on  16:24:36
 4   and discusses other matters as well, talks about  16:24:38
 5   Haiti.  I just would ask for -- objection,        16:24:41
 6   mischaracterizes the e-mail.                       16:24:51
 7        A.  Yeah, so again, this -- this is a back and  16:24:52
 8   forth among people who are trying to make sure that  16:24:56
 9   the paperwork gets put together for the meeting.  16:25:02
10   And then there's a reference to, as you described,  16:25:07
11   you know, have to consider each country            16:25:13
12   individually and do a deep dive, so that's         16:25:17
13   apparently sharing guidance they got from the Chief  16:25:20
14   of Staff.                                          16:25:23
15        So this is the kind of churn that takes       16:25:24
16   place before every meeting that the Secretary has  16:25:29
17   to ensure that the meeting is productive, to ensure  16:25:33
18   that the right people are at the meeting, to ensure  16:25:37
19   there's an agenda, to ensure that the right        16:25:39
20   paperwork has been provided.                       16:25:42
21        So it's -- it's usually not a level of        16:25:44
22   detail that I would have gotten involved in unless  16:25:46
23   -- unless I had to, unless I was trying to shape    16:25:49
24   the meeting in a certain way or something like      16:25:51
25   that.                                              16:25:54
```

```
 1      Q.  Very fortunate.                              16:25:56

 2          MS. MacLEAN:  I think we can do this one     16:26:53

 3   quickly, too.  This is Exhibit 46.                  16:26:56

 4          (Exhibit 46, DHS-001-000515 - 521, marked    16:26:58

 5   for identification.)                                16:26:58

 6      Q.  So what is marked as Exhibit 46 is -- says   16:26:58

 7   in this chain, "PLCY led" -- "PLCY led," which      16:27:13

 8   based on previous conversations I assume to mean is 16:27:13

 9   the DHS Office of Policy led meeting; is that       16:27:16

10   correct?                                            16:27:16

11      A.  Correct.                                     16:27:16

12      Q.  "AS1BB 11.13.17 TPS Strategy Meeting,"       16:27:17

13   you again see AS1BB, we're not sure what BB means,  16:27:17

14   but it appears to be one month following the        16:27:17

15   previous meeting.                                   16:27:17

16          Do you recall being at this meeting, off     16:27:33

17   the top of your head?  Probably a difficult         16:27:36

18   question.                                           16:27:37

19      A.  So let me read through this very quickly,    16:27:38

20   if you don't mind.                                  16:27:43

21          So it's hard for me to recall that I was     16:28:05

22   at a specific meeting.  I see my name on the list   16:28:08

23   of proposed attendees, so it's likely that if I was 16:28:11

24   in the country, that I was there.  But, you know, I 16:28:16

25   don't recall this specific meeting.                 16:28:18
```

| | | |
|---|---|---|
| 1 | Q.  And if we go to the list of attendees, | 16:28:19 |
| 2 | which is on page 3 of 7, the only -- well, there's | 16:28:24 |
| 3 | -- the only person who is not an OGC, Office of | 16:28:34 |
| 4 | General Counsel participant who we did not discuss | 16:28:42 |
| 5 | who's -- from previous communications is Tom Homan. | 16:28:44 |
| 6 | Who is Mr. Homan? | 16:28:46 |
| 7 | A.  Mr. Homan was the Acting Director of ICE. | 16:28:48 |
| 8 | Q.  And was ICE present more than at this | 16:28:52 |
| 9 | meeting in meetings related to TPS? | 16:28:57 |
| 10 | A.  My recollection is that they were often | 16:29:00 |
| 11 | present, but not always present. | 16:29:03 |
| 12 | Q.  And what was the role of ICE in | 16:29:05 |
| 13 | conversations related to TPS? | 16:29:09 |
| 14 | MR. KIRSCHNER:  Objection, vague. | 16:29:13 |
| 15 | A.  So my assumption is that ICE would be | 16:29:17 |
| 16 | invited to meetings about TPS because among many | 16:29:25 |
| 17 | other things, ICE is responsible for interior | 16:29:30 |
| 18 | enforcement in the United States. | 16:29:34 |
| 19 | So if -- if TPS beneficiaries lost that | 16:29:36 |
| 20 | benefit and were subject to deportation, ICE would | 16:29:47 |
| 21 | play the lead role in -- in executing deportations. | 16:29:52 |
| 22 | So they had obviously a big stake in TPS. | 16:29:57 |
| 23 | Q.  Did ICE, either Mr. Homan or another -- or | 16:30:03 |
| 24 | a surrogate or another representative of ICE | 16:30:12 |
| 25 | express any position with regard to whether TPS | 16:30:15 |

| | | |
|---|---|---|
| 1 | should be extended or terminated in any of the | 16:30:19 |
| 2 | meetings that you were present at? | 16:30:21 |
| 3 | MR. KIRSCHNER:  I just want to make clear, | 16:30:23 |
| 4 | I'm going to instruct you that you can answer the | 16:30:25 |
| 5 | question as asked, but if there are follow-up | 16:30:28 |
| 6 | questions about the content, depending on how it | 16:30:31 |
| 7 | was asked, I may instruct you not to answer. | 16:30:35 |
| 8 | THE WITNESS:  Okay. | 16:30:38 |
| 9 | MR. KIRSCHNER:  But I understand the | 16:30:39 |
| 10 | question is just whether ICE expressed a view, not | 16:30:40 |
| 11 | the content. | 16:30:46 |
| 12 | A.  At least at some of the meetings at which | 16:30:47 |
| 13 | I was present, ICE did express a view. | 16:30:49 |
| 14 | Q.  Without intruding on the deliberative | 16:30:53 |
| 15 | process privilege at this stage while this question | 16:31:07 |
| 16 | is still under review by the court, was there a | 16:31:09 |
| 17 | basis for ICE's view, not the content of it, but | 16:31:15 |
| 18 | was it, to the extent that you can answer, based on | 16:31:19 |
| 19 | particular equities or interests that ICE was | 16:31:24 |
| 20 | representing in these meetings? | 16:31:28 |
| 21 | MR. KIRSCHNER:  Again, I would instruct | 16:31:30 |
| 22 | you not to answer to the extent it reveals internal | 16:31:32 |
| 23 | deliberations.  To the extent you could provide a | 16:31:38 |
| 24 | general answer about ICE's equities, and without | 16:31:41 |
| 25 | revealing internal deliberations, then that is | 16:31:44 |

| | | |
|---|---|---|
| 1 | fine, but to the extent it is revealing internal | 16:31:44 |
| 2 | deliberations, I would instruct you not to answer. | 16:31:47 |
| 3 | A.  So as I said previously, one of ICE's main | 16:31:49 |
| 4 | duties is what we call interior enforcement, that | 16:31:57 |
| 5 | is, repatriating people who are in the United | 16:32:03 |
| 6 | States with no legal status back to their countries | 16:32:09 |
| 7 | of origin. | 16:32:12 |
| 8 | So if -- if TPS were going to be | 16:32:22 |
| 9 | terminated for countries that had significant TPS | 16:32:24 |
| 10 | populations in the United States, this would have a | 16:32:27 |
| 11 | big impact, a big workforce and mission impact on | 16:32:30 |
| 12 | ICE.  So they had significant equities related to | 16:32:35 |
| 13 | the extension or termination of TPS. | 16:32:38 |
| 14 | Q.  Thank you. | 16:32:48 |
| 15 | (Exhibit 47, E-mail dated July 14, 2017 | 16:32:50 |
| 16 | from James McCament to Tracy Renaud, marked for | 16:32:53 |
| 17 | identification.) | 16:32:53 |
| 18 | Q.  So I'm marking another e-mail as | 16:32:58 |
| 19 | Exhibit 47.  It might be easier if you want to | 16:33:00 |
| 20 | review this e-mail to start -- sorry -- I am | 16:33:22 |
| 21 | wrong -- the earliest e-mail is the first one in | 16:33:26 |
| 22 | the chain. | 16:33:29 |
| 23 | A.  Okay. | 16:33:30 |
| 24 | MR. KIRSCHNER:  I just want to say that | 16:33:31 |
| 25 | that's -- that is counsel's interpretation.  There | 16:33:37 |

| | |
|---|---|
| 1  are some times when dates on e-mails might have | 16:33:41 |
| 2  different time zones, so I'm not -- without having | 16:33:43 |
| 3  the opportunity to read the e-mail in detail to | 16:33:47 |
| 4  know for sure which e-mail is first.  I'm sure by | 16:33:50 |
| 5  context one can figure it out.  I just have seen | 16:33:53 |
| 6  documents within the government before where the | 16:33:58 |
| 7  timestamps are different based on time zones or | 16:34:00 |
| 8  based on -- | 16:34:03 |
| 9      MS. MacLEAN:  Fair enough. | 16:34:04 |
| 10     A.  So I believe the second e-mail is the | 16:34:45 |
| 11  first e-mail. | 16:34:47 |
| 12     Q.  You're right, actually, because it is a | 16:34:50 |
| 13  reply.  It says "re VTEL with S1." | 16:34:53 |
| 14         So this e-mail concerns more, obviously, | 16:35:08 |
| 15  than just TPS.  But the subject matter of the first | 16:35:12 |
| 16  e-mail, which is the second in the chain is "VTEL | 16:35:17 |
| 17  with S1."  Is it fair to state that that is a | 16:35:20 |
| 18  report back of a telephone call with the Secretary? | 16:35:26 |
| 19     MR. KIRSCHNER:  Objection, calls for | 16:35:30 |
| 20  speculation. | 16:35:37 |
| 21     A.  Yeah.  I don't know the term "VTEL," I | 16:35:37 |
| 22  don't know if it's a phone call or video | 16:35:41 |
| 23  conference.  I don't know what that term means. | 16:35:45 |
| 24     Q.  And July 14, 2017, I understand that you | 16:35:46 |
| 25  have just arrived at the Department at that time; | 16:35:50 |

| | |
|---|---|
| 1   is that correct? | 16:35:53 |
| 2       A.  So I may have actually still been in the | 16:35:53 |
| 3   little orientation program.  But I arrived in the | 16:35:56 |
| 4   building to work right about that time. | 16:35:59 |
| 5       Q.  Okay.  And the Secretary at that time was | 16:36:02 |
| 6   General Kelly? | 16:36:06 |
| 7       A.  Yes. | 16:36:07 |
| 8       Q.  So if we go down to, I think, the | 16:36:07 |
| 9   beginning of the conversation around TPS, the | 16:36:15 |
| 10   e-mail states, "After finishing the rounds, he said | 16:36:20 |
| 11   two things that do pertain to us:  one, TPS Haiti." | 16:36:23 |
| 12       Do you see where I'm pointing to? | 16:36:28 |
| 13       A.  Are you after number one? | 16:36:30 |
| 14       Q.  Number one, yes. | 16:36:33 |
| 15       A.  Okay. | 16:36:34 |
| 16       Q.  "He reiterated his prior ask of the | 16:36:35 |
| 17   Haitian government to work with those who have TPS | 16:36:37 |
| 18   to prepare them for travel in order to return to | 16:36:40 |
| 19   Haiti, and he wants to know if they are doing | 16:36:43 |
| 20   that." | 16:36:46 |
| 21       What do you think that is referring to? | 16:36:46 |
| 22       MR. KIRSCHNER:  Objection, speculation. | 16:36:51 |
| 23       A.  So General Kelly was -- had had direct | 16:36:53 |
| 24   conversations with the Haitians about TPS in which | 16:37:08 |
| 25   he had told them that they needed to begin to | 16:37:15 |

| | | |
|---|---|---|
| 1 | prepare to take their citizens back.  And so they | 16:37:19 |
| 2 | needed to begin to prepare to issue travel | 16:37:25 |
| 3 | documents to them, and they needed to begin to | 16:37:29 |
| 4 | prepare how they were going to receive their | 16:37:34 |
| 5 | repatriated citizens when they arrived back in | 16:37:37 |
| 6 | Haiti.  So he is asking here for an update on how | 16:37:41 |
| 7 | they are doing on that. | 16:37:45 |
| 8 | Q.  Was it your understanding, then, that | 16:37:47 |
| 9 | there had been a decision already made to terminate | 16:37:50 |
| 10 | TPS after this brief six-month extension? | 16:37:54 |
| 11 | A.  So that six-month extension predated my | 16:37:58 |
| 12 | arrival at DHS, but I had the feeling from my | 16:38:07 |
| 13 | conversations with Kelly that he was probably going | 16:38:15 |
| 14 | to terminate. | 16:38:22 |
| 15 | Q.  And from what you had recounted about the | 16:38:25 |
| 16 | communications between General Kelly and the | 16:38:34 |
| 17 | Haitian government, it sounds as if, and correct me | 16:38:39 |
| 18 | if I'm wrong, that that feeling or sense or | 16:38:44 |
| 19 | expectation was also communicated to the Haitian | 16:38:50 |
| 20 | government that TPS was likely to be terminated? | 16:38:54 |
| 21 | A.  So, again, that predated my arrival at | 16:38:57 |
| 22 | DHS, so I don't know what that communication was, | 16:39:04 |
| 23 | precisely. | 16:39:06 |
| 24 | Q.  Okay.  So later on in that same paragraph, | 16:39:11 |
| 25 | it states, "We got the data from, redacted, but | 16:39:17 |

| | | |
|---|---|---|
| 1 | that seems to be the entire universe since TPS | 16:39:21 |
| 2 | began, not tied to specific time frames." | 16:39:25 |
| 3 | Do you know if there was particular data | 16:39:28 |
| 4 | around the time that you joined the Department that | 16:39:30 |
| 5 | Secretary Kelly was looking for with regard to TPS? | 16:39:34 |
| 6 | MR. KIRSCHNER:  Objection, foundation. | 16:39:37 |
| 7 | A.  I'm sorry.  Could you restate your | 16:39:49 |
| 8 | question? | 16:39:51 |
| 9 | Q.  Yes.  There's a sentence within that same | 16:39:51 |
| 10 | paragraph that reads, "We got the data from, | 16:39:53 |
| 11 | redacted, but that seems to be the entire universe | 16:39:55 |
| 12 | since TPS began, not tied to specific time frames." | 16:39:58 |
| 13 | Do you see that? | 16:40:02 |
| 14 | A.  I do. | 16:40:03 |
| 15 | Q.  Do you know if there was specific data | 16:40:03 |
| 16 | that Secretary General Kelly was seeking with | 16:40:06 |
| 17 | regard to TPS at the time that you joined the | 16:40:09 |
| 18 | Department? | 16:40:13 |
| 19 | A.  Yes.  He was interested in knowing if | 16:40:13 |
| 20 | large numbers of Haitians were pursuing other | 16:40:22 |
| 21 | avenues to be able to stay in the United States, if | 16:40:25 |
| 22 | they were pursuing other ways to regularize their | 16:40:28 |
| 23 | status so that they could stay. | 16:40:31 |
| 24 | Q.  Do you know why he was interested in that | 16:40:39 |
| 25 | information? | 16:40:41 |

| | | |
|---|---|---|
| 1 | A.  My impression from my conversations with | 16:40:43 |
| 2 | General Kelly is that he was extremely sympathetic | 16:40:46 |
| 3 | to the Haitians who were living in the United | 16:40:49 |
| 4 | States.  He was a lot less sympathetic to the | 16:40:53 |
| 5 | Haitian government which he considered to be, I | 16:40:57 |
| 6 | don't want to put words in his mouth, but which I | 16:40:59 |
| 7 | believe he considered to be out of touch with their | 16:41:02 |
| 8 | people.  And so he was interested in knowing if | 16:41:04 |
| 9 | large numbers of Haitians were going to be able to | 16:41:10 |
| 10 | stay on in the United States by adjusting their | 16:41:13 |
| 11 | status in some other way. | 16:41:15 |
| 12 | Q.  Okay.  Then the next line states, "S1" -- | 16:41:17 |
| 13 | referring to then Secretary Kelly -- "stated firmly | 16:41:23 |
| 14 | that the only people in the WH" -- is it fair to | 16:41:26 |
| 15 | assume that that means White House? | 16:41:31 |
| 16 | A.  Yes. | 16:41:33 |
| 17 | Q.  -- "who can direct us to do anything are | 16:41:33 |
| 18 | POTUS" -- is it fair to assume that's the president | 16:41:36 |
| 19 | of the United States? | 16:41:39 |
| 20 | A.  Yes. | 16:41:39 |
| 21 | Q.  -- "and VP" -- is it fair to assume that | 16:41:40 |
| 22 | that's vice president? | 16:41:42 |
| 23 | A.  Yes. | 16:41:44 |
| 24 | Q.  -- "while he has no issue with us having | 16:41:46 |
| 25 | day to day working level discussions with WH staff, | 16:41:48 |

| | | |
|---|---|---|
| 1 | he does not want them directing us especially when | 16:41:51 |
| 2 | it comes to decisions or changes of decisions by | 16:41:55 |
| 3 | our professionals." | 16:41:58 |
| 4 | Were you aware of any concerns from then | 16:42:03 |
| 5 | Secretary Kelly about direction that was coming | 16:42:06 |
| 6 | from White House staff at that time? | 16:42:10 |
| 7 | A.  In general, yes.  This is something that | 16:42:12 |
| 8 | General Kelly was passionate about.  Being a | 16:42:22 |
| 9 | military guy, he understood and believed deeply in | 16:42:25 |
| 10 | the chain of command.  So General Kelly believed | 16:42:29 |
| 11 | that as a Cabinet Officer, he worked for the | 16:42:32 |
| 12 | president.  He didn't work for White House staff or | 16:42:35 |
| 13 | staff at other agencies.  So what he's -- what | 16:42:38 |
| 14 | you're seeing here is Kelly saying that we don't -- | 16:42:43 |
| 15 | the Department of Homeland Security doesn't do | 16:42:48 |
| 16 | things because staff has told us to do them, | 16:42:50 |
| 17 | especially when something is a secretarial decision | 16:42:54 |
| 18 | like TPS. | 16:42:57 |
| 19 | Q.  So just one other question.  If you go to | 16:42:59 |
| 20 | the follow-up e-mail chain, the third paragraph, | 16:43:13 |
| 21 | the follow-up e-mail in the chain, the third | 16:43:17 |
| 22 | paragraph down reads, "Thanks for the quick recap | 16:43:20 |
| 23 | on premium 2.  I recognize when Gene is gone just | 16:43:24 |
| 24 | how much the Secretary delegates and trusts all | 16:43:31 |
| 25 | things immigration to him." | 16:43:31 |

| | | |
|---|---|---|
| 1 | Who is Gene in that sentence? | 16:43:33 |
| 2 | MR. KIRSCHNER:  Objection, calls for | 16:43:34 |
| 3 | speculation. | 16:43:41 |
| 4 | A.  I am speculating, but we can be rather | 16:43:41 |
| 5 | certain that he's referring to Gene Hamilton. | 16:43:46 |
| 6 | Q.  Was it your understanding that then | 16:43:50 |
| 7 | Secretary Kelly deferred quite significantly on | 16:43:52 |
| 8 | immigration questions to Mr. Hamilton? | 16:43:56 |
| 9 | A.  So, again, I only overlapped with General | 16:43:59 |
| 10 | Kelly for three weeks.  I know that General Kelly | 16:44:03 |
| 11 | and Gene Hamilton had a very close and collegial | 16:44:08 |
| 12 | relationship. | 16:44:17 |
| 13 | MR. KIRSCHNER:  Just trying to figure out | 16:44:42 |
| 14 | when is a good time for a very quick break. | 16:44:44 |
| 15 | MS. MacLEAN:  We can take quick break if | 16:44:48 |
| 16 | you want.  I think we're barrelling through -- | 16:44:50 |
| 17 | MR. KIRSCHNER:  I know that's -- I was | 16:44:50 |
| 18 | trying to think in terms in context of a break, not | 16:44:52 |
| 19 | in context of rushing you through. | 16:44:55 |
| 20 | MS. MacLEAN:  We can actually take a break | 16:44:58 |
| 21 | if you need a break or -- | 16:45:00 |
| 22 | MR. KIRSCHNER:  Take a short break. | 16:45:00 |
| 23 | THE VIDEOGRAPHER:  Time is 4:45.  We're | 16:45:02 |
| 24 | off the record. | 16:45:04 |
| 25 | (Proceedings interrupted at 4:45 p.m. and | 16:45:21 |

| | | |
|---|---|---|
| 1 | reconvened at 4:49 p.m.) | 16:48:49 |
| 2 | THE VIDEOGRAPHER:  Here time is 4:49. | 16:48:51 |
| 3 | We're back on the record. | 16:49:08 |
| 4 | (Exhibit 48, DHS-001-659-000660 - 662, | 16:49:10 |
| 5 | marked for identification.) | 16:49:11 |
| 6 | BY MS. MacLEAN: | 16:49:12 |
| 7 | Q.  So I've marked as Exhibit 48 another | 16:49:13 |
| 8 | e-mail chain from November 8th, 2017.  I wonder if | 16:49:16 |
| 9 | you could just look at it briefly and let me know | 16:49:28 |
| 10 | what it is referring to. | 16:49:31 |
| 11 | A.  Okay. | 16:49:33 |
| 12 | Okay. | 16:49:55 |
| 13 | Q.  Do you know what this is referring to? | 16:49:55 |
| 14 | A.  Yes.  This appears to refer to a letter | 16:49:56 |
| 15 | from the Haitian ambassador to the United States | 16:50:02 |
| 16 | regarding TPS, and there's a discussion of whether | 16:50:07 |
| 17 | or not this letter should be forwarded to the | 16:50:10 |
| 18 | Secretary and the answer is yes, it should be. | 16:50:14 |
| 19 | Q.  Then I just wanted to ask you a couple of | 16:50:17 |
| 20 | questions regarding the TPS decision for Sudan. | 16:50:28 |
| 21 | (Exhibit 49, AR-SUDAN-00000028 - 39, marked | 16:50:39 |
| 22 | for identification.) | 16:50:52 |
| 23 | Q.  So I'm marking as Exhibit 49 a document | 16:50:52 |
| 24 | that is called "Temporary Protected Status | 16:50:56 |
| 25 | Consideration, Sudan, August 7th, 2017." | 16:50:59 |

| | | |
|---|---|---|
| 1 | Do you know what this document is? | 16:51:11 |
| 2 | A.  I don't. | 16:51:16 |
| 3 | Q.  I represent that this document, the | 16:51:17 |
| 4 | temporary protected status consideration is a | 16:51:27 |
| 5 | document that is usually included within the | 16:51:30 |
| 6 | decision packet that goes to the Secretary, and | 16:51:33 |
| 7 | that includes an analysis of country conditions | 16:51:37 |
| 8 | related to Sudan. | 16:51:39 |
| 9 | Had you been given access to the country | 16:51:40 |
| 10 | conditions reports that were produced by USCIS | 16:51:48 |
| 11 | typically regarding TPS? | 16:51:52 |
| 12 | A.  Um, so typically, I would see that | 16:51:53 |
| 13 | paperwork.  Typically, I wouldn't see it before it | 16:51:59 |
| 14 | went to the Secretary. | 16:52:03 |
| 15 | Q.  Would you see it at the same time that it | 16:52:05 |
| 16 | went to the Secretary or after the Secretary had | 16:52:13 |
| 17 | already made a decision? | 16:52:16 |
| 18 | A.  Um, I believe typically, I would see the | 16:52:17 |
| 19 | paperwork after it went to the Secretary and before | 16:52:24 |
| 20 | she made a decision, though I -- I don't have a | 16:52:28 |
| 21 | clear recollection of that process regarding Sudan. | 16:52:34 |
| 22 | Q.  Okay.  So fair to say that you don't | 16:52:38 |
| 23 | recall reading the country conditions report for | 16:52:43 |
| 24 | Sudan? | 16:52:46 |
| 25 | A.  I don't recall reading it. | 16:52:46 |

| | | |
|---|---|---|
| 1 | Q.  I'll skip that. | 16:52:49 |
| 2 | Do you recall any concerns about whether | 16:52:55 |
| 3 | the Secretary would make a timely decision with | 16:52:59 |
| 4 | regard to the TPS determination of Sudan? | 16:53:04 |
| 5 | A.  Yes, because as we've discussed | 16:53:08 |
| 6 | previously, there was this -- there was this delay | 16:53:17 |
| 7 | in getting the paperwork from the Department of | 16:53:25 |
| 8 | State, which she really wanted to see before she | 16:53:28 |
| 9 | made her decision. | 16:53:31 |
| 10 | Q.  I'm going to give you what has previously | 16:54:13 |
| 11 | been marked as Exhibit 7.  This does seem to start | 16:54:15 |
| 12 | at the end and go to the beginning. | 16:54:25 |
| 13 | A.  Okay. | 16:54:27 |
| 14 | Okay. | 16:55:31 |
| 15 | Q.  What do you understand this e-mail chain | 16:55:31 |
| 16 | to be referring to? | 16:55:33 |
| 17 | MR. KIRSCHNER:  Objection, calls for | 16:55:34 |
| 18 | speculation. | 16:55:39 |
| 19 | A.  This seems to be a back and forth about | 16:55:39 |
| 20 | USCIS's input into the Sudan TPS decision. | 16:55:47 |
| 21 | Q.  So if I -- the first e-mail in the chain | 16:55:53 |
| 22 | from August 29th, 2017 at 9:52 p.m., the subject is | 16:56:01 |
| 23 | "Sudan TPS" and the author is Gene Hamilton.  It's | 16:56:08 |
| 24 | obviously redacted in full. | 16:56:16 |
| 25 | The next e-mail is from Kathy Neubel | 16:56:20 |

| | | |
|---|---|---|
| 1 | Kovarik replying to that e-mail apparently | 16:56:27 |
| 2 | 15 minutes later, also entirely redacted. | 16:56:31 |
| 3 |     Following that, Mr. Hamilton one minute | 16:56:33 |
| 4 | later says, "We need to repackage." | 16:56:40 |
| 5 |     Do you have any understanding of what that | 16:56:48 |
| 6 | was related to and whether that was a concern from | 16:56:51 |
| 7 | DHS or a concern from USCIS or something else | 16:56:55 |
| 8 | entirely? | 16:57:00 |
| 9 |     MR. KIRSCHNER:  So just Ambassador Nealon, | 16:57:01 |
| 10 | the way the question was asked, I'm not instructing | 16:57:07 |
| 11 | you not to answer to the extent that it later calls | 16:57:10 |
| 12 | for the content of those discussions.  I may | 16:57:13 |
| 13 | instruct you not to answer, but I just want to draw | 16:57:16 |
| 14 | the line of where -- of where I'm instructing you. | 16:57:18 |
| 15 |     THE WITNESS:  Thank you. | 16:57:24 |
| 16 |   A.  So it's not clear to me because of the | 16:57:25 |
| 17 | redactions what "repackage" means, so I don't know. | 16:57:31 |
| 18 |   Q.  Okay.  If we go to the next e-mail in the | 16:57:36 |
| 19 | chain, I wonder if it helps provide some | 16:57:39 |
| 20 | clarification.  Christina McDonald, 20 minutes | 16:57:42 |
| 21 | after Mr. Hamilton's communication, says, "Kathy, | 16:57:47 |
| 22 | will you guys send an updated memo on Wednesday | 16:57:51 |
| 23 | a.m.?  We can then send it to ESEC and ask them to | 16:57:55 |
| 24 | swap out the document." | 16:57:59 |
| 25 |     Does that provide any clarification? | 16:58:01 |

| | | |
|---|---|---|
| 1 | A.  It doesn't really, no. | 16:58:03 |
| 2 | Q.  Okay.  And then if we look further up the | 16:58:05 |
| 3 | chain, Christina McDonald, the end of the first | 16:58:08 |
| 4 | page, August 30th, 2017 at 11:36 a.m. and moving | 16:58:15 |
| 5 | onto the second page, she says, "I'm not trying to | 16:58:22 |
| 6 | be a pest again, but ESEC just checked in with me | 16:58:25 |
| 7 | and so I'm checking in with your folks, when do you | 16:58:29 |
| 8 | think USCIS will send the updated TPS Sudan/South | 16:58:32 |
| 9 | Sudan packages to OJC?" | 16:58:32 |
| 10 | Does that provide any clarification? | 16:58:37 |
| 11 | A.  Again, it certainly doesn't provide any | 16:58:42 |
| 12 | clarification on what needed to be updated or | 16:58:45 |
| 13 | repackaged or anything, no. | 16:58:48 |
| 14 | Q.  And then it says "PLCY" -- which we now | 16:58:50 |
| 15 | know is the department's Office of Policy -- | 16:58:56 |
| 16 | "requires the updated memo so that they can clear | 16:58:59 |
| 17 | the memo and ESEC requires the DHS Office of | 16:59:01 |
| 18 | Policy's clearance before the package can move | 16:59:06 |
| 19 | forward." | 16:59:08 |
| 20 | Do you remember any communications | 16:59:08 |
| 21 | regarding the swapping out of a memo regarding TPS | 16:59:10 |
| 22 | for Sudan or South Sudan? | 16:59:15 |
| 23 | A.  I don't. | 16:59:22 |
| 24 | MS. MacLEAN:  I'm going to mark an exhibit | 16:59:29 |
| 25 | as Exhibit 50, though I would imagine this would be | 16:59:31 |

```
 1   something that we would come back to if we do have      16:59:34

 2   an opportunity to see this e-mail without              16:59:36

 3   redactions.                                            16:59:38

 4          (Exhibit 50, DHS_RFPD_00001071, marked for      16:59:39

 5   identification.)                                       16:59:48

 6      Q.  So if you notice the previous e-mail chain      16:59:48

 7   took place on August 29th and August 30th of 2017.     16:59:51

 8   The e-mail that we're looking at now is from           16:59:55

 9   August 29th of 2017.  So in the same time frame.       16:59:59

10          Mr. Dougherty sends an e-mail to you that       17:00:04

11   is entirely redacted except for his                    17:00:08

12   recommendations.  And you reply "copy, thanks."        17:00:13

13          Do you have any recollection of what this       17:00:16

14   refers to?                                             17:00:18

15      A.  No.  But it could refer to the clearance        17:00:26

16   process that was mentioned in the previous e-mail.     17:00:31

17   But again, it's just not enough here to go on.         17:00:35

18      Q.  Is it fair to say that there's not enough       17:00:39

19   here to go on because of the redactions?               17:00:41

20          MR. KIRSCHNER:  Objection, argumentative.       17:00:44

21   Counsel is testifying.                                 17:00:47

22      A.  So it's impossible to know without seeing       17:00:48

23   the redactions whether the redactions would make       17:00:53

24   things clear or not.                                   17:00:57

25      Q.  Thank you.                                      17:01:14
```

| | | |
|---|---|---|
| 1 | This is an exhibit that's previously | 17:01:14 |
| 2 | marked as Exhibit 25, and this is an e-mail | 17:01:19 |
| 3 | exchange from September 6th, 2017.  I'm going to | 17:01:30 |
| 4 | ask you to take a moment to review it and see if | 17:01:39 |
| 5 | you can explain what it is referring to, to the | 17:01:41 |
| 6 | extent that you know. | 17:01:45 |
| 7 | A.  So I don't know precisely what it's | 17:02:37 |
| 8 | referring to.  It could be -- so after the | 17:02:40 |
| 9 | Secretary signs a TPS decision, then there's a | 17:02:48 |
| 10 | package that goes over to the Office of Management | 17:02:56 |
| 11 | and Budget for the Federal Register Notice, so they | 17:02:58 |
| 12 | could be referring to that package, but it's just | 17:03:03 |
| 13 | not clear from the context, not clear to me from | 17:03:07 |
| 14 | the context if that's precisely what they're | 17:03:09 |
| 15 | referring to or not. | 17:03:12 |
| 16 | Q.  Do you recall -- without more | 17:03:23 |
| 17 | clarification on that, I'll move on from that | 17:03:28 |
| 18 | document. | 17:03:31 |
| 19 | Do you recall that there had been a | 17:03:31 |
| 20 | Federal Register Notice for Sudan that was | 17:03:33 |
| 21 | published and then withdrawn? | 17:03:36 |
| 22 | A.  Yes. | 17:03:37 |
| 23 | Q.  Do you recall why it was published and | 17:03:38 |
| 24 | withdrawn? | 17:03:42 |
| 25 | A.  I don't recall specifically why it was | 17:03:42 |

| | | |
|---|---|---|
| 1 | published and then withdrawn, no. | 17:03:44 |
| 2 | Q.  Do you recall what the original | 17:03:48 |
| 3 | recommendation from USCIS was with regard to TPS | 17:04:11 |
| 4 | for El Salvador, Honduras, and Nicaragua? | 17:04:17 |
| 5 | MR. KIRSCHNER:  Objection. | 17:04:24 |
| 6 | Q.  First of all -- | 17:04:24 |
| 7 | MS. MacLEAN:  Let me step back. | 17:04:24 |
| 8 | Q.  Do you recall that there was an original | 17:04:27 |
| 9 | recommendation in October of 2017 from USCIS with | 17:04:27 |
| 10 | regard to El Salvador, Honduras, and Nicaragua? | 17:04:32 |
| 11 | MR. KIRSCHNER:  Objection, foundation. | 17:04:35 |
| 12 | A.  So are you suggesting that there was -- | 17:04:38 |
| 13 | that there were two recommendations? | 17:04:42 |
| 14 | Q.  So as we talked in the beginning about | 17:04:45 |
| 15 | what the process is for TPS decision-making, | 17:04:47 |
| 16 | there's something of a black box for you because | 17:04:51 |
| 17 | you were at DHS, a process that takes place within | 17:04:54 |
| 18 | USCIS, the USCIS director will sign off on a | 17:04:58 |
| 19 | decision memo that will then be transferred to DHS | 17:05:01 |
| 20 | and then there's a review process that takes place | 17:05:04 |
| 21 | within DHS.  There was an initial decision memo | 17:05:08 |
| 22 | regarding certain Central American countries from | 17:05:11 |
| 23 | USCIS in October.  Were you aware of that? | 17:05:16 |
| 24 | MR. KIRSCHNER:  Objection, assuming facts | 17:05:19 |
| 25 | not in evidence.  Counsel is testifying.  Calls for | 17:05:21 |

| | | |
|---|---|---|
| 1 | speculation. | 17:05:30 |
| 2 | A.  So I guess I'm still not completely clear | 17:05:30 |
| 3 | what you're asking me.  So are you suggesting that | 17:05:34 |
| 4 | there was a -- that there were -- that there was a | 17:05:36 |
| 5 | first memo that somehow got pulled back or whatever | 17:05:42 |
| 6 | and then a second memo? | 17:05:45 |
| 7 | Q.  I'm trying to understand what initially | 17:05:46 |
| 8 | was produced by USCIS -- by the USCIS director with | 17:05:49 |
| 9 | regard to the Central American countries before the | 17:05:53 |
| 10 | final decision was made, at that point in November. | 17:05:56 |
| 11 | Obviously there were different decisions that were | 17:06:01 |
| 12 | made after that.  You may not have familiarity with | 17:06:03 |
| 13 | that or recollection. | 17:06:06 |
| 14 | A.  Again, so if you're suggesting that there | 17:06:08 |
| 15 | was a first memo and then that got pulled back and | 17:06:12 |
| 16 | then there was a second memo, I don't recall. | 17:06:17 |
| 17 | Q.  Okay.  So I'm going to give you an exhibit | 17:06:19 |
| 18 | that was previously marked as Exhibit 28.  So you | 17:06:24 |
| 19 | don't need to go through the whole thing, and | 17:06:36 |
| 20 | actually most of it is redacted.  But the first | 17:06:41 |
| 21 | e-mail that is visible here is from Kathy Neubel | 17:06:44 |
| 22 | Kovarik to Mr. Cissna and Mr. McKenna and someone | 17:06:50 |
| 23 | whose name is redacted.  It's entitled "TPS roll | 17:06:51 |
| 24 | out coordination El Salvador, Guatemala, Haiti, and | 17:06:54 |
| 25 | Honduras."  And it is on October 16th of 2017.  The | 17:06:56 |

| | | |
|---|---|---|
| 1 | e-mail states, "We can't wait for state to give us | 17:07:03 |
| 2 | recommendations, or we'd wait until the last | 17:07:06 |
| 3 | minute.  The memos are nearly revised to take out | 17:07:09 |
| 4 | DED and add info on their original designation." | 17:07:13 |
| 5 | Do you know what "DED" refers to? | 17:07:18 |
| 6 | MR. KIRSCHNER:  Objection, calls for | 17:07:19 |
| 7 | speculation. | 17:07:26 |
| 8 | A.  I don't know what DED stands for. | 17:07:22 |
| 9 | Q.  Did you ever hear any discussion with | 17:07:25 |
| 10 | regard to DED in the context of TPS during your | 17:07:33 |
| 11 | time at the Department? | 17:07:35 |
| 12 | A.  Not that I recall. | 17:07:36 |
| 13 | Q.  Skip one line or one sentence.  The next | 17:07:37 |
| 14 | sentence reads, "We'll need to ask DPC to | 17:07:41 |
| 15 | coordinate some interagency comment period and then | 17:07:44 |
| 16 | report that back to her along with any | 17:07:48 |
| 17 | recommendation from Tillerson." | 17:07:50 |
| 18 | Is it fair to say that "DPC" refers to the | 17:07:52 |
| 19 | Domestic Policy Council at the White House? | 17:07:55 |
| 20 | A.  Yes. | 17:07:58 |
| 21 | Q.  Okay.  Just a couple of questions with | 17:08:04 |
| 22 | regard to the TPS determination for Honduras. | 17:08:23 |
| 23 | MS. MacLEAN:  Hold on one moment. | 17:08:35 |
| 24 | Q.  Were you aware of public reports of | 17:08:43 |
| 25 | pressure from the White House concerning the TPS | 17:08:49 |

| | |
|---|---|
| 1   determination for Honduras? | 17:08:52 |
| 2          Sorry.  Let me just clarify. | 17:09:00 |
| 3     A.   Thank you. | 17:09:02 |
| 4     Q.   Were you aware of public reports of White | 17:09:02 |
| 5   House pressure to terminate TPS for Honduras during | 17:09:05 |
| 6   the first time that Honduras was under | 17:09:09 |
| 7   consideration in late October of 2017 and early | 17:09:12 |
| 8   November of 2017? | 17:09:14 |
| 9          MR. KIRSCHNER:  Objection, foundation, | 17:09:15 |
| 10   assumes facts not in evidence. | 17:09:16 |
| 11     A.   Um, again, it's very often difficult for | 17:09:21 |
| 12   me to separate things chronologically.  Yes. | 17:09:30 |
| 13          (Exhibit 51, The Washington Post article | 17:09:42 |
| 14   "White House chief of staff tried to pressure..., | 17:09:43 |
| 15   marked for identification.) | 17:09:43 |
| 16     Q.   I'm going to introduce Exhibit 51. | 17:09:44 |
| 17          MR. KIRSCHNER:  Can I have a copy? | 17:09:50 |
| 18          MS. MacLEAN:  Oh, sorry. | 17:09:53 |
| 19     Q.   An article in the Washington Post called | 17:09:55 |
| 20   "White House Chief of Staff tried to pressure | 17:09:59 |
| 21   Acting DHS Secretary" -- oh, this is the bad copy | 17:10:01 |
| 22   problem, too. | 17:10:09 |
| 23          MS. MacLEAN:  I'm going to withdraw that | 17:10:13 |
| 24   exhibit, because it's a bad copy and you can't | 17:10:16 |
| 25   actually read the end of it. | 17:10:18 |

| | | |
|---|---|---|
| 1 | Q.  Aside from the public reports, were you | 17:10:21 |
| 2 | aware of engagement from the White House on the TPS | 17:10:26 |
| 3 | decision concerning Honduras in late October and | 17:10:32 |
| 4 | early November of 2017? | 17:10:38 |
| 5 | MR. KIRSCHNER:  Ambassador Nealon, I'm | 17:10:39 |
| 6 | going to again qualify my instruction.  You can | 17:10:41 |
| 7 | talk about whether there was discussion with the | 17:10:44 |
| 8 | White House between the White House and DHS about | 17:10:49 |
| 9 | the Honduras TPS decision, but I would instruct you | 17:10:52 |
| 10 | not to answer about the nature of those | 17:10:55 |
| 11 | deliberations or the internal deliberations that | 17:11:07 |
| 12 | were revealed within those communications. | 17:11:01 |
| 13 | THE WITNESS:  Okay.  Thank you. | 17:11:05 |
| 14 | A.  Yes, as I've previously said, there were | 17:11:09 |
| 15 | conversations between the White House and DHS | 17:11:13 |
| 16 | regarding TPS. | 17:11:16 |
| 17 | Q.  Were you aware of who was -- who from the | 17:11:20 |
| 18 | White House was engaged in those conversations | 17:11:24 |
| 19 | specifically with regard to the TPS decision for | 17:11:27 |
| 20 | Honduras? | 17:11:30 |
| 21 | A.  So I don't have recollections specific to | 17:11:30 |
| 22 | the -- that I can link specifically to the | 17:11:35 |
| 23 | Honduras, the first Honduras decision. | 17:11:40 |
| 24 | Q.  I think we'll hold that line of questions | 17:11:43 |
| 25 | until we can get a better version of that exhibit. | 17:11:46 |

```
 1            Do you know whether or do you recall        17:12:08
 2    whether there was a change in the effective         17:12:17
 3    termination date for the termination of TPS for     17:12:22
 4    Nicaragua?  First of all --                         17:12:27
 5            MS. MacLEAN:  Let me go back a step.         17:12:30
 6        Q.  Do you understand what I mean when I say    17:12:31
 7    "effective termination date" in the context of TPS? 17:12:35
 8        A.  I believe so, but why don't you tell me     17:12:38
 9    what you mean.                                       17:12:41
10        Q.  Well, why don't you tell me what you        17:12:42
11    understand that I mean.                              17:12:43
12        A.  Talking about "effective date," do you      17:12:44
13    mean the date at which it will actually terminate?  17:12:46
14        Q.  Yes.                                         17:12:48
15        A.  Yes.                                         17:12:49
16        Q.  And do you recall that various of the       17:12:50
17    memos and recommendations with regard to TPS and    17:12:54
18    the possible termination of TPS considered whether  17:12:58
19    there should be an effective date of termination of 17:13:00
20    six months or 12 months or 18 months?               17:13:12
21        A.  So I remember those discussions took place  17:13:06
22    surrounding all of the TPS decisions.               17:13:09
23        Q.  And do you recall what the recommendations  17:13:13
24    were with regard to TPS -- the TPS termination for  17:13:15
25    Nicaragua?                                           17:13:21
```

| | |
|---|---|
| 1 | MR. KIRSCHNER:  Objection, vague.  You | 17:13:21 |
| 2 | said those recommendations. | 17:13:25 |
| 3 | A.  So I don't recall who within DHS was | 17:13:28 |
| 4 | making specific recommendations for six months or | 17:13:34 |
| 5 | 12 months or 18 months of effective termination, | 17:13:38 |
| 6 | no, I don't recall. | 17:13:42 |
| 7 | (Exhibit 52, DHS-001-659-000856 - 860, | 17:15:07 |
| 8 | marked for identification.) | 17:15:08 |
| 9 | Q.  We've marked as Exhibit 52 an e-mail | 17:15:09 |
| 10 | chain.  I'll give you a moment to look at that. | 17:15:15 |
| 11 | MR. KIRSCHNER:  I have only page 1 of 3. | 17:15:37 |
| 12 | I'm a little confused about the exhibit. | 17:15:42 |
| 13 | Q.  So I'll ask you whether these belong | 17:15:45 |
| 14 | together, to the extent that you know.  There's a | 17:15:47 |
| 15 | series of e-mails -- | 17:15:49 |
| 16 | MR. KIRSCHNER:  I would ask, just because | 17:15:51 |
| 17 | of what was given to me -- | 17:15:53 |
| 18 | MS. MacLEAN:  Are they different? | 17:15:56 |
| 19 | MR. KIRSCHNER:  Yeah, there's different | 17:15:58 |
| 20 | content in different documents, different pages.  I | 17:15:59 |
| 21 | don't know what you -- | 17:16:02 |
| 22 | MS. MacLEAN:  Let me just try to explain. | 17:16:02 |
| 23 | There are three e-mails, each is marked page 1 of | 17:16:04 |
| 24 | 3.  I'm going to ask Mr. Nealon if they belong | 17:16:08 |
| 25 | together or if they should be different content. | 17:16:12 |

```
 1            The first one starts with "Need to discuss      17:16:14
 2   this," the second one starts with "When she says         17:16:16
 3   strategy," and the third one starts with "Okay, I        17:16:19
 4   have an idea hatching."                                  17:16:22
 5            And all three of these e-mails have the         17:16:28
 6   same or nearly the same subject line and are in the      17:16:30
 7   same time frame.  The subject line is "TPS Upcoming      17:16:36
 8   Decisions and Deadlines," and the date of all three     17:16:42
 9   of these e-mails is September 18th, 2017.                17:16:44
10       Q.  Do you know what these e-mails are related       17:16:51
11   to?                                                      17:16:54
12       A.  I mean, without seeing the attachment or         17:16:54
13   whatever it is that we don't have, it's very             17:16:58
14   difficult to know what this is about, what it is         17:17:02
15   specifically we're discussing.                           17:17:10
16       Q.  So just see if this refreshes your               17:17:24
17   recollection.  The Department or USCIS issued a          17:17:32
18   press release on September 18th, 2017, announcing        17:17:39
19   the termination of TPS for Sudan.                        17:17:42
20            Does that refresh your recollection?            17:17:45
21       A.  Not really, because if the decision was          17:17:50
22   already made and a press release has been issued,        17:17:57
23   I'm not sure what we would need to discuss with          17:18:01
24   USCIS about it.  So there are no real clues here         17:18:04
25   about what we're talking about, unfortunately.           17:18:10
```

| | | |
|---|---|---|
| 1 | Q.  Okay. | 17:18:14 |
| 2 | MS. MacLEAN:  We'll move on from this. | 17:18:18 |
| 3 | Q.  Now we are approaching the end. | 17:18:58 |
| 4 | A.  Great. | 17:19:02 |
| 5 | Q.  Apologize and I'm grateful for your | 17:19:03 |
| 6 | patience. | 17:19:03 |
| 7 | So I just want to -- I think I've asked | 17:19:03 |
| 8 | you about a number of the people within the | 17:19:05 |
| 9 | Department or USCIS, but I just want to ask you | 17:19:07 |
| 10 | perhaps about a couple more that I might have left | 17:19:11 |
| 11 | out. | 17:19:15 |
| 12 | Did you previously identify the role of | 17:19:16 |
| 13 | Miles Taylor? | 17:19:23 |
| 14 | A.  Miles Taylor was one of the -- during my | 17:19:25 |
| 15 | time there, he was one of the counsellors to the | 17:19:30 |
| 16 | Secretary. | 17:19:33 |
| 17 | Q.  And was he, to your knowledge, regularly | 17:19:34 |
| 18 | involved in TPS determinations? | 17:19:38 |
| 19 | A.  So he was focused mostly on relations with | 17:19:40 |
| 20 | international partners and counterterrorism issues. | 17:19:48 |
| 21 | Q.  Did that bring him into the realm of TPS | 17:19:54 |
| 22 | or not so much? | 17:19:57 |
| 23 | A.  Not specifically.  As I said previously, | 17:19:58 |
| 24 | oftentimes, the counsellors would be where the | 17:20:03 |
| 25 | Secretary was.  So he could have been in meetings | 17:20:06 |

```
1   where TPS was discussed, but it wasn't an area       17:20:10
2   where he had the lead among the counsellors.         17:20:14
3       Q.  Who would you say was the person who had     17:20:17
4   the lead amongst the counselors?                     17:20:19
5       A.  Gene Hamilton.                               17:20:21
6           MR. KIRSCHNER:  Object.  Objection, asked    17:20:22
7   and answered.                                        17:20:25
8       A.  I'm sorry.                                    17:20:25
9       Q.  And then Eric Jones, I think you had         17:20:26
10  previously identified him as the military advisor    17:20:29
11  to the DHS Secretary.  Did you understand that he    17:20:31
12  had a regular role with regard to TPS                17:20:34
13  determinations?                                      17:20:35
14          MR. KIRSCHNER:  Objection, assuming facts    17:20:35
15  not in evidence.                                     17:20:38
16      A.  So Eric Jones is a Coast Guard Admiral,      17:20:39
17  and he was during my time there the military        17:20:43
18  advisor to the Secretary.  And so his role was to   17:20:46
19  -- was to give the Secretary advice on matters      17:20:58
20  related to the military and the Department of       17:21:00
21  Defense and so forth.                               17:21:04
22          My only recollection of him getting         17:21:06
23  involved in TPS discussions was in the way we've    17:21:09
24  already seen regarding Haiti.                        17:21:13
25      Q.  Do you know David Glawe or Glawe,           17:21:15
```

| | | |
|---|---|---|
| 1 | G-l-a-w-e? | 17:21:25 |
| 2 | A. Yes. Glawe, G-l-a-w-e. | 17:21:25 |
| 3 | Q. And did he have an involvement with TPS, | 17:21:28 |
| 4 | to your knowledge? | 17:21:31 |
| 5 | A. So Mr. Glawe was during my time there an | 17:21:42 |
| 6 | undersecretary handling counterterrorism issues. | 17:21:45 |
| 7 | And so he was present at a lot of meetings, but he | 17:21:49 |
| 8 | wouldn't have been someone who would take the lead | 17:21:56 |
| 9 | on issues related to TPS. | 17:21:58 |
| 10 | Q. Now, at USCIS, did you know Kaitlin | 17:22:15 |
| 11 | Stoddard? | 17:22:19 |
| 12 | A. I believe I knew Kaitlin Stoddard in a | 17:22:19 |
| 13 | different -- in a different role. I believe she | 17:22:23 |
| 14 | came over and became a member of the Secretary's | 17:22:24 |
| 15 | staff either as a counsellor or as a counsellor to | 17:22:27 |
| 16 | the Deputy Secretary, I believe. I don't recall | 17:22:31 |
| 17 | knowing her at USCIS. | 17:22:33 |
| 18 | Q. Your recollection is that she had a role | 17:22:35 |
| 19 | with the DHS Secretary during the time that you | 17:22:38 |
| 20 | were at DHS? | 17:22:42 |
| 21 | A. If I'm thinking of the right person, I | 17:22:44 |
| 22 | believe she came over and became a counsellor to | 17:22:49 |
| 23 | the Deputy Secretary, I believe. | 17:22:51 |
| 24 | Q. Do you recall roughly when she became a | 17:22:53 |
| 25 | counsellor to the Deputy Secretary? | 17:22:55 |

| | | |
|---|---|---|
| 1 | A.  I don't. | 17:22:57 |
| 2 | Q.  Do you recall her having any role in TPS | 17:22:57 |
| 3 | determinations? | 17:23:00 |
| 4 | A.  I don't. | 17:23:01 |
| 5 | Q.  Do you know Lora Ries, R-i-e-s, Lora, | 17:23:02 |
| 6 | L-o-r-a? | 17:23:22 |
| 7 | A.  No. | 17:23:23 |
| 8 | Q.  We're going to return to what we had | 17:24:46 |
| 9 | previously marked as Exhibit 51, but with a better | 17:24:49 |
| 10 | copy.  And I'll give you a moment to review the | 17:24:52 |
| 11 | article.  The article is entitled "White House | 17:24:54 |
| 12 | Chief of Staff Tried to Pressure Acting DHS | 17:24:57 |
| 13 | Secretary to Expel Thousands of Hondurans, | 17:25:00 |
| 14 | Officials Say." | 17:25:45 |
| 15 | A.  Okay. | 17:25:46 |
| 16 | Q.  So the first paragraph of this article | 17:25:46 |
| 17 | says, "As the Department of Homeland Security | 17:25:53 |
| 18 | prepared to extend the residency permits of tens of | 17:25:58 |
| 19 | thousands of Hondurans living in the United States, | 17:26:02 |
| 20 | White House Chief of Staff John F. Kelly called | 17:26:07 |
| 21 | Acting Secretary Elaine Duke to pressure her to | 17:26:10 |
| 22 | expel them, according to current and former | 17:26:12 |
| 23 | administration officials." | 17:26:12 |
| 24 | Actually, I'm going to leave that aside, | 17:26:12 |
| 25 | because I think we spoke about that previously. | 17:26:12 |

| | | |
|---|---|---|
| 1 | The next sentence reads, "Duke refused to | 17:26:17 |
| 2 | reverse her decision and was angered by what she | 17:26:21 |
| 3 | felt was a politically driven intrusion by Kelly | 17:26:23 |
| 4 | and Tom Bossert, the White House Homeland Security | 17:26:27 |
| 5 | advisor who also called her about the matter." | 17:26:31 |
| 6 | Do you know who Tom Bossert is? | 17:26:35 |
| 7 | A.  Yes. | 17:26:38 |
| 8 | Q.  Were you aware of a phone call from Tom | 17:26:42 |
| 9 | Bossert to then Acting Secretary Duke concerning | 17:26:44 |
| 10 | TPS for Honduras around this time? | 17:26:50 |
| 11 | MR. KIRSCHNER:  Ambassador Nealon, feel | 17:26:53 |
| 12 | free to answer the question about whether a call | 17:27:07 |
| 13 | took place, but to the extent that questions about | 17:26:57 |
| 14 | the contents of that call -- to the extent you | 17:27:00 |
| 15 | know, I would instruct you not to answer on | 17:27:03 |
| 16 | deliberative process grounds. | 17:27:05 |
| 17 | A.  So, yes, I heard that there was a call | 17:27:10 |
| 18 | from Mr. Bossert to Elaine Duke, but I didn't have | 17:27:18 |
| 19 | firsthand knowledge of such a call. | 17:27:24 |
| 20 | Q.  Who informed you that there was a call | 17:27:26 |
| 21 | from Mr. Bossert to Secretary Duke? | 17:27:28 |
| 22 | A.  I don't recall. | 17:27:31 |
| 23 | Q.  Do you recall how Secretary Duke responded | 17:27:31 |
| 24 | to the call from the White House about the TPS | 17:27:39 |
| 25 | determination for Honduras? | 17:27:46 |

```
 1          MR. KIRSCHNER:  Again, Ambassador Nealon,    17:27:47
 2   to the extent this question calls for internal      17:27:49
 3   government deliberations, I would instruct you not  17:27:52
 4   to answer.                                          17:27:55
 5          THE WITNESS:  Okay.                          17:27:56
 6      Q.  Do you feel that you can answer that         17:27:56
 7   question at all or not?                             17:27:58
 8      A.  No.                                          17:28:00
 9          MS. MacLEAN:  So we'll save further          17:28:06
10   questions on this for -- following any court        17:28:08
11   decision on deliberative process privilege.         17:28:10
12      Q.  Did you understand that there was any role   17:28:14
13   from the Department of Justice in TPS               17:28:21
14   determinations?                                     17:28:25
15      A.  No.  I'm not aware of any formal role that   17:28:26
16   the Department of Justice would play in TPS.        17:28:37
17      Q.  Were you -- I'm going to ask you about a     17:28:39
18   number of nongovernmental organizations that have   17:28:48
19   expressed certain views on immigration, and with    17:28:51
20   regard to all of them, I wonder if you could        17:28:55
21   elaborate whether you know whether anyone at DHS is 17:28:58
22   in communication with these organizations or had    17:29:02
23   been in communication with these organizations with 17:29:04
24   regard to TPS.                                       17:29:07
25          Do you know whether anyone at DHS was in     17:29:09
```

| | | |
|---|---|---|
| 1 | communication with anyone from the organization | 17:29:12 |
| 2 | FAIR, Federation for American Immigration Reform, | 17:29:16 |
| 3 | related to TPS? | 17:29:20 |
| 4 | A.  I don't know. | 17:29:22 |
| 5 | Q.  Do you know if anyone at DHS was in | 17:29:22 |
| 6 | communication with the organization or anyone from | 17:29:26 |
| 7 | the organization Center for Immigration Studies as | 17:29:28 |
| 8 | it related to TPS? | 17:29:31 |
| 9 | A.  I don't know. | 17:29:34 |
| 10 | Q.  Do you know whether anyone at DHS was in | 17:29:34 |
| 11 | communication with anyone from the organization | 17:29:39 |
| 12 | NumbersUSA in connection with TPS? | 17:29:42 |
| 13 | A.  I don't know. | 17:29:44 |
| 14 | Q.  With those -- with regard to those three | 17:29:45 |
| 15 | organizations, FAIR, Center for Immigration Studies | 17:29:48 |
| 16 | and NumbersUSA, were you aware whether anyone at | 17:29:51 |
| 17 | DHS was in communication with these organizations | 17:29:55 |
| 18 | or people from these organizations about | 17:29:59 |
| 19 | immigration issues more broadly? | 17:30:01 |
| 20 | A.  So I certainly know who those | 17:30:03 |
| 21 | organizations are, and I do recall occasionally | 17:30:06 |
| 22 | hearing that someone had been in contact with the | 17:30:15 |
| 23 | Center for Immigration Studies, for example, but I | 17:30:18 |
| 24 | don't recall the specific circumstances under which | 17:30:22 |
| 25 | that would have taken place, and I don't recall | 17:30:24 |

| | | |
|---|---|---|
| 1 | hearing about any communication regarding TPS | 17:30:31 |
| 2 | specifically. | 17:30:33 |
| 3 | Q.  And do you recall who -- you said that you | 17:30:34 |
| 4 | recall communications about engagement with TPS. | 17:30:36 |
| 5 | Do you recall who from DHS was engaged with those | 17:30:39 |
| 6 | organizations? | 17:30:41 |
| 7 | A.  I don't. | 17:30:42 |
| 8 | Q.  And then same question with regard to a | 17:30:44 |
| 9 | few people connected to those organizations. | 17:30:47 |
| 10 | Do you recall conversations while you were | 17:30:50 |
| 11 | at DHS about communications with Mark Krikorian | 17:30:52 |
| 12 | concerning immigration issues or TPS more | 17:30:56 |
| 13 | specifically? | 17:30:59 |
| 14 | A.  No. | 17:31:00 |
| 15 | Q.  Same question with regard to David North? | 17:31:00 |
| 16 | A.  No. | 17:31:04 |
| 17 | Q.  Same question with regard to Jessica | 17:31:04 |
| 18 | Vaughn? | 17:31:07 |
| 19 | A.  No. | 17:31:07 |
| 20 | MS. MacLEAN:  I think we're basically | 17:31:57 |
| 21 | done, but if you could just give us one moment to | 17:31:59 |
| 22 | connect to make sure there's nothing else before we | 17:31:59 |
| 23 | release you.  We'll go off the record for a moment. | 17:32:01 |
| 24 | THE VIDEOGRAPHER:  Time is 5:32.  We're | 17:32:01 |
| 25 | off the record. | 17:32:03 |

| | | |
|---|---|---|
| 1 | (Proceedings interrupted at 5:32 p.m. and | 17:32:04 |
| 2 | reconvened at 5:38 p.m.) | 17:32:05 |
| 3 | THE VIDEOGRAPHER:  Time is 5:38.  We are | 17:38:42 |
| 4 | back on the record. | 17:38:46 |
| 5 | BY MS. MacLEAN: | 17:38:47 |
| 6 | Q.  So just one last question for you, | 17:38:47 |
| 7 | Ambassador Nealon. | 17:38:50 |
| 8 | A.  Sure. | 17:38:50 |
| 9 | Q.  After you sent your memo concerning TPS | 17:38:51 |
| 10 | for El Salvador, Honduras, and Nicaragua to then | 17:38:57 |
| 11 | Acting Secretary Duke, did anyone communicate with | 17:39:00 |
| 12 | you about that memo? | 17:39:04 |
| 13 | A.  I believe I heard from the Secretary | 17:39:11 |
| 14 | herself, thanks; and I think I heard from her Chief | 17:39:17 |
| 15 | of Staff, thanks, but I don't recall hearing from | 17:39:21 |
| 16 | anybody else. | 17:39:25 |
| 17 | Q.  Okay. | 17:39:25 |
| 18 | MS. MacLEAN:  And I have no further | 17:39:29 |
| 19 | questions at this time.  As you know, the | 17:39:30 |
| 20 | deposition is open because there's an outstanding | 17:39:32 |
| 21 | question with regard to the deliberative process | 17:39:35 |
| 22 | privilege and, you know, what -- what can be | 17:39:37 |
| 23 | protected and what must be shared. | 17:39:39 |
| 24 | I just want to thank you for your time.  I | 17:39:41 |
| 25 | know you're not working for the government anymore, | 17:39:43 |

| | | |
|---|---|---|
| 1 | so this is a long day, but we'll close the | 17:39:46 |
| 2 | deposition for now but leave it open based on the | 17:39:50 |
| 3 | outstanding questions that exist. | 17:39:54 |
| 4 | MR. KIRSCHNER:  And the only thing I want | 17:39:55 |
| 5 | to say on the record is per agreement with counsel, | 17:39:57 |
| 6 | subject to Judge Chen, that to the extent this | 17:40:00 |
| 7 | deposition is to be reopened, Judge Chen's order | 17:40:06 |
| 8 | refers to August 20th, but that the parties have | 17:40:09 |
| 9 | agreed that the deposition -- based on previous | 17:40:13 |
| 10 | schedule conflicts, they would be fine with it | 17:40:15 |
| 11 | being reopened on August 21st to the extent Judge | 17:40:17 |
| 12 | Chen reopens this deposition.  I just want to make | 17:40:22 |
| 13 | sure that was a clear agreement on the record. | 17:40:25 |
| 14 | THE WITNESS:  Thank you. | 17:40:27 |
| 15 | MR. KIRSCHNER:  With that, I have no | 17:40:27 |
| 16 | questions on my end and thank you for your time. | 17:40:29 |
| 17 | THE WITNESS:  Thank you very much. | 17:40:31 |
| 18 | THE VIDEOGRAPHER:  Time is 5:40.  That | 17:40:31 |
| 19 | concludes today's deposition.  We're off the | 17:40:36 |
| 20 | record. | 17:40:38 |
| 21 | (Whereupon, this deposition was concluded | 17:40:39 |
| 22 | at 5:40 p.m.) | 17:40:43 |
| 23 | | |
| 24 | | |
| 25 | | |

```
 1                    CERTIFICATE OF REPORTER

 2            I, Dana Welch, a Certified Shorthand

 3    Reporter, hereby certify that the witness in the

 4    foregoing deposition was by me duly sworn to tell

 5    the truth, the whole truth, and nothing but the

 6    truth in the within-entitled cause;

 7            That said deposition was taken in

 8    shorthand by me, a disinterested person, at the time

 9    and place therein stated, and that the testimony of

10    the said witness was thereafter reduced to

11    typewriting, by computer, under my direction and

12    supervision;

13            That before completion of the deposition,

14    review of the transcript [X] was [ ] was not

15    requested.  If requested, any changes made by the

16    deponent (and provided to the reporter) during the

17    period allowed are appended hereto.

18            I further certify that I am not of counsel

19    or attorney for either or any of the parties to the

20    said deposition, nor in any way interested in the

21    event of this cause, and that I am not related to

22    any of the parties thereto.

23                    Dated:  August 15, 2018.

24    _____

25    Dana Welch, CSR, RPR, CRR, CRC
```

JAMES D. NEALON - 08/14/2018

```
1    Errata Sheet

2

3    NAME OF CASE: CRISTA RAMOS vs. KIRSTJEN NIELSEN

4    DATE OF DEPOSITION: 08/14/2018

5    NAME OF WITNESS: James D. Nealon

6    Reason Codes:

7          1. To clarify the record.

8          2. To conform to the facts.

9          3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```

JAMES D. NEALON - 08/14/2018                    i1

**0**

**08.04.17**
233:15

**1**

**1**
20:18 88:2 183:1
264:11,23

**10**
80:12,15 209:19

**10/10/17**
236:1

**107**
64:18

**10:44**
80:16

**10:44 a.m**
80:18

**10th**
21:20 44:5 180:25
209:24 236:13

**11.13.17**
240:12

**11:05**
80:20

**11:05 a.m**
80:19

**11:17**
67:4

**11:32**
171:19

**11:36**
255:4

**11th**
44:5 180:25

**12**
40:18,19 193:15 207:19
263:20 264:5

**12:16**
130:21

**12:16 p.m**
130:23

**14**
134:3 171:16 243:15
244:24

**142**
66:25 67:3

**143**
67:1

**14th**
10:6

**15**
40:18,19 254:2

**150**
21:25

**16**
33:19

**16th**
259:25

**17**
35:17

**18**
64:4 66:20 263:20
264:5

**18th**
60:16 265:9,18

**1996**
34:18

**1998**
217:8

**1999**
34:13,18

**19th**
231:16

**1:00**
130:25

**1:00 p.m**
130:24

**1st**
67:4

**2**

**2**
89:8 134:17 152:17
190:3 229:10 232:15
249:23

**20**
22:6 24:13 168:18
205:12 227:14 254:20

**2002**
34:7,13

**2005**
33:23 34:7

**2007**
33:14,23

**2010**
32:25 33:14

**2013**
31:22 33:1

**2014**
27:13 31:22

**2016**
31:12 35:16

**2017**
21:20 27:13 35:18
60:16 64:5 67:4 134:25
159:23 171:19 180:17
207:4,15 231:16
236:12,14 243:15
244:24 251:8,25 253:22
255:4 256:7,9 257:3
258:9 259:25 261:7,8
262:4 265:9,18

**2018**
10:6 26:18 134:4
209:20,24

**22nd**
171:19

**23rd**
60:16

**24**
16:9,13 190:2

**25**
257:2

**28**
259:18

**29**
20:20

**29th**
253:22 256:7,9

**2:00**
171:14

**2:30**
189:8

**2:45**
64:5

**2:49**
202:10

**2:49 p.m**
202:12

**2:50**
189:10

**3**

**3**
89:11 92:2 183:1
184:12 241:2 264:11,24

**30**
58:4,5,8 77:22 124:10

**30th**
44:7 194:14 255:4
256:7

**31**
64:3,4,9 207:15

**31st**
157:21,25 159:23
194:14 202:21

**32**
82:21,22

**33**
85:23 86:1

**34**
134:3,6 212:4,19

**35**
152:11,13

**36**
180:16,19

**37**
182:17,19

**38**
184:12

**39**
188:23 189:5,6 251:21

**3:11**
202:13,14

**3:18-CV-1554-EMC**

10:12

**3:52**
228:6

**3:52 p.m**
228:8

**3:55**
134:4

**3rd**
234:3

---

**4**

**4**
143:8,10,13 169:14

**4/6**
84:15

**40**
206:22 207:2

**41**
209:19,22

**42**
228:24 229:1

**43**
231:14,18

**44**
233:6,8 236:11

**45**
235:25 236:2,12

**46**
240:3,4,6

**460**
86:1

**47**
243:15,19

**48**
251:4,7

**49**
251:21,23

**4:07**
228:10

**4:07 p.m**
228:9

**4:45**
250:23

**4:45 p.m**
250:25

**4:49**
251:1,2

**4th**
236:12

---

**5**

**5**
143:11

**5/8/18**
152:11

**50**
255:25 256:4

**51**
261:13,16 269:9

**52**
184:11 264:7,9

**521**
240:4

**58**
233:6

**5:00**
84:15

**5:32**
273:24

---

**6**

**6**
186:3 207:4

**60**
10:8 29:6 94:23

**60-day**
29:9 69:17

**609**
182:17

**631**
58:5

**662**
251:4

**691**
188:23

---

**6th**
257:3

---

**7**

**7**
134:25 241:2 253:11

**7,000**
217:9

**77**
82:22

**7th**
251:25

---

**8**

**8**
180:16

**860**
134:20,25 135:4 264:7

**860th**
135:4

**8th**
251:8

---

**9**

**9**
182:16

**954**
228:24

**9:04**
10:6

**9:15**
20:25

**9:15 a.m**
21:2

**9:17**
21:4

**9:17 a.m**
21:3

**9:31**
190:2

**9:52**
253:22

---

**A**

**a.m.**
10:6 171:19 254:23
255:4

**ability**
198:5 213:7

**able**
24:14 58:14 131:6
170:13 178:12 193:16
195:17 209:9 212:20
232:17 247:21 248:9

**absence**
33:20 193:2

**absolutely**
114:16 126:11

**accept**
107:25

**accepts**
137:24

**access**
115:22 116:5,20,22
117:2,17,18 205:25
252:9

**accessed**
116:17

**accessing**
117:7

**account**
63:17 168:11,25

**accounts**
170:3,5 171:4

**accurate**
23:1 131:25 151:2
214:2

**acted**
57:1

**acting**
18:11 21:16 22:25 38:3,
4,7 40:8 42:1 47:5,15,
21 48:12 49:12,15 55:1,
4,5,8,9,13,14,19 69:7
71:24 72:9,12 74:6
75:5,21 82:8 97:11
106:3 107:6,7 120:2,10,
14,16,22 148:5,14,16
149:3,4,13 150:1 158:1,

5,18 159:13,20 160:8,
13,19 163:8 184:25
185:5 190:25 191:2
194:4,11,18,22 195:2
196:6,10 197:23 201:12
202:21 204:6,9 205:23
206:19 207:2,7,12,14,
20 208:13,21 209:1,10,
13 222:6 233:17 235:6,
8 236:20 241:7 261:21
269:12,21 270:9

**actions**
216:14

**active**
42:2 49:6

**activities**
78:9

**acts**
104:21

**actual**
174:15 230:3

**Adam**
10:19

**add**
227:16 260:4

**additional**
15:9 20:4 228:13 238:4

**address**
11:10 195:18 214:10

**addressed**
75:12 166:4 200:2

**addressee**
83:4

**addressees**
59:7

**addresses**
229:6

**adjusting**
248:10

**administers**
50:20

**administration**
100:7 143:17,19 155:23
169:4,7,12 172:6,11,14,
17 212:10 213:23
214:5,13,24 216:4,18
217:4 218:15,23 219:5,

7,8,20,22 220:8,20
269:23

**administration's**
211:3,25 214:16

**administrations**
218:10 219:3 220:15

**administrative**
19:21,24

**admiral**
184:22 185:1,6,8,9
267:16

**adopted**
143:18

**advance**
17:2

**advice**
23:4 32:12 50:16 54:10
69:7 192:7 267:19

**advise**
165:9

**advised**
51:11 155:3

**advising**
166:8

**advisor**
26:1 32:7,10 155:19
156:1,3 185:9 267:10,
18 270:5

**advisors**
50:21 51:2 155:22
156:25

**Afaneh**
10:22

**affairs**
21:16 22:10,14,22
23:12,13 25:12 26:1
28:5 29:16,19 31:1
32:15 34:3,10 50:19
60:10 86:9 88:6,22,23,
25 89:3,5 92:24 108:9
110:2 114:18 121:8
123:4,7 127:25 133:18
230:22,24 231:1,11
233:23 234:2

**afraid**
74:13

**African**
121:8

**agencies**
116:18,20 249:13

**agency**
34:16 145:9,10,13

**agenda**
72:24 239:19

**agendas**
78:12

**ago**
121:6 219:2

**agree**
110:3

**agreement**
110:8

**ahead**
90:9 153:16

**aides**
52:6 153:22

**aim**
80:14

**aimed**
205:16

**alcohol**
16:12

**Alford**
57:7

**alleged**
170:25

**allow**
14:10,14 135:18 154:15
198:12 218:15

**allowed**
220:16

**allowing**
209:3,14 223:10

**alongside**
75:7

**alter**
132:14

**AMB**
93:18

**ambassador**

11:6,11,12,16 14:19
19:3 21:7 27:9,11,12,21
28:7,14 29:3,14,20,23
30:2,10,24 31:7,14,16
33:21 35:11,13 37:3
64:7 65:10,11 80:23
87:13 93:19 109:14,20,
25 110:4 111:2,6,20
112:4,5,10 113:1,4,8,
11,15 117:23 118:21,25
119:8,10 130:18 131:3,
9 132:25 133:10,19
138:3,17 146:15 152:23
153:11 156:6 158:13,16
160:11,16 162:6 164:1
165:21 167:18,21
170:12,13 172:2,3
177:8,12 178:7 183:22,
24 185:18 193:8,9
194:10 195:17 196:22
197:15,22 200:6,14,21,
24 201:8 205:3 209:8,
23 213:17 214:9 219:25
220:12 221:7 228:13
229:11,21 251:15 254:9
262:5 270:11 271:1

**ambassador's**
28:8 109:8,11,15 110:3
133:11,15

**ambassadors**
27:25 110:11,20 116:8
133:23 213:16,21

**ambassadors'**
135:22

**ambassadorship**
27:15

**amend**
67:13

**Amended**
20:20

**America**
73:22,24 77:25 98:24
100:24 101:22 103:23
105:10 106:3 107:6
123:22 127:19 158:2,7
179:16 198:6 213:22,24
214:6,16,25 215:22
216:3,20 227:19,21

**American**
18:10,14 24:23 73:25
99:15 205:12 213:16,21

227:25 258:22 259:9
272:2

**amount**
109:9,18 145:23 181:20

**analyses**
42:17

**analysis**
177:14 252:7

**and/or**
148:11

**Anderson**
233:1,2

**anger**
212:11

**angered**
270:2

**announced**
60:14

**announcing**
265:18

**anonymity**
155:24

**answer**
12:20 13:15,19,20 14:1,
5,23,25 25:22 26:7
45:16,22 46:3,5,14
49:22 50:13 52:23 61:6
62:6 65:25 90:7,8 92:10
108:19 111:23 113:19
114:1,5 119:14,15
121:20 124:16,17
129:16,19 132:19,20
134:2 137:4 138:1,17,
19,23 139:20 141:23
142:5,20,23 143:1,2,4,5
144:12,25 145:11,16
146:16,17 147:7,9
153:12 154:4,16,20,24
155:1,2,14 156:6,10,16
157:3,7,8 158:14,17
159:12,16 160:11,16
161:19,22,24 162:3
164:1,4,7,10 165:25
166:2,24 167:3 168:1
170:18 172:9,24 174:8,
14,19 175:19,23 176:2,
4,7,10,15 177:8 180:2
181:20 188:8,9,11,16
191:19 194:3,17 200:25
201:3,5,17 210:11,14

211:9,21 212:4 217:22
218:8 221:10,13 223:5,
9 226:3,5 242:4,7,18,
22,24 243:2 251:18
254:11,13 262:10
270:12,15 271:4,6

**answered**
15:7 74:17 80:24
155:16,17 206:8 210:13
267:7

**answering**
12:16 13:11 14:10,15
137:18 153:7 201:1

**answers**
12:24 13:1 15:15

**anticipate**
67:11

**anticipation**
165:24 167:5 194:5

**anybody**
203:2 208:8

**anyway**
155:22

**apologies**
126:22

**apologize**
193:12 211:17 212:13
266:5

**apparently**
57:6 231:17 239:13
254:1

**appear**
182:1,6

**appearance**
10:13 179:8

**appeared**
203:8

**appears**
67:23 86:20 183:11
229:11 234:21 235:4
236:3 240:14 251:14

**applies**
169:7

**apply**
121:23 215:11

**appointed**

26:25

**appointee**
26:21,23 100:9,10,11
124:6 126:4 128:2
210:16,17,20 211:2

**appreciate**
13:12 83:1 143:9
198:13 211:10,20
212:13

**approach**
146:6 179:15,18

**approaching**
266:3

**appropriate**
67:14

**appropriately**
85:3

**approximately**
24:13 29:1 31:24 38:24
95:16 118:24 123:9

**AR-HAITI-00000001**
184:12

**AR-SUDAN-00000028**
251:21

**archives**
136:13

**area**
34:22 35:10 213:1
267:1

**aren't**
131:17

**Arex**
57:16,19 232:2

**argue**
161:11

**argued**
139:11 227:17

**argues**
143:19 217:6

**arguing**
139:14

**argument**
146:22 173:9 227:11

**argumentative**
256:20

**arguments**
217:11 227:11

**arm**
18:19 36:16

**arose**
98:23 147:21 162:18,21

**arrange**
132:5

**arrival**
246:12,21

**arrive**
98:3

**arrived**
55:2 104:3 112:21
229:12,13 233:12
244:25 245:3 246:5

**arriving**
95:25

**article**
152:11,14 155:9,12
161:3 170:10,11 209:19
214:9 216:25 261:13,19
269:11,16

**articulating**
197:19

**AS1**
190:24,25 233:17

**AS1'S**
190:23

**AS1BB**
233:15,16 236:13
240:12,13

**ASBB**
234:5

**Asia**
160:5

**aside**
17:17 20:5 114:7
164:21 171:3 186:9
192:22 262:1 269:24

**asked**
29:4,8,17,20 70:12
110:23 113:22 143:2
156:7 164:13,24
166:14,17 182:20
185:5,6,10 187:23
191:1,11,13 194:8,15

198:20 202:19 204:7,12
205:21 206:6,7 208:17
210:6 226:3 230:1
242:5,7 254:10 266:7
267:6

**asking**
12:15 58:13 137:14
165:5 185:17 191:5,7,
10 220:3 223:15 246:6
259:3

**asks**
28:22 65:2 113:23
137:10 187:6

**asserted**
46:1

**asserting**
125:6 154:5

**assertions**
145:3,4 166:25

**assessment**
19:5 143:22

**assistant**
21:14 22:9,13,21 25:11
27:25 28:4 60:10 83:25
84:2 86:9 89:5 97:11
110:5,6 121:7 123:3,6,
21 127:23 187:3 233:22
234:1

**assistants**
52:7

**assisted**
52:18

**associated**
145:14

**assume**
12:20 51:16 110:22,23
115:8 121:22 233:24
240:8 248:15,18,21

**assumes**
111:4 136:9 261:10

**assuming**
93:10 144:16 258:24
267:14

**assumption**
241:15

**asylum**
216:16

**attached**
82:25

**attachment**
265:12

**attachments**
234:4,9

**attempt**
197:5

**attend**
71:3,5,18 77:20

**attended**
77:7,9,21

**attendees**
229:23 230:1 240:23
241:1

**attorney**
17:17 20:5 155:3
216:14

**attorney-client**
164:6,8

**attorneys**
17:22,24

**atypical**
104:15

**August**
10:6 27:12 234:3
236:12 251:25 253:22
255:4 256:7,9

**Austin**
10:7

**Australia**
23:24 58:15 189:17
190:21

**author**
253:23

**authorities**
104:24 146:7

**authority**
12:9 13:18 80:25
147:23

**automatically**
209:4,15

**available**
15:17

**Avanni**

57:16,25 232:2,3,5,7

**Avanni's**
57:19 232:10

**avenues**
247:21

**avoid**
14:14 181:8

**aware**
16:20,24 17:1,4 57:10
58:2 61:24 83:20 85:12
87:23 92:1 94:24
146:10 154:13,21
155:3,15,25 156:7
157:1,4,10 158:11,14
159:2 160:7,12 161:13,
20,24 162:4,14 163:3,7,
11 164:5 170:3,5,19
173:18 174:4,14,18,22
175:1,9,12,20 176:10,
13 181:1 184:8 185:13,
21 202:24 204:9 226:12
228:15 232:6 249:4
258:23 260:24 261:4
262:2,17 270:8 271:15
272:16

**awareness**
73:3 78:4,7 80:9 171:20

---

**B**

---

**B-r-e-i-e-r**
101:7

**B6**
90:25

**back**
21:5 25:7 27:5 34:19
35:15 43:7,10,11 55:19,
20 60:17 78:22 80:21
85:16 97:1 107:13
111:25 127:2 131:1
153:17 175:4 178:4,11
181:19 184:9 193:19
198:7 199:11 200:16
202:15 204:8 205:14
207:18 208:9,24 210:5,
12,24 211:12 216:8
222:15 227:13,19,20
228:1,11 237:7 239:7
243:6 244:18 246:1,5
251:3 253:19 256:1
258:7 259:5,15 260:16

263:5

**backdrop**
129:2

**background**
47:22 76:1

**bad**
261:21,24

**banging**
204:15

**barrelling**
250:16

**based**
17:14 23:7 126:15
143:5,21 147:7 155:2
177:3 213:25 218:25
240:8 242:18 244:7,8

**bases**
173:10

**basic**
12:1 134:15

**basically**
78:3 273:20

**basis**
107:11 108:14 139:1
194:20,25 242:17

**battles**
212:5

**BB**
233:18 240:13

**began**
247:2,12

**beginning**
129:7 216:11 217:10
245:9 253:12 258:14

**begins**
66:25 87:6

**begun**
218:12

**belief**
99:17,21 216:8 218:22

**believe**
17:25 18:12,22 26:18,
23 28:19 31:9,11 35:23
40:10 44:6,7,11 46:11
65:23 71:14 82:2 83:25
92:23 95:24 96:16,17

98:23,24 99:21 100:4,
11,22 101:6 104:13
105:18,19 107:6 111:7,
12,16,18 112:19 113:3,
9 117:3 121:6 122:16
127:21 128:12 129:23
142:12 149:3,8 180:24
190:6,17 199:19 204:14
205:9 210:3,25 213:9
214:12 217:22,25
218:19,21 220:24
225:13 229:4,10 230:14
237:13 244:10 248:7
252:18 263:8 268:12,
13,16,22,23

**believed**
249:9,10

**believes**
28:24 214:13

**belong**
264:13,24

**Ben**
231:5

**beneficiaries**
241:19

**benefit**
204:24 241:20

**benefits**
219:17

**best**
16:10,14 210:24

**better**
40:3 132:19 191:21
198:1 262:25 269:9

**beyond**
98:11 154:23 166:21
174:11 181:24 185:16
205:6 220:16

**big**
77:2 241:22 243:11

**biggest**
23:20 81:14

**bilateral**
23:19 24:3

**bit**
14:16 51:6 64:10,11
82:3 148:22 149:10
168:6 202:8 210:8

217:13

**black**
258:16

**Blackwell**
237:12,13 238:3,15

**block**
230:2

**board**
44:4 84:1 128:24
169:17,22 230:8

**Bob**
10:4

**body**
84:21,23

**boil**
196:2

**bold**
181:15 232:24

**border**
23:18 213:12 215:3,11
216:10,12

**borders**
84:2,3 187:3

**Bossert**
270:4,6,9,18,21

**Boston**
10:8

**bottom**
64:18 66:25 67:3
171:18 181:7 190:3
213:14

**box**
258:16

**Brandon**
41:14 232:25

**break**
15:11,19,22 25:6 27:14
76:8,11 80:12 81:17,21
130:14,15,17,19 131:4
132:23 141:3 169:18
189:13 202:9 250:14,
15,18,20,21,22

**breaks**
15:20,24 33:2

**Breier**
101:6,21 102:19,22

**Breitbart**
203:9

**Brian**
100:5,9

**Briana**
25:1 81:19 86:10
132:13 235:25

**brief**
44:16,19 171:21 236:20
246:10

**briefed**
73:1

**briefers**
71:25 73:7

**briefing**
73:2 229:18 231:16
232:23 233:9,15 234:6,
15 235:5,8 236:11
238:16,19

**briefly**
44:4 197:20 251:9

**bring**
191:22 205:8 266:21

**bringing**
193:2

**Britain**
23:24

**broad**
51:6 108:20

**broaden**
205:6

**broader**
56:14

**broadest**
156:21

**broadly**
166:12 231:9 272:19

**brought**
17:8

**brush**
51:7

**Budapest**
34:11

**Budget**
65:15,24 257:11

**Breitbart**
**building**
216:11 245:4

**bullet**
134:16,17 135:19

**bundle**
182:13

**bundling**
179:6 182:2

**bureau**
28:1 29:15,18 30:25
31:3 77:25 88:5,8,12
97:12 108:8,10 110:1,2
121:8 123:4 124:1
127:24 133:17,18

**bureaucrat**
51:15

**bureaus**
125:24 126:2

**busy**
30:17 40:18 181:21

---

**C**

**C-r-e-a-m-e-r**
123:5

**Cabinet**
249:11

**cable**
111:17 112:15,17,20
113:7,10 116:4 117:12,
14 118:2 135:5,8,17,19
136:2,3

**cabled**
115:21

**cables**
115:13,17,23 116:3,6,
13,14,16,20,22 117:3,7,
10,11,18 118:6,15
134:18,20,22 135:1,14,
15,20 136:7,8,13
153:22 154:1,15,22
155:5,16

**calendar**
135:5

**call**
11:12,13 23:3 58:14,16,
19,22,23 59:2,14,15
60:3,7,9,13 96:19

102:17,18,21 124:21,22
138:18 144:21 160:12,
15,22,25 189:10 192:3,
8 193:19 202:8 243:4
244:18,22 270:8,12,14,
17,19,20,24

**called**
36:17 52:16,17 62:12
84:1 93:17 99:18 132:6
160:5,8 205:10 251:24
261:19 269:20 270:5

**calling**
45:15 90:6 119:12
134:1 170:15 188:7
199:17 200:23 223:19
235:16

**calls**
58:10 59:10,24,25 61:4
98:4 102:10 107:17
108:17 109:6,22 110:18
111:22 113:18 114:3,5
121:19 122:3 124:15
136:24 137:25 139:17
141:22 142:17,22,24,25
144:2,11 147:6 148:20
154:3 155:20 156:3,7,9,
11,13,14,20,22 160:14
161:18 169:8 171:7
173:6 175:15,23 177:16
181:17 182:3,10 190:14
191:24 194:3 210:10
215:13 217:17 218:3,4,
16 219:13 220:10
221:8,11 237:20 244:19
250:2 253:17 254:11
258:25 260:6 271:2

**campaign**
216:11

**can't**
26:24 58:17 67:24
74:13 165:6 166:24
219:16 260:1 261:24

**Canada**
22:16 23:17 32:23

**cancellation**
86:21 87:1 214:14
216:16,17

**capacity**
72:9 109:2 185:14

**career**
26:22 100:10 124:6,7

126:4,5,6 128:1,3
211:17

**careful**
224:2,7

**carefully**
12:17

**Carl**
233:19,22

**carries**
109:9,15

**carry**
133:12

**case**
10:11 11:19 19:21 28:3
31:4 49:4 69:4 86:20
95:22,23 96:14 97:4
102:16 106:3 111:16
120:23 121:9 133:17
154:1 168:12 220:17

**cases**
14:1 204:18

**Cassidy**
230:20,21 231:5

**cast**
43:15

**casting**
194:6

**categories**
238:13

**caveat**
176:16 230:7

**CBP**
77:11

**cc**
233:20

**Center**
272:7,15,23

**Central**
18:10,14 24:22 73:21,
24,25 77:25 98:24
99:15 100:23 101:22
103:23 105:9 106:3
107:6 123:22 127:19
158:2,6 179:16 198:6
213:22 227:19,20
258:22 259:9

**certain**
51:19 56:25 67:24 93:5
115:11,22 116:21
134:20 138:22 144:6
145:23 169:25 181:20
211:4 230:9 234:2
239:24 250:5 258:22
271:19

**certainly**
41:1 74:23 79:2 105:14
108:10,20 115:21
170:24 179:4 197:11
199:22 221:25 223:24
224:25 225:1 255:11
272:20

**cetera**
77:12 227:14,15

**Chad**
86:12 155:21 156:4,8,
17 183:4 225:6,8,9

**chain**
66:24 92:17 189:1
192:21,24 193:10
229:19 234:17,22
236:3,16,18 237:17
240:7 243:22 244:16
249:10,20,21 251:8
253:15,21 254:19 255:3
256:6 264:10

**chains**
41:1

**challenge**
17:14

**chance**
81:20 182:23

**change**
172:5,11,14,16 173:2,3
221:1,3,4,6,18 223:6
263:2

**changed**
150:21 172:21 173:4

**changes**
53:1,3 62:25 249:2

**characterization**
155:11 210:22

**characterize**
147:17 156:2 191:17
195:12,19 199:3,6

**characterizes**
154:17

**characterizing**
155:8 170:9 192:1
209:8

**charged**
118:12

**chargee**
93:21

**chargé**
33:19 112:10,14 113:16

**check**
85:16 130:17 131:4
141:2

**checked**
255:6

**checkerboard**
212:7

**checking**
131:11 255:7

**cheese**
64:11

**chief**
24:20,24 32:21 33:10,
18 48:7,8 51:11 52:4,5
58:13 71:3,8,10,11,12,
20,21 76:16,23 77:7
86:11,12,14 105:14
132:12,14 148:11
155:21 156:4 160:3,8,
18 193:2 198:21 224:25
225:4,5 230:6,12 237:6
238:6,7 239:13 261:14,
20 269:12,20

**children**
205:13

**choice**
219:1

**choose**
45:22

**Christina**
254:20 255:3

**chronologically**
261:12

**chronology**
101:17 102:13 209:17

JAMES D. NEALON - 08/14/2018                    i8

**churn**
200:15 239:15

**circulated**
62:1

**circumstances**
272:24

**CIS**
38:21

**CIS'S**
37:9

**Cissna**
38:13 39:21,24 40:5
83:14 207:3 259:22

**citizen**
205:12

**citizens**
208:10 246:1,5

**city**
135:10

**civil**
42:18 48:25 49:3 69:2
70:20 195:7

**Civilian**
31:17,20 32:2,17

**Claffey**
86:10

**Claire**
55:4,8,9,20

**clamoring**
96:5

**clarification**
14:21 15:1,5,10 19:10,
23 35:20 87:12,15
202:24 203:11 229:21
254:20,25 255:10,12
257:17

**clarify**
14:2,18 19:2 25:13 71:7
87:17 163:14 167:8
168:6 180:2 261:2

**clarifying**
202:17

**clarity**
158:25

**classified**
74:12

**clear**
14:22 45:19 62:11,22
93:4 115:20 131:16
144:19,24 145:1,11
146:15 158:22,23
159:10,18 162:10
164:22 167:17 176:7
177:7,8 178:6 186:11
189:15 198:9,10 215:1,
2,7,9,20 216:9 223:4,
18,22 224:12 227:3
242:3 252:21 254:16
255:16 256:24 257:13
259:2

**clearance**
61:24 62:8,24 63:3,7,
16,20,24 65:4,16,17
66:1,2,4,7,9 67:12,18,
19,24 84:15,16,17 98:7
108:2 255:18 256:15

**cleared**
62:17

**clearer**
199:12

**clearly**
220:13

**clears**
65:24 66:12 84:22

**close**
93:24 112:1 114:19
171:14 250:11

**closely**
235:3

**clues**
265:24

**Coast**
52:6 185:9 267:16

**collecting**
42:22 43:18

**collegial**
250:11

**column**
236:23

**combination**
148:18

**come**
25:6,7 30:4 32:16 33:6,
15,24 49:3 60:17 63:17

70:7 73:14 75:3 76:18
79:2 80:1,8 110:7
126:20 131:22 148:15
180:8 184:9 193:19
256:1

**comes**
28:20 30:20,21 249:2

**comfortable**
210:17,18,20

**coming**
32:18 44:22 45:2 47:2
73:13,16 78:25 79:4
106:20 107:15 146:24
202:22 204:15 249:5

**command**
31:18 32:12 92:17
185:2,10 249:10

**Commander**
31:18,20 32:2,11,17
185:2

**Commander's**
32:6,9

**comment**
84:15,16 169:25 193:12
215:16 260:15

**commentary**
170:25

**common**
25:20

**communicate**
25:10 39:10,12,17,23
40:12,20,22 59:20
91:22 92:13,16 93:9,12
125:2,16 126:24 127:14
173:22

**communicated**
59:19 91:18,19 92:1
97:2,5,6,7 121:16
122:23 123:3,10 125:21
127:9,20 156:24 159:6
160:21 226:18,21
246:19

**communicating**
25:14,16,17,23 93:15
98:14 127:4 137:6
224:20

**communication**
91:2 98:19 112:3,25
113:3 118:20,25 119:7

121:12,14,17,24 129:25
130:3 154:19 161:14
171:4 181:2,3,6 186:23
192:24 238:24 246:22
254:21 271:22,23
272:1,6,11,17 273:1

**communications**
60:11 61:20,21,22
91:11 106:21 114:8,20,
24 115:3,7,16,17 117:5
118:2,10,11,16 120:2,8,
9,16,24 122:7,9 124:12
128:8,15 128:4,8 129:1,
11,15,20 135:2 137:16
138:7 145:17 154:14,21
156:10 157:2,5,6 164:6
173:23 174:2 185:24
188:19 224:11 225:20
226:8,13 227:5 241:5
246:16 255:20 262:12
273:4,11

**complete**
64:12

**completely**
13:23 72:21 259:2

**complications**
211:22

**component**
71:5 77:10,11 185:15
222:13

**compound**
109:7 148:19,20 205:15

**compromise**
110:8

**computer**
113:13

**con**
178:4

**conceivably**
173:12

**concern**
34:22 35:10 85:24
195:13 254:6,7

**concerned**
50:17 105:23 212:24

**concerning**
94:14 98:3,20 99:15
102:6 103:23 105:9
106:22 109:5 115:17

Case 1:18-cv-01599-WFK-ST   Document 151-1   Filed 03/01/19   Page 286 of 322 PageID #: 9978

JAMES D. NEALON - 08/14/2018                    i9

**concerns**
119:22 120:3,11,17
121:1,2 122:24 123:1,
17 124:12 125:5,10,17
126:9,17,18,25 127:1,
15 129:21 154:15,22
156:4,25 160:9 161:15
163:23 172:5 173:19
176:24 177:25 178:16
183:18 184:2 202:2
208:14 226:1,14 228:17
233:9 260:25 262:3
270:9 273:12

**concerns**
53:2 97:3,15 103:21
132:24 167:10 196:16,
21 199:6 244:14 249:4
253:2

**conclusion**
114:4 218:4

**conclusions**
134:8,11,12 199:18

**condition**
19:4 155:24 177:21
220:17

**conditions**
18:13,15,16,23 37:19
43:3 80:7 143:20,23
158:2,6 172:16,20
173:4 197:17,22 208:6
217:7 218:11,25 219:4
238:11 252:7,10,23

**conducting**
154:11

**conference**
244:23

**confirm**
141:3

**confirmed**
23:2 55:18

**conflicts**
133:22

**confused**
82:3 178:9 264:12

**confusing**
35:2 53:18 56:12 92:8
105:13 110:18 120:13
148:20 178:5 205:4
218:5

**Congress**
231:3

**conjecture**
137:11

**connect**
273:22

**connected**
16:17 141:10 222:14
273:9

**connection**
96:14 230:24 231:8
272:12

**consequence**
114:21

**consequences**
128:17 168:20 179:10,
12

**consequential**
105:16 168:9 197:3

**consider**
24:15 25:19 84:12 95:3,
14 105:22 109:4 169:6
200:4 239:11

**consideration**
103:10 201:15 220:16
238:10 251:25 252:4
261:7

**considerations**
18:20 108:16,22 165:17
166:17,18 167:11
168:19,23 169:3 200:3,
5 201:10

**considered**
97:19 164:25 166:7,19
167:7 195:22 199:22,23
200:8 227:25 238:21
248:5,7 263:18

**considering**
199:15

**consisted**
62:15

**Consistent**
194:17

**constructionist**
165:11 166:12 199:4
217:12,15,19

**constructionists**
146:4

**Consular**
233:23 234:2

**consultation**
94:9

**consultations**
186:21

**consulted**
195:5

**consulting**
194:7

**consumed**
46:18

**consumer**
42:2

**consumption**
89:1

**contact**
26:9,14 38:8,10,14
40:24,25 183:17,23
184:1 231:2 272:22

**contacts**
25:20

**containing**
135:22

**contemplating**
169:1

**content**
145:4 156:19 166:22
174:4 225:24 226:5,7,
13 242:6,11,17 254:12
264:20,25

**contents**
270:14

**context**
60:19 95:21 100:17
146:5 148:16 149:14,17
153:8 155:10 157:19
162:1,17 167:6 169:19
183:6,7 184:23 185:18
186:22 188:5 194:1
215:12 216:21 244:5
250:18,19 257:13,14
260:10 263:7

**contexts**
162:20

**continue**
143:23 238:12

**continues**
66:25 67:1

**contrary**
133:14

**convene**
30:2

**conversation**
46:8,10,11 74:1 96:19
98:9,10 100:22 101:11,
12,13,24 102:9,25
103:5 105:19 120:22
121:7 129:23 130:6,8
146:20 148:15 158:11,
12 159:2,4,7,10,17,20,
22 160:18 196:14,15
198:12 223:13 228:14
245:9

**conversations**
45:12 56:9,15,18
103:13 105:3 106:8,11,
12 121:5 122:5,14,18,
19 124:20 125:6,11
126:17 127:13,17
128:13 137:12,22
138:10,11,15,20 139:3
144:13,17,25 145:5
146:1,2,9,10,11,12,18
147:3 149:15,24 150:2,
5,8,15 151:17,24
158:15 159:14,15
161:20 162:2,4,7,14,18,
21 163:2,3,7,11,15
165:5 166:22 170:7,19,
21,24 171:3 185:22
196:17 205:25 215:25
221:5,12,16,21,24
222:1,4,7,10 223:2,9
224:3,14,17,24 225:14,
16,22,25 240:8 241:13
245:24 246:13 248:1
262:15,18 273:10

**convey**
160:6

**cooperation**
24:3 185:3

**coordinate**
59:17 85:3 232:19
260:15

Epiq Court Reporting Solutions - Woodland Hills
1-800-826-0277                          www.deposition.com

**coordinates**
84:22

**coordinating**
235:19 237:19

**coordination**
58:16,19,22 59:10,24
60:3 72:18 259:24

**copied**
116:1 233:25

**copies**
184:22

**copy**
112:23 113:13 117:11,
13 136:3 256:12
261:17,21,24 269:10

**copying**
186:20

**cordial**
103:14

**correct**
19:1,6 39:14 55:17
87:5,9 118:4 133:3
135:9 140:24 141:1,2
143:13 165:1 167:1,2
173:1 184:1 189:11
190:6 193:11 207:10
232:9 240:10,11 245:1
246:17

**correctly**
18:6 99:16 164:22
178:8

**corridor**
56:17

**COS**
238:4

**couldn't**
41:6 49:7 84:9 106:17
181:25 211:2

**Council**
89:14,15,19,21 90:17
91:7,12,16,19,24 92:12
139:24 140:6,9,13,16,
20 141:5,8,9,18 142:1,
13 183:19 188:3,13,17
260:19

**counsel**
10:13 15:1 37:1 54:5,8,
10,13,21 64:15 71:25

77:14 87:13 119:6
120:7 126:16 139:8
141:11 164:14,23
166:23 170:11 177:2
178:19 187:11,14
191:25 195:16 196:20
201:18 202:16,19 209:7
213:18 214:7 219:24
229:21 232:13 236:5
241:4 256:21 258:25

**counsel's**
148:7 193:8 223:15
243:25

**counsellor**
51:8 52:11 57:1,21
71:22 150:24 151:7,9,
22 152:3 230:15 232:8
268:15,22,25

**counsellors**
51:8 52:3,10,14,17
56:20 71:24 148:9
150:9,14,16,18,20
151:12,25 266:15,24
267:2

**counselor**
34:3,10 150:11

**counselors**
267:4

**counter**
204:18

**counterpart**
92:13

**counterterrorism**
266:20 268:6

**countries**
18:10,14 22:16 23:17,
23,24,25 24:2,21 32:13
43:4,8 45:9 48:22 50:19
68:24 73:25 75:13
88:15,16,17,18 110:12
122:13,21 127:7 135:21
139:10 140:4 170:1
173:25 174:5,24 176:25
177:22 178:1,17,19,22
179:1,15 180:5 182:8
198:5 205:6,15 207:13,
22 208:4 243:6,9
258:22 259:9

**country**
18:13,15,16,23 19:4

28:9,11,20,23 29:2
36:13 37:19,25 41:22
43:3 80:7 118:7 133:9
172:16,20 173:3
177:14,20 181:10
197:16,17,21 199:15
205:11,13 208:6 211:18
213:11 238:9,11 239:11
240:24 252:7,9,23

**country's**
143:21

**couple**
39:19 52:6,18 56:19
70:3 71:4 76:17 138:25
140:22 147:12 168:13
203:8 205:8 229:13
234:18,23 238:23
251:19 260:21 266:10

**course**
15:20 29:1 42:6 51:10
153:19 165:12 224:9

**court**
10:4,5,24 12:9,25 13:9
114:11 125:8 126:21
201:22 232:19 242:16
271:10

**courtroom**
12:6

**cover**
76:9 134:8 152:3 153:2
228:4

**covered**
153:2 154:6 182:21
183:15 231:12

**crafting**
123:15

**Creamer**
123:5,14,21 124:5,12
125:22 126:10,18

**created**
128:21 219:6

**creation**
30:22

**Crista**
10:10

**critical**
237:25

**crystal**

93:4

**Culver**
186:20 187:1,2 190:5

**Culwell**
236:1 237:1

**current**
152:18 153:21 155:23
173:14 216:4 219:5,7,8
220:20 235:6 269:22

**currently**
27:2 110:12 232:1

**cycle**
40:16,21

D

**d'affaires**
112:11,14 113:16

**D.C.**
22:2

**D1**
67:15,16

**DACA**
11:19 24:10 216:16

**Dana**
10:4

**data**
246:25 247:3,10,15

**date**
10:5 11:21 135:7
159:24 236:8 263:3,7,
12,13,19 265:8

**dated**
64:4 134:3,25 157:21,
25 180:16 194:13
202:20 209:19 243:15

**dates**
31:23 183:11 192:16
244:1

**David**
267:25 273:15

**day**
15:20 22:13 30:16,20
35:23 40:19,20 72:22
73:4 190:10 248:25

**day-to-day**

23:15

**days**
29:6 94:23 196:18
204:4,5

**deadline**
94:24 104:4 119:3

**deadlines**
39:16,22 53:25 54:1
265:8

**dealing**
35:12 164:19

**deals**
50:19 83:10

**debate**
146:22 199:2 213:10

**decided**
26:20 210:7,8

**decision**
18:21 36:19,20 37:5,14
42:10,11 46:9 47:2
49:13,16,24 50:1,15
53:2,8,15,16,24 54:3
59:18,19 60:19,21,24
61:3,11,15 68:7,11
69:16,20,25 70:4 73:21,
24 75:21 80:5 81:15
90:2,12,15 92:7,15,16
94:7 95:4,15 96:7,18
100:21,24 101:15 103:3
104:5 105:21 108:6,24
112:12 119:4 120:19
124:25 128:14,15,17
131:19,20 132:2,11
145:20,24 147:24
159:21 160:1,20 162:23
163:17,18 167:5,7,12,
19 168:4,9 169:1
173:10 190:18 192:19
194:9 196:24 197:4
200:13,16 202:22
204:16 206:11,17 207:7
208:23 209:2,14 210:1
211:19 212:1,25 227:9
235:7 238:8,22 246:9
249:17 251:20 252:6,
17,20 253:3,9,20 257:9
258:19,21 259:10
262:3,9,19,23 265:21
270:2 271:11

**decision-making**
47:4,13 49:12,20 53:13

68:12,22 80:25 110:13
112:6 140:1 141:19
142:14 162:25 199:21
258:15

**decisions**
29:6 36:11 44:18 46:17
47:10 48:21 49:9 50:3
51:6,12 59:17 63:5
89:25 90:4 91:8,18
92:6,11 93:13,16
105:17 131:6,14,18
165:24,25 167:14 180:9
188:14,15 194:6 202:2
207:13,17 209:17 212:1
217:21,24 218:21 231:3
238:17,20 239:1 249:2
259:11 263:22 265:8

**decreasing**
43:12

**DED**
260:4,5,8,10

**deep**
77:6 79:16 238:10
239:12

**deeply**
213:5,12 249:9

**defendant**
10:20,21,23

**Defense**
185:14,15,22 187:9
267:21

**defensible**
221:3

**defer**
153:11

**deferred**
250:7

**define**
162:9

**definitely**
15:23 35:5,9

**definition**
28:18,19 29:25 76:22
124:21 148:25 149:5,11

**degree**
109:1

**delay**

99:14 253:6

**delayed**
103:22

**delegates**
249:24

**deliberate**
45:17 223:4

**deliberately**
139:8

**deliberations**
45:16 46:5,15 90:7
111:22 113:19,24 114:6
119:13 121:19 122:3
124:16,19 125:12
129:15 134:1 138:1,18
139:17 141:22 142:4,22
143:1,3 144:11 154:4,
10,11,25 158:17 160:15
161:18 162:3 165:23,24
167:4,24 174:13
175:16,25 176:13
188:8,10 200:24 201:4,
16,25 202:2 221:9,13
223:20 242:23,25 243:2
262:11 271:3

**deliberative**
45:25 46:12 90:21
111:24 112:1 113:20,24
114:2 119:5 121:21
122:2 124:21 125:7,12
126:11 130:10 137:13,
19,22 138:6 139:20
145:3 154:6 164:4
166:24 167:3,9 177:3
202:5 242:14 270:16
271:11

**delivered**
198:18

**Democratic**
136:15 139:22

**department**
17:8 18:23 19:4 22:15
25:16 26:4 28:22 29:12,
21 30:6 36:5,18 40:14,
23 42:7 62:2,11,18,20
63:10,11,14,15,18
65:11 69:3,6 72:13
79:25 80:6 81:7,25
86:17 87:19 88:6,9,14
89:4 94:1,3,6,11,18
95:12,24 96:9,10,12,13,

21 97:3,10 98:2 99:2,25
100:13,18 102:5,14,23
103:7,14,18 104:3,8,21
106:9,18,22,24 107:9,
12,15,23 108:3,5,8,15,
22 109:3,10,19 110:2,9,
21 114:18,22 115:1,5
116:6,16,22 117:3,7,17
120:11,25 121:13,24
122:5,8,20,24 123:16
124:6,7,9,24 125:24
127:4,9,15,18 130:1
133:2,6,13,23 135:2,22
136:6,12,17 137:2,4,7,
13,17 138:12,21 139:1,
9 140:1 141:19 142:15
151:4,13 152:19 153:21
154:14,22 161:14 172:4
173:23 174:3,6,13
175:2,13,16,21 176:14,
24 177:13 179:6 182:7,
13 185:13,15,21 187:9
188:2 197:10 200:19
201:7 203:3 204:23
210:7,9 214:20,23
228:16 233:12 235:9
244:25 247:4,18 249:15
253:7 260:11 265:17
266:9 267:20 269:17
271:13,16

**department's**
29:10 60:11 62:19
97:16 103:8 105:8,24
106:14 120:3 121:2
122:25 123:11,19
125:18 126:19,25
127:11 183:12 237:16
255:15

**departments**
59:21

**departure**
112:9

**depend**
54:2

**depended**
72:21 117:4

**depending**
69:24 126:21 191:10
242:6

**deportation**
241:20

**deportations**
241:21

**deposed**
11:15,18,19,22

**deposition**
10:9 12:1 13:7 15:14,16
16:17,20 17:21 20:12
45:24 171:17 173:24
186:3 224:10

**deputy**
18:7 19:12,13 30:5
31:17,20 32:2,17,21
33:10,18 40:10 48:8
52:3,5,13,15,19 54:24
55:1,3,5,8,9,20 56:20
57:1,15,21 71:21,22
82:4,6,8,12 86:14 94:13
95:18 104:13,16,21
105:1,4 110:5 119:22
120:17 121:7 123:3,6,
21 127:23 148:11
174:9,17 177:20 230:6,
12,15 232:8 268:16,23,
25

**describe**
22:7 23:1,7,10 24:5
28:6 44:14 47:12 48:9,
16 62:14 68:10,16,17
73:18 98:19 103:25
124:11 126:7 156:18
163:16 193:25 195:24
207:5

**described**
46:16 48:12 52:4 57:12
67:19 68:5 69:19 76:14,
15,21 77:16 81:3,13
84:17 95:10 96:8 98:9
105:7 107:4 108:6
109:1 129:1 158:12
170:20 194:4 196:24
199:20 239:10

**describing**
23:8 42:21 49:8 56:10,
14 63:4 65:18 68:1
75:20 79:22 91:6
102:18 103:21 104:5
105:10 117:16 139:4

**designated**
29:3 36:13 41:23 78:23
110:12

**designation**

41:22 68:8 139:15
143:21 151:14 202:22
208:23 260:4

**designations**
136:18 139:12 140:3

**desk**
99:23

**detail**
166:24 201:19 226:11
239:22 244:3

**details**
125:5,10 126:17

**determination**
36:15 42:14 45:13
46:20,23 48:16 50:9
53:1 57:9 94:22 96:15
98:12,17,22 105:25
119:23 123:11 125:19
126:9 127:16 176:25
185:25 204:10,11
209:3,11 253:4 260:22
261:1 270:25

**determinations**
24:16 43:19,25 44:16
54:8 94:2,4,15 107:16
115:19 122:6 142:16
177:15 185:16,23 200:8
230:25 266:18 267:13
269:3 271:14

**determine**
13:18 191:14 237:23
238:12

**determined**
59:1 63:25 136:15
139:23

**devastating**
217:8

**DH**
191:13

**DHS**
18:9 19:15 20:9 22:17
23:4 26:15 27:6,7,9,16
35:15,24 36:3,8,21,24
37:6,7,15 38:4,8,11
39:1,5 41:12,15,19,21
44:2,3,10,17 45:3 49:20
50:8,9,16 51:22,24,25
53:9,13,15,20,22,24
54:4,14,23,24 55:10,23
56:3,6,11,13,20 57:17

58:1,16,18,22,25 59:9,
10 60:3 61:2,15 62:12
63:22 66:2 68:9,11,14,
21 69:9,10,23 70:1,22
71:10,12,19 72:7,17
74:22 76:4,16 77:4,7,
12,17 79:24 82:1 84:21
85:2,10,13,14,24 86:9
94:10,12 95:18,19
105:7 109:3 110:16
116:19 117:8 127:8
128:18 129:8 131:5,13
133:21 136:17 137:6
140:2,12 141:16,20
142:11,15 143:17,25
144:1,5,7 145:18 146:3,
23 147:19 151:12,21
155:20 156:4 160:4
161:13 162:13 163:4,21
164:18,25 166:8,19
170:8,22 171:20 172:3
177:13 179:5 180:23
198:25 210:2 216:21
217:16 221:5,17 222:23
224:1,25 225:4 229:13
230:8 231:5,22 233:3
235:11 237:18 240:9
246:12,22 254:7 255:17
258:17,19,21 261:21
262:8,15 264:3 267:11
268:19,20 269:12
271:21,25 272:5,10,17
273:5,11

**DHS-001-000515**
240:4

**DHS-001-659-000035**
82:22

**DHS-001-659-000459**
86:1

**DHS-001-659-000607**
182:17

**DHS-001-659-000630**
58:5

**DHS-001-659-000660**
251:4

**DHS-001-659-000689**
188:23

**DHS-001-659-000856**
264:7

**DHS-RFPD-00000986**
231:18

**DHS_RFPD_
00000040**
206:22

**DHS_RFPD_
00000953**
228:24

**DHS_RFPD_
00001071**
256:4

**didn't**
38:20 48:18 49:10 61:8
72:2 78:20 81:22 110:3
114:17 145:9 152:3
156:12 186:16 187:20
188:25 189:16 193:20
197:18 200:12,16
204:22,23 210:16,18,20
212:9,11 218:14 233:4
249:12 270:18

**different**
14:5 47:14,15,16 49:18
63:12 66:1 72:7 75:10,
17 76:24 81:10 89:18
109:12 116:17 197:14
208:7,11 219:15,19
220:4,6,18 224:10
236:8 244:2,7 259:11
264:18,19,20,25 268:13

**differentiate**
22:11 23:8 164:9 191:9

**differently**
75:16 179:19

**difficult**
13:9 22:6 96:17 100:20
108:19 121:4 147:10
211:20 212:14 221:24
240:17 261:11 265:14

**difficulty**
155:10

**diligence**
37:18

**dinner**
228:5

**diplomatic**
134:18,22

**diplomats**
25:19 109:4 118:12

**dire**

98:25 103:24 104:1,2,6

**direct**
53:19 111:1 142:9
146:9 159:5 171:18
176:19 191:19 215:25
224:23 225:21 245:23
248:17

**directed**
116:7

**directing**
249:1

**direction**
249:5

**directly**
42:6,20,25 46:19 48:14
90:10 91:25 113:1,3
114:24 120:10 127:4
132:10 147:23 198:20
219:4 222:18,21 223:2
224:4,15

**director**
37:6 38:3,4,7,13 40:8,
11 42:8 53:9,14,23
67:17 77:23 82:5,6
92:23 207:3 241:7
258:18 259:8

**directorates**
67:14

**disagreed**
227:9

**disagreement**
202:4 215:5

**disclosing**
114:2

**discuss**
41:3 56:1 124:22,23
138:12 167:18 241:4
265:1,23

**discussed**
38:23 50:5 54:19 55:25
56:8 57:12 81:9 94:21
141:11,13 147:1,20,21,
25 151:1 152:6 167:12
170:16 173:24 216:20
236:23 253:5 267:1

**discusses**
239:4

**discussing**

45:7 50:7 265:15

**discussion**
36:10 46:10 74:12 77:6
79:13,16 93:25 109:13,
18,20 179:4,5 205:6
208:3,19,20 229:5
238:9 251:16 260:9
262:7

**discussions**
45:9 120:20 146:17
167:14 205:5 211:24,25
248:25 254:12 263:21
267:23

**displeasure**
96:22

**disregarded**
139:8

**disseminated**
198:25

**dissemination**
229:7

**dissenting**
175:2,13,21 176:6,8,9,
21,23 177:10

**dissipate**
218:12

**dissipated**
218:12

**distinct**
50:2

**distinction**
219:7

**distinguish**
22:18

**distinguishing**
122:7

**distributed**
202:23

**dive**
238:10 239:12

**do?'**
158:10

**document**
51:16 58:7 62:17,22
63:1 64:2,8 67:1 68:1,5
82:21 85:22,25 90:24

152:24 153:1,4,5,9,13,
15,17 164:14 182:21
186:11 192:1 193:23,25
202:20 206:1 207:5
231:13,15,21 235:5
237:11 251:23 252:1,3,
5 254:24 257:18

**documentation**
131:11

**documents**
18:2,5 19:20 20:1,4,5
49:5 61:25 62:12 63:2,
5,19,23 64:13 228:15,
20 244:6 246:3 264:20

**DOD**
187:7,8

**doesn't**
14:14,25 167:9 186:13
187:20 234:11 238:22
249:15 255:1,11

**doing**
30:18 43:21 76:6 77:1
87:21 212:21 245:19
246:7

**domestic**
139:23 140:6,8,13,15,
19 141:5,8,9,10,17
142:1,13 168:22 169:2,
4 187:11 188:3,13,17
260:19

**don't**
11:20 12:17 15:4 16:4
19:16 25:7 29:16 31:4,
23 32:18 34:24,25 37:8,
20,21 38:15 40:15
41:13,16 43:20,21
44:18,20 45:10 47:1,3
48:11 52:16,22,24
53:19,21 55:25 57:3
59:2,3,11 61:8,9 63:21
65:1 67:11 70:12,14
74:18 75:23 76:5 80:2
81:11 82:19,24 83:8,21
85:9,21 89:23 91:3
93:2,4,14 97:4,25 100:1
101:9,17,23 102:12
103:2,13 104:25 106:1,
11,15,16,20 107:8,19
112:10,15,21,23 113:12
115:2 116:15,25 118:9,
21 119:17,18,19 120:21
121:9,15 123:13,18

124:4 127:3 128:23
130:13 132:20 136:4
140:20 141:12 146:20,
22 147:15 149:23 150:7
151:9,15 153:3 156:12
159:8,24 160:23 161:1
164:12,16 167:13,20,22
170:23 171:9 172:9,10,
12,23,25 173:16 176:7
178:5 179:25 180:4,15
181:3 183:10 184:15,18
186:1,4,5,25 187:20,21,
25 189:7,13 195:23
196:13 198:17,18,21
203:5,15,18,21 204:14
206:4,18,21 207:16
208:8,16,19 209:16
210:3 211:11 215:4,25
216:6,22 217:21 221:2,
23 222:5,11,20 224:8,
23 225:18,21 227:6
230:16,19 232:2,12
233:18,25 234:16,23
237:3,25 240:20,25
244:21,22,23 246:22
248:6 249:14 252:2,20,
22,25 254:17 255:23
257:7,25 259:16,19
260:8 262:21 263:8,10
264:3,6,21 265:13
268:16 269:1,4 270:22
272:4,9,13,24,25 273:7

**DOS**
110:13

**Dougherty**
84:5 186:20 190:2,3
256:10

**downrange**
26:6

**DPC**
187:7,10 260:14,18

**drafted**
124:3 181:10

**drafting**
36:19 123:19 124:1

**drama**
106:1 107:4

**draw**
119:5 254:13

**drawing**
202:5

**drive**
227:23

**driven**
54:1 190:17 270:3

**due**
37:18 54:3 84:14

**Duke**
18:11 46:17 47:15,21
48:12 49:15 55:3,13,19
74:6 75:21 105:19
106:4 107:7 120:3,17,
22 148:16 149:1,4,13,
25 150:1 158:2,6,9,15,
19 159:13,21 160:5,9,
13,19 163:8 185:1,5
190:25 194:11 196:6,10
197:24 202:21 204:6,9
205:23 206:19 207:3,
12,20 208:13,21 209:2,
11,13 222:6 269:21
270:1,9,18,21,23

**Duke's**
42:1 47:5 49:13 105:10
106:19 191:2 194:4
207:7

**duly**
11:2

**duties**
23:14 104:23 243:4

**duty**
23:15

**dynamic**
104:25

**D'affaires**
33:19

—————

**E**

—————

**e-mail**
41:1 56:18 58:8,9,12
59:4,8 64:4,20,22 65:3,
5,9,14,16,19 66:20,23,
24 67:6,9,22 68:6 82:25
84:14,23 87:6,7,22 88:3
90:19 93:24 112:16,18,
20 116:6 118:2 134:3
136:3 171:19,22 180:16
182:5,25 184:17,21,24
186:18 187:5 189:23,
24,25 190:1,20 192:9,

10 193:10 229:5,18
230:3 233:8,11,14,21
234:14,21 235:25 236:3
237:11,17 238:2,14
239:3,6 243:15,18,20,
21 244:3,4,10,11,14,16
245:10 249:20,21 251:8
253:15,21,25 254:1,18
256:2,6,8,10,16 257:2
259:21 260:1 264:9

**e-mailed**
112:22 115:24

**e-mails**
86:6 115:17 116:1,9
118:15 190:9 227:4
244:1 264:15,23 265:5,
9,10

**earlier**
84:17 108:7 199:20
217:13

**earliest**
243:21

**early**
128:19 210:7 261:7
262:4

**ears**
133:9

**easier**
243:19

**easily**
132:25

**East**
78:1

**easy**
40:6 117:2

**effect**
12:4 43:9,12

**effective**
263:2,7,12,19 264:5

**effectively**
82:15

**effects**
198:4

**effort**
59:16 75:17

**efforts**
198:13 227:22

**ego**
132:14

**either**
34:23 86:5 107:25
118:1 136:3 142:9
168:23 172:1 177:12
186:5 192:2,8 230:14
241:23 268:15

**EI**
19:7 74:3 75:8,9,12
110:20 111:8,16 113:1,
4,8,11 114:9,15 118:3
122:14,15,22 123:1,11
124:13 127:6 134:18
136:18 173:19 178:21
179:7 195:15 196:12
204:11 205:2 206:3
207:21,25 208:11,15,18
238:21,25 258:4,10
259:24

**elaborate**
138:8 198:14 210:8
225:24 271:21

**elaborated**
206:16

**elaborates**
157:6

**Elaine**
55:3 158:2,6,15 269:21
270:18

**element**
191:13 217:24

**elements**
26:14,16 32:12 63:12
108:4 162:24 163:16,17
205:9 214:14 218:20

**Elizabeth**
86:13 230:12

**embassies**
25:18 26:5,6 29:7
110:22 111:8 114:14,20
115:7,16,18 116:8
117:10 123:24 133:22
134:18 135:3,21
139:10,13 172:2

**embassy**
28:2,22,24 29:23 30:3,
8,12,16,23 32:23 33:11,
20 34:4,11 35:1 89:9
108:7,25 114:9,24

**117:18 118:9,12,16**
135:5 153:22 154:1,15,
22 155:5

**emerged**
99:11,22

**Emilou**
10:15

**employed**
27:2

**employee**
36:3 104:20 124:6,7
197:3

**ended**
27:15 219:5

**enforcement**
216:13 241:18 243:4

**engage**
28:12,16 56:2,5 100:12,
17 110:4

**engaged**
22:4 38:25 69:11 78:6
81:4,7 91:10 95:18
96:11,12 102:23 103:17
105:4 185:22 222:17,23
223:1 262:18 273:5

**engagement**
54:12,16,20,23 55:22
262:2 273:4

**engaging**
96:9

**ensuing**
155:19

**ensure**
105:15 140:2 239:17,
18,19

**enter**
199:20

**entered**
35:21 36:7 236:2

**entire**
153:4 175:24 216:25
234:17 247:1,11

**entirely**
79:14 254:2,8 256:11

**entirety**
231:21

**entities**
    26:9 50:16 87:23 96:10
    108:4 166:8

**entitled**
    259:23 269:11

**entity**
    222:13

**Epic**
    10:5

**equally**
    179:9

**equities**
    63:12 75:13 108:5
    242:19,24 243:12

**equity**
    108:24

**Eric**
    267:9,16

**escapes**
    103:2

**ESEC**
    84:15,20 254:23 255:6,
    17

**especially**
    105:16 227:11 249:1,17

**essentially**
    14:9 129:2 137:15
    217:16 219:19

**et**
    77:11 227:14

**et al**
    10:10,11

**ethical**
    191:12

**European**
    23:25

**events**
    86:19,21,24 193:3

**eventually**
    102:13 124:24 233:22

**everybody**
    40:18 150:23

**everybody's**
    162:11

**evidence**
    61:5 111:5 136:10
    144:16 209:8 258:25
    261:10 267:15

**exact**
    111:6 209:16

**exactly**
    198:17 208:16

**EXAMINATION**
    11:4

**examined**
    11:3

**example**
    23:18 24:1,22 69:1 70:7
    77:24 79:3 80:3 95:23
    102:15 110:21 132:4
    152:2 168:18 208:8
    212:22 272:23

**examples**
    79:21

**exception**
    119:6 132:12

**exchange**
    66:20,23 79:10 185:6
    190:5 233:8,11 234:14
    257:3

**exchanges**
    56:18

**exclusively**
    91:15

**excuse**
    113:21 162:14

**Exec**
    62:13 85:17

**executing**
    241:21

**executive**
    24:10 62:13,19 63:25
    84:20 198:19,24 237:5,
    14

**exhibit**
    20:17,18,20 58:4,5,8
    64:3,4,9 66:19 82:21,22
    85:23 86:1 134:3,6
    152:10,11,13 171:11,16
    180:16,19 182:17,19
    184:12 186:3 188:23

    189:4 193:14,15
    206:22,25 207:2,18,19
    209:19,21,22 228:24
    229:1,7 231:14,18
    232:14,22 233:6,8
    235:25 236:2,11,12,24
    240:3,4,6 243:15,19
    251:4,7,21,23 253:11
    255:24,25 256:4 257:1,
    2 259:17,18 261:13,16,
    24 262:25 264:7,9,12
    269:9

**exist**
    143:23 228:16

**existence**
    154:6,9

**existing**
    218:25

**exists**
    217:10

**expansive**
    199:4

**expect**
    60:2 126:13 192:11

**expectation**
    246:19

**expected**
    129:3,22 130:4

**expel**
    269:13,22

**experience**
    20:9 43:14 47:20 48:5
    108:25 109:24 110:10
    137:6 142:9,10 172:2
    177:11 204:22 213:22
    214:18,19,22 215:18

**experiences**
    141:15

**expert**
    62:16

**expertise**
    139:9 215:19

**experts**
    62:21

**explain**
    58:9 98:2 164:15 257:5
    264:22

**explained**
    16:1

**explanation**
    97:23 99:13

**express**
    99:13 101:24 102:4
    103:7 212:20 214:23
    241:25 242:13

**expressed**
    53:4 91:7 97:17 99:16
    101:14 105:17 195:1,11
    196:4,5 197:8 206:2
    242:10 271:19

**expressing**
    96:21 97:22 99:21

**expression**
    97:15

**expressions**
    195:13 196:10

**extend**
    48:23 49:1 120:12,18
    209:4,15 269:18

**extended**
    74:25 118:23 199:16
    206:2 219:10 242:1

**extending**
    145:21 146:7 168:21,23
    198:3

**extension**
    49:4 69:4 94:7 120:1
    139:11,14 196:11
    243:13 246:10,11

**extensively**
    174:2

**extent**
    37:13 44:15 45:14 46:3,
    23 48:10 61:6 63:16
    64:22 66:4 68:4 86:4
    90:5,8 111:21 113:17,
    23 114:5 119:12,14
    121:18 122:2 124:14,17
    129:14 131:21 133:25
    137:25 138:17 139:17
    141:21,23 142:3,21,25
    144:10,21 147:5,8
    152:24 154:2,13 155:2
    156:9 157:5 160:14
    161:17 164:5,8 165:21
    166:1 174:10 175:14

JAMES D. NEALON - 08/14/2018                    i16

183:21 188:6 192:14
194:2 200:22 201:1,13
221:8,10 223:18 226:4
228:21 229:8 235:15
237:1 242:18,22,23
243:1 254:11 257:6
264:14 270:13,14 271:2

**external**
26:12

**extremely**
248:2

**eyes**
133:9

---

**F**

**face**
22:14 186:11

**faced**
168:8

**faces**
23:6

**facilitate**
73:5 78:15

**fact**
27:24 135:20

**factored**
167:7

**factors**
122:11 167:19 168:2,3,
10 199:7,13,14,20,22
200:7 201:14 205:17
213:9 220:16 227:23

**facts**
61:5 111:4 136:9
144:16 170:10 258:24
261:10 267:14

**fair**
34:21 35:3,8 39:13,14
68:15 87:10 91:11 92:4
93:11 117:15 131:12
132:20 133:2 153:10
195:11 209:18 210:21
244:9,17 248:14,18,21
252:22 256:18 260:18
272:2,15

**fairly**
11:25 77:21 89:10

110:5 133:1 138:25
179:9

**fairness**
205:10 227:12

**faith-based**
48:25 49:3 69:2 70:20
195:6

**familiar**
54:4 136:11 137:1
140:5,8,10

**familiarity**
229:15 259:12

**family**
216:13

**far**
16:1 127:17 148:25
149:6

**fashion**
97:19 102:15 103:9
203:1

**FBI**
71:25

**February**
26:18

**fed**
162:24

**federal**
65:22,25 66:8,13 187:6,
19 257:11,20

**Federation**
272:2

**feed**
77:2

**feedback**
200:18,19 201:2

**feeds**
29:10

**feel**
15:11 46:5 80:23 90:9
124:19 195:23 210:16,
18,20 211:5,8 212:9
219:9 220:3,6 270:11
271:6

**Feeley**
209:23

**feeling**
128:10,19,22,25 129:6
246:12,18

**feelings**
216:10

**feels**
152:24

**felt**
211:1,2 212:10 219:6
270:3

**fewer**
127:17 148:25 149:11

**fifth**
152:17

**fight**
212:8

**figure**
228:3 244:5 250:13

**fill**
57:14

**final**
19:14,16 53:16 143:8
200:13 259:10

**finalized**
68:7

**finally**
168:22

**fine**
81:23 87:12 235:24
243:1

**finish**
44:25 87:14 111:14
189:10,20

**finished**
13:11 15:14 40:7

**finishing**
245:10

**firmly**
248:13

**first**
11:2 34:21 35:4,8,12
66:24 67:16 73:15 75:6,
21 103:1,16 133:8
134:8,15 142:6 157:7
171:22 183:1 184:17
187:8 189:23 192:20,21

196:10,14 208:4
213:14,20,24 214:6,16,
25 215:22 216:4,20
225:4 233:14 234:10
236:24 243:21 244:4,
11,15 253:21 255:3
258:6 259:5,15,20
261:6 262:23 263:4
265:1 269:16

**first-hand**
137:3

**firsthand**
156:12 197:16 270:19

**Fishfeld**
10:17 189:5

**fist**
204:15

**fit**
172:12 191:14 193:17

**fits**
216:3

**fitting**
199:8 215:24

**five**
22:3 80:12,14 149:4

**flexibility**
145:23

**flexible**
146:6 168:15

**flexibly**
199:24

**flippant**
25:22

**FO**
85:2,13

**focus**
238:19

**focused**
266:19

**folks**
255:7

**follow**
45:24 55:7

**follow-up**
111:15 132:21 185:7
242:5 249:20,21

JAMES D. NEALON - 08/14/2018                    i17

**followed**
190:21

**following**
30:22 86:21,25 151:21
155:18 157:12 196:17
240:14 254:3 271:10

**follows**
11:3 60:6 178:14
238:14

**footnotes**
143:12

**force**
12:4 205:18

**foreign**
25:18 26:5 32:6,9 48:22
70:7,16,19 79:4,8,22,23
108:21,23 165:16
166:16 168:20 172:2
195:6 198:1,2

**foreigners**
161:10

**form**
42:9 111:9,17 112:13
113:7 118:3 196:7
235:23

**formal**
30:7 42:5 50:4,5 51:19
54:18 61:25 63:5 69:7
78:23 116:4,5,12,13,15
151:14 174:16 202:1
271:15

**formally**
62:12 67:12

**former**
152:18 153:21 155:23
213:15,21 269:22

**forth**
24:11 37:19 237:7
239:8 253:19 267:21

**fortunate**
240:1

**forum**
77:6 79:16

**forward**
62:23 63:1 84:14 97:18
99:11 110:9 186:13
192:11 223:10 255:19

**forwarded**
251:17

**foundation**
62:5 65:21 67:22 69:13
83:24 92:9 104:18
111:5 117:22 120:6
136:10 172:8,18 177:17
183:8 185:20 186:24
192:1 220:9,21 225:12
247:6 258:11 261:9

**foundational**
155:8

**four**
17:25 72:15 174:5,24
176:25 177:25 178:17,
19,22 179:1 180:5,9
181:23

**fourth**
169:15

**frame**
75:18 256:9 265:7

**frames**
75:17 247:2,12

**Francis**
38:13 40:5 83:14

**frankly**
197:13

**free**
14:25 15:11 46:5 90:9
124:19 270:12

**freewheeling**
78:14

**frequency**
57:3

**Friday**
183:4

**friends**
130:6

**FRNS**
65:3,6,22

**front**
51:13,18,22,24,25 52:9,
25 53:20 54:2 58:25
61:9,10 85:14 97:24
99:19 193:4

**frustration**
97:17 102:1 160:6

**full**
19:25 152:17 160:2
169:15 253:24

**fully**
211:2

**function**
231:6

**functions**
192:6

**fundamental**
147:22

**further**
19:23 34:19 36:21 49:7
74:13 111:14 125:4
126:16 130:7 132:21
177:4 188:19 198:6,12
229:7 255:2 271:9

**future**
126:21

**FYI**
65:4 67:14

---

## G

**G-l-a-w-e**
268:1,2

**gained**
48:3

**Gary**
92:19,20 184:4

**gather**
50:2 187:6

**gathering**
43:15 123:24

**gathers**
49:15

**geared**
70:10

**Gene**
51:10 249:23 250:1,5,
11 253:23 267:5

**general**
32:3 37:16 44:6 45:8
47:24 54:5,8,9,10,13,21
75:11 77:14 89:24 90:8
92:5 94:2,5 95:21
100:16 119:15 124:11,

17 126:7 128:7,10,19,
22 129:5,10,12,21
138:8 141:24 148:7,16,
24 149:7,16,19,21
160:13 161:20 163:4
164:23 166:1,2 167:6
168:2,3 184:22 185:12
188:9 216:15 222:3
226:10 241:4 242:24
245:6,23 246:16 247:16
248:2 249:7,8,10 250:9,
10

**generally**
22:8 25:12 29:7 36:1,11
37:13 54:16,17 59:5,24
61:1 70:1 76:17 95:9
97:6,7 98:11 105:12
107:21 109:8,13,17
113:14 123:2 138:19
140:10 141:25 167:19
226:9,12

**generated**
153:23 154:17

**gentleman**
51:9 84:4 97:6,8 100:4
127:20 140:23 183:18

**geographic**
28:1 77:24 133:17

**geographical**
24:21 25:3

**getting**
67:15 74:3 95:12
105:24 129:14 165:21
205:16,20 235:5 253:7
267:22

**Giannini**
10:4

**give**
12:10 14:19 32:11
40:15 64:7 85:24 90:8
134:5 137:7 148:22
153:1 167:22 184:11
193:14 253:10 259:17
260:1 264:10 267:19
269:10 273:21

**given**
23:1 149:14 172:5
252:9 264:17

**gives**
192:7

**giving**
16:9,13 23:4 50:16

**Glawe**
267:25 268:2,5

**go**
11:25 20:23 24:15
34:19 35:15 36:10 49:7
50:1 57:14 63:2 65:24
66:9,13 74:13 90:9
108:2 110:9 122:11
133:8 153:16 161:3,8
163:1,17,18 169:14
174:11 175:4 189:7
202:9 207:18 208:24
210:5 211:6,12 216:8
222:15 223:10 230:1
237:10 241:1 245:8
249:19 253:12 254:18
256:17,19 259:19 263:5
273:23

**goes**
51:16 57:15 145:21
147:22 162:23 239:3
252:6 257:10

**going**
11:25 12:15,20 13:18
20:15 23:8 27:8 50:24
59:5,19 62:4 66:18,21,
23 68:9 72:21 73:3,12
76:25 82:20 103:9
117:21 119:9,10 125:14
128:11,20 131:11
133:8,11,12,13 134:10
138:6 143:5 152:14
153:14 157:16 189:20
193:14,16 194:24
205:14 209:6 224:7
229:25 231:20 242:4
243:8 246:4,13 248:9
253:10 255:24 257:3
259:17 261:16,23 262:6
264:24 269:8,24 271:17

**good**
10:2 23:16 27:22 80:12,
13 197:1 202:7 207:23
250:14

**gotten**
97:20,23 239:22

**governed**
229:4

**governing**

143:19

**government**
21:14 26:12,22 27:3
28:10 45:15 46:4,14
48:6 59:21 62:11 87:24
90:6 93:22 111:22
113:18,23 114:6 116:18
119:13 121:19 122:3
124:15,18 129:14 134:2
139:19 140:11 141:22
142:4,22 143:1,3
144:11 154:3,10,11,24
161:18 162:2 165:22
173:12 188:7 197:2
200:23 201:4,16 202:25
212:4,19,22 221:9
244:6 245:17 246:17,20
248:5 271:3

**governmental**
21:13 22:9 175:15,24

**governments**
70:16,19 79:22,24
195:6

**Grady**
55:4,8,9,20,22

**granted**
217:7

**grantees**
198:7

**granular**
37:8,21 47:19 185:11

**granularity**
53:21

**grateful**
266:5

**great**
21:11 23:24 80:10
135:13 152:9 184:18
266:4

**greater**
41:18 77:4

**ground**
12:1 133:9,23

**grounds**
13:25 17:13 164:8
170:17 270:16

**group**
58:21 180:5

**grouped**
179:1

**groups**
48:25 49:4 69:2 70:20
195:6

**Guard**
52:6 185:9 267:16

**Guatemala**
259:24

**guess**
142:6 143:11 175:8
185:18 194:13 259:2

**guessing**
183:10

**guidance**
36:7 88:22,24,25 89:3
163:22 164:3,6,10
238:4 239:13

**guy**
77:25 78:1 212:6 249:9

**guys**
254:22

_____

**H**

**H-e-n-s-h-a-w**
97:8

**hadn't**
98:7 99:11,22

**Haiti**
18:10 45:7,13 46:9
86:22 89:9,22 92:7
93:18,22 118:16
127:13,18 128:11,20
129:3,7,22,24 130:4
134:19 136:19 158:3,7
173:20 178:21 179:23
185:3,16,25 239:5
245:11,19 246:6 259:24
267:24

**Haiti's**
68:8 127:16

**Haitian**
79:8 93:19,22 245:17
246:17,19 248:5 251:15

**Haitians**
69:1 245:24 247:20
248:3,9

**half**
35:24 72:23 192:9

**Hamilton**
51:10 52:11 56:2,6,11,
15 150:12,13,24 151:3,
8,12 186:20 190:9
225:1,20 226:14,18,21
250:5,8,11 253:23
254:3 267:5

**Hamilton's**
151:21 254:21

**handle**
79:6

**handles**
237:15

**handling**
268:6

**hands**
145:22 218:23 219:6,9

**hands-on**
43:24

**happen**
117:9 190:10

**happened**
146:12 154:19 157:2
159:22,25 171:3 180:13
200:17

**happens**
37:14 63:14 190:22

**happy**
12:19

**hard**
64:12 94:24 106:25
112:23 113:13 132:8
198:11 240:21

**hard-working**
197:2

**Hardliner**
155:20

**hatching**
265:4

**haven't**
216:1 234:16

**he'll**
14:12

JAMES D. NEALON - 08/14/2018                    i19

**he's**
19:3 82:8,11,15 100:11
124:7,8 127:23 128:1
144:17,20 145:2,8
153:7,12 154:13,20,21
158:14 160:12 176:10
185:9 215:7 216:12
233:25 249:13 250:5

**head**
13:3 44:19 47:2 57:24
70:22 81:24 95:8
183:11 230:21 231:10,
11 234:13 240:17

**headquarters**
77:13

**heads**
71:5 72:7 77:10,11

**hear**
80:6 216:20 260:9

**heard**
195:10 224:6 270:17

**hearing**
216:22 222:22 272:22
273:1

**heart**
145:20,22 162:23

**heartfelt**
211:9,21

**held**
12:2 33:5,12 34:5,12
35:11 72:5 76:16
101:15 144:6,8 146:1

**help**
128:16 132:5 140:25
195:9,25 196:2 197:20
198:5 206:11

**helpful**
132:18 146:19 148:23
168:5 173:17 216:7
229:24

**helps**
254:19

**hemisphere**
28:4 29:16,19 31:1
32:13 88:4,6 108:9
110:1 123:4,7 127:25
133:18 180:6

**Hemisphere's**

124:1

**Hemispheres**
31:3

**Henshaw**
97:8 98:10,15,20 99:4
101:12,13,14,20 125:22
126:3,10,18

**Henshaw's**
97:9 99:7

**here's**
79:9

**hesitate**
39:6

**hesitating**
74:23 75:2

**hey**
79:7

**Higgins**
38:14 40:13

**high**
28:18 30:11 41:20
76:22 110:5 133:1

**higher**
39:15,21 40:13 47:24

**hint**
25:21

**history**
172:12

**Hoffman**
86:8

**hold**
15:21 31:15 32:20,24
33:22 34:1,9,14,17
45:23 126:16 137:18
260:23 262:24

**holdup**
102:5

**Homan**
241:5,6,7,23

**home**
228:4

**homeland**
17:8 21:15 29:5 63:11
65:12 94:8,21,25 95:2,
25 96:4,10,22 99:2
101:25 103:7,10 104:3

114:19 115:5 123:16
125:2 128:10 136:6,12,
17 149:19,22 158:1,5
161:14 168:8 188:2
203:3 228:16 233:13
249:15 269:17 270:4

**Honduran**
79:4

**Hondurans**
30:15 69:1 132:6
269:13,19

**Honduras**
27:9,11,12 28:14 29:14,
22 30:11,14 31:7,17
35:1,11,13 74:4,19,21
75:6,9,12,22 110:20
111:2,8,20 112:5,6
113:16 114:9,14 118:3
122:15 125:15,19,20
126:10,20 127:6 128:11
134:19 136:19 172:3
173:20 177:12 178:21
179:7 195:14 196:12
197:16,23 200:6,14,20,
21,25 201:8 204:11
205:1,3 206:3 207:21,
25 208:11,14,18 209:3,
14 210:2 212:25 213:6
214:2 217:9 218:10
219:3,10 220:17 238:18
258:4,10 259:25 260:22
261:1,5,6 262:3,9,20,23
270:10,25

**honest**
172:9 211:9 215:1,3

**honestly**
29:16 198:17 200:12
207:16 216:6

**Hook**
100:5,9 101:1

**hope**
132:19

**hopefully**
202:8 220:13 228:5

**host**
22:16

**hour**
72:23 79:20 192:10

**hours**
16:9,13 18:1

**House**
44:6 48:8 89:16,24 90:3
91:7,11,18,21 139:23
140:5 141:17 142:13
157:16 160:3,7 169:11,
16,22 183:18 184:2
203:5,6,14,17,20,22,24
222:12,13,16,17,21,23,
25 223:25 224:11,13,16
248:15 249:6,12
260:19,25 261:5,14,20
262:2,8,15,18 269:11,
20 270:4,24

**huh-uh**
13:2

**human**
32:14 34:15

**humanitarian**
205:10

**hundreds**
212:5

**Hungary**
34:11

**Hurricane**
217:8 218:11 219:4
220:18

---

I

---

**I'd**
40:5 87:13 122:1 143:9
180:2 209:8 237:22

**I'll**
13:10 46:13 64:7 76:9
85:16,23,24 111:14
134:5 153:17 157:13
167:2 171:18 201:21
202:3 211:8 220:12
221:9 233:9 253:1
257:17 264:10,13
269:10

**I'm**
11:25 12:15,20 18:18
23:8 27:4 38:1 46:6
51:6,19 53:11 55:5
56:17,25 57:10 58:2,14,
15 62:16 66:18,21,23
67:2 68:6,9 71:10 73:12
74:13,23 75:2 76:20
77:5 78:20 87:21,23

93:10 94:24 104:5
108:13 119:9,10 125:14
128:11 132:8 136:11
137:1 140:10 142:20
143:5 146:15 150:16
152:14,20 153:14
155:15 157:10 159:2
165:2,3,16 167:20
170:5 173:1 174:19
178:4 183:10,19 189:20
193:14 198:10 209:21
212:5,14 219:16 220:3
223:4,10 224:5,7
229:25 230:9 231:20
234:2,8 242:4 243:18
244:2,4 245:12 246:18
247:7 251:23 253:10
254:10,14 255:5,7,24
257:3 259:2,7,17
261:16,23 262:5
264:12,24 265:23 266:5
267:8 268:21 269:24
271:15,17

**I've**
15:25 81:13 107:4
138:24 147:12 180:19
196:24 207:1 212:21
223:24 251:7 262:14
266:7

**l-m-m**
85:6

**ICE**
77:11 241:7,8,12,15,17,
20,23,24 242:10,13,19
243:12

**ICE'S**
242:17,24 243:3

**idea**
189:9 265:4

**identification**
20:22 58:6 64:6 82:23
86:2 134:4 152:12
180:18 182:18 184:13
188:24 206:23 209:20
228:25 231:19 233:7
236:1 240:5 243:17
251:5,22 256:5 261:15
264:8

**identified**
19:20 81:16 101:13
135:15 150:10 166:15
199:7,8,13 202:17

203:2 215:20,23 230:4
232:1,7 234:5,10
236:10 267:10

**identifies**
14:3 83:4 134:19
135:10 145:14 190:3

**identify**
14:11 88:2 129:17
131:7 134:24 135:18
136:22 146:8 148:13
166:23 206:24 229:17
230:5 237:18 266:12

**imagine**
33:2 39:9 41:18 72:2
91:4 109:2 119:5 153:4
166:21 192:21 211:18
215:25 255:25

**IMM**
85:1,6

**immediately**
27:6,8 75:1 194:16

**immigrants**
169:25

**immigration**
51:9 52:13,20 83:4,5,
10,17,22 84:2,3,7,12
85:11 150:12 151:11,18
152:4,5 155:19 156:1
161:5,9 187:3 188:15
213:10 214:15 215:4,
10,22 216:19 233:9,15
234:5,14 236:10 249:25
250:8 271:19 272:2,7,
15,19,23 273:12

**imminent**
59:18 129:6

**impact**
243:11

**imperfect**
82:7 177:18 223:23

**implicate**
46:4

**implications**
43:6,7 75:15 128:14
165:13,14,18 166:13,
15,16 198:1,3

**importance**
179:6

**important**
13:1 23:11,14,15,16,19
24:5,7 30:14 63:15
105:21 124:25 125:23
179:10,17 193:1 199:25
200:2,4,5 206:10
217:23 220:23 227:10,
16,17

**impossible**
256:22

**impression**
40:16 248:1

**improved**
158:3,7

**inbox**
112:21

**include**
89:1 195:12 207:22
214:19 238:25

**included**
35:25 59:5 61:1 66:22
86:7 88:23 179:23
194:21 196:16 201:11
207:14,20 229:18 252:5

**includes**
66:21 169:23 227:3
252:7

**including**
15:10 36:18 139:18
154:9 175:17 187:7
188:15

**incorrectly**
236:7

**increasing**
43:12

**indicate**
65:9

**indirect**
142:10

**indirectly**
48:14 114:25 222:18
224:16

**individual**
29:2 37:25 56:9 92:11
238:9

**individually**
239:12

**individuals**
138:19,22

**influence**
139:24,25 141:18
142:14

**info**
260:4

**inform**
197:23 206:17 212:1

**informal**
69:6 86:18

**informality**
12:2

**information**
15:8,9 16:14 17:10 24:1
26:2 34:16 42:2,13,20,
22,24 43:16,19 44:12
46:18,19 48:13 49:16
50:2,6 60:22 74:3,10,
15,16 79:11,14,15 92:5
98:1 105:22 125:1
126:12 141:16 142:10
171:9 177:4 193:1
247:25

**information-
gathering**
194:5

**informed**
205:2 270:20

**initial**
258:21

**initially**
21:18 259:7

**initials**
38:21

**initiated**
87:8 121:12,13

**initiates**
36:15

**initiative**
190:23 191:3

**inner**
43:21

**input**
36:18 42:6,9 67:13
94:9,25 95:3 96:5 98:21
99:2 103:9 105:20,24

108:6,7,9,11 109:9
111:7,19 118:22 122:25
123:11,24 124:1 125:25
141:24 185:11,16 187:6
200:14 201:2,6,9,14
206:15 228:22 253:20

**inside**
171:9

**insight**
53:19 200:17

**instance**
99:5,14 133:8 177:24
178:15

**instances**
73:12 76:2,5 80:2
102:22 103:17 141:12

**instruct**
14:4,23 45:16 46:13
111:23 113:19 114:4
119:14 121:20 124:16
129:16,18 134:2 138:1,
16,23 139:19 141:23
142:5,23 143:4 144:12
154:4,23 156:10 157:7
158:16 159:16 160:10,
16 161:19 162:3 163:25
164:4,7 165:20,25
167:3 168:1 174:14
175:19,22 188:8,11
200:25 201:5,17 221:9
226:5 242:4,7,21 243:2
254:13 262:9 270:15
271:3

**instructing**
14:24 146:15 174:19
176:1 177:3 223:5
254:10,14

**instruction**
49:2 262:6

**instructs**
13:16

**intel**
42:17

**intelligent**
197:2

**intense**
211:19

**intent**
161:12 182:12

**intention**
227:7

**interacted**
39:3

**interagency**
26:5,16 59:17 69:5
186:21 260:15

**interest**
91:8 105:11 162:11
188:1,16 228:1

**interested**
43:2,3,5,9 70:17 74:3
89:25 90:4,14 92:14
105:8 205:23 213:5,13
247:19,24 248:8

**interests**
43:8 242:19

**interior**
216:12 241:17 243:4

**interject**
87:11

**internal**
26:12 37:9,22 45:15
46:4,14 61:22 66:2
67:23 71:15 77:17 90:6
104:25 107:20 111:22
113:18,23 114:5 119:13
121:19 122:3 124:15,18
125:11 129:14 134:1
137:25 138:18 139:17,
18 141:22 142:4,22,25
143:3 144:11 154:3,10,
24 161:18 165:22
167:4,24 170:7 174:12
175:15 176:11,13
188:7,10 200:23 201:3,
16 221:9 223:20 235:4
242:22,25 243:1 262:11
271:2

**internally**
25:17 62:1 70:17
170:22 171:3

**international**
21:15 22:10,14,15,22
23:12,13,16 25:11 26:1
50:18 114:18 266:20

**interplay**
237:4

**interpret**

168:14 199:24

**interpretation**
143:18,25 144:5,14,18
145:12,15,18 146:13,18
150:6 199:9 214:8
217:23 218:14 219:20,
21 220:4,7,10,14,19
221:18 222:19 223:7,8,
11,14,17 224:4 228:17
243:25

**interpretations**
219:15,19 220:25

**interpreted**
145:7 166:11 218:2

**interpreting**
214:5

**interrupted**
21:2 80:18 111:13
130:23 202:12 228:8
250:25

**interruption**
158:4

**introduce**
261:16

**introduced**
207:1 232:18

**introducing**
232:14

**introduction**
238:17

**intruding**
242:14

**intrusion**
270:3

**invited**
72:11 241:16

**involved**
24:13,16 38:5 46:20
49:19 50:9,22,25 51:3
69:14,23 70:2,5,6
131:6,14,18,25 132:1,8,
10 150:1,5 151:16
166:8 222:3,7,10 223:2
224:11,14,17 239:22
266:18 267:23

**involvement**
37:23 53:7,13 81:19

215:19 234:22 268:3

**irrational**
221:3

**isn't**
16:7

**issue**
30:11 39:15 40:13 44:8
45:3,20 74:1,7 89:2
95:21 96:1,2,3 98:25
99:1 106:16,19 107:9,
10 108:16 114:11 125:8
126:22 145:19,21,25
146:2,23,24 147:21,22
165:11,12 202:3 205:10
222:1 227:12 246:2
248:24

**issued**
265:17,22

**issues**
22:5 23:5,20 28:12,16
52:21 69:25 79:13,17
97:7 114:21 118:13
122:25 126:24 153:2
166:7 174:11 181:23
183:14 184:2 205:17,24
215:22 266:20 268:6,9
272:19 273:12

**it's**
12:25 13:7,9 14:21
30:19 49:24,25 50:14
62:12 63:14 64:11
66:16 68:13 74:24
76:12 78:20 82:2 83:8
87:3 90:19 95:6,11,20
96:17 100:20 106:25
110:17 115:20,25 121:4
125:23 127:21 141:13
144:4 147:10,22 149:18
152:13 153:3,7 155:11
156:19 159:11 162:24
164:22 165:4 171:13
172:10 179:16 180:24
185:17 186:15 189:8
191:19 198:10,11 199:3
202:22 206:13 207:23
208:1 211:21 213:20
218:5 219:15 220:23
221:3 234:9 235:4
237:25 238:20 239:21
240:21,23 244:22
253:23 254:16 256:17,
22 257:7,12 259:23

261:11,24 265:13

**item**
88:2 132:22

**iteration**
75:2

**its**
135:3 136:7 154:11
177:14 186:11,21
211:13

---

**J**

**James**
10:9 11:1,8,12 20:21
38:9 64:24 82:2 243:16

**January**
160:4

**Jared**
187:2 190:4

**Jennifer**
38:14

**Jessica**
10:17 273:17

**Joanna**
237:13

**job**
21:20 22:7,13 23:11
24:5 25:24,25 26:11,12,
13 28:7,8 32:11 57:14
73:8 82:11 105:15
234:3

**jobs**
57:3 114:19

**John**
32:3 123:5,20 140:23
160:3,8 269:20

**joined**
247:4,17

**joining**
182:7

**Jonathan**
86:8

**Jones**
184:22 185:8 267:9,16

**judge**
12:6

**Juliana**
237:11,12

**July**
21:20 35:16 44:5,7
128:19 134:25 160:4
180:16 243:15 244:24

**jump**
68:9

**June**
27:13

**Justice**
151:4,13 187:7 271:13,
16

**justifications**
217:3

---

**K**

**Kaitlin**
268:10,12

**Kate**
56:21,24

**Katherine**
233:1

**Kathy**
64:5,23 65:2 67:2 191:6
192:11 253:25 254:21
259:21

**keen**
188:16

**keenly**
89:24 90:4 92:14

**keep**
20:15 78:18

**keeps**
219:24

**Kelbi**
236:1 237:1

**Kelly**
32:3 44:3,6,9,17 45:4,
12 46:8 55:3 129:10,12,
21 148:16,24 149:7,16
160:4,8,13,19 163:4
222:3 245:6,23 246:13,
16 247:5,16 248:2,13
249:5,8,10,14 250:7,10
269:20 270:3

**Kelly's**
46:22 47:4 48:7,8
149:19,21

**Ken**
127:20,22,23

**Kent**
127:22

**Kevin**
10:21

**key**
23:23 24:19 88:13
96:10 125:24 131:5

**killed**
217:8

**Kimberly**
101:6

**kind**
14:5 35:24 36:2 37:2
42:13,24 44:12 46:18
141:25 144:16 152:22
155:9 162:8 166:3,4
167:4,6 168:24 185:18
201:14 208:3 229:21
239:15

**kindness**
117:4,7

**kinds**
63:2 115:6 126:8
179:12

**Kirschner**
10:19 14:18 19:2,7,19
20:1 35:2 37:1 45:14
46:2,7,13 49:21 50:11,
24 51:4 53:17 56:12
58:10 59:25 61:4,17
62:4 63:9 64:15 65:8,20
67:21 68:3,13 69:12
70:23 76:6 80:14 83:7,
12,24 84:19 85:8,20
87:11 90:5,22 92:8
95:20 98:4,13 102:10
104:18 105:13 107:17
108:17 109:6,22
110:15,17 111:4,21
112:7 113:17 114:3,12
117:21 119:9 120:5,13
121:18 122:1 124:14
125:9 129:13 130:9,16
131:8 133:25 134:9,13
136:9,24 137:10,20

138:16 139:16 141:21
142:17,21 143:10
144:2,10,15 145:6
146:14 147:5 148:19
149:17 152:22 153:6,11
154:2,8 155:7 156:5,16
157:3,15,22 158:13,21
159:9 160:10 161:17,23
162:5 163:25 165:20
167:2,17 169:8 170:9
171:7,13 172:7,18
173:5 174:7 175:3,7,14,
22 176:4 177:6,16
178:3,18 181:5,17
182:3,10 183:8,21
185:17 186:7,10,16,24
188:6 189:3,7,13
190:14 191:24 193:6,
16,20 194:2,24 195:16
196:20 199:17 200:10,
22 201:13,23 202:19
205:4 206:7,24 209:6
210:10 213:3,17 214:7
215:13 217:17 218:3,16
219:12,23 220:9,21
221:7 223:3,13 225:12
226:2 229:8,20 232:13
235:15,23 236:5 237:20
239:2 241:14 242:3,9,
21 243:24 244:19
245:22 247:6 250:2,13,
17,22 253:17 254:9
256:20 258:5,11,24
260:6 261:9,17 262:5
264:1,11,16,19 267:6,
14 270:11 271:1

**Kirstjen**
10:11

**knew**
17:3,9 40:3 132:17
195:3,4 204:21 234:1
268:12

**know**
12:18 15:12,21 17:5,13
19:11,16 29:5 36:22
37:13 39:7 40:3,15,24
41:4,11,14 43:20,22
44:15 46:24,25 48:10
49:19 51:15 52:23,24
53:2,6,12,19,22 54:7
56:21 57:13,16 59:3,4
61:7,8,9 62:8,21,24
63:19,21 64:22 66:3,4,6
68:4 74:18,24 76:21,23

77:1,3,25 79:9 81:11
82:19 83:3,5,11 85:2,6,
13,18 86:4,5 88:21
89:23 90:3,11,14 92:22,
25 93:2,4,8 99:24
100:1,2 101:9 102:8,13
104:20,25 106:25
107:11,14,19,21 108:14
110:19 112:13 114:13
116:7,15,25 121:5
122:19 123:18 124:4,5,
8 127:2 128:9 130:5
131:24 132:17 136:6,13
140:20 141:4 146:11
147:2,4,6,7,9,10 150:22
151:9,14,16 154:25
157:19 164:12,16,17
165:7 166:6,18 167:13
168:7 170:23 171:13,22
172:10,13,23 176:9
178:5 180:13,15,22
184:15 192:14 193:6
197:12 198:15,17
200:15 202:7 203:5,6,
13,16,19,23 204:6,16
206:4,15 207:16 208:16
212:3,6 215:22 216:6
217:21 224:15 225:3,7,
19 226:16,17,20,24
227:4,6 228:21 230:9,
17 232:2,10 233:1,16,
18,19,25 234:12,13
235:2 236:16,22,24
237:2,3,22 239:11
240:24 244:4,21,22,23
245:19 246:22 247:3,
15,24 250:10,17 251:9,
13 252:1 254:17 255:15
256:22 257:6,7 260:5,8
263:1 264:14,21
265:10,14 267:25
268:10 269:5 270:6,15
271:21,25 272:4,5,9,10,
13,20

**knowing**
90:14 92:14 197:16
247:19 248:8 268:17

**knowledge**
58:19 67:20 72:14
82:18 85:10 94:18
100:10 111:1,3 115:4
116:23 136:21 137:5
156:13 159:5 176:19,22
177:11,23 178:14,25

193:3 197:21 224:24
225:21 266:17 268:4
270:19

**known**
57:7 58:21

**knows**
176:5

**Kovarik**
40:23 64:5,23 65:2
67:3,11 180:17 186:19
191:6,21 192:10 254:1
259:22

**Kovarik's**
191:18

**Krikorian**
273:11

---

**L**

**L-o-r-a**
269:6

**labeling**
134:21

**lack**
62:5 65:21 67:21 69:12
120:5 158:25 172:7
177:17 192:1

**language**
170:14 214:8

**large**
63:10 72:8 188:14
198:7 227:19 247:20
248:9

**late**
26:18 95:12,25 98:3
261:7 262:3

**lateness**
96:23 97:15 98:15,21

**laughed**
192:20

**Lauren**
86:10

**law**
41:11 43:2

**law's**
161:11

**lawsuit**
16:18,21,24 17:1,4,11,
15

**lawsuits**
17:3,6,7,18

**lawyer**
13:14,16,24 14:3,4 46:6
219:16

**laying**
181:12

**lead**
214:23 241:21 267:2,4
268:8

**leadership**
36:4

**leading**
29:8 37:10 69:16,19
105:1 119:3

**leaked**
203:7

**leave**
26:17,19,20 27:1 114:7
183:15 186:9 192:22
201:21 202:3 210:7,9
211:1,5 212:2,11
269:24

**led**
26:19 60:9 142:11
211:4 212:17 240:7,9

**leeway**
147:23

**left**
27:1 55:4 82:1 129:25
193:7 210:4 211:14
212:8,9,12,22 228:4
266:10

**legal**
54:10 71:24 114:4
164:13,14 168:13
191:12 199:18 218:4
243:6

**legalistic**
173:9

**legally**
227:14

**Legislative**
230:22,24 231:1,11

**legitimate**
199:22 200:5 220:24

**legwork**
24:9

**let's**
35:15 60:17 80:14
107:13 122:22 167:16
186:9

**letter**
18:7,8 19:12,14,17 80:6
157:21,25 177:19
180:17 181:10 182:12
251:14,17

**letters**
19:11

**level**
41:20 47:19,24 48:18
53:21 76:22 77:23
90:16 110:5,6,7 133:1
201:19 239:21 248:25

**lies**
213:11

**life**
34:23 35:5,10

**lifting**
85:1

**likelihood**
190:11

**Lima**
33:11

**limit**
216:15

**limited**
163:24

**line**
76:7 84:25 85:15 86:15
87:2 88:19 89:8 93:17,
21 139:7,22 167:21
189:8 202:5 216:7
229:23 234:10 248:12
254:14 260:13 262:24
265:6,7

**lines**
86:6 167:25 223:14

**link**
262:22

**list**
85:1,7,11 134:16
231:13,24 232:1,2
240:22 241:1

**listed**
64:22 86:5 90:18,23
229:6 232:23,25 233:14

**Listen**
12:17

**listing**
87:22

**literally**
147:11

**litigation**
45:21 202:3

**little**
14:16 64:11 148:22
149:9 168:6 178:4
202:8 245:3 264:12

**living**
73:8 161:10 227:13
248:3 269:19

**LLP**
10:7

**lobbying**
48:23 49:1

**located**
10:8

**logical**
180:5 192:3

**logistics**
184:6

**long**
17:23 27:19 53:22
69:21 72:19 79:18
121:6 124:8 152:13
163:1 213:21 218:10
219:3

**longer**
26:21 40:4 55:13 158:8
161:15 173:11 205:13
217:9

**longest**
84:25

**longtime**
51:15 104:20

**look**
59:7 64:8,13 66:23
81:20 87:6 117:12,13
134:5 152:24,25 182:25
190:16 192:16 211:13
251:9 255:2 264:10

**looked**
192:20 201:10

**looking**
152:20 206:11 207:6
247:5 256:8

**looks**
58:12 66:19 87:21
90:18 182:12 185:7,12
235:6,8,17 236:18
237:4,7

**looming**
80:5

**Looping**
238:3

**Lora**
269:5

**lost**
162:7 212:5,7 241:19

**lot**
81:10 109:13,15 115:25
133:12 185:4 208:7
248:4 268:7

**lots**
63:11,12 116:17 147:19

**low**
29:25

**lower**
28:19

**lunch**
81:23 130:12,14

---

**M**

**M-e-r-t-e-n**
127:21

**Maclean**
10:15 11:5 19:9,22
20:3,17,23 21:6 35:6
44:13 45:18 48:2 58:3
64:3 68:15 76:9,13
80:11,22 82:20 87:16
90:25 97:1 106:6

107:13 111:25 114:7
120:15 121:22 125:4
129:17 130:12,20
131:2,12 134:12 143:14
144:24 151:20 153:10
154:5 161:22 167:1
171:15 176:1,16
178:11,20 182:16 184:9
186:9,14 188:21 189:6,
9,14 193:11,18 199:11
201:18 202:6,16
203:10,12 204:8 207:1
208:24 214:11 220:2,5
222:15 228:2,12 229:3,
24 231:14 232:16 233:5
236:7 240:2 244:9
250:15,20 251:6 255:24
258:7 260:23 261:18,23
263:5 264:18,22 266:2
271:9 273:20

**Madrid**
34:4

**mail**
187:15

**main**
28:6 87:6 134:7,10,12
157:20 183:17,23 184:1
243:3

**maintain**
26:3 231:2

**maintaining**
23:22

**maintenance**
23:15

**major**
166:3 184:22 185:12

**making**
13:14 39:7 46:17 48:15
49:4,13,16 61:15 62:25
69:20 81:4 95:15
105:25 109:4 113:4
145:2 147:24 167:25
181:10 192:18 194:6
195:20 201:25 204:18,
19 264:4

**manage**
26:2 28:10 62:20,23

**management**
47:21 52:8 55:21 65:15,
24 77:14 180:10 257:10

**manages**
108:22

**managing**
24:8

**mandatory**
66:14

**manner**
102:2 164:9

**marathon**
15:23

**March**
171:19

**mark**
58:3 82:20 85:23
231:14 255:24 273:11

**marked**
20:21 58:6,7 64:5,8,18
66:19 82:23 86:2 134:4,
6 152:12,13 171:16
180:18,19 182:18
184:12 186:2 188:24
193:15 206:22 207:19
208:1 209:20 228:25
229:1 231:15,18 233:7
236:1 240:4,6 243:16
251:5,7,21 253:11
256:4 257:2 259:18
261:15 264:8,9,23
269:9

**marking**
209:21 243:18 251:23

**Massachusetts**
10:8

**materials**
42:3 49:2 50:4 60:25
61:2,12,14,20 95:13,14
237:8

**matter**
10:10 128:8 135:19
142:2 161:21 204:4,5
229:20 233:13 244:15
270:5

**matters**
125:17 127:10,15 184:5
215:19 239:4 267:19

**Mccament**
38:9 39:4,17 40:2,3,7
64:24 82:2 243:16

**Mcdonald**
254:20 255:3

**Mckenna**
259:22

**mean**
14:25 24:17 49:24
51:13 61:8 68:14 71:9
77:11 87:12 108:20
129:13 134:25 154:12
157:12 164:20 167:2,21
168:17 169:10 186:13
187:20 193:20 195:22
197:11 198:8 204:3
206:9 210:12 211:7
215:1 218:5 219:14
220:10 234:6,11 240:8
263:6,9,11,13 265:12

**meaning**
86:17

**means**
18:18 51:16 74:25
233:16,18 240:13
244:23 248:15 254:17

**meant**
63:17 104:2 181:6
217:6

**mechanism**
62:10

**media**
203:7

**medication**
16:8

**meet**
38:20 69:3 70:8,9 79:5
132:6,7 238:12,13

**meeting**
30:2 70:12,13,15 71:2
72:8,11,23 73:17,19,20
74:2,8 75:19,20,25
76:1,14,15,16,20,21,24
77:1,15,16 78:3 79:10
81:5 140:19 147:11,13
148:1,2 150:23 169:23
170:4,6,8,17,19,21,24
185:7 187:18,24 190:13
229:12,14 230:2
231:17,22,24 235:13,
19,21 236:4,9,13 237:9,
19 239:9,16,17,18,24
240:9,12,15,16,22,25

241:9

**meetings**
38:2,16,17,20,22,25
40:17,19 41:2 48:21,24,
25 54:18 55:24 56:1,8,
10,14 57:11 68:25
70:11,18,21,25 71:4,8,
13,15,18 72:3,4,6,16,
17,19,25 73:6,10,13,16
76:3,10,18 77:8,17,20
78:2,12,15,19 79:1,3,
12,18,20,23 80:1 81:9,
11 131:24 132:5,16
140:12,16,22 141:6,7
142:1,3 146:1,25
147:19,20,21 148:3,4,
25 149:6,11 150:25
152:1,5 197:12 204:17
225:23 228:20 241:9,16
242:2,12,20 266:25
268:7

**member**
268:14

**members**
26:4 42:19 69:5 79:3
84:8 115:8,11,15,22,25
116:2,9,11,21,24,25
117:1,13,16 140:13,19
141:4,8 231:2

**memo**
18:11,21,23 36:19,20
37:5,10,14,20 38:6
53:2,8,15,24 60:24
61:11 68:7 108:12
124:3 192:4,12,13,21
195:13,18,20,23,24
196:17,22 197:9,10,13
198:15 200:3 201:11
203:5,7,13,16,19,25
204:2,7,13,25 205:21
206:16 207:10,14,19,
21,24 208:1,14 209:10
227:4,18 232:24 238:16
254:22 255:16,17,21
258:19,21 259:5,6,15,
16

**memoranda**
207:2

**memorandum**
194:22 195:1

**memory**
28:18,19 31:11 42:25

147:15 223:23

**memos**
18:14,15,17 63:5 260:3
263:17

**mention**
72:2 232:22

**mentioned**
24:12 52:10 77:17
131:3 132:13,24 210:6,
15 224:9 256:16

**merits**
120:23 121:1,8

**Merten**
127:20 128:5,8,13
129:2

**message**
59:2 86:15,23 185:12

**met**
17:22 20:6 79:7 185:1

**Mexico**
22:16 23:17 123:22

**Miami**
31:18

**Michael**
84:4

**middle**
64:21 78:1 87:6 152:16
161:4 181:8 237:11

**migrate**
205:18

**migration**
43:10,13 88:9 97:13
108:11 198:5,6 205:17
213:9 214:15 227:23

**Miles**
152:2 266:13,14

**military**
185:3,8 249:9 267:10,
17,20

**Miller**
140:23 155:20 156:3,8,
24 224:19,20 225:14,
19,25 226:8,14,17,21,
25

**mind**
78:9 96:18 130:13

166:4 196:25 240:20

**minds**
164:18 165:9

**minister**
70:7 79:4,8

**minute**
254:3 260:3

**minutes**
80:12 202:7 228:2
234:24 254:2,20

**mischaracterization**
138:3 144:22 186:8

**mischaracterized**
186:17

**mischaracterizes**
137:21 173:6 183:22
219:13,24 239:3,6

**misimpression**
14:20 167:23

**misinterpreting**
173:1

**misrepresentation**
90:23

**misrepresents**
131:9

**mission**
32:22 33:10,18 36:4
77:4 243:11

**misspoke**
188:18

**misunderstanding**
82:5 215:5

**Mitch**
217:8 218:12 219:5
220:18

**mitigate**
128:16

**moderate**
73:6

**moment**
20:24 64:8 85:25 103:2
121:10 134:5 152:25
219:2 257:4 260:23
264:10 269:10 273:21,
23

**Monday**
134:3

**Montevideo**
33:21 34:2

**month**
69:22 70:3 240:14

**months**
11:20 29:8 33:19 39:9,
12 69:22 70:3 74:25
149:4,9 196:19 209:4
229:13 230:8 238:23
263:20 264:4,5

**moral**
191:12

**morning**
10:2 71:1,2,18 72:17
76:3

**motivation**
195:25

**mouth**
117:23 172:25 198:12
211:20 248:6

**move**
41:17 62:23 85:22
93:25 152:9 171:11
231:13 232:21 233:5
255:18 257:17 266:2

**moved**
151:3,12

**moving**
136:14 255:4

**multiple**
59:10

---

**N**

**N-e-a-l-o-n**
11:9

**name**
11:7,8,9 24:14,24 25:1
29:18 38:9 41:13,16
90:17,18,20 91:1 92:3,
20 93:5 103:1 104:22
121:9 123:4 183:19,20
224:18 240:22 259:23

**named**
51:10 84:4 97:8 100:4
127:20 140:23

**names**
25:5

**narrative**
194:3 210:11

**National**
89:13,15,18,20 90:17
91:6,12,15,19,24 92:12
183:19 187:13

**natural**
92:13 114:16

**naturally**
146:25

**nature**
25:24 126:11 137:14,16
154:8,18 156:9 157:6
158:17 159:15 161:16
162:1,15,25 163:19
164:3,15 166:10
168:13,16 200:1 205:7
223:5,15 262:10

**Nealon**
10:9 11:1,6,8,11,16
14:19 19:3 20:21 21:7
37:3 64:7 65:10 80:23
87:14 111:6 117:23
119:10 130:18 131:3
138:17 146:16 152:23
153:12 156:6 158:14,16
160:11,16 162:6 164:1
165:21 167:18,22
170:12,13 178:7 183:24
185:18 195:17 196:22
209:9 213:17 214:9
219:25 220:12 221:8
228:13 229:11,22 254:9
262:5 264:24 270:11
271:1

**Nealon's**
65:11 117:23 131:9
138:3 177:8 183:22
193:9

**nearly**
260:3 265:6

**necessarily**
145:14 205:20 221:2

**necessary**
13:7 39:8 40:20 70:6,11
153:3

**need**
15:19,20 45:23 60:17

63:2 76:23,25 82:24
100:24 102:1,3 103:8
105:17 132:21 153:2,17
157:8 184:15 190:18
195:24 238:10,22,25
250:21 254:4 259:19
260:14 265:1,23

**needed**
14:2 117:19 163:24
191:15 237:8 245:25
246:2,3 255:12

**needing**
120:21

**needs**
62:22 190:10 238:9,19

**negotiations**
169:18

**net**
43:12,15 194:7

**Neubel**
40:22 65:2 67:10
186:19 191:6,17,21
253:25 259:21

**Neumann**
86:13 230:5,12

**never**
169:16,22 219:25

**new**
36:2 143:18 172:11,14,
16,22 218:14 224:4

**Newsroom**
152:11 209:19

**Nicaragua**
118:19,21,23,25 119:8
173:20 178:21 179:23
195:15 196:12 204:11
205:1 206:3 207:8,21
208:2,4,9,10,15,20
209:12 238:19 258:4,10
263:4,25

**Nichols**
56:21,22,24 57:6,8

**Nielsen**
10:11 16:17 17:11 47:6,
9,18,23 48:17,19,24
49:18 55:18 105:23
106:2,7,8 148:17 149:2,
7,9 150:5 163:12 222:9

**Nielsen's**
49:11 106:13,17,23
107:10 163:12

**nine**
11:20

**nod**
13:3

**nodding**
57:24 81:24 95:8

**nongovernmental**
271:18

**normal**
172:13

**normally**
41:3 61:11 109:25

**Norman**
184:22 185:12

**North**
273:15

**Northern**
179:15

**note**
65:9 201:18 220:23

**note-taker**
78:24

**note-taking**
78:23

**noted**
214:11 220:2,5

**notes**
20:11 78:18,21 227:5
230:2

**notice**
20:20 21:8 256:6
257:11,20

**notices**
65:23,24 66:9,12

**notification**
89:21

**notified**
88:3 89:11 92:2

**notify**
90:2 93:22

**notifying**
88:10 89:9

**November**
67:4 207:4 251:8
259:10 261:8 262:4

**NSC**
89:11,12 92:2,5,24
93:9,12 187:8,12

**Nuebel**
192:10

**number**
10:11 32:22 39:6,7
40:17 88:2 89:8,11
92:2,11 122:19 150:20
161:10 168:10 195:4
245:13,14 266:8 271:18

**numbered**
135:3

**numbering**
134:21 135:17

**numbers**
134:20 198:7 227:20
229:9 232:15 247:20
248:9

**Numbersusa**
272:12,16

**numerous**
225:14

**O**

**oath**
11:2 12:3,10

**object**
14:23 113:20,24 119:9
122:1 125:9 129:13
130:9 138:2 142:24
144:21 147:8 152:22
170:17 178:18 194:24
235:23 267:6

**objected**
174:12

**objection**
13:19,24,25 14:6,9,12,
13,24 35:2 37:1 45:14
49:21 50:11,24,25 51:4
53:17 56:12 58:10
59:25 61:4,17 62:5 63:9
64:15 65:8,20 67:21
68:3,13 69:12 70:23
83:7,12,24 84:19 85:8,

20 90:5,22 92:8 95:20
98:4,13 102:10 104:18
105:13 107:17 108:17
109:6,22 110:15,17
111:4,21 112:7,8
113:17,22 114:3
117:21,22 120:5,13
121:18 124:14 131:8
133:25 136:9,24
137:10,20 139:16
141:21 142:17 143:6
144:2,10,15 147:5
148:19 149:17 154:2
155:7 158:13 161:17
162:6 169:8 170:9
171:7 172:7,18 173:5
175:3,14 177:16 181:5,
17 182:3,10 183:8,21
185:17 186:7,24 188:6
190:14 191:24 194:2
195:16 196:20 199:17
200:10,22 201:13 205:4
206:7 209:6,7 210:10
213:3 214:7,11 215:13
217:17 218:3,16
219:12,23 220:2,5,9,21
221:7 223:4 225:12
235:15 236:5 237:20
239:2,5 241:14 244:19
245:22 247:6 250:2
253:17 256:20 258:5,
11,24 260:6 261:9
264:1 267:6,14

**objections**
13:14

**obligated**
27:1 211:1,5 212:11

**observation**
128:25

**observed**
41:25 42:15

**obstructionist**
165:3

**obviously**
12:16 13:17 23:19
44:15 45:18 52:24
64:10 69:20,22 95:1
104:2 112:2 145:19
172:10 188:13 236:24
241:22 244:14 253:24
259:11

**occasion**
69:7

**occasionally**
38:2 225:23 272:21

**occurred**
200:8 233:12

**occurs**
65:22 152:8

**October**
60:16 157:21,25 159:23
190:2 194:14 202:21
207:15 236:13 258:9,23
259:25 261:7 262:3

**offered**
117:6

**office**
12:2 34:15 49:1 50:18
53:13,17,18,22,24,25
52:8,9,25 53:20 54:3,4,
8,9,13,18,21 58:25
60:6,7,8 61:9 63:22
64:1 65:15,23 68:19,20,
21 69:10,23 70:2,22
71:5,16 77:13,14,18,23
78:5 81:18 82:1,15
83:9,15,18,23 84:4,13
85:14 86:11,25 87:22
96:4 97:18,20,24 99:12,
17,19,22,24 100:6,12,
17,23 101:4,15,19
102:23 103:18 105:11
106:13 108:2 116:19,21
117:8 131:5,13,17,21,
23 132:9 148:7 151:15
164:13,23 170:2 187:4
192:2,5,6,7,8 193:4
230:21,23 231:1,10,11
234:22 235:11,18
237:14,15,18 240:9
241:3 255:15,17 257:10

**officer**
126:5,6 128:1,3 237:24
249:11

**officers**
52:6

**offices**
10:7 77:12 192:3

**official**
26:22 135:1 157:17

**officially**
93:23

**officials**
139:9 152:19 153:21
155:23 269:14,23

**oftentimes**
53:25 148:6 152:4
266:24

**OGC**
241:3

**oh**
143:10 147:13 234:11
261:18,21

**OJC**
255:9

**okay**
10:24 15:6,13 16:16
17:5 18:25 19:18 20:3,
8,11,14,16 25:7 27:5
37:12,23 39:20 41:11,
14,17 44:2 45:11 46:13,
16 53:22 66:18 67:8
73:9 74:14 76:11,12,13
78:18 79:21 80:10
82:20 83:2 85:13,22
86:3 89:8 93:17 130:11
134:13,14 135:13
136:14 139:7 143:5,7,
15 146:19 151:19
152:7,9 157:11,22,23
159:11 160:2 161:2
167:16 169:14,20
171:11,24,25 174:20
180:1,20 181:1 182:24
184:8,20 186:2 187:5
188:20 189:12,14,22
190:20 192:9 193:5,22
198:22 202:6 203:23
206:5 209:25 214:4
217:2 223:12,21 224:9
226:16 227:7 228:19
233:19 234:4,12,25
235:1 236:15 237:10
238:16 242:8 243:23
245:5,15 246:24 248:12
251:11,12 252:22
253:13,14 254:18 255:2
259:17 260:21 262:13
265:3 266:1 269:15
271:5

**old**
130:6

**OMB**
65:4,13 66:3,7,10,12

**once**
53:23 71:16 74:23
77:18 98:11,15 182:22
225:10

**one-offs**
179:19

**ones**
165:16 192:4 203:2

**op-ed**
209:22 212:16,17
213:15 215:23 217:15
227:8

**open**
49:17

**openly**
212:21

**operated**
53:20

**operator**
10:3

**opinion**
133:11,12 194:9,12
212:20 214:13 218:19
219:14

**opinions**
42:4,19 131:22

**opportunity**
63:23 79:12 101:24
103:6 152:23 244:3
256:2

**opposed**
19:7

**options**
36:20

**oral**
42:18

**order**
13:11 37:19 42:14
62:22 73:14 140:2
229:4 245:18

**orders**
24:10

**organization**
140:11 272:1,6,7,11

**organizations**
271:18,22,23 272:15,
17,18,21 273:6,9

**organize**
192:3

**organized**
58:23 192:8

**organizing**
235:12

**orientation**
35:24 245:3

**origin**
243:7

**original**
59:2 143:21 172:21
212:3 217:7 258:2,8
260:4

**originating**
143:22 220:17

**Ottawa**
32:23 33:7

**outcome**
139:25 140:2

**outline**
100:16

**outlined**
67:20 86:24 95:6
186:18 187:19 197:9
201:19

**outlining**
103:16

**outreach**
68:24 69:2,4

**outset**
96:8 210:6

**outside**
42:17 56:10,13 91:23
203:2

**outspoken**
213:2

**outstanding**
45:21 125:8 201:22

**outward-looking**
26:13

**Oval**

170:2

**overarching**
181:11

**overlap**
47:6,9

**overlapped**
44:20 46:25 148:23
149:8 250:9

**overseas**
117:10 135:3 190:4

**overseeing**
68:18 150:11

**oversees**
185:3

**oversight**
46:22 47:12

**overtly**
136:19,23

**overview**
46:22 168:3

**P**

**P-e-t-y-o**
25:1

**P-l-c-y**
85:7

**p.m.**
64:5 67:4 84:15 130:25
134:4 190:2 202:13
251:1 253:22

**package**
60:19,22 183:3,5
255:18 257:10,12

**packages**
255:9

**packet**
252:6

**PAG**
88:20

**page**
64:18,21 66:25 87:7
134:17 143:8,10,11,13
152:17 157:13 160:3
161:3,4 167:16 169:14
183:1 184:17,18,21

187:5 190:3 213:14,18,
20 216:23 229:10
231:23 232:15 233:14
236:24 237:10 238:2
241:2 255:4,5 264:11,
23

**pages**
264:20

**painting**
51:6

**paper**
27:22 99:20 172:21,22
173:13 237:6,15,16

**papers**
177:21

**paperwork**
54:2 62:20 84:22 88:13
95:24 96:21,23 97:18
98:6 99:10,17,22
100:25 102:1,14 103:8
104:3 105:18 106:18
107:5,9 120:21 126:13,
14 239:9,20 252:13,19
253:7

**paragraph**
67:9 84:24,25 143:16
152:17 153:20 157:11,
12,17,20,24,25 158:12
160:2 161:4,6,8 169:15,
21 170:20 171:22 181:8
184:16 213:15,20
217:10 246:24 247:10
249:20,22 269:16

**paragraphs**
84:24 143:8,13 157:14,
19 217:1

**part**
19:20,23 38:4 84:7,12
88:19 99:18 133:17
134:8 157:8 201:15
214:15 216:18 232:18

**participant**
241:4

**participants**
160:25 231:24

**participate**
48:21 58:13,14,22
131:24 190:22

**participated**

38:18 48:23 147:3

**particular**
30:1 50:8 68:10 69:18
73:25 83:19 86:16
91:13,16 96:14,19
145:15 160:20 166:23
200:16 242:19 247:3

**particularly**
69:5 105:8 114:21
173:17 212:24 213:1
231:21

**parties**
191:22

**partners**
22:15 23:17,23 187:7,
19 266:20

**passionate**
249:8

**patience**
266:6

**paying**
227:14

**penalties**
12:5

**pending**
15:22 17:3,6

**people**
21:23 22:1,4 24:13,15,
17,19,20 25:2,18,23
26:8 43:7,10,11 47:16
50:8 51:17 52:18 57:2,
14 58:21 59:3,13,23
62:19 64:21,23 66:22
72:5 76:25 77:22,23,24
78:21 81:3,10,13,14
83:22 84:11 86:5 93:11,
15 131:23 132:1,4,9
137:12 138:11,25 139:2
141:9 144:6,8,18 145:7,
9,10 146:3,5,10 147:13
148:13 170:1 173:11
195:4 196:1 197:17
198:2,24 204:19
205:11,18 216:15 217:9
218:22 222:22,23
223:25 224:13,15
227:12,18,19,20,23
228:1 229:6,17 230:4,9
232:22,25 236:22 237:8
239:8,18 243:5 248:8,

**perform**
104:23

**performed**
231:6

**period**
27:10,14 31:19 40:4
53:14 69:16,19,21
119:3 150:21 209:13
260:15

**periods**
107:8

**permission**
153:18

**permits**
269:18

**person**
13:8 22:23 23:2 32:22
33:20 38:3 91:1,4,5,23
92:18 93:9 114:18
123:23 147:14 231:6,25
241:3 267:3 268:21

**personal**
28:9 52:7 214:12
218:19 219:14

**personalities**
47:16 49:14

**personality**
49:18

**personally**
105:22

**personnel**
28:10 222:17

**perspective**
48:9 148:23 180:11
197:14,15 204:24
215:21

**perspectives**
205:19 206:12

**pertain**
245:11

**Peru**
33:11

**pest**
255:6

**Petyo**
25:1 81:19 86:10
132:13 183:2 192:23
235:25 236:25 237:7

**phone**
58:14 96:19 102:17,18,
21 121:5 155:20 156:3,
7,11,13,14,20,22 158:9
160:12,15,17,22,25
189:10 193:19 229:9
232:15 244:22 270:8

**phrase**
37:2 51:13 146:4
154:17 170:25

**pick**
147:10

**picture**
77:2

**piece**
63:13

**pitch**
79:9

**pithy**
195:8

**place**
31:12 54:19 73:19,20
77:18 96:19 147:1
150:9 156:12,15,22
159:3,4,7,11,17 160:18
162:15 196:18 221:12,
22 223:14 225:17
229:12 236:9 239:16
256:7 258:17,20 263:21
270:13 272:25

**placed**
155:20 156:3

**plaintiff**
10:16,18

**plaintiffs**
20:2

**planning**
99:18,25 100:13,18,23
101:4,16,19 102:24
103:18

**plate**
75:4 79:17

**play**
43:8 69:25 88:12

192:17 235:7 236:20
241:21 271:16

**played**
41:4 81:14 167:19

**plays**
88:12

**PLCY**
85:1 240:7 255:14

**please**
10:13,25 11:6 12:18
15:4,21 20:18,24 25:13
55:16 180:3 184:11
189:21

**point**
15:7 45:8 68:15 133:19
134:16 135:19 144:6
183:17 194:10 201:20
202:7 208:22,25 215:9
229:21 259:10

**pointing**
245:12

**points**
89:1,7 134:17 204:18
220:24 235:7

**policies**
26:24 172:11 210:19
211:3,4 215:6,10

**policy**
21:17 22:11,19,21,25
23:3,4 24:4 26:8,11
32:6,9 43:5 47:22 50:8
60:6 63:22 64:1 68:9,
11,14,19,20,22 69:9,10,
23 70:2,22 71:16 72:10
75:15 77:13,18,23
81:18 82:1,9,10,13,16
83:5,9,10,15,17,18,23
84:4,7,12,13 85:6,11,17
86:12 99:18,24 100:12,
18,23 101:4,16,19
102:23 103:18 108:21,
23 116:19,21 117:8
128:15 131:5,13,17,23
132:9 139:24 140:6,9,
13,15,19 141:5,8,9,10,
18 142:1,13 165:12,14,
17,18 166:13,14,16,17,
18 167:11 168:9,19,20,
22 169:2,5,7,12 173:3,
10 179:10,12,17,20
180:11 187:4,11 188:3,

13,17 192:2,5,6,7
198:1,2 200:3,15
205:15 212:5,7 213:6,7,
24 214:6,15,16,25
215:23 216:4,13,19
221:2,3,4,6,18 235:11,
12,18 237:18 240:9
255:15 260:19

**Policy's**
131:22 255:18

**political**
26:21,23 100:9,11
124:5 126:4 128:2
136:20,23 137:9,16
210:16,17,19 211:2

**politically**
270:3

**politicized**
138:14 139:5

**politics**
169:4

**Population**
88:8 97:12 108:10

**populations**
243:10

**Port-au-prince**
136:5

**portfolio**
51:9 150:12 151:11

**portfolios**
24:21 25:4 51:8

**portion**
37:24 156:23

**pose**
173:13

**position**
21:13,14,19,21 22:9,19
23:2 24:4 26:8,10,17,19
27:3,6,7,16,20 31:14,15
32:19,20 33:5,7,9,13,
15,17,24 34:1,2,14
35:15 40:8 109:2 156:2
188:2 191:22 197:22
204:10 210:21 241:25

**positions**
23:9 33:3 57:4 72:6
197:8 230:10

**possession**
136:7 203:1

**possible**
36:12 63:16 141:14
186:15 195:14 198:4
199:3 232:19 263:18

**post**
23:12,13 32:24 33:22
34:6,8,12,17,23,25
35:1,11,22 36:8 135:12
152:12 209:23 261:13,
19

**POTUS**
248:18

**practice**
27:25 90:1

**pragmatic**
195:22 197:6

**preceding**
27:7

**precise**
31:23 207:17

**precisely**
123:18 246:23 257:7,14

**predated**
75:20 83:3 100:6
246:11,21

**predates**
65:10

**predetermined**
140:2

**Prelogar**
41:14 233:1,2

**premise**
137:24

**premium**
249:23

**preparation**
18:3 20:12 38:6

**preparations**
236:19

**prepare**
17:20 20:11 37:20
48:20 245:18 246:1,2,4

**prepared**
49:8 153:12 235:5

269:18

**preparing**
192:4

**prerogative**
172:10

**present**
30:8 54:18 55:24 56:7
57:11 140:13,14,16,17,
20 141:5,6,7,11 147:14
148:9,17 149:25 150:4,
15,25 151:23 152:1,2
159:4 235:20 241:8,11
242:2,13 268:7

**presented**
61:2 98:8

**president**
27:23 160:6 169:11,24
171:5 215:2,9,16,17
216:1,5,9 248:18,22
249:12

**President's**
28:9 215:6,21

**press**
42:16 60:14 265:18,22

**pressing**
39:16,22

**pressure**
260:25 261:5,14,20
269:12,21

**presumably**
69:24 135:4

**presume**
135:7

**presumption**
176:20

**pretty**
131:16 134:15 140:10
198:8

**prevent**
16:9,13

**previous**
47:20 48:5 66:22
171:17 172:24 181:19
186:3 190:5 194:17
213:18 219:9 220:7
232:1 236:9,11,19
240:8,15 241:5 256:6,

16

**previously**
11:18,19 66:19 113:6
131:4 132:13 138:9
139:3 150:10 174:12
183:16 193:15 199:2
206:1 207:19 210:13
228:15 230:3 232:7
243:3 253:6,10 257:1
259:18 262:14 266:12,
23 267:10 269:9,25

**primarily**
173:4 231:6

**primary**
26:1 32:4

**prior**
15:10 17:2 27:5,7
31:14,16 32:19,21 33:9,
17 34:1,9 37:5,14 53:9
105:24 126:15 196:6
197:10 204:25 219:20
220:15 229:6 232:17
245:16

**priorities**
191:15

**prioritize**
78:10

**priority**
30:11 39:11,15,22
40:13 85:1,7,11

**privilege**
14:4 45:17 46:1 90:21
111:24 112:1 113:20,25
119:6 121:21 122:2
125:7,13 137:19 138:7
139:21 145:4 154:7
166:25 167:9 177:4
242:15 271:11

**privy**
105:3

**PRM**
88:7,8

**probably**
23:14,20 27:19 38:15
39:25 45:20 49:7 57:13
58:24 60:8,9 123:23
162:10 198:23,25
210:24 240:17 246:13

**probing**

JAMES D. NEALON - 08/14/2018                     i31

212:14

**problem**
130:20 173:13 208:9,11
261:22

**procedure**
110:25

**proceed**
85:2

**proceedings**
21:2 80:18 130:23
202:12 228:8 250:25

**process**
28:20 29:2 30:1 31:11
36:15,25 37:5,9,22
41:19,21 42:5 44:14
45:17 46:1,20,23 47:4,
13 48:15,19 49:7,11,20
50:4,5,10,22 51:3 52:25
53:7,13 57:9 61:24
62:9,13,14,16,23 63:3,
8,16,20,24 65:17,18
66:1,2,4,5,7,10,15
67:12,18,19,25 68:12,
22,24 69:11 78:23
84:17 90:21 94:17,20
95:7,17 96:6 98:7,17,22
107:14,20,21 108:3
110:13 111:24 112:1,6,
14 113:20,25 114:2
116:4 119:6 121:21
122:2 123:19 124:23
125:7,12 132:11
136:20,22,23 137:2,3,8,
19 138:6,13,20 139:4,8,
20 145:4 154:7 162:25
164:4 166:25 167:4,9
177:3 194:5 198:19,24
199:1,21 201:20 202:5
223:4 242:15 252:21
256:16 258:15,17,20
270:16 271:11

**processes**
50:2 140:1 141:19
142:14

**produced**
18:21 19:24 20:2
252:10 259:8

**produces**
18:19 89:3

**producing**
88:13

**product**
63:18

**production**
37:10

**productive**
239:17

**professional**
24:8 26:22 34:23 35:4,
10 99:10 103:15

**professionals**
249:3

**program**
213:23 245:3

**programs**
28:11

**promising**
183:4

**proper**
185:19

**properly**
105:16

**proposal**
169:17,23

**proposed**
240:23

**protected**
14:3,10 22:5 28:13,17,
21 126:1 162:16 163:1,
24 164:20 168:17 200:1
205:8 208:5 217:5
231:16 251:24 252:4

**protections**
158:8

**protective**
229:4

**provide**
15:9 16:6 54:10 67:13
94:11,14,18 104:17
108:7,9,11 119:15,16
124:17 125:25 137:23
141:24 142:2 143:2
154:20 164:1,9,14
166:1,2 168:3 177:4
188:9 194:12 201:6
202:1 208:14 242:23
254:19,25 255:10,11

**provided**
15:8 20:6 42:17 49:2,5
74:15,16 102:9 104:9,
11 110:24 145:11
173:19 177:24 178:16
185:15 200:14 201:2
202:25 206:16 207:10
239:20

**provides**
26:2 155:10

**providing**
87:14 200:18 201:9

**public**
32:15 34:3,10 60:10
86:9 88:22,23,25 89:1,
3,5 169:11 170:3,5
171:4 202:25 260:24
261:4 262:1

**publicized**
169:24

**publicly**
212:21

**published**
257:21,23 258:1

**pull**
188:21

**pulled**
259:5,15

**purported**
171:5

**purpose**
63:7 72:16 78:2

**purposes**
87:12

**pursuing**
247:20,22

**push**
205:16,17 213:8 227:23

**put**
39:6 40:17 51:18 60:23
61:10,14 82:11 172:25
198:11 206:6 209:9
239:9 248:6

**putting**
80:4 117:22 170:10
196:6 211:19

---

**Q**

**qualify**
262:6

**quarters**
205:20

**question**
12:18,19,20,21 13:11,
12,16,19,21 14:1,2,5,
11,15 15:4,8,10,22
25:8,13 26:7 27:22 37:3
39:20 44:25 45:23,24
46:3 49:22 50:12 52:24
55:6 61:6 62:6 65:2
80:24 108:19 111:15
112:24 113:21,22
114:1,10 118:18 119:16
121:23 129:18 133:10
134:16 137:4,14,23,24
138:2 142:6,7,24 143:2
144:25 145:16 147:6
148:20,21 154:3 155:1,
13,14 156:5,6,9,19
157:4,5,9,14,20 158:14,
22 160:11,14 161:24,25
162:8 163:23 164:11,
24,25 166:10 170:14,
15,18 171:21 174:15
175:15,23 176:2,5,10,
12,13,18,19,22 177:5
178:4,5,7,12,14,23,25
185:20 191:1,4,10,18,
19 199:12 201:3,22
202:17 207:23 210:13
211:11,15 217:22
218:6,7 220:3 221:8,10,
15 223:11,19 226:3,4
228:14 229:25 238:1
240:18 242:5,10,15
247:8 249:19 254:10
270:12 271:2,7 273:8,
15,17

**questioner**
14:21

**questioning**
76:7,8 167:21 189:8
216:8

**questions**
12:15,16,17,24 15:15
16:3 45:25 74:17 95:21
114:8 125:5,10,15

126:16 130:14 132:21
134:10,11 153:7,12,15,
16 159:12 165:22
166:4,9 173:3 174:8,11
175:23 182:20,22
184:19 212:14 223:10,
19 234:18 242:6 250:8
251:20 260:21 262:24
270:13 271:10

**quick**
249:22 250:14,15

**quickly**
228:23 240:3,19

**quite**
27:19 43:23 44:16
64:10 142:20 250:7

---

**R**

**R-a-i-o**
36:17

**R-e-z-m-o-v-i-c**
230:13

**R-i-e-s**
269:5

**R-i-s-c-h**
233:20

**radar**
30:20 180:7 181:22

**RAIO**
18:16,18,19 19:8 36:17

**raise**
167:9

**raised**
74:7 197:12

**raising**
80:9

**Ramos**
10:10 16:17 17:11

**ran**
77:24 84:1

**range**
23:5,19 26:24 210:18

**rational**
220:25

**re-reading**

207:24

**reach**
41:3 99:4

**reached**
185:9

**reacted**
193:10

**reaction**
193:9

**read**
15:17 17:16 42:15,16,
17 49:6 67:6 82:24,25
96:6 112:22 143:9
152:14,15 153:3
157:11,12,18 169:18
178:3,11,13 184:14,16,
17 195:5,10 196:2
234:16 237:22 240:19
244:3 261:25

**reading**
50:6 68:6 189:20 194:7
235:17 237:3 252:23,25

**readout**
79:9

**reads**
85:15 93:17,21 136:15
139:7,22 153:20 155:18
156:23 157:25 160:3
161:8 181:8 247:10
249:22 260:14 270:1

**ready**
69:15 130:13

**real**
208:9 265:24

**realize**
182:5 188:25 201:21

**really**
17:12 58:17 116:15
131:17,19 132:10 137:4
142:20 165:3 169:10
206:9,13 207:25 208:2,
17 211:11 212:8,9,13
215:15 253:8 255:1
265:21

**realm**
266:21

**Rear**
184:21

**reason**
15:19 16:5 96:16 102:4
104:23 173:2 197:13
217:20

**reasonably**
133:2 210:21

**reasons**
179:17

**recall**
11:21 18:6 29:12,17
30:1 31:4,8,23 32:15,18
33:12 34:5,24,25 35:9,
12,25 36:6 38:15,17,19,
24 41:13,16 42:23
43:23 44:18,21,22 45:2,
7,11 46:8 47:2 52:16,
19,22 54:22 55:25
58:17 59:9,23 65:1
70:12,14 73:9,13,16,17
74:2,7,10 75:19,23,24
76:3,5 78:25 80:2 81:11
83:21 89:20 90:20 91:1,
3 92:10 93:14 95:16
96:1,20,24 97:2,9,14,22
98:14,20 99:7,9,16,21
100:21 101:1,5,8,11,21
102:7,12,25 103:3,4,6,
12,13,20 104:7,8,11
105:6 106:1,2,5,11,12,
16,20,21 107:8 110:11
111:7,17,19 112:15,17,
21,23 113:10,12,14
115:2 118:4,6,9,11,15,
21,24 119:7,17,18,19,
21 120:2,9,19,21,24
121:9,11,15,16 122:4,
14,17,23 123:9,14
126:3 127:3,12 128:1,4,
7,23,24 129:9,21
131:15 136:1,4 137:15
140:15 141:15 146:20,
22,24 149:15,24 150:4
151:16 159:8,24
160:23,24 161:1 162:17
165:5,7 167:13,14
170:23,25 181:3 183:10
184:25 186:1,22
187:18,21,23 188:1
189:16 191:1 193:23
194:20 198:17,18,21
200:18 201:9 203:21
204:14 207:16 208:16,
17,19,21,25 209:12
210:15 216:22 221:5,

16,21,23,24 222:2,6,9,
12,16,20,22,25 225:16
230:16 235:20 238:24
240:16,21,25 252:23,25
253:2 257:16,19,23,25
258:2,8 259:16 260:12
263:1,16,23 264:3,6
268:16,24 269:2
270:22,23 272:21,24,25
273:3,4,5,10

**recalled**
38:16 75:25 118:1

**recalling**
122:18 183:20

**recap**
249:22

**receive**
42:6,9 103:9 115:6
116:13,16 246:4

**received**
114:13,23,25 115:2,12,
15 116:3 153:22 155:6

**receives**
36:3

**recipient**
116:7

**recitation**
193:10

**recognize**
134:21 135:14 229:3
249:23

**recognized**
221:6,17

**recognizing**
114:10 215:24 238:24

**recollection**
20:9 43:1 57:4 59:12
75:9 76:19 81:17 84:18
91:17 95:9,11 96:13
100:7 104:15 128:21
129:4,5 133:21 135:16
144:4,9 159:23,25
175:6 196:19 241:10
252:21 256:13 259:13
265:17,20 267:22
268:18

**recollections**
262:21

JAMES D. NEALON - 08/14/2018                    i33

**recommend**
196:11

**recommendation**
28:23 29:9,11 30:4
36:20 37:17 99:15
101:22 102:6,8 104:9,
12,17 107:24 108:1,15
109:5,11,12,15,19
110:1,3,8,24 111:17
113:5,7,15 119:12,18,
19,20,21,25 120:4,11,
18 121:1,2 122:10,11
123:15,20 124:2 125:18
126:9,19 127:11 133:7,
14,15,24 136:5,16
172:5,14 173:11,19,25
174:5,9,10,16 175:5,8,9
176:15,24 177:25
178:16 179:2,24 182:1
183:12 192:15,18
195:20 197:23 258:3,9
260:17

**recommendations**
53:3 81:4 94:11,14,19
95:19 98:3 105:9 106:9,
14 107:16 109:4 110:21
114:14 115:14,18,21,24
126:25 135:23,25
137:17 139:18,19
146:16 165:23 167:25
175:17 181:11 182:14
196:21 201:4 256:12
258:13 260:2 263:17,23
264:2,4

**recommended**
174:23 175:19

**reconvened**
21:3 80:19 130:24
202:13 228:9 251:1

**record**
10:3,14 11:7 14:13,19
19:24 20:23 21:1,5
45:19 55:17 80:17,21
130:22 131:1 144:19
145:2,10 146:15
158:22,25 159:9,18
162:10 176:20 177:6,7
178:6,13 186:17 202:9,
11,15 206:25 211:21
223:18 228:7,11 250:24
251:3 273:23,25

**records**

19:21

**recounted**
246:15

**redact**
229:5 232:14

**redacted**
64:11 90:18,19 92:3
246:25 247:11 253:24
254:2 256:11 259:20,23

**redaction**
186:12

**redactions**
254:17 256:3,19,23

**redesignating**
146:7

**redone**
173:14

**reduce**
161:10

**refer**
59:16 86:20 88:20
89:12 93:18 153:17
169:10 187:8,10,12
210:12,24 214:1 238:5
251:14 256:15

**reference**
20:19 169:23 225:22
236:13 239:10

**referenced**
169:2 171:1 178:22
183:6,16

**referencing**
150:13,17,19 165:15,
16,19 169:3 225:5

**referred**
84:7 120:14 183:6,23

**referring**
19:3 59:22 67:25 70:19
83:6 88:4,7 115:13,16
120:7 143:12 149:18
158:24 159:18 162:9
169:25 174:15 178:19
179:13 192:13 213:18
229:22,23 235:2 236:16
245:21 248:13 250:5
251:10,13 253:16
257:5,8,12,15

**refers**
65:16 85:7,13,18 86:20
88:22 89:13 181:19
233:17 256:14 260:5,18

**reflection**
133:3,4

**Reform**
272:2

**refresh**
20:8 81:17 265:20

**refreshes**
265:16

**Refugee**
108:10

**Refugees**
88:8 97:12

**refused**
270:1

**regard**
36:7 39:21 41:5,9 42:14
43:19,24 46:17,21
54:21,24 57:25 61:16,
25 70:15 75:21 80:25
88:15 92:7 94:1,3,11
103:24 104:1,9 110:14
118:18 125:15 126:23
154:1 188:3 207:13
209:11,14 212:1
215:10,21 222:18
230:18 232:11 241:25
247:5,17 253:4 258:3,
10 259:9 260:10,22
262:19 263:17,24
267:12 271:20,24
272:14 273:8,15,17

**regarding**
18:9,12 19:14 32:14
38:11,16,18,25 39:4,17
45:12 54:13 56:2,16
70:13 81:5,6,7,18 91:22
96:20 97:3,7 98:24
100:19,23 102:24
103:19 105:25 106:9,13
107:16 118:2,6 119:1
120:19 121:25 122:6
123:10 126:24 133:24
142:15 146:12 150:6
155:6 159:21 166:9
174:23 185:24 200:20
234:15 236:21 251:16,
20 252:11,21 255:21

258:22 262:16 267:24
273:1

**regional**
179:14,18

**Register**
65:23,25 66:8,13
257:11,20

**regular**
40:16,21,25 58:18 71:4,
8 139:1 267:12

**regularize**
247:22

**regularly**
25:15,16,23 39:10 70:9
116:20 151:23 266:17

**reiterated**
245:16

**reject**
108:1 109:11,19

**rejected**
132:25

**relate**
226:7

**related**
22:5 28:12,16 45:25
63:19 88:14 89:2,25
114:8 118:13 122:25
127:10,16,18,19 130:3
137:16 139:4 171:6
187:15 188:14 200:19
211:16 219:4 221:18
222:1 226:8,18,21,25
227:12 228:20 231:3,17
241:9,13 243:12 252:8
254:6 265:10 267:20
268:9 272:3,8

**relates**
58:9

**relating**
184:5

**relation**
87:24

**relations**
23:16 32:12 266:19

**relationship**
22:17 40:6 250:12

JAMES D. NEALON - 08/14/2018                    i34

**relationships**
23:23 26:3

**relatively**
228:23

**release**
60:14 265:18,22 273:23

**relevant**
25:3 61:23 199:14
200:5

**relying**
144:1

**remain**
213:5,12

**remember**
45:10 59:14,15 89:23
97:5 101:17,23 106:15
107:1 118:20 119:11
131:10 136:2 140:18
141:12 184:23 196:9,13
204:17 209:16 222:1
224:8 255:20 263:21

**remind**
183:20

**reminds**
217:5

**Renaud**
64:24,25 243:16

**render**
29:6 94:22

**rendering**
95:3

**renew**
42:12

**renewal**
28:21 29:2,21 30:21
31:6,10 36:12 201:7
208:5

**renewed**
28:25 143:20 218:10
219:3

**repackage**
254:4,17

**repackaged**
255:13

**repatriated**
208:10 227:20 246:5

**repatriating**
243:5

**repeat**
53:11 55:6

**repeatedly**
139:24

**repercussions**
179:20

**rephrase**
12:19 35:6 50:13

**replaced**
151:8

**reply**
153:23 154:6,8,9,17,18
155:4 244:13 256:12

**replying**
87:4 254:1

**report**
21:21 27:20,23,25 30:3,
4,7,22,23 31:3 32:1
36:16 78:8,22 80:8
82:24 83:1 84:15
142:12 244:18 252:23
260:16

**reported**
21:22,23 22:23

**reportedly**
169:24

**reporter**
10:4,25 12:9,25 13:10
158:4 232:20

**reporting**
10:5 28:3

**reports**
18:20 19:8 42:16,17
63:6 252:10 260:24
261:4 262:1

**represent**
19:19 211:3 212:10
252:3

**representation**
193:8

**representations**
194:21 195:1,12 196:16

**representative**
28:9 71:25 241:24

**representatives**
48:22 54:17 77:10
148:7

**representing**
60:7 92:4 242:20

**request**
18:12 29:13,24 89:12
90:7 92:3,5,6 173:2
181:9,11 182:7,8

**requested**
70:18 208:5,13

**requesting**
79:23 89:21

**requests**
182:2,15 194:18

**required**
13:15 210:19

**requires**
255:16,17

**research**
18:19 36:16

**residency**
269:18

**resolved**
114:11 201:20

**resolves**
126:22

**Resources**
34:15

**respective**
238:11

**respond**
29:23 124:18 191:10
198:11

**responded**
167:22 270:23

**responding**
155:11 170:14 194:18

**response**
31:2,5 55:8 87:14 96:24
97:14,16 98:16 99:7,9
103:12,22 106:23
119:11,15,16 122:9
133:1 137:23 166:2
186:4,5,13,15 191:18
192:24

**responses**
142:2

**responsibilities**
22:8,24 23:11 24:6 28:7
32:4,9,14 92:25 93:3

**responsibility**
23:21 24:8

**responsible**
23:4 25:3 37:17 43:18
60:11 86:25 87:18,19
89:6 232:23 235:12,18
237:5,23 241:17

**restate**
142:7 166:5 174:21
178:10 221:15 226:6
247:7

**restating**
219:25

**restrictionists**
161:5,9

**result**
136:19

**resulted**
218:11

**retired**
27:17

**retract**
193:12

**retrospect**
207:24

**return**
245:18 269:8

**revealed**
262:12

**revealing**
143:3 201:15,24 221:12
242:25 243:1

**reveals**
154:9 242:22

**reverse**
270:2

**reverted**
40:10 55:19,20

**review**
15:17 20:4 36:21 37:7,
24 41:21 51:13 52:25

53:7,22 62:1 63:23
69:11 74:19,21 75:8
85:25 118:7 127:8
134:7 181:12 182:8,23
200:21 216:24,25
231:20 234:13,24
237:17 242:16 243:20
257:4 258:20 269:10

**reviewed**
18:2,5,10,13,16,22
19:12,13 51:17 75:7
153:4 171:23 216:24
235:3

**reviewing**
67:10

**reviews**
74:20

**revise**
172:4

**revised**
260:3

**revising**
36:19

**revisions**
53:3

**Rezmovic**
230:13,14

**Rezmovic's**
230:17

**Ridiculous**
192:24

**Ries**
269:5

**right**
11:10 44:5 50:16 64:18
93:7 130:15 145:19,22,
24 152:15 180:21 212:8
239:18,19 244:12 245:4
268:21

**rights**
32:15

**Risch**
233:20

**Robert**
41:11

**robust**
24:2

**role**
25:11,14 32:5,16 40:7
41:4,7,8 54:7,9 57:9,19,
25 59:20 68:10,21
81:14 82:5,17,18 83:15
88:13 94:1,3,5 96:8
97:9,11 101:8 123:14
230:17,23 231:2 232:10
241:12,21 266:12
267:12,18 268:13,18
269:2 271:12,15

**roles**
68:23

**roll**
259:23

**rolling**
74:24

**rollouts**
184:6

**room**
146:11 149:25 150:10,
15

**roughly**
38:25 39:18 124:9
203:23 268:24

**rounds**
245:10

**rules**
12:1

**ruminating**
208:18

**run**
100:4 150:22 160:4
228:23

**run-up**
73:21,23

**running**
82:15

**runs**
33:20

**rushing**
250:19

---

**S**

**S-hole**
170:1

**S1**
244:13,17 248:12

**Salvador**
19:7 74:4 75:8,10,12
110:20 111:8,16 113:1,
4,8,11 114:10,15 118:3
122:14,15,22 123:1,12
124:13 127:6 134:19,
20,24 135:4,10 136:2,
18 173:20 178:21 179:7
195:15 196:12 204:12
205:2 206:3 207:21,25
208:12,15,18 238:21,25
258:4,10 259:24

**Salvadoran**
70:7

**Salvadorans**
68:25

**Salvadorians**
132:5

**San**
134:20,24 135:4,10
136:2

**Saturday**
180:16

**save**
271:9

**saw**
82:3 109:2 111:12
112:17 113:2,3,10,12,
13 118:22 198:25 208:9

**saying**
13:4 95:5 134:9 141:25
249:14

**says**
67:10 84:25 88:3,19
89:8,11 92:2 135:19
183:2 190:9 213:21
215:17 218:24 238:3,8,
15 240:6 244:13 254:4,
21 255:5,14 265:2
269:17

**schedule**
72:22 180:7 181:12,22

**schedules**
75:10 150:22

**scope**
213:4

**scratch**
44:13 48:2 106:6
151:20

**screen**
30:20,21 180:8 181:22

**Sec**
62:13 85:17

**second**
76:14,15 84:24 143:7,
16 156:23 157:8
184:18,21 187:5 216:23
231:23 232:24 237:10
238:2 244:10,16 255:5
259:6,16 265:2

**secondly**
208:6

**secretarial**
42:11 49:24,25 50:15,
21 51:2 81:15 249:17

**Secretariat**
237:5

**secretaries**
50:1 55:2 163:21,22
164:2,13 168:25 217:20
219:8,10 220:7,8,20

**Secretary**
18:7,9,11 19:13 21:15,
22 22:9,13,22 23:5
25:11,15 26:15 27:24
28:1,4 29:5 37:11,18
42:1,7 44:2,3,9,17 45:3,
4,12 46:17,22 47:5,6,7,
9,14,15,18,21,23 48:6,
12,16,19,24 49:11,12,
15,17 51:19 52:2,3,7,
12,13,15,19 53:9,15
54:11,24 55:3,4,9,13,
14,18,19,20 56:20 57:2,
15,22 60:10,23 61:2,15,
21 62:13,19 63:25 69:7,
8,15,20 70:4,8 71:1,19,
20,22,23 72:17 73:2
74:5,6 75:5,21 76:4,23
77:3 79:5,7,24 80:7
83:25 84:3,21 86:9 89:5
90:11 94:8,9,13,21,25
95:2,13,17,18,19 96:4,
22 97:12,20 98:8,16,21
99:1,19,20 101:25
103:10,22 104:4,13,16,
21,22,24 105:1,2,4,5,7,

10,15,18,23 106:2,4,7,
8,13,17,19,23 107:1,6,
7,10,24,25 108:12
109:12 110:6,7 119:4,
22 120:3,10,14,17,22
121:7 123:3,6,20,21
124:4 125:2,25 127:24
131:21 132:7 133:14
136:16 147:24 148:5,6,
14,16,17 149:1,3,4,7,8,
12,13,16,19,21,25
150:1,4 151:22 152:1,3
153:23 155:4 158:1,6,
15,18,19 159:12,13,20,
21 160:8,13,19 163:5,8,
9,12,20 165:10 166:7,9
168:8 173:14,18 174:8,
9,16,17,22 175:18
177:19,20,24 178:15
179:2 180:7,17 181:21
183:13 185:1,5 190:18,
25 191:2,5,11 192:5,7,
18 194:4,11,19,22
195:2 196:6,10 197:24
198:19,24 201:12
202:21 204:6,9 205:22,
23 206:19 207:3,7,12,
15,20 208:13,21 209:1,
11,13 222:2,6,9 230:15,
16 232:8 233:17,23
234:1 235:6,9 236:20
237:14 239:16 244:18
245:5 247:5,16 248:13
249:5,24 250:7 251:18
252:6,14,16,19 253:3
257:9 261:21 266:16,25
267:11,18,19 268:16,
19,23,25 269:13,21
270:9,21,23

**Secretary's**
25:25 51:7,10,17 53:10
58:24,25 60:8 71:11,23
72:22 73:21,24 76:21
78:9 86:12,13 89:25
93:16 96:3 99:12,23
101:25 105:11 108:2
124:2 131:20 145:20
146:6 148:9,10 150:9,
11,14 151:11,15 162:23
163:18 180:6 185:8
199:21 237:6,15 238:7
268:14

**secretaryship**
187:4

**section**
232:24

**security**
17:8 21:15 29:6 63:11
65:12 89:13,15,19,20
90:17 91:6,12,15,19,24
92:12 94:8,22 95:1,2,25
96:11 99:3 103:11
104:4 114:19 115:5
123:17 125:3 128:10
136:7,12,17 149:20,22
158:1 161:15 168:8
183:19 187:13 188:2
203:3 215:3,11 216:10
228:16 233:13 249:15
269:17 270:4

**security's**
96:4,22 101:25 103:7
158:5

**see**
59:2 64:23 85:4 87:2,3
90:17 103:8 105:20,22
110:7 112:3,4,20 117:4
130:17 135:24 152:20
161:6 167:8 172:11
181:13 186:4 192:16
215:24 234:8 237:6,23
240:13,22 245:12
247:13 252:12,13,15,18
253:8 256:2 257:4
265:16

**seeing**
111:7,17 118:9,15
119:18 136:1,2,4
249:14 256:22 265:12

**seek**
42:13,20

**seeking**
42:25 48:13 74:11
161:10 163:22 247:16

**seeks**
61:5

**seen**
21:7,9 115:9,23 118:1,6
135:15 179:17 181:4
216:13,14,16,17 244:5
267:24

**sees**
214:24

**self-explanatory**

89:10

**Senate**
169:17,22

**Senate-confirmed**
22:20 82:10

**send**
30:6,25 192:11 198:7,
20 205:14 228:1
254:22,23 255:8

**sender**
116:7

**senders**
117:10

**sending**
36:19 37:17 43:7,10,11
62:23 63:1 67:11
135:12 181:9 227:12,
18,19

**sends**
256:10

**Senior**
155:19,25 156:3

**sense**
14:7,8,15,16 46:11 47:4
64:12 70:1 101:18
129:10 180:4,10 181:21
195:9 197:1 213:24
217:11 246:18

**sent**
37:6,7,15 97:18 99:2,11
116:9,10,11 135:5,8,20
194:16 198:16 203:5,
13,16,19,22,24

**sentence**
136:14 154:16 155:9,
12,18 156:23 169:16
181:7,15 247:9 250:1
260:13,14 270:1

**sentiments**
196:4,5

**separate**
96:18 121:5 122:17
180:9 181:9,23 182:15
261:12

**separation**
216:14

**September**

60:16 257:3 265:9,18

**sequencing**
86:19,21

**series**
51:5 125:14 193:3
238:25 264:15

**serious**
179:20

**serve**
82:17

**service**
211:18

**serving**
238:17

**session**
238:19

**set**
62:10 72:24 187:23
190:8,13 208:11 227:10

**setting**
187:18

**SFRC**
136:15 139:22

**shape**
239:23

**share**
23:25 66:18,21 67:14

**shared**
23:18 88:20 101:21
198:15 204:25

**sharing**
79:14,15 239:13

**she's**
47:14 61:15 67:25 68:1

**shop**
23:3

**short**
44:9 119:3 151:2,5,6,7,
16 195:8 197:6 250:22

**shorthand**
170:1

**show-and-tell**
78:3

**shows**
201:24

**shutting**
167:20

**sic**
237:13

**side**
121:24

**Sidley**
10:7

**sign**
15:18 30:5 258:18

**signature**
53:10 67:15 98:8
173:14

**signed**
37:6 53:24

**significant**
109:18 234:22 243:9,12

**significantly**
250:7

**signing**
104:24 105:1

**signs**
53:14 257:9

**similar**
67:19 72:5 75:13,14
97:17 98:23 99:9
181:23 196:5 200:18
236:18

**similarly**
75:18 103:6 160:17

**Simon**
97:8

**simple**
49:25 181:24 206:13

**simply**
49:18 50:15 106:15
197:18 209:16 219:15

**simultaneously**
21:16

**single**
177:25 178:16 181:10

**sits**
28:2

**sitting**
97:21

**situation**
98:12,23 103:24,25

**situational**
73:3 78:4,6

**six**
74:25 209:4 263:20
264:4

**six-month**
246:10,11

**skim**
184:16 233:10

**skip**
229:25 253:1 260:13

**slightest**
25:21

**slightly**
75:10

**slip**
80:15

**slow**
95:12

**slower**
161:9

**small**
52:15

**Snell**
10:21

**society**
42:18 48:25 49:3 69:2
70:20 195:7

**solicit**
133:11

**solicited**
42:3,18

**soliciting**
36:16,17 50:6

**solicitous**
49:17

**solution**
213:11

**somebody**
140:24

**soon**
90:2,11 102:9 190:19
203:24 204:2,3

**sorrow**
212:12

**sorry**
35:6 38:21 41:16 44:24
45:1 53:11 55:5,7 57:8
67:1,2 69:9 71:7,10
87:5 90:25 94:12 101:1
111:11,12 112:25
113:15 115:14 117:17
128:11 134:9 135:12
139:25 143:11 151:6,20
157:15 158:21 161:2
162:5 166:5 174:21
189:20 193:20 194:10
206:20 208:24 213:19
222:15 226:6 232:21
234:8 243:20 247:7
261:2,18 267:8

**sort**
52:7 63:6 77:22 92:12
95:16 124:20 132:14
184:6 213:10 227:5

**sorts**
128:16

**sought**
46:19 74:15 139:24
141:18 142:13 164:2,10

**sound**
80:12

**sounds**
164:21 165:2 172:25
246:17

**sources**
48:14

**South**
255:22

**Southcom**
31:21 32:2,17,19,21
34:24 185:14

**Southern**
31:18 185:2,10

**speak**
63:15 117:24 150:14
183:24 196:22 219:16
225:10

**speaking**
10:4 13:8 17:23 54:17
70:16,17 101:20 109:8
145:8 178:20 204:17

222:21 224:25 225:1,2,
3,7

**speaks**
63:18 134:17 195:23

**specialists**
52:8

**specific**
11:21 17:4 31:4 32:8,14
56:1 73:17 75:25 76:5
80:2 88:16 89:2 92:6
98:11 100:21 101:9
102:12 106:11 107:1
114:8 128:23 129:11,20
141:12 165:5 185:24
196:14 215:8 216:3
221:24 226:11 240:22,
25 247:2,12,15 262:21
264:4 272:24

**specifically**
13:16 14:11 24:18
36:22 38:15,20 41:6
43:20 52:12 70:16
74:11 75:23 89:23 91:3
93:2 97:4 101:18 106:2
128:6 133:5 152:4
203:6 211:16 216:3
224:6,8 226:9,13
238:10 257:25 262:19,
22 265:15 266:23
273:2,13

**specifics**
45:10 81:12 101:23
107:19 138:21

**speculate**
60:6,12,21 61:19 83:8
98:6 181:25 215:15

**speculating**
60:5 250:4

**speculation**
58:11 60:1 61:5 98:5
102:11 107:18 108:18
109:7,23 110:18 136:25
137:11 142:18,24 144:3
147:6 169:9 170:16
171:8 173:7 177:17
180:12 181:18 182:4,11
190:15 191:25 215:14
217:18 218:4,17 219:13
220:11 235:16 237:21
244:20 245:22 250:3
253:18 259:1 260:7

**speculative**
61:18 63:9 65:8,20
67:22 68:3 83:7,12
84:19 85:8,20 104:19
147:9 170:17 172:8,19
183:9 200:11 220:22

**spell**
11:7

**spend**
17:23

**spoke**
100:22 101:2,5,6 103:3
138:25 155:24 158:9
217:13 224:3 269:25

**spoken**
101:19 196:1 197:11

**sprint**
15:24

**staff**
24:8,20,23,25 25:18
26:2,14,15 30:3 42:4,
19,21 43:17,21 48:7,8,
15 49:5 51:7,11 52:4,5,
16,20 58:13,25 61:23
71:3,8,10,11,12,15,20,
21 76:17 77:7 79:3
81:18 86:11,13,14
90:16 91:5 105:14,15
115:8,11,15,22 116:1,2,
10,11 117:13,16 123:25
131:5,13,18 132:13,14
136:15 139:23 148:11
153:24 155:5,21 156:4
160:3,8,18 185:10
193:2 198:21 224:25
225:4,5 230:6,12
232:23 237:6 238:6,7
239:14 248:25 249:6,
12,13,16 261:14,20
268:15 269:12,20

**Staff's**
76:23

**staffed**
105:16

**staffers**
231:3

**staffs**
99:10

**stage**
94:17 95:17 145:3

176:20 177:5 242:15

**stake**
188:14 241:22

**stand**
210:25

**standard**
90:1 110:25

**standing**
70:21,25 76:10,15
77:15,16 80:1

**stands**
84:20 210:14 211:13
235:9 260:8

**start**
75:1 113:21 120:15
122:22 193:18 243:20
253:11

**started**
27:16 47:18,23 73:4
95:5 180:22,23,24
182:6

**starting**
35:16 134:24

**starts**
64:20 143:16 152:17
157:20,24 161:5
169:16,21 186:19
213:15 265:1,2,3

**state**
10:8,13 11:6 13:25
18:7,24 19:4,13 25:16
26:4 27:24 28:1,4,22
29:10,12,21 30:6 36:18
42:7,8 61:21 69:5 80:6
88:3,6,9,14 89:9 94:1,3,
6,9,10,13,18,25 95:11,
17,18 96:9,11,12,20
97:3,10,16 98:2 99:25
100:13,18 102:14,23
103:8,14,18,23 104:8,
21 105:4,8,24 106:9,13,
18,22 107:9,12,15,23,
24,25 108:3,5,8,12,16,
22 109:3,10,11,13,18
110:2,9,22 114:25
116:6,16,22 117:2,7,17
119:22 120:3,10,14,25
121:2,13,24 122:5,8,20,
24,25 123:10,16,19,21
124:6,7,9,24 125:17,24

126:19,25 127:4,9,10,
15,18,24 133:2,6,13,23
135:2,22 137:2,3,7,13,
17 138:12,21 139:1,9
140:1 141:19 142:15
152:18 153:21 154:14,
22 155:5 158:18 159:12
172:4 173:15,23 174:2,
6,9,13,16,17,23 175:2,
13,16,18,21 176:14,23
177:13,24 178:15
179:3,5 180:18 182:13
183:12 187:7 200:19
201:7 233:23 234:2
235:6 236:20 244:17
253:8 260:1

**State's**
95:24 97:20 98:16,21
99:1,19 102:5 120:11,
18 180:7 181:11,22
182:8

**stated**
113:6 136:1 138:9,24
142:12 155:12 223:24
248:13

**statements**
169:12

**states**
27:23 93:20 108:23
161:11 168:21 179:11,
14,21 227:13,24 241:18
243:6,10 245:10 246:25
247:21 248:4,10,12,19
251:15 260:1 269:19

**stating**
224:2

**statue**
145:7

**status**
22:5 28:13,17,21 126:1
162:16 163:1,24 164:20
168:17 200:2 205:8
208:5 217:5 231:16
243:6 247:23 248:11
251:24 252:4

**statute**
108:20,21 143:19
144:1,5,14 145:1,18
146:13 150:6 166:11
168:14 199:5,9,23
205:7 217:16,23 218:1,

14,24 219:16,21
220:15,19 221:1,19
222:19 224:5 228:17

**statutory**
238:13

**stay**
247:21,23 248:10

**stem**
198:6

**step**
27:5 97:1 107:13
111:25 199:11 204:8
258:7 263:5

**Stephen**
140:23 155:20 156:3,8
224:18,20 225:14

**Stoddard**
268:11,12

**stopping**
202:7

**stories**
203:8

**story**
203:8 213:10

**strangers**
117:4,6

**strategy**
240:12 265:3

**Street**
10:8

**strict**
143:18 144:5,18 146:4
165:10 199:4 217:12,
15,19,22

**strictly**
166:12 168:14 199:24

**strike**
173:15

**strong**
105:11,17

**strongly**
26:23

**structure**
36:4

**struggle**

197:3

**struggling**
196:25 197:1 206:10

**stuck**
97:20,23 98:7 99:17

**Studies**
272:7,15,23

**styles**
47:17

**subject**
12:4 58:16 84:14 86:15
87:2,8 128:7 135:18
142:2 180:17 186:21
208:3 222:24 223:1
233:13 241:20 244:15
253:22 265:6,7

**submit**
62:18 94:25

**submitted**
19:15 61:25 63:23

**subpoena**
16:25 17:16 20:20 21:9

**substantial**
48:13

**substantially**
203:25

**substantive**
120:22 122:4,9,24
125:17 126:8,24
127:10,15

**substitute**
132:15

**succeeded**
81:25 151:3

**successive**
218:9 219:2

**Sudan**
18:8 19:14 60:15 80:4
95:23 96:15,21 97:5
102:16 103:25 104:1,9
105:5,9 106:3 107:5
118:13 119:23 120:12,
18,20 121:3,9,25 127:7
174:10 251:20,25
252:8,21,24 253:4,20,
23 255:9,22 257:20
265:19

**Sudan's**
98:12

**Sudan/south**
255:8

**Sudanese**
118:12

**suddenly**
212:20

**sufficient**
95:14 96:6

**suggest**
13:20 102:4 112:2
141:17 145:12 167:20
176:8,11,12 177:9
181:16 182:13

**suggested**
53:1 147:9

**suggesting**
198:10 258:12 259:3,14

**suggestive**
175:24

**suggests**
144:15,22

**Sullivan**
18:8 19:13 104:14
105:1 174:17

**Sullivan's**
174:10

**summer**
31:22 32:25 33:1

**support**
26:24,25

**supporting**
60:25 61:12,14,19
210:18

**supports**
77:3

**suppose**
172:20 214:18

**supposed**
66:9 94:20,22 95:6

**sure**
11:8 18:18 22:12 38:1
56:17 76:20 77:5 78:20
108:13 138:5 142:20
144:19 153:6 154:12

157:15 159:17 174:18
177:7 178:6 185:19
193:7 212:14 223:3
233:25 234:20 239:8
240:13 244:4 265:23
273:22

**surely**
192:18

**surname**
103:2

**surrogate**
241:24

**surrounding**
107:4 263:22

**suspect**
142:12

**swap**
254:24

**swapping**
255:21

**swear**
10:25

**Swiss**
64:11

**sworn**
11:2

**sympathetic**
248:2,4

**Syria**
122:16 126:23 127:1,5

**system**
134:21,22 135:18

---

**T**

---

**T-a-m-a-r-a**
103:1

**T-o-m-a-s-u-l-o**
92:21

**tab**
20:18

**table**
78:21

**Tahani**
10:22

**take**
10:9 20:14 21:18 22:24
40:9 53:23 63:17 72:20
76:11 79:19,20 80:11
130:14,15,16,18 150:9
152:25 212:6 228:2
234:23 246:1 250:15,
20,22 257:4 260:3
268:8

**taken**
12:25 16:8 156:22
168:10,25 206:17
221:12 272:25

**takes**
239:15 258:17,20

**talk**
38:2,21 163:14 262:7

**talked**
17:17 36:3 168:12
174:1 185:4 195:3
199:2 216:10,12 258:14

**talking**
50:6 89:1,6 96:20
120:6,7 126:1 133:5
138:22 207:25 223:25
237:8 263:12 265:25

**talks**
142:3 239:4

**Tamara**
103:1,12

**tasked**
52:12,20 73:5

**tasks**
87:17,18

**taxes**
227:14

**Taylor**
152:2 266:13,14

**team**
52:3 83:9,11,23 84:7,9,
12 91:22 92:1

**teams**
78:22

**technical**
51:20

**Tegucigalpa**
136:4

telephone
244:18

tell
12:10 21:12 41:6 84:9
90:10 117:11 263:8,10

telling
155:22 204:15

temporal
164:15 165:11 166:10
168:16 200:1 213:4

temporally
163:24

temporary
22:5 28:13,17,21 126:1
161:11,16,25 162:15
163:1,23 164:15,19
168:17 200:1 205:7,8
208:5 217:5,6 231:15
251:24 252:4

tend
40:20

tended
132:16

tendency
13:2

tens
269:18

tenure
38:4 42:1 44:9 55:10
94:10,12 106:23 127:8
129:7 133:21 151:21
163:4,8,13,22 185:23
208:22 209:1 210:2

term
51:20 60:18 68:16
86:18 244:21,23

terminate
136:18 179:3 207:8
210:1 212:25 219:1
246:9,14 261:5 263:13

terminated
60:15 128:12,20 199:16
242:1 243:9 246:20

terminating
145:21 168:21,23 198:3

termination
29:7 36:12 69:17 87:25

88:11 89:22 94:6,23
129:3,22 140:3 175:10
195:14 214:1,5,24
217:4 224:1,14 243:13
263:3,7,18,19,24 264:5
265:19

terminations
17:14

terms
37:16 43:15 100:16
105:17 108:20 124:11,
25 126:7 128:7 138:8
156:21 162:2 166:2,21
168:2 184:5 201:25
226:10 238:16 250:18

terrible
25:5

testified
11:3 137:21 144:20
191:25

Testify
20:21

testifying
12:5 37:2 64:16 170:11
195:17 196:21 209:7
214:8 236:6 256:21
258:25

testimony
12:3 16:6,10 18:3 131:9
137:21 138:4 144:23
170:10 173:6 183:23
219:13,24,25

thank
11:14 14:17 15:2 19:9
20:3 31:13 35:14,19
67:10 88:1 148:12
159:1 162:12 168:5
171:12,15 174:20
188:12 189:2 193:13
203:10 221:14 223:21
226:6 229:2 232:16
243:14 254:15 256:25
261:3 262:13

thanks
213:19 249:22 256:12

there's
14:2 15:22 18:20 50:3,5
62:10 64:10,20 82:9
116:5,12 119:14 135:17
161:4 177:19 181:7

185:19 186:10,12 202:4
215:4 231:23 236:10
239:10,19 241:2 247:9
251:16 256:18 257:9
258:16,20 264:14,19
273:22

they'll
40:19

they're
37:16 47:15 133:8,10
257:14

thing
35:24 63:6 74:24
133:15 152:15 172:13
173:16 184:7 191:6,8
259:19

things
24:10 30:18 51:11 78:5
87:22 128:16 132:16
142:19 162:22 165:8
168:24 185:4 196:3
200:4 215:8 216:18
224:22 241:17 245:11
249:16,25 256:24
261:12

think
19:2 25:6 45:19,20
48:5,11 49:14 50:14
52:9 59:21 65:17 80:11
81:13 83:13 87:4 89:9
92:10 111:13 114:1
120:14 127:3,21 131:8,
10,16 132:21 134:15
141:2 153:3 155:10
159:9 162:10 171:21
173:8,16 174:1 177:6
181:19 182:19,22
183:14 184:15 186:6
189:9 193:1 195:23
198:8 199:10,14 202:6
205:20 206:9,13 208:8
210:13,23 211:12 212:3
213:11,17,24 214:17
215:2,4,6 216:17,24
219:15 220:23 221:1,2
224:5 230:3 231:12
232:6 236:7,8 240:2
245:8,21 250:16,18
255:8 262:24 266:7
267:9 269:25 273:20

thinking
75:1 91:23 132:9

268:21

thinks
215:16

third
249:20,21 265:3

thorough
234:13

thought
30:16 61:23 101:14
111:15 113:6 124:23
141:10 191:21 197:19
206:12 227:10,17

thoughts
205:1 206:6

thousands
147:11,12 269:13,19

thread
162:8

three
23:10 27:17 47:1 64:23
69:22 72:15 80:5 84:24
135:21 139:10 140:3
148:18,24 164:13
207:22 238:18 250:10
264:23 265:5,8 272:14

three-week
33:2

Thursday
64:4

tick-tock
86:16,18 87:3,9

Tidd
185:1,6

tied
145:22 215:22 218:23
219:6,9 247:2,12

ties
205:13

till
157:17

Tillerson
18:9 105:2 155:21
156:25 158:1,5,9,16,18
159:13,20 173:18
174:17,23 175:18 179:3
260:17

**Tillerson's**
136:16 153:22 174:8

**time**
10:6 13:8 15:21,24
20:25 21:4 24:9 27:10
30:13 31:19 34:21 35:4,
9,12 36:23 38:11 40:4
44:19 47:3 48:1,6,7
57:5 60:3 65:11 69:15
70:11 74:22 75:4,6,17,
18 76:6 80:5,13,16,20
82:12 83:3,13 84:1
85:24 87:13 95:3,14
96:6 100:2 106:17,19
107:2,8,10 118:8 119:3
121:6 126:22 128:9,18
130:21,25 132:8 138:7
140:12,18 141:16
143:24 144:4 148:8
149:5,12,19,21 150:21
151:17 153:1 159:25
160:19 161:9,13 162:13
171:20 172:3,21,22
177:12,13 180:8,10,21
181:22 182:6 185:2
192:17 200:9 202:10,14
204:12 205:2 207:15
208:7 209:12 217:14
220:12 221:17 228:5,6,
10 231:5,22 233:2,24
244:2,7,25 245:4,5
247:2,4,12,17 249:6
250:14,23 251:2 252:15
256:9 260:11 261:6
265:7 266:15 267:17
268:5,19 270:10 273:24

**timeline**
70:10 207:17

**timelines**
54:1 184:6 190:17

**timeliness**
99:1 106:22 107:5
122:8

**timely**
95:1 97:19 102:2,15
103:9 253:3

**times**
31:6 39:19 71:4 73:15
74:20 75:3 76:17 123:9
141:5 180:9 181:23
226:17 244:1

**timestamps**
244:7

**timing**
110:18 130:17 149:18
171:14 226:16,20

**title**
56:25 83:19,21 92:22
101:9

**today**
12:3 16:6,14,22,23
17:21 18:3 64:14 76:25
183:4 217:13

**today's**
10:5 16:20

**told**
66:6 156:11,14 158:1,5,
9 159:3,19 160:17
183:2 203:4,21 224:8,
23 225:9,13 245:25
249:16

**Tom**
241:5 270:4,6,8

**Tomasulo**
92:19,21 184:3,4

**top**
134:17 155:21 156:24
183:1,11 187:6 216:23,
25 234:12 240:17

**topic**
212:15 223:9

**touch**
38:12 123:24 184:4
248:7

**touched**
137:14

**town**
71:2,19 79:4

**TP**
126:18

**TPS**
17:9,14 18:8,9,12,20,21
24:10,13,16,22 28:24
29:2,7,22 30:11,13,14,
15 31:6 32:16 33:6,15,
24 34:22 35:4,9,12
36:7,12,15 37:24 38:5,
11,17,18,20,21,22,25
39:4,11,15,17,21 40:13
41:1,3,5,9,22,23 42:3,4,
12,14 43:4,19,24 44:8,
16,18,22 45:2,9,13
46:18,20,23 47:2,10,13,
20,24 48:1,4,9,15,20,23
49:1,4,12,19 50:9,17,20
52:25 54:8,13,19,21,25
55:23,25 56:1,3,6,8,16
57:9,12 58:1,16,18,22
59:10,17,24 60:2,15,20
61:16 63:19 68:8,11,22,
25 69:4,8,11,18 70:10,
13,15 73:9,13,16,24
74:7,19,21,24 75:7,22
76:3,18 77:6 78:25
79:2,9 80:1 81:1,5,6,8,
9,14,19 85:1 86:16,22
87:3,8,25 88:10,14,15,
16,18 89:21 90:1,4,15
91:8,11,18,22 92:6,7,11
93:12,16 94:1,4,7,14,23
96:14,18 97:7 98:3,12,
16,22 99:15 100:14,19,
21 101:22 102:6,24
103:3,19,23 105:5,25
106:10 107:16 109:5
110:12,14 112:5,11
114:22 115:18 118:2,7,
23 119:1,23 120:12,18
121:3 122:6 123:1,11,
17 124:12 125:18
126:9,19 127:8,16
128:11,19 129:3,6,22,
24 130:4 131:6,14,18,
22 132:1,10 133:6,7,24
135:23 136:18 137:17
138:12,20 139:1,11,14
140:3 141:11,13 142:15
143:19,20,25 145:21
146:2,7,13,18 147:1,20,
21,24 150:6,25 151:18
152:5 155:6,22 156:4,
25 158:7,9,16 159:14,
21 160:1,9,20 161:15
162:1,13,24 163:17,18,
19 164:16,19 165:10
166:9,10,11 168:4,9,12,
13,16,21,24 169:7
171:6 172:5,12,14
173:19 174:24 175:10
176:25 177:15,25
178:16 179:3 180:18
181:12 182:2,14
183:12,18 184:2,5
185:6,16,23,24 186:21

187:16 188:3,15,17
190:18 192:19 194:6,9
195:14 196:11 197:12,
16 198:7 199:5,9,15
200:8,13,20 201:7
202:22 204:10 205:1
206:2 207:8,17 208:23
209:2 210:1 211:24,25
212:1,25 213:22 214:2,
6,14,24 215:12,24
216:3,17,21 217:7,16,
21 218:1,10,14,24
219:3,10,21 220:14,19
221:19 222:19 224:1,
12,15 225:11,15,20
226:1,8,14,18,22 227:1
228:17,21 229:18
230:18,24 231:4,8
232:11 235:7,10
236:13,21 238:13
240:12 241:9,13,16,19,
22,25 243:8,9,13
244:15 245:9,11,17,24
246:10,20 247:1,5,12,
17 249:18 251:16,20
252:11 253:4,20,23
255:8,21 257:9 258:3,
15 259:23 260:10,22,25
261:5 262:2,9,16,19
263:3,7,17,18,22,24
265:7,19 266:18,21
267:1,12,23 268:3,9
269:2 270:10,24
271:13,16,24 272:3,8,
12 273:1,4,12

**TPS-RELATED**
151:23

**TPS.RADOPS**
234:6

**TPS.RADOPS.**
234:6

**TPSP/SCO**
85:16,18

**Tracy**
64:24,25 151:2,5,6,7
243:16

**trade**
84:2,3 187:3

**training**
35:21 36:1,2,6

**trans-border**

**92:24**

**transcript**
15:16 210:24 232:18

**transferred**
258:19

**transmits**
53:24

**transmitted**
53:8

**travel**
190:4 245:18 246:2

**travelers**
24:1

**traveling**
160:5

**treat**
75:17 179:18,19 182:14

**treated**
75:16

**treating**
179:8

**tremendous**
109:9 195:4

**Triangle**
179:15

**tried**
71:16 195:21 205:5
261:14,20 269:12

**true**
64:13

**Trump**
143:17 155:19,25 156:2
169:24 216:1

**trusts**
249:24

**truth**
12:11,12

**truthful**
16:6,10,14

**try**
13:10 80:14 131:10
181:21 195:25 196:2
198:13 199:11 223:22
228:3,4,22 264:22

**trying**
126:12 133:19 153:1
165:4 213:7 224:5
239:8,23 250:13,18
255:5 259:7

**turn**
64:17 143:7 152:16
167:16 190:1 212:16
216:23 231:23

**turning**
70:12,14

**twice**
31:10 71:14

**two**
23:9 32:22 59:14,15
70:3 72:15 76:10 86:6
125:24 130:6 143:8,12
149:9 157:14 158:8
182:22 190:9,10 207:13
208:4 216:25 228:2
230:8 232:22,25 234:4
245:11 258:13

**two-fold**
217:4

**two-minute**
130:16

**type**
65:18 74:10 76:15
112:3

**typed**
15:15

**types**
216:15

**typical**
13:19 72:23

**typically**
31:2 36:14 53:23 57:14
69:10,14 88:25 93:8
109:3,20 177:14
252:11,12,13,18

———————

**U**

**U.S.**
26:12 28:10,22 31:18
32:23 34:16 35:1 43:5,8
75:13,15 87:24 116:17
128:15 134:18 135:21
139:10,13 140:11

185:2,3,10 205:15
213:6,7

**Uh-huh**
81:16 82:17

**ultimate**
217:20

**ultimately**
15:18 74:15,16 89:6
104:7,8 174:23 175:18
206:17 210:2

**Um**
26:20 43:1,20 51:15
65:22 71:20 80:2
142:19 172:9,20 198:16
210:3 252:12,18 261:11

**Um-hmm**
130:7

**um-hum**
13:2 77:19 107:3
115:10 147:16 204:20
206:15

**unable**
16:5 104:23

**unclear**
68:14

**underneath**
43:17

**undersecretaries**
71:24 72:11,12,13

**undersecretary**
21:17 22:10,19,21,25
55:21 72:10 82:9,10,13
268:6

**understand**
12:7,13,18,21,22 13:5,
22 15:4,25 16:16 36:14
41:8 49:23 50:12 56:19,
21 57:6,8,19,23 60:18
65:5,13 66:8,14 67:16
82:11 102:2 125:6,23
130:12 138:5 139:13
153:25 155:13 164:22
177:2 183:5 187:15
190:24 211:17,22 216:2
217:11 218:7 219:18
227:18 242:9 244:24
253:15 259:7 263:6,11
267:11 271:12

**understanding**
36:25 37:4,9,12,21
41:18,21 46:16 47:19,
24,25 48:4 51:21,23
61:13 63:8 66:11,12,16,
17 75:11 82:7,8 94:2,5
126:20 133:20 137:8
143:24 153:8 171:2
172:1 177:18 179:22
190:12 191:20 192:23
200:7 205:22,24 206:5
217:14 218:9,13,18
220:14 221:11 223:1
238:20 246:8 250:6
254:5

**understood**
82:4 87:16 114:12
174:15 178:7 187:22
198:1,4 249:9

**unequivocally**
224:3

**unfortunate**
208:1

**unfortunately**
265:25

**uniformly**
139:11,14

**Union**
23:25

**unique**
197:15

**unit**
68:17

**United**
27:23 93:20 108:23
161:11 168:20 179:11,
14,21 227:13,24 241:18
243:5,10 247:21 248:3,
10,19 251:15 269:19

**units**
72:7

**universe**
247:1,11

**unleashed**
212:20

**unnatural**
114:17

**untold**

JAMES D. NEALON - 08/14/2018                                    i43

213:10

**unusual**
173:15

**upcoming**
181:12 235:7 265:7

**update**
233:9,15 234:5,14
236:11 246:6

**updated**
254:22 255:8,12,16

**updates**
79:22

**upstairs**
151:15

**urgency**
190:13

**Uruguay**
33:21

**USCIS**
18:21 36:14,17,23 37:5,
6,14,15,24 38:3,11,13,
16,18 40:8 41:18 42:8
50:20 53:2,6,8,12,14,23
60:12 61:22 67:17,23
77:11 82:5,6,18 83:14,
16 85:2 182:2,9 192:2,
4,11 207:3 235:4,5
238:3,21 252:10 254:7
255:8 258:3,9,18,23
259:8 265:17,24 266:9
268:10,17

**USCIS'S**
190:23 191:3 253:20

**USCIS_RFPD_
00000055**
233:6

**use**
68:17 146:4 170:13
197:7

**useful**
206:13

**user**
62:17

**usually**
71:14,23 72:19 77:22
239:21 252:5

---

**V**

**vacant**
82:11

**vague**
31:11 49:21 50:11,25
51:1,4 53:17 68:13
69:12 70:23 95:20
98:13 109:7,22 110:15,
17 112:7,8 120:5
149:18 178:18 181:5
194:24 200:10 213:3
218:5 241:14 264:1

**variety**
68:23

**various**
48:13 50:1 55:1 59:20
77:12 108:4 207:17
209:17 228:20 263:16

**vary**
69:24

**Vaughn**
273:18

**verbal**
49:17

**verbalize**
13:1,4

**versa**
132:17

**version**
262:25

**versus**
10:10 16:17 17:11

**vetted**
99:20

**vice**
132:17 248:22

**video**
10:3 244:22

**VIDEOGRAPHER**
10:2,24 20:25 21:4
80:16,20 130:21,25
202:10,14 228:6,10
250:23 251:2 273:24

**videotaped**
10:9

---

**view**
144:6 166:3 199:4
217:12,16,19 220:24,25
242:10,13,17

**viewpoint**
218:20

**views**
175:2,13,21 176:6,8,9,
21,23 177:10 215:3
271:19

**violated**
161:12

**violence**
208:8

**visibility**
48:19 49:11 137:3

**visible**
259:21

**voice**
63:15

**volumes**
195:5

**voraciously**
42:16 194:7

**VP**
248:21

**VTEL**
244:13,16,21

---

**W**

**wait**
13:10 260:1,2

**waiting**
80:5

**walk**
41:20,24 127:2

**wall**
216:12

**want**
11:13 14:22 39:20
40:15 62:17 70:8 85:2
87:11 130:18 142:7
144:19,20 145:1,10
146:14 153:6 154:12
157:18 158:23 159:17
167:17,20,22 172:25

---

173:13 174:18 176:6,7,
9 177:7 178:6,11
185:19 186:16 189:7,13
193:6,7 196:22 202:23
215:15 223:3,17 224:2,
12 232:22 242:3
243:19,24 248:6 249:1
250:16 254:13 266:7,9

**wanted**
36:10 59:1 69:3 81:17
105:20 117:19 131:21
132:6,22 186:10 195:7,
25 196:2 202:18 204:23
251:19 253:8

**wants**
79:5 245:19

**warranted**
158:8

**Washington**
22:2 31:1 34:16 70:8
152:12 200:17 209:22
261:13,19

**wasn't**
17:4 38:5 77:5 85:12
92:1 159:4 205:19
208:2 267:1

**way**
23:1 36:11 45:6 48:17
49:15 56:5 58:15 75:13
94:20 95:2,5,10 96:2
109:24 115:1 116:5,12,
13,15 124:18 131:25
132:8 137:8 155:15
163:15 166:12 167:8
168:15 171:6 177:9
180:11 197:17 199:3
216:2 217:25 223:6,15
226:2 239:24 248:11
254:10 267:23

**ways**
46:3 224:10 247:22

**we'd**
40:3 260:2

**we'll**
15:24 34:19 41:17
45:23 58:3 67:13 76:10
80:11 93:25 111:25
130:13 134:8 152:9
171:11 184:9 193:18,19
232:19 260:14 262:24
266:2 271:9 273:23

---

JAMES D. NEALON - 08/14/2018                    i44

**we're**
45:19 158:24 207:6 228:10 232:17 240:13 250:16,23 251:3 256:8 265:15,25 269:8 273:20,24

**we've**
50:4 162:7 168:12 174:1 216:13,14,16,17 236:2 253:5 264:9 267:23

**Wednesday**
254:22

**weed**
195:9

**week**
39:19 69:21 70:2 71:4, 14,17 76:17 77:18 78:11 79:8 207:9 209:10

**weeks**
27:17 47:1 70:3 148:24 155:19 196:18 238:18 250:10

**weeks'**
80:5

**weigh**
28:23 29:4,9,13,21 112:5,11 164:24

**weighed**
110:13 111:2 112:14 164:23

**weight**
109:9,16 133:12

**Welch**
10:5

**welcome**
14:20 15:3

**went**
28:20 44:6 48:20 57:2 63:20 83:14,16 99:20 108:1 145:19 168:3 198:18,23 200:15 218:20 252:14,16,19

**Western**
28:4 29:16,18 30:25 31:3 88:3,5 108:8 110:1 123:4,6 124:1 127:24 133:18

**WH**
248:14,25

**what's**
59:20 76:25 84:1 92:20 178:24 192:13

**White**
44:6 48:8 89:16,24 90:3 91:7,10,18,21 139:23 140:5 141:17 142:13 157:16 160:3,7 169:11, 16,22 183:17 184:2 203:5,6,14,16,20,22,24 222:12,13,16,17,20,22, 25 223:25 224:11,13,16 248:15 249:6,12 260:19,25 261:4,14,20 262:2,8,15,18 269:11, 20 270:4,24

**who's**
60:10 100:1 103:1 241:5

**wide**
43:15 194:6

**widely**
77:9,21 194:7

**willing**
202:1

**window**
29:9 69:17 200:13

**withdraw**
261:23

**withdrawn**
257:21,24 258:1

**withholding**
90:20,23

**witness**
10:25 15:2 19:1,6 76:12 146:19 159:1 162:12 168:5 174:20 178:9 188:12 189:12 203:4 206:20 207:4 211:6 213:19 221:14 223:12, 21 226:6 242:8 254:15 262:13 271:5

**Wolf**
86:12 155:21 156:4,8, 17,18 225:6,8,9,10,13 226:7

**Wolfe**
225:24

**woman**
103:1

**won**
212:4 217:16

**won't**
34:19 140:18 156:1,2 189:23

**wonder**
58:8 251:8 254:19 271:20

**wonderful**
27:18

**wondering**
178:4

**word**
50:25 147:8 197:1

**words**
25:22 43:6 59:18 87:3 111:6 117:22 146:21 158:23 172:25 183:25 195:18 196:23 198:11 209:9 211:19 214:10 248:6

**work**
27:8 61:9 76:13 94:21 95:6 109:25 190:8 245:4,17 249:12

**worked**
24:17,18,21 34:15 40:4, 5 83:17 95:10 133:16 237:13 249:11

**workforce**
243:11

**working**
36:22 44:24 142:11 227:21,22 248:25

**works**
86:10 147:15 187:2

**world**
73:4 114:20

**worry**
237:25

**worth**
85:1

**wouldn't**
116:11 131:25 132:2,25 136:13 173:15 183:3 215:15 252:13 268:8

**write**
30:3 108:12 192:9,23 194:8,11 195:7,21 197:6 204:7,12 205:21 212:17 213:13 214:4

**writes**
67:11 191:23

**writing**
197:10 204:25 206:6 226:25 227:7

**written**
42:3,9 49:2 50:4 172:22 181:9 194:1 196:7 203:25 204:1,2 206:1 213:25 227:5

**wrong**
243:21 246:18

**wrote**
18:11 93:5 197:13 209:23 212:17,18 217:15

---

Y

**yeah**
25:9 41:24 50:14 51:12 52:8 67:5 107:19 108:19 112:9 119:17 121:4 123:2 125:19 127:13 142:8,9 147:13 152:25 165:2 169:10 171:9 184:7,15 186:5 189:6 210:12 213:5 215:6,15 239:7 244:21 264:19

**year**
31:24 34:8 135:3,6

**years**
32:24 33:12,22 34:5,12, 17 124:10 147:12 168:18 205:12 212:4,19 214:18 227:14

**yes-no**
61:11

**yes-or-no**

142:6 156:19 157:4
176:2

**yesterday**
  17:22 20:6

**you'd**
  130:15 157:13 190:22
  206:1

**you'll**
  12:16

**you're**
  12:3 13:4,18 14:20,25
  16:5 23:8 42:21 56:10,
  14 63:3 65:18 75:20
  79:21 83:19 91:6,23
  92:4 102:18 117:15
  120:6 122:18 125:6
  134:10 137:14 143:12
  149:18 154:5 156:7
  157:4,16 158:23
  159:11,18 162:9 164:5
  165:4,15 173:9 174:18
  178:12 190:21 192:13
  195:20 202:24 229:22
  232:14 244:12 249:14
  259:3,14

**you've**
  11:24 13:10 15:7
  173:24 182:21,22 197:9
  199:7,8,13 215:20,23
  224:9

---

**Z**

---

**Z-a-d-r-o-z-n-y**
  140:25

**Zadrozny**
  140:24

**zones**
  244:2,7