DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO

 4              Case No. 3:18-cv-1554-EMC

 5    ------------------------------x

 6    CRISTA RAMOS, et al.,

 7                 Plaintiffs,

 8           vs.

 9    KIRSTJEN NIELSEN, et al.,

10                 Defendants.

11    ------------------------------x

12

13          VIDEOTAPE 30(B)(6) DEPOSITION OF

14
        U.S. DEPARTMENT OF HOMELAND SECURITY
15
      VIA ITS REPRESENTATIVE DONALD WARREN NEUFELD
16

17             Thursday, August 9, 2018

18                 Washington, D.C.

19

20

21

22

23    REPORTED BY:

24    Susan Ashe, RMR, CRR

25    Job Number LA-185456
```

1

2

3

4

5

6

7                                    August 9, 2018

8                                    9:47 a.m.

9

10          Videotape 30(b)(6) deposition of U.S.

11   DEPARTMENT OF HOMELAND SECURITY VIA ITS

12   REPRESENTATIVE DONALD WARREN NEUFELD, taken by

13   plaintiff, pursuant to subpoena, at Sidley Austin

14   LLP, 1501 K Street, Northwest, Washington, D.C.,

15   before Susan Ashe, Certified Realtime Reporter,

16   Registered Merit Reporter, and Notary Public within

17   and for the District of Columbia.

18

19

20

21

22

23

24

25

```
 1         A P P E A R A N C E S

 2    UNITED STATES DEPARTMENT OF JUSTICE

 3    Civil Division, Federal Programs Branch

 4    Attorneys for Defendant

 5         20 Massachusetts Avenue, Northwest

 6         Washington, D.C.  20530

 7         202.353.9265

 8    BY:  ADAM D. KIRSCHNER, ESQ.
           adam.kirschner@usdoj.gov
 9
      BY:  KEVIN SNELL, ESQ.
10         kevin.snell@usdoj.gov

11              -  and  -

12    UNITED STATES CITIZENSHIP AND IMMIGRATION

13    SERVICES

14         111 Massachusetts Avenue, Northwest

15         Washington, D.C.  20529-2120

16         202.272.1336

17    BY:  LIZA SHAH, ESQ.
           liza.h.shah@uscis.dhs.gov
18              -  and  -
19
      U.S. DEPARTMENT OF HOMELAND SECURITY
20
           Nebraska Avenue Complex
21
           3801 Nebraska Avenue, Northwest
22
           Washington, D.C.  20016
23
           202.875.2593
24
      BY:  TAHANI AFANEH, ESQ.
25         tahani.afaneh@hg.dhs.gov
```

```
 1

 2          A P P E A R A N C E S

 3
        SIDLEY AUSTIN LLP
 4
        Attorneys for Plaintiffs
 5
              555 California Street, Suite 2000
 6
              San Francisco, California  94104
 7
              415.772.1200
 8
        BY:  ALYCIA A. DEGEN, ESQ.
 9           adegen@sidley.com

10      BY:  WAQAS A. AKMAL, ESQ.
             wakmal@sidley.com
11
                  -  and  -
12
        NATIONAL DAY LABORER ORGANIZING NETWORK
13
              674 South La Fayette Park Place
14
              Los Angeles, California  90057
15
              213.380.2783
16
        BY:  EMI MacLEAN, ESQ.
17           emi@ndlon.org

18

19

20      ALSO PRESENT:

21      AKIM GRAHAM; Videographer

22

23

24

25
```

Case 1:18-cv-01599-WFK-ST   Document 151-2   Filed 03/01/19   Page 5 of 300 PageID #: 10019

```
 1
 2                          INDEX
 3   WITNESS
 4   Donald Warren Neufeld
 5   EXAMINATION BY                              PAGE
 6   Ms. Degen                                      8
 7
 8                    E X H I B I T S
 9          (Exhibits attached to transcript)
10                                            MARKED
11   Exhibit 13                                  119
12   Exhibit 14                                  138
13   Exhibit 15                                  174
14   Exhibit 16                                  183
15   Exhibit 17                                  194
16   Exhibit 18                                  198
17   Exhibit 19                                  203
18   Exhibit 20                                  206
19   Exhibit 21                                  215
20   Exhibit 22                                  219
21   Exhibit 23                                  224
22   Exhibit 24                                  227
23   Exhibit 25                                  229
24   Exhibit 26                                  231
25   Exhibit 27                                  233
```

```
1
2                      EXHIBITS (Continued)
3                                               MARKED
4    Exhibit 28                                   247
5
6               PREVIOUSLY MARKED EXHIBITS
7                                                PAGE
8    Exhibit 1                                     38
9    Exhibit 2                                     38
10   Exhibit 7                                    191
11   Exhibit 8                                    149
12   Exhibit 9                                    166
13
14
15
16               INSTRUCT THE WITNESS
17     Page/Line          Page/Line          Page/Line
18      23/2               53/6               64/17
19      68/4               69/8               71/2
20      71/16              75/19              110/19
21     111/2              242/19             244/25
22     251/1
23
24
25
```

```
 1                    WASHINGTON, D.C.;
 2           THURSDAY, AUGUST 9, 2018, 9:47 A.M.
 3                       --oOo--
 4           VIDEOGRAPHER:  Here begins the
 5  deposition of Donald Neufeld in the matter of Crista
 6  Ramos, et al., versus Kirstjen Nielsen, et al., in
 7  the United States District Court for the Northern
 8  District of California, San Francisco, Case
 9  No. 3:18-cv-01554-EMC.
10           Today's date is August 9, 2018.  The
11  time on the video monitor is 9:47 a.m.  The video
12  operator today is Akim Graham.
13           This video deposition is taking place
14  at Sidley Austin at 1501 K Street Northwest in
15  Washington, D.C.
16           Counsel, please voice identify
17  yourselves and state whom you represent.
18           MR. KIRSCHNER:  Adam Kirschner from
19  the Department of Justice representing the
20  defendants.
21           MR. SNELL:  Kevin Snell from the
22  Department of Justice representing the defendants.
23           MS. AFANEH:  Tahani Afaneh from the
24  Department of Homeland Security representing the
25  defendants.
```

Case 1:18-cv-01599-WFK-ST   Document 151-2   Filed 03/01/19   Page 8 of 300 PageID #: 10022

```
 1                    MS. SHAH:  Liza Shah from the
 2   Department of Homeland Security representing the
 3   defendants.
 4                    MS. DEGEN:  Alycia Degen from Sidley
 5   Austin representing plaintiffs.
 6                    MS. MacLEAN:  Emi MacLean from the
 7   National Day Laborer Organizing Network,
 8   representing plaintiffs.
 9                    MR. AKMAL:  Waqas Akmal for
10   plaintiffs from Sidley Austin.
11                    VIDEOGRAPHER:  The court reporter
12   today is Susan Ashe of Epiq Court Reporting.
13                    Will the reporter please swear in the
14   witness.
15   Whereupon,
16                    DONALD WARREN NEUFELD,
17   the Witness, called for examination, having been
18   first duly sworn according to law, was examined and
19   testified as follows:
20                         EXAMINATION
21   BY MS. DEGEN:
22        Q.   Thank you.
23             Mr. Neufeld, would you please state your
24   full name for the record.
25        A.   Donald Warren Neufeld.
```

```
 1          Q.   And would you spell your last name for us.
 2          A.   N-e-u-f-e-l-d.
 3          Q.   Thank you.
 4               What is your current position?
 5          A.   I'm the associate director for service
 6    center operations.
 7          Q.   And with which agency?
 8          A.   USCIS.
 9          Q.   What does USCIS stand for?
10          A.   United States Citizenship and Immigration
11    Services.
12          Q.   Thank you.
13               Have you had your deposition taken before?
14          A.   Yes.
15          Q.   How many times?
16          A.   One other for sure, but I believe that
17    there's been at least one or two before that.  But
18    years ago.
19          Q.   Okay.  Was the other one more recently?
20          A.   Yes.
21          Q.   And was it in a civil lawsuit?
22          A.   Whatever this is.
23          Q.   Similar to this?
24          A.   Yes.
25          Q.   Well, you've had your deposition taken
```

1  before, but let me just run through a couple of

2  ground rules that will help us today and help our

3  court reporter.

4          There is a transcript being prepared of

5  your testimony today, and because of that, it is

6  important that you and I not speak over one another.

7          I will try very hard to let you get your

8  answers out before I jump in with another question.

9          And if you can try and let me get my

10 questions out before you start to answer, that will

11 just make it for a cleaner transcript and an easier

12 job for our friend here taking down the testimony.

13         It also will be important that your

14 answers be verbal answers.

15         So nodding head, shaking head,

16 occasionally I may ask you to clarify if that's a

17 yes or a no.  It's just so we have a good

18 transcript.

19         And the same thing with uh-huh or uh-uh.

20 Those can be a little hard to get on the transcript,

21 so I may ask for some clarification there.

22         Is that all right?

23    A.   That's all right.

24    Q.   Okay.  If you need to take a break at any

25 point, let us know.  This is not a marathon,

 1  although it will probably be a long day.

 2          And just one other note about the

 3  questioning.  If I ask a question and you don't

 4  understand it, please feel free to let me know.

 5  Otherwise, if you answer the question, I will assume

 6  that you understood what I was asking.

 7          Do you understand that?

 8      A.   I do.

 9      Q.   Okay.  So you understand that your

10  deposition is being taken today in connection with a

11  lawsuit.  Right?

12      A.   Yes.

13      Q.   And the name of the lawsuit is Crista

14  Ramos, et al., versus Kirstjen Nielsen, et al.

15          Before today's deposition, were you aware

16  of this lawsuit?

17      A.   Yes.

18      Q.   Okay.  And aside from your attorneys, how

19  did you become aware of the lawsuit?

20      A.   I actually don't remember when or how I

21  became aware of this specific lawsuit.  I'm aware

22  that there are multiple lawsuits based or focused on

23  the TPS decisions.

24          I don't remember how I came to be aware of

25  that other than in my capacity.  That information is

 1  shared in the office.

 2       Q.   Okay.  How is information about lawsuits

 3  shared within the office?

 4       A.   Sometimes I might receive an e-mail

 5  message.

 6            There's usually -- I'm trying to think

 7  whether that happens in the TPS context.

 8            I know that on the docket side, we get

 9  like a weekly update on the docket litigation.

10            I don't think there's something like that

11  on TPS, but in my world there's litigation happening

12  pretty much all the time, and so it's -- I'm

13  generally aware of what's going on, but I don't have

14  a lot of specific information unless like this, I'm

15  getting ready to be deposed.

16       Q.   Okay.  Fair enough.

17            Aside from your attorneys, have you spoken

18  with anyone at the agency about the TPS litigation?

19       A.   Yes.

20       Q.   All right.  And who have you spoken with?

21       A.   I have two subject matter experts that

22  work for me, and there were two subject matter

23  experts that work in the Office of Policy and

24  Strategy, and then another person in our chief

25  counsel's office.

1      Q.    Okay.  Can you tell me who those people

2   are?

3      A.    I will try.

4            So for me, the two subject matter experts

5   that work for service and operations are Guillermo

6   Roman-Riefkohl and Scott Massey.

7            For policy and strategy, Katherine

8   Anderson and Brandon Prelogar.

9      Q.    Okay.  And how about Office of Chief

10   Counsel?

11      A.    Alice Smith.

12      Q.    And have you spoken with any of these

13   folks about TPS litigation before your deposition,

14   or before your preparation for your deposition?

15      A.    Before the preparation?  Well, so the

16   subject matter -- clarify your question, please.

17            Is it about litigation or just TPS in

18   general?

19      Q.    Sure.  We're going to go through both, so

20   let's start with about this litigation.

21      A.    So about this litigation, prior to the

22   deposition, no, I have not discussed it with them.

23      Q.    Okay.  I will come back to your

24   discussions about TPS in general.

25            What is your understanding of the nature

1   of this litigation?

2       A.   That the plaintiffs are contesting the

3   decision to -- decisions to terminate TPS for the

4   four countries in question:  Nicaragua, El Salvador,

5   Haiti and Sudan.

6       Q.   And do you have an understanding on what

7   grounds the plaintiffs in the different lawsuits are

8   bringing their claims?

9       A.   Generally, my understanding is that the

10  decision was improperly, you know, based on --

11           COURT REPORTER:  Could you not clap

12  your hands?

13           THE WITNESS:  Oh, sorry.  It's going

14  to be hard for me.

15           That the decision was based on, you

16  know, other criteria than what should be considered.

17      Q.   In preparation for your deposition, did

18  you speak with anyone to get ready to testify today?

19      A.   Other than the folks that I named, no.

20      Q.   So you met with each of the subject matter

21  experts and Ms. Smith from chief counsel's office in

22  preparation for your deposition?

23      A.   Yes, not today, but yesterday and the day

24  before.

25      Q.   Okay.  How long did you spend in

1    preparation for your deposition yesterday?

2         A.   Total, probably about four hours.

3         Q.   Okay.  And how about the day before?

4         A.   More like six hours.

5         Q.   And did you review any documents in

6    preparation for your deposition?

7         A.   Yes.

8         Q.   What documents did you review?

9         A.   The Federal -- excuse me.  The most recent

10   Federal Register Notices for these four countries.

11        Q.   What else?

12        A.   I reviewed a printout coming from our

13   website on the eligibility criteria for TPS in

14   general.

15        Q.   What else?

16        A.   That's it.

17        Q.   Are there any documents that you would

18   have liked to have reviewed that you didn't?

19        A.   No.

20        Q.   Did you bring any documents with you

21   today?

22        A.   No.

23        Q.   Did you take any notes in preparing for

24   your deposition?

25        A.   No.

```
 1        Q.   Going through the five individuals you met
 2   with, the first two you described as subject matter
 3   experts, Scott Massey and Guillermo -- I'm sorry,
 4   could you say his last name again?
 5        A.   Roman-Riefkohl.  Hyphenated.
 6        Q.   And how do you spell his last name, if you
 7   recall?
 8        A.   Roman, R-o-m-a-n, hyphen -- I might get
 9   this wrong, but I think it's R-e-i-f-k-o-h-l.
10        Q.   Thank you.
11             Mr. Roman-Riefkohl, what is his subject
12   matter expertise in?
13        A.   So he is an adjudications officer, and he
14   has had the portfolio of TPS and DACA and other
15   things I'm sure, but those two for sure.
16        Q.   What does an adjudication officer do?
17        A.   So that's sort of -- it's a generic
18   description.
19             In a service center, they would be the
20   ones making decisions on cases, and I believe he
21   used to do that.
22             In headquarters he is involved in helping
23   my headquarters component provide guidance to the
24   field, operational guidance in those subject matter
25   areas.
```

1           And he would represent Service Center

2    Operations to other components within USCIS on those

3    subject areas.

4        Q.   What might be helpful for me is to get

5    just kind of a high-level overview of what Service

6    Center Operations does.

7        A.   So in USCIS, we adjudicate requests for

8    benefits, immigration benefits.  And those requests

9    that don't typically involve interviews are

10   generally adjudicated in five service centers.

11          And Service Center Operations is the

12   component that includes those five service centers,

13   plus myself and my headquarters component that

14   oversees them.

15       Q.   So are you responsible for overseeing the

16   five service centers?

17       A.   Yes.

18       Q.   Okay.  How many people work underneath

19   you?

20       A.   It varies, but now it's probably

21   approaching 6,000.

22       Q.   How many of those people are in your

23   headquarters?

24       A.   About 140.

25       Q.   And are the rest of them at these five

```
 1   different service centers?

 2        A.   Yes.

 3        Q.   How long has Mr. Roman-Riefkohl been with

 4   the agency?

 5        A.   That I don't know.

 6        Q.   Can you give me an estimate of how long

 7   he's been with the agency?

 8        A.   Many years.  I don't know how many years.

 9        Q.   How long has he worked with you?  Maybe

10   that's an easier question.

11        A.   I believe he's been in headquarters -- I

12   can say with certainty he's been in headquarters at

13   least since 2015.

14        Q.   Mr. Massey, what is his area of expertise?

15        A.   The same as Guillermo.

16        Q.   Is Mr. Massey also an adjudication

17   officer?

18        A.   Yes.

19        Q.   And how long has he worked with you?

20        A.   That I'm less sure of.

21             I think since at least 2015, but I'm not

22   100 percent sure of that.

23        Q.   You noted that Mr. Roman-Riefkohl has TPS

24   and DACA in his portfolio.

25             What do you mean by "portfolio"?
```

1        A.    So we have the headquarters component; the

2   140 people, you know, were organized into

3   different -- in groupings, organizational

4   components.

5             And so we have an adjudications division.

6   Within the adjudications division, there are

7   multiple branches.

8             He is in the branch that has in its

9   portfolio the TPS and DACA subject matter.

10            So we're an operational component.  So

11  that includes providing guidance and monitoring the,

12  you know, performance of the centers in adjudicating

13  those cases of TPS requests and DACA requests.

14            And he is an officer that handles whatever

15  issues might arise from the centers.  If there are

16  headquarters issues or discussions about TPS or

17  DACA, he often would be the one representing us with

18  other components, such as policy and strategy.

19        Q.    Does Mr. Roman-Riefkohl have any input

20  into TPS extension or termination determinations?

21        A.    Not into the decisions.

22            Our role -- it has changed over the years,

23  but the -- when countries that have already been

24  designated are coming up for consideration on

25  whether to extend or terminate, there is a TPS

1    working group.

2           And I don't know who all the members are,

3    but I know that it includes representatives from

4    Service Center Operations, so Guillermo and Scott

5    participate in that.  Policy and Strategy

6    participates in that as well.  I believe counsel,

7    and maybe our field operations component.

8           So when the extension decision is coming,

9    needs to be made, that working group sort of

10   shepherds the -- oversees the process of that.

11          And specifically, until relatively

12   recently, Service Center Operations was the

13   component responsible for getting the Federal

14   Register Notice published once a decision had been

15   made.

16          So we would draft the Federal Register

17   Notice with input from other components.

18          And with respect to Scott and Guillermo,

19   they're the individuals on my team that did that for

20   Service Center Operations.

21       Q.   Do they no longer draft the Federal

22   Register Notice?

23       A.   No.  Since I think it was the last Haiti

24   termination, the decision for Haiti, the last one,

25   the Office of Policy and Strategy drafted the

1    Federal Register Notice.

2         Q.   You said the last Haiti termination -- I

3    think Haiti's only been terminated once -- well,

4    there were multiple extensions.

5              I wonder if you can clarify.

6         A.   Right.  What I was trying to say is the

7    last time we considered Haiti for extension, the

8    decision was to terminate, and we did not prepare

9    the FRN.

10        Q.   Okay.  Got it.  Thank you.

11             I'm going to come back, I want to make

12   sure we walk through the process so I can understand

13   it, but let me make sure I double-check a couple of

14   these other people.

15             You mentioned Ms. Anderson as another

16   subject matter expert you met with in preparation

17   for your deposition.

18             What is her area of expertise?

19        A.   She and Brandon work in the Office of

20   Policy and Strategy.  I'm not sure what all their

21   activities include, but I do know that they have

22   been involved on TPS issues related to the

23   extensions and designations of countries for TPS.

24        Q.   How long have -- well, let me back up for

25   a second.

1           Have you worked with Ms. Anderson outside

2   of TPS issues?

3           A.    Not that I recall.

4           Q.    How about Mr. Prelogar?

5           A.    Not specifically, but he is someone in the

6   Office of Policy and Strategy that would attend

7   meetings, at times, representing that office.  So

8   I'm sure it involved other subjects besides TPS, but

9   I believe DACA as well.

10          Q.    How long have you known Mr. Prelogar?

11          A.    I don't know him well, but I've interacted

12  with him probably, you know, many times in the last

13  two or three years.

14          Q.    And how about Ms. Anderson?

15          A.    Less frequently, but probably covering the

16  same time period, two years.

17          Q.    Do you happen to know Ms. Anderson's

18  title?

19          A.    I do not.

20          Q.    And how about Mr. Prelogar?

21          A.    I don't.

22          Q.    Ms. Smith, were you meeting with her as a

23  subject matter expert?

24          A.    Yes.

25          Q.    And what is her area of expertise?

```
 1        A.   TPS and DACA.

 2              MR. KIRSCHNER:  To the extent that

 3   this is calling for attorney-client communications,

 4   I'm going to instruct you not to answer.

 5        Q.   Okay.  Is Ms. Smith an attorney?

 6        A.   Yes.

 7        Q.   Okay.  And were you meeting with her for

 8   the purpose of obtaining legal advice?

 9        A.   Yes.

10        Q.   Were you also meeting with her for the

11   purpose of obtaining background information on TPS?

12        A.   Yes.

13              MR. KIRSCHNER:  Object to the extent

14   that Mr. Neufeld's not a lawyer and can't

15   differentiate between necessarily what calling for

16   legal conclusions and the difference between what's

17   legal advice versus nonlegal advice.

18        Q.   Has Ms. Smith had involvement in TPS

19   determinations?

20        A.   Not that I know of.

21        Q.   Has Ms. Smith had involvement in

22   preparation of Federal Register Notices?

23        A.   Not that I know of.

24        Q.   How about approval of Federal Register

25   Notices?
```

1    A.   Not that I know of.

2    Q.   Do you have any understanding as to why

3  you were meeting with her as a subject matter expert

4  in preparation for your deposition?

5              MR. KIRSCHNER:  Objection --

6    Q.   Again, without giving legal advice.

7              MR. KIRSCHNER:  I was just going to

8  say, objection, assuming facts not in evidence.

9  Assuming that he was meeting with her for purposes

10  as a subject matter expert.

11    Q.   Let me rephrase the question.

12         What is your understanding as to why you

13  were meeting with Ms. Smith in preparation for your

14  deposition?

15    A.   Because of her legal knowledge of the

16  program and the requirements, to give me guidance on

17  how to prepare.

18    Q.   Anything else?

19    A.   She has a knowledge of the history of the

20  program, but now all of our discussion was with

21  respect to my preparation for this deposition and

22  what to anticipate in terms of the lines of

23  questioning, that sort of thing.

24    Q.   Okay.  A moment ago you mentioned the

25  program.  You were referring to the TPS program?

```
 1        A.   Yes.
 2        Q.   Did you receive any factual information
 3   from Ms. Smith that you used to, for example,
 4   refresh your recollection in preparation for your
 5   deposition?
 6        A.   Not that I recall.
 7        Q.   Did you receive any factual information
 8   from Ms. Smith that you did not previously know?
 9        A.   No.
10        Q.   Do you have any understanding of how
11   Ms. Smith has knowledge of the history of the
12   program, the TPS program?
13        A.   Well, she's an attorney.  She works for
14   the Office of Chief Counsel.  And her areas of focus
15   that I'm aware of have been on the TPS and DACA
16   programs.  So providing legal advice with respect to
17   those two programs.
18        Q.   All right.  We've talked a lot about some
19   other people.  It probably will be good for me to
20   get a little understanding of your background.
21             I understand you have been involved with
22   USCIS in one capacity or other for quite some time.
23             Is that fair?
24        A.   That's fair.
25        Q.   Okay.  Could you just give me just a quick
```

1    run down of your different positions.

2         A.   Sure.  So I started with INS, the

3    legacy -- we grew out of INS.  I'm guessing that

4    you're familiar with that.

5         Q.   Yes.

6         A.   So in '83 I started with INS.  I was a

7    clerk.  I became an officer.  This is all out in

8    Los Angeles.  I became a supervisory officer in

9    Los Angeles.  A couple of different levels of

10   management all in the Los Angeles district.

11             I went out to the Miami district then as

12   a -- I won't say executive, but a high-level manager

13   in the district there.

14             I went to headquarters.  This is now

15   probably 1999, my first time in headquarters.

16             My assignment there was in the Office of

17   Production Management.  I oversaw that program,

18   basically monitoring production for all of the

19   adjudication benefit -- or benefit adjudication

20   component of then INS.

21             From there I went out to the California

22   service center as its director, so I was a service

23   center director.

24             Went back to Miami as the acting director.

25             Went to the Nebraska service center as its

1    acting director.

2              I'm trying to remember all these.

3              Then went back to headquarters as the

4    chief of field operations, which was the component

5    that oversees not the service centers but the other

6    offices, domestic offices that adjudicate benefits

7    involving interviews.

8              I became the deputy associate director for

9    domestic operations, which was a component at the

10   time that managed all the domestic operations other

11   than the asylum offices.

12             We had a reorganization in 2010 that

13   basically dissolved the domestic operations

14   component and established Service Center Operations

15   as its own directorate, and I became the associate

16   director at that time.

17             So that was in January/February of 2010,

18   and that's what I've been doing ever since.

19        Q.   And I apologize, I know you said this.  Is

20   your title still associate director?

21        A.   Yes.

22        Q.   Is there a director of Service Center

23   Operations?

24        A.   Yes.

25        Q.   And who is that?

 1        A.   No -- oh, director?  I'm sorry, I

 2   misunderstood your question.

 3        Q.   I'm sorry.  I apologize.

 4             I have not worked in CIS, so if I mix up

 5   some of the titles and names -- let me ask that a

 6   different way.

 7             You're the associate director of Service

 8   Center Operations.

 9             Who do you report to?

10        A.   I report to the deputy director of USCIS.

11        Q.   And who currently has that role?

12        A.   There's nobody permanently in that role.

13             The acting deputy director is Tracy

14   Renaud.

15        Q.   Roughly how long has Ms. Renaud been in

16   that position?

17        A.   Probably about a year.

18        Q.   Did she work with USCIS before the current

19   administration came in?

20        A.   Yes.

21        Q.   Do you recall what her role was before

22   this administration?

23        A.   When she's not the acting deputy, she is

24   the associate director for management, the

25   management directorate.  And I believe she was in

1    that capacity towards the end of the last

2    administration carrying into this administration.

3              I'm not sure exactly how long she's been

4    in that position.

5              Prior to that, I'm sorry, but prior to

6    that she was a deputy associate director for

7    management.

8        Q.    What does the management directorate do?

9        A.    Basically, all of the administrative

10   functions that are needed by the agency are managed

11   and provided by the management directorate.

12             So they oversee the HR functions, the

13   facility functions, budget.

14       Q.    Sort of the back office side of the

15   agency?

16       A.    Yes.

17       Q.    So if I understand correctly, you've been

18   the associate director of Service Center Operations

19   since the 2010 reorganization.

20             Is that right?

21       A.    That's right.

22       Q.    And before that you were the deputy

23   associate director of domestic operations, which

24   essentially rolled into Service Center Operations?

25       A.    It broke up into many directorates that

 1   included Service Center Operations.

 2           So when I was the deputy associate

 3   director of domestic operations, included in my

 4   areas of responsibility was Service Center

 5   Operations.

 6       Q.   Thank you for clarifying.

 7           The positions, and you've had a lot of

 8   them, but out of the -- the positions that you've

 9   had, which of those positions touched on TPS in any

10   fashion?

11       A.   Well, it's hard to say because I've had a

12   number of positions.

13           When I was in the -- and it depends on

14   what you mean by "touched on TPS."

15           So TPS holders have employment

16   authorization, and they have evidence of that,

17   Employment Authorization Documents, EADs.

18           And so when I was in the Miami district

19   and Los Angeles district offices, I'm sure that we

20   dealt with people coming in to get replacement EADs,

21   which many years ago could have been provided by

22   field offices.

23           Also, I managed the application support

24   centers that would have been located in the

25   jurisdictions of those districts.

 1            And that's where TPS applicants or people

 2    with TPS status would go in for their biometrics

 3    capture.

 4            Aside from that, when I was at the

 5    California service center, now that I'm thinking

 6    about it, I don't think at the time that I was there

 7    we had -- that center was involved in TPS

 8    adjudications.  So correct that.

 9            As the deputy associate director for

10    domestic operations, like I said, that included

11    Service Center Operations.  And Service Center

12    Operations has always adjudicated the requests for

13    TPS, the actual applications that the applicants

14    would submit.

15            And now that I'm the head of Service

16    Center Operations, it's the same thing.  The

17    requests for TPS are adjudicated at the centers that

18    I oversee.

19      Q.   Could you tell me just briefly what that

20    adjudication process involves?

21      A.   So for TPS, there are two different types

22    of requests.

23            One would be the initial TPS status.

24            The process is essentially -- it's pretty

25    similar to both, but for the initial applications,

1  then they have to submit evidence of their

2  eligibility.

3          So for TPS you need -- generally you need

4  to demonstrate that you're a national of the country

5  that was designated and that you have resided

6  continuously since the date that was established

7  when the designation was made.

8          And that process is that the applicant

9  would submit an 821 form, which is the actual

10  request for TPS status; and an employment -- a form

11  that's for employment authorization.  So the I-form,

12  I-765.

13          Those are both adjudicated at the centers.

14          What differs is when we process an

15  extension request, they have previously already

16  demonstrated their eligibility, so for the most part

17  what we're looking at is their ongoing eligibility.

18          So we run background checks and check

19  their travel history.

20      Q.   Anything else on the renewal?

21      A.   Well, for both of them, if they -- when we

22  approve them, then we initiate a card order if they

23  requested an EAD to produce a card.

24      Q.   Is there anything that would make someone

25  ineligible for a renewal?

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 33

1        A.   So there's a requirement to reregister.

2   They need to reregister.  If they don't, then we can

3   withdraw their TPS.

4             If they commit crimes that are

5   disqualifying under the statute, then we can

6   withdraw TPS, and if they don't -- if they've done

7   something to break their continuous residence, in

8   other words, taken up residence outside the country

9   or traveled for other than a brief, casual, and

10  innocent departure from the United States, then that

11  can make them ineligible for TPS, and we will

12  withdraw.

13       Q.   How long does a renewal adjudication

14  typically take?

15       A.   It depends.

16            As you can see, because they have already

17  previously demonstrated their eligibility, it really

18  matters -- what we're looking for is criminal

19  history, you know, criminal activity since the last

20  time they registered and traveled.

21            So if in our checks we come up with a

22  background check hit or travel that needs to be

23  reviewed, then those cases need to be referred to an

24  actual adjudicator who would review and make a

25  decision.

1          Those cases can take longer depending on

2    other workloads that we have and the resources that

3    we can apply to it.

4          It could be a couple months or it could be

5    a year.

6          For cases that don't have those hits, so,

7    you know, if the system doesn't flag a background

8    check hit or travel, those, which are the majority

9    of renewal requests, are in that category, then it's

10   essentially an automated process.

11          At the end of it, an employee would

12   initiate approval for the cases that have, you

13   know -- where there isn't anything that needs to be

14   substantively reviewed.  Those can be adjudicated

15   very quickly.

16          Once we have the -- well, we typically

17   will send individuals back to an application support

18   center to capture the biometrics.  That process can

19   take two or three weeks, the scheduling.

20          So all the cases would wait for that.

21          But cases that don't have any hits that

22   need to be reviewed, then after that, once the

23   system, you know, has conducted the checks and they

24   show up on a report that there's nothing that needs

25   to be reviewed, then those can be adjudicated really

1   quickly.

2        Q.   So it's essentially a pretty automated

3   process unless there's a hit and someone needs to be

4   funneled for further review?

5        A.   That's correct.

6        Q.   Okay.  With the employment authorization

7   documents, do those have a -- when those are issued,

8   they have an end date on them.  Right?

9        A.   Yes.

10        Q.   Is there something that lets someone

11   continue to work while an adjudication process is

12   going on for TPS renewal?

13        A.   Yes.

14        Q.   And how does that work?

15        A.   So if a renewal request is submitted

16   within the 60-day time period that is required, then

17   they are automatically -- the EAD that they had that

18   would expire at the end of the last designation is

19   automatically extended for a period of six months.

20        Q.   For someone who's in an adjudication

21   process, you mentioned that it sometimes can take up

22   to a year.  Is there also a process for them to get

23   their EAD extended beyond this automatic six months?

24        A.   Not that I'm aware of.

25        Q.   And if someone -- if there's -- if

 1  someone's EAD -- back up.

 2          If that automatic six-month extension

 3  expires before someone's renewal request is being

 4  adjudicated, is there any process by which they can

 5  come in to, I guess, reapply for a new temporary EAD

 6  while they're waiting for the adjudication?

 7      A.   I think I need to correct my last answer.

 8          So there's not a....

 9          To my knowledge now, there's not a process

10  for them to request, you know, something temporary

11  to bridge the gap between the six-month extension

12  and however long it takes to us adjudicate.

13          But we have the authority -- we can issue

14  either an individualized notice that further extends

15  their employment authorization or publish in the

16  Federal Register a notice, essentially extending --

17  further extending beyond the six months for whatever

18  group of folks have not received their new EADs.

19      Q.   And is that something you've done in past?

20      A.   Yes.

21      Q.   Do you recall doing it with respect to any

22  of the four countries at issue in this suit?

23      A.   It's tough to say.

24          I don't remember.

25      Q.   That's fair enough.

```
 1        A.   I actually think that we are in the

 2   process of sending individualized notices to a

 3   certain -- one of these countries, I don't remember

 4   which one, where we still have some pending requests

 5   that haven't been adjudicated.

 6        Q.   Actually, that leads me to my next

 7   question, which is:  When a TPS for a country is

 8   terminated and it is -- the termination is effective

 9   6 months, 12 months, 18 months after the decision

10   date, do individuals have to come in and reregister

11   after the notice of termination is issued so that

12   they can continue to work through the final

13   effective date of the termination?

14        A.   Yes.

15        Q.   And does that follow the same renewal

16   reregistration process that you described earlier?

17        A.   Yes.

18        Q.   Are there any differences in the process

19   where a termination notice has been issued?

20        A.   Not that I can think of.

21             MS. DEGEN:  All right.  Let me go

22   ahead and just mark before I forget my cleanup

23   things here.

24             We have what has previously been

25   marked as Exhibit 1, the Second Amended Notice of
```

1  Rule 30(b)(6) Deposition to Defendant U.S.

2  Department of Homeland Security.

3              (Whereupon, Exhibit 1, previously

4  marked for identification, was presented to the

5  witness.)

6              MS. DEGEN:  Let me also produce here

7  what has previously been marked as Exhibit 2, which

8  is a July 13, 2018 letter from Mr. Rhett Martin to

9  Sean Commons.

10             (Whereupon, Exhibit 2, previously

11  marked for identification, was presented to the

12  witness.

13  BY MS. DEGEN:

14     Q.   Mr. Neufeld, have you seen this notice

15  before?

16     A.   I don't recall seeing it, but that doesn't

17  mean that I definitely have not.

18     Q.   Okay.  And how about Exhibit 2 -- oh, I'm

19  sorry.

20     A.   Sorry.  I'm sorry.  Let me just look at

21  the end here.

22     Q.   Sure.

23             (Witness reading.)

24     A.   Rereading it, I think that I have seen

25  this, but I don't remember the context or, you know,

```
 1   when.
 2        Q.   Okay.  And how about Exhibit 2, the
 3   letter?
 4        A.   This I've definitely seen.
 5        Q.   Okay.  Looking at....
 6        A.   I'm back on Exhibit 1.
 7             I'm just trying to -- the difficulty for
 8   me is, again, I see lots of, you know, documentation
 9   related to litigation and I don't -- I just -- I
10   don't know whether this is one of the ones that I've
11   seen before or not one of the ones that I've seen
12   before.
13             And I did just notice that the date on
14   this is -- what was it, July?
15             This one is August 3rd and 9th, right?
16             So I can probably say that that means I
17   have not seen this particular --
18        Q.   This was dated July 20th, and it's simply
19   the notice of your deposition, the 30(b)(6) notice
20   that -- for which you've been designated.
21             We can turn to the letter that you do
22   recall seeing.
23        A.   Yeah.
24        Q.   And if you look on page 1, down at the
25   bottom, there's some italicized text listing some
```

1   topics for testimony.

2           Do you see that?

3       A.   Yes.

4       Q.   It's Topic 1 out of -- I'll just represent

5   to you that that's Topic 1 out of the deposition

6   notice in Exhibit 1.

7           Do you understand that you have been

8   designated to testify as to those topics that are

9   listed?

10          MR. KIRSCHNER:  Objection, assuming

11  facts not in evidence.

12      Q.   If you can read what's listed there by

13  point 1.  And I'm happy to read it into the record

14  if we need to.

15          MR. KIRSCHNER:  I mean --

16          MS. DEGEN:  I just want to make sure

17  he understands what he's here to testify about.

18          MR. KIRSCHNER:  No, I understand.

19  It's that he hasn't been designated for that.  He's

20  been designated as described under the bullet point

21  with his name.

22  BY MS. DEGEN:

23      Q.   Okay.  Well, why don't we turn to page 2.

24          And if you could -- do you see the first

25  full bullet point on page 2?

```
 1        A.   I do.

 2        Q.   Okay.  It starts Donald Neufeld, Associate

 3   Director?

 4        A.   Yes.

 5        Q.   Have you read that bullet point before?

 6        A.   I have.

 7        Q.   Okay.  And do you understand that you've

 8   been designated to testify as described in that

 9   bullet point?

10        A.   I do.

11        Q.   Are there any corrections that you need --

12   think should be made to the information described in

13   that bullet point.

14                    (Witness reading.)

15        A.   I wouldn't necessarily say a correction.

16             The last piece of that that says that I

17   can also testify generally as to the reasons stated

18   in those notices historically dating back to 2008

19   for the secretary's decisions, I clearly don't have

20   them all committed to memory; and I can testify to

21   what those reasons were if I see the FRN, but beyond

22   that, I could not.

23             So I think it just depends on what is

24   understood to be meant by what I can testify to

25   generally as to the reasons stated in those notices.
```

1      Q.    Are there any other clarifications that
2  you think should be made here?
3      A.    No.
4      Q.    The letter notes that you work closely
5  with other offices of USCIS, such as the Office of
6  Policy and Strategy and the Office of Chief Counsel,
7  which are involved in the TPS program.
8            Who do you work closely with?
9      A.    So I personally would interact with Kathy
10  Nuebel Kovarik, who is the chief of the Office of
11  Policy and Strategy, and Craig Symons, who is the
12  chief counsel, and Molly Groom, who is his deputy.
13      Q.    Anyone else?
14      A.    No.  My staff would work with staff of
15  those offices, which is included in that statement.
16      Q.    Do you know who at those offices your
17  staff works with as regards TPS?
18      A.    I know that it would include the two names
19  I've given before, Katherine and Brandon.
20            I don't know who else.
21      Q.    And who on your staff were you
22  referencing?
23      A.    Scott Massey and Guillermo Roman-Riefkohl.
24      Q.    Is there anyone else on your staff who is
25  involved in any way in TPS determinations?

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 43

```
 1        A.   It depends on what you mean by involved in

 2   determinations.

 3             Brandon and Scott both work in a branch

 4   that has a supervisor whose name is Alex King, and

 5   so he would oversee, you know, their activities.

 6             He has a supervisor, his division chief,

 7   Pamela Hutchings.  She would oversee that as well.

 8        Q.   So Scott Massey and Guillermo

 9   Roman-Riefkohl, their supervisor is Alex King?

10        A.   Yes.

11        Q.   And other than as a supervisor, has --

12   Mr. King?

13        A.   Yes.

14        Q.   Okay.  Mr. King been involved in TPS

15   determinations?

16        A.   Again, it depends on what you mean by

17   involved in determinations.

18             We're an operational component, so we are

19   not in any way involved in the decision to extend or

20   not extend.

21        Q.   Let me ask my next question.

22             Are you aware of Pamela Hutchings -- back

23   up.

24             The letter that's been marked as Exhibit 2

25   notes that Mr. Neufeld and his staff also work
```

1  closely with other offices of USCIS, such as the

2  Office of Policy and Strategy and the Office of

3  Chief Counsel, which are involved in the TPS program

4  including providing operational impact information

5  as requested to help inform USCIS leadership and

6  before the USCIS director makes his or her

7  recommendations to the secretary regarding TPS

8  extensions and terminations.

9        So does Service Center Operations provide

10 operational impact information into the TPS

11 determination process?

12    A.   Yes.

13    Q.   Okay.  And who's involved in providing

14 that information?

15    A.   Principally at the staff level, that's

16 Scott Massey and Guillermo, but I have in the past

17 myself.

18    Q.   Anyone else?

19    A.   No, not that I can think of.

20        MR. KIRSCHNER:  I just want to check

21 in terms of how both you and Mr. Neufeld are doing

22 in terms of a break and where we're at in terms of

23 timing.

24        MS. DEGEN:  If folks are -- I think

25 we're coming up right on an hour, so if folks would

1   like a break.  You've got a good internal clock.

2              So we're fine taking a break now.  As

3   you can probably tell, we're about to start on a

4   fairly lengthy list of questions.

5              MR. KIRSCHNER:  That's the question

6   now.  I also have a pretty good sense of where one

7   line of questioning is ending and another line of

8   questioning is beginning.

9              MS. DEGEN:  Why don't we take --

10  maybe see if we can get back within ten minutes?

11             MR. KIRSCHNER:  That's fine.

12             THE WITNESS:  Awesome.

13             MR. KIRSCHNER:  I defer to

14  Mr. Neufeld.

15             VIDEOGRAPHER:  Going off the record.

16  The time is 10:46 a.m.

17             (Whereupon, a recess was taken.)

18             VIDEOGRAPHER:  Back on the record.

19             The time is 11:05 a.m.

20             MS. DEGEN:  Mr. Neufeld, we are back

21  from a break.  And I understand your counsel had a

22  couple of clarifying questions he thought would be

23  helpful to ask right now.

24             MR. KIRSCHNER:  Thank you.

25             I just had I think three, should be

1   quick questions.

2                    You were asked about what documents

3   you reviewed in preparation of the deposition, and

4   you listed a few documents.

5                    Is it possible that there may have

6   been other documents that you didn't tick off on the

7   top of your head?

8                    THE WITNESS:  I suppose that is

9   possible, but I don't remember others.

10                   MR. KIRSCHNER:  Okay.

11                   THE WITNESS:  I do remember one, now

12  that I'm thinking of it.

13                   I was shown something related to this

14  case that showed -- that had the -- I didn't read

15  the whole thing, but there was, like, a matrix that

16  showed what I think were factors that were cited in

17  some Federal Register Notices that were not cited in

18  other Federal Register Notices.

19                   MR. KIRSCHNER:  And I'll ask for you

20  not to hit the table.

21                   THE WITNESS:  Sorry.

22                   MR. KIRSCHNER:  Okay.  And is it

23  possible just that -- just to the extent that --

24  just to make the record clear, I'm not saying if

25  there is or isn't, but is it possible that there

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 47

1    might have been other documents that didn't come to

2    mind when you listed them?

3                    THE WITNESS:  I suppose, yes.

4                    MR. KIRSCHNER:  Okay.  Next you said

5    and I'm -- I think you said that the EAD is

6    automatically extended six months.

7                    Is that always the case, or can there

8    be fluctuations of the automatic extension of the

9    EAD?

10                   THE WITNESS:  So I think it was last

11   year there was a reg change for the reg that governs

12   EADs that provided for the automatic extension of

13   EADs for certain categories, and TPS reregistration

14   renewals is one of them.  But that's sometime I

15   think in the last year.

16                   Prior to that, extensions needed

17   to -- for there to be an automatic extension, that

18   language needed to be included in the Federal

19   Register Notice, and it could have been for whatever

20   length of time the secretary determined was

21   appropriate.

22                   MR. KIRSCHNER:  Okay.  And my last

23   question is, you said something about having to

24   reregister for EADs.

25                   Did someone -- when there has been an

 1  extension or an effective date for a termination

 2  down the line, do they have to reregister for EADs?

 3              I guess my question is:  How does

 4  that relate to the automatic extension, and what

 5  does it mean to reregister for getting an EAD?

 6              THE WITNESS:  So the extension I've

 7  been talking about is extending the Employment

 8  Authorization Document.

 9              And so maybe I'm not quite

10  understanding your question but --

11              MR. KIRSCHNER:  Is there a difference

12  between extending the employment authorization and

13  extending the Employment Authorization Document?

14              THE WITNESS:  Yes.  The difference is

15  that TPS holders are employment authorized, incident

16  to their status; meaning, as long as they have TPS,

17  they are authorized to work.

18              What they don't have, necessarily, is

19  evidence of that employment authorization, which is

20  the EAD.

21              And so the auto extension that I was

22  talking about, that's with respect to the EAD, the

23  document, not their eligibility for employment.

24              MR. KIRSCHNER:  Thank you.  Okay.

25  That's the full set of my clarifying questions.

```
 1                    MS. DEGEN:  Okay.  Thank you.
 2   BY MS. DEGEN:
 3        Q.   The matrix that you mentioned looking at,
 4   Mr. Neufeld, in preparation for your deposition, do
 5   you recall what countries were covered by that
 6   matrix?
 7        A.   No.
 8        Q.   And do you recall what time frame was
 9   covered by the notices described in that matrix?
10        A.   No.
11                   MS. DEGEN:  Counsel, we would ask to
12   have that matrix produced to us, please.
13                   MR. KIRSCHNER:  I could say on the
14   record, it's the Court's opinion.
15                   MS. DEGEN:  Okay.  We have that.
16                   MR. KIRSCHNER:  Sorry, I was going to
17   say, as opposed to going back and forth about
18   requesting documents that you already have.
19                   MS. DEGEN:  I appreciate that.  Okay.
20                   MR. KIRSCHNER:  I apologize for
21   talking over you.
22   BY MS. DEGEN:
23        Q.   One follow-up question on the EADs.
24                   What is the effect for someone if there is
25   a gap between the EAD auto extension and issuance of
```

1   a new EAD?

2        A.   Well, as I was saying earlier, they are,

3   in fact, employment authorized until we would

4   withdraw TPS or it's terminated.

5        Q.   Okay.  So they would have the right to

6   work.  They just wouldn't have any document that

7   would allow an employer to hire them?

8        A.   That's correct.

9        Q.   Okay.  All right.  So before the break we

10  were talking about individuals on your staff who

11  provide inputs into the TPS determination process,

12  and you mentioned that Mr. Massey and

13  Mr. Roman-Riefkohl provide inputs and noted that

14  sometimes you would also get involved.

15          In what context would you get involved in

16  providing inputs into the process?

17       A.   So not with respect whether to extend or

18  not extend.

19          The operational interest comes in with --

20  if there is a....  Let me think here.

21          Operationally, we don't -- this is a

22  huge -- depending on the country, but for

23  El Salvador, for example, there are many thousands

24  of cases that would be, you know -- applications

25  that would be coming our way.  So our operational

1  concern is to not do that more frequently than we

2  have to.

3         So an example of an input that we would

4  give that is consistent all the time is that if the

5  consideration is being given for how long to allow

6  an extension, the secretary can consider giving

7  either 6 months, 12 months, or 18 months.

8         Consistently, operationally, we suggest

9  that an 18-month, you know, period would be the best

10 operationally only because if there's a follow-on,

11 you know, period, another extension or another

12 period of time, then we -- that would involve a

13 reregistration process that we would then have to

14 deal with all the filings again.

15        So that would be -- our operational input

16 would be if this is going -- if there's a chance

17 that there would be another period that would follow

18 the current period that's being considered for an

19 extension or termination, that the longer the period

20 that can be provided operationally is more efficient

21 for us.

22    Q.   So the longer period would mean the more

23 time that would pass before people would need to

24 reregister again?

25    A.   Correct.

1      Q.   Okay.

2      A.   In a nutshell, if we're going to have

3  repeat series of filings, we would rather do that

4  every 18 months instead of every 6 months.

5           Another operational input would be for --

6  in the past when the auto extensions weren't

7  necessarily automatic by regulation, where they had

8  to be included in the Federal Register Notice,

9  again, because of the volume and the length of time

10  it can take to process some cases, for us

11  operationally, it's easier to have an auto extension

12  that will cover the length of time that we think

13  it's going to take to adjudicate the volume of cases

14  that would be filed.

15      Q.   Okay.

16      A.   So back before it was by regulation, the

17  secretary might not have even included an auto

18  extension in a Federal Register Notice but would

19  consider our recommendation that there be an auto

20  extension for, say, six months.

21      Q.   Okay.  And, again, that is helpful because

22  it reduces the volume of applications that you all

23  have to process?

24      A.   Overall, yes.

25      Q.   Overall, okay.

1              If there was -- this recommendation of an

2      18-month period versus a 6-month period, if a

3      termination -- if it was likely that a termination

4      was going to follow, would you have a different

5      recommendation about how long the period would be?

6                   MR. KIRSCHNER:  I want to object to

7      the extent that this question is calling for the

8      agency's internal deliberations or recommendations,

9      I would instruct you not to answer.

10                   To the extent that you're talking

11     about operational matters, feel free to answer but I

12     want to just instruct you not to answer about

13     internal agency deliberations.

14        A.   Could you restate your question.

15        Q.   Okay.  So if a termination for a TPS

16     country seems likely, just from an operational

17     perspective, is there a difference between giving

18     people another 6 months before it terminates versus

19     giving them 18 months before termination?

20        A.   No.

21        Q.   And if we're looking at, say, an extension

22     with likely the next decision being a termination,

23     is there a difference operationally between that,

24     you know -- a 6-month versus 18-month extension

25     followed by a termination?

1      A.    Yes.

2      Q.    Okay.  How so?

3      A.    Because applicants would have to

4   reregister for each of those periods, so 6 months,

5   then again for whatever the period of time when the

6   termination would provide.

7           And so the operational impact would be the

8   short period, for the first one, 6 months, would

9   mean that 6 months later we're looking at having to

10  deal with the same volume all over again.

11          I do also want to correct -- I don't -- I

12  don't think it's correct to say we make a

13  recommendation for any of this.  It's more we just

14  describe what the operational impacts would be.

15          So I think it's -- it probably comes

16  across clearly what we would prefer, but I wouldn't

17  categorize it as us making a specific

18  recommendation.

19     Q.    Okay.  I'm going to kind of just step back

20  for kind of a broader question.

21          As the head of one of the directorates

22  within USCIS, are there any regular management level

23  meetings that you participate in with other heads of

24  directorates?

25     A.    Yes.

1      Q.   Okay.  What kind of regular meetings do

2  you all have?

3      A.   So our director or his deputy, depending

4  on who's available, holds I think they're biweekly

5  meetings that include the other associate directors

6  but also program office chiefs.

7           They are standing meetings just to sort of

8  give updates on what's -- for the director or the

9  deputy to give their updates, you know, whatever

10  information they think needs to be shared and for us

11  to provide information to our colleagues and to the

12  deputy and the director as well.

13      Q.   And when you say "the chiefs of the

14  offices," that includes the offices like the Office

15  of Policy?

16      A.   Yes.

17      Q.   Okay.  I'm just making sure I understand

18  the terminology.  Thank you.

19           Other than the heads of the directorates

20  and the heads of the offices, are there other

21  individuals who participate in these biweekly

22  meetings?

23      A.   Yes.

24      Q.   Who else?

25      A.   So at any given time, it can be any -- it

 1   changes.

 2            Typically, one of -- I forget -- I'm not

 3   sure what her -- their title is, but they are our

 4   front office, so the office of the deputy and the

 5   director, they have advisors, I think they call them

 6   senior advisors, I'm not 100 percent sure about

 7   that, but they typically join.  They're not usually

 8   seated at the table; they sit in the back, but they

 9   contribute.

10            And depending on if there's something in

11   particular being briefed, there may be others that

12   are brought along with their principal

13   representative to add whatever input or to hear

14   their conversation.

15       Q.   The advisors who come to these meetings,

16   are those senior advisors to the director?

17       A.   Yes.

18       Q.   Do advisors to the heads of the

19   directorates or the heads of the offices attend this

20   meeting, also?

21       A.   Occasionally.

22       Q.   The senior advisors to the director, do

23   you know who those -- well, let me ask:  Do you know

24   who those people are currently?

25       A.   Yes.

```
 1        Q.    Who are they?
 2        A.    I know two of them.  One is Karla Moran.
 3   The other is Kaitlin Stoddard.
 4        Q.    Were either of these individuals with
 5   USCIS prior to the current administration?
 6        A.    Yes.
 7        Q.    Who?
 8        A.    Karla Moran.
 9        Q.    And what was her role prior to this
10   administration?
11        A.    Well, her role has evolved under this
12   administration.  She's an enacting -- it's a detail
13   position, so she's -- normally she's a senior
14   advisor to me on my staff, but she's on a -- I think
15   it's a six-month assignment to the front office as
16   an advisor.
17             So prior to her current detail, which will
18   soon be expiring, she was my senior advisor under
19   this administration and the last administration.
20        Q.    Can you give me an estimate of how long
21   she has been with USCIS?
22        A.    Years.
23        Q.    A longtime employee?
24        A.    Yeah, going back to before -- when we were
25   INS.
```

```
 1        Q.    Okay.  And Kaitlin Stoddard, can you give
 2   me an estimate of how long she's been with USCIS?
 3        A.    She came in with this administration, and
 4   she has -- I am not sure how those positions are
 5   categorized, but they're essentially political
 6   appointments.
 7        Q.    Okay.  And do you have any understanding
 8   of what her background is?
 9        A.    No.
10        Q.    And other than as a senior advisor to the
11   director, has she had any other roles within USCIS?
12        A.    No.
13        Q.    Do you recall any other senior advisors to
14   the director?
15        A.    No.
16        Q.    Do you know if Ms. Stoddard has had any
17   role in TPS determinations?
18        A.    I do not.
19        Q.    Have you ever spoken about TPS with her?
20        A.    No.
21        Q.    And is it fair to say that TPS has been
22   discussed at some of these biweekly meetings?
23        A.    Yes.
24        Q.    Well, let me just ask:  This process with
25   biweekly meetings, is that specific to this
```

1  administration, or is that something that carried

2  over from prior administrations?

3      A.   A version of this type of meeting has

4  happened ever since I've been in headquarters, so

5  the timing of it may have been weekly versus

6  biweekly.  It may have had a different name for the

7  meeting.

8          But essentially there are standing

9  meetings involving the associate directors and the

10  program office chiefs and the front office, ever

11  since I've been there.

12      Q.   Are there agendas prepared for these

13  meetings?

14      A.   No.

15      Q.   Does anyone keep minutes of the meetings?

16      A.   Not that I'm aware of.

17      Q.   Do you personally keep notes of the

18  meetings?

19      A.   No.

20      Q.   Does anyone on your staff keep notes for

21  you?

22      A.   No.

23      Q.   Where there have been discussions at these

24  meetings concerning TPS --

25      A.   Can -- I'm sorry.

1    Q.   Oh, I'm sorry.

2    A.   Can I go back?

3    Q.   Of course.

4    A.   I can't say that over the years I've never

5    taken a note.

6    Q.   Fair enough.

7    A.   But I don't routinely take notes that, you

8    know -- to memorialize what the subjects were and

9    the content of those meetings.

10    Q.   Okay.  In these meetings where TPS has

11    been discussed, which offices or directorates were

12    involved in those discussions?

13    A.   Well, these meetings, as I've said, have

14    gone on for years and so the -- your question was

15    with respect to who engaged in the conversation?

16    Q.   Yes.

17    A.   Typically that would be, you know, me as

18    a -- representing the operational component, policy

19    and strategy, whoever would be representing policy

20    and strategy at the meeting at the time, and the

21    Office of Chief Counsel, and the deputy or the

22    director.

23          Depending on what in relation to TPS is

24    being discussed at these meetings are also our

25    external affairs folks.  So that would be, you know,

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 61

1    our Office of Communications, Office of Legislative

2    Affairs.

3             They might have issues that need to be

4    discussed as far as communicating externally

5    different issues, if it was an extension or whatever

6    is in relation -- the process with TPS, sometimes

7    that's how long it's taking us to adjudicate cases.

8    There's any number of issues that could be talked

9    about in relation to TPS at these meetings.

10        Q.   Any of the other functions you can think

11   of that have been involved in TPS discussions?

12        A.   Over the years, yes, as part of the

13   process, as I said, we collect biometrics and that

14   process of collecting biometrics and the offices and

15   the contractor who does that, that's all under a

16   different directorate.

17            The acronym is IRIS, I don't remember off

18   the top of my head what that stands for.  I think

19   it's Identity and Records Information Services, I

20   think, but I am not sure.

21        Q.   That is good.

22        A.   But anyway, so depending, again, if it's

23   an operationally focused discussion, then there have

24   been times when, for example, it has been more or

25   less difficult to schedule appointments for ASCs, or

```
 1   for the Application Support Center.
 2        Q.   And so IRIS may be involved in discussions
 3   about the process of getting people --
 4        A.   Correct.
 5        Q.   -- through that in a timely fashion?
 6        A.   Yes.
 7        Q.   Okay.  Besides these biweekly meetings,
 8   are there any other regular meetings that you have
 9   with the management level people?
10        A.   So over the years there has been a
11   standing meeting of the senior policy council --
12   committee, I don't remember whether it was a
13   committee or council, which is essentially comprised
14   of the same people as the associate directors and
15   the program office chiefs.
16             Those usually have agenda -- so the Office
17   of Policy and Strategy leads those meetings.  They
18   usually have an agenda.  There's usually teed up a
19   particular policy issue for discussion.
20             I can't recall any of those with TPS being
21   on the agenda, but I'm not sure.
22             The timing of those varies, but typically
23   they've been monthly.
24        Q.   You don't recall whether TPS was discussed
25   at any of these senior policy council meetings?
```

1        A.    I don't recall.

2        Q.    Are there any other management level

3   meetings that you participate in regularly?

4        A.    No.

5        Q.    At these biweekly meetings where TPS has

6   been discussed, do you have any -- at just kind of a

7   high level, how did the discussions come up?

8        A.    Usually they're operationally focused or

9   like the communications aspects of decisions that

10  were made.  So, again, how are we going to

11  communicate on particular issues; or operationally,

12  what are the impacts or processes that we're going

13  to employ.

14        Sometimes it's just an acknowledgment that

15  the process for consideration is being teed up for

16  the secretary.

17        So, for example, when a country is, you

18  know, approaching the end of the current

19  designation, then the Office of Policy and Strategy

20  would say, for example, you know, El Salvador is --

21  you know, the TPS for El Salvador is expiring,

22  whenever it's going to expire, and we're beginning

23  the process of preparing the materials for that, for

24  the secretary's consideration.

25        The general purpose of these meetings is

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 64

```
 1   for folks to have visibility to what's going on in
 2   other components and for the deputy or the director
 3   to share information that they might have from
 4   whatever -- wherever they get it from, the
 5   department -- whatever's going on, and then for the
 6   components to flag anything that's sensitive or....
 7            It's generally a meeting for -- to make
 8   sure everybody is aware of whatever the issues are
 9   that we're either seeing coming up soon or that
10   we're currently facing.
11       Q.   Sort of a here's what's going on kind of
12   meeting?
13       A.   Yes.
14       Q.   Do you recall any discussions at these
15   meetings about whether the director should recommend
16   that TPS for a country be extended or terminated?
17            MR. KIRSCHNER:  Objection to the
18   extent that this question calls for internal
19   deliberations about whether to extend or terminate
20   TPS, I instruct you not to answer.
21            MS. DEGEN:  Can he answer about
22   whether that's something that would come up at these
23   meetings versus -- I don't need to know the details
24   of it right now.  I know we've got objections that
25   are being looked at right now by the Court.
```

 1        Q.   But are these meetings where TPS --

 2   questions of whether to terminate or extend TPS have

 3   come up?

 4        A.   No.

 5             The fact that that is a question comes up

 6   with no discussion about the merits of, you know --

 7   for or against mixed in.

 8        Q.   You don't debate it in those biweekly

 9   meetings?

10        A.   Right.  No.

11             MR. KIRSCHNER:  Also for

12   clarification, I'm a little bit vague about the

13   timeline that you're talking about because Mr.

14   Neufeld had been talking for years.

15             I said that -- he had referred to

16   meetings like this having been conducted for years.

17             MS. DEGEN:  That's a good

18   clarification.

19   BY MS. DEGEN:

20        Q.   Has there, with respect to this question

21   of whether -- back up a second and rephrase that.

22             In terms of the overall purpose of these

23   meetings to give people visibility into what's going

24   on, has that overall purpose changed for these

25   meetings with the director from prior

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 66

```
 1   administrations to current administrations?
 2       A.   No.
 3       Q.   Okay.  And the question whether there were
 4   any discussions about whether to designate or extend
 5   TPS for a particular country coming up at these
 6   meetings, is there a difference between this
 7   administration and prior administrations?
 8       A.   No.
 9       Q.   When administrations change, how do you as
10   a longtime staff person calibrate to a new
11   administration's priorities?
12       A.   We ask them what they are.
13       Q.   I know this may seem like kind of a silly
14   question but it's a genuine question.
15            Okay.  Who do you ask?
16       A.   Usually the director, sometimes Policy and
17   Strategy, you know, the chief, whoever that might be
18   at the time.
19       Q.   And how do you go about asking them?
20       A.   In the meetings I was just referencing.
21            They typically come in not trying to keep
22   their priority a secret so there's many kinds of
23   communications that might happen from broadcast
24   e-mail messages to hallway conversations to
25   executive orders that spell them out pretty clearly.
```

1     Q.   For the current administration, how did

2    these priority -- how did you ask or how did you

3    find out about this administration's priorities?  Is

4    it the same kind of broad -- you mentioned broadcast

5    e-mails, conversations, executive orders.

6          Was it the same kinds of communications?

7     A.   Yes.

8     Q.   Okay.

9     A.   And the news.

10    Q.   And the news.  Okay.

11         Have you received any documents describing

12   this administration's priorities as they relate to

13   USCIS?

14              MR. KIRSCHNER:  Objection; vague.

15    Q.   Well, let me pick some of these out.

16         You mentioned some broadcast e-mails

17   concerning the administration's priorities.

18         Have you received e-mails concerning this

19   administration's priorities?

20    A.   Yes.

21    Q.   Okay.  Did any of them relate to TPS?

22    A.   Not that I recall.

23    Q.   And are you aware of any executive orders

24   that relate to TPS?

25    A.   No.

1      Q.   And how about conversations?

2      A.   With respect to this administration?

3      Q.   Yes.

4           MR. KIRSCHNER:  I'm going to object

5  to the extent that this is calling for internal

6  deliberations of -- to the extent the question is

7  calling for what those internal deliberations are,

8  I'll instruct him not to answer.

9           MS. DEGEN:  Okay.  I think I'm not so

10 much asking about deliberations concerning

11 particular decisions but just understanding what's

12 been communicated to him with respect to this

13 administration's priorities as it relates to TPS.

14      A.   I'm struggling with this because there

15 hasn't been a communication in terms of priorities

16 for TPS.

17           I have heard expressions of concern from

18 this administration and the last administration that

19 the temporary part of TPS seems to be difficult.

20      Q.   How so?

21      A.   In that some of these designations have

22 been going on for, you know, 15, 16 years.

23           And I want to be clear that I have not

24 heard anybody express as a priority the termination

25 or, you know, a negative decision against them.

1    It's just the general -- the difficulty of dealing

2    with what is supposed to be a temporary program and

3    when is the appropriate time for them to wind down,

4    and that it's a challenge.

5         Q.   And how did you get an understanding of

6    that concern?  Was that in conversations, or was

7    there some written communication?

8                   MR. KIRSCHNER:  Objection, again, to

9    the extent this is calling for internal

10   deliberations, I would instruct you not to answer

11   whether it's from this administration or from a past

12   administration.

13        Q.   Does my question implicate internal

14   deliberations in your mind?

15        A.   I don't know what is meant by "internal

16   deliberations."

17        Q.   All right.  Let me think here for a second

18   how to do this a little better.

19             Well, you mentioned that you had not

20   received a communication on this administration's

21   priorities for TPS.

22             Do you have an understanding of this

23   administration's priorities for TPS?

24        A.   I'm not aware that they have a priority

25   for TPS.

1      Q.   Do you have an understanding of how TPS

2   fits into this administration's overall priorities?

3               MR. KIRSCHNER:  Objection; calls for

4   speculation.

5      Q.   You can answer it.

6      A.   I don't know.

7      Q.   If we wanted to talk to someone about how

8   TPS fits into this administration's priorities, who

9   would we talk to?

10               MR. KIRSCHNER:  Objection; calls for

11   speculation.

12      Q.   You've been at the agency a long time.  If

13   you wanted to know how does TPS fit in with an

14   administration's priorities, who would you go talk

15   to?

16      A.   The Chief of the Office of Policy and

17   Strategy.

18      Q.   Anyone else?

19      A.   The director.

20      Q.   Anyone else?

21      A.   No.

22      Q.   Do you recall who expressed concerns about

23   the temporary part of TPS being difficult?

24      A.   I was in a meeting at the department in

25   which Gene Hamilton expressed that sentiment.

1      Q.   Has anyone else expressed that?

2           MR. KIRSCHNER:  Again, I'm objecting

3   to the extent this is calling for internal

4   deliberations, and instructing you not to answer.

5      Q.   Who else was at the meeting?

6      A.   This is over a year ago so my memory is

7   foggy but I think Brandon Prelogar was there.

8           I believe that Katherine Anderson was

9   there.

10          I think Molly Groom, who is the deputy

11  chief counsel, was there.

12          Beyond that, I know there were other

13  people there, but I don't remember who they were.

14     Q.   And do you recall what the purpose of this

15  meeting was or what kind of meeting it was?

16          MR. KIRSCHNER:  I'm going to object

17  to the extent that now that you've identified

18  counsel as well at this meeting, that I'm going to

19  instruct you not to answer about the content of this

20  meeting both in terms of the attorney-client and

21  deliberative process.

22     Q.   Was this at a regular standing meeting or

23  some sort of special meeting?

24     A.   Special meeting.

25     Q.   Who calls special meetings at the agency?

1      A.    Whoever wants to hold a meeting can call a

2   meeting.

3      Q.    And this special meeting, what was the

4   purpose of the meeting?

5      A.    My understanding of the purpose was for

6   Gene Hamilton to fully understand what options were

7   available to the secretary in considering, I think

8   it was related to the Haiti decision, the first

9   under this administration.

10      Q.    Okay.

11      A.    So not whether -- we didn't engage in any

12   discussion about whether it should be extended or

13   not be extended.

14         It was about understanding what are the

15   options legally available to the secretary or, you

16   know, what are their obligations.

17      Q.    Okay.  Do you recall who called the

18   meeting?

19      A.    I don't know that I knew at the time

20   specifically, but my understanding was that it was

21   Gene Hamilton that had called it.

22      Q.    Was Gene Hamilton at USCIS before this

23   administration?

24      A.    He's not in US -- he was in the

25   department, DHS, and not to my recollection.  But I

1    don't know for sure.

2         Q.    Thank you for clarifying, DHS, okay.

3              Have you worked with Gene Hamilton on any

4    issues other than TPS?

5         A.    DACA.

6         Q.    And DACA.  Any others?

7         A.    No.

8         Q.    So at this meeting, let me just make sure

9    I -- Gene Hamilton, Brandon Prelogar, Katherine

10   Anderson, you, Molly Groom, is there anyone else you

11   can recall being at the meeting?

12        A.    Gene Hamilton.

13        Q.    And Gene Hamilton.  And there may have

14   been others, you just don't recall --

15        A.    There were certainly others.  I just don't

16   remember who they were.

17             I don't know that I actually knew other

18   than being introduced.

19        Q.    Did you have any other special meetings

20   relating to TPS besides this one?

21        A.    Not that I recall.

22             Well, I understand you to mean any

23   meetings at the department or at the -- or at USCIS.

24    So at the department, definitely I've never

25   attended any other meeting at the department

1   regarding TPS.

2           Internal to USCIS, over the years, every

3   time there's been an extension or a termination,

4   depending on the circumstances, not all the time but

5   usually there is a meeting to discuss the decision

6   once it's been made on -- well, depending, again, on

7   the -- on what it is.

8           But sometimes there's been special

9   meetings called to discuss how we're going to

10  "operationalize" the secretary's decision.

11          So notably in my mind is when Haiti was

12  originally designated.  That was a high volume, you

13  know -- a country that we would expect a high volume

14  of filers, and so it was operationally significant

15  that we had to have a good plan to deal with that.

16  And so there were several special meetings regarding

17  that.

18      Q.   And that was in connection with Haiti's

19  original designation?

20      A.   Yes.  Yes.

21      Q.   Okay.  When you say "the department,"

22  you're referring to Department of Homeland Security?

23      A.   Yes.  Yes.

24      Q.   This meeting that you had with Gene

25  Hamilton, how long did the meeting last?

```
 1        A.    Probably an hour.

 2        Q.    And when you say "it was at the

 3   department," it was at a particular -- it was not at

 4   the building that you sit in, you went to a

 5   different building for the meeting?

 6        A.    Yes.

 7        Q.    Thank you.  I'm just trying to understand

 8   the -- the discussion.

 9              And was there an agenda prepared for the

10   meeting?

11        A.    Not that I saw.

12        Q.    Did anyone take minutes from the meeting?

13        A.    Not that I've seen, that I'm aware of.

14        Q.    And do you have any notes from the

15   meeting?

16        A.    No.

17        Q.    Were there any recommendations that came

18   out of the meeting?

19              MR. KIRSCHNER:  Objection to the

20   extent that this is calling for deliberations

21   internal to the government, I instruct you not to

22   answer.

23        Q.    Timing-wise, this meeting that happened

24   with Gene Hamilton, do you recall whether it

25   happened before or after the Federal Register Notice
```

```
 1   was drafted?

 2        A.   Before --

 3             MR. KIRSCHNER:  Object -- well, I'm

 4   going to object on vagueness.

 5             I don't know -- when you say "the

 6   Federal Register Notice."

 7        Q.   Okay.  Well, was there a draft Federal

 8   Register Notice that was prepared before -- that had

 9   been prepared before this meeting with Gene

10   Hamilton?

11             MR. KIRSCHNER:  Objection; again,

12   vague about which Federal Register Notice, the

13   context, the timing.

14        Q.   Was there a Federal Register Notice

15   regarding Haiti that had been prepared before this

16   meeting with Gene Hamilton?

17        A.   I don't know.

18        Q.   Okay.  A minute ago I think you said that

19   a Federal Register Notice had been prepared before

20   this meeting?

21        A.   No.

22        Q.   Okay.

23        A.   If I did, I didn't intend to.

24        Q.   Okay.  All right.  Well....

25             Thank you for that.  Let me --
```

1                    MR. KIRSCHNER:  Also, I just, for the

2    record, want it to be clear that my objections about

3    the content of the meeting where I asserted

4    deliberative process, I also want to assert

5    attorney-client with those objections as well, given

6    that Mr. Neufeld has identified counsel at that

7    meeting.

8         Q.   Did counsel provide any legal advice

9    during this meeting?

10        A.   I don't know what you mean by "legal

11   advice."

12             The purpose of the meeting was to describe

13   legally what is available to the secretary, and,

14   yes, she commented and provided input on that.

15        Q.   That was Molly Groom?

16        A.   I think so.

17        Q.   Okay.  Do you recall what Gene Hamilton's

18   role was at the time of this meeting?

19        A.   I knew you were going to ask me.

20             I don't recall his title.

21             My understanding is, he would be advising

22   and informing the secretary.

23             In what capacity, I don't know.

24        Q.   And just process-wise, do you know what --

25   the information that you all provide at this

1    meeting, what that was going to feed into, just

2    process-wise?

3        A.    Can you repeat that.

4        Q.    We've heard about decision memos and, you

5    know, some different inputs that go into -- written

6    inputs into the TPS determinations.

7              Was it your understanding that this

8    meeting -- the information you provided in this

9    meeting would feed into one of those written inputs?

10       A.    Not necessarily.

11             My understanding is that we were there for

12   Gene Hamilton to understand what the decision --

13   like, what are the options for the secretary in

14   making the decision on whether to extend -- so how

15   long to extend, how -- if it was terminated, what

16   would -- what are the options there?

17             So, for example, if you terminate, it

18   could be, you know, a 6-month period of extension,

19   12-month, 18-month, those kinds of things.

20             If it was extended, how long -- what are

21   the options for extension?  You know, it can be 6

22   months or 12 months or 18 months.

23             Can we -- you can decide -- the secretary

24   could decide not to decide and then what happens

25   there.

1          That was the explanation that was being

2    provided so that he could have a clear understanding

3    and could properly advise the secretary as to his

4    options.

5          Q.    Okay.

6          A.    How that would be memorialized, I don't

7    know.

8          Q.    Okay.  Was it your understanding that this

9    meeting was requested by the secretary?

10         A.    That was not my understanding.

11         Q.    This was something that Mr. Hamilton set

12   up?

13         A.    Yes.  Well, I think he set it up.  He's

14   who we met with.  I assume he set up the meeting.

15         Q.    Okay.  Do you recall whether Ms. Nuebel

16   Kovarik was at this meeting?

17         A.    I do not recall.

18         Q.    I want to make sure that I understand the

19   process that USCIS and then DHS, to the extent you

20   have visibility into that, but especially USCIS, the

21   process that it goes through to provide a

22   recommendation to the DHS secretary and how that

23   process may have changed over time.

24          And maybe we can just start with, how does

25   the process of making a TPS extension or termination

 1   decision get rolling?

 2               MR. KIRSCHNER:  Objection; vague as

 3   to timing.

 4        Q.   So maybe what we can do, I know this is --

 5   I don't want to make this a totally irritating

 6   process so -- and my guess -- sorry, you are sitting

 7   in a deposition chair.

 8               My guess is that there are some things

 9   that have been relatively similar over

10   administrations and some things that may have

11   changed over time.

12               Is that a fair characterization?

13        A.   Yes.

14        Q.   The process of kicking off a TPS review,

15   has the process of getting started, has that changed

16   over time?

17        A.   Not that I'm aware of.

18        Q.   Okay.  How does it get started?

19        A.   I referred previously to the TPS working

20   group, which is -- you know, has representation from

21   the various components that have a role to play in

22   TPS, and that group generally manages the process

23   within USCIS so they are aware of when designations

24   are expiring and they look ahead and see what is the

25   next country that is coming up for a decision, and

1  they will prepare a timeline of steps that need to

2  occur to meet that deadline.

3       Q.   Who prepares that timeline?

4       A.   The group.

5       Q.   Under this administration, who was

6  responsible for preparing the timeline?

7            Let me just back up.  Is there one person

8  or one position that sort of owns the timeline?

9       A.   No, not really.

10           The timeline isn't like something where

11  there's a lot of flexibility.  It sort of is what it

12  is.

13           It's basically counting backwards from

14  when the decision is due, and then the steps are the

15  same regardless of administration.

16           At the heart of it, a recommendation memo

17  needs to be drafted for the director to sign to go

18  forward to the secretary.

19           To do that, USCIS will prepare a country

20  conditions report.  That part is handled by RAIO,

21  which is Refugee Asylum International Operations.

22           The State Department has do their

23  assessment of country conditions and provide a

24  recommendation.

25           And then the Office of Policy and Strategy

1  will pull that together and incorporate that into a

2  recommendation memo, a draft memo that would go up

3  for signature.

4          So the timeline is really just to map out

5  when those things need to occur in order to be able

6  to meet the deadline for a decision.  And the group

7  basically manages itself.

8          I think that over the years, whoever the

9  service center operation's rep has been has sort of

10  been the chair, but it's not a decision-making

11  position.  It's just to manage -- facilitate and

12  manage the efforts to make sure that everything

13  stays on task.

14       Q.   Have you ever filled that role?

15       A.   No.

16       Q.   I think you mentioned Mr. Massey and

17  Mr. Roman-Riefkohl as being the Service Center

18  Operations individuals who participate in the TPS

19  working groups.  Do you know if either one of them

20  filled this role?

21       A.   I know that Guillermo Roman-Riefkohl has.

22  I don't know whether Scott has.

23       Q.   Okay.  What is the typical timeline for

24  this process that you've been describing?

25               MR. KIRSCHNER:  Objection; vague.

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 83

1        Q.    What's the typical timeline from

2   initiating the preparation of a recommendation memo

3   to delivery of the memo to the secretary?

4        A.    I don't know the specific time frames.

5              I know that the secretary needs to make a

6   decision 60 days before the termination, you know,

7   the expiration.  I believe that's the time frame.

8              And so then stepping back from that, I

9   don't know specifically how much further in

10  advance -- like, reaching out to the State

11  Department to get their recommendation, I'm not sure

12  of the timing of that.

13             Operationally, we want decisions to be

14  made as far in advance as possible so that once the

15  notice is published in the Federal Register, you

16  know -- that would require folks to reregister, then

17  the applicants can begin submitting their

18  applications.

19             And so sort of the goal of this group is

20  to try to tee that up to be a decision that can be

21  made as early as possible so that the notice can be

22  published as early as possible so that the filings

23  can be coming in as early as possible so that we can

24  adjudicate them all in time to meet the expiration

25  of their EADs.

1     Q.    Okay.

2     A.    As far as the timing, I can say that it

3  starts, you know, many months before the actual

4  decision is due, but how many I don't know.

5     Q.    Do you know whether Service Center

6  Operations has chaired the working group under this

7  administration?

8     A.    Yes.

9     Q.    And do you know in connection with which

10  decisions Service Center Operations chaired the

11  group?

12     A.    I think that we have consistently chaired

13  the working group, you know, going back many years.

14     Q.    Besides Mr. Roman-Riefkohl and Scott

15  Massey, are there any other Service Center

16  Operations people who have participated in TPS

17  working groups, so going back to 2008, that you can

18  recall?

19     A.    I know there have been.  I don't know who

20  they are.

21     Q.    You know, you mentioned recalling that

22  Mr. Roman-Riefkohl and Mr. Massey had been in

23  headquarters since at least 2015.

24          Is there something about 2015 that that

25  date sticks out for you?

1          A.   I know that yesterday in my briefing I

2     asked them, you know, when they -- you know, what

3     their knowledge, you know -- how long they could

4     provide me information about the process, and that's

5     when Guillermo conveyed that he had been with TPS

6     since I think it was like July of 2015 or something

7     like that.

8          Q.   Okay.

9          A.   I don't remember the month for sure.

10         Q.   Do you know who was involved in TPS before

11    Mr. Roman-Riefkohl?

12         A.   I should, but I don't remember.

13         Q.   Okay.  And Mr. Massey, how long had he

14    been involved with this work in TPS?

15         A.   I think roughly the same period as

16    Guillermo, but I'm not sure of that.

17         Q.   Okay.  Let me just make sure I got the

18    functions that are involved in this TPS working

19    group.

20              I think you mentioned Service Center

21    Operations, Office of Policy and Strategy, counsel,

22    and field operations.

23              Are there any other functions that are

24    involved in the working group?

25         A.   I don't think so.

1    Q.    What is field operations?

2    A.    That's the -- it's another directorate

3    like the Service Center Operations directorate but

4    they oversee the other field offices where the

5    interviews are conducted for adjudications, for

6    adjudicating cases.

7         I don't think that they have been very

8    engaged in the working group because they don't have

9    much of a role to play.  But they would be involved

10   in the biometrics capture, not because they oversee

11   that program but that the offices -- the application

12   support centers are staffed by people who work for

13   field operations.  So they have that piece of it,

14   and then that's essentially it.

15   Q.    The TPS working group, do they hold

16   meetings?

17   A.    Yes.

18   Q.    Is that similar from this administration

19   to prior administrations?

20   A.    Yes.

21   Q.    And how often do they meet?

22   A.    That I can't say for sure.

23        My understanding is, it's fairly

24   frequently, so probably at least once a month.  And

25   I believe that as the date is getting closer that

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 87

1  they meet more frequently.

2       Q.   Do you know if agendas are prepared for

3  these meetings?

4       A.   I don't.

5       Q.   Do you know if any minutes are kept of

6  these meetings?

7       A.   I don't.

8       Q.   Do you know if there's anyone who takes

9  notes from these meetings?

10      A.   No.

11      Q.   Who participates in the working group from

12 Office of Policy and Strategy?

13           MR. KIRSCHNER:  Objection; vague as

14 to timing.

15      Q.   Starting with under the current

16 administration.

17      A.   I don't know.

18      Q.   Do you know for prior administrations?

19      A.   I don't.

20      Q.   And from current administration, who from

21 counsel participates?

22      A.   I don't know.

23      Q.   Do you know under prior administrations?

24      A.   I don't.

25      Q.   And how about for field operations under

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 88

```
 1   this administration?

 2        A.   I don't know.

 3        Q.   And prior administrations?

 4        A.   I don't know.

 5             I should say I've never attended one of

 6   these meetings.

 7        Q.   That was going to be my next question.

 8             Before your preparation for this

 9   deposition, were you aware that these meetings

10   happened?

11        A.   Yes.

12        Q.   And how were you aware of that?

13        A.   It would be mentioned in my staff meetings

14   that there was a meeting with a TPS working group

15   scheduled.

16        Q.   So the process of preparing a

17   recommendation memo for the director gets started,

18   and you mentioned that USCIS prepares a country

19   conditions report, and that that is RAIO, or

20   R-A-I-O, who prepares that?

21        A.   Yes.

22        Q.   Did I get that right?

23             Do you know if there's a particular person

24   or function within RAIO that's responsible for

25   preparing country condition reports for TPS?
```

1        A.   I know that there is but I don't know who

2   they are or what that component is.

3        Q.   As far as you know, is that a staff

4   position?

5        A.   Yes.

6        Q.   It's not a political appointment position?

7        A.   No.

8        Q.   Is it your understanding that RAIO has

9   prepared country condition reports for multiple TPS

10   determinations over the years?

11        A.   Yes.

12        Q.   Are you aware of any instruction that's

13   been given to RAIO about preparing country condition

14   reports for TPS?

15        A.   No.

16        Q.   Are you aware of any document that

17   describes the overall process of preparing a

18   recommendation memo for the director?

19        A.   No.

20        Q.   Okay.  Either relating to TPS or just

21   generally?

22        A.   No.

23        Q.   Going back briefly to -- we had discussed

24   earlier that Service Center Operations provides

25   operational impact information into the TPS

1    determination process?

2         A.    Yes.

3         Q.    Okay.  Is there a standard set of

4    information that Service Center Operations provides?

5         A.    No.

6         Q.    How does it come up that Service Center

7    Operations provides operational impact information?

8         A.    So for the Federal Register Notice, that

9    notice includes operational instructions.  It

10   includes information about the auto extension of the

11   EAD, what the process is for reregistering, and we

12   provide that input into that draft.

13             I myself have had conversations with, for

14   example, Kathy Nuebel Kovarik on the auto extension

15   piece of it.  Basically, her confirming her

16   understanding that auto extensions are good and how

17   long should -- the longer the better.

18             And then in the early days of this

19   administration, so with Kathy Nuebel Kovarik being

20   newly in charge of Policy and Strategy, we had a

21   telephone conversation, I think I recall, where we

22   discussed the operational impact of shorter duration

23   extensions versus longer duration extensions.

24             I think it's safe to say that our input

25   into that is usually when there's somebody new who

 1  doesn't know what historical input has been.  Our

 2  input doesn't really change.

 3           So really the -- once, say, Policy and

 4  Strategy is up to speed with what the operational

 5  impacts are -- what the operational impacts are of

 6  any TPS, you know, extension or termination, then we

 7  don't tend to -- we're not asked again information

 8  they already know.

 9           It doesn't change from whether it's

10  El Salvador or to Haiti or Honduras and Nicaragua,

11  our input is the same.

12      Q.   So if someone new were to come in to Kathy

13  Nuebel Kovarik's role, you might educate them on the

14  operational impacts, but otherwise once somebody is

15  educated, they kind of -- you don't have ongoing

16  input --

17      A.   Right.  They might come back and confirm

18  their understanding but that would be the extent of

19  it.

20      Q.   Are you aware of any documents that have

21  ever existed under any administration about the

22  inputs that should go into a TPS determination?

23      A.   No.

24      Q.   Okay.

25      A.   Other than the statute and the reg, but

1    actually I don't even know -- I don't know

2    specifically what, you know, what -- what there is,

3    but I'm assuming that there must be something there.

4            I think the statute requires consultation

5    with the Department of State.

6        Q.   Do you know how the consultation with the

7    Department of State comes about?

8        A.   What I know they do is, do the country

9    assessment, and they make a recommendation.

10           Beyond that, I don't know.

11       Q.   Do you have any visibility into the

12   Department of State's process for --

13       A.   No.

14               MS. DEGEN:  Okay.  I see that it is

15   about 12:20.

16               I have another chunk of questions or

17   would -- should we stop, break for lunch now?

18               MR. KIRSCHNER:  How long are your

19   chunk of questions do you think?

20               MS. DEGEN:  It could probably go 20

21   to 30 minutes.  It's sort of up to you.

22               MR. KIRSCHNER:  It's up to you.

23               THE WITNESS:  Are you saying that we

24   could end in 20 or 30 minutes?

25               MS. DEGEN:  No.  I'm just saying is

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 93

1  your tummy starting to growl and we should take a

2  break?

3                    THE WITNESS:  I prefer to take lunch.

4                    MS. DEGEN:  Okay.  Let's do that.

5                    VIDEOGRAPHER:  Going off the record.

6  The time is 12:21 p.m.

7              (Whereupon, the deposition recessed for

8  lunch at 12:21 p.m.)

9                         -   -   -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A F T E R N O O N   S E S S I O N
 2                      (1:05 p.m.)
 3                 VIDEOGRAPHER:  Back on the record.
 4                 The time is 1:05 p.m.
 5   BY MS. DEGEN:
 6      Q.   Okay.  Mr. Neufeld, before we broke for
 7   lunch, we were talking about inputs into the TPS
 8   determination process, and you had mentioned that
 9   someone reaches out to Department of State to get
10   input from them.
11              Are there any other agencies that this
12   working group reaches out to to get input?  And if
13   it's changed over time, let me know that as well.
14                 MR. KIRSCHNER:  Objection, assuming
15   facts not in evidence.
16      Q.   Are there any other agencies that the TPS
17   working group reaches out to for input into the TPS
18   determination process besides Department of State?
19                 MR. KIRSCHNER:  Objection.  To
20   clarify that -- the fact that other than this is the
21   working group reaching out to agencies, is assuming
22   that the working group is the one reaching out.
23      Q.   Then let me rephrase that.
24              Is there anyone who reaches out to
25   agencies besides the Department of State for input
```

1    into the TPS determination process?

2         A.   Not that I'm aware of.

3         Q.   Are you aware of any agencies or

4    departments other than Department of State providing

5    input into a TPS determination?

6         A.   No.

7         Q.   Do you know whether USCIS consults with

8    any agencies or departments besides Department of

9    State in connection with TPS determinations?

10        A.   No.

11        Q.   Do you know whether Department of Homeland

12   Security consults with any other agencies or

13   departments in connection with TPS determinations?

14        A.   I do not.

15        Q.   Are you familiar with White House input

16   into TPS determinations?

17        A.   I'm not.

18        Q.   Are you aware of any nongovernmental

19   stakeholders in the TPS process?

20        A.   In the determination process?

21        Q.   In the determination process.

22        A.   No.

23             MR. KIRSCHNER:  And to clarify, these

24   questions are across time?

25        Q.   Across time.  At any point.

```
1        A.    My answers are still --

2        Q.    The same?

3        A.    -- accurate, yeah.

4        Q.    Okay.

5        A.    Well, hold on.  I should say that I know

6   that other governments, so -- but the government of

7   a country can request designation or extension, and

8   I know that that happens from time to time.

9              I've not been part of that process, but I

10  know that happens.

11       Q.    All right.  So we have these inputs that

12  come into the process country definition reports and

13  Department of State information.

14             What's the next step in the process of

15  getting a recommendation to the secretary?

16       A.    The Office of Policy and Strategy will

17  draft a recommendation memo for our director to sign

18  and provide to the secretary.

19       Q.    And has that responsibility to draft a

20  memo always sat with the Department of Policy and

21  Strategy?

22       A.    As far as I know, yes.

23       Q.    And within that office, who takes the lead

24  on the first draft?

25       A.    I don't know.
```

1      Q.    Do you know under any administration?

2      A.    No.

3      Q.    Once Office of Policy and Strategy has a

4  draft recommendation memo, what's the next step?

5      A.    It goes to the director for his or her

6  consideration and ultimate sign-off.

7      Q.    Is there any internal review that happens

8  of that memo before it goes to the director?

9      A.    There has been at times a concurrence

10  process.

11          So the draft would be -- there's a

12  standing process for concurrence at the USCIS on any

13  kind of correspondence or documentation, and it's --

14  in the past that -- I'm aware that that

15  recommendation memo -- recommendation memos have

16  gone -- that draft recommendation memos have gone

17  through that concurrence process before they --

18  before it makes it up to the director for signature.

19      Q.    Is there a standard procedure within USCIS

20  for that concurrence process?

21      A.    The concurrence process is standardized.

22          What gets submitted to it is not

23  necessarily standardized.

24      Q.    It sounded like some -- that

25  recommendation memos went through this concurrence

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018    Page 98

1  process at some point in time, but not always.

2       A.   That's correct.

3       Q.   Okay.  Can you explain when it went

4  through, when it didn't?

5       A.   So I know that recently there has not been

6  a recommendation memo going through the concurrence

7  process.

8            I don't know precisely when it stopped,

9  and I can't say with certainty that since 2008 every

10 single one of them has gone through that kind of

11 concurrence process.

12           I have a recollection of seeing them at

13 times over the years.

14      Q.   What is the last recommendation memo that

15 you recall going through the concurrence process?

16      A.   I'm not 100 percent sure.

17           I think that for the first -- under this

18 administration, the first time Haiti was being

19 considered, I think that that recommendation memo --

20 I don't know whether the final version went through

21 the concurrence process, but I recall -- I'm pretty

22 sure I recall seeing a draft of that for input.

23           But what I should say there is -- what I

24 see -- as one of the components that would receive

25 it for concurrence, my review of it is not so much

1  for what the recommendation is but to make sure that

2  we understand it, that it's worded in a way that

3  makes sense, not particularly with, do we agree or

4  disagree with the recommendation.

5      Q.   Okay.  So, I'm sorry, were you finished?

6      A.   I was going to say, so the concurrence

7  isn't concurrence on the recommendation, it's on the

8  draft that's being presented for signature.

9      Q.   Okay.  So if you had information that you

10  thought needed to be shared relating to the draft,

11  that would be your opportunity to share it?

12     A.   Yes, but more often what it would be -- it

13  would be grammatical changes, you know, to make

14  something more clear, that sort of thing.

15     Q.   Okay.  Just generally, how does the

16  concurrence process work in USCIS?

17     A.   So there's the Office of the Executive

18  Secretariat that manages that process, and I don't

19  know that it has, you know, that it has been the

20  exact same process over the years, but essentially,

21  there is a list of, you know, parts of USCIS that

22  should have an opportunity to make comments or

23  suggested edits on correspondence or documentation

24  of any sort.

25          And that process is standardized -- I'm

 1   guessing over the years it probably has evolved, but

 2   now it's a -- now it comes out through e-mail.  In

 3   the past, it came out through paper.

 4           But, you know, essentially it's -- it

 5   provides access to the draft that's being -- to be

 6   reviewed and a process to make comments or suggested

 7   edits where it's clear what those are.

 8           They're recorded, and then it goes --

 9   every component that is, you know, part of this

10   process weighs in with a deadline to meet, you know,

11   whatever the input is going to be to get it

12   submitted within a certain time period.  And then it

13   goes back to the originating office for their use,

14   whatever they -- however they -- it isn't -- the

15   process doesn't -- it's the mechanics of the

16   process.  It doesn't -- the structure isn't

17   necessarily what the receiving -- what the -- the

18   component that puts something in the concurrence,

19   there's nothing that prescribes how they need to

20   then deal with the input that they receive.

21           It's pretty much information that they can

22   make use of.

23       Q.   So --

24       A.   What we have an opportunity to do is say

25   we concur.  We concur with edits or we nonconcur.

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 101

1       Q.   Okay.

2       A.   And for any document, you know, usually it

3   requires someone's signature, again, you know, some

4   authority to say this is the final version.

5            And that person is usually often the

6   director or the deputy.  And my understanding is

7   they use the information, so they will have

8   visibility to whether the document that they're

9   being presented had full concurrence by everybody or

10  not.  So they have visibility to, you know, what

11  might have been issues in contention.

12           But normally the process itself results in

13  a document that everyone has concurred with that

14  goes up for signature.

15           But that -- I think I said earlier, that

16  is not necessarily consistently the process for the

17  recommendation memos for TPS.

18      Q.   For TPS, okay.

19           Let's make sure I'm clear.

20           You mentioned that the last one you

21  recall -- the last recommendation memo for TPS that

22  you recall going through this concurrence process

23  was the first Haiti one under this administration.

24           Is that the Haiti determination that

25  resulted in the six-month extension?

1        A.    Yes.

2        Q.    Okay.  Did you ever receive any

3   explanation as to why the recommendation memos

4   stopped going through the concurrence process?

5        A.    No.

6        Q.    Do you have any understanding as to why?

7        A.    No.

8        Q.    Is there still a concurrence process in

9   place more generally?

10        A.    Yes.

11        Q.    And do you know who at the Executive

12   Secretariat manages the process under this

13   administration?

14        A.    I do.  I know her first name is Gemma, and

15   now for the life of me, I can't remember what her

16   last name is.

17        Q.    Button?

18        A.    Yes.

19        Q.    Okay.  We've seen a lot of names on

20   documents.  Thank you.

21              Other than the concurrence process, is

22   there any other process in place now for other

23   directorates to provide input on a recommendation

24   memo for TPS?

25        A.    Not that I'm aware.

 1      Q.   Other than the recommendation memo --
 2  actually, let me back up one second.
 3           Does the concurrence process involve all
 4  of the different directorates and offices within
 5  USCIS?
 6      A.   I believe so, yes.  I'm sure it includes
 7  all of the directorates.  I'm not sure that every
 8  program office is included.
 9      Q.   Okay.
10      A.   I know that many are.  I just can't think
11  of any that are not.
12      Q.   And do you know if there is some sort of
13  written SOP that deals with the concurrence process?
14      A.   I'm sure there must be, but I don't know
15  what --
16      Q.   This is a government-held job.
17      A.   Yes.
18      Q.   Do you know who I would ask if I wanted to
19  get that SOP?
20      A.   Gemma Button.
21      Q.   In connection with the recommendation
22  memo, are there other documents that are prepared in
23  conjunction with the recommendation memo?
24           And if it's changed over time, let me
25  know, and we'll break it up.

1        A.    Yes.  So the Federal Register Notice in

2   the past was prepared usually concurrently with the

3   recommendation memo with the idea being that it

4   would be ready for publication once the secretary

5   made a decision.

6             So the risk there has always been that the

7   decision wouldn't be what folks thought it might be,

8   and then it would have been wasted effort.

9             But for years the two were developed

10  basically at the same time.

11            And then....

12            So as I described the recommendation memo,

13  that has always been the responsibility for Policy

14  and Strategy.

15            The Federal Register Notice was -- is a

16  document that Service Center Operations managed the

17  process.  So we -- I won't -- I want to be sure to

18  not characterize it as that we had any authority as

19  far as like what was included in it, but we would

20  draft it based on what we thought needed to be

21  included in there.

22            And a lot of it is about the operational

23  process, which is why I think historically it had

24  fallen to us.

25            But since....  A piece of that is the -- a

 1   description of the -- why the decision that was made

 2   is being made, or was made, you know, why the

 3   decision was -- is what it is.

 4            And with the -- so in the past, we would

 5   have -- we used information from the conditions

 6   report that RAIO would produce.

 7            We would -- we in Service Center

 8   Operations would pull information from that that we

 9   thought would likely be pertinent.

10            All of this is, again, just trying to

11   speed up the process so that we wouldn't be waiting

12   for the FRN to be issued once the decision was made.

13            So we would draft sort of notional

14   language that would be put in there as the

15   explanation for the decision that hadn't even been

16   made yet.

17            With the last Sudan determination, we did

18   draft the FRN, but we left that section that

19   explains the decision blank for the Office of Policy

20   and Strategy to fill in.

21            And then with the most recent Haiti

22   determination, we didn't even draft the FRN.  That

23   was turned over to Policy and Strategy as well.

24       Q.   And how about with the most recent

25   El Salvador, Nicaragua FRNs?

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 106

1        A.   So I get the order of these things mixed

2   up, but I know that Haiti, because I asked Haiti,

3   was the last one that we -- was the first one that

4   we did not do the FRN for.  So whatever ones came

5   after that, we did not do the FRN.

6        Q.   Okay.  And how did this transition on

7   drafting the FRN come about?

8        A.   I'm not sure precisely if it was directed

9   or just a group decision that that's what made sense

10  to do.

11            Again, the FRN really is a document that

12  only can be finalized once you know what the

13  decision is going to be because it just announces

14  the decision and then explains the basis for the

15  decision and then the operational process that needs

16  to follow from that.

17            And the difference now is that the

18  decisions are less foreseeable what they're going to

19  be.

20            So the effort involved in developing the

21  FRN for one of those possible outcomes is not as

22  worthwhile.

23            If you don't know what the likely decision

24  is going to be, then you can't really draft

25  something that's explaining what that decision that

1  hasn't happened yet was based on.

2          And so I don't know whether it was, you

3  know, somebody directed it, I'm guessing it wasn't;

4  it was probably just that Policy and Strategy said,

5  you know, we'll take this and we'll do it once the

6  decision is made.

7      Q.   Okay.  How did you learn about the change?

8      A.   By talking to my staff in preparation for

9  this.

10     Q.   Okay.  So that would be -- I'm sorry --

11 Guillermo whose last name I keep having trouble with

12 and Mr. Massey?

13     A.   Yes.

14     Q.   Okay.

15     A.   I will say that I have a recollection of

16 knowing that we were no longer doing the FRNs that

17 predated, you know, the last couple of days, but I

18 don't -- I didn't really remember any specifics

19 related to that until I talked to them.

20     Q.   Okay.  When Service Center Operations was

21 doing the FRN drafts, were there -- did they have a

22 draft of the recommendation memo already at the time

23 they were putting those together?

24          MR. KIRSCHNER:  Objection; vague,

25 confusing.

```
 1      Q.   Let's see if I can clarify that a little
 2  bit.
 3           During the period when Service Center
 4  Operations was drafting the FRNs in connection with
 5  the recommendation memo, do you know whether the
 6  recommendation memo was drafted first, then the FRN,
 7  or were they sort of moving forward in parallel?
 8      A.   I think that they were being drafted in
 9  parallel.  Again, it's a working group that's
10  working on this, so they're communicating with each
11  other.
12           I don't know that my folks necessarily had
13  visibility to the actual language in the
14  recommendation memo, but they had an understanding
15  at least of the direction that it was going.
16      Q.   And what's your understanding of why
17  decisions now are less foreseeable?
18           MR. KIRSCHNER:  Objection; calls for
19  speculation.
20      Q.   You can answer.
21      A.   I don't know why they're more
22  questionable.
23           I just -- it's a fact that the information
24  coming into the working group, you know, from others
25  like, generally from Policy and Strategy, in the
```

1   past I think it was more -- I don't know why, but

2   there was more clarity and understanding which way

3   the director was inclined to go and then which way

4   the secretary was inclined to go.

5          And so why that has become less clear, I

6   don't know.

7      Q.   Is there a point at which it started to

8   become less clear?

9      A.   I think with the first one.

10      Q.   Under this administration?

11      A.   Yes, under this administration.

12      Q.   How did the direction become less clear

13   under this administration?

14          MR. KIRSCHNER:  Objection; vague.

15      Q.   You noted that -- and I'll rephrase that.

16          You noted that in the past, there was more

17   clarity as to where the director was going to go and

18   where the DHS secretary was going to go with their

19   TPS determinations.

20          How has it become less clear under this

21   administration?

22      A.   I think it's the other way around.

23          It used to be clear.  It stopped being

24   clear, like there were messages coming that would

25   say -- my understanding through Policy and Strategy,

 1   that there were communications from above as to

 2   which way they were going, and then that just --

 3   that stopped happening.

 4        Q.   So let me make sure I understand that.

 5             So under prior administrations, there

 6   would be some communications funneling their way

 7   down in the process as to what direction the

 8   determination was going to go, and then under this

 9   administration, those communications stopped?

10        A.   Yes.

11        Q.   Okay.  And the communicat- --

12        A.   I --

13        Q.   I'm sorry, please go ahead.

14        A.   I also know that with the first Haiti --

15   the one that ended up in the six-month extension,

16   that it was communicated that the secretary was

17   having difficult -- was struggling with that

18   decision.

19             MR. KIRSCHNER:  I'm going to

20   interject that to the extent you're going to talk

21   about internal deliberations, I'll instruct you not

22   to answer.

23             MS. DEGEN:  I shouldn't ask him in

24   what way was the secretary struggling?

25             Let me ask it so you can put....

1    Q.   In what way was the secretary struggling?

2              MR. KIRSCHNER:  To the extent this is

3    talking about internal deliberations, I'll instruct

4    you not to answer.

5    Q.   How did you come to understand that the

6    secretary was struggling with the first Haiti

7    decision?

8    A.   I think I remember fairly clearly one of

9    these biweekly meetings that I was telling you about

10   earlier that the -- it might have been the deputy

11   just conveyed in that meeting that the secretary was

12   having -- I won't say difficulty, was struggling

13   with a decision, and it wasn't clear what the

14   decision was going to be.

15   Q.   Okay.  And previous to this

16   administration, how would you find out what the

17   final determination for a TPS review would be?

18   A.   You mean the secretary's decision?

19   Q.   The secretary's decision, thank you.

20   A.   It would be announced.  Probably the first

21   time I would hear about it would, again, be at one

22   of those meetings.  But it might -- I'm sure at

23   times it has been, you know, an e-mail message from

24   the director or from someone in Policy and Strategy.

25   Q.   And how about under this administration?

1      A.    The same.

2      Q.    Once a recommendation memo goes from the

3  working group -- let me actually back up a second.

4            Who actually sends the -- let me back up

5  one more step.

6            I had asked you what documents are

7  prepared in addition to the recommendation memo, and

8  you mentioned the Federal Register Notice.

9            What other documents are prepared in

10  connection with the recommendation memo for TPS?

11      A.    Other than the country conditions report

12  that I mentioned before and State Department's

13  assessment and recommendation, I'm not aware of

14  anything.

15      Q.    So we have the country condition reports,

16  the State Department recommendation, the actual

17  recommendation memo, and prior to fairly recently, a

18  draft Federal Register Notice?

19      A.    Yes, that would all be prepared.  I don't

20  know what ultimately was -- you know, in the past --

21  either in the last administration or this

22  administration, I don't know what ultimately was

23  presented to the director for signature other than

24  the memo.

25            In other words, I don't know whether the

1   memo had attached to it the assessments and the

2   State Department recommendations or not.  I just

3   don't know.

4        Q.   Okay.  Who actually provides the

5   recommendation memo and whatever else may go with

6   it?  Who actually provides that to the director?

7        A.   It's Policy and Strategy.

8             What I don't know and the reason why I'm

9   hesitating is I don't know whether that goes through

10  the Executive Secretariat or if there's some other

11  way that it gets to the director's desk.

12       Q.   In the ordinary course, do documents go

13  through the Executive Secretariat to the director?

14       A.   In the ordinary course, but I'm certain

15  that there are exceptions as well.

16       Q.   What's your understanding of the Executive

17  Secretariat's role?

18       A.   Essentially the traffic cop, to make sure

19  that things get done.

20            They're not reviewing for content, that's

21  for sure, or even grammar or any of that.

22            It's just really to make -- to manage the

23  process of either getting concurrence within the

24  agency if that's what is expected or to make sure

25  that material that's being presented to the director

1    for signature is, you know, formatted properly and

2    presented in a way -- I don't -- I'm -- I haven't

3    had visibility to how the front office works, but

4    it's managing the process of getting something in

5    front of the director.

6              And I know that often that they do that.

7              I also know that sometimes things just get

8    handed to him or her by whoever is presenting it.

9         Q.   If something is handed to the director, is

10   there an expectation that a copy would also go to

11   the Executive Secretariat?

12        A.   I don't know.

13        Q.   Have you ever handed the decision memo

14   directly to the secretary?

15        A.   In -- no.

16        Q.   Okay.

17        A.   It's the easiest answer.

18        Q.   You would use the secretariat?

19        A.   Yes.

20              MR. KIRSCHNER:  Just for clarity, are

21   you talking about the director of USCIS or the

22   Secretary of Homeland Security?

23              MS. DEGEN:  The director of USCIS.

24              MR. KIRSCHNER:  Okay.  And I believe

25   you had mentioned -- I believe you had --

 1                    MS. DEGEN:  Did I say "secretary"?

 2                    MR. KIRSCHNER:  Yes.

 3                    MS. DEGEN:  Thank you for clarifying.

 4          A.   I answered for director.

 5          Q.   Okay.  To make sure the record is clear,

 6    you have not handed a decision memo directly to the

 7    director of USCIS?

 8          A.   No.

 9          Q.   Okay.  You used the Executive Secretariat

10    to get decision memos to the director?

11          A.   Yes.

12          Q.   Do you have any understanding of how

13    decision memos go to the secretary of DHS?

14          A.   No.

15          Q.   If I wanted to find out, who would I talk

16    to?

17          A.   Probably Gemma Button.

18          Q.   Do you know what is in the package that

19    the USCIS director sends to the DHS secretary for

20    TPS determination?

21          A.   I do not.

22          Q.   So going back to the memo -- a

23    recommendation memo and whatever goes with it goes

24    to the director.  It's with the director.

25                    What's the next step in the process of

1   getting something up to the DHS secretary?

2        A.   I know that it goes to the DHS secretary.

3             I don't know how it gets there or, you

4   know, who might -- I just don't have any visibility.

5             I know that it needs to get from the

6   director to the secretary, and how it gets there I

7   don't know.

8        Q.   Do you have an understanding of what

9   happens within DHS once a memo has been sent to the

10  secretary?

11       A.   No.

12       Q.   I think I had already asked this.

13            Going back to the change in decisions, how

14  foreseeable decisions were.  And you noted that

15  prior to this administration, there had been more

16  clarity in where the decisions were going to go.

17            How far back does that increased level of

18  clarity go?

19       A.   So I should say -- well, I guess I -- I'm

20  trying to think of my time in headquarters, and it

21  does go back to 2008.

22            I don't remember any time until recently

23  that once we knew what the recommendation from the

24  director was to the secretary that there was much

25  doubt that that would be the final decision.

1          Always the possibility of a different

2   decision, but the expectation was that it would

3   likely be followed.

4       Q.   Okay.  So until recently, if the USCIS

5   director made a recommendation to the DHS secretary,

6   you would generally expect that that recommendation

7   would be the final decision?

8       A.   Yes.

9       Q.   Okay.  Do you have any understanding of

10   the role of the DHS Office of Policy in TPS

11   determinations?

12       A.   I don't.

13       Q.   And I've seen some references to the

14   Regulatory Coordination Division of USCIS.

15          Do you know what that division is?  Are

16   you familiar with that division?

17       A.   Vaguely.

18       Q.   What's your understanding?

19       A.   They're a component within the Office of

20   Policy and Strategy that manages the regulatory

21   process for USCIS.

22       Q.   What do you mean by "regulatory process"?

23       A.   The process for deciding what the

24   priorities are, you know, what's going to be on the

25   regulatory -- the list of regulatory priorities, and

```
 1   then the process for developing the Notice of
 2   Proposed Rulemaking, interim final rules, final
 3   rules, the mechanics of getting regs promulgated.
 4        Q.   Do you know who is in the charge of the
 5   Regulatory Coordination Division now?
 6        A.   I don't remember.
 7        Q.   Do you recall anyone who's been in that
 8   position in the past?
 9        A.   No.
10        Q.   Did the Regulatory Coordination Division
11   manage the process for the fairly new 60-day
12   automatic extension regulation you mentioned
13   earlier?
14        A.   It's a six-month automatic extension.
15        Q.   I'm sorry, six months.  You're good.
16             Did the Regulatory Coordination Division
17   manage the process for that six-month automatic
18   extension regulation?
19        A.   Yes.
20        Q.   And in that process, did they receive
21   input from Service Center Operations?
22        A.   Yes.
23        Q.   Was there a particular person in Service
24   Center Operations who interfaced with the Regulatory
25   Coordination Division on that issue?
```

1        A.    Sophia Cox is one of my senior advisors.

2   She's the senior advisor for policy.  So she's the

3   principal person who engages with Policy and

4   Strategy and other components on policy-related

5   issues.

6        Q.    How long has she been your senior advisor?

7        A.    So she's been on -- she's been in Service

8   Center Operations since I've been there, so going

9   back to 2010.

10            Her role has changed, but she's been the

11   senior -- she's been the senior advisor for policy,

12   probably for a good three or four years maybe.

13        Q.    Other than this regulation, has she been

14   involved in any other TPS policy issues?

15        A.    Not that I can think of.

16            MS. DEGEN:  Let me grab an exhibit

17   real quick.

18            (Whereupon, Exhibit 13 was marked for

19   identification.)

20        Q.    Mr. Neufeld, we've put in front of you

21   what has been marked as Exhibit 13.

22            Can you take a moment to take a look at

23   that and let me know what you understand this

24   document to be?

25        A.    This is the Federal Register Notice

1   announcing the decision for Nicaragua TPS.

2        Q.   And what is the date of the notice?

3        A.   May 16, 2016.

4        Q.   Is this a Federal Register Notice that

5   Service Center Operations was involved in drafting?

6        A.   We would have if it predated the most

7   recent Haiti, which I think it did.

8             So yes.

9        Q.   And who within Service Center Operations

10   was involved in drafting this?

11       A.   Guillermo Roman-Riefkohl for sure.

12             I'm not 100 percent sure of Scott's

13   involvement.

14       Q.   All right.  There are several sections in

15   this notice.

16             Was Service Center Operations responsible

17   for drafting each of these sections?

18       A.   Yes.  I need to qualify that though.

19             Responsible for drafting, again, it's not

20   necessarily for the content, it's to make sure that

21   they are drafted.

22             And so we would have -- we would have

23   initiated some language that would have been

24   modified by many other -- certainly Policy and

25   Strategy, I'm sure.

```
 1        Q.   Who else besides Policy and Strategy was
 2   involved in modifying draft Federal Register Notices
 3   for TPS?
 4                  MR. KIRSCHNER:  Objection.
 5        A.   Counsel.
 6                  MR. KIRSCHNER:  No, that's fine.  I
 7   was just going to object on vagueness, on timing.
 8        Q.   Let's focus on this particular one.
 9        A.   Counsel.
10        Q.   Counsel?
11        A.   (Witness nods head.)
12        Q.   Anyone else?
13        A.   Not that I know of.
14             I need to correct.
15        Q.   Please.
16        A.   So a Federal Register Notice, before it
17   actually gets published, there's a whole process
18   that a Federal Register Notice has to go through.
19             So we, until recently, were responsible
20   for the -- for drafting it and making sure that it
21   got produced.
22             That would go through a concurrence
23   process within USCIS.
24             Then once it had cleared with us, then it
25   would go up to the department.  I don't know what it
```

 1  is, but I'm sure that there's a clearance process

 2  within the department.

 3         The secretary ultimately signs off on

 4  these, I believe, but then they go -- actually, I'm

 5  not sure whether the secretary signs before or

 6  after.

 7         I know that that OMB gets involved in the

 8  process, and I don't know to what extent other

 9  agencies might have a cut in that.

10  Q.   The concurrence process that you mentioned

11  in USCIS, is that a concurrence process that

12  happens -- let me actually clarify that a little bit

13  more.

14         Prior to the change in this administration

15  on who's drafting the Federal Register Notice, the

16  concurrence process you just mentioned within USCIS,

17  does that process happen before the secretary has

18  made a determination or after the secretary has made

19  a determination?

20  A.   Well, most recently I can -- I know that

21  it's after the secretary's made a determination

22  because that's -- Policy and Strategy hasn't even

23  drafted the FRNs until after that decision was made.

24         I don't know for sure how it was in the

25  past when they were done together, whether --

```
1    whether the concurrence process within USCIS would

2    have happened on a draft FRN prior to a decision

3    being made.  I just don't -- I don't know.

4         Q.   Okay.  Do you recall whether, when

5    recommendation memos were going through a

6    concurrence process within USCIS, whether the draft

7    FRN accompanied the recommendation memo?

8              MR. KIRSCHNER:  Objection, assuming

9    facts not in evidence.

10             You said when they were going through

11   the concurrence.

12             I believe his testimony was that

13   there were times when they went through a

14   concurrence process, not that there was necessarily

15   a date before and after of the concurrence process.

16        Q.   When a recommendation memo went through a

17   concurrence process, which I understand has not

18   happened with the most recent decisions, but when a

19   recommendation memo would go through a concurrence

20   process within USCIS, do you recall whether a draft

21   Federal Register Notice accompanied the

22   recommendation memo?

23        A.   I do not know.  I don't remember.

24        Q.   Okay.  When Service Center Operations was

25   preparing draft Federal Register Notices in
```

1    conjunction with the recommendation memo and then a

2    decision was made by the secretary, what was the

3    process for then finalizing the Federal Register

4    Notice?

5         A.    I don't know the process once it leaves

6    USCIS.

7         Q.    Okay.

8         A.    So a draft, whether it's us or Policy and

9    Strategy, whoever would draft, it would go through a

10   concurrence process within USCIS.

11              How it gets to the secretary's office, I

12   don't -- I don't know.

13        Q.    Would it come back to USCIS after the

14   secretary makes a decision?

15        A.    I don't believe so.

16              I think that the process is that it goes

17   from the secretary to OMB for publication in the

18   Federal Register, but I'm not involved in that

19   process.  I'm not speaking from personal knowledge.

20        Q.    Once the secretary makes a TPS

21   determination, do you know how long the process of

22   finalizing a Federal Register Notice takes, and if

23   there's a difference over time, what that difference

24   has been?

25        A.    I don't know specifically.

1          I know that it -- when they were drafted

2     concurrently that it was fairly quick because it was

3     essentially done and just needed to then go through

4     the rest of the process, whatever that is, to get it

5     published.

6          Now my understanding, again, we're not

7     responsible for it anymore, but my understanding is

8     that Policy and Strategy doesn't even begin drafting

9     it until after the decision has been made and is

10    communicated.  Then they put pen to paper, draft the

11    FRN, and then it has go through its process.

12         So it takes longer.  Exactly how long, I

13    don't recall.

14         There was one of them, I don't remember

15    which one, that -- like the Federal Register Notice

16    didn't come out until just before the expiration of

17    the current designation.

18         So the decision needs to be made 60 days

19    before the expiration.

20         And a long time ago the FRN would be

21    published around the same time, and now it can take

22    longer for the FRN to get published.

23         And I know that -- I can't remember which

24    one it was, I know that we were waiting because we

25    were waiting to begin accepting the applications.

1  That didn't happen until just shortly before the

2  actual expiration.

3       Q.   Okay.  So -- and by "the actual

4  expiration," you mean the expiration of TPS

5  designation, not the expiration of that 60-day

6  pre-expiration period.

7            Did that make any sense?

8       A.   I think, but it's the same time.

9            So 60 days before the expiration of the

10  currently designated period, the decision needs to

11  be made.

12           And again, I can't remember which one it

13  was, but I know that one of them, the decision was

14  made at the proper time, like on the 60th day before

15  the expiration, around there, and then the FRN

16  didn't actually get published until shortly before

17  the actual expiration.

18           So, you know, well into the 60 days.

19      Q.   Okay.  So for one of the countries, you

20  don't recall which one, but one of the recent

21  decisions, the decision was made on time, but the

22  Federal Register Notice took somewhere close to

23  60 days to actually get published?

24      A.   That's my recollection, yes.

25      Q.   Okay.  I see reference to a G1056 process.

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 127

1            Do you know what that is?

2        A.    That's the concurrence process -- that's

3    the form number for the cover sheet that used to go

4    with the concurrences.

5            I don't think there's an actual cover

6    sheet anymore.

7            If it is, it's a digital cover sheet.

8        Q.    And that's the concurrence process within

9    USCIS?

10       A.    Yes.

11       Q.    When you say that the decision on a TPS

12   extension or termination has to be made 60 days

13   ahead of the actual expiration date, what exactly

14   constitutes the decision?

15       A.    What do you mean?

16       Q.    The decision that's made, is that the

17   secretary of Department of Homeland Security signing

18   off on a particular document, or just saying, this

19   is what my decision is, or is there some other act

20   that constitutes the decision?

21       A.    So that's interesting that you ask because

22   now I realize I don't really know.

23            I think that it is on the recommendation

24   memo itself that there's a place for the secretary

25   to indicate what the decision is and sign off on

1  that, but now I couldn't say for certain.

2      Q.   Okay.  Is it fair to say that the decision

3  happens sometime before the Federal Register Notice

4  is actually published?

5      A.   Yes.

6      Q.   So going back to the Federal Register

7  Notice itself, the one we have here is dated 2016

8  when Service Center Operations was drafting the

9  notices.

10         Are there any sections of the Federal

11  Register Notice that Service Center Operations still

12  drafts today?

13     A.   No.  You mean like recent?

14     Q.   In the recent determinations?

15     A.   Correct.  We do not have any -- we don't

16  draft any -- we haven't drafted any part of the FRN

17  recently.

18     Q.   Let me run through some of the sections

19  here.

20         The first section in the notice is a

21  summary.

22         Where did Service Center Operations obtain

23  information for the summary in this notice?

24     A.   Specifically, I don't know.

25         As I said, when I say that we had

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 129

```
 1   responsibility, we were responsible for making sure
 2   that it all got put together.
 3            The actual content of it, I don't know
 4   like who contributed what parts or made edits
 5   because they certainly go through revision.
 6            The other thing to keep in mind is that
 7   some parts are fairly standard, like the language
 8   doesn't change, but the dates or the name of the
 9   country might change.
10            And so that's where -- I wanted to also
11   clarify, when you said, you know, even on recent
12   ones, is there anything that we have drafted?
13            It's complicated because I'm sure the
14   language that was included even in the last ones
15   probably was language that we might have contributed
16   to at some point in the past for prior FRNs that was
17   then borrowed for a more recent FRN.
18       Q.   Okay.  So just to take an example, I
19   noticed, for example, there's a section in here
20   called "E-filing" that has looked fairly similar,
21   from my own review, across TPS notices for quite
22   some time.
23            Is that an example of a section where the
24   language sort of has been borrowed from one notice
25   to the next to the next?
```

1      A.    Yes.

2      Q.    Okay.  If we wanted to know who had input

3   into particular sections in particular notices, is

4   Mr. Roman-Riefkohl the person we should talk to

5   about that?

6      A.    He would have information.

7            I don't know that he would necessarily

8   know all of it.

9            Again, our role is to make sure that it

10  was done, and some of it we drafted ourselves, other

11  people would have input.

12           It's sort of a collaborative process and

13  iterative process.

14           So he would have some information, but he

15  wouldn't necessarily know all of it.

16     Q.    Okay.  But he was managing the process?

17     A.    Yes, until recently, until last year.

18     Q.    The notices, the Federal Register Notices

19  you noted included -- I believe you describe it as

20  the basis of the secretary's decision.

21           How is the basis for the secretary's

22  decision drafted -- and we can talk about the

23  prior -- when Service Center Operations was

24  responsible for making sure these were drafted

25  versus now?

1          MR. KIRSCHNER:  Objection, assuming

2    facts not in evidence.

3          I'm not sure you used the exact

4    phrase about the basis that you described.  I just

5    want to make sure that he says it in his own words.

6      Q.   Do you understand what I mean by "the

7    basis for the secretary's decision"?

8      A.   So there's a section called -- entitled

9    "Why is the Secretary in this Instance Extending the

10   TPS Designation for Nicaragua through January 5th?"

11         So that's, in particular for this one,

12   that section exists in every FRN as far as I know.

13         And what was the question -- that's what

14   your question's regarding?

15     Q.   Sure.  That's what I'm talking about.

16         You had mentioned the basis and the why

17   section of the notice.  So yes, that's the section

18   of the notice that I'm talking about.

19         How was that section prepared when Service

20   Center Operations was preparing the -- or

21   responsible for making sure the Federal Register

22   Notices were prepared?

23     A.   So what I was informed is that it -- in

24   years past, the initial draft of this -- again, it's

25   iterative in what it evolved -- the initial draft

1    would have -- my folks would have pulled language

2    that they thought was relevant from the -- or would

3    be relevant when the decision was made, pulled that

4    information from the country conditions report that

5    RAIO produced.

6            But again, that would be like a rough,

7    initial draft that would then have been revised,

8    probably many times before the final version was

9    published.

10       Q.   And who would be involved in those

11   revisions?

12       A.   Well, again, internally it would go -- so

13   Policy and Strategy would probably have -- would

14   provide the most significant contribution there.

15           But anybody in the whole vetting process

16   all the way up to OMB could make edits or comments

17   that would have to be considered.

18       Q.   Who is the final adjudicator of the

19   comments that would come in?

20       A.   That's a good question.

21           So ultimately OMB approves what gets

22   published in the Federal Register Notice.

23           I think it's a safer characterization that

24   the concurrence process results in concurrence all

25   the way, you know, from everybody.

 1            What I can say with certainty is that it
 2    would not be a Service Center Operations call.
 3                 MR. KIRSCHNER:  Alycia, just in terms
 4    of this line of questioning, I wanted to take a
 5    break.  I just wanted to touch base with you.
 6        Q.    Let me just clarify one thing before I
 7    forget I need to clarify it, and then we can -- it
 8    will be a good time for a pause.
 9            Where Service Center Operations has not
10    been responsible for making sure the Federal
11    Register Notice is prepared, did the Federal
12    Register Notice go through a USCIS concurrence
13    process?
14        A.    I believe so, yes.
15        Q.    And did you personally provide any
16    comments on any of those Federal Register Notices?
17        A.    Not that I recall.
18            I'm certain my staff would have, and they
19    do that under my authority.
20            But I don't know necessarily -- I don't
21    remember having any direct input.
22        Q.    Okay.  Is the concurrence process ever
23    referred to as a clearance process?
24        A.    Yes.
25        Q.    Is there -- besides the concurrence

```
1   process, is there another clearance process with
2   respect to Federal Register Notices that you're
3   aware of?
4         A.   Outside of USCIS, I know that there is.
5              I don't know what -- what constitutes it.
6         Q.   Okay.  Is there another clearance process
7   within USCIS besides the concurrence process?
8         A.   No.
9              MS. DEGEN:  Okay.  Why don't we take
10   a break.
11              VIDEOGRAPHER:  Going off the record,
12   the time is 2:12 p.m.
13              (Whereupon, a recess was taken.)
14              VIDEOGRAPHER:  Back on the record.
15              The time is 2:27 p.m.
16              THE WITNESS:  Before we start, at the
17   break it occurred to me, when you were asking
18   questions about the membership or representation on
19   the TPS working group and I mentioned field
20   operations having a representative, it occurred to
21   me that that might not be accurate because we also
22   have a DACA working group, and I know that they are
23   on that one, and I think I might have been mixing up
24   the two.
25              So I'm not -- I'm not saying they're
```

1  definitely not, but I want to make sure that I'm not

2  clear on that.

3  BY MS. DEGEN:

4       Q.   Okay.  Thank you for clarifying.

5            So Mr. Neufeld, before the break, we had

6  gone through the process of getting a recommendation

7  memo prepared for USCIS to go to the director, which

8  would then go to the secretary.  The secretary makes

9  a decision, a Federal Register Notice is finalized.

10           Are there any steps in that process

11  through publication of the Federal Register Notice

12  that we've missed?

13      A.   Not that I can think of.

14      Q.   And we also talked about a number of

15  differences between the process that has been

16  experienced with the most recent TPS determinations

17  under this administration and previous TPS

18  determinations.

19           Are there any other process changes that

20  we may have missed?

21                MR. KIRSCHNER:  Objection, assuming

22  facts not in evidence.

23                You used the phrase "a number of

24  differences."  I just -- that's your

25  characterization, not Mr. Neufeld's

1    characterization.

2         Q.   Are there any other differences in the

3    process for the recent determinations under this

4    administration and previous determinations?

5         A.   So I mentioned that we don't do the

6    Federal Register Notices any longer.

7              I wouldn't categorize that as an

8    administration change.  It happened while this

9    administration was in -- is in office, but it wasn't

10   directed that way.

11             The other change with respect to the FRN

12   drafting, and I don't remember whether I've said

13   this or not, but that the section that discusses

14   the -- that explains the why of the decision, I

15   think it was with Sudan we stopped even -- we

16   stopped drafting that piece of it.

17             If I mentioned that before, sorry for

18   repeating, but I wanted to make sure that was

19   understood.

20             So we went from never have we been the

21   ones who decided what the content was, but we took a

22   stab at drafting language that others would then

23   modify.

24             With the most recent Sudan determination,

25   we left that section blank.  We drafted the rest of

1  it but left the "why" section blank.  Policy and

2  Strategy took that role.

3       Then with Haiti we didn't even draft an

4  FRN.  And since then we haven't drafted the FRNs.

5       Q.   Okay.  Thank you for clarifying.

6            Are there any other process differences?

7       A.   Not that I can think of off the top of my

8  head.

9       Q.   Do you know how the decision came about

10 that Service Center Operations left the "why" blank

11 for the Sudan decision?

12      A.   My understanding is it was essentially the

13 working group's consensus or acknowledgment that

14 that is difficult to draft when you don't even have

15 a sense of what the decision's going to be.  And so

16 it was left blank for the Policy and Strategy folks

17 to draft when they had an idea of what it would be.

18           I will also say that even prior to any of

19 this, so, you know, in the middle of the last

20 administration, I can remember my team saying that,

21 you know, it didn't make sense for Service Center

22 Operations to have the pen for drafting the Federal

23 Register Notice, that these kinds of things

24 typically are under the purview of Policy and

25 Strategy, drafting regulatory language, you know,

1   drafting policy memos, those kinds of things

2   typically fall to them.

3           I think that at some point it became --

4   you know, I don't even know how much further back in

5   time you go with the Federal Register Notices and us

6   drafting them for TPS, but the -- what can make

7   sense is that there's a huge operational section

8   that needs to be included, and so that legitimately

9   makes sense for us to have the pen on with our

10  operational folks.

11          But there's always been this other piece

12  of it that doesn't -- didn't -- isn't in our, you

13  know, wheelhouse, if you will.

14          And so this transition was just sort of

15  the evolution of the thought process on that of the

16  working group members, and the evolution of the

17  certainty with which we could predict what the

18  decisions were going to be.

19     Q.   Do you know who from Office of Policy and

20  Strategy now drafts the "why" section of the Federal

21  Register Notices?

22     A.   I don't.

23              MS. DEGEN:  Okay.  Let's put in front

24  of you what's been marked as Exhibit 14.

25              (Whereupon, Exhibit 14 was marked for

1    identification.)

2        Q.   And for reference, there's a Bates number

3    at the bottom, DHS 001659000087.

4             And this is an e-mail chain with a couple

5    of e-mails, one -- the top one dated April 20, 2017,

6    the next one dated March 28, 2017, and the bottom

7    one dated March 22, 2017.

8             The version that we have has a number of

9    sections that have been redacted.

10            Just a general question here:  Do you

11   recall being someone on this e-mail chain?

12       A.   I do not.

13       Q.   Down in the bottom e-mail, the one that is

14   dated March 22, 2017, the from line says "Prelogar,

15   Brandon."

16            Do you see that?

17       A.   Yes.

18       Q.   And Brandon Prelogar is in the Office of

19   Policy and Strategy.  Right?

20       A.   Yes.

21       Q.   And then the "CC" line under that is a

22   Hamilton, Gene.

23       A.   Um-hum.

24       Q.   Do you see that?

25       A.   Yes.

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 140

```
 1        Q.    In March of 2017, do you know what
 2   Mr. Hamilton's role was?
 3        A.    Specifically, no.  I know he was assigned
 4   to Policy and Strategy.  I think it's the same
 5   position he holds now.
 6        Q.    Is that a position within the Department
 7   of Homeland Security or USCIS?
 8        A.    USCIS.
 9             MR. KIRSCHNER:  Sorry, I have a
10   clarification for Mr. Neufeld, like if he's talking
11   about Brandon Prelogar or he's talking about Gene
12   Hamilton.
13        A.    Brandon Prelogar.
14        Q.    So Brandon Prelogar is in USCIS, and Gene
15   Hamilton is within USCIS or Department of Homeland
16   Security?
17        A.    With DHS.
18        Q.    Okay.
19        A.    DHS.
20             MR. KIRSCHNER:  Sorry to interject,
21   but.
22             MS. DEGEN:  Thank you for clarifying.
23        Q.    In the first paragraph of Mr. Prelogar's
24   e-mail -- why don't I give you a second to read his
25   e-mail there.
```

1        A.    Yes.

2        Q.    In the first line, there is a reference

3   to:  USCIS met with DHS/HQ front-office staff

4   yesterday to discuss Haiti's TPS designation.

5             Do you know what is meant by "DHS/HQ

6   front-office staff"?

7        A.    Not specifically, no.

8        Q.    Do you have a general understanding of

9   what people refer to when they refer to DHS/HQ front

10  office?

11       A.    Not really.

12             I assume that it included Gene Hamilton.

13             Who else it would have included I don't

14  know.

15       Q.    And then the next sentence goes on:

16  During that meeting, noting that the current

17  recommendation is from former Secretary Kerry, and

18  given the change in administration, they requested

19  that we seek an updated Department of State

20  recommendation under current leadership.

21             Are you aware of any other circumstances

22  where an updated Department of State recommendation

23  has been sought following a change of

24  administration?

25       A.    No.

1              MR. KIRSCHNER:  I want to clarify

2    that -- I wanted to object to the extent that these

3    questions are outside the scope of the 30(b)(6)

4    questioning, I just wanted to put that on the

5    record, that Mr. Neufeld's here to talk about the

6    process within USCIS, and this is getting into the

7    process within the Department of Homeland Security.

8              MS. DEGEN:  Okay.  I take your

9    objection.  I think we're trying to understand where

10   some things fit within the process, and hopefully he

11   can help clarify that to some extent.

12              I will just also note that this

13   e-mail involves individuals from USCIS and their

14   process, so....

15   BY MS. DEGEN:

16       Q.   Back in March of 2017, were you aware that

17   an updated recommendation was being sought from

18   Department of State regarding Haiti?

19       A.   I think I was.

20       Q.   How so?

21       A.   I seem to remember somebody saying that

22   another recommendation was being sought, but I don't

23   recall the specifics of that conversation or whether

24   it was even a fact that that was happening or

25   whether it was being considered.  I don't know.

1              MR. KIRSCHNER:  And just to clarify

2     for the objection that he -- Mr. Neufeld is speaking

3     generally to the process, and to the extent, as he

4     had mentioned at the very beginning, about specific

5     items, that -- that itself starts getting outside

6     the scope, that he's talking generally about the

7     process versus some specific item of a particular

8     decision.

9              MS. DEGEN:  Okay.  I understand that

10    is why he's here on a 30(b)(6), just to talk about

11    the process.  And as I noted, we're trying to figure

12    out how some things fit within the process.

13              I anticipate that we'll fight at some

14    point about, you know, whether his testimony is

15    30(b)(6) testimony or individual testimony, but

16    we're really trying to figure out how some of these

17    things fit in there.

18              MR. KIRSCHNER:  Okay.  Yeah, I just

19    wanted, to the extent that Mr. Neufeld is

20    testifying, I want to make it clear that when he's

21    testifying in his personal capacity versus his

22    30(b)(6) capacity.

23              And so the last question I think was

24    in Mr. Neufeld's personal -- I mean, sorry, his

25    official capacity as a member of government of the

1  USCIS, but not as a 30(b)(6) witness on that

2  particular question.

3          MS. DEGEN:  Okay.  And I would

4  suggest, Counsel, you know, if you're amenable to

5  this, you can interpose your objections where you

6  think there's a line issue, and we can figure out --

7  figure that out after the deposition rather than

8  spending a lot of time in the deposition about --

9          MR. KIRSCHNER:  Certainly.

10          MS. DEGEN:  Okay.

11          MR. KIRSCHNER:  I'll just object as

12  being outside the scope.

13          MS. DEGEN:  Okay.  Then I will

14  understand what you mean by that.

15  BY MS. DEGEN:

16      Q.  Mr. Neufeld, do you recall how you came to

17  understand that there -- well, actually, let me back

18  up a second.

19          Do you have any understanding as to why an

20  updated Department of State recommendation was being

21  sought for Haiti in March of 2017?

22      A.  Beyond what's explained here, the change

23  in administration, no.

24      Q.  Just because an administration is changing

25  doesn't necessarily mean that country conditions

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 145

1    have changed.

2            Is that fair?

3                MR. KIRSCHNER:  Objection; leading.

4        Q.   If an administration changes, does that

5    necessarily mean that country conditions have

6    changed?

7        A.   No.

8        Q.   Did the current administration have

9    different priorities than the previous

10   administration with respect to Haiti?

11               MR. KIRSCHNER:  Objection; outside

12   the scope, and calls for speculation.

13       Q.   You can provide your understanding.

14       A.   Not that I'm aware of.

15       Q.   In March of 2017, was there already a

16   USCIS recommendation memo with respect to Haiti?

17       A.   I don't recall.  I don't remember that.

18       Q.   Other than a change in administration, are

19   you aware of any other circumstances where a new

20   recommendation has been sought from Department of

21   State regarding a TPS decision?

22       A.   No.

23       Q.   How about within USCIS?

24       A.   What do you mean?

25       Q.   Are you aware of any circumstances within

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 146

1    USCIS, other than a change of administration, where

2    a new recommendation memo has been sought?

3         A.   No.

4         Q.   In the second e-mail in that chain,

5    there's a reference to, quote, the Haiti option

6    paper for S1, end quote.

7              Do you know what S1 refers to?

8         A.   Yes.

9         Q.   What does S1 refer to?

10        A.   Secretary of Homeland Security.

11        Q.   And are you familiar with a Haiti option

12   paper?

13        A.   I am, but I don't know whether that is

14   something different than the recommendation memo.

15        Q.   What Haiti option paper are you thinking

16   of?

17        A.   I recall seeing a document that outlined

18   options for the Secretary's consideration along the

19   lines of what I described previously about the

20   meeting that I attended.

21             And my recollection is that that was

22   included in the recommendation memo, but I can't say

23   for sure that that's what it was.

24        Q.   And the meeting you referred to, that was

25   the meeting you had with Gene Hamilton?

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 147

1        A.    Yes.

2        Q.    The Haiti option memo, do you know if that

3    was an attachment to a recommendation memo?  Do you

4    recall?

5        A.    I don't know.  I don't remember.

6        Q.    If we wanted to --

7        A.    My recollection is of the options.

8              I don't remember like what the document

9    was that they were embedded in, whether it was the

10   actual recommendation memo that had options or

11   whether it was a separate document that just

12   outlined in general what options are available to

13   any secretary for any TPS designation.

14       Q.    Okay.  Do you recall what the options

15   were?

16       A.    Not specifically.

17             Some of them I do -- I mean, it's the --

18   as I discussed before, it's the -- what happens if a

19   decision isn't made, it's basically extended for six

20   months, that you could -- the Secretary could choose

21   to extend for 6, 12 or 18 months, could choose to

22   terminate but allow for a period of orderly

23   transition.

24             I don't remember the time frames for that.

25             But my recollection is they were -- it was

```
 1   more or less a description of legally how things
 2   work with TPS related to the Secretary's decision.
 3         Q.   Do you know who prepared the options memo?
 4         A.   I don't.
 5         Q.   Quick question:  Is Jennifer Higgins still
 6   the Department of Homeland Security deputy chief of
 7   staff?
 8         A.   No.
 9         Q.   Do you know who is?
10         A.   No.
11         Q.   Do you know what's Jennifer Higgins'
12   current position?
13         A.   She is the associate director for RAIO.
14         Q.   Do you know approximately when she took
15   that position?
16         A.   I think it's been about a year, maybe a
17   little longer.
18              I should clarify.  She was the deputy
19   associate director for RAIO.  She went to the
20   department in an acting capacity is my recollection.
21              And then when that detail ended, she came
22   back, but in the meantime had been selected for the
23   associate director position.
24         Q.   Okay.  So she was at RAIO, then had this
25   detail to be acting deputy chief of staff at the
```

```
 1   Department of Homeland Security, and then came back
 2   to RAIO in a new capacity?
 3        A.   Yes.
 4        Q.   Okay.  How long had she been at RAIO
 5   before her -- before being detailed to DHS?
 6        A.   Since I have known her, so probably since
 7   I've been at headquarters.  At least 16 years.
 8        Q.   And in her previous capacity at RAIO,
 9   before her detail to DHS, was she involved in
10   preparing country condition reports for TPS?
11        A.   I don't know how much involved she was.
12             I know that as the deputy, she would have
13   been responsible for the folks who were drafting it.
14                  MS. DEGEN:  Okay.
15                  (Whereupon, Exhibit 8, previously
16   marked for identification, was presented to the
17   witness.)
18                  MS. DEGEN:  I'm handing out what has
19   previously been marked as Exhibit 8.
20        Q.   Mr. Neufeld, you can take just a moment to
21   flip through this e-mail chain.
22             I know there are a lot of e-mails in there
23   and a number of things are redacted on it, but take
24   a look through and just see if any portions of this
25   e-mail chain look like something that you were
```

 1    included in.

 2                   (Witness reading.)

 3                   MR. KIRSCHNER:  Before beginning this

 4    line of questioning, I just want to say that, again,

 5    outside the scope to the extent it goes beyond just

 6    the general process that USCIS uses.

 7                   MS. DEGEN:  Okay.  All right.

 8    Objection noted.

 9         A.   So I believe you asked, was I included --

10    have I seen any of this before.

11         Q.   Yes.

12         A.   And the answer is no.

13         Q.   Okay.  Let's start with the earliest

14    e-mail in the chain.  It starts on -- well,

15    there's -- if you look down in the bottom left

16    corner of each page, there's a small number.  It

17    starts on what's numbered 16 and goes on to page 17.

18         A.   Yes.

19         Q.   See that?

20              Okay.  It's an e-mail dated March 2, 2017,

21    from USCIS Regs.

22              Do you know what that department or

23    function or directorate is?

24         A.   No.  I'm assuming it's the RCD.

25         Q.   RCD, is that the regulatory group that you

1    talked about within Office of Policy and Strategy?

2        A.    Yes.

3        Q.    And can you remind me what RCD stands for?

4        A.    The R is regs.

5        Q.    Regs.

6        A.    I think the D is division, but I don't

7    remember what the C stands for.  It might be

8    coordination.

9        Q.    Okay.  Going down into the e-mail, it

10   looks like the 2 is USCIS Exec Sec.

11             Do you read that to refer to the Executive

12   Secretariat for USCIS?

13       A.    Yes.

14       Q.    Yes.  And then it says:  Good day, Exso,

15   E-X-S-O.  Is Exso a reference to the Executive

16   Secretariat?

17       A.    Yes.

18       Q.    The next line down, it says:  For FO

19   approval.

20             Do you have an understanding of what FO

21   refers to here?

22       A.    Front office.

23       Q.    And front office of what agency?

24       A.    USCIS.

25       Q.    Okay.  So front office of USCIS.

1              And it goes on to say:  Please find

2    attached the Federal Register Notice, FRN, extension

3    of the designation of Haiti for temporary protected

4    status, and the USCIS recommendation memorandum for

5    Haiti temporary protected status TPS.

6              Do you see that?

7         A.   Yes.

8         Q.   So in March 2017, the Haiti designation

9    that was under consideration -- am I correct that

10   that would be the first Haiti designation that the

11   current administration addressed?

12        A.   Yes.

13        Q.   And that is the -- that Haiti designation

14   is the last designation for which Service Center

15   Operations was responsible for preparing all

16   sections of the Federal Register Notice?

17        A.   No, that should have been the first one

18   that we didn't draft.

19        Q.   Oh, that you did not draft.

20        A.   Correct.

21        Q.   Okay.  That's why I'm a little bit

22   confused because it looks like they are forwarding

23   both a Federal Register Notice and a USCIS

24   recommendation memorandum.

25        A.   Yes.

```
 1        Q.   So both documents were drafted at the time
 2   this -- of this e-mail.
 3        A.   And my understanding -- actually, I have
 4   to -- so I was briefed on this by my -- the two
 5   individuals, and my understanding was that the Haiti
 6   determination was the first one that we didn't draft
 7   the FRN.
 8             Now it occurs to me that I don't know with
 9   clarity whether it was the first time Haiti was
10   being considered or the second time, which would
11   have been six months later.
12        Q.   Okay.  I think I had taken from your
13   earlier testimony that Service Center Operations did
14   draft for the first Haiti decision where it was
15   extended for six months, but did not draft the FRN
16   for the next decision where Haiti was terminated.
17             Does that sound right or maybe not sure?
18        A.   I'm not sure.
19        Q.   Okay.  Go ahead.
20        A.   I'm not sure, but on thinking about it, we
21   most likely did draft this one, and it was the
22   second one that we didn't draft the FRN -- the one
23   to terminate.
24        Q.   Okay.
25             MR. KIRSCHNER:  Can I just ask kind
```

1   of a clarification question because --

2                   MS. DEGEN:  Yes.

3                   MR. KIRSCHNER:  Just so that we have

4   a clean record.

5                   My understanding, Mr. Neufeld, is

6   that the Sudan one you were still involved, you had

7   previously testified to.

8                   THE WITNESS:  Yes.

9                   MR. KIRSCHNER:  And this was prior to

10  the Sudan one.

11      A.   Okay.  That helps.  So yes, we would have

12  been involved in this one.

13          If Sudan preceded this, then we would not

14  have drafted the why, the explanation for the

15  decision.

16                  MS. DEGEN:  Okay.  I think we all

17  agree Sudan postdated this one.

18                  THE WITNESS:  Postdated, that's

19  right.  So then we would have drafted the whole

20  thing with revisions.

21                  MR. KIRSCHNER:  I think it's easier

22  to have clarity for everybody as opposed to you

23  writing a letter later saying, which one are you

24  talking about?

25                  MS. DEGEN:  I appreciate it.

1    BY MS. DEGEN:

2        Q.   Okay.  So continuing on in that e-mail

3    under the summary, it states:  The USCIS

4    recommendation memo discusses relevant country

5    conditions in Haiti and explains USCIS's

6    recommendation that the Secretary extend the TPS

7    designation of Haiti.  Following a decision by the

8    Secretary, the FRN would alert the public that the

9    designation for TPS of Haiti is being extended

10   effective July 23, 2017, through January 22, 2019.

11           Do you see that?

12       A.   I do.

13       Q.   Okay.  So at the time of this March 2,

14   2017 e-mail, was there a recommendation that Haiti

15   TPS be extended for a period of 18 months?

16       A.   So I don't remember that one way or the

17   other, but it would appear from this that yes,

18   that's what the recommendation was.

19       Q.   Turning to the next page, the one that has

20   a No. 17 in the bottom right corner --

21       A.   Yes.

22       Q.   -- there's a reference to -- under

23   "contacts," there's a reference to OP and SRCD.

24           Is that --

25       A.   I'm sorry, I'm not following.

```
1        Q.   Oh, I'm sorry.  If you look about a third
2    of the way down the page under "contacts" --
3        A.   Yes.
4        Q.   -- there's some things that are blacked
5    out, but then there's a reference to OP and SRCD.
6             What do you understand that to be a
7    reference to?
8        A.   OP and SRCD is Office of Policy and
9    Strategy, Regs Coordination Division.  Again, I'm
10   not sure about the C.
11       Q.   And then just below that, there is a
12   reference to OP&S, IHAD.
13            What do you understand that to be a
14   reference to?
15       A.   I don't know what IHAD is.
16            OP&S would still be Policy and Strategy.
17                 COURT REPORTER:  Pardon me?
18                 THE WITNESS:  I don't know what IHAD
19   stands for.
20       Q.   Oh, please.
21       A.   OP&S stands for Office of Policy and
22   Strategy.
23       Q.   And then continuing over, there's a
24   reference to SCOPS.
25            What is that a reference to?
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 157

1        A.    Service Center Operations.

2        Q.    And that's your directorate.  Right?

3        A.    Yes.

4        Q.    On that same page, up a little higher --

5    I'm sorry, we're doing some alphabet soup here, but

6    there's a reference to "clearance."

7              And next to the first bullet point,

8    there's MGT.

9              What is that a reference to?

10       A.    The management directorate.

11       Q.    OIDP?

12       A.    Office of Intake and Document Production.

13       Q.    Is that within the management directorate?

14       A.    Yes.

15       Q.    OCFO?

16       A.    Office of the Chief Financial Officer.

17       Q.    Also within the management directorate?

18       A.    Yes.

19       Q.    OPQ?

20       A.    Office of Performance and Quality.

21       Q.    Let's see.  OP&S, and I believe you said

22    that was Office of Policy and Strategy.

23              Is that right?

24       A.    Yes.

25       Q.    Let's see.  RAIO?

1        A.    Refugee Asylum and International

2   Operations.

3        Q.    FDNS?

4        A.    Fraud Detection and National Security.

5        Q.    OCOMM?

6        A.    Office of Communications.

7        Q.    IRIS?

8        A.    I think I recall this better than I did

9   before.

10             It's Immigration Records and Identity

11  Services.

12        Q.    The second bullet down, there's OCC?

13        A.    That's the Office Chief Counsel.

14        Q.    And then the next bullet, there's a

15  reference to AD1?

16        A.    That's acting director.

17        Q.    The acting director of USCIS?

18        A.    Yes.

19        Q.    I think you said S1 refers to the

20  secretary of DHS.  Right?

21        A.    Yes.

22             Welcome to the government.

23        Q.    That's why we're doing this.

24             MR. KIRSCHNER:  I was about to say

25  the same thing.

1     Q.    Moving to the page that has 14 down in the

2    bottom right corner, I'm looking at the top e-mail

3    on that page.  It's dated March 17, 2017.

4          And in the body of the e-mail, there's a

5    reference to:  The package has been cleared to AD1

6    by COS.

7          Who is COS?

8     A.    Chief of staff.

9     Q.    And is that chief of staff for the

10   director or someone else?

11    A.    For the director.

12    Q.    Going to the first page in this exhibit

13   with the 13 on the bottom, this is the e-mail dated

14   Monday, April 3, 2017.

15          I'm not sure who it's from, but it's to

16   USCIS Exec Sec.

17          There's a reference to:  Attached is the

18   updated TPS Haiti decision memo, which now includes

19   options for the acting director's approval.

20          Were you aware that an updated TPS Haiti

21   decision memo was prepared between March 2, 2017,

22   and April 3, 2017?

23    A.    I think so, yes.

24    Q.    What makes you think so?

25    A.    I just don't have a clear memory of the

1    process, you know, what was going on back then.

2         Q.   What do you recall about the process that

3    makes you think that you were aware of an updated

4    Haiti decision memo being prepared?

5         A.   Well, I guess I know that a Haiti decision

6    memo was prepared.

7              What I don't -- what I'm struggling with

8    is the updated.  I don't remember if, you know,

9    what -- I don't know what that's in reference to, if

10   there was another prior version that had gone all

11   the way up for signature and then came back down, or

12   if it was, you know, an edited version from the

13   concurrence process.  I don't remember.

14        Q.   Okay.  So we have in this chain the e-mail

15   we talked about a minute ago dated March 17, 2017,

16   that noted:  The package has been cleared to AD1 by

17   COS.  As of now it is pending approval.

18             And an e-mail below that also dated

19   March 17, 2017 asks:  Good afternoon, Exso.  When

20   can we anticipate AD1's approval for the TPS Haiti

21   package?

22             Is it a fair reading of this e-mail chain

23   from March 2, 2017, through this March 17, 2017,

24   that there was a TPS Haiti recommendation memo

25   pending before the director of USCIS?

```
 1                    MR. KIRSCHNER:  Objection; calls for
 2    speculation.
 3          Q.   As someone's who's been at the agency
 4    quite a while --
 5          A.   Can you repeat the question?
 6          Q.   Sure.
 7          A.   I wasn't following you.
 8          Q.   Sure.
 9               Is it a fair reading of this e-mail chain
10    from March 2, 2017, to March 17, 2017, that there
11    was --
12          A.   Can you say those dates again?  You said
13    March --
14          Q.   Sure.  March 2, 2017, which is the first
15    e-mail --
16          A.   Correct.
17          Q.   -- where there -- it says:  For FO
18    approval, please find attached the Federal Register
19    Notice for Haiti and the USCIS recommendation
20    memorandum for Haiti through March 17, 2017, where
21    the e-mail is asking:  When can we anticipate AD1's
22    approval for the TPS Haiti package?
23               Another response e-mail says:  The package
24    has been cleared to AD1 by COS.  As of now it is
25    pending approval.
```

```
1              Is a fair read of these e-mail chains that

2    there was a USCIS recommendation memo for Haiti that

3    had gone up to the director, and as of March 17th,

4    it was pending approval?

5         A.   Yes.

6         Q.   And then we have this e-mail dated

7    April 3, 2017, referencing an updated TPS Haiti

8    decision memo which now includes options for the

9    acting director's approval.

10             Do you know what happened in the two weeks

11   between March 17, 2017, and April 3, 2017, where we

12   have a reference to an updated TPS Haiti decision

13   memo?

14             MR. KIRSCHNER:  I'm going to object

15   this as outside the scope, and also that this calls

16   for speculation.

17        Q.   Well, I'm asking if you know.

18        A.   I don't know.

19        Q.   Do you know -- looking at this e-mail

20   chain, does this refresh your recollection at all as

21   to when you had the meeting with Gene Hamilton to

22   discuss Haiti TPS options?

23        A.   This doesn't.

24             The prior one, Exhibit 14, it's at least

25   possible that this reference to:  USCIS met with
```

1    DHS/HQ front-office staff may have been the one that

2    I attended.

3          Q.   Okay.

4          A.   I don't know for a fact that that's it,

5    but it would make sense.

6          Q.   That would make sense to you.  This e-mail

7    was dated March 22, 2017, and the e-mail references

8    a meeting that happened, quote, yesterday.

9               Okay.  Just to make sure I understand:  Is

10   it your understanding that your meeting with Gene

11   Hamilton happened on March 21, 2017?

12         A.   No, that's not what I'm saying.  I'm

13   saying this could possibly be the meeting.

14         Q.   Okay.

15         A.   I'm not aware if there were multiple USCIS

16   meetings.

17              I know I was in one USCIS meeting.

18         Q.   Okay.  This could be -- this could be in

19   reference to the meeting you had, but you're not

20   positive?

21         A.   That's correct.

22         Q.   All right.  Do you know how long the

23   director of USCIS typically has taken to make a

24   decision on a TPS recommendation memo?

25              MR. KIRSCHNER:  Objection; vague.

1                    The word "typically" is vague.

2          Q.    In your experience, how long has the

3    director of USCIS taken to sign off on a TPS

4    recommendation memo?

5          A.    I don't know.

6          Q.    Are you at all aware for any decisions how

7    long it has taken the director to sign off on a

8    memo?

9                    MR. KIRSCHNER:  Objection; vague.

10                   Reference to which director?

11         Q.    I'm just trying to figure out if that's

12   something that you have visibility into or not.

13         A.    I don't have visibility.

14                   It's possible that maybe at some time I

15   knew how long it took, but I don't remember at this

16   point how long it has taken for the director to make

17   a decision.

18         Q.    Okay.  That's not something that you have

19   visibility into in the ordinary course?

20         A.    No.

21         Q.    Okay.  Going back to this exhibit that is

22   in front of you that was previously marked as

23   Exhibit 8, and going to the front page with the

24   little No. 13 at the bottom, in the second e-mail

25   from the top dated April 3, 2017, there's a

```
 1   reference to the NAC.

 2           What does NAC refer to?

 3      A.   That's the Nebraska Avenue Complex, which

 4   is typically how the DHS headquarters is referred

 5   to, the complex of buildings there is where we

 6   are --

 7      Q.   Okay.

 8      A.   -- now.

 9           That is the complex that I went to for my

10   meeting with Gene Hamilton.

11      Q.   Thank you.  I would not have figured that

12   one out on my own in a long time.

13           There's a reference in this e-mail just

14   before NAC, it says:  The revised memo is heading to

15   James for signature before heading to the NAC.

16           Do you have an understanding of who James

17   is?

18      A.   Yes.

19      Q.   Who is that?

20      A.   At the time he was the acting director of

21   USCIS.

22      Q.   Is that James McCament?

23      A.   Yes.  McCament.  M-c-C-a-m-e-n-t.

24           MS. DEGEN:  All right.  I think we

25   can set that one aside and go to....
```

 1                    I'll give you what's been previously

 2    marked as Exhibit 9.

 3                    (Whereupon, Exhibit 9, previously

 4    marked for identification, was presented to the

 5    witness.)

 6        Q.    This is a collection of e-mails.

 7                    And if I can direct you first to the very

 8    first e-mail in this exhibit, it's on a page with

 9    Bates number FOIA-4-0001.  It's an e-mail from Kathy

10    Nuebel Kovarik dated April 7, 2017.

11                    Who it was sent to is redacted.

12                    The subject line is TPS data.

13                    If you can take a look at this e-mail and

14    let me know if you've ever seen this before.

15                    MR. KIRSCHNER:  I just want to object

16    that this is outside of the scope of the 30(b)(6).

17        A.    I don't know if this specific e-mail

18    message is one that I have seen before.  I'm aware

19    of a request like this being made in an e-mail that

20    I saw, but I don't know if this is this one.

21        Q.    Okay.  And were you understanding that

22    there was a request for information to be pulled in

23    connection with the Haiti TPS determination that was

24    being made in the April 2017 time frame?

25        A.    I'm aware that that is the time frame that

1   the request was made.

2           I don't know for what purpose.

3       Q.   Was the request for information directed

4   in any way to Service Center Operations?

5       A.   Do you mind if I look through these

6   previous ones?

7           I know that there was a request made.  I

8   know that Service Center Operations was included as

9   a recipient of, you know, the request.

10          I don't know who else was included or if

11  it was directed to us or if we were copied.

12      Q.   Okay.  That's helpful.

13          On the front e-mail, there are five

14  categories of information listed here.

15          If you can read through those and let me

16  know if Service Center Operations was involved in

17  trying to provide any of those categories of

18  information.

19      A.   I don't think that we were, which is why I

20  was making the point of not knowing whether we

21  were -- it was directed to us or whether we were

22  copied.

23          Requests for data are often sent to us

24  because we are the operations branch, you know, or

25  component.

```
 1            But data polls like this are supposed
 2   to -- generally done, they're supposed to be done by
 3   the Office of Performance and Quality.  That's where
 4   all the -- they are responsible for producing data
 5   for the agency.
 6            And my recollection is that either we were
 7   copied or it was sent to us, and then we sent it
 8   over to them, but we -- at some point it got
 9   directed to the OPQ, Office of Performance and
10   Quality.  Their responsibility to pull what data
11   existed.
12       Q.   Prior to this request in April 2017, are
13   you aware of any other TPS determinations where
14   information on how many TPS holders on public and
15   private relief was requested?
16       A.   No.
17       Q.   The same question as to any demographic
18   data including how many TPS are school-aged kids?
19       A.   No.
20       Q.   The same question as to how many have been
21   convicted of crimes of any kind?
22       A.   No.
23       Q.   The same question as to any
24   criminal/detainer stats?
25       A.   No.
```

Case 1:18-cv-01599-WFK-ST   Document 151-2   Filed 03/01/19   Page 169 of 300 PageID #: 10183

```
 1       Q.    The same question as to how often they
 2   traveled back and forth to the island?
 3       A.    No.
 4       Q.    And same question as to how often they
 5   traveled back and forth to their home country?
 6       A.    No.
 7       Q.    The same question as to remittances data?
 8       A.    No.
 9       Q.    Do you know how many TPS holders from
10   Haiti have criminal records?
11       A.    I do not.
12       Q.    Do you know how many TPS holders from
13   Haiti are on public relief?
14       A.    I do not.
15       Q.    If you can turn to the second e-mail in
16   this exhibit, there's a Bates number FOIA-4-0048.
17             It's an e-mail from Kathy Nuebel Kovarik
18   dated April 25, 2017, subject line TPS data.
19             In the top of that e-mail, there are three
20   requests for information.
21             Do you see where it says 1, 2, 3?
22       A.    Yes.
23       Q.    The first one asks:  How many current
24   Haitian TPS folks were illegal pre-TPS designation?
25             Prior to this data request in April of
```

```
 1   2017, has that data been requested for any other TPS

 2   determinations?

 3        A.   Not that I'm aware.

 4        Q.   And you see the second one says:  Since

 5   designation, how many have committed crimes?

 6             Same question.

 7        A.   Not that I'm aware.

 8        Q.   And the same question as to:  Since

 9   designation, how many are on public assistance?

10        A.   Not that I'm aware of.

11        Q.   Same question as to out of work?

12        A.   Not that I'm aware of.

13        Q.   Looking at the data described in this

14   e-mail, just to confirm, is there any of this data

15   that you think would have been pulled by Service

16   Center Operations as opposed to OPQ?

17        A.   No.

18        Q.   Turning to the next page in this exhibit,

19   there's a Bates number FOIA-4-0056.

20             And looking at the top e-mail, it's

21   another e-mail from Kathy Nuebel Kovarik dated

22   April 28, 2017.

23             And in the body of the e-mail, the second

24   line, it says:  Number 1:  Can we get OPQ and RED

25   together?
```

 1              What does RED refer to?

 2       A.   I don't know.

 3       Q.   Is there any group within USCIS that

 4   you've heard referred to as RED before?

 5       A.   No.

 6       Q.   Is there any group within DHS that you can

 7   think of?

 8       A.   No.

 9       Q.   Does OPQ work with groups in other

10   agencies on data projects?

11       A.   Yes.

12       Q.   Okay.  What agencies are you aware of OPQ

13   working with?

14       A.   So I'm not aware -- I can't recall

15   specific times.

16              I know that -- I mean, we get requests for

17   data all the time and for different contexts, and

18   sometimes that would include data that perhaps CBP

19   might have or ICE.

20              So I know for a fact that they have

21   engaged with ICE.

22       Q.   Okay.  What is CBP?

23       A.   Customs and Border Protection.

24       Q.   This e-mail also has a reference to HHS.

25              Do you know what that would refer to?

1        A.    I would imagine Health and Human Services.

2        Q.    The date that's being discussed in these

3    e-mails, do you know whether any of this information

4    is relative to the question of whether a country

5    designated for TPS should be renewed?

6              MR. KIRSCHNER:   Objection; outside

7    the scope, calls for speculation.

8        Q.    You can answer.

9        A.    So I don't recall which of the three-ways

10   TPS can be designated.

11             There's armed conflict, environmental

12   disaster.  I think the wording I'm probably going to

13   get wrong.  And then extraordinary and temporary

14   conditions.  And I think at least one of those

15   requires for the extension or allows for -- in the

16   extension determination for the Secretary to

17   determine what the impact is on the United States if

18   they were to -- are to remain.

19             That's my understanding.

20       Q.    And did you have an understanding that

21   this data was being pulled in connection with that

22   factor, or is that something that you are

23   extrapolating?  You don't know?

24       A.    No, you asked me if there could be a

25   reason for this, and that would be my -- the only

1  thing I could come up with that might be a reason

2  for it, but I don't know if that's the reason this

3  was requested.

4      Q.   Okay.

5              MR. KIRSCHNER:  Objection to the

6  extent like the question was assuming that that --

7  it was requested in relation to a TPS decision per

8  se.  Assuming facts not in evidence.

9              MS. DEGEN:  You can put that one to

10  the side.

11              MR. KIRSCHNER:  Is this a good time

12  for a break?

13              MS. DEGEN:  Yes, if you folks need a

14  break, we can take one now.

15              MR. KIRSCHNER:  I mean, I don't

16  know -- you have your outline, so....

17              MS. DEGEN:  I have some more

18  documents to go through, but if people need a break,

19  I'm happy to take one.

20              MR. KIRSCHNER:  We could take a quick

21  break now.

22              MS. DEGEN:  Okay.  Sure thing.

23              VIDEOGRAPHER:  Going off the record.

24  The time is 3:29 p.m.

25          (Whereupon a recess was taken.)

 1                  (Whereupon, Exhibit 15 was marked for

 2    identification.)

 3                  VIDEOGRAPHER:  Back on record.

 4                  The time is 3:40 p.m.

 5    BY MS. DEGEN:

 6        Q.   All right.  Mr. Neufeld, I'm putting in

 7    front of you what has previously been marked Exhibit

 8    15.

 9                  If you can take a second to scan through

10    that document.

11                  (Witness reading.)

12        A.   Not a lot here.

13        Q.   There are a number of sections that have

14    been redacted.

15                  But your name is on the "to" or "from"

16    line for some of the e-mails.

17                  Do you see that?

18        A.   Yes.

19                  MR. KIRSCHNER:  Just for

20    clarification, this document does not have a Bates

21    stamp at all.

22                  MS. DEGEN:  No, Counsel, it doesn't.

23    That's because we -- this was produced through FOIA

24    and has not been produced to us in this litigation.

25                  I'm assuming it's not produced yet.

```
 1                    MR. KIRSCHNER:  It's just that the

 2    other FOIA documents had FOIA Bates stamps, and so I

 3    just want to make -- I mean, it does have FOIA

 4    exemptions on it, and so I just want to make sure

 5    that this is a government document.

 6                    I mean, I have no reason to believe

 7    it's not.

 8                    And it does have FOIA demarcations,

 9    so I would have presumed it would have had a FOIA

10    Bates stamp like the other ones had.

11                    (Witness reading.)

12    BY MS. DEGEN:

13         Q.   Just let us know when you're finished

14    looking through.

15         A.   I think I'm as ready as I'll be.

16         Q.   All right.  Looking at Exhibit 15, the

17    first page, the top two e-mails, there's an e-mail

18    from James McCament dated May 17, 2017 to you, Tracy

19    Renaud, and Kathy Nuebel Kovarik, subject line, Re:

20    Draft Haiti TPS FRN for a six-month extension.

21                    And the e-mail from Mr. McCament says:

22    Don, sorry for the short notice.  Can you come

23    upstairs to meet with Tracy, Kathy, and I to discuss

24    this at 10:30?

25                    First question, who is Tracy Renaud?
```

 1      A.   I referenced her earlier.

 2           So now she is the acting deputy for --

 3  director for the agency, but I'm not sure what her

 4  capacity was then.

 5           She might have been acting director then

 6  because James, who previously or -- was the

 7  director, was acting director.

 8           I'm just not sure.  I think that she was

 9  his acting deputy when he was acting director in the

10  time frame of these e-mails.

11           MR. KIRSCHNER:  I'm sorry to return

12  to the Bates stamping, but I am just super confused

13  because it does have numbering on it, so I don't

14  know where this numbering of 47, 48, and 49 comes

15  from.

16           And the time stamps on the e-mails

17  have -- some of the more recent e-mails have earlier

18  time stamps than the later e-mails, and so I just

19  want to make sure that this is a fair representation

20  of an e-mail chain.

21           MS. DEGEN:  Well, Counsel, when the

22  government actually produces this e-mail chain to

23  us, as we anticipate they will be doing very, very

24  soon, we can make that comparison.

25           I'm not sure why this -- we received

1    this as part of what we understand to be a FOIA

2    packet, but I don't know why it hasn't been produced

3    to us because it certainly is responsive and

4    something we would have expected to have received by

5    now.

6              MR. KIRSCHNER:  I'm just trying to

7    understand where the numbers 47, 48, and 49 come

8    from.  I mean, just --

9              MS. DEGEN:  I'm not sure, but why

10   don't we -- we'll ask Mr. Neufeld about some of the

11   things in here, and maybe he'll fill in some of the

12   blanks.

13   BY MS. DEGEN:

14      Q.   Mr. Neufeld, do you -- and let me just

15   note, we were looking at the e-mails, and there was

16   a request for you to come upstairs to meet with

17   Tracy, Kathy, and Mr. McCament, and then you

18   respond:  Yep, I'll be there.

19              Do you recall a meeting with Mr. McCament

20   Ms. Renaud, and Ms. Nuebel Kovarik in May of 2017 to

21   discuss Haiti TPS FRN for a six-month extension?

22              MR. KIRSCHNER:  Objection, that this

23   is outside the scope of the 30(b)(6), as Mr. Neufeld

24   testified earlier about, that he can speak generally

25   as opposed to being in his individual capacity about

1    specific items of Federal -- I just want to make

2    sure that this is clear, that the line of

3    questioning on this e-mail is outside the scope of

4    the 30(b)(6).

5                MS. DEGEN:  Your objection is noted.

6    BY MS. DEGEN:

7        Q.   Mr. Neufeld, do you recall a meeting with

8    James McCament, Tracy Renaud, and Kathy Nuebel

9    Kovarik in May of 2017?

10       A.   I don't.

11       Q.   Do you recall meeting with them regarding

12   a Haiti TPS Federal Register Notice?

13       A.   No.

14       Q.   Do you recall meeting with them regarding

15   Haiti TPS?

16       A.   So these people are people that I would

17   meet with on that subject at any time.

18            There's nothing that stands out as a

19   particular memory.

20            Those individuals, that's the chief of

21   Policy and Strategy, the deputy -- acting deputy and

22   acting director of the agency, so I know that I had

23   many conversations with them, but I don't remember

24   this in particular or any one in particular.

25       Q.   Turning to the next-to-last page in this

1    exhibit, the one with the little 49 in the bottom

2    right-hand corner.

3         A.   Um-hum, yes.

4         Q.   The top e-mail on that page, dated May 17,

5    2017, from you to James McCament, Tracy Renaud,

6    Kathy Nuebel Kovarik, the e-mail says:  Attached is

7    our TPS Haiti processing overview and ELIS timeline.

8              What does that refer to?

9         A.   I honestly don't know.

10        Q.   What is an ELIS timeline?

11        A.   So ELIS is a reference to our new case

12   processing system.

13        Q.   Is that the system that USCIS uses to

14   process TPS renewal applications?

15        A.   It is now.

16             But when this -- when -- when the Haiti

17   extension was happening, around that time is when

18   processing capability was first turned on in ELIS

19   for TPS renewals.

20             So that's -- when you asked me what is

21   this about, it's unclear to me -- it seems as if

22   this is a focus on our processing capabilities in

23   the new system, but I can't be sure.

24        Q.   Okay.  And ELIS is a system that Service

25   Center Operations owns and uses?

1        A.    It's a corporate, you know -- it's an

2    enterprise resource, but we use it for some of our

3    case processing.

4        Q.    All right.  In the next e-mail down,

5    there's -- it's, again, another e-mail from you

6    dated May 17th.

7              There is a reference to ELIS versus C3.

8    What is C3?

9        A.    C3 is a reference to our legacy system

10   that was historically used for processing TPS.

11       Q.    Okay.

12       A.    In reading this, that's I think the focus

13   of all of this e-mail is about that transition from

14   processing cases and claims through -- C3 is

15   shorthand for Claims 3, which is also an acronym,

16   but it's all the same system.

17             And it seems as if this is -- and I know

18   that -- so my recollection of this time frame is

19   that was one of the challenges, if you will, at that

20   time in -- the operational challenges was, it was

21   happening at the same time as turning on the

22   processing capability in ELIS.

23             And ELIS, especially back then, was a new

24   system, untested, you know, with a lot of concerns

25   about how it -- what kind of issues were going to

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 181

```
 1   arise with this new, relatively high volume compared
 2   to -- well, high volume, you know, surge of filings
 3   in a new system with all the sensitivities that you
 4   can imagine from that.
 5        Q.   Okay.  In the bottom e-mail on that same
 6   page there's a reference to TCD.
 7             What is that?
 8        A.   That's the Technology Coordination
 9   Division, which is a division within the Service
10   Center Operations headquarters.  They work for me.
11        Q.   And in that bottom e-mail there's a
12   reference to:  An attached draft outline of what an
13   extension of TPS Haiti for 6 months would look like
14   operationally.  Since there is some overlap with TCD
15   and ELIS, I think the paper would benefit greatly
16   from TCD's review.
17             What was going on here?
18        A.   I can't be 100 percent sure.
19             My best, you know, consideration on this
20   is that -- I can't even tell who the author of this
21   is --
22        Q.   I know.
23        A.   -- has drafted something of an outline of
24   how the process will work for processing TPS Haiti
25   renewals in this new system.
```

1            And this message is from whoever that is

2    acknowledging that TCD, my Technology Coordination

3    Division, has a role to play in ELIS development and

4    that they're seeking that group within Service

5    Center Operations to review the paper.

6        Q.    One thing I'm just confused about.

7            That discussion is happening in an e-mail

8    chain with the subject:  Draft Haiti TPS FRN for a

9    six-month extension.

10           How would the draft FRN and these

11   technology issues relate to one another?

12       A.    Off the top of my head, I don't see a

13   connection, other than if there was some piece of

14   the operational instructions in the FRN that would

15   need to be modified to reflect whatever the new

16   process -- whatever -- the new process in ELIS may

17   have meant that something different needed to happen

18   operationally that needed to be included in the FRN

19   but I don't know.

20           It's also not unheard of that old messages

21   with a bad subject line get pulled and reused or,

22   you know -- used as a forwarding vehicle for

23   something totally unrelated.

24       Q.    The chain just evolves?

25       A.    Yes.

1      Q.   Okay.  Looking at this Exhibit 15 and

2   Exhibit 14 we have looked at, does that refresh your

3   recollection as to whether there was a

4   recommendation for Haiti TPS being extended for 18

5   months that then later changed to a 6-month

6   recommendation?

7      A.   I don't recall whether there was two

8   different recommendations, one for 18 versus one for

9   6.

10         It appears to me -- I don't have a

11   personal recollection of this, but it appears to me

12   that the recommendation -- original recommendation

13   from -- at least that was drafted for James McCament

14   was for an 18-month extension.

15         I can't tell from this whether the FRN,

16   which would ultimately follow a decision, was

17   needing to be adapted to a change that the

18   secretary -- a decision that the secretary made, to

19   make it 6 months.

20      Q.   Okay.

21      A.   Versus there being some package that

22   included an FRN and a recommendation for 6 months.

23            MS. DEGEN:  Okay.  You can set that

24   one aside.  Let's mark the next one.

25            (Whereupon, Exhibit 16 was marked for

```
 1    identification.)

 2       Q.   Mr. Neufeld, we have before you marked as

 3    Exhibit 16 is another -- it looks like two e-mails.

 4            The first one from Kathy Nuebel Kovarik

 5    dated May 18, 2017.  The text of that e-mail has

 6    been redacted.

 7            The second one down at the bottom of the

 8    first page is a May 17, 2017 e-mail from James

 9    McCament to someone who's been blacked out, Kathy

10    Nuebel Kovarik, and someone else who's been blacked

11    out, subject, Haiti TPS updated background

12    information.

13            If you can take just a quick look through

14    this e-mail, and let me know if this is an e-mail

15    that you recognize.

16                   (Witness reading.)

17            MR. KIRSCHNER:  I'm going to object

18    that this was outside the scope of questions

19    pertaining to this document.

20                   (Witness reading.)

21       A.   I've not seen these e-mails before, or

22    this e-mail before.

23       Q.   Okay.  If I can, on the first page, refer

24    you down towards the bottom, you see there is a

25    No. 1.  It says:  TPS for Haiti designation
```

1    memorandum addendum.  The attached memo is being --

2         A.   I don't see that.

3         Q.   Oh, on the first page.

4         A.   I'm sorry.

5         Q.   Sorry.  Down at the bottom.

6         A.   Yes.

7         Q.   Okay.  It says:  TPS for Haiti designation

8    memorandum addendum.  The attached memo is being

9    provided to supplement my earlier TPS Haiti

10   recommendation memo.  In that memo, as you

11   requested, the following points are addressed....

12             And it goes on from there.

13             Have you ever seen a TPS for Haiti

14   designation memorandum addendum?

15        A.   No.

16        Q.   Do you recall any discussions about such a

17   memorandum addendum?

18        A.   No.

19        Q.   Are you aware of any other TPS

20   determinations that included a memorandum addendum?

21        A.   No.

22        Q.   If you continue to the second page of the

23   exhibit, there's an Item No. 2:  Federal Register

24   Notice, FRN.  Attached is the draft FRN announcing

25   the extension.  This language is an update to the

1   draft FRN which was transmitted to DHS last week.

2            Are you aware of an updated draft FRN

3   being prepared in or around May 17, 2017?

4       A.   I don't have any current recollection of

5   that, no.

6       Q.   Okay.  The next item, it says:  Three

7   extension process mechanics.  Attached is a memo

8   explaining the mechanical process for a 6-month

9   extension of the current designation.  This analysis

10  compares the process and impact of an extension

11  versus the proposed termination.

12           And then it goes on:  We have also

13  included in a separate memo information regarding

14  how the USCIS ELIS system will process the cases.

15           Starting with the memo explaining the

16  mechanical process for a 6-month extension, is that

17  a memo that came out of your staff?

18      A.   I don't remember it.

19           It seems like it would make sense that it

20  would, but I don't recall.

21      Q.   Okay.  If Service Center Operations were

22  to prepare such a memo, who would you expect to be

23  involved?

24      A.   The two individuals that keep coming back

25  Guillermo and Scott.

1          This, though, is -- as I said, the
2     transition to ELIS was another aspect of this.  So
3     I'm not sure who else might have been involved.
4     Within my shop it might have been the TCD folks that
5     were referenced in the earlier exhibit.
6          Most likely that's it.
7          Q.   Okay.  Do you recall preparing -- do you
8     recall Service Center Operations preparing a memo
9     regarding how the USCIS ELIS system will process the
10    cases?
11         A.   I don't recall that, no.
12         Q.   And do you recall in May 2017 there being
13    a discussion of a 6-month extension for Haiti TPS
14    versus a proposed termination for Haiti TPS?
15         A.   So I remember all of the options being
16    discussed, and among them was, you know, termination
17    with a 6-month extension or with, you know, any
18    length of time for an extension versus an actual
19    extension.
20         I don't remember like in relation -- at
21    the timing of this, I have no -- I don't have any
22    firm recollection of that or what -- what's meant by
23    "proposed termination."
24         Q.   Haiti was eventually extended for 6 months
25    in May of 2017.  Right?

1     A.    Yes.

2     Q.    Okay.  How did ELIS perform?

3     A.    Fine.

4     Q.    Congratulations.

5     A.    Thank you.

6     Q.    On the last page of this e-mail chain --

7  I'm sorry, the last page of this exhibit, there's a

8  reference to Option 3 termination.

9        The last sentence in that paragraph says:

10 This termination would create little additional work

11 for the agency, allowing more time to share data

12 during the 6 months with the Haitians.

13       What data is shared with the home country

14 in connection with a TPS termination?

15            MR. KIRSCHNER:  Objection; calls for

16 speculation.

17    A.    What I recall around the time, I don't

18 know if it's in relation to this particular message

19 or e-mail, is the desire to be able to share with

20 the Haitian Embassy information that will be helpful

21 to them in facilitating the safe return of their

22 nationals.

23       I don't recall there being, like,

24 specifics or a plan for specific information to

25 share, but that was the idea that if they were going

1  to need to provide their nationals with passports or

2  something along those lines, that it would be useful

3  to pass along information to them to help them do

4  that for their planning.

5       Q.   Is that information that would come from

6  Service Center Operations or some other group within

7  USCIS?

8       A.   Well, like I said, I don't recall there

9  being a specific plan for data to share.  It was the

10  idea that there should be data that would be shared.

11          And so I don't recall any specific

12  requests coming to Service Center Operations to

13  produce data to be shared with the Haitian

14  government.

15      Q.   Since TPS for Haiti has been terminated,

16  has there been data shared with the Haitian

17  government?

18      A.   Not that I'm aware of, but I might not be

19  aware of it.

20      Q.   Are you aware of any data being shared for

21  any of the other countries that are in the suit,

22  El Salvador, Nicaragua, Sudan?

23      A.   No.  I should caveat that, though, that I

24  know historically we have shared information with

25  countries about the number of people that have

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 190

1   registered or reregistered.  They know that but --

2   we've shared that information with them.

3           But more specific data than that, I'm not

4   aware of anything being shared.

5       Q.   Thank you for clarifying.

6           All right.  So I will represent to you

7   that Secretary Kelly's decision to extend Haiti TPS

8   was announced on May 22, 2017, and we have this

9   e-mail chain dated May 17, 2017.

10           In your experience, is it typical to have

11   this much uncertainty about where a TPS

12   determination is going five days before the decision

13   is announced?

14               MR. KIRSCHNER:  Objection; asked and

15   answered.  He's previously testified about these

16   matters.

17       Q.   I think you can answer.  I'm asking with

18   respect to this particular decision.

19       A.   Can you repeat the question again.

20       Q.   Sure.  Sure.

21           With this e-mail chain in Exhibit 16, this

22   is five days before Secretary Kelly's decision on

23   Haiti TPS was announced.

24           In your experience, is it typical for

25   there to be this much uncertainty about where a TPS

1  decision is heading at this stage of the process?

2      A.    Prior to this, this would have been

3  atypical.

4      Q.    Okay.

5      A.    Since this, it seems pretty typical.

6            MS. DEGEN:  I'm going to give you

7  what has previously been marked as Exhibit 7.

8            (Whereupon, Exhibit 7, previously

9  marked for identification, was presented to the

10 witness.)

11     Q.    Take a minute to the read through this

12 one.

13            (Witness reading.)

14     Q.    So this exhibit, previously marked as

15 Exhibit 7, it has just for reference Bates number

16 DHSRFPD 00001250, and it is a chain of e-mails

17 starting August 29, 2017, the most recent one ending

18 August 30, 2017.  A couple of quick questions.

19            Oh, sorry.  The Re line on all of these

20 e-mails is:  Sudan TPS.

21            And there is -- on the first page of this

22 exhibit, there is a reference in the second e-mail

23 down to:  New memo signed; FRNS completed.

24            Where it says "FRNS," is that -- would you

25 understand that to be a reference to Federal

```
 1   Register Notices?

 2        A.   I assume so.

 3        Q.   Okay.

 4        A.   I'm not familiar with any of this e-mail

 5   traffic.

 6        Q.   Okay.  But you've seen Federal Register

 7   Notices referred to as FRNs?

 8        A.   Yes, usually with a lower case N.

 9        Q.   Okay.

10        A.   I mean, not N-S.

11        Q.   Oh, N-S.  So in the next e-mail down on

12   that first page, there's FRN with a lower case S?

13        A.   Yes, that's how I typically have seen it.

14        Q.   Okay.  I'll just represent later in this

15   e-mail chain there's a reference to sending an

16   updated memo.

17             Are you aware of there being -- oh, I'm

18   sorry, actually I'll direct you to -- it's on the

19   second page, there's an e-mail from Christina

20   McDonald dated August 29, 2017, 10:31 p.m.  It says:

21   Kathy, will you guys send an updated memo on

22   Wednesday a.m.?  We can then send it to exec and ask

23   them to swap out the doc.

24             Are you aware of a Sudan TPS

25   recommendation memo being swapped out at some point?
```

1              MR. KIRSCHNER:  Objection; outside

2    the scope of the 30(b)(6).

3         A.   I'm not aware.

4         Q.   The first e-mail in the process -- in this

5    exhibit, dated August 29, 2017, is from Gene

6    Hamilton.

7              At this point in the process, August 2017,

8    discussing Sudan TPS, what was Gene Hamilton's role

9    in the TPS process?

10        A.   I honestly don't know.  My understanding

11   is, he was in an advisory capacity with the front

12   office of the secretary.  I don't remember what his

13   title was, or what role he was in.

14             Oh, it says right there, senior counsel to

15   the secretary, so essentially what I just said.

16        Q.   Is there a difference between senior

17   counselor and senior advisor?

18        A.   Not that I know of.

19        Q.   Okay.  There are a couple of other people

20   referenced on this e-mail chain.

21             Are you familiar with Craig Symons?

22        A.   Yes.

23        Q.   And what is his role?

24        A.   He is our chief counsel.

25        Q.   For USCIS?

1    A.   Yes.

2    Q.   How about Joseph Maher?

3    A.   I don't know who that is.

4    Q.   Nadara Baruch?

5    A.   I don't know.

6    Q.   Dimple Shah?

7    A.   Yes.  She is now with the department, and

8  I don't remember -- I think she's -- I don't

9  remember.  I think -- she's in Policy, I think, but

10  I'm not sure.

11    Q.   And the Department of Homeland Security?

12    A.   Yes.

13    Q.   Do you know Robert Law?

14    A.   Yes.

15    Q.   What is his role?

16    A.   He works in the USCIS Office of Policy and

17  Strategy.  I'm not 100 percent sure of his title.  I

18  think it's something along the lines senior advisor

19  or senior counsel.

20    Q.   Do you know what his role is with respect

21  to TPS?

22    A.   No, other than being an advisor to Kathy

23  Nuebel Kovarik on TPS matters.

24         MS. DEGEN:  Can you mark this.

25         (Whereupon, Exhibit 17 was marked for

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 195

```
 1   identification.)

 2        Q.   Okay.  You have before you what has been

 3   marked as Exhibit 17, Bates number ARSUDAN 00000013

 4   through -19.

 5             It's a document that's titled at the top

 6   Memorandum for the acting secretary.

 7                  MR. KIRSCHNER:  I just want to make

 8   it clear, on the top it says, "Attorney-client

 9   privileged communication," above where it says

10   "Memorandum for the acting secretary."

11        Q.   The subject line is:  Sudan's designation

12   for temporary protected status.

13             The memo is from James B. Maher, Acting

14   General Counsel, and Christina E. McDonald,

15   Associate General Counsel for Regulatory Affairs.

16   And it is through Claire Grady, performing the

17   duties of deputy secretary.

18             Claire Grady performing the duties of

19   deputy secretary, is that a reference to deputy

20   secretary of DHS -- or, I'm sorry -- yes.

21             Is that a reference to Deputy Secretary of

22   the Department of Homeland Security?

23        A.   Yes.

24        Q.   Okay.

25                  MR. KIRSCHNER:  And for
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 196

 1   clarification, I think you said James B. Maher.  I

 2   think you meant Joseph B. Maher.

 3              MS. DEGEN:  Oh, Joseph B. Maher.

 4   Thank you for clarifying.

 5       Q.   Now, this memo is redacted all the way

 6   through to the last page, if you can flip back

 7   there.

 8              And this last page says:  Sudan's

 9   designation for temporary protected status decision.

10   You may choose to extend and redesignate, simply

11   extend, or terminate Sudan's TPS designation.

12              And do you see down at the bottom of the

13   page, there's a No. 3:  Terminate Sudan's

14   designation for TPS with an orderly transition

15   period of -- circle one -- and then 12 months is

16   circled.  It says:  Approved/date.  There is a

17   signature and a date of 9/1/2017.

18              Who approved this document?

19              MR. KIRSCHNER:  Outside the scope of

20   the 30(b)(6) and calls for speculation.

21       A.   I don't know anything about this document.

22       Q.   Okay.  I will represent to you that this

23   appears to be the same kind of TPS approval pages

24   that we have seen with other TPS determinations

25   where the secretary of DHS indicates what his or her

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018  Page 197

 1   decision on a particular country is.

 2          What I haven't seen before is having them

 3   attached to a memo coming from general counsel.  And

 4   I'm wondering if you have any understanding of how

 5   this fits in the process, the overall process that

 6   you described for us.

 7       A.   I don't.

 8       Q.   Do you have any understanding as to why

 9   the Secretary's decision on Sudan was made as part

10   of a memo from counsel as opposed to a decision

11   memorandum from the director of USCIS?

12          MR. KIRSCHNER:  Objection; assuming

13   facts not in evidence.

14       Q.   You can answer.

15       A.   Can you state it again?

16       Q.   Sure.

17          Do you have an understanding as to why the

18   Secretary's decision for Sudan was made in

19   connection with a memorandum from counsel as opposed

20   to a decision memorandum from the director of USCIS?

21       A.   Well, I don't know it was made in

22   opposition to that.

23          I know -- I don't even know -- I don't

24   know what this is, frankly.

25       Q.   Do you recall seeing a USCIS decision

```
 1   memorandum for Sudan in 2017?
 2       A.   I don't remember, no.
 3            MS. DEGEN:  Let's see if I can
 4   streamline some of these.  Give me one second.
 5                     (Pause.)
 6            MS. DEGEN:  Can you mark this
 7   exhibit.
 8            (Whereupon, Exhibit 18 was marked for
 9   identification.)
10       Q.   All right.  I have before you Exhibit 18,
11   which is another series of e-mails dated -- the top
12   one dated November 3, 2017.
13            The earliest one is dated November 1,
14   2017.
15            Do you want to just take a minute to flip
16   through?
17       A.   (Witness nods head.)
18                (Witness reading.)
19            MR. KIRSCHNER:  To kind of speed
20   things along, I just want to say that -- I'll begin
21   objecting.  It's outside the scope.
22            One of the things that's also outside
23   the scope is that he's been designated with regard
24   to the Federal Register Notices, and to the extent
25   we're asking questions outside the Federal Register
```

1   Notice, it's -- they're outside the scope, and I

2   just want to kind of see if that's a way to move

3   this along.

4                MS. DEGEN:  Well, I also want to note

5   that he's been designated to testify generally as to

6   the USCIS process to provide a recommendation to the

7   DHS secretary, the preparation of the Federal

8   Register Notices, completing the Federal Register

9   Notices, and the reasons stated in those notices.

10               So he's here on general process as

11   well.  So --

12               MR. KIRSCHNER:  Correct, on general

13   process, but not on, as he had testified at the

14   beginning, about specific examples.

15               MS. DEGEN:  All right.  Your

16   objection is noted.

17               MR. KIRSCHNER:  So just to make the

18   record clear, I object that this is outside the

19   scope of the designation, questions concerning this

20   document.

21               MS. DEGEN:  Okay.

22                   (Witness reading.)

23   BY MS. DEGEN:

24      Q.   Let me just ask you very quickly,

25   Mr. Nuebel Kovarik [sic], there are a number of

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 200

```
 1   names that are blacked out on this e-mail chain.

 2            Are you familiar with this?

 3       A.   I'm sorry, my name --

 4       Q.   Did I just say -- I am so sorry,

 5   Mr. Neufeld, not Nuebel.

 6            Mr. Neufeld, do you recognize --

 7       A.   I didn't hear anything after you said

 8   that.

 9       Q.   I'm sorry.  I was staring at "Nuebel"

10   here.

11            Mr. Neufeld, do you recognize the e-mail

12   chain in this Exhibit 18?

13       A.   I do not.

14       Q.   There are some references in this e-mail

15   chain -- and we can start at the bottom, most recent

16   e-mail chain.  It's dated November 1, 2017, from

17   Kathy Nuebel Kovarik, and the subject line is:  TPS

18   decision memo on Haiti.

19            She says:  We have finalized the decision

20   memo for D1 to send to AS1 on Haiti's TPS

21   designation.

22            And then the second paragraph states:  I

23   don't anticipate sending this formally through the

24   clearance process, but rather, after you provide

25   your input and we amend, we'll share with
```

1    appropriate directorates for FYI before getting D1's

2    signature.

3              I'm just trying to put this into context.

4              You had described earlier that at some

5    point, the TPS recommendation memos stopped going

6    through the concurrence process, which you also

7    said -- described as the clearance process within

8    USCIS.

9              Is this a fair reading of this e-mail,

10   that the memo for TPS decision on Haiti was not

11   going to go through the USCIS concurrence process?

12              MR. KIRSCHNER:  Objection; calls for

13   speculation.

14      Q.   Just your, you know, as you read this,

15   would that be your understanding?

16      A.   Yes.

17      Q.   Okay.  Do you recall a November 2017 TPS

18   decision memo on Haiti going through the concurrence

19   process?

20      A.   I don't recall that, no.

21      Q.   On the second page of the exhibit, about

22   three-fourths of the page down, there's a statement

23   that says:  Per Kathy's readout of today's PC, this

24   needs to go to AS1's office today.

25              Do you have any understanding of what

1   "today's PC" is a reference to?

2        A.   I don't.

3        Q.   PC is not an acronym that you're familiar

4   with?

5        A.   No -- no.

6        Q.   Going to the first page, there's -- if you

7   can look again about two-thirds down the page to the

8   e-mail from Kathy Nuebel Kovarik dated November 3,

9   2017, timestamped 3:06:56 p.m.

10           And the e-mail says:  I think we should

11  send a clean version as an FYI to RAIO, SCOPS, FOD,

12  and MNGMT.

13           I think you've interpreted RAIO for us and

14  SCOPS.

15           What is FOD?

16       A.   Field Operations Directorate.

17       Q.   And MNGMT, is that the management

18  directorate?

19       A.   Yes.

20       Q.   Okay.  And this e-mail goes on to say:

21  But no formal clearance process.

22           Would you read that again to refer to the

23  concurrence process within USCIS?

24       A.   Yes.

25               MS. DEGEN:  You can mark this,

```
 1   please.
 2           (Whereupon, Exhibit 19 was marked for
 3   identification.)
 4       Q.   You have before you what's been marked as
 5   Exhibit 19.  And it's another e-mail chain -- the
 6   bottom one dated November 3, 2017.  The top one also
 7   dated November 3, 2017.
 8           And you are on these e-mails.
 9           Do you see that?
10       A.   Yes.
11       Q.   In the bottom e-mail, it states:  Today
12   Director Cissna signed and is planning to deliver a
13   decision/recommendation memo to Acting Secretary
14   Duke related to Haiti's TPS designation.
15           There's some text that's blacked out and
16   then it goes on:  We expect a decision could be made
17   on Haiti with the other Central American countries
18   in advance of the 60 days required.  Attached is a
19   signed copy of the memo, along with relevant
20   attachments.  If you have any questions or concerns,
21   please let me know.
22           It notes here:  Attached is a signed copy
23   of the memo, along with the relevant attachments.
24           Do you recall what was attached to the
25   decision memo for the TPS decision on Haiti in
```

 1    November of 2017?

 2              MR. KIRSCHNER:  Objection; outside of

 3    the scope for the 30(b)(6).

 4       Q.   This is the second Haiti decision made

 5    under this administration.  Right?

 6       A.   Yes.

 7       Q.   And Service Center Operations did not

 8    draft the Federal Register Notice in connection with

 9    this determination.  Right?

10       A.   Correct.

11       Q.   And before this e-mail where Kathy Nuebel

12    Kovarik forwarded a signed copy of the memo, had you

13    seen a copy or a draft of the TPS decision memo for

14    Haiti for November 2017?

15              MR. KIRSCHNER:  I'm just going to --

16    standing objection on this document for outside the

17    scope.

18       A.   I don't recall.

19       Q.   In the second e-mail, the middle e-mail in

20    the chain, you e-mail Kathy Nuebel Kovarik and some

21    other individuals saying:  Thanks, Kathy.  Do you

22    anticipate an auto-extension of current cards beyond

23    January 22nd?  This would seem to be needed for any

24    decision other than immediate termination.

25              Do you see that?

```
1        A.    Yes.

2        Q.    Can you tell me what you're referring to

3    with "auto-extension of current cards"?

4        A.    So the cards -- this is helping with my

5    memory.  I don't know for sure with the -- if the

6    dates are right.  But apparently the cards for Haiti

7    TPS holders would expire January 22nd.

8              And so if the decision was anything other

9    than -- so immediate termination, then they would

10   lose their TPS status and wouldn't need EADs after

11   that.

12             But for anything other than that, they --

13   given the timing of this decision, and we're talking

14   November 3rd with cards expiring January 22nd, if

15   there was a decision that would have allowed for

16   them to have employment authorization beyond

17   January 22nd, then we needed something to cover --

18   cover that.

19       Q.    And Ms. Nuebel Kovarik responds to you:  I

20   do, although anything could happen.

21             Is it fair to read that as a reference to

22   the uncertainty in the determinations that you

23   referenced earlier?

24       A.    Yes.

25       Q.    Is that how you read it?
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 206

1        A.   Yes.

2        Q.   All right.

3             MR. KIRSCHNER:  Just for the record,

4    I was going to object as calling for speculation.

5             MS. DEGEN:  It would have been a good

6    objection.  All right.

7        Q.   In a number of e-mails, including this one

8    where we see references -- discussions about TPS and

9    references to, quote, the memo, is it fair to

10   generally assume that we're talking about the

11   decision memo?

12       A.   I don't know.

13       Q.   Is there any other memo that is typically

14   prepared as part of a TPS decision process?

15       A.   Not that I'm aware of within USCIS.

16            MS. DEGEN:  Can you mark another one.

17            (Whereupon, Exhibit 20 was marked for

18   identification.)

19       Q.   You have before you what's been marked as

20   Exhibit 20.  It is another chain of e-mails, and you

21   are on some of these e-mails.

22            I'll give you a second to kind of look

23   through.

24                 (Witness reading.)

25            MR. KIRSCHNER:  I apologize.  I'm

1  going to do a standing objection that it appears

2  that questions about this document will be outside

3  the scope of the 30(b)(6).

4                    I mean, if you want me to object each

5  time --

6                    MS. DEGEN:  I understand you have an

7  objection.  I would say some of these will clearly

8  not be outside the scope.

9                    MR. KIRSCHNER:  Okay.  Well, I can do

10  it each time if you want.

11                    MS. DEGEN:  We'll sort it out.

12                    MR. KIRSCHNER:  Okay.

13                    MS. DEGEN:  If we have to.

14                    MR. KIRSCHNER:  Okay.

15                    (Witness reading.)

16      Q.   Okay.  Do you recognize any of these

17  e-mails?

18      A.   Yes.

19      Q.   Okay.  That's good because you're on them.

20                    So starting with the bottom e-mail

21  chain -- or the bottom two e-mails on the last page,

22  there's the bottom e-mail -- well, the subject --

23  I'm not sure who it's from.  I know you are on the

24  "to" line among other people who are blacked out.

25                    The subject is:  Hold media call on Haiti

1  TPS.

2        And the bottom e-mail says:  Please dial

3  in as the leader at 5:45 p.m. for a call prebrief.

4        Do you recall participating in a call

5  prebrief regarding Haiti TPS?

6      A.   So let me tell you, my memory on this is

7  not all that clear, but having read through all of

8  this, I think that that -- that call didn't happen.

9      Q.   Okay.  Let me ask you just, what is a call

10  prebrief?

11      A.   So I think it will be helpful -- the

12  context of this is, we were -- folks were arranging

13  for a call with the press to tell them to convey the

14  Secretary's decision.

15        And this happened for all of these

16  terminations, and I was the USCIS person designated

17  to get to explain the operational piece of that.

18        There was somebody else I don't recall

19  from the Department that explained, you know,

20  basically announced the decision and explained the

21  reasons for the decision.

22        This was the day that the Secretary was

23  going to make the decision -- this is my

24  recollection of this as well reading through this,

25  is that the decision hadn't been made, but they were

Case 1:18-cv-01599-WFK-ST  Document 151-2  Filed 03/01/19  Page 209 of 300 PageID #: 10223

```
 1   teeing up the slot with the media so that they would
 2   be lined up to hear the decision shortly after it
 3   had been made.
 4            And reading through this, I think that
 5   it -- yeah, there's a reference here on the second
 6   page, second from -- well, second one from the
 7   bottom from whoever that was to me and the director
 8   saying that we will not be dialing in to a call at
 9   5:45, and that we're on standby, and that it could
10   slip until 8 p.m.
11        Q.   So let me make sure I understand that.
12            You were expecting the Secretary to make a
13   decision on Haiti TPS on November 20th of 2017 and
14   were preparing for a call with the press to announce
15   that decision.
16            The decision had not yet been issued as of
17   the time that the press call was scheduled, and so
18   it was rescheduled to some other time?
19            MR. KIRSCHNER:  Objection; assuming
20   facts not in evidence.
21        Q.   I'm sorry, I may have misunderstood
22   something that he said.
23            So up until I said it was rescheduled, did
24   I have that right?
25        A.   Yes.
```

1      Q.   Okay.

2      A.   Can I just --

3      Q.   Yeah.

4      A.   Rather than -- I think I'm understanding

5   your question.  I'd rather just say that on the

6   20th, a decision was anticipated from the Secretary.

7           I think that was actually the deadline, it

8   had to be made on the 20th, but I'm not sure of

9   that.

10          And so the call with the media was set up

11  late in the day, anticipating that the Secretary

12  would make the decision before that.  And then this

13  call would have been set up to convey that decision,

14  and I would be participating in that.

15          After that call had been scheduled -- oh,

16  and the 5:45 is -- my recollection is it would have

17  been a 6 o'clock call with us calling in with just

18  the DHS people to confer before the call went live

19  with the media at 6.  That was the original plan, as

20  I recall.

21          And then later in the day, it became clear

22  that that decision hadn't happened yet and that the

23  call would need to be pushed back.

24     Q.   Okay.  So looking to the first page of

25  this exhibit, there's an e-mail that says:  We just

1   got the cleared PAG back from DHS.  Please see

2   attached.  The call is now scheduled for 6:45.

3        A.   I know I just read that, but now I can't

4   find it.

5        Q.   Oh, it's on the first page of the exhibit,

6   middle of the page.

7        A.   Oh, yes.  Okay.

8        Q.   Okay.  So does that mean that the press

9   call happened that day?

10        A.   Yes.

11        Q.   Okay.  And what does PAG refer to?

12        A.   I don't remember what that acronym stands

13   for.  I think it's -- no, I just forgot it again.

14             Essentially it's the packet of material

15   that's prepared for a press briefing.  It includes

16   talking points, and if asked, the answers, that sort

17   of thing.

18        Q.   Who prepares those materials?

19        A.   Folks in the communications parts of both

20   USCIS and DHS.

21             I'm not sure who particularly drafted

22   these for this event, this call.

23        Q.   But it's a packet of material that's

24   intended to be used with the press?

25        A.   Yes.

```
 1                    MR. KIRSCHNER:  Objection; assuming

 2    facts not in evidence the way that question was

 3    phrased.

 4                    You said "intended to be shared with

 5    the press."

 6                    MS. DEGEN:  To be used with the

 7    press.

 8                    MR. KIRSCHNER:  I don't think

 9    Mr. Neufeld said that.

10    BY MS. DEGEN:

11        Q.   How would you describe what the PAG is

12    used for?

13        A.   It's for those who would be engaging with

14    the press.  It's a resource for them to refer to in

15    answering questions or conveying information.

16        Q.   Does it include a copy of a press release?

17        A.   Typically it would, yes.

18        Q.   Does it include any talking points for you

19    to use in talking with the press?

20        A.   Typically it would.  I don't recall the

21    specific one.

22        Q.   Well, on the last page, you ask the

23    question:  Are we huddling anywhere near or at

24    20 Mass.?

25                    What is 20 Mass.?
```

1        A.    That's the USCIS headquarters.

2        Q.    Okay.  Thank you.

3              There's also, on the third page, there's a

4   reference:  Is this the call where DHS OPA tells the

5   media what the Haiti TPS decision is?

6              What is DHS OPA?

7        A.    Office of Public Affairs, I think is what

8   that stands for.

9        Q.    And in the middle of the second page, the

10  e-mail timestamped 4:35 p.m. says:  FYI folks, AS1

11  still hasn't signed the memo.  If that doesn't

12  happen in the next hour, the timing of the call will

13  likely slip.  I've attached an e-mail chain between

14  DHS and the NSC, etc., on this topic.

15             Who is the NSC?

16       A.    I'm not sure.

17       Q.    Do you recall seeing the e-mail chain that

18  was attached?

19       A.    I don't recall seeing it, no.

20       Q.    Have you heard of the National Security

21  Council being involved in TPS determinations?

22       A.    Not that I recall, no.

23       Q.    Are there any other NSC acronymed groups

24  that you can think of in the government?

25       A.    Yeah.  So one of my service centers is the

 1   Nebraska service center.

 2        Q.   Nebraska service center.  Okay.

 3        A.   But I don't think it was an e-mail between

 4   DHS and the Nebraska service center.

 5             And yes, I have heard of the National

 6   Security Council, but I didn't understand the

 7   connection there, so that's why I didn't suggest

 8   that is what that meant.

 9        Q.   Okay.

10             MR. KIRSCHNER:  Counsel, I'm just

11   kind of trying to figure out, it's around time for a

12   break, but I don't know if you're finishing up.

13             MS. DEGEN:  If everyone's okay, let

14   me get through this last little bit, and then maybe

15   we can take a break and I'll see what cleanup we

16   have, if that's okay.

17             If you're doing all right.  If you

18   need a break, just --

19             MR. KIRSCHNER:  By "last little bit,"

20   you mean one more document?

21             MS. DEGEN:  No, I just -- there are a

22   few related documents on the press issue I think we

23   can get through relatively quickly.

24             MR. KIRSCHNER:  I will say to the

25   witness that if you want a break, you know, it's up

```
 1   to you, but....
 2                  THE WITNESS:  I'm fine unless you
 3   want a break.
 4                  MR. KIRSCHNER:  No, I'm fine.
 5                  I mean I don't mind powering through,
 6   but I also wanted to make sure everyone was fine
 7   doing it.
 8                  MS. DEGEN:  Yeah.
 9                  Can you mark this, please?
10                  MS. AFANEH:  Alycia, after this line
11   of questioning, you think there's just going to be
12   some cleanup?  So we're getting there and close to
13   the end?  I just need for planning purposes.
14                  MS. DEGEN:  Yeah, we're getting
15   there.
16                  MS. AFANEH:  Okay.  You think it's
17   fair to say we'll be done by 6?  It's 4:55.
18                  MS. DEGEN:  We can be done by 6.
19                  Do you have a flight to catch?
20                  MS. AFANEH:  No, no.  I wish that was
21   what I had.
22              (Whereupon, Exhibit 21 was marked for
23   identification.)
24   BY MS. DEGEN:
25       Q.   So you have before you what's been marked
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018  Page 216

1  as Exhibit 21.  That's Bates number

2  DHS RFPD 00001214.

3       And this is an e-mail dated November 6,

4  2017, from Christyn Lansing to several different

5  people, including you.

6       And the subject line is:  Draft TPS PAG.

7       In the first line of her e-mail, she says:

8  Hello.  Attached is the draft Public Affairs

9  Guidance for TPS.

10       Does that refresh your recollection as to

11  what PAG stands for?

12  A.   Yes.

13  Q.   Public Affairs Guidance?

14  A.   Yes.

15  Q.   And do you typically receive drafts of the

16  Public Affairs Guidances relating to TPS?

17  A.   If I'm going to be involved with the

18  media, which is not typical, except it has been for

19  the last three or four.

20  Q.   Which TPS determinations were you involved

21  with the media for?

22  A.   I think it -- I think it was Nicaragua,

23  Haiti, and El Salvador.

24       It might have been Sudan, Nicaragua, and

25  Haiti.

1        It was three of the four, and I just don't

2   remember which.

3        Q.   It sounds like you remember Nicaragua and

4   Haiti but aren't sure whether it was Sudan or El

5   Salvador?

6        A.   That's correct.

7        Q.   But it could have been either one?

8        A.   Yeah.  My recollection of it, you know,

9   thinking about it here is that it was the first

10  three, and then the fourth one didn't happen for

11  some reason.  But I'm not 100 percent sure of that.

12       Q.   Are you familiar with the process of

13  preparing a Public Affairs Guidance?

14       A.   Not really.

15            MR. KIRSCHNER:  Before moving on from

16  this document, Counsel, I just want to say on

17  Exhibit 21 -- just to confirm that this is

18  Exhibit 21 that you just asked about.

19            MS. DEGEN:  Yes.

20            MR. KIRSCHNER:  We had produced this

21  document subject to the agreement that we'll be

22  entering a protective order.  There's clearly, you

23  know, people's email addresses and so forth.

24            So I just wanted to flag for the

25  record that this document we would expect to be

```
 1   subject to the protective order anticipated between
 2   the parties.
 3               MS. DEGEN:  Okay.
 4               MR. KIRSCHNER:  I will also say that
 5   we can talk off-line about ways to redact this
 6   document, and that does not require a protective
 7   order.
 8               MS. DEGEN:  Okay.  Let's also talk
 9   about ways to mark documents so we know that they
10   are intended to be confidential.
11               MR. KIRSCHNER:  This was when we were
12   in the -- the transition period of when we -- and
13   so --
14               MS. DEGEN:  Okay.  We'll talk
15   off-line about that.
16               MR. KIRSCHNER:  So I just wanted to
17   make that clear.
18   BY MS. DEGEN:
19        Q.   Do you know who Briana Petyo is?
20        A.   No.
21        Q.   How about Michael Dougherty?
22        A.   I know -- I don't know for sure who this
23   Michael Dougherty is.
24               I think he is the person who used to be at
25   one time our ombudsman, and then now is in -- he's
```

 1   in the department.  I don't know in what role.

 2                  MS. DEGEN:  Let's mark this as the

 3   next one.

 4                  (Whereupon, Exhibit 22 was marked for

 5   identification.)

 6       Q.   All right.  You have before you what's

 7   been marked as Exhibit 22, and the Bates number is

 8   DHS RFPD 00001190.

 9                  And we'll say this appears to be a

10   transcript of a call with the press on November 6,

11   2017, regarding the TPS designation for Nicaragua,

12   and you are identified as a participant in that

13   call.

14                  Do you remember participating in a press

15   call for the Nicaragua TPS designation?

16       A.   Yes.

17       Q.   Do you have an understanding as to why you

18   were asked to participate in the media call?

19       A.   Yes, in case there were any questions from

20   the media on the operational procedures.

21       Q.   And the other person participating in this

22   phone call was Jonathan Hoffman.

23                  Do you remember him participating in this

24   call with you?

25       A.   Yes.

1     Q.   And he identifies himself as the Assistant

2    Secretary of Public Affairs at DHS.

3         Do you have any idea what his role is?

4     A.   Currently, no.

5     Q.   Okay.  And when he was -- at the time of

6    this press call, did you have an understanding?

7     A.   I have no reason to believe it's anything

8    other than being the Assistant Secretary of Public

9    Affairs.

10     Q.   Do you have any idea what his duties are,

11   scope of his responsibilities?

12     A.   No, other than what would be implied with

13   that position title and the fact that he did

14   participate in this media engagement.

15     Q.   Did he participate in the other two media

16   calls that you mentioned?

17     A.   I'm not sure it was him in all three.

18         I'm pretty sure he was in at least another

19   one.  I just don't remember.

20         We weren't in the same room together, we

21   were on the phone, so I don't think I've ever even

22   met him other than on the phone.

23     Q.   How were you prepared to -- rephrase that.

24         How did you prepare to participate in this

25   media call?

```
 1                 MR. KIRSCHNER:  I thought -- I'm just
 2    going to object as outside the scope.  He's not here
 3    to testify about public affairs matters but for the
 4    purposes of the 30(b)(6).
 5          Q.    How did you prepare to participate in this
 6    media call?
 7          A.    My only preparation was to review the
 8    Public Affairs Guidance shortly before going on the
 9    call.
10          Q.    Did the Public Affairs Guidance that you
11    reviewed include talking points for use with the
12    press?
13          A.    I don't remember specifically, but I think
14    that it would have.
15          Q.    Turning to page -- it's page 12 of the
16    transcript, and the Bates number on the bottom is
17    DHS RFPD 00001201.
18                At the top of the page, there are two
19    questions from Neil Munro.
20                He says:  First of all, what percentage of
21    these TPS beneficiaries were in the country as
22    illegal immigrants when the old process started; and
23    secondly, is this process designed to give the
24    president any leverage in continuing negotiations
25    about DACA, Dreamers, and the border wall and chain
```

1   migration?

2           And you answer:  To the first one, I don't

3   believe we have that information.  It was definitely

4   not something that was examined in this process.

5           Where did you get the information to

6   provide that response?

7       A.   Let me read it here.

8               (Witness reading.)

9       A.   I don't recall giving that response.

10      Q.   As you sit here today, do you question

11   whether you gave that response?

12      A.   I do question now.

13      Q.   Do you think someone else gave that

14   response?

15      A.   I do.

16      Q.   Who do you think gave that response?

17      A.   Probably Jonathan -- what's his name --

18   Hoffman.

19      Q.   So you think the transcript is wrong as to

20   who was speaking there?

21      A.   I do.

22      Q.   Do you think that statement is accurate?

23               MR. KIRSCHNER:  Objection; calls for

24   speculation.

25      Q.   I'm asking for his opinion.

```
 1        A.   Let me read it again.

 2                  (Witness reading.)

 3        A.   I don't have any reason to believe it's

 4   inaccurate.

 5        Q.   Do you have any reason to believe that it

 6   is accurate?  You just don't know?

 7        A.   I don't know.

 8        Q.   If you can take a quick look through the

 9   rest of the statements that are attributed to you in

10   this transcript here on this page 12.

11             Is there any portion of that that you

12   think you actually delivered as opposed to

13   Mr. Hoffman?

14        A.   No.

15        Q.   Okay.

16             MR. KIRSCHNER:  Just for clarity's

17   sake, I just want to make sure, because the question

18   was first about the document versus this particular

19   page, can we just clarify which statements you're

20   asking about?

21        Q.   I'm looking at page DHS RFPD 00001201, and

22   there are -- there's an exchange recorded here

23   between Neil Munro and Donald Neufeld.

24             I'm wondering if there's any portion of

25   this exchange that's attributed to you, Mr. Neufeld,
```

1  that you think you actually provided as opposed to

2  Mr. Hoffman.

3      A.   There's two attributed to me on this page,

4  and neither one of those is something that I would

5  have said.

6      Q.   And why is it not something you would have

7  said?

8      A.   It's not my place.  I don't have opinions

9  like this and it's not my place to speak to this.

10          Frankly, I don't make representations to

11  what the administration understands or is intending

12  to do.

13              MS. DEGEN:  Can you mark this.

14          (Whereupon, Exhibit 23 was marked for

15  identification.)

16      Q.   All right.  I have before you what's been

17  marked as Exhibit 23, and it has Bates numbers

18  DHS 001659000412 through -429.

19          And it appears to be an e-mail chain with

20  some attachments.

21          My first question as you're flipping

22  through is with the attachments.

23          My question is whether this is the type of

24  Public Affairs Guidance document that you referenced

25  earlier that you used to help prepare you for the

1  Nicaragua press call?

2      A.   I can say this looks familiar.  It's

3  typical of the kinds of PAGs that are created.  I

4  don't know whether this is specifically the one that

5  we ended up using.

6      Q.   And you recall participating in a press

7  call with respect to the Haiti termination.  Right?

8      A.   Yes.

9      Q.   I'm sorry, on page 2 of this exhibit, the

10  Bates number ends in -413, there's a reference to,

11  down at the bottom of the page, 1900 hours,

12  background call with media.

13          Is that a reference to the media call that

14  you eventually participated in on the Haiti TPS

15  termination?

16      A.   I would think so, yes.

17      Q.   You're not aware of another background

18  call with media?

19      A.   I'm not aware of anything else, no.

20      Q.   On the next page of the exhibit ending in

21  -414, there's a statement up towards the top that

22  starts:  Upon transmittal of FRN, USCIS distributes

23  news release with technical information on

24  reregistration process, separate timeline for

25  subsequent process, including website updates and

 1  further notifications.  Will be shared as further

 2  details are available.

 3          Is there a separate news release that is

 4  issued when the Federal Register Notice is

 5  published?

 6          Essentially what I'm trying to understand

 7  is that this document talks about a news release

 8  going out with the announcement of the Secretary's

 9  decision, and then -- I'm trying to figure out if I

10  should read this as there being another news release

11  that comes out when the Federal Register Notice

12  comes out, or if this is referring to something

13  different.

14      A.   No, there's a Federal Register Notice, and

15  then there's usually a news -- well, for these,

16  there has been a news release explaining that the

17  Federal Register Notice is published and what it

18  means.

19      Q.   Okay.  And there's a separate news release

20  when the Secretary announces her decision?

21      A.   Let me think about this for just a second.

22                  (Pause.)

23      A.   I just don't remember the sequencing of

24  things for this.

25          I don't remember the timing of the FRN,

1  you know, publication compared with the Secretary's

2  decision.  I don't remember it.

3      Q.   Okay.  Were there any differences that you

4  recall between your preparation for the Nicaragua

5  press conference and the Haiti press conference?

6      A.   No.

7      Q.   You followed the same process for both?

8      A.   Yes.

9      Q.   And how about for the third country, which

10 was either El Salvador or Sudan?

11     A.   Let me say this.  They're all sort of a

12 blur.

13          The process for preparing is a PAG being

14 provided and reading it and then getting on a call.

15               MS. DEGEN:  Okay.

16          (Whereupon, Exhibit 24 was marked for

17 identification.)

18     Q.   All right.  I have before you what's been

19 marked as Exhibit 24.  It's a series of e-mails

20 ranging from December 8, 2017, 9:37 a.m.,

21 December 8, 2017, 5:42:36 p.m.

22          And there are some references to --

23     A.   I'm sorry, where are you directing me to?

24     Q.   If you take a look at the first page, the

25 subject line of the e-mail says:  Confirmed meeting

1   with Haitian AMB Paul Altidor.  And there are some

2   references to you participating in that meeting.

3           Did you meet with the Haitian ambassador

4   regarding TPS?

5       A.   I don't recall meeting with the

6   ambassador.

7       Q.   Do you recall being asked to meet with the

8   ambassador?

9       A.   I don't recall.

10      Q.   Are you aware of anybody in Service Center

11  Operations meeting with the Haitian ambassador

12  regarding TPS?

13      A.   I just don't remember, no.

14      Q.   Have you ever met with an ambassador

15  regarding TPS in the past?

16      A.   Yes.

17      Q.   Which ambassadors?

18      A.   Honduras and El Salvador.

19          Not in the context of these terminations,

20  but historically, both of them have been interested

21  in making sure that their people reregister, and so

22  they would meet with us to just understand the

23  timing and that sort of thing.

24          I'm not saying I didn't meet with this

25  ambassador, I just don't remember.

1    Q.   Okay.  For Honduras, do you recall which

2  ambassador you met with?

3    A.   Names, no.

4    Q.   All right.  How long ago was that?

5    A.   Probably two or three years ago.

6    Q.   And was it the Ambassador for Honduras to

7  the United States or the U.S. Ambassador to

8  Honduras?

9    A.   Honduras to the United States.

10    Q.   And for El Salvador?

11    A.   Same, except that it was El Salvador.

12         MR. KIRSCHNER:  I was about to ask

13  for clarification.

14         MS. DEGEN:  All right.  Okay.  Why

15  don't we take a break now.

16         MR. KIRSCHNER:  Okay.

17         VIDEOGRAPHER:  Going off the record,

18  the time is 5:20 p.m.

19         (Whereupon, a recess was taken.)

20         (Whereupon, Exhibit 25 was marked for

21  identification.)

22         VIDEOGRAPHER:  Back on the record.

23         The time is 5:35 p.m.

24  BY MS. DEGEN:

25    Q.   Mr. Neufeld, you have in front of you

 1   what's been marked as Exhibit 25, Bates-numbered DHS

 2   RFPD 0000132 through -134, which is a series of

 3   e-mails dated -- the top e-mail is dated

 4   September 6, 2017, and the subject line is:  Re:

 5   Urgent Sudan TPS revised legal memo.

 6            I will represent to you that we understand

 7   the decision to terminate TPS for Sudan was made on

 8   September 1, 2017.

 9            I'm wondering if you are aware of anything

10   in the process that would involve a revised legal

11   memo on or around the time a TPS determination is

12   made?

13       A.   I'm not aware of anything related to that.

14       Q.   In the "to" line for the very top e-mail

15   on page 1 of the exhibit, there's a reference to

16   ESEC internal liaison.

17            Is that a reference to the Executive

18   Secretariat?

19       A.   I don't know for sure.  I would think so.

20            That's -- I don't think it's a USCIS.  I

21   don't think it's for USCIS's exec sec, but that is

22   how we refer to our exec sec is ESEC.

23       Q.   Okay.  And then in the middle of the page,

24   or I guess about two-thirds of the way down, there's

25   a reference to:  Nancy/Amanda, are both packages

1  ready?  Sudan and South Sudan -- I'm sorry, are both

2  packages (Sudan and South Sudan) ready?

3         Do you see that?

4    A.   I see it.

5    Q.   Okay.  Do you recall TPS determinations

6  being made as to Sudan and South Sudan at the same

7  time?

8              MR. KIRSCHNER:  Objection; outside

9  the scope.

10   A.   But I don't recall the timing.

11   Q.   Okay.

12   A.   I know that they're around the same time.

13  I don't remember if they were the exact same time.

14  I think that they were, but I don't know for sure.

15   Q.   And in the TPS context, what do packages

16  generally refer to?

17   A.   I don't know.

18   Q.   Okay.

19              MR. KIRSCHNER:  On this document, I

20  just want to note that it would be subject to the

21  protective order that we can discuss outside of the

22  context of this deposition.

23              MS. DEGEN:  Okay.

24         (Whereupon, Exhibit 26 was marked for

25  identification.)

```
1         Q.    All right.  You have before you what's
2    been marked as Exhibit 26, Bates number
3    AREL SALVADOR 00000041.
4              It's an October 31, 2017 memorandum for
5    the Deputy Chief of Staff from Scott Krause.
6    Subject:  TPS recommendations for El Salvador,
7    Honduras, and Nicaragua.
8              Do you know who Scott Krause is?
9         A.    No.
10        Q.    In the text of the memo, there's a
11   reference to -- this is the second sentence -- the
12   Office of Policy, PLCY.
13             Is it fair to read that as the Office of
14   Policy for Department of Homeland Security?
15        A.    I'm not familiar with this particular
16   e-mail, but in the overall context, that makes
17   sense, yes.
18        Q.    Is that how you've seen Office of Policy
19   for DHS be referred to before?
20        A.    Yes.
21        Q.    Okay.  And when someone's referring to the
22   Office of Policy and Strategy in USCIS, they would
23   typically say Office of Policy and Strategy?
24        A.    Yes, or OP&S.
25        Q.    Okay.  Thank you.
```

```
 1              The memo refers to -- the first sentence
 2   says:  U.S. Citizenship and Immigration Services
 3   (USCIS) prepared this package outlining their
 4   recommendations for granting temporary protected
 5   status (TPS) to El Salvador, Honduras, and
 6   Nicaragua.
 7              Are you aware of any other circumstances
 8   where USCIS prepared a recommendation package
 9   involving multiple countries?
10       A.   No, other than possibly Sudan and South
11   Sudan.
12       Q.   Do you recall seeing a USCIS package
13   outlining recommendations for El Salvador, Honduras,
14   and Nicaragua?
15              MR. KIRSCHNER:  Objection.
16       Q.   All together?
17              MR. KIRSCHNER:  Objection; outside of
18   the scope.
19       A.   I don't recall seeing such a package.
20              MS. DEGEN:  Let's mark the next one.
21              (Whereupon, Exhibit 27 was marked for
22   identification.)
23       Q.   All right.  You have before you what's
24   been marked as Exhibit 27.
25              It has Bates numbers DHS 001659000704
```

1   through -705.

2            It's an e-mail chain.

3            The subject matter is U//FOUO.

4            Do you know what that's a reference to?

5      A.   FOUO I know is usually used for

6   classifying things as for official use only.

7            I don't know what the U is.  Probably

8   unclassified.

9      Q.   The subject goes on to say:  Second

10  administrative revision IA[sic]:  Implications if

11  temporary protected status expires for beneficiaries

12  from El Salvador, Honduras, Haiti, and Nicaragua,

13  dated 2 November 2017.

14           Do you know what "Second administrative

15  revision 1A" refers to?

16                MR. KIRSCHNER:  Objection; outside of

17  the scope.

18     Q.   Let me ask it again.  I'm not sure if we

19  caught your answer.

20           Do you know what "second administrative

21  revision 1A" refers to?

22     A.   I do not.

23     Q.   Have you ever seen a reference to an

24  administrative revision before?

25     A.   No.

1      Q.   In the e-mail chain on the first page,

2   there's a -- the text is blocked out for the most

3   part, and then there's a line that says:  U, please

4   contact INA PB at HQ.DHS.gov if you have any

5   questions or concerns.

6            Do you know what INA PB refers to?

7      A.   I do not.

8      Q.   On the last page, there's a reference to

9   the Planning, Production, and Standards Division,

10  Department of Homeland Security.

11           Do you know what that division does?

12     A.   No.

13     Q.   Have you ever heard of them before?

14     A.   No.

15     Q.   When TPS terminates for a beneficiary,

16  what happens to their immigration status?

17     A.   They revert back to whatever status they

18  had before, provided that status hadn't already

19  expired -- or if they've acquired some other status

20  in the meantime, then that would be their status.

21     Q.   Does Service Center Operations have any

22  communications with ICE about TPS terminations?

23     A.   Well, I can't speak for any communications

24  that might happen, but not -- not routinely.  Not

25  that I can think of any.

 1       Q.   For the TPS terminations that have taken

 2   place over the last year for the four countries in

 3   this lawsuit, have there been any communications

 4   between Service Center Operations and ICE without

 5   the beneficiaries?

 6       A.   I can't speak for all 6,000 people who

 7   work for me.  I can't imagine what the reason would

 8   be for such a communication.

 9            I mean -- so ICE might reach out to

10   anybody looking to confirm the status of somebody

11   that they've encountered, and that might include

12   somebody who had TPS that had been terminated.

13       Q.   Has Service Center Operations

14   affirmatively provided information to ICE

15   identifying TPS beneficiaries who are subject to

16   termination?

17       A.   Not that I know of.

18       Q.   Were you in any --

19       A.   I want to make a distinction between

20   termination and withdrawal.

21            So I don't know of any instances or any

22   examples, but I'm sure that in the many years, if we

23   have denied a reregistration because somebody was a

24   convicted criminal, and then we withdraw their TPS

25   or their TPS was terminated -- well, we would have

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 237

```
 1   withdrawn their TPS -- that that might have been
 2   communicated to ICE on an individual basis.
 3        Q.   Okay.  So you make a distinction between
 4   an individual communication versus giving ICE
 5   information on, for example, all TPS beneficiaries?
 6        A.   Correct.
 7        Q.   Okay.
 8             MR. KIRSCHNER:  I just want to object
 9   that that was assuming representatives -- he was
10   referring to a situation of -- you make it sound
11   like an individual -- I didn't understand the
12   deponent as saying that.  I think he was referring
13   to when such a situation would occur.
14             I thought there was like -- that the
15   restating of it was a bit different than the way
16   Mr. Neufeld had said it.
17             MS. DEGEN:  Okay.
18             MR. KIRSCHNER:  I would like his
19   words to speak for themselves.
20        Q.   So I want to make sure that I understand.
21             There may have been some circumstances
22   over the years where if an individual lost their TPS
23   status, that may have been communicated to ICE with
24   respect to that individual?
25        A.   That's correct.
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 238

1        Q.    That's correct, okay.

2              But Service Center Operations has not

3     informed ICE of the identities of TPS beneficiaries

4     from El Salvador who are subject to losing their TPS

5     status?

6        A.    That's also correct.

7        Q.    Okay.  And it's the same for Sudan,

8     Nicaragua, and Haiti?

9        A.    Yes.

10       Q.    Have there been requests from ICE about

11    TPS holders generally from these four countries?

12       A.    Not that I'm aware of.

13       Q.    There may have been on an individual

14    basis, but not generally?

15       A.    That's correct.

16       Q.    Were you in any meetings regarding

17    changing the interpretation of the temporary

18    protected status law?

19              MR. KIRSCHNER:  Objection.  That's

20    outside the scope.

21       A.    And I don't understand the question.

22       Q.    Okay.  Sure.

23              You understand that TPS is established by

24    statute --

25       A.    Yes.

1        Q.    -- right?

2              Have you been in any meetings where it was

3    discussed whether to change how USCIS interprets

4    that statute?

5        A.    No.

6        Q.    Have you been involved in any

7    communications about changing the interpretation of

8    the statute?

9        A.    No.

10       Q.    Have you seen anything that made you

11   wonder how the Secretary of Department of Homeland

12   Security has gone from routinely extending TPS for

13   the four countries at issue to terminating them all

14   in the same year?

15       A.    No.

16       Q.    Have you seen any explanation for that

17   change other than the Federal Register Notices?

18              MR. KIRSCHNER:  Objection; assuming

19   facts not in evidence.  It's assuming there is a

20   change.

21       Q.    I think we can establish -- can we all

22   agree that for these -- the four countries at issue

23   here that TPS was extended multiple times?

24       A.    Yes.

25       Q.    Okay.  And that in the last year, TPS has

```
 1   been terminated --

 2        A.    Yeah.

 3        Q.    -- for each of the four countries?

 4        A.    Yes.

 5        Q.    Other than the Federal Register Notices,

 6   have you seen any documents explaining the decisions

 7   to terminate for those four countries?

 8        A.    No.

 9        Q.    Are you aware of any communications

10   between anyone at USCIS and the Center for

11   Immigration Studies?

12        A.    No.

13        Q.    Are you aware of any communications

14   between anyone at USCIS and NumbersUSA?

15                MR. KIRSCHNER:  Also, I want to say

16   objection.  These questions are clearly outside the

17   scope of the 30(b)(6) testimony.

18        A.    Well, I need to clarify my answer before.

19                I get e-mail, I'm on some list that they

20   have to send their -- whatever their communications.

21   So I receive messages from CIS, so I'm sure that

22   others must get that too.

23        Q.    Okay.

24        A.    But no dialogue, that I'm aware of.

25        Q.    Have you ever e-mailed them back?
```

1      A.   No.

2      Q.   What kinds of things do these e-mails say?

3      A.   It's just their weekly report.  I'm sure

4   that's available on the web if you want it.

5           Essentially they're propaganda.

6      Q.   How about FAIR, do you receive e-mails

7   from -- what's the acronym -- do you receive e-mails

8   from the Federation for American Immigration Reform?

9      A.   No.

10           MR. KIRSCHNER:  Objection.  Again,

11   outside the scope.  All these questions about these

12   communications are just outside the scope of the

13   30(b)(6) testimony.

14      Q.   Are you aware of anyone at USCIS

15   communicating with FAIR?

16      A.   No.

17      Q.   And I have the same question for

18   NumbersUSA.

19           MR. KIRSCHNER:  Again objection,

20   outside the scope.

21           MS. DEGEN:  I'll give you a standing

22   objection while I get through my list here.

23           MR. KIRSCHNER:  Okay.

24      A.   No.

25      Q.   And do you have any communications from

1   NumbersUSA?

2        A.   No.

3        Q.   Are you aware of any meetings between

4   individuals at USCIS and staff at the White House

5   regarding TPS?

6        A.   No.

7        Q.   Have you ever met with anyone from the

8   White House regarding TPS?

9        A.   No.

10       Q.   Regarding any other immigration-related

11  issues?

12       A.   Oh, yes.

13       Q.   Which issues?

14            MR. KIRSCHNER:  Objection; outside

15  the scope.

16       Q.   You can answer.

17            MR. KIRSCHNER:  I'm going to instruct

18  the deponent not to answer on privilege grounds,

19  including deliberative process and potentially other

20  privileges.

21       Q.   Are you going to listen to your counsel?

22       A.   Yes.

23       Q.   The meetings that you've had with

24  individuals from the White House regarding

25  immigration issues, were there other people in those

1   meetings besides you and individuals from the White

2   House?

3       A.   Yes.

4       Q.   Who were the individuals from the White

5   House?

6       A.   So I'm having -- I'm trying to remember

7   when the last time that happened.

8            There's meetings with White House

9   individuals on -- I'm trying to remember.

10           Well, actually, the easy answer is I don't

11  remember the names of anybody in the White House

12  that I've met with because they keep changing.

13           On our side, most recently, Kathy Nuebel

14  Kovarik attended along with me.

15      Q.   Anyone else on your side?

16      A.   I'm having trouble pulling specific

17  instances to remember.

18      Q.   Okay.  Is there a particular group at the

19  White House that you meet with?

20           MR. KIRSCHNER:  Objection; vague.

21      Q.   I'm trying to help pin down who the

22  individuals might be.

23           Is there a particular committee or

24  subgroup that you understand you're meeting with?

25      A.   It depends on the subject matter.

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 244

```
 1              The other thing is -- you know, it depends
 2   on what you mean by a meeting at the White House.
 3   So the....
 4              There were a number of meetings with OMB,
 5   which is at the White House, regarding backlog
 6   elimination efforts.
 7        Q.   And I'm referring to, you know, staff from
 8   the White House.
 9              This meeting that you recall with Kathy
10   Nuebel Kovarik, do you recall any other individuals
11   who participated in that meeting?
12        A.   Not specifically, no.
13        Q.   And do you recall how long ago that was?
14        A.   Yeah, probably a year and a half ago, two
15   years ago.
16        Q.   Was she already at USCIS at the time of
17   this meeting?
18        A.   Yes.
19        Q.   The meeting that you recall with Kathy
20   Nuebel Kovarik, do you recall just the general
21   subject matter of the meeting?
22        A.   Yes.
23              MR. KIRSCHNER:  Again, I'm going
24   to -- this is so outside the scope -- it is
25   harassment as well.
```

1             Mr. Neufeld has already testified
2    that he was not about temporary protected status.
3             Anything else about any other
4    questions outside of temporary protected status is
5    beyond the pale, and I would -- and I -- because I
6    don't even know where this is going, I don't know
7    what privileges are implicated here, and I would --
8    I think that this is harassment.
9             And I would instruct Mr. Neufeld not
10   to answer to the extent this is calling for internal
11   deliberations or other privileges that may be
12   touched upon, and I would ask counsel that given
13   that Mr. Neufeld has already made clear that he has
14   not had meetings at the White House about temporary
15   protected status, that counsel would refrain a from
16   further questioning on this subject.
17        Q.   Did the meeting involve immigration
18   matters?
19        A.   Yes.
20        Q.   How many people were at the meeting?
21        A.   Probably nine or ten.
22        Q.   And how long did the meeting take?
23        A.   An hour.
24        Q.   Even if you don't recall individual names,
25   can you recall departments or agencies that the

 1   other individuals worked with?

 2        A.   Not specifically, no.

 3        Q.   Do you recall functions?

 4        A.   Frankly, it would be easier to say what

 5   the subject matter is.

 6        Q.   If you want to take a break and step out

 7   it, may focus this down.  But....

 8             MR. KIRSCHNER:  I just think this is

 9   completely out of line, and I really think that this

10   whole line of questioning, he's already answered

11   that this is not about temporary protected status,

12   he's already answered the general question about

13   immigration, and I would ask counsel to refrain from

14   further questioning on this subject.  The First

15   Amendment is not related to this litigation.

16        Q.   Where did the meeting take place?

17             MS. AFANEH:  You know what, I think

18   we need a minute.

19             MR. KIRSCHNER:  No.  Well, a minute,

20   but I don't -- can we have two minutes?

21             MS. DEGEN:  Sure.

22             MR. KIRSCHNER:  And I want to talk

23   just with counsel just to....

24             VIDEOGRAPHER:  Going off the record.

25   The time is 6:01 p.m.

1                    (Whereupon, a recess was taken.)

2                    (Whereupon, Exhibit 28 was marked for

3    identification.)

4                         VIDEOGRAPHER:  Back on the record.

5                         The time is 6:03 p.m.

6    BY MS. DEGEN:

7         Q.   All right.  Mr. Neufeld, before we took a

8    break, I had asked the question where this meeting

9    took place.

10        A.   At the White House.

11        Q.   Other than Ms. Nuebel Kovarik, did the

12   meeting include any other individuals from USCIS?

13        A.   Not that I recall.

14        Q.   How about Department of Homeland Security?

15        A.   It's possible.  I don't remember anybody

16   in particular.

17        Q.   Did the meeting include anyone who has

18   since joined USCIS?

19        A.   No.

20        Q.   Did it include anyone who has since joined

21   Department of Homeland Security?

22        A.   Not that I'm aware of, no.

23        Q.   Did it include any nongovernment

24   employees?

25        A.   No.

1      Q.   Have you ever heard of the Domestic Policy
2  Council?
3      A.   Yes.
4      Q.   Did this meeting include anyone from the
5  Domestic Policy Council?
6      A.   Not that I recall.
7      Q.   What is your understanding of the Domestic
8  Policy Council?
9      A.   They consider domestic policy issues.
10      Q.   Did this meeting involve staff, political
11  appointees, both -- setting aside
12  Ms. Nuebel Kovarik?
13      A.   I don't understand.
14      Q.   Okay.  If I understand correctly, there's
15  some positions in government that are appointed by a
16  particular administration.  And my understanding
17  could be just not entirely correct.
18      A.   That's a correct understanding.
19      Q.   That's a correct understanding.  Okay.
20           And there are some positions that are --
21  someone -- a career position versus a political
22  position?
23      A.   That's correct.
24      Q.   Okay.  This meeting, did it include
25  individuals who are in political positions?

```
1        A.   Yes.  Kathy is in a political position.

2        Q.   And you're in a career position.

3             Is that fair?

4        A.   I'm in a career, yes.

5        Q.   Did it include any other individuals in

6   career positions?

7        A.   I'm sure it did.

8        Q.   Do you recall what kind of positions?

9        A.   I don't recall.

10       Q.   Do you have any documents related to this

11   meeting?

12       A.   No.

13       Q.   How was the meeting set up?

14       A.   I don't know.  I know I was asked to go.

15       Q.   Were you -- who asked you?

16       A.    It might have been Kathy Nuebel Kovarik,

17   but I'm not 100 percent sure.

18       Q.   Did the person who asked you ask you in

19   person or via e-mail?

20       A.   I don't -- I don't remember.

21       Q.   Would this meeting -- would you have put a

22   note about it in your calendar, a placeholder in

23   your calendar for the meeting?

24            MR. KIRSCHNER:  Objection.  This is

25   really getting to be harassing.
```

1              He's already answered plenty of

2    questions.  I've allowed a lot of questions go

3    forward on this.  I've made it clear, my objection

4    is this is clearly outside the scope of the

5    30(b)(6), not even close to the scope of the

6    30(b)(6), and it's outside of the scope of this

7    litigation.

8         Q.   Would you like me to ask my question

9    again?

10        A.   Yes.

11        Q.   For this meeting, is this the type of

12   meeting that you would have made an entry in your

13   calendar for?

14        A.   I don't remember.

15        Q.   When you have meetings, do you typically

16   make an entry in your calendar for them?

17        A.   Usually, yes.

18        Q.   And do you have any reason to think you

19   would not have followed that practice for this

20   meeting?

21        A.   No.

22        Q.   Do you recall receiving a document hold

23   relating to TPS litigation?

24             MR. KIRSCHNER:  Objection to the

25   extent it calls for attorney-client communication.

```
 1                    I'm going to instruct you not to
 2   answer to the extent that this is communications
 3   that you had with counsel.
 4                    MS. DEGEN:  Well, Ms. Nuebel Kovarik
 5   testified at some length about having received a
 6   document hold and how she -- you know, how they're
 7   circulated.
 8                    I just want to know, you know, he's
 9   here as a witness.  Have documents been held?
10                    MR. KIRSCHNER:  Ms. Nuebel Kovarik
11   was designated to discuss that matter.  Mr. Neufeld
12   is not.
13                    MS. DEGEN:  Okay.
14                    MR. KIRSCHNER:  But that's fine, I
15   will let the question of whether he received one to
16   go forward.
17        Q.   Did you receive a document hold relating
18   to the TPS litigation?
19        A.   I believe so, yes.
20        Q.   And have you retained your documents
21   relating to TPS?
22        A.   I retain every document for the most part,
23   yes.
24        Q.   All right.  I'll give you one last quick
25   set of questions here.
```

1          You have before you what has been marked

2     as Exhibit 28.  And it's another couple of e-mails.

3          I'm referring you to the top e-mail dated

4     October 26, 2017, from Kathy Nuebel Kovarik to

5     Francis Cissna, James McCament, and someone whose

6     name is blacked out.

7          Do you recall receiving this e-mail?

8     A.   No.

9     Q.   The second sentence in the top e-mail

10    says:  The memos are nearly revised to take out DED

11    and add info on their original designation.

12          And I'm sorry, I should back up.  The

13    subject line is:  TPS rollout coordination, El

14    Salvador, Guatemala, Haiti, Honduras.

15          Do you know what's meant by, "rollout

16    coordination for TPS"?

17    A.   No, none of this makes sense to me because

18    I don't understand why Guatemala would be in there,

19    so I don't understand any of this.

20    Q.   Why does Guatemala being in there make it

21    not make sense?

22    A.   Because there isn't TPS for Guatemala.

23    Q.   Does Guatemala have some other

24    immigration-related program associated with it?

25    A.   Not that I'm aware of.

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018   Page 253

1        Q.    In the text of the e-mail, there's a

2   reference:  The memos are nearly revised to take out

3   DED and add info on their original designation.

4              Do you know what DED refers to?

5        A.    Most likely deferred enforcement

6   departure.

7        Q.    And do you recall any discussions

8   concerning TPS and deferred enforcement departure?

9        A.    No.

10       Q.    Two sentences later there's a statement:

11   We'll need to ask DPC to coordinate some interagency

12   comment period.

13             DPC, do you know what that refers to?

14       A.    Usually it refers to the Domestic Policy

15   Council.

16       Q.    And what role does the Domestic Policy

17   Council have in interagency comment periods related

18   to TPS?

19       A.    I don't know.

20       Q.    Are you aware of any circumstances where

21   the DHS secretary's TPS determination went against a

22   State Department recommendation?

23       A.    I'm not aware of any, no.

24       Q.    What is the difference between TPS and

25   deferred enforcement departure?

1        A.    So I'm not an expert on deferred

2   enforcement departure.  I understand that it's

3   related to TPS and that it's something that the

4   secretary can choose to do to transition folks out

5   of TPS, but I don't really remember the particulars.

6        Q.    Is there deferred enforcement departure

7   used with any other categories of immigrants?

8        A.    You mean other than TPS?

9        Q.    Other than TPS.

10       A.    I don't think so, but I don't know for

11   sure.

12       Q.    What does "deferred enforcement departure"

13   entail?

14       A.    I really don't know.

15            My vague recollection and understanding is

16   that it's similar to TPS but that it's not TPS.

17            In other words, the message that's being

18   conveyed is that their enforced departure is being

19   delayed, but -- so they would still be allowed to

20   stay here.  But I think the intent there is it sends

21   a signal that it's not going to be extended.

22            MR. KIRSCHNER:  I also want to object

23   that these questions about deferred enforcement

24   departure or DED are outside the scope of the

25   30(b)(6) testimony.

```
 1        Q.   Does someone with DED have the right to
 2   work in this country?
 3        A.   I believe so, yes.
 4        Q.   All right.  Last few questions:  Do you
 5   know Miles Taylor?
 6        A.   No.
 7        Q.   Eric Jones?
 8        A.   No.
 9        Q.   Kate Nichols?
10        A.   Nope.
11        Q.   Or Kate Alford?
12        A.   No.
13        Q.   Arex Avanni?
14        A.   No.
15        Q.   David Glawe or Glawe?
16        A.   No.
17        Q.   Do you know James Nealon?
18        A.   No.
19        Q.   Also known as Ambassador Nealon?
20        A.   No.
21        Q.   Are you familiar with Stephen Miller's
22   working group on immigration?
23        A.   No.
24        Q.   Okay.
25                  MR. KIRSCHNER:  I just wanted to
```

1    object that that's outside the scope of the

2    30(b)(6), the last question.

3                     MS. DEGEN:  So we are done with our

4    questioning.

5                     With respect to the 30(b)(6) notice,

6    we do not agree that it has been fully satisfied.

7                     There have been a number of questions

8    we think are fairly within the scope of the notice

9    that the two witnesses were not able to answer.

10                     We'll address those with counsel

11   separately outside this deposition.

12                     But in the meantime, I think that is

13   it.

14                     THE WITNESS:  All right.

15                     MS. DEGEN:  Thank you.

16                     MR. KIRSCHNER:  Two things.  First I

17   want to respond to that, and second I want to have a

18   moment with my colleagues to make sure we don't have

19   any follow-up questions.

20                     But on that point, I want to say that

21   our response is that we feel we have complied

22   completely with the 30(b)(6) and that our objections

23   and responses were as stated in the July 13th letter

24   that identifies the full scope of their testimony,

25   and that we said we would make them available with

1   the agreement -- with the understanding that their

2   testimony would be limited as it's identified within

3   the scope of that letter.

4              And we believe that we have complied

5   with the scope of that letter and are in compliance

6   with the 30(b)(6).

7              With that said, I would like to have

8   just a two-minute break to talk to my colleagues to

9   make sure that we don't have any follow-up

10  questions.

11             VIDEOGRAPHER:  Going off the record.

12  The time is 6:17 p.m.

13             (Whereupon, a recess was taken.)

14             VIDEOGRAPHER:  Back on the record.

15  The time is 6:21 p.m.

16             MR. KIRSCHNER:  We have no questions

17  on our end.

18             MS. DEGEN:  Okay.  Thank you.

19             VIDEOGRAPHER:  This concludes the

20  deposition of Donald Neufeld.

21             Going off the record.  The time is

22  6:21 p.m.

23             (Ending time:  6:21 p.m.)

24

25

1    DISTRICT OF          )

2                         ) ss:

3    COLUMBIA             )

4

5                    I, DONALD WARREN NEUFELD, the

6    witness herein, having read the foregoing testimony

7    of the pages of this deposition, do hereby certify

8    it to be a true and correct transcript, subject to

9    the corrections, if any, shown on the attached page.

10

11            _____

12                    DONALD WARREN NEUFELD

13

14   Sworn and subscribed to

15   before me this _____ day

16   of _____, 2018.

17

18   _____

19            NOTARY PUBLIC

20

21

22

23

24

25

```
 1   DISTRICT OF COLUMBIA        )

 2                                  : ss

 3

 4          I, SUSAN ASHE, a Registered Merit Reporter

 5   and Notary Public, do hereby certify:

 6          That the foregoing proceedings were taken before

 7   me at the time and place herein set forth; that any

 8   witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is a true record

13   of the testimony given.

14          Before completion of the deposition, review of

15   the transcript [X ] was [ ] was not requested.  If

16   requested, any changes made by the deponent (and provided

17   to the reporter) during the period allowed are appended

18   hereto.

19          I further certify that I am not interested in

20   the outcome of the action.

21          WITNESS my hand this date August 10th, 2018.

22

23   _____

24

25   My Commission Expires: May 31, 2022
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018

```
 1   Errata Sheet

 2

 3   NAME OF CASE: CRISTA RAMOS vs. KIRSTJEN NIELSEN

 4   DATE OF DEPOSITION: 08/09/2018

 5   NAME OF WITNESS: DONALD WARREN NEUFELD, 30(B)(6)

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                          _____
```

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i1

**-**

**--o0o--**
7:3

**-134**
230:2

**-19**
195:4

**-413**
225:10

**-414**
225:21

**-429**
224:18

**-705**
234:1

**0**

**00000013**
195:3

**00000041**
232:3

**00001190**
219:8

**00001201**
221:17 223:21

**00001214**
216:2

**00001250**
191:16

**0000132**
230:2

**001659000087**
139:3

**001659000412**
224:18

**001659000704**
233:25

**1**

**1**
37:25 38:3 39:6,24
40:4,5,6,13 169:21

170:24 184:25 198:13
200:16 230:8,15

**100**
18:22 56:6 98:16
120:12 181:18 194:17
217:11 249:17

**10:30**
175:24

**10:31**
192:20

**10:46**
45:16

**11:05**
45:19

**12**
37:9 51:7 78:22 147:21
196:15 221:15 223:10

**12-month**
78:19

**12:20**
92:15

**12:21**
93:6,8

**13**
38:8 119:18,21 159:13
164:24

**13th**
256:23

**14**
138:24,25 159:1 162:24
183:2

**140**
17:24 19:2

**15**
68:22 174:1,8 175:16
183:1

**1501**
7:14

**16**
68:22 120:3 149:7
150:17 183:25 184:3
190:21

**17**
150:17 155:20 159:3
160:15,19,23 161:10,20
162:11 175:18 179:4

184:8 186:3 190:9
194:25 195:3

**17th**
162:3 180:6

**18**
37:9 51:7 52:4 53:19
78:22 147:21 155:15
183:4,8 184:5 198:8,10
200:12

**18-month**
51:9 53:2,24 78:19
183:14

**19**
203:2,5

**1900**
225:11

**1999**
26:15

**1:05**
94:2,4

**1A**
234:15,21

**2**

**2**
38:7,10,18 39:2 40:23,
25 43:24 150:2 151:10
155:13 159:21 160:23
161:10,14 169:21
185:23 225:9 234:13

**20**
92:20,24 139:5 206:17,
20 212:24,25

**2008**
41:18 84:17 98:9
116:21

**2010**
27:12,17 29:19 119:9

**2015**
18:13,21 84:23,24 85:6

**2016**
120:3 128:7

**2017**
139:5,6,7,14 140:1
142:16 144:21 145:15
150:20 152:8 155:10,14

159:3,14,21,22 160:15,
19,23 161:10,14,20
162:7,11 163:7,11
164:25 166:10,24
168:12 169:18 170:1,22
175:18 177:20 178:9
179:5 184:5,8 186:3
187:12,25 190:8,9
191:17,18 192:20
193:5,7 198:1,12,14
200:16 201:17 202:9
203:6,7 204:1,14
209:13 216:4 219:11
227:20,21 230:4,8
232:4 234:13 252:4

**2018**
7:2,10 38:8

**2019**
155:10

**20th**
39:18 209:13 210:6,8

**21**
163:11 215:22 216:1
217:17,18

**22**
139:7,14 155:10 163:7
190:8 219:4,7

**22nd**
204:23 205:7,14,17

**23**
155:10 224:14,17

**24**
227:16,19

**25**
169:18 229:20 230:1

**26**
231:24 232:2 252:4

**27**
233:21,24

**28**
139:6 170:22 247:2
252:2

**29**
191:17 192:20 193:5

**2:12**
134:12

**2:27**

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i2

134:15

## 3

**3**
159:14,22 162:7,11
164:25 169:21 180:15
188:8 196:13 198:12
202:8 203:6,7

**30**
92:21,24 191:18

**30(b)(6)**
38:1 39:19 142:3
143:10,15,22 144:1
166:16 177:23 178:4
193:2 196:20 204:3
207:3 221:4 240:17
241:13 250:5,6 254:25
256:2,5,22 257:6

**31**
232:4

**3:06:56**
202:9

**3:18-cv-01554-emc**
7:9

**3:29**
173:24

**3:40**
174:4

**3rd**
39:15 205:14

## 4

**47**
176:14 177:7

**48**
176:14 177:7

**49**
176:14 177:7 179:1

**4:35**
213:10

**4:55**
215:17

## 5

**5:20**
229:18

**5:35**
229:23

**5:42:36**
227:21

**5:45**
208:3 209:9 210:16

**5th**
131:10

## 6

**6**
37:9 51:7 52:4 53:18
54:4,8,9 78:21 147:21
181:13 183:9,19,22
187:24 188:12 210:17,
19 215:17,18 216:3
219:10 230:4

**6,000**
17:21 236:6

**6-month**
53:2,24 78:18 183:5
186:8,16 187:13,17

**60**
83:6 125:18 126:9,18,
23 127:12 203:18

**60-day**
35:16 118:11 126:5

**60th**
126:14

**6:01**
246:25

**6:03**
247:5

**6:17**
257:12

**6:21**
257:15,22,23

**6:45**
211:2

## 7

**7**
166:10 191:7,8,15

## 8

**8**
149:15,19 164:23
209:10 227:20,21

**821**
32:9

**83**
26:6

## 9

**9**
7:2,10 166:2,3

**9/1/2017**
196:17

**9:37**
227:20

**9:47**
7:2,11

**9th**
39:15

## A

**a.m.**
7:2,11 45:16,19 192:22
227:20

**able**
82:5 188:19 256:9

**accepting**
125:25

**access**
100:5

**accompanied**
123:7,21

**accurate**
96:3 134:21 222:22
223:6

**acknowledging**
182:2

**acknowledgment**
63:14 137:13

**acquired**
235:19

**acronym**
61:17 180:15 202:3
211:12 241:7

**acronymed**
213:23

**act**
127:19

**acting**
26:24 27:1 28:13,23
148:20,25 158:16,17
159:19 162:9 165:20
176:2,5,7,9 178:21,22
195:6,10,13 203:13

**activities**
21:21 43:5

**activity**
33:19

**actual**
31:13 32:9 33:24 84:3
108:13 112:16 126:2,3,
17 127:5,13 129:3
147:10 187:18

**AD1**
158:15 159:5 160:16
161:24

**AD1'S**
160:20 161:21

**Adam**
7:18

**adapted**
183:17

**add**
56:13 252:11 253:3

**addendum**
185:1,8,14,17,20

**addition**
112:7

**additional**
188:10

**address**
256:10

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i3

**addressed**
152:11 185:11

**addresses**
217:23

**adjudicate**
17:7 27:6 36:12 52:13
61:7 83:24

**adjudicated**
17:10 31:12,17 32:13
34:14,25 36:4 37:5

**adjudicating**
19:12 86:6

**adjudication**
16:16 18:16 26:19
31:20 33:13 35:11,20
36:6

**adjudications**
16:13 19:5,6 31:8 86:5

**adjudicator**
33:24 132:18

**administration**
28:19,22 29:2 57:5,10,
12,19 58:3 59:1 66:7
67:1 68:2,18 69:11,12
72:9,23 81:5,15 84:7
86:18 87:16,20 88:1
90:19 91:21 97:1 98:18
101:23 102:13 109:10,
11,13,21 110:9 111:16,
25 112:21,22 116:15
122:14 135:17 136:4,8,
9 137:20 141:18,24
144:23,24 145:4,8,10,
18 146:1 152:11 204:5
224:11 248:16

**administration's**
66:11 67:3,12,17,19
68:13 69:20,23 70:2,8,
14

**administrations**
59:2 66:1,7,9 80:10
86:19 87:18,23 88:3
110:5

**administrative**
29:9 234:10,14,20,24

**advance**
83:10,14 203:18

**advice**
23:8,17 24:6 25:16

77:8,11

**advise**
79:3

**advising**
77:21

**advisor**
57:14,16,18 58:10
119:2,6,11 193:17
194:18,22

**advisors**
56:5,6,15,16,18,22
58:13 119:1

**advisory**
193:11

**Afaneh**
7:23 215:10,16,20
246:17

**affairs**
60:25 61:2 195:15
213:7 216:8,13,16
217:13 220:2,9 221:3,8,
10 224:24

**affirmatively**
236:14

**afternoon**
160:19

**agencies**
94:11,16,21,25 95:3,8,
12 122:9 171:10,12
245:25

**agency**
9:7 12:18 18:4,7 29:10,
15 53:13 70:12 71:25
113:24 151:23 161:3
168:5 176:3 178:22
188:11

**agency's**
53:8

**agenda**
62:16,18,21 75:9

**agendas**
59:12 87:2

**ago**
9:18 24:24 30:21 71:6
76:18 125:20 160:15
229:4,5 244:13,14,15

**agree**
99:3 154:17 239:22
256:6

**agreement**
217:21 257:1

**ahead**
37:22 80:24 110:13
127:13 153:19

**Akim**
7:12

**Akmal**
8:9

**al**
7:6 11:14

**alert**
155:8

**Alex**
43:4,9

**Alford**
255:11

**Alice**
13:11

**allow**
50:7 51:5 147:22

**allowed**
205:15 250:2 254:19

**allowing**
188:11

**allows**
172:15

**alphabet**
157:5

**Altidor**
228:1

**Alycia**
8:4 133:3 215:10

**AMB**
228:1

**ambassador**
228:3,6,8,11,14,25
229:2,6,7 255:19

**ambassadors**
228:17

**amenable**
144:4

**amend**
200:25

**Amended**
37:25

**Amendment**
246:15

**American**
203:17 241:8

**analysis**
186:9

**Anderson**
13:8 21:15 22:1,14 71:8
73:10

**Anderson's**
22:17

**Angeles**
26:8,9,10 30:19

**announce**
209:14

**announced**
111:20 190:8,13,23
208:20

**announcement**
226:8

**announces**
106:13 226:20

**announcing**
120:1 185:24

**answer**
10:10 11:5 23:4 36:7
53:9,11,12 64:20,21
68:8 69:10 70:5 71:4,19
75:22 108:20 110:22
111:4 114:17 150:12
172:8 190:17 197:14
222:2 234:19 240:18
242:16,18 243:10
245:10 251:2 256:9

**answered**
115:4 190:15 246:10,12
250:1

**answering**
212:15

**answers**
10:8,14 96:1 211:16

**anticipate**

24:22 143:13 160:20
161:21 176:23 200:23
204:22

**anticipated**
210:6 218:1

**anticipating**
210:11

**anybody**
68:24 132:15 228:10
236:10 243:11 247:15

**anymore**
125:7 127:6

**anyway**
61:22

**apologize**
27:19 28:3 49:20
206:25

**apparently**
205:6

**appear**
155:17

**appears**
183:10,11 196:23 207:1
219:9 224:19

**applicant**
32:8

**applicants**
31:1,13 54:3 83:17

**application**
30:23 34:17 62:1 86:11

**applications**
31:13,25 50:24 52:22
83:18 125:25 179:14

**apply**
34:3

**appointed**
248:15

**appointees**
248:11

**appointment**
89:6

**appointments**
58:6 61:25

**appreciate**
49:19 154:25

**approaching**
17:21 63:18

**appropriate**
47:21 69:3 201:1

**approval**
23:24 34:12 151:19
159:19 160:17,20
161:18,22,25 162:4,9
196:23

**approve**
32:22

**approved**
196:18

**Approved/date**
196:16

**approves**
132:21

**approximately**
148:14

**April**
139:5 159:14,22 162:7,
11 164:25 166:10,24
168:12 169:18,25
170:22

**area**
18:14 21:18 22:25

**areas**
16:25 17:3 25:14 30:4

**AREL**
232:3

**aren't**
217:4

**Arex**
255:13

**armed**
172:11

**arranging**
208:12

**ARSUDAN**
195:3

**AS1**
200:20 213:10

**AS1'S**
201:24

**ASCS**

61:25

**Ashe**
8:12

**aside**
11:18 12:17 31:4
165:25 183:24 248:11

**asked**
46:2 85:2 91:7 106:2
112:6 116:12 150:9
172:24 179:20 190:14
211:16 217:18 219:18
228:7 247:8 249:14,15,
18

**asking**
11:6 66:19 68:10
134:17 161:21 162:17
190:17 198:25 222:25
223:20

**asks**
160:19 169:23

**aspect**
187:2

**aspects**
63:9

**assert**
77:4

**asserted**
77:3

**assessment**
81:23 92:9 112:13

**assessments**
113:1

**assigned**
140:3

**assignment**
26:16 57:15

**assistance**
170:9

**Assistant**
220:1,8

**associate**
9:5 27:8,15,20 28:7,24
29:6,18,23 30:2 31:9
41:2 55:5 59:9 62:14
148:13,19,23 195:15

**associated**

252:24

**assume**
11:5 79:14 141:12
192:2 206:10

**assuming**
24:8,9 40:10 92:3
94:14,21 123:8 131:1
135:21 150:24 173:6,8
174:25 197:12 209:19
212:1 237:9 239:18,19

**asylum**
27:11 81:21 158:1

**attached**
113:1 152:2 159:17
161:18 179:6 181:12
185:1,8,24 186:7 197:3
203:18,22,24 211:2
213:13,18 216:8

**attachment**
147:3

**attachments**
203:20,23 224:20,22

**attend**
22:6 56:19

**attended**
73:25 88:5 146:20
163:2 243:14

**attorney**
23:5 25:13

**attorney-client**
23:3 71:20 77:5 195:8
250:25

**attorneys**
11:18 12:17

**attributed**
223:9,25 224:3

**atypical**
191:3

**August**
7:2,10 39:15 191:17,18
192:20 193:5,7

**Austin**
7:14 8:5,10

**author**
181:20

**authority**

36:13 101:4 104:18
133:19

**authorization**
30:16,17 32:11 35:6
36:15 48:8,12,13,19
205:16

**authorized**
48:15,17 50:3

**auto**
48:21 49:25 52:6,11,17,
19 90:10,14,16

**auto-extension**
204:22 205:3

**automated**
34:10 35:2

**automatic**
35:23 36:2 47:8,12,17
48:4 52:7 118:12,14,17

**automatically**
35:17,19 47:6

**available**
55:4 72:7,15 77:13
147:12 226:2 241:4
256:25

**Avanni**
255:13

**Avenue**
165:3

**aware**
11:15,19,21,24 12:13
25:15 35:24 43:22
59:16 64:8 67:23 69:24
75:13 80:17,23 88:9,12
89:12,16 91:20 95:2,3,
18 97:14 102:25 112:13
134:3 141:21 142:16
145:14,19,25 159:20
160:3 163:15 164:6
166:18,25 168:13
170:3,7,10,12 171:12,
14 185:19 186:2
189:18,19,20 190:4
192:17,24 193:3 206:15
225:17,19 228:10
230:9,13 233:7 238:12
240:9,13,24 241:14
242:3 247:22 252:25
253:20,23

**Awesome**

---

45:12

---

**B**

**back**
13:23 21:11,24 26:24
27:3 29:14 34:17 36:1
39:6 41:18 43:22 45:10,
18,20 49:17 52:16
54:19 56:8 57:24 60:2
65:21 81:7 83:8 84:13,
17 89:23 91:17 94:3
100:13 103:2 112:3,4
115:22 116:13,17,21
119:9 124:13 128:6
134:14 138:4 142:16
144:17 148:22 149:1
160:1,11 164:21 169:2,
5 174:3 180:23 186:24
196:6 210:23 211:1
229:22 235:17 240:25
247:4 252:12 257:14

**background**
23:11 25:20 32:18
33:22 34:7 58:8 184:11
225:12,17

**backlog**
244:5

**backwards**
81:13

**bad**
182:21

**Baruch**
194:4

**base**
133:5

**based**
11:22 14:10,15 104:20
107:1

**basically**
26:18 27:13 29:9 81:13
82:7 90:15 104:10
147:19 208:20

**basis**
106:14 130:20,21
131:4,7,16 237:2
238:14

**Bates**
139:2 166:9 169:16

---

170:19 174:20 175:2,10
176:12 191:15 195:3
216:1 219:7 221:16
224:17 225:10 232:2
233:25

**Bates-numbered**
230:1

**beginning**
45:8 63:22 143:4 150:3
199:14

**begins**
7:4

**believe**
9:16 16:20 18:11 20:6
22:9 28:25 71:8 83:7
86:25 103:6 114:24,25
122:4 123:12 124:15
130:19 133:14 150:9
157:21 175:6 220:7
222:3 223:3,5 251:19
255:3 257:4

**beneficiaries**
221:21 234:11 236:5,15
237:5 238:3

**beneficiary**
235:15

**benefit**
26:19 181:15

**benefits**
17:8 27:6

**best**
51:9 181:19

**better**
69:18 90:17 158:8

**beyond**
35:23 36:17 41:21
71:12 92:10 144:22
150:5 204:22 205:16
245:5

**biometrics**
31:2 34:18 61:13,14
86:10

**bit**
65:12 108:2 122:12
152:21 214:14,19
237:15

**biweekly**
55:4,21 58:22,25 59:6

---

62:7 63:5 65:8 111:9

**blacked**
156:4 184:9,10 200:1
203:15 207:24 252:6

**blank**
105:19 136:25 137:1,
10,16

**blanks**
177:12

**blocked**
235:2

**blur**
227:12

**body**
159:4 170:23

**border**
171:23 221:25

**borrowed**
129:17,24

**bottom**
39:25 139:3,6,13
150:15 155:20 159:2,13
164:24 179:1 181:5,11
184:7,24 185:5 196:12
200:15 203:6,11
207:20,21,22 208:2
209:7 221:16 225:11

**branch**
19:8 43:3 167:24

**branches**
19:7

**Brandon**
13:8 21:19 42:19 43:3
71:7 73:9 139:15,18
140:11,13,14

**break**
10:24 33:7 44:22 45:1,
2,21 50:9 92:17 93:2
103:25 133:5 134:10,17
135:5 173:12,14,18,21
214:12,15,18,25 215:3
229:15 246:6 247:8
257:8

**Briana**
218:19

**bridge**
36:11

**brief**
33:9

**briefed**
56:11 153:4

**briefing**
85:1 211:15

**briefly**
31:19 89:23

**bring**
15:20

**bringing**
14:8

**broad**
67:4

**broadcast**
66:23 67:4,16

**broader**
54:20

**broke**
29:25 94:6

**brought**
56:12

**budget**
29:13

**building**
75:4,5

**buildings**
165:5

**bullet**
40:20,25 41:5,9,13
157:7 158:12,14

**Button**
102:17 103:20 115:17

**C**

**C3**
180:7,8,9,14

**calendar**
249:22,23 250:13,16

**calibrate**
66:10

**California**
7:8 26:21 31:5

**call**
56:5 72:1 133:2 207:25
208:3,4,8,9,13 209:8,
14,17 210:10,13,15,17,
18,23 211:2,9,22 213:4,
12 219:10,13,15,18,22,
24 220:6,25 221:6,9
225:1,7,12,13,18
227:14

**called**
8:17 72:17,21 74:9
129:20 131:8

**calling**
23:3,15 53:7 68:5,7
69:9 71:3 75:20 206:4
210:17 245:10

**calls**
64:18 70:3,10 71:25
108:18 145:12 161:1
162:15 172:7 188:15
196:20 201:12 220:16
222:23 250:25

**can't**
23:14 60:4 62:20 86:22
98:9 102:15 103:10
106:24 125:23 126:12
146:22 171:14 179:23
181:18,20 183:15 211:3
235:23 236:6,7

**capabilities**
179:22

**capability**
179:18 180:22

**capacity**
11:25 25:22 29:1 77:23
143:21,22,25 148:20
149:2,8 176:4 177:25
193:11

**capture**
31:3 34:18 86:10

**card**
32:22,23

**cards**
204:22 205:3,4,6,14

**career**
248:21 249:2,4,6

**carried**
59:1

**carrying**
29:2

**case**
7:8 46:14 47:7 179:11
180:3 192:8,12 219:19

**cases**
16:20 19:13 33:23 34:1,
6,12,20,21 50:24 52:10,
13 61:7 86:6 180:14
186:14 187:10

**casual**
33:9

**catch**
215:19

**categories**
47:13 167:14,17 254:7

**categorize**
54:17 136:7

**categorized**
58:5

**category**
34:9

**caught**
234:19

**caveat**
189:23

**CBP**
171:18,22

**CC**
139:21

**center**
9:6 16:19 17:1,6,11
20:4,12,20 26:22,23,25
27:14,22 28:8 29:18,24
30:1,4 31:5,7,11,16
34:18 44:9 62:1 82:9,17
84:5,10,15 85:20 86:3
89:24 90:4,6 104:16
105:7 107:20 108:3
118:21,24 119:8 120:5,
9,16 123:24 128:8,11,
22 130:23 131:20
133:2,9 137:10,21
152:14 153:13 157:1
167:4,8,16 170:16
179:25 181:10 182:5
186:21 187:8 189:6,12
204:7 214:1,2,4 228:10
235:21 236:4,13 238:2

240:10

**centers**
17:10,12,16 18:1 19:12,
15 27:5 30:24 31:17
32:13 86:12 213:25

**Central**
203:17

**certain**
37:3 47:13 100:12
113:14 128:1 133:18

**certainly**
73:15 120:24 129:5
144:9 177:3

**certainty**
18:12 98:9 133:1
138:17

**chain**
139:4,11 146:4 149:21,
25 150:14 160:14,22
161:9 162:20 176:20,22
182:8,24 188:6 190:9,
21 191:16 192:15
193:20 200:1,12,15,16
203:5 204:20 206:20
207:21 213:13,17
221:25 224:19 234:2
235:1

**chains**
162:1

**chair**
80:7 82:10

**chaired**
84:6,10,12

**challenge**
69:4

**challenges**
180:19,20

**chance**
51:16

**change**
47:11 66:9 91:2,9 107:7
116:13 122:14 129:8,9
136:8,11 141:18,23
144:22 145:18 146:1
183:17 239:3,17,20

**changed**
19:22 65:24 79:23
80:11,15 94:13 103:24

119:10 145:1,6 183:5

**changes**
56:1 99:13 135:19
145:4

**changing**
144:24 238:17 239:7
243:12

**characterization**
80:12 132:23 135:25
136:1

**characterize**
104:18

**charge**
90:20 118:4

**check**
32:18 33:22 34:8 44:20

**checks**
32:18 33:21 34:23

**chief**
12:24 13:9 14:21 25:14
27:4 42:6,10,12 43:6
44:3 60:21 66:17 70:16
71:11 148:6,25 157:16
158:13 159:8,9 178:20
193:24 232:5

**chiefs**
55:6,13 59:10 62:15

**choose**
147:20,21 196:10 254:4

**Christina**
192:19 195:14

**Christyn**
216:4

**chunk**
92:16,19

**circle**
196:15

**circled**
196:16

**circulated**
251:7

**circumstances**
74:4 141:21 145:19,25
233:7 237:21 253:20

**CIS**
28:4 240:21

**Cissna**
203:12 252:5

**cited**
46:16,17

**Citizenship**
9:10 233:2

**civil**
9:21

**claims**
14:8 180:14,15

**Claire**
195:16,18

**clap**
14:11

**clarification**
10:21 65:12,18 140:10
154:1 174:20 196:1
229:13

**clarifications**
42:1

**clarify**
10:16 13:16 21:5 94:20
95:23 108:1 122:12
129:11 133:6,7 142:1,
11 143:1 148:18 223:19
240:18

**clarifying**
30:6 45:22 48:25 73:2
115:3 135:4 137:5
140:22 190:5 196:4

**clarity**
109:2,17 114:20
116:16,18 153:9 154:22

**clarity's**
223:16

**classifying**
234:6

**clean**
154:4 202:11

**cleaner**
10:11

**cleanup**
37:22 214:15 215:12

**clear**
46:24 68:23 77:2 79:2
99:14 100:7 101:19

109:5,8,12,20,23,24
111:13 115:5 135:2
143:20 159:25 178:2
195:8 199:18 208:7
210:21 218:17 245:13
250:3

**clearance**
122:1 133:23 134:1,6
157:6 200:24 201:7
202:21

**cleared**
121:24 159:5 160:16
161:24 211:1

**clearly**
41:19 54:16 66:25
111:8 207:7 217:22
240:16 250:4

**clerk**
26:7

**clock**
45:1

**close**
126:22 215:12 250:5

**closely**
42:4,8 44:1

**closer**
86:25

**collaborative**
130:12

**colleagues**
55:11 256:18 257:8

**collect**
61:13

**collecting**
61:14

**collection**
166:6

**come**
13:23 21:11 33:21 36:5
37:10 47:1 56:15 63:7
64:22 65:3 66:21 90:6
91:12,17 96:12 106:7
111:5 124:13 125:16
132:19 173:1 175:22
177:7,16 189:5

**comes**
50:19 54:15 65:5 92:7

100:2 176:14 226:11,12

**coming**
15:12 19:24 20:8 30:20
44:25 50:25 64:9 66:5
80:25 83:23 108:24
109:24 186:24 189:12
197:3

**comment**
253:12,17

**commented**
77:14

**comments**
99:22 100:6 132:16,19
133:16

**commit**
33:4

**committed**
41:20 170:5

**committee**
62:12,13 243:23

**Commons**
38:9

**communicat-**
110:11

**communicate**
63:11

**communicated**
68:12 110:16 125:10
237:2,23

**communicating**
61:4 108:10 241:15

**communication**
68:15 69:7,20 195:9
236:8 237:4 250:25

**communications**
23:3 61:1 63:9 66:23
67:6 110:1,6,9 158:6
211:19 235:22,23 236:3
239:7 240:9,13,20
241:12,25 251:2

**compared**
181:1 227:1

**compares**
186:10

**comparison**
176:24

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i8

completed
191:23

completely
246:9 256:22

completing
199:8

complex
165:3,5,9

compliance
257:5

complicated
129:13

complied
256:21 257:4

component
16:23 17:12,13 19:1,10
20:7,13 26:20 27:4,9,14
43:18 60:18 89:2 100:9,
18 117:19 167:25

components
17:2 19:4,18 20:17
64:2,6 80:21 98:24
119:4

comprised
62:13

concern
51:1 68:17 69:6

concerning
59:24 67:17,18 68:10
199:19 253:8

concerns
70:22 180:24 203:20
235:5

concludes
257:19

conclusions
23:16

concur
100:25

concurred
101:13

concurrence
97:9,12,17,20,21,25
98:6,11,15,21,25 99:6,
7,16 100:18 101:9,22
102:4,8,21 103:3,13

113:23 121:22 122:10,
11,16 123:1,6,11,14,15,
17,19 124:10 127:2,8
132:24 133:12,22,25
134:7 160:13 201:6,11,
18 202:23

concurrences
127:4

concurrently
104:2 125:2

condition
88:25 89:9,13 112:15
149:10

conditions
81:20,23 88:19 105:5
112:11 132:4 144:25
145:5 155:5 172:14

conducted
34:23 65:16 86:5

confer
210:18

conference
227:5

confidential
218:10

confirm
91:17 170:14 217:17
236:10

Confirmed
227:25

confirming
90:15

conflict
172:11

confused
152:22 176:12 182:6

confusing
107:25

Congratulations
188:4

conjunction
103:23 124:1

connection
11:10 74:18 84:9 95:9,
13 103:21 108:4 112:10
166:23 172:21 182:13

188:14 197:19 204:8
214:7

consensus
137:13

consider
51:6 52:19 248:9

consideration
19:24 51:5 63:15,24
97:6 146:18 152:9
181:19

considered
14:16 21:7 51:18 98:19
132:17 142:25 153:10

considering
72:7

consistent
51:4

consistently
51:8 84:12 101:16

constitutes
127:14,20 134:5

consultation
92:4,6

consults
95:7,12

contact
235:4

contacts
155:23 156:2

content
60:9 71:19 77:3 113:20
120:20 129:3 136:21

contention
101:11

contesting
14:2

context
12:7 38:25 50:15 76:13
201:3 208:12 228:19
231:15,22 232:16

contexts
171:17

continue
35:11 37:12 185:22

continuing

155:2 156:23 221:24

continuous
33:7

continuously
32:6

contractor
61:15

contribute
56:9

contributed
129:4,15

contribution
132:14

conversation
56:14 60:15 90:21
142:23

conversations
66:24 67:5 68:1 69:6
90:13 178:23

convey
208:13 210:13

conveyed
85:5 111:11 254:18

conveying
212:15

convicted
168:21 236:24

coordinate
253:11

coordination
117:14 118:5,10,16,25
151:8 156:9 181:8
182:2 252:13,16

cop
113:18

copied
167:11,22 168:7

copy
114:10 203:19,22
204:12,13 212:16

corner
150:16 155:20 159:2
179:2

corporate
180:1

**correct**
31:8 35:5 36:7 50:8 51:25 54:11,12 62:4 98:2 121:14 128:15 152:9,20 161:16 163:21 199:12 204:10 217:6 237:6,25 238:1,6,15 248:17,18,19,23

**correction**
41:15

**corrections**
41:11

**correctly**
29:17 248:14

**correspondence**
97:13 99:23

**COS**
159:6,7 160:17 161:24

**couldn't**
128:1

**council**
62:11,13,25 213:21 214:6 248:2,5,8 253:15, 17

**counsel**
7:16 13:10 20:6 25:14 42:6,12 44:3 45:21 49:11 60:21 71:11,18 77:6,8 85:21 87:21 121:5,9,10 144:4 158:13 174:22 176:21 193:14,24 194:19 195:14,15 197:3,10,19 214:10 217:16 242:21 245:12,15 246:13,23 251:3 256:10

**counsel's**
12:25 14:21

**counselor**
193:17

**counting**
81:13

**countries**
14:4 15:10 19:23 21:23 36:22 37:3 49:5 126:19 189:21,25 203:17 233:9 236:2 238:11 239:13,22 240:3,7

**country**
32:4 33:8 37:7 50:22 53:16 63:17 64:16 66:5 74:13 80:25 81:19,23 88:18,25 89:9,13 92:8 96:7,12 112:11,15 129:9 132:4 144:25 145:5 149:10 155:4 169:5 172:4 188:13 197:1 221:21 227:9 255:2

**couple**
10:1 21:13 26:9 34:4 45:22 107:17 139:4 191:18 193:19 252:2

**course**
60:3 113:12,14 164:19

**court**
7:7 8:11,12 10:3 14:11 64:25 156:17

**Court's**
49:14

**cover**
52:12 127:3,5,7 205:17, 18

**covered**
49:5,9

**covering**
22:15

**Cox**
119:1

**Craig**
42:11 193:21

**create**
188:10

**created**
225:3

**crimes**
33:4 168:21 170:5

**criminal**
33:18,19 169:10 236:24

**criminal/detainer**
168:24

**Crista**
7:5 11:13

**criteria**
14:16 15:13

**current**
9:4 28:18 51:18 57:5,17 63:18 66:1 67:1 87:15, 20 125:17 141:16,20 145:8 148:12 152:11 169:23 186:4,9 204:22 205:3

**currently**
28:11 56:24 64:10 126:10 220:4

**Customs**
171:23

**cut**
122:9

**D**

**D.C.**
7:1,15

**D1**
200:20

**D1's**
201:1

**DACA**
16:14 18:24 19:9,13,17 22:9 23:1 25:15 73:5,6 134:22 221:25

**data**
166:12 167:23 168:1,4, 10,18 169:7,18,25 170:1,13,14 171:10,17, 18 172:21 188:11,13 189:9,10,13,16,20 190:3

**date**
7:10 32:6 35:8 37:10,13 39:13 48:1 84:25 86:25 120:2 123:15 127:13 172:2 196:17

**dated**
39:18 128:7 139:5,6,7, 14 150:20 159:3,13 160:15,18 162:6 163:7 164:25 166:10 169:18 170:21 175:18 179:4 180:6 184:5 190:9 192:20 193:5 198:11, 12,13 200:16 202:8 203:6,7 216:3 230:3 234:13 252:3

**dates**
129:8 161:12 205:6

**dating**
41:18

**David**
255:15

**day**
8:7 11:1 14:23 15:3 126:14 151:14 208:22 210:11,21 211:9

**days**
83:6 90:18 107:17 125:18 126:9,18,23 127:12 190:12,22 203:18

**deadline**
81:2 82:6 100:10 210:7

**deal**
51:14 54:10 74:15 100:20

**dealing**
69:1

**deals**
103:13

**dealt**
30:20

**debate**
65:8

**December**
227:20,21

**decide**
78:23,24

**decided**
136:21

**deciding**
117:23

**decision**
14:3,10,15 20:8,14,24 21:8 33:25 37:9 43:19 53:22 68:25 72:8 74:5, 10 78:4,12,14 80:1,25 81:14 82:6 83:6,20 84:4 104:5,7 105:1,3,12,15, 19 106:9,13,14,15,23, 25 107:6 110:18 111:7, 13,14,18,19 114:13 115:6,10,13 116:25

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i10

117:2,7 120:1 122:23
123:2 124:2,14 125:9,
18 126:10,13,21
127:11,14,16,19,20,25
128:2 130:20,22 131:7
132:3 135:9 136:14
137:9,11 143:8 145:21
147:19 148:2 153:14,16
154:15 155:7 159:18,21
160:4,5 162:8,12
163:24 164:17 173:7
183:16,18 190:7,12,18,
22 191:1 196:9 197:1,9,
10,18,20,25 200:18,19
201:10,18 203:16,25
204:4,13,24 205:8,13,
15 206:11,14 208:14,
20,21,23,25 209:2,13,
15,16 210:6,12,13,22
213:5 226:9,20 227:2
230:7

**decision's**
137:15

**decision-making**
82:10

**decision/**
**recommendation**
203:13

**decisions**
11:23 14:3 16:20 19:21
41:19 63:9 68:11 83:13
84:10 106:18 108:17
116:13,14,16 123:18
126:21 138:18 164:6
240:6

**DED**
252:10 253:3,4 254:24
255:1

**Defendant**
38:1

**defendants**
7:20,22,25 8:3

**defer**
45:13

**deferred**
253:5,8,25 254:1,6,12,
23

**definitely**
38:17 39:4 73:24 135:1
222:3

**definition**
96:12

**Degen**
8:4,21 37:21 38:6,13
40:16,22 44:24 45:9,20
49:1,2,11,15,19,22
64:21 65:17,19 68:9
92:14,20,25 93:4 94:5
110:23 114:23 115:1,3
119:16 134:9 135:3
138:23 140:22 142:8,15
143:9 144:3,10,13,15
149:14,18 150:7 154:2,
16,25 155:1 165:24
173:9,13,17,22 174:5,
22 175:12 176:21
177:9,13 178:5,6
183:23 191:6 194:24
196:3 198:3,6 199:4,15,
21,23 202:25 206:5,16
207:6,11,13 212:6,10
214:13,21 215:8,14,18,
24 217:19 218:3,8,14,
18 219:2 224:13 227:15
229:14,24 231:23
233:20 237:17 241:21
246:21 247:6 251:4,13
256:3,15 257:18

**delayed**
254:19

**deliberations**
53:8,13 64:19 68:6,7,10
69:10,14,16 71:4 75:20
110:21 111:3 245:11

**deliberative**
71:21 77:4 242:19

**deliver**
203:12

**delivered**
223:12

**delivery**
83:3

**demarcations**
175:8

**demographic**
168:17

**demonstrate**
32:4

**demonstrated**
32:16 33:17

**denied**
236:23

**department**
7:19,22,24 8:2 38:2
64:5 70:24 72:25 73:23,
24,25 74:21,22 75:3
81:22 83:11 92:5,7,12
94:9,18,25 95:4,8,11
96:13,20 112:16 113:2
121:25 122:2 127:17
140:6,15 141:19,22
142:7,18 144:20 145:20
148:6,20 149:1 150:22
194:7,11 195:22 208:19
219:1 232:14 235:10
239:11 247:14,21
253:22

**Department's**
112:12

**departments**
95:4,8,13 245:25

**departure**
33:10 253:6,8,25 254:2,
6,12,18,24

**depending**
34:1 50:22 55:3 56:10
60:23 61:22 74:4,6

**depends**
30:13 33:15 41:23 43:1,
16 243:25 244:1

**deponent**
237:12 242:18

**deposed**
12:15

**deposition**
7:5,13 9:13,25 11:10,15
13:13,14,22 14:17,22
15:1,6,24 21:17 24:4,
14,21 25:5 38:1 39:19
40:5 46:3 49:4 80:7
88:9 93:7 144:7,8
231:22 256:11 257:20

**deputy**
27:8 28:10,13,23 29:6,
22 30:2 31:9 42:12
55:3,9,12 56:4 60:21
64:2 71:10 101:6
111:10 148:6,18,25
149:12 176:2,9 178:21
195:17,19,21 232:5

**describe**
54:14 77:12 130:19
212:11

**described**
16:2 37:16 40:20 41:8,
12 49:9 104:12 131:4
146:19 170:13 197:6
201:4,7

**describes**
89:17

**describing**
67:11 82:24

**description**
16:18 105:1 148:1

**designate**
66:4

**designated**
19:24 32:5 39:20 40:8,
19,20 41:8 74:12
126:10 172:5,10 198:23
199:5 208:16 251:11

**designation**
32:7 35:18 63:19 74:19
96:7 125:17 126:5
131:10 141:4 147:13
152:3,8,10,13,14 155:7,
9 169:24 170:5,9
184:25 185:7,14 186:9
195:11 196:9,11,14
199:19 200:21 203:14
219:11,15 252:11 253:3

**designations**
21:23 68:21 80:23

**designed**
221:23

**desire**
188:19

**desk**
113:11

**detail**
57:12,17 148:21,25
149:9

**detailed**
149:5

**details**
64:23 226:2

**Detection**

158:4

**determination**
44:11 50:11 90:1 91:22
94:8,18 95:1,5,20,21
101:24 105:17,22 110:8
111:17 115:20 122:18,
19,21 124:21 136:24
153:6 166:23 172:16
190:12 204:9 230:11
253:21

**determinations**
19:20 23:19 42:25 43:2,
15,17 58:17 78:6 89:10
95:9,13,16 109:19
117:11 128:14 135:16,
18 136:3,4 168:13
170:2 185:20 196:24
205:22 213:21 216:20
231:5

**determine**
172:17

**determined**
47:20

**developed**
104:9

**developing**
106:20 118:1

**development**
182:3

**DHS**
72:25 73:2 79:19,22
109:18 115:13,19
116:1,2,9 117:5,10
139:3 140:17,19 149:5,
9 158:20 165:4 171:6
186:1 195:20 196:25
199:7 210:18 211:1,20
213:4,6,14 214:4 216:2
219:8 220:2 221:17
223:21 224:18 230:1
232:19 233:25 253:21

**DHS/HQ**
141:3,5,9 163:1

**DHSRFPD**
191:16

**dial**
208:2

**dialing**
209:8

**dialogue**
240:24

**didn't**
15:18 46:6,14 47:1
72:11 76:23 98:4
105:22 107:18 125:16
126:1,16 137:3,21
138:12 152:18 153:6,22
200:7 208:8 214:6,7
217:10 228:24 237:11

**difference**
23:16 48:11,14 53:17,
23 66:6 106:17 124:23
193:16 253:24

**differences**
37:18 135:15,24 136:2
137:6 227:3

**different**
14:7 18:1 19:3 26:1,9
28:6 31:21 53:4 59:6
61:5,16 75:5 78:5 103:4
117:1 145:9 146:14
171:17 182:17 183:8
216:4 226:13 237:15

**differentiate**
23:15

**differs**
32:14

**difficult**
61:25 68:19 70:23
110:17 137:14

**difficulty**
39:7 69:1 111:12

**digital**
127:7

**Dimple**
194:6

**direct**
133:21 166:7 192:18

**directed**
106:8 107:3 136:10
167:3,11,21 168:9

**directing**
227:23

**direction**
108:15 109:12 110:7

**directly**

114:14 115:6

**director**
9:5 26:22,23,24 27:1,8,
16,20,22 28:1,7,10,13,
24 29:6,18,23 30:3 31:9
41:3 44:6 55:3,8,12
56:5,16,22 58:11,14
60:22 64:2,15 65:25
66:16 70:19 81:17
88:17 89:18 96:17 97:5,
8,18 101:6 109:3,17
111:24 112:23 113:6,
13,25 114:5,9,21,23
115:4,7,10,19,24 116:6,
24 117:5 135:7 148:13,
19,23 158:16,17
159:10,11 160:25 162:3
163:23 164:3,7,10,16
165:20 176:3,5,7,9
178:22 197:11,20
203:12 209:7

**director's**
113:11 159:19 162:9

**directorate**
27:15 28:25 29:8,11
61:16 86:2,3 150:23
157:2,10,13,17 202:16,
18

**directorates**
29:25 54:21,24 55:19
56:19 60:11 102:23
103:4,7 201:1

**directors**
55:5 59:9 62:14

**disagree**
99:4

**disaster**
172:12

**discuss**
74:5,9 141:4 162:22
175:23 177:21 231:21
251:11

**discussed**
13:22 58:22 60:11,24
61:4 62:24 63:6 89:23
90:22 147:18 172:2
187:16 239:3

**discusses**
136:13 155:4

**discussing**
193:8

**discussion**
24:20 61:23 62:19 65:6
72:12 75:8 182:7
187:13

**discussions**
13:24 19:16 59:23
60:12 61:11 62:2 63:7
64:14 66:4 185:16
206:8 253:7

**disqualifying**
33:5

**dissolved**
27:13

**distinction**
236:19 237:3

**distributes**
225:22

**district**
7:7,8 26:10,11,13
30:18,19

**districts**
30:25

**division**
19:5,6 43:6 117:14,15,
16 118:5,10,16,25
151:6 156:9 181:9
182:3 235:9,11

**doc**
192:23

**docket**
12:8,9

**document**
48:8,13,23 50:6 89:16
101:2,8,13 104:16
106:11 119:24 127:18
146:17 147:8,11 157:12
174:10,20 175:5 184:19
195:5 196:18,21 199:20
204:16 207:2 214:20
217:16,21,25 218:6
223:18 224:24 226:7
231:19 250:22 251:6,
17,22

**documentation**
39:8 97:13 99:23

**documents**

15:5,8,17,20 30:17 35:7
46:2,4,6 47:1 49:18
67:11 91:20 102:20
103:22 112:6,9 113:12
153:1 173:18 175:2
214:22 218:9 240:6
249:10 251:9,20

**doesn't**
34:7 38:16 91:1,2,9
100:15,16 125:8 129:8
138:12 144:25 162:23
174:22 213:11

**doing**
27:18 36:21 44:21
107:16,21 157:5 158:23
176:23 214:17 215:7

**domestic**
27:6,9,10,13 29:23 30:3
31:10 248:1,5,7,9
253:14,16

**Don**
175:22

**don't**
11:3,20,24 12:10,13
17:9 18:5,8 20:2 22:11,
21 31:6 33:2,6 34:6,21
36:24 37:3 38:16,25
39:9,10 40:23 41:19
42:20 45:9 46:9 48:18
50:21 54:11,12 60:7
61:17 62:12,24 63:1
64:23 65:8 69:15 70:6
71:13 72:19 73:1,14,15,
17 76:5,17 77:10,20,23
79:6 80:5 82:22 83:4,9
84:4,19 85:9,12,25
86:7,8 87:4,7,17,19,22,
24 88:2,4 89:1 91:7,15
92:1,10 96:25 98:8,20
99:18 103:14 106:23
107:2,18 108:12,21
109:1,6 112:19,22,25
113:3,8,9 114:2,12
116:3,4,7,22 117:12
118:6 121:25 122:8,24
123:3,23 124:5,12,15,
25 125:13,14 126:20
127:5,22 128:15,24
129:3 130:7 133:20
134:5,9 136:5,12
137:14 138:4,22 140:24
141:13 142:22,25
145:17 146:13 147:5,8,

24 148:4 149:11 151:6
153:8 155:16 156:15,18
159:25 160:7,8,9,13
162:18 163:4 164:5,13,
15 166:17,20 167:2,10,
19 171:2 172:9,23
173:2,15 176:13 177:2,
10 178:10,23 179:9
182:12,19 183:7,10
185:2 186:4,18,20
187:11,20,21 188:17,23
189:8,11 193:10,12
194:3,5,8 196:21 197:7,
21,23 198:2 200:23
201:20 202:2 204:18
205:5 206:12 208:18
211:12 212:8,20 213:19
214:3,12 215:5 217:1
218:22 219:1 220:19,21
221:13 222:2,9 223:3,6,
7 224:8,10 225:4
226:23,25 227:2 228:5,
9,13,25 229:15 230:19,
20,21 231:10,13,14,17
233:19 234:7 236:21
238:21 243:10 245:6,24
246:20 247:15 248:13
249:9,14,20 250:14
252:18,19 253:19
254:5,10,14 256:18
257:9

**Donald**
7:5 8:16,25 41:2 223:23
257:20

**double-check**
21:13

**doubt**
116:25

**Dougherty**
218:21,23

**DPC**
253:11,13

**draft**
20:16,21 76:7 82:2
90:12 96:17,19,24 97:4,
11,16 98:22 99:8,10
100:5 104:20 105:13,
18,22 106:24 107:22
112:18 121:2 123:2,6,
20,25 124:8,9 125:10
128:16 131:24,25 132:7
137:3,14,17 152:18,19

153:6,14,15,21,22
175:20 181:12 182:8,10
185:24 186:1,2 204:8,
13 216:6,8

**drafted**
20:25 76:1 81:17 108:6,
8 120:21 122:23 125:1
128:16 129:12 130:10,
22,24 136:25 137:4
153:1 154:14,19 181:23
183:13 211:21

**drafting**
106:7 108:4 120:5,10,
17,19 121:20 122:15
125:8 128:8 136:12,16,
22 137:22,25 138:1,6
149:13

**drafts**
107:21 128:12 138:20
216:15

**Dreamers**
221:25

**due**
81:14 84:4

**Duke**
203:14

**duly**
8:18

**duration**
90:22,23

**duties**
195:17,18 220:10

---

**E**

**E-filing**
129:20

**e-mail**
12:4 66:24 100:2
111:23 139:4,11,13
140:24,25 142:13 146:4
149:21,25 150:14,20
151:9 153:2 155:2,14
159:2,4,13 160:14,18,
22 161:9,15,21,23
162:1,6,19 163:6,7
164:24 165:13 166:8,9,
13,17,19 167:13
169:15,17,19 170:14,

20,21,23 171:24
175:17,21 176:20,22
178:3 179:4,6 180:4,5,
13 181:5,11 182:7
184:5,8,14,22 188:6,19
190:9,21 191:22 192:4,
11,15,19 193:4,20
200:1,11,14,16 201:9
202:8,10,20 203:5,11
204:11,19,20 207:20,22
208:2 210:25 213:10,
13,17 214:3 216:3,7
224:19 227:25 230:3,14
232:16 234:2 235:1
240:19 249:19 252:3,7,
9 253:1

**e-mailed**
240:25

**e-mails**
67:5,16,18 139:5
149:22 166:6 172:3
174:16 175:17 176:10,
16,17,18 177:15 184:3,
21 191:16,20 198:11
203:8 206:7,20,21
207:17,21 227:19 230:3
241:2,6,7 252:2

**E-x-s-o**
151:15

**EAD**
32:23 35:17,23 36:1,5
47:5,9 48:5,20,22 49:25
50:1 90:11

**EADS**
30:17,20 36:18 47:12,
13,24 48:2 49:23 83:25
205:10

**earlier**
37:16 50:2 89:24
101:15 111:10 118:13
153:13 176:1,17 177:24
185:9 187:5 201:4
205:23 224:25

**earliest**
150:13 198:13

**early**
83:21,22,23 90:18

**easier**
10:11 18:10 52:11
154:21 246:4

**easiest**
114:17

**easy**
243:10

**edited**
160:12

**edits**
99:23 100:7,25 129:4
132:16

**educate**
91:13

**educated**
91:15

**effect**
49:24

**effective**
37:8,13 48:1 155:10

**efficient**
51:20

**effort**
104:8 106:20

**efforts**
82:12 244:6

**either**
36:14 51:7 57:4 64:9
82:19 89:20 112:21
113:23 168:6 217:7
227:10

**EI**
14:4 50:23 63:20,21
91:10 105:25 189:22
216:23 217:4 227:10
228:18 229:10,11 232:6
233:5,13 234:12 238:4
252:13

**eligibility**
15:13 32:2,16,17 33:17
48:23

**elimination**
244:6

**ELIS**
179:7,10,11,18,24
180:7,22,23 181:15
182:3,16 186:14 187:2,
9 188:2

**email**
217:23

**Embassy**
188:20

**embedded**
147:9

**Emi**
8:6

**employ**
63:13

**employee**
34:11 57:23

**employees**
247:24

**employer**
50:7

**employment**
30:15,17 32:10,11 35:6
36:15 48:7,12,13,15,19,
23 50:3 205:16

**enacting**
57:12

**encountered**
236:11

**ended**
110:15 148:21 225:5

**ends**
225:10

**enforced**
254:18

**enforcement**
253:5,8,25 254:2,6,12,
23

**engage**
72:11

**engaged**
60:15 86:8 171:21

**engagement**
220:14

**engages**
119:3

**engaging**
212:13

**entail**
254:13

**entering**
217:22

**enterprise**
180:2

**entirely**
248:17

**entitled**
131:8

**entry**
250:12,16

**environmental**
172:11

**Epiq**
8:12

**Eric**
255:7

**ESEC**
230:16,22

**especially**
79:20 180:23

**essentially**
29:24 31:24 34:10 35:2
36:16 58:5 59:8 62:13
86:14 99:20 100:4
113:18 125:3 137:12
193:15 211:14 226:6
241:5

**establish**
239:21

**established**
27:14 32:6 238:23

**estimate**
18:6 57:20 58:2

**et**
7:6 11:14

**et al**
7:6 11:14

**event**
211:22

**eventually**
187:24 225:14

**everybody**
64:8 101:9 132:25
154:22

**everyone's**
214:13

**evidence**

24:8 30:16 32:1 40:11
48:19 94:15 123:9
131:2 135:22 173:8
197:13 209:20 212:2
239:19

**evolution**
138:15,16

**evolved**
57:11 100:1 131:25

**evolves**
182:24

**exact**
99:20 131:3 231:13

**exactly**
29:3 125:12 127:13

**examination**
8:17,20

**examined**
8:18 222:4

**example**
25:3 50:23 51:3 61:24
63:17,20 78:17 90:14
129:18,19,23 237:5

**examples**
199:14 236:22

**exceptions**
113:15

**exchange**
223:22,25

**excuse**
15:9

**exec**
151:10 159:16 192:22
230:21,22

**executive**
26:12 66:25 67:5,23
99:17 102:11 113:10,
13,16 114:11 115:9
151:11,15 230:17

**exemptions**
175:4

**exhibit**
37:25 38:3,7,10,18
39:2,6 40:6 43:24
119:16,18,21 138:24,25
149:15,19 159:12
162:24 164:21,23

166:2,3,8 169:16
170:18 174:1,7 175:16
179:1 183:1,2,25 184:3
185:23 187:5 188:7
190:21 191:7,8,14,15,
22 193:5 194:25 195:3
198:7,8,10 200:12
201:21 203:2,5 206:17,
20 210:25 211:5 215:22
216:1 217:17,18 219:4,
7 224:14,17 225:9,20
227:16,19 229:20
230:1,15 231:24 232:2
233:21,24 247:2 252:2

**existed**
91:21 168:11

**exists**
131:12

**expect**
74:13 117:6 186:22
203:16 217:25

**expectation**
114:10 117:2

**expected**
113:24 177:4

**expecting**
209:12

**experience**
164:2 190:10,24

**experienced**
135:16

**expert**
21:16 22:23 24:3,10
254:1

**expertise**
16:12 18:14 21:18
22:25

**experts**
12:21,23 13:4 14:21
16:3

**expiration**
83:7,24 125:16,19
126:2,4,5,9,15,17
127:13

**expire**
35:18 63:22 205:7

**expired**
235:19

**expires**
36:3 234:11

**expiring**
57:18 63:21 80:24
205:14

**explain**
98:3 208:17

**explained**
144:22 208:19,20

**explaining**
106:25 186:8,15 226:16
240:6

**explains**
105:19 106:14 136:14
155:5

**explanation**
79:1 102:3 105:15
154:14 239:16

**express**
68:24

**expressed**
70:22,25 71:1

**expressions**
68:17

**Exso**
151:14,15 160:19

**extend**
19:25 43:19,20 50:17,
18 64:19 65:2 66:4
78:14,15 147:21 155:6
190:7 196:10,11

**extended**
35:19,23 47:6 64:16
72:12,13 78:20 147:19
153:15 155:9,15 183:4
187:24 239:23 254:21

**extending**
36:16,17 48:7,12,13
131:9 239:12

**extends**
36:14

**extension**
19:20 20:8 21:7 32:15
36:2,11 47:8,12,17
48:1,4,6,21 49:25 51:6,
11,19 52:11,18,20
53:21,24 61:5 74:3

78:18,21 79:25 90:10,
14 91:6 96:7 101:25
110:15 118:12,14,18
127:12 152:2 172:15,16
175:20 177:21 179:17
181:13 182:9 183:14
185:25 186:7,9,10,16
187:13,17,18,19

**extensions**
21:4,23 44:8 47:16 52:6
90:16,23

**extent**
23:2,13 46:23 53:7,10
64:18 68:5,6 69:9 71:3,
17 75:20 79:19 91:18
110:20 111:2 122:8
142:2,11 143:3,19
150:5 173:6 198:24
245:10 250:25 251:2

**external**
60:25

**externally**
61:4

**extraordinary**
172:13

**extrapolating**
172:23

---

**F**

**facilitate**
82:11

**facilitating**
188:21

**facility**
29:13

**facing**
64:10

**fact**
50:3 65:5 94:20 108:23
142:24 163:4 171:20
220:13

**factor**
172:22

**factors**
46:16

**facts**
24:8 40:11 94:15 123:9

131:2 135:22 173:8
197:13 209:20 212:2
239:19

**factual**
25:2,7

**fair**
12:16 25:23,24 36:25
58:21 60:6 80:12 128:2
145:2 160:22 161:9
162:1 176:19 201:9
205:21 206:9 215:17
232:13 241:6,15 249:3

**fairly**
45:4 86:23 111:8
112:17 118:11 125:2
129:7,20 256:8

**fall**
138:2

**fallen**
104:24

**familiar**
26:4 95:15 117:16
146:11 192:4 193:21
200:2 202:3 217:12
225:2 232:15 255:21

**far**
61:4 83:14 84:2 89:3
96:22 104:19 116:17
131:12

**fashion**
30:10 62:5

**FDNS**
158:3

**Federal**
15:9,10 20:13,16,21
21:1 23:22,24 36:16
46:17,18 47:18 52:8,18
75:25 76:6,7,12,14,19
83:15 90:8 104:1,15
112:8,18 119:25 120:4
121:2,16,18 122:15
123:21,25 124:3,18,22
125:15 126:22 128:3,6,
10 130:18 131:21
132:22 133:10,11,16
134:2 135:9,11 136:6
137:22 138:5,20 152:2,
16,23 161:18 178:1,12
185:23 191:25 192:6
198:24,25 199:7,8

204:8 226:4,11,14,17
239:17 240:5

**Federation**
241:8

**feed**
78:1,9

**feel**
11:4 53:11 256:21

**field**
16:24 20:7 27:4 30:22
85:22 86:1,4,13 87:25
134:19 202:16

**fight**
143:13

**figure**
143:11,16 144:6,7
164:11 214:11 226:9

**figured**
165:11

**filed**
52:14

**filers**
74:14

**filings**
51:14 52:3 83:22 181:2

**fill**
105:20 177:11

**filled**
82:14,20

**final**
37:12 98:20 101:4
111:17 116:25 117:7
118:2 132:8,18

**finalized**
106:12 135:9 200:19

**finalizing**
124:3,22

**Financial**
157:16

**find**
67:3 111:16 115:15
152:1 161:18 211:4

**fine**
45:2,11 121:6 188:3
215:2,4,6 251:14

**finished**
99:5 175:13

**finishing**
214:12

**firm**
187:22

**first**
8:18 16:2 26:15 40:24
54:8 72:8 96:24 98:17,
18 101:23 102:14 106:3
108:6 109:9 110:14
111:6,20 128:20 140:23
141:2 152:10,17 153:6,
9,14 157:7 159:12
161:14 166:7,8 169:23
175:17,25 179:18
184:4,8,23 185:3
191:21 192:12 193:4
202:6 210:24 211:5
216:7 217:9 221:20
222:2 223:18 224:21
227:24 233:1 235:1
246:14 256:16

**fit**
70:13 142:10 143:12,17

**fits**
70:2,8 197:5

**five**
16:1 17:10,12,16,25
167:13 190:12,22

**flag**
34:7 64:6 217:24

**flexibility**
81:11

**flight**
215:19

**flip**
149:21 196:6 198:15

**flipping**
224:21

**fluctuations**
47:8

**FO**
151:18,20 161:17

**focus**
25:14 121:8 179:22
180:12 246:7

**focused**
11:22 61:23 63:8

**FOD**
202:11,15

**foggy**
71:7

**FOIA**
174:23 175:2,3,8,9
177:1

**FOIA-4-0001**
166:9

**FOIA-4-0048**
169:16

**FOIA-4-0056**
170:19

**folks**
13:13 14:19 36:18
44:24,25 60:25 64:1
83:16 104:7 108:12
132:1 137:16 138:10
149:13 169:24 173:13
187:4 208:12 211:19
213:10 254:4

**follow**
37:15 51:17 53:4
106:16 183:16

**follow-on**
51:10

**follow-up**
49:23 256:19 257:9

**followed**
53:25 117:3 227:7
250:19

**following**
141:23 155:7,25 161:7
185:11

**follows**
8:19

**foreseeable**
106:18 108:17 116:14

**forget**
37:22 56:2 133:7

**forgot**
211:13

**form**
32:9,10 127:3

**formal**
202:21

**formally**
200:23

**formatted**
114:1

**former**
141:17

**forth**
49:17 169:2,5 217:23

**forward**
81:18 108:7 250:3
251:16

**forwarded**
204:12

**forwarding**
152:22 182:22

**FOUO**
234:5

**four**
14:4 15:2,10 36:22
119:12 216:19 217:1
236:2 238:11 239:13,22
240:3,7

**fourth**
217:10

**frame**
49:8 83:7 166:24,25
176:10 180:18

**frames**
83:4 147:24

**Francis**
252:5

**Francisco**
7:8

**frankly**
197:24 224:10 246:4

**Fraud**
158:4

**free**
11:4 53:11

**frequently**
22:15 51:1 86:24 87:1

**friend**
10:12

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i16

**FRN**
21:9 41:21 105:12,18, 22 106:4,5,7,11,21 107:21 108:6 123:2,7 125:11,20,22 126:15 128:16 129:17 131:12 136:11 137:4 152:2 153:7,15,22 155:8 175:20 177:21 182:8, 10,14,18 183:15,22 185:24 186:1,2 192:12 225:22 226:25

**FRNS**
105:25 107:16 108:4 122:23 129:16 137:4 191:23,24 192:7

**front**
56:4 57:15 59:10 114:3, 5 119:20 138:23 141:9 151:22,23,25 164:22,23 167:13 174:7 193:11 229:25

**front-office**
141:3,6 163:1

**full**
8:24 40:25 48:25 101:9 256:24

**fully**
72:6 256:6

**function**
88:24 150:23

**functions**
29:10,12,13 61:10 85:18,23 246:3

**funneled**
35:4

**funneling**
110:6

**further**
35:4 36:14,17 83:9 138:4 226:1 245:16 246:14

**FYI**
201:1 202:11 213:10

---

**G**

**G1056**
126:25

**gap**
36:11 49:25

**Gemma**
102:14 103:20 115:17

**Gene**
70:25 72:6,21,22 73:3, 9,12,13 74:24 75:24 76:9,16 77:17 78:12 139:22 140:11,14 141:12 146:25 162:21 163:10 165:10 193:5,8

**general**
13:18,24 15:14 63:25 69:1 139:10 141:8 147:12 150:6 195:14,15 197:3 199:10,12 244:20 246:12

**generally**
12:13 14:9 17:10 32:3 41:17,25 64:7 80:22 89:21 99:15 102:9 108:25 117:6 143:3,6 168:2 177:24 199:5 206:10 231:16 238:11, 14

**generic**
16:17

**genuine**
66:14

**getting**
12:15 20:13 48:5 62:3 80:15 86:25 96:15 113:23 114:4 116:1 118:3 135:6 142:6 143:5 201:1 215:12,14 227:14 249:25

**give**
18:6 24:16 25:25 51:4 55:8,9 57:20 58:1 65:23 140:24 166:1 191:6 198:4 206:22 221:23 241:21 251:24

**given**
42:19 51:5 55:25 77:5 89:13 141:18 205:13 245:12

**giving**
24:6 51:6 53:17,19 222:9 237:4

**Glawe**
255:15

**go**
13:19 31:2 37:21 60:2 66:19 70:14 78:5 81:17 82:2 91:22 92:20 109:3, 4,17,18 110:8,13 113:5, 12 114:10 115:13 116:16,18,21 121:18, 22,25 122:4 123:19 124:9 125:3,11 127:3 129:5 132:12 133:12 135:7,8 138:5 153:19 165:25 173:18 201:11, 24 249:14 250:2 251:16

**goal**
83:19

**goes**
79:21 97:5,8 100:8,13 101:14 112:2 113:9 115:23 116:2 124:16 141:15 150:5,17 152:1 185:12 186:12 202:20 203:16 234:9

**going**
12:13 13:19 14:13 16:1 21:11 23:4 24:7 35:12 45:15 49:16,17 51:16 52:2,13 53:4 54:19 57:24 63:10,12,22 64:1, 5,11 65:23 68:4,22 71:16,18 74:9 76:4 77:19 78:1 84:13,17 88:7 89:23 93:5 98:6,15 99:6 100:11 101:22 102:4 106:13,18,24 108:15 109:17,18 110:2,8,19,20 111:14 115:22 116:13,16 117:24 119:8 121:7 123:5,10 128:6 134:11 137:15 138:18 151:9 159:12 160:1 162:14 164:21,23 172:12 173:23 180:25 181:17 184:17 188:25 190:12 191:6 201:5,11,18 202:6 204:15 206:4 207:1 208:23 215:11 216:17 221:2,8 226:8 229:17 242:17,21 244:23 245:6 246:24 251:1 254:21 257:11,21

**Glawe**

**good**
10:17 25:19 45:1,6 61:21 65:17 74:15 90:16 118:15 119:12 132:20 133:8 151:14 160:19 173:11 206:5 207:19

**government**
75:21 96:6 143:25 158:22 175:5 176:22 189:14,17 213:24 248:15

**government-held**
103:16

**governments**
96:6

**governs**
47:11

**grab**
119:16

**Grady**
195:16,18

**Graham**
7:12

**grammar**
113:21

**grammatical**
99:13

**granting**
233:4

**greatly**
181:15

**grew**
26:3

**Groom**
42:12 71:10 73:10 77:15

**ground**
10:2

**grounds**
14:7 242:18

**group**
20:1,9 36:18 80:20,22 81:4 82:6 83:19 84:6, 11,13 85:19,24 86:8,15 87:11 88:14 94:12,17, 21,22 106:9 108:9,24

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i17

112:3 134:19,22 138:16
150:25 171:3,6 182:4
189:6 243:18 255:22

**group's**
137:13

**groupings**
19:3

**groups**
82:19 84:17 171:9
213:23

**growl**
93:1

**Guatemala**
252:14,18,20,22,23

**guess**
36:5 48:3 80:6,8 116:19
160:5 230:24

**guessing**
26:3 100:1 107:3

**guidance**
16:23,24 19:11 24:16
216:9,13 217:13 221:8,
10 224:24

**Guidances**
216:16

**Guillermo**
13:5 16:3 18:15 20:4,18
42:23 43:8 44:16 82:21
85:5,16 107:11 120:11
186:25

**guys**
192:21

---

**H**

**hadn't**
105:15 208:25 210:22
235:18

**Haiti**
14:5 20:23,24 21:2,7
72:8 74:11 76:15 91:10
98:18 101:23,24 105:21
106:2 110:14 111:6
120:7 137:3 142:18
144:21 145:10,16
146:5,11,15 147:2
152:3,5,8,10,13 153:5,
9,14,16 155:5,7,9,14

159:18,20 160:4,5,20,
24 161:19,20,22 162:2,
7,12,22 166:23 169:10,
13 175:20 177:21
178:12,15 179:7,16
181:13,24 182:8 183:4
184:11,25 185:7,9,13
187:13,14,24 189:15
190:7,23 200:18
201:10,18 203:17,25
204:4,14 205:6 207:25
208:5 209:13 213:5
216:23,25 217:4 225:7,
14 227:5 234:12 238:8
252:14

**Haiti's**
21:3 74:18 141:4
200:20 203:14

**Haitian**
169:24 188:20 189:13,
16 228:1,3,11

**Haitians**
188:12

**half**
244:14

**hallway**
66:24

**Hamilton**
70:25 72:6,21,22 73:3,
9,12,13 74:25 75:24
76:10,16 78:12 79:11
139:22 140:12,15
141:12 146:25 162:21
163:11 165:10 193:6

**Hamilton's**
77:17 140:2 193:8

**handed**
114:8,9,13 115:6

**handing**
149:18

**handled**
81:20

**handles**
19:14

**hands**
14:12

**happen**
22:17 66:23 122:17
126:1 182:17 205:20

208:8 213:12 217:10
235:24

**happened**
59:4 75:23,25 88:10
107:1 123:2,18 136:8
162:10 163:8,11 208:15
210:22 211:9 243:7

**happening**
12:11 110:3 142:24
179:17 180:21 182:7

**happens**
12:7 78:24 96:8,10 97:7
116:9 122:12 128:3
147:18 235:16

**happy**
40:13 173:19

**harassing**
249:25

**harassment**
244:25 245:8

**hard**
10:7,20 14:14 30:11

**hasn't**
40:19 68:15 107:1
122:22 177:2 213:11

**haven't**
37:5 114:2 128:16
137:4 197:2

**he'll**
177:11

**he's**
18:7,11,12 40:17,19
72:24 79:13 140:10,11
143:6,10,20 190:15
198:23 199:5,10 218:25
221:2 246:10,12 250:1
251:8

**head**
10:15 31:15 46:7 54:21
61:18 121:11 137:8
182:12 198:17

**heading**
165:14,15 191:1

**headquarters**
16:22,23 17:13,23
18:11,12 19:1,16 26:14,
15 27:3 59:4 84:23
116:20 149:7 165:4

181:10 213:1

**heads**
54:23 55:19,20 56:18,
19

**Health**
172:1

**hear**
56:13 111:21 200:7
209:2

**heard**
68:17,24 78:4 171:4
213:20 214:5 235:13
248:1

**heart**
81:16

**held**
251:9

**Hello**
216:8

**help**
10:2 44:5 142:11 189:3
224:25 243:21

**helpful**
17:4 45:23 52:21
167:12 188:20 208:11

**helping**
16:22 205:4

**helps**
154:11

**here's**
64:11

**hesitating**
113:9

**HHS**
171:24

**Higgins**
148:5

**Higgins'**
148:11

**high**
63:7 74:12,13 181:1,2

**high-level**
17:5 26:12

**higher**
157:4

**hire**
50:7

**historical**
91:1

**historically**
41:18 104:23 180:10
189:24 228:20

**history**
24:19 25:11 32:19
33:19

**hit**
33:22 34:8 35:3 46:20

**hits**
34:6,21

**Hoffman**
219:22 222:18 223:13
224:2

**hold**
72:1 86:15 96:5 207:25
250:22 251:6,17

**holders**
30:15 48:15 168:14
169:9,12 205:7 238:11

**holds**
55:4 140:5

**home**
169:5 188:13

**Homeland**
7:24 8:2 38:2 74:22
95:11 114:22 127:17
140:7,15 142:7 146:10
148:6 149:1 194:11
195:22 232:14 235:10
239:11 247:14,21

**Honduras**
91:10 228:18 229:1,6,8,
9 232:7 233:5,13
234:12 252:14

**honestly**
179:9 193:10

**hopefully**
142:10

**hour**
44:25 75:1 213:12
245:23

**hours**
15:2,4 225:11

**House**
95:15 242:4,8,24 243:2,
5,8,11,19 244:2,5,8
245:14 247:10

**HQ.DHS.GOV**
235:4

**HR**
29:12

**huddling**
212:23

**huge**
50:22 138:7

**Human**
172:1

**Hutchings**
43:7,22

**hyphen**
16:8

**Hyphenated**
16:5

---

**I**

**I'd**
210:5

**I'll**
40:4 46:19 68:8 109:15
110:21 111:3 144:11
166:1 175:15 177:18
192:14,18 198:20
206:22 214:15 241:21
251:24

**I'm**
9:5 11:21 12:6,12,14
16:3,15 18:20,21 21:11,
20 22:8 23:4 25:15 26:3
27:2 28:1,3 29:3,5
30:19 31:5,15 35:24
38:18,20 39:6,7 40:13
46:12,24 47:5 48:9
54:19 55:17 56:2,6
59:16,25 60:1 62:21
65:12 68:4,9,14 69:24
71:2,16,18 75:7,13 76:3
80:17 83:11 85:16 92:3,
25 95:2,17 97:14 98:16,
21 99:5,25 101:19
102:25 103:6,7,14
106:8 107:3,10 110:13,

19 111:22 112:13
113:8,14 114:2 116:19
118:15 120:12,25
122:1,4 124:18,19
129:13 131:3,15,18
133:18 134:25 135:1
145:14 149:18 150:24
152:21 153:18,20
155:25 156:1,9 157:5
159:2,15 160:7 162:14,
17 163:12,15 164:11
166:18,25 170:3,7,10,
12 171:14 172:12
173:19 174:6,25 175:15
176:3,8,11,25 177:6,9
182:6 184:17 185:4
187:3 188:7 189:18
190:3,17 191:6 192:4,
17 193:3 194:10,17
195:20 197:4 200:3,9
201:3 204:15 206:15,25
207:23 209:21 210:4,8
211:21 213:16 214:10
215:2,4 216:17 217:11
220:17,18 221:1 222:25
223:21,24 225:9,19
226:6,9 227:23 228:24
230:9,13 231:1 232:15
234:18 236:22 238:12
240:19,21,24 241:3
242:17 243:6,9,16,21
244:7,23 247:22 249:4,
7,17 251:1 252:3,12,25
253:23 254:1

**I've**
22:11 27:18 30:11 39:4,
10,11 42:19 48:6 59:4,
11 60:4,13 73:24 75:13
88:5 96:9 117:13 119:8
136:12 149:7 184:21
213:13 220:21 243:12
250:2,3

**I-765**
32:12

**I-form**
32:11

**IA[SIC**
234:10

**ICE**
171:19,21 235:22
236:4,9,14 237:2,4,23
238:3,10

**idea**
104:3 137:17 188:25
189:10 220:3,10

**identification**
38:4,11 119:19 139:1
149:16 166:4 174:2
184:1 191:9 195:1
198:9 203:3 206:18
215:23 219:5 224:15
227:17 229:21 231:25
233:22 247:3

**identified**
71:17 77:6 219:12
257:2

**identifies**
220:1 256:24

**identify**
7:16

**identifying**
236:15

**identities**
238:3

**Identity**
61:19 158:10

**IHAD**
156:12,15,18

**illegal**
169:24 221:22

**imagine**
172:1 181:4 236:7

**immediate**
204:24 205:9

**immigrants**
221:22 254:7

**immigration**
9:10 17:8 158:10 233:2
235:16 240:11 241:8
242:25 245:17 246:13
255:22

**immigration-related**
242:10 252:24

**impact**
44:4,10 54:7 89:25
90:7,22 172:17 186:10

**impacts**
54:14 63:12 91:5,14

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i19

**implicate**
69:13

**implicated**
245:7

**Implications**
234:10

**implied**
220:12

**important**
10:6,13

**improperly**
14:10

**INA**
235:4,6

**inaccurate**
223:4

**incident**
48:15

**inclined**
109:3,4

**include**
21:21 42:18 55:5
171:18 212:16,18
221:11 236:11 247:12,
17,20,23 248:4,24
249:5

**included**
30:1,3 31:10 42:15
47:18 52:8,17 103:8
104:19,21 129:14
130:19 138:8 141:12,13
146:22 150:1,9 167:8,
10 182:18 183:22
185:20 186:13

**includes**
17:12 19:11 20:3 55:14
90:9,10 103:6 159:18
162:8 211:15

**including**
44:4 168:18 206:7
216:5 225:25 242:19

**incorporate**
82:1

**increased**
116:17

**indicate**
127:25

**indicates**
196:25

**individual**
143:15 177:25 237:2,4,
11,22,24 238:13 245:24

**individualized**
36:14 37:2

**individuals**
16:1 20:19 34:17 37:10
50:10 55:21 57:4 82:18
142:13 153:5 178:20
186:24 204:21 242:4,24
243:1,4,9,22 244:10
246:1 247:12 248:25
249:5

**ineligible**
32:25 33:11

**info**
252:11 253:3

**inform**
44:5

**information**
11:25 12:2,14 23:11
25:2,7 41:12 44:4,10,14
55:10,11 61:19 64:3
77:25 78:8 85:4 89:25
90:4,7,10 91:7 96:13
99:9 100:21 101:7
105:5,8 108:23 128:23
130:6,14 132:4 166:22
167:3,14,18 168:14
169:20 172:3 184:12
186:13 188:20,24
189:3,5,24 190:2
212:15 222:3,5 225:23
236:14 237:5

**informed**
131:23 238:3

**informing**
77:22

**initial**
31:23,25 131:24,25
132:7

**initiate**
32:22 34:12

**initiated**
120:23

**initiating**
83:2

**innocent**
33:10

**input**
19:19 20:17 51:3,15
52:5 56:13 77:14 90:12,
24 91:1,2,11,16 94:10,
12,17,25 95:5,15 98:22
100:11,20 102:23
118:21 130:2,11 133:21
200:25

**inputs**
50:11,13,16 78:5,6,9
91:22 94:7 96:11

**INS**
26:2,3,6,20 57:25

**Instance**
131:9

**instances**
236:21 243:17

**instruct**
23:4 53:9,12 64:20 68:8
69:10 71:19 75:21
110:21 111:3 242:17
245:9 251:1

**instructing**
71:4

**instruction**
89:12

**instructions**
90:9 182:14

**Intake**
157:12

**intend**
76:23

**intended**
211:24 212:4 218:10

**intending**
224:11

**intent**
254:20

**interact**
42:9

**interacted**
22:11

**interagency**
253:11,17

**interest**
50:19

**interested**
228:20

**interesting**
127:21

**interfaced**
118:24

**interim**
118:2

**interject**
110:20 140:20

**internal**
45:1 53:8,13 64:18
68:5,7 69:9,13,15 71:3
74:2 75:21 97:7 110:21
111:3 230:16 245:10

**internally**
132:12

**International**
81:21 158:1

**interpose**
144:5

**interpretation**
238:17 239:7

**interpreted**
202:13

**interprets**
239:3

**interviews**
17:9 27:7 86:5

**introduced**
73:18

**involve**
17:9 51:12 103:3
230:10 245:17 248:10

**involved**
16:22 21:22 22:8 25:21
31:7 42:7,25 43:1,14,
17,19 44:3,13 50:14,15
60:12 61:11 62:2 85:10,
14,18,24 86:9 106:20
119:14 120:5,10 121:2
122:7 124:18 132:10
149:9,11 154:6,12
167:16 186:23 187:3
213:21 216:17,20 239:6

**involvement**
23:18,21 120:13

**involves**
31:20 142:13

**involving**
27:7 59:9 233:9

**IRIS**
61:17 62:2 158:7

**irritating**
80:5

**island**
169:2

**isn't**
34:13 46:25 81:10 99:7
100:14,16 138:12
147:19 252:22

**issuance**
49:25

**issue**
36:13,22 62:19 118:25
144:6 214:22 239:13,22

**issued**
35:7 37:11,19 105:12
209:16 226:4

**issues**
19:15,16 21:22 22:2
61:3,5,8 63:11 64:8
73:4 101:11 119:5,14
180:25 182:11 242:11,
13,25 248:9

**it's**
10:17 12:12 14:13 16:9,
17 17:20 30:11 31:16,
24 34:9 35:2 36:23
39:18 40:4,19 49:14
50:4 52:11,13 54:12,13,
15 57:12,15 61:7,19,22
63:14,22 64:7 66:14
69:1,4,11 74:6 81:13
82:10,11 86:2,23 89:6
90:24 91:9 92:21,22
94:13 97:13 99:2,7
100:2,4,7,15,21 103:24
108:9,23 109:22 113:7,
22 114:4,17 115:24
118:14 120:19,20
122:21 124:8 126:8
127:7 129:13 130:12
131:24 132:23 140:4
147:17,18,19 148:16

150:20,24 154:21
158:10 159:3,15 162:24
164:14 166:8,9 169:17
170:20 174:25 175:1,7
179:21 180:1,5,16
182:20 188:18 192:18
194:18 195:5 198:21
199:1 200:16 203:5
207:23 211:5,13,14,23
212:13,14 214:11,25
215:16,17 220:7 221:15
223:3 224:8,9 225:2
227:19 230:20,21 232:4
234:2 238:7 239:19
241:3 247:15 250:6
252:2 254:2,3,16,21
257:2

**italicized**
39:25

**item**
143:7 185:23 186:6

**items**
143:5 178:1

**iterative**
130:13 131:25

**its**
19:8 26:22,25 27:15
125:11

**J**

**James**
165:15,16,22 175:18
176:6 178:8 179:5
183:13 184:8 195:13
196:1 252:5 255:17

**January**
131:10 155:10 204:23
205:7,14,17

**January/february**
27:17

**Jennifer**
148:5,11

**job**
10:12 103:16

**join**
56:7

**joined**
247:18,20

**Jonathan**
219:22 222:17

**Jones**
255:7

**Joseph**
194:2 196:2,3

**July**
38:8 39:14,18 85:6
155:10 256:23

**jump**
10:8

**jurisdictions**
30:25

**Justice**
7:19,22

**K**

**Kaitlin**
57:3 58:1

**Karla**
57:2,8

**Kate**
255:9,11

**Katherine**
13:7 42:19 71:8 73:9

**Kathy**
42:9 90:14,19 91:12
166:9 169:17 170:21
175:19,23 177:17 178:8
179:6 184:4,9 192:21
194:22 200:17 202:8
204:11,20,21 243:13
244:9,19 249:1,16
252:4

**Kathy's**
201:23

**keep**
59:15,17,20 66:21
107:11 129:6 186:24
243:12

**Kelly's**
190:7,22

**kept**
87:5

**Kerry**
141:17

**Kevin**
7:21

**kicking**
80:14

**kids**
168:18

**kind**
17:5 54:19,20 55:1 63:6
64:11 66:13 67:4 71:15
91:15 97:13 98:10
153:25 168:21 180:25
196:23 198:19 199:2
206:22 214:11 249:8

**kinds**
66:22 67:6 78:19
137:23 138:1 225:3
241:2

**King**
43:4,9,12,14

**Kirschner**
7:18 23:2,13 24:5,7
40:10,15,18 44:20 45:5,
11,13,24 46:10,19,22
47:4,22 48:11,24 49:13,
16,20 53:6 64:17 65:11
67:14 68:4 69:8 70:3,10
71:2,16 75:19 76:3,11
77:1 80:2 82:25 87:13
92:18,22 94:14,19
95:23 107:24 108:18
109:14 110:19 111:2
114:20,24 115:2 121:4,
6 123:8 131:1 133:3
135:21 140:9,20 142:1
143:1,18 144:9,11
145:3,11 150:3 153:25
154:3,9,21 158:24
161:1 162:14 163:25
164:9 166:15 172:6
173:5,11,15,20 174:19
175:1 176:11 177:6,22
184:17 188:15 190:14
193:1 195:7,25 196:19
197:12 198:19 199:12,
17 201:12 204:2,15
206:3,25 207:9,12,14
209:19 212:1,8 214:10,
19,24 215:4 217:15,20
218:4,11,16 221:1
222:23 223:16 229:12,
16 231:8,19 233:15,17
234:16 237:8,18 238:19

239:18 240:15 241:10, 19,23 242:14,17 243:20 244:23 246:8,19,22 249:24 250:24 251:10, 14 254:22 255:25 256:16 257:16

**Kirstjen**
7:6 11:14

**knew**
72:19 73:17 77:19 116:23 164:15

**know**
10:25 11:4 12:8 14:10, 16 18:5,8 19:2,12 20:2, 3 21:21 22:11,12,17 23:20,23 24:1 25:8 27:19 33:19 34:7,13,23 36:10 38:25 39:8,10 42:16,18,20 43:5 50:24 51:9,11 53:24 55:9 56:23 57:2 58:16 60:8, 17,25 63:18,20,21 64:23,24 65:6 66:13,17 68:22,25 69:15 70:6,13 71:12 72:16,19 73:1,17 74:13 76:5,17 77:10,23, 24 78:5,18,21 79:7 80:4,20 82:19,21,22 83:4,5,6,9,16 84:3,4,5, 9,13,19,21 85:1,2,3,10 87:2,5,8,17,18,22,23 88:2,4,23 89:1,3 91:1,6, 8 92:1,2,6,8,10 94:13 95:7,11 96:5,8,10,22,25 97:1 98:5,8,20 99:13, 19,21 100:4,9,10 101:2, 3,10 102:11,14 103:10, 12,14,18,25 105:2 106:2,12,23 107:2,3,5, 17 108:5,12,21,24 109:1,6 110:14 111:23 112:20,22,25 113:3,8,9 114:1,6,7,12 115:18 116:2,3,4,5,7 117:15,24 118:4 119:23 121:13,25 122:7,8,20,24 123:3,23 124:5,12,21,25 125:1, 23,24 126:13,18 127:1, 22 128:24 129:3,11 130:2,7,8,15 131:12 132:25 133:20 134:4,5, 22 137:9,19,21,25 138:4,13,19 140:1,3 141:5,14 142:25 143:14

144:4 146:7,13 147:2,5 148:3,9,11,14 149:11, 12,22 150:22 153:8 156:15,18 160:1,5,8,9, 12 162:10,17,18,19 163:4,17,22 164:5 166:14,17,20 167:2,7,8, 9,10,16,24 169:9,12 171:2,16,20,25 172:3, 23 173:2,16 175:13 176:14 177:2 178:22 179:9 180:1,17,24 181:2,19,22 182:19,22 184:14 187:16,17 188:18 189:24 190:1 193:10,18 194:3,5,13, 20 196:21 197:21,23,24 201:14 203:21 205:5 206:12 207:23 208:19 211:3 214:12,25 217:8, 23 218:9,19,22 219:1 223:6,7 225:4 227:1 230:19 231:12,14,17 232:8 234:4,5,7,14,20 235:6,11 236:17,21 244:1,7 245:6 246:17 249:14 251:6,8 252:15 253:4,13,19 254:10,14 255:5,17

**knowing**
107:16 167:20

**knowledge**
24:15,19 25:11 36:9 85:3 124:19

**known**
22:10 149:6 255:19

**Kovarik**
42:10 79:16 90:14,19 166:10 169:17 170:21 175:19 177:20 178:9 179:6 184:4,10 194:23 199:25 200:17 202:8 204:12,20 205:19 243:14 244:10,20 247:11 248:12 249:16 251:4,10 252:4

**Kovarik's**
91:13

**Krause**
232:5,8

---

**L**

**Laborer**
8:7

**language**
47:18 105:14 108:13 120:23 129:7,14,15,24 132:1 136:22 137:25 185:25

**Lansing**
216:4

**late**
210:11

**law**
8:18 194:13 238:18

**lawsuit**
9:21 11:11,13,16,19,21 236:3

**lawsuits**
11:22 12:2 14:7

**lawyer**
23:14

**lead**
96:23

**leader**
208:3

**leadership**
44:5 141:20

**leading**
145:3

**leads**
37:6 62:17

**learn**
107:7

**leaves**
124:5

**left**
105:18 136:25 137:1, 10,16 150:15

**legacy**
26:3 180:9

**legal**
23:8,16,17 24:6,15 25:16 77:8,10 230:5,10

**legally**
72:15 77:13 148:1

**Legislative**
61:1

**legitimately**
138:8

**length**
47:20 52:9,12 187:18 251:5

**lengthy**
45:4

**let's**
13:20 93:4 101:19 108:1 121:8 138:23 150:13 157:21,25 183:24 198:3 218:8 219:2 233:20

**lets**
35:10

**letter**
38:8 39:3,21 42:4 43:24 154:23 256:23 257:3,5

**level**
44:15 54:22 62:9 63:2,7 116:17

**levels**
26:9

**leverage**
221:24

**liaison**
230:16

**life**
102:15

**liked**
15:18

**limited**
257:2

**line**
45:7 48:2 133:4 139:14, 21 141:2 144:6 150:4 151:18 166:12 169:18 170:24 174:16 175:19 178:2 182:21 191:19 195:11 200:17 207:24 215:10 216:6,7 227:25 230:4,14 235:3 246:9, 10 252:13

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i22

**lined**
209:2

**lines**
24:22 146:19 189:2
194:18

**list**
45:4 99:21 117:25
240:19 241:22

**listed**
40:9,12 46:4 47:2
167:14

**listen**
242:21

**listing**
39:25

**litigation**
12:9,11,18 13:13,17,20,
21 14:1 39:9 174:24
246:15 250:7,23 251:18

**little**
10:20 25:20 65:12
69:18 108:1 122:12
148:17 152:21 157:4
164:24 179:1 188:10
214:14,19

**live**
210:18

**Liza**
8:1

**located**
30:24

**long**
11:1 14:25 18:3,6,9,19
21:24 22:10 28:15 29:3
33:13 36:12 48:16 51:5
53:5 57:20 58:2 61:7
70:12 74:25 78:15,20
85:3,13 90:17 92:18
119:6 124:21 125:12,20
149:4 163:22 164:2,7,
15,16 165:12 229:4
244:13 245:22

**longer**
20:21 34:1 51:19,22
90:17,23 107:16
125:12,22 136:6 148:17

**longtime**
57:23 66:10

**look**
38:20 39:24 80:24
119:22 149:24,25
150:15 156:1 166:13
167:5 181:13 184:13
202:7 206:22 223:8
227:24

**looked**
64:25 129:20 183:2

**looking**
32:17 33:18 39:5 49:3
53:21 54:9 159:2
162:19 170:13,20
175:14,16 177:15 183:1
210:24 223:21 236:10

**looks**
151:10 152:22 184:3
225:2

**Los**
26:8,9,10 30:19

**lose**
205:10

**losing**
238:4

**lost**
237:22

**lot**
12:14 25:18 30:7 81:11
102:19 104:22 144:8
149:22 174:12 180:24
250:2

**lots**
39:8

**lower**
192:8,12

**lunch**
92:17 93:3,8 94:7

---

**M**

**M-c-c-a-m-e-n-t**
165:23

**Maclean**
8:6

**Maher**
194:2 195:13 196:1,2,3

**majority**

**34:8**

**making**
16:20 54:17 55:17
78:14 79:25 121:20
129:1 130:24 131:21
133:10 167:20 228:21

**manage**
82:11,12 113:22
118:11,17

**managed**
27:10 29:10 30:23
104:16

**management**
26:10,17 28:24,25 29:7,
8,11 54:22 62:9 63:2
157:10,13,17 202:17

**manager**
26:12

**manages**
80:22 82:7 99:18
102:12 117:20

**managing**
114:4 130:16

**map**
82:4

**marathon**
10:25

**March**
139:6,7,14 140:1
142:16 144:21 145:15
150:20 152:8 155:13
159:3,21 160:15,19,23
161:10,13,14,20 162:3,
11 163:7,11

**mark**
37:22 183:24 194:24
198:6 202:25 206:16
215:9 218:9 219:2
224:13 233:20

**marked**
37:25 38:4,7,11 43:24
119:18,21 138:24,25
149:16,19 164:22
166:2,4 174:1,7 183:25
184:2 191:7,9,14
194:25 195:3 198:8
203:2,4 206:17,19
215:22,25 219:4,7
224:14,17 227:16,19

**229:20 230:1 231:24
232:2 233:21,24 247:2
252:1**

**Martin**
38:8

**Mass**
212:24,25

**Massey**
13:6 16:3 18:14,16
42:23 43:8 44:16 50:12
82:16 84:15,22 85:13
107:12

**material**
113:25 211:14,23

**materials**
63:23 211:18

**matrix**
46:15 49:3,6,9,12

**matter**
7:5 12:21,22 13:4,16
14:20 16:2,12,24 19:9
21:16 22:23 24:3,10
234:3 243:25 244:21
246:5 251:11

**matters**
33:18 53:11 190:16
194:23 221:3 245:18

**Mccament**
165:22,23 175:18,21
177:17,19 178:8 179:5
183:13 184:9 252:5

**Mcdonald**
192:20 195:14

**mean**
18:25 30:14 38:17
40:15 43:1,16 48:5
51:22 54:9 73:22 77:10
111:18 117:22 126:4
127:15 128:13 131:6
143:24 144:14,25
145:5,24 147:17 171:16
173:15 175:3,6 177:8
192:10 207:4 211:8
214:20 215:5 236:9
244:2 254:8

**meaning**
48:16

**means**
39:16 226:18

**meant**
41:24 69:15 141:5 182:17 187:22 196:2 214:8 252:15

**mechanical**
186:8,16

**mechanics**
100:15 118:3 186:7

**media**
207:25 209:1 210:10,19 213:5 216:18,21 219:18,20 220:14,15,25 221:6 225:12,13,18

**meet**
81:2 82:6 83:24 86:21 87:1 100:10 175:23 177:16 178:17 228:3,7, 22,24 243:19

**meeting**
22:22 23:7,10 24:3,9,13 56:20 59:3,7 60:20 62:11 64:7,12 70:24 71:5,15,18,20,22,23,24 72:1,2,3,4,18 73:8,11, 25 74:5,24,25 75:5,10, 12,15,18,23 76:9,16,20 77:3,7,9,12,18 78:1,8,9 79:9,14,16 88:14 111:11 141:16 146:20, 24,25 162:21 163:8,10, 13,17,19 165:10 177:19 178:7,11,14 227:25 228:2,5,11 243:24 244:2,9,11,17,19,21 245:17,20,22 246:16 247:8,12,17 248:4,10, 24 249:11,13,21,23 250:11,12,20

**meetings**
22:7 54:23 55:1,5,7,22 56:15 58:22,25 59:9,13, 15,18,24 60:9,10,13,24 61:9 62:7,8,17,25 63:3, 5,25 64:15,23 65:1,9, 16,23,25 66:6,20 71:25 73:19,23 74:9,16 86:16 87:3,6,9 88:6,9,13 111:9,22 163:16 238:16 239:2 242:3,23 243:1,8 244:4 245:14 250:15

**member**
143:25

**members**
20:2 138:16

**membership**
134:18

**memo**
81:16 82:2 83:2,3 88:17 89:18 96:17,20 97:4,8, 15 98:6,14,19 101:21 102:24 103:1,22,23 104:3,12 107:22 108:5, 6,14 112:2,7,10,17,24 113:1,5 114:13 115:6, 22,23 116:9 123:7,16, 19,22 124:1 127:24 135:7 145:16 146:2,14, 22 147:2,3,10 148:3 154:4 159:18,21 160:4, 6,24 162:2,8,13 163:24 164:4,8 165:14 185:1,8, 10 186:7,13,15,17,22 187:8 191:23 192:16, 21,25 195:13 196:5 197:3,10 200:18,20 201:10,18 203:13,19, 23,25 204:12,13 206:9, 11,13 213:11 230:5,11 232:10 233:1

**memorandum**
152:4,24 161:20 185:1, 8,14,17,20 195:6,10 197:11,19,20 198:1 232:4

**memorialize**
60:8

**memorialized**
79:6

**memory**
41:20 71:6 159:25 178:19 205:5 208:6

**memos**
78:4 97:15,16,25 101:17 102:3 115:10,13 123:5 138:1 201:5 252:10 253:2

**mentioned**
21:15 24:24 35:21 49:3 50:12 67:4,16 69:19 82:16 84:21 85:20 88:13,18 94:8 101:20 112:8,12 114:25 118:12 122:10,16 131:16

134:19 136:5,17 143:4 220:16

**merits**
65:6

**message**
12:5 111:23 166:18 182:1 188:18 254:17

**messages**
66:24 109:24 182:20 240:21

**met**
14:20 16:1 21:16 79:14 141:3 162:25 220:22 228:14 229:2 242:7 243:12

**MGT**
157:8

**Miami**
26:11,24 30:18

**Michael**
218:21,23

**middle**
137:19 204:19 211:6 213:9 230:23

**migration**
222:1

**Miles**
255:5

**Miller's**
255:21

**mind**
47:2 69:14 74:11 129:6 167:5 215:5

**minute**
76:18 160:15 191:11 198:15 246:18,19

**minutes**
45:10 59:15 75:12 87:5 92:21,24 246:20

**missed**
135:12,20

**misunderstood**
28:2 209:21

**mix**
28:4

**mixed**
65:7 106:1

**mixing**
134:23

**MNGMT**
202:12,17

**modified**
120:24 182:15

**modify**
136:23

**modifying**
121:2

**Molly**
42:12 71:10 73:10 77:15

**moment**
24:24 119:22 149:20 256:18

**Monday**
159:14

**monitor**
7:11

**monitoring**
19:11 26:18

**month**
85:9 86:24

**monthly**
62:23

**months**
34:4 35:19,23 36:17 37:9 47:6 51:7 52:4,20 53:18,19 54:4,8,9 78:22 84:3 118:15 147:20,21 153:11,15 155:15 181:13 183:5,19,22 187:24 188:12 196:15

**Moran**
57:2,8

**move**
199:2

**moving**
108:7 159:1 217:15

**multiple**
11:22 19:7 21:4 89:9 163:15 233:9 239:23

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i24

**Munro**
221:19 223:23

**N**

**N-e-u-f-e-l-d**
9:2

**N-s**
192:10,11

**NAC**
165:1,2,14,15

**Nadara**
194:4

**name**
8:24 9:1 11:13 16:4,6
40:21 43:4 59:6 102:14,
16 107:11 129:8 174:15
200:3 222:17 252:6

**named**
14:19

**names**
28:5 42:18 102:19
200:1 229:3 243:11
245:24

**Nancy/amanda**
230:25

**national**
8:7 32:4 158:4 213:20
214:5

**nationals**
188:22 189:1

**nature**
13:25

**Nealon**
255:17,19

**near**
212:23

**nearly**
252:10 253:2

**Nebraska**
26:25 165:3 214:1,2,4

**necessarily**
23:15 41:15 48:18 52:7
78:10 97:23 100:17
101:16 108:12 120:20
123:14 130:7,15 133:20
144:25 145:5

**need**
10:24 32:3 33:2,23
34:22 36:7 40:14 41:11
51:23 61:3 64:23 81:1
82:5 100:19 120:18
121:14 133:7 173:13,18
182:15 189:1 205:10
210:23 214:18 215:13
240:18 246:18 253:11

**needed**
29:10 47:16,18 99:10
104:20 125:3 182:17,18
204:23 205:17

**needing**
183:17

**needs**
20:9 33:22 34:13,24
35:3 55:10 81:17 83:5
106:15 116:5 125:18
126:10 138:8 201:24

**negative**
68:25

**negotiations**
221:24

**Neil**
221:19 223:23

**neither**
224:4

**Network**
8:7

**Neufeld**
7:5 8:16,23,25 38:14
41:2 43:25 44:21 45:14,
20 49:4 65:14 77:6 94:6
119:20 135:5 140:10
143:2,19 144:16 149:20
154:5 174:6 177:10,14,
23 178:7 184:2 200:5,6,
11 212:9 223:23,25
229:25 237:16 245:1,9,
13 247:7 251:11 257:20

**Neufeld's**
23:14 135:25 142:5
143:24

**never**
60:4 73:24 88:5 136:20

**new**
36:5,18 50:1 66:10
90:25 91:12 118:11

145:19 146:2 149:2
179:11,23 180:23
181:1,3,25 182:15,16
191:23

**newly**
90:20

**news**
67:9,10 225:23 226:3,7,
10,15,16,19

**next-to-last**
178:25

**Nicaragua**
14:4 91:10 105:25
120:1 131:10 189:22
216:22,24 217:3
219:11,15 225:1 227:4
232:7 233:6,14 234:12
238:8

**Nichols**
255:9

**Nielsen**
7:6 11:14

**nine**
245:21

**nodding**
10:15

**nods**
121:11 198:17

**nonconcur**
100:25

**nongovernment**
247:23

**nongovernmental**
95:18

**nonlegal**
23:17

**Nope**
255:10

**normally**
57:13 101:12

**Northern**
7:7

**Northwest**
7:14

**notably**
74:11

**note**
11:2 60:5 142:12
177:15 199:4 231:20
249:22

**noted**
18:23 50:13 109:15,16
116:14 130:19 143:11
150:8 160:16 178:5
199:16

**notes**
15:23 42:4 43:25 59:17,
20 60:7 75:14 87:9
203:22

**notice**
20:14,17,22 21:1 36:14,
16 37:11,19,25 38:14
39:13,19 40:6 47:19
52:8,18 75:25 76:6,8,
12,14,19 83:15,21 90:8,
9 104:1,15 112:8,18
118:1 119:25 120:2,4,
15 121:16,18 122:15
123:21 124:4,22 125:15
126:22 128:3,7,11,20,
23 129:24 131:17,18
132:22 133:11,12
135:9,11 137:23 152:2,
16,23 161:19 175:22
178:12 185:24 199:1
204:8 226:4,11,14,17
256:5,8

**noticed**
129:19

**notices**
15:10 23:22,25 37:2
41:18,25 46:17,18 49:9
121:2 123:25 128:9
129:21 130:3,18 131:22
133:16 134:2 136:6
138:5,21 192:1,7
198:24 199:8,9 239:17
240:5

**notifications**
226:1

**noting**
141:16

**notional**
105:13

**November**
198:12,13 200:16
201:17 202:8 203:6,7

204:1,14 205:14 209:13
216:3 219:10 234:13

**NSC**
213:14,15,23

**Nuebel**
42:10 79:15 90:14,19
91:13 166:10 169:17
170:21 175:19 177:20
178:8 179:6 184:4,10
194:23 199:25 200:5,9,
17 202:8 204:11,20
205:19 243:13 244:10,
20 247:11 248:12
249:16 251:4,10 252:4

**number**
30:12 61:8 127:3
135:14,23 139:2,8
149:23 150:16 166:9
169:16 170:19,24
174:13 189:25 191:15
195:3 199:25 206:7
216:1 219:7 221:16
225:10 232:2 244:4
256:7

**numbered**
150:17

**numbering**
176:13,14

**numbers**
177:7 224:17 233:25

**Numbersusa**
240:14 241:18 242:1

**nutshell**
52:2

_____

**O**

_____

**o'clock**
210:17

**object**
23:13 53:6 68:4 71:16
76:3,4 121:7 142:2
144:11 162:14 166:15
184:17 199:18 206:4
207:4 221:2 237:8
254:22 256:1

**objecting**
71:2 198:21

**objection**
24:5,8 40:10 64:17
67:14 69:8 70:3,10
75:19 76:11 80:2 82:25
87:13 94:14,19 107:24
108:18 109:14 121:4
123:8 131:1 135:21
142:9 143:2 145:3,11
150:8 161:1 163:25
164:9 172:6 173:5
177:22 178:5 188:15
190:14 193:1 197:12
199:16 201:12 204:2,16
206:6 207:1,7 209:19
212:1 222:23 231:8
233:15,17 234:16
238:19 239:18 240:16
241:10,19,22 242:14
243:20 249:24 250:3,24

**objections**
64:24 77:2,5 144:5
256:22

**obligations**
72:16

**obtain**
128:22

**obtaining**
23:8,11

**OCC**
158:12

**occasionally**
10:16 56:21

**occur**
81:2 82:5 237:13

**occurred**
134:17,20

**occurs**
153:8

**OCFO**
157:15

**OCOMM**
158:5

**October**
232:4 252:4

**off-line**
218:5,15

**office**
12:1,3,23,25 13:9 14:21

20:25 21:19 22:6,7
25:14 26:16 29:14 42:5,
6,10 44:2 55:6,14 56:4
57:15 59:10 60:21 61:1
62:15,16 63:19 70:16
81:25 85:21 87:12
96:16,23 97:3 99:17
100:13 103:8 105:19
114:3 117:10,19 124:11
136:9 138:19 139:18
141:10 151:1,22,23,25
156:8,21 157:12,16,20,
22 158:6,13 168:3,9
193:12 194:16 201:24
213:7 232:12,13,18,22,
23

**officer**
16:13,16 18:17 19:14
26:7,8 157:16

**offices**
27:6,11 30:19,22 42:5,
15,16 44:1 55:14,20
56:19 60:11 61:14 86:4,
11 103:4

**official**
143:25 234:6

**oh**
14:13 28:1 38:18 60:1
152:19 156:1,20 185:3
191:19 192:11,17
193:14 196:3 210:15
211:5,7 242:12

**OIDP**
157:11

**okay**
9:19 10:24 11:9,18
12:2,16 13:1,9,23 14:25
15:3 17:18 21:10 23:5,7
24:24 25:25 35:6 38:18
39:2,5 40:23 41:2,7
43:14 44:13 46:10,22
47:4,22 48:24 49:1,15,
19 50:5,9 52:1,15,21,25
53:15 54:2,19 55:1,17
58:1,7 60:10 62:7 66:3,
15 67:8,10,21 68:9
72:10,17 73:2 74:21
76:7,18,22,24 77:17
79:5,8,15 80:18 82:23
84:1 85:8,13,17 89:20
90:3 91:24 92:14 93:4
94:6 96:4 98:3 99:5,9,

15 101:1,18 102:2,19
103:9 106:6 107:7,10,
14,20 110:11 111:15
113:4 114:16,24 115:5,
9 117:4,9 123:4,24
124:7 126:3,19,25
128:2 129:18 130:2,16
133:22 134:6,9 135:4
137:5 138:23 140:18
142:8 143:9,18 144:3,
10,13 147:14 148:24
149:4,14 150:7,13,20
151:9,25 152:21
153:12,19,24 154:11,16
155:2,13 160:14 163:3,
9,14,18 164:18,21
165:7 166:21 167:12
171:12,22 173:4,22
179:24 180:11 181:5
183:1,20,23 184:23
185:7 186:6,21 187:7
188:2 191:4 192:3,6,9,
14 193:19 195:2,24
196:22 199:21 201:17
202:20 207:9,12,14,16,
19 208:9 210:1,24
211:7,8,11 213:2 214:2,
9,13,16 215:16 218:3,8,
14 220:5 223:15 226:19
227:3,15 229:1,14,16
230:23 231:5,11,18,23
232:21,25 237:3,7,17
238:1,7,22 239:25
240:23 241:23 243:18
248:14,19,24 251:13
255:24 257:18

**old**
182:20 221:22

**OMB**
122:7 124:17 132:16,21
244:4

**ombudsman**
218:25

**once**
20:14 21:3 34:16,22
74:6 83:14 86:24 91:3,
14 97:3 104:4 105:12
106:12 107:5 112:2
116:9,23 121:24 124:5,
20

**ones**
16:20 39:10,11 106:4
129:12,14 136:21 167:6

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i26

175:10

**ongoing**
32:17 91:15

**OP**
155:23 156:5,8

**OP&S**
156:12,16,21 157:21 232:24

**OPA**
213:4,6

**operation's**
82:9

**operational**
16:24 19:10 43:18 44:4, 10 50:19,25 51:15 52:5 53:11,16 54:7,14 60:18 89:25 90:7,9,22 91:4,5, 14 104:22 106:15 138:7,10 180:20 182:14 208:17 219:20

**operationalize**
74:10

**operationally**
50:21 51:8,10,20 52:11 53:23 61:23 63:8,11 74:14 83:13 181:14 182:18

**operations**
9:6 13:5 17:2,6,11 20:4, 7,12,20 27:4,9,10,13, 14,23 28:8 29:18,23,24 30:1,3,5 31:10,11,12,16 44:9 81:21 82:18 84:6, 10,16 85:21,22 86:1,3, 13 87:25 89:24 90:4,7 104:16 105:8 107:20 108:4 118:21,24 119:8 120:5,9,16 123:24 128:8,11,22 130:23 131:20 133:2,9 134:20 137:10,22 152:15 153:13 157:1 158:2 167:4,8,16,24 170:16 179:25 181:10 182:5 186:21 187:8 189:6,12 202:16 204:7 228:11 235:21 236:4,13 238:2

**operator**
7:12

**opinion**
49:14 222:25

**opinions**
224:8

**opportunity**
99:11,22 100:24

**opposed**
49:17 154:22 170:16 177:25 197:10,19 223:12 224:1

**opposition**
197:22

**OPQ**
157:19 168:9 170:16,24 171:9,12

**option**
146:5,11,15 147:2 188:8

**options**
72:6,15 78:13,16,21 79:4 146:18 147:7,10, 12,14 148:3 159:19 162:8,22 187:15

**order**
32:22 82:5 106:1 217:22 218:1,7 231:21

**orderly**
147:22 196:14

**orders**
66:25 67:5,23

**ordinary**
113:12,14 164:19

**organizational**
19:3

**organized**
19:2

**Organizing**
8:7

**original**
74:19 183:12 210:19 252:11 253:3

**originally**
74:12

**originating**
100:13

**outcomes**
106:21

**outline**
173:16 181:12,23

**outlined**
146:17 147:12

**outlining**
233:3,13

**outside**
22:1 33:8 134:4 142:3 143:5 144:12 145:11 150:5 162:15 166:16 172:6 177:23 178:3 184:18 193:1 196:19 198:21,22,25 199:1,18 204:2,16 207:2,8 221:2 231:8,21 233:17 234:16 238:20 240:16 241:11, 12,20 242:14 244:24 245:4 250:4,6 254:24 256:1,11

**overall**
52:24,25 65:22,24 70:2 89:17 197:5 232:16

**overlap**
181:14

**oversaw**
26:17

**oversee**
29:12 31:18 43:5,7 86:4,10

**overseeing**
17:15

**oversees**
17:14 20:10 27:5

**overview**
17:5 179:7

**owns**
81:8 179:25

---

**P**

---

**p.m.**
93:6,8 94:2,4 134:12,15 173:24 174:4 192:20 202:9 208:3 209:10 213:10 227:21 229:18, 23 246:25 247:5

257:12,15,22,23

**package**
115:18 159:5 160:16,21 161:22,23 183:21 233:3,8,12,19

**packages**
230:25 231:2,15

**packet**
177:2 211:14,23

**PAG**
211:1,11 212:11 216:6, 11 227:13

**page**
39:24 40:23,25 150:16, 17 155:19 156:2 157:4 159:1,3,12 164:23 166:8 170:18 175:17 178:25 179:4 181:6 184:8,23 185:3,22 188:6,7 191:21 192:12, 19 196:6,8,13 201:21, 22 202:6,7 207:21 209:6 210:24 211:5,6 212:22 213:3,9 221:15, 18 223:10,19,21 224:3 225:9,11,20 227:24 230:15,23 235:1,8

**pages**
196:23

**PAGS**
225:3

**pale**
245:5

**Pamela**
43:7,22

**paper**
100:3 125:10 146:6,12, 15 181:15 182:5

**paragraph**
140:23 188:9 200:22

**parallel**
108:7,9

**Pardon**
156:17

**part**
32:16 61:12 68:19 70:23 81:20 96:9 100:9 128:16 177:1 197:9

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i27

206:14 235:3 251:22

**participant**
219:12

**participate**
20:5 54:23 55:21 63:3
82:18 219:18 220:14,
15,24 221:5

**participated**
84:16 225:14 244:11

**participates**
20:6 87:11,21

**participating**
208:4 210:14 219:14,
21,23 225:6 228:2

**particular**
39:17 56:11 62:19
63:11 66:5 68:11 75:3
88:23 118:23 121:8
127:18 130:3 131:11
143:7 144:2 178:19,24
188:18 190:18 197:1
223:18 232:15 243:18,
23 247:16 248:16

**particularly**
99:3 211:21

**particulars**
254:5

**parties**
218:2

**parts**
99:21 129:4,7 211:19

**pass**
51:23 189:3

**passports**
189:1

**Paul**
228:1

**pause**
133:8 198:5 226:22

**PB**
235:4,6

**PC**
201:23 202:1,3

**pen**
125:10 137:22 138:9

**pending**
37:4 160:17,25 161:25
162:4

**people**
13:1 17:18,22 19:2
21:14 25:19 30:20 31:1
51:23 53:18 56:24 62:3,
9,14 65:23 71:13 84:16
86:12 130:11 141:9
173:18 178:16 189:25
193:19 207:24 210:18
216:5 228:21 236:6
242:25 245:20

**people's**
217:23

**percent**
18:22 56:6 98:16
120:12 181:18 194:17
217:11 249:17

**percentage**
221:20

**perform**
188:2

**performance**
19:12 157:20 168:3,9

**performing**
195:16,18

**period**
22:16 35:16,19 51:9,11,
12,17,18,19,22 53:2,5
54:5,8 78:18 85:15
100:12 108:3 126:6,10
147:22 155:15 196:15
218:12 253:12

**periods**
54:4 253:17

**permanently**
28:12

**person**
12:24 66:10 81:7 88:23
101:5 118:23 119:3
130:4 208:16 218:24
219:21 249:18,19

**personal**
124:19 143:21,24
183:11

**personally**
42:9 59:17 133:15

**perspective**
53:17

**pertaining**
184:19

**pertinent**
105:9

**Petyo**
218:19

**phone**
219:22 220:21,22

**phrase**
131:4 135:23

**phrased**
212:3

**pick**
67:15

**piece**
41:16 86:13 90:15
104:25 136:16 138:11
182:13 208:17

**pin**
243:21

**place**
7:13 102:9,22 127:24
224:8,9 236:2 246:16
247:9

**placeholder**
249:22

**plaintiffs**
8:5,8,10 14:2,7

**plan**
74:15 188:24 189:9
210:19

**planning**
189:4 203:12 215:13
235:9

**play**
80:21 86:9 182:3

**PLCY**
232:12

**please**
7:16 8:13,23 11:4 13:16
49:12 110:13 121:15
152:1 156:20 161:18
203:1,21 208:2 211:1
215:9 235:3

**plenty**
250:1

**plus**
17:13

**point**
10:25 40:13,20,25 41:5,
9,13 95:25 98:1 109:7
129:16 138:3 143:14
157:7 164:16 167:20
168:8 192:25 193:7
201:5 256:20

**points**
185:11 211:16 212:18
221:11

**policy**
12:23 13:7 19:18 20:5,
25 21:20 22:6 42:6,11
44:2 55:15 60:18,19
62:11,17,19,25 63:19
66:16 70:16 81:25
85:21 87:12 90:20 91:3
96:16,20 97:3 104:13
105:19,23 107:4 108:25
109:25 111:24 113:7
117:10,20 119:2,3,11,
14 120:24 121:1 122:22
124:8 125:8 132:13
137:1,16,24 138:1,19
139:19 140:4 151:1
156:8,16,21 157:22
178:21 194:9,16
232:12,14,18,22,23
248:1,5,8,9 253:14,16

**policy-related**
119:4

**political**
58:5 89:6 248:10,21,25
249:1

**polls**
168:1

**portfolio**
16:14 18:24,25 19:9

**portion**
223:11,24

**portions**
149:24

**position**
9:4 28:16 29:4 57:13
81:8 82:11 89:4,6 118:8
140:5,6 148:12,15,23

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i28

220:13 248:21,22
249:1,2

**positions**
26:1 30:7,8,9,12 58:4
248:15,20,25 249:6,8

**positive**
163:20

**possibility**
117:1

**possible**
46:5,9,23,25 83:14,21,
22,23 106:21 162:25
164:14 247:15

**possibly**
163:13 233:10

**postdated**
154:17,18

**potentially**
242:19

**powering**
215:5

**practice**
250:19

**pre-expiration**
126:6

**pre-tps**
169:24

**prebrief**
208:3,5,10

**preceded**
154:13

**precisely**
98:8 106:8

**predated**
107:17 120:6

**predict**
138:17

**prefer**
54:16 93:3

**Prelogar**
13:8 22:4,10,20 71:7
73:9 139:14,18 140:11,
13,14

**Prelogar's**
140:23

**preparation**
13:14,15 14:17,22 15:1,
6 21:16 23:22 24:4,13,
21 25:4 46:3 49:4 83:2
88:8 107:8 199:7 221:7
227:4

**prepare**
21:8 24:17 81:1,19
186:22 220:24 221:5
224:25

**prepared**
10:4 59:12 75:9 76:8,9,
15,19 87:2 89:9 103:22
104:2 112:7,9,19
131:19,22 133:11 135:7
148:3 159:21 160:4,6
186:3 206:14 211:15
220:23 233:3,8

**prepares**
81:3 88:18,20 211:18

**preparing**
15:23 63:23 81:6 88:16,
25 89:13,17 123:25
131:20 149:10 152:15
187:7,8 209:14 217:13
227:13

**prescribes**
100:19

**presented**
38:4,11 99:8 101:9
112:23 113:25 114:2
149:16 166:4 191:9

**presenting**
114:8

**president**
221:24

**press**
208:13 209:14,17
211:8,15,24 212:5,7,14,
16,19 214:22 219:10,14
220:6 221:12 225:1,6
227:5

**presumed**
175:9

**pretty**
12:12 31:24 35:2 45:6
66:25 98:21 100:21
191:5 220:18

**previous**

111:15 135:17 136:4
145:9 149:8 167:6

**previously**
25:8 32:15 33:17 37:24
38:3,7,10 80:19 146:19
149:15,19 154:7 164:22
166:1,3 174:7 176:6
190:15 191:7,8,14

**principal**
56:12 119:3

**Principally**
44:15

**printout**
15:12

**prior**
13:21 29:5 47:16 57:5,
9,17 59:2 65:25 66:7
86:19 87:18,23 88:3
110:5 112:17 116:15
122:14 123:2 129:16
130:23 137:18 154:9
160:10 162:24 168:12
169:25 191:2

**priorities**
66:11 67:3,12,17,19
68:13,15 69:21,23 70:2,
8,14 117:24,25 145:9

**priority**
66:22 67:2 68:24 69:24

**private**
168:15

**privilege**
242:18

**privileged**
195:9

**privileges**
242:20 245:7,11

**probably**
11:1 15:2 17:20 22:12,
15 25:19 26:15 28:17
39:16 45:3 54:15 75:1
86:24 92:20 100:1
107:4 111:20 115:17
119:12 129:15 132:8,13
149:6 172:12 222:17
229:5 234:7 244:14
245:21

**procedure**
97:19

**procedures**
219:20

**process**
20:10 21:12 31:20,24
32:8,14 34:10,18 35:3,
11,21,22 36:4,9 37:2,
16,18 44:11 50:11,16
51:13 52:10,23 58:24
61:6,13,14 62:3 63:15,
23 71:21 77:4 79:19,21,
23,25 80:6,14,15,22
82:24 85:4 88:16 89:17
90:1,11 92:12 94:8,18
95:1,19,20,21 96:9,12,
14 97:10,12,17,20,21
98:1,7,11,15,21 99:16,
18,20,25 100:6,10,15,
16 101:12,16,22 102:4,
8,12,21,22 103:3,13
104:17,23 105:11
106:15 110:7 113:23
114:4 115:25 117:21,
22,23 118:1,11,17,20
121:17,23 122:1,8,10,
11,16,17 123:1,6,14,15,
17,20 124:3,5,10,16,19,
21 125:4,11 126:25
127:2,8 130:12,13,16
132:15,24 133:13,22,23
134:1,6,7 135:6,10,15,
19 136:3 137:6 138:15
142:6,7,10,14 143:3,7,
11,12 150:6 160:1,2,13
179:14 181:24 182:16
186:7,8,10,14,16 187:9
191:1 193:4,7,9 197:5
199:6,10,13 200:24
201:6,7,11,19 202:21,
23 206:14 217:12
221:22,23 222:4
225:24,25 227:7,13
230:10 242:19

**process-wise**
77:24 78:2

**processes**
63:12

**processing**
179:7,12,18,22 180:3,
10,14,22 181:24

**produce**
32:23 38:6 105:6
189:13

**produced**
49:12 121:21 132:5
174:23,24,25 177:2
217:20

**produces**
176:22

**producing**
168:4

**production**
26:17,18 157:12 235:9

**program**
24:16,20,25 25:12
26:17 42:7 44:3 55:6
59:10 62:15 69:2 86:11
103:8 252:24

**programs**
25:16,17

**projects**
171:10

**promulgated**
118:3

**propaganda**
241:5

**proper**
126:14

**properly**
79:3 114:1

**proposed**
118:2 186:11 187:14,23

**protected**
152:3,5 195:12 196:9
233:4 234:11 238:18
245:2,4,15 246:11

**Protection**
171:23

**protective**
217:22 218:1,6 231:21

**provide**
16:23 44:9 50:11,13
54:6 55:11 77:8,25
79:21 81:23 85:4 90:12
96:18 102:23 132:14
133:15 145:13 167:17
189:1 199:6 200:24
222:6

**provided**
29:11 30:21 47:12

51:20 77:14 78:8 79:2
185:9 224:1 227:14
235:18 236:14

**provides**
89:24 90:4,7 100:5
113:4,6

**providing**
19:11 25:16 44:4,13
50:16 95:4

**public**
155:8 168:14 169:13
170:9 213:7 216:8,13,
16 217:13 220:2,8
221:3,8,10 224:24

**publication**
104:4 124:17 135:11
227:1

**publish**
36:15

**published**
20:14 83:15,22 121:17
125:5,21,22 126:16,23
128:4 132:9,22 226:5,
17

**pull**
82:1 105:8 168:10

**pulled**
132:1,3 166:22 170:15
172:21 182:21

**pulling**
243:16

**purpose**
23:8,11 63:25 65:22,24
71:14 72:4,5 77:12
167:2

**purposes**
24:9 215:13 221:4

**purview**
137:24

**pushed**
210:23

**put**
105:14 110:25 119:20
125:10 129:2 138:23
142:4 173:9 201:3
249:21

**puts**

100:18

**putting**
107:23 174:6

───────────

**Q**

**qualify**
120:18

**Quality**
157:20 168:3,10

**question**
10:8 11:3,5 13:16 14:4
18:10 24:11 28:2 37:7
43:21 45:5 47:23 48:3,
10 49:23 53:7,14 54:20
60:14 64:18 65:5,20
66:3,14 68:6 69:13 88:7
131:13 132:20 139:10
143:23 144:2 148:5
154:1 161:5 168:17,20,
23 169:1,4,7 170:6,8,11
172:4 173:6 175:25
190:19 210:5 212:2,23
222:10,12 223:17
224:21,23 238:21
241:17 246:12 247:8
250:8 251:15 256:2

**question's**
131:14

**questionable**
108:22

**questioning**
11:3 24:23 45:7,8 133:4
142:4 150:4 178:3
215:11 245:16 246:10,
14 256:4

**questions**
10:10 45:4,22 46:1
48:25 65:2 92:16,19
95:24 134:18 142:3
184:18 191:18 198:25
199:19 203:20 207:2
212:15 219:19 221:19
235:5 240:16 241:11
245:4 250:2 251:25
254:23 255:4 256:7,19
257:10,16

**quick**
25:25 46:1 119:17
125:2 148:5 173:20

184:13 191:18 223:8
251:24

**quickly**
34:15 35:1 199:24
214:23

**quite**
25:22 48:9 129:21
161:4

**quote**
146:5,6 163:8 206:9

───────────

**R**

**R-a-i-o**
88:20

**R-e-i-f-k-o-h-l**
16:9

**R-o-m-a-n**
16:8

**RAIO**
81:20 88:19,24 89:8,13
105:6 132:5 148:13,19,
24 149:2,4,8 157:25
202:11,13

**Ramos**
7:6 11:14

**ranging**
227:20

**RCD**
150:24,25 151:3

**reach**
236:9

**reaches**
94:9,12,17,24

**reaching**
83:10 94:21,22

**read**
40:12,13 41:5 46:14
140:24 151:11 162:1
167:15 191:11 201:14
202:22 205:21,25 208:7
211:3 222:7 223:1
226:10 232:13

**reading**
38:23 41:14 150:2
160:22 161:9 174:11
175:11 180:12 184:16,

20 191:13 198:18
199:22 201:9 206:24
207:15 208:24 209:4
222:8 223:2 227:14

**readout**
201:23

**ready**
12:15 14:18 104:4
175:15 231:1,2

**real**
119:17

**realize**
127:22

**really**
33:17 34:25 81:9 82:4
91:2,3 106:11,24
107:18 113:22 127:22
141:11 143:16 217:14
246:9 249:25 254:5,14

**reapply**
36:5

**reason**
113:8 172:25 173:1,2
175:6 217:11 220:7
223:3,5 236:7 250:18

**reasons**
41:17,21,25 199:9
208:21

**recall**
16:7 22:3 25:6 28:21
36:21 38:16 39:22 49:5,
8 58:13 62:20,24 63:1
64:14 67:22 70:22
71:14 72:17 73:11,14,
21 75:24 77:17,20
79:15,17 84:18 90:21
98:15,21,22 101:21,22
118:7 123:4,20 125:13
126:20 133:17 139:11
142:23 144:16 145:17
146:17 147:4,14 158:8
160:2 171:14 172:9
177:19 178:7,11,14
183:7 185:16 186:20
187:7,8,11,12 188:17,
23 189:8,11 197:25
201:17,20 203:24
204:18 208:4,18 210:20
212:20 213:17,19,22
222:9 225:6 227:4
228:5,7,9 229:1 231:5,

10 233:12,19 244:9,10,
13,19,20 245:24,25
246:3 247:13 248:6
249:8,9 250:22 252:7
253:7

**recalling**
84:21

**receive**
12:4 25:2,7 98:24
100:20 102:2 118:20
216:15 240:21 241:6,7
251:17

**received**
36:18 67:11,18 69:20
176:25 177:4 251:5,15

**receiving**
100:17 250:22 252:7

**recess**
45:17 134:13 173:25
229:19 247:1 257:13

**recessed**
93:7

**recipient**
167:9

**recognize**
184:15 200:6,11 207:16

**recollection**
25:4 72:25 98:12
107:15 126:24 146:21
147:7,25 148:20 162:20
168:6 180:18 183:3,11
186:4 187:22 208:24
210:16 216:10 217:8
254:15

**recommend**
64:15

**recommendation**
52:19 53:1,5 54:13,18
79:22 81:16,24 82:2
83:2,11 88:17 89:18
92:9 96:15,17 97:4,15,
16,25 98:6,14,19 99:1,
4,7 101:17,21 102:3,23
103:1,21,23 104:3,12
107:22 108:5,6,14
112:2,7,10,13,16,17
113:5 115:23 116:23
117:5,6 123:5,7,16,19,
22 124:1 127:23 135:6
141:17,20,22 142:17,22

144:20 145:16,20
146:2,14,22 147:3,10
152:4,24 155:4,6,14,18
160:24 161:19 162:2
163:24 164:4 183:4,6,
12,22 185:10 192:25
199:6 201:5 233:8
253:22

**recommendations**
44:7 53:8 75:17 113:2
183:8 232:6 233:4,13

**record**
8:24 40:13 45:15,18
46:24 49:14 77:2 93:5
94:3 115:5 134:11,14
142:5 154:4 173:23
174:3 199:18 206:3
217:25 229:17,22
246:24 247:4 257:11,
14,21

**recorded**
100:8 223:22

**records**
61:19 158:10 169:10

**RED**
170:24 171:1,4

**redact**
218:5

**redacted**
139:9 149:23 166:11
174:14 184:6 196:5

**redesignate**
196:10

**reduces**
52:22

**refer**
141:9 146:9 151:11
165:2 171:1,25 179:8
184:23 202:22 211:11
212:14 230:22 231:16

**reference**
126:25 139:2 141:2
146:5 151:15 155:22,23
156:5,7,12,14,24,25
157:6,9 158:15 159:5,
17 160:9 162:12,25
163:19 164:10 165:1,13
171:24 179:11 180:7,9
181:6,12 188:8 191:15,
22,25 192:15 195:19,21

202:1 205:21 209:5
213:4 225:10,13
230:15,17,25 232:11
234:4,23 235:8 253:2

**referenced**
176:1 187:5 193:20
205:23 224:24

**references**
117:13 163:7 200:14
206:8,9 227:22 228:2

**referencing**
42:22 66:20 162:7

**referred**
33:23 65:15 80:19
133:23 146:24 165:4
171:4 192:7 232:19

**referring**
24:25 74:22 205:2
226:12 232:21 237:10,
12 244:7 252:3

**refers**
146:7 151:21 158:19
233:1 234:15,21 235:6
253:4,13,14

**reflect**
182:15

**Reform**
241:8

**refrain**
245:15 246:13

**refresh**
25:4 162:20 183:2
216:10

**Refugee**
81:21 158:1

**reg**
47:11 91:25

**regard**
198:23

**regarding**
44:7 74:1,16 76:15
131:14 142:18 145:21
178:11,14 186:13 187:9
208:5 219:11 228:4,12,
15 238:16 242:5,8,10,
24 244:5

**regardless**

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i31

81:15

**regards**
42:17

**Register**
15:10 20:14,16,22 21:1
23:22,24 36:16 46:17,
18 47:19 52:8,18 75:25
76:6,8,12,14,19 83:15
90:8 104:1,15 112:8,18
119:25 120:4 121:2,16,
18 122:15 123:21,25
124:3,18,22 125:15
126:22 128:3,6,11
130:18 131:21 132:22
133:11,12,16 134:2
135:9,11 136:6 137:23
138:5,21 152:2,16,23
161:18 178:12 185:23
192:1,6 198:24,25
199:8 204:8 226:4,11,
14,17 239:17 240:5

**registered**
33:20 190:1

**regs**
118:3 150:21 151:4,5
156:9

**regular**
54:22 55:1 62:8 71:22

**regularly**
63:3

**regulation**
52:7,16 118:12,18
119:13

**regulatory**
117:14,20,22,25 118:5,
10,16,24 137:25 150:25
195:15

**relate**
48:4 67:12,21,24
182:11

**related**
21:22 39:9 46:13 72:8
107:19 148:2 203:14
214:22 230:13 246:15
249:10 253:17 254:3

**relates**
68:13

**relating**
73:20 89:20 99:10

216:16 250:23 251:17,
21

**relation**
60:23 61:6,9 173:7
187:20 188:18

**relative**
172:4

**relatively**
20:11 80:9 181:1
214:23

**release**
212:16 225:23 226:3,7,
10,16,19

**relevant**
132:2,3 155:4 203:19,
23

**relief**
168:15 169:13

**remain**
172:18

**remember**
11:20,24 27:2 36:24
37:3 38:25 46:9,11
61:17 62:12 71:13
73:16 85:9,12 102:15
107:18 111:8 116:22
118:6 123:23 125:14,23
126:12 133:21 136:12
137:20 142:21 145:17
147:5,8,24 151:7
155:16 160:8,13 164:15
178:23 186:18 187:15,
20 193:12 194:8,9
198:2 211:12 217:2,3
219:14,23 220:19
221:13 226:23,25 227:2
228:13,25 231:13
243:6,9,11,17 247:15
249:20 250:14 254:5

**remind**
151:3

**remittances**
169:7

**Renaud**
28:14,15 175:19,25
177:20 178:8 179:5

**renewal**
32:20,25 33:13 34:9
35:12,15 36:3 37:15

179:14

**renewals**
47:14 179:19 181:25

**renewed**
172:5

**reorganization**
27:12 29:19

**rep**
82:9

**repeat**
52:3 78:3 161:5 190:19

**repeating**
136:18

**rephrase**
24:11 65:21 94:23
109:15 220:23

**replacement**
30:20

**report**
28:9,10 34:24 81:20
88:19 105:6 112:11
132:4 241:3

**reporter**
8:11,13 10:3 14:11
156:17

**Reporting**
8:12

**reports**
88:25 89:9,14 96:12
112:15 149:10

**represent**
7:17 17:1 40:4 190:6
192:14 196:22 230:6

**representation**
80:20 134:18 176:19

**representations**
224:10

**representative**
56:13 134:20

**representatives**
20:3 237:9

**representing**
7:19,22,24 8:2,5,8
19:17 22:7 60:18,19

**request**

32:10,15 35:15 36:3,10
96:7 166:19,22 167:1,3,
7,9 168:12 169:25
177:16

**requested**
32:23 44:5 79:9 141:18
168:15 170:1 173:3,7
185:11

**requesting**
49:18

**requests**
17:7,8 19:13 31:12,17,
22 34:9 37:4 167:23
169:20 171:16 189:12
238:10

**require**
83:16 218:6

**required**
35:16 203:18

**requirement**
33:1

**requirements**
24:16

**requires**
92:4 101:3 172:15

**Rereading**
38:24

**reregister**
33:1,2 37:10 47:24
48:2,5 51:24 54:4 83:16
228:21

**reregistered**
190:1

**reregistering**
90:11

**reregistration**
37:16 47:13 51:13
225:24 236:23

**rescheduled**
209:18,23

**resided**
32:5

**residence**
33:7,8

**resource**
180:2 212:14

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i32

**resources**
34:2

**respect**
20:18 24:21 25:16
36:21 48:22 50:17
60:15 65:20 68:2,12
134:2 136:11 145:10,16
190:18 194:20 225:7
237:24 256:5

**respond**
177:18 256:17

**responds**
205:19

**response**
161:23 222:6,9,11,14,
16 256:21

**responses**
256:23

**responsibilities**
220:11

**responsibility**
30:4 96:19 104:13
129:1 168:10

**responsible**
17:15 20:13 81:6 88:24
120:16,19 121:19 125:7
129:1 130:24 131:21
133:10 149:13 152:15
168:4

**responsive**
177:3

**rest**
17:25 125:4 136:25
223:9

**restate**
53:14

**restating**
237:15

**resulted**
101:25

**results**
101:12 132:24

**retain**
251:22

**retained**
251:20

**return**
176:11 188:21

**reused**
182:21

**revert**
235:17

**review**
15:5,8 33:24 35:4 80:14
97:7 98:25 111:17
129:21 181:16 182:5
221:7

**reviewed**
15:12,18 33:23 34:14,
22,25 46:3 100:6
221:11

**reviewing**
113:20

**revised**
132:7 165:14 230:5,10
252:10 253:2

**revision**
129:5 234:10,15,21,24

**revisions**
132:11 154:20

**RFPD**
216:2 219:8 221:17
223:21 230:2

**Rhett**
38:8

**right**
10:22,23 11:11 12:20
21:6 25:18 29:20,21
35:8 37:21 39:15 44:25
45:23 50:5,9 64:24,25
65:10 69:17 76:24
88:22 91:17 96:11
120:14 139:19 150:7
153:17 154:19 155:20
157:2,23 158:20 159:2
163:22 165:24 174:6
175:16 180:4 187:25
190:6 193:14 198:10
199:15 204:5,9 205:6
206:2,6 209:24 214:17
219:6 224:16 225:7
227:18 229:4,14 232:1
233:23 239:1 247:7
251:24 255:1,4 256:14

**right-hand**

179:2

**risk**
104:6

**Robert**
194:13

**role**
19:22 28:11,12,21 57:9,
11 58:17 77:18 80:21
82:14,20 86:9 91:13
113:17 117:10 119:10
130:9 137:2 140:2
182:3 193:8,13,23
194:15,20 219:1 220:3
253:16

**roles**
58:11

**rolled**
29:24

**rolling**
80:1

**rollout**
252:13,15

**Roman**
16:8

**Roman-riefkohl**
13:6 16:5,11 18:3,23
19:19 42:23 43:9 50:13
82:17,21 84:14,22
85:11 120:11 130:4

**room**
220:20

**rough**
132:6

**roughly**
28:15 85:15

**routinely**
60:7 235:24 239:12

**Rule**
38:1

**Rulemaking**
118:2

**rules**
10:2 118:2,3

**run**
10:1 26:1 32:18 128:18

---

**S**

**S1**
146:6,7,9 158:19

**safe**
90:24 188:21

**safer**
132:23

**sake**
223:17

**Salvador**
14:4 50:23 63:20,21
91:10 105:25 189:22
216:23 217:5 227:10
228:18 229:10,11
232:3,6 233:5,13
234:12 238:4 252:14

**San**
7:8

**sat**
96:20

**satisfied**
256:6

**saw**
75:11 166:20

**saying**
46:24 50:2 92:23,25
127:18 134:25 137:20
142:21 154:23 163:12,
13 204:21 209:8 228:24
237:12

**says**
41:16 131:5 139:14
151:14,18 161:17,23
165:14 169:21 170:4,24
175:21 179:6 184:25
185:7 186:6 188:9
191:24 192:20 193:14
195:8,9 196:8,16
200:19 201:23 202:10
208:2 210:25 213:10
216:7 221:20 227:25
233:2 235:3 252:10

**scan**
174:9

**schedule**
61:25

**scheduled**
88:15 209:17 210:15 211:2

**scheduling**
34:19

**school-aged**
168:18

**scope**
142:3 143:6 144:12 145:12 150:5 162:15 166:16 172:7 177:23 178:3 184:18 193:2 196:19 198:21,23 199:1,19 204:3,17 207:3,8 220:11 221:2 231:9 233:18 234:17 238:20 240:17 241:11, 12,20 242:15 244:24 250:4,5,6 254:24 256:1, 8,24 257:3,5

**SCOPS**
156:24 202:11,14

**Scott**
13:6 16:3 20:4,18 42:23 43:3,8 44:16 82:22 84:14 186:25 232:5,8

**Scott's**
120:12

**se**
173:8

**Sean**
38:9

**seated**
56:8

**sec**
151:10 159:16 230:21, 22

**second**
21:25 37:25 65:21 69:17 103:2 112:3 140:24 144:18 146:4 153:10,22 158:12 164:24 169:15 170:4,23 174:9 184:7 185:22 191:22 192:19 198:4 200:22 201:21 204:4,19 206:22 209:5,6 213:9 226:21 232:11 234:9, 14,20 252:9 256:17

**secondly**
221:23

**secret**
66:22

**secretariat**
99:18 102:12 113:10,15 114:11,18 115:9 151:12,16 230:18

**Secretariat's**
113:17

**secretary**
44:7 47:20 51:6 52:17 63:16 72:7,15 77:13,22 78:13,23 79:3,9,22 81:18 83:3,5 96:15,18 104:4 109:4,18 110:16, 24 111:1,6,11 114:14, 22 115:1,13,19 116:1,2, 6,10,24 117:5 122:3,5, 17,18 124:2,14,17,20 127:17,24 131:9 135:8 141:17 146:10 147:13, 20 155:6,8 158:20 172:16 183:18 190:7,22 193:12,15 195:6,10,17, 19,20,21 196:25 199:7 203:13 208:22 209:12 210:6,11 220:2,8 226:20 239:11 254:4

**secretary's**
41:19 63:24 74:10 111:18,19 122:21 124:11 130:20,21 131:7 146:18 148:2 197:9,18 208:14 226:8 227:1 253:21

**section**
105:18 128:20 129:19, 23 131:8,12,17,19 136:13,25 137:1 138:7, 20

**sections**
120:14,17 128:10,18 130:3 139:9 152:16 174:13

**Security**
7:24 8:2 38:2 74:22 95:12 114:22 127:17 140:7,16 142:7 146:10 148:6 149:1 158:4 194:11 195:22 213:20

214:6 232:14 235:10 239:12 247:14,21

**see**
33:16 39:8 40:2,24 41:21 45:10 80:24 92:14 98:24 108:1 126:25 139:16,24 149:24 150:19 152:6 155:11 157:21,25 169:21 170:4 174:17 182:12 184:24 185:2 196:12 198:3 199:2 203:9 204:25 206:8 211:1 214:15 231:3,4

**seeing**
38:16 39:22 64:9 98:12, 22 146:17 197:25 213:17,19 233:12,19

**seek**
141:19

**seeking**
182:4

**seen**
38:14,24 39:4,11,17 75:13 102:19 117:13 150:10 166:14,18 184:21 185:13 192:6,13 196:24 197:2 204:13 232:18 234:23 239:10, 16 240:6

**selected**
148:22

**send**
34:17 192:21,22 200:20 202:11 240:20

**sending**
37:2 192:15 200:23

**sends**
112:4 115:19 254:20

**senior**
56:6,16,22 57:13,18 58:10,13 62:11,25 119:1,2,6,11 193:14,16, 17 194:18,19

**sense**
45:6 99:3 106:9 126:7 137:15,21 138:7,9 163:5,6 186:19 232:17 252:17,21

**sensitive**
64:6

**sensitivities**
181:3

**sent**
116:9 166:11 167:23 168:7

**sentence**
141:15 188:9 232:11 233:1 252:9

**sentences**
253:10

**sentiment**
70:25

**separate**
147:11 186:13 225:24 226:3,19

**separately**
256:11

**September**
230:4,8

**sequencing**
226:23

**series**
52:3 198:11 227:19 230:2

**service**
9:5 13:5 16:19 17:1,5, 10,11,12,16 18:1 20:4, 12,20 26:22,25 27:5,14, 22 28:7 29:18,24 30:1,4 31:5,11,15 44:9 82:9,17 84:5,10,15 85:20 86:3 89:24 90:4,6 104:16 105:7 107:20 108:3 118:21,23 119:7 120:5, 9,16 123:24 128:8,11, 22 130:23 131:19 133:2,9 137:10,21 152:14 153:13 157:1 167:4,8,16 170:15 179:24 181:9 182:4 186:21 187:8 189:6,12 204:7 213:25 214:1,2,4 228:10 235:21 236:4,13 238:2

**Services**
9:11 61:19 158:11 172:1 233:2

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i34

**set**
48:25 79:11,13,14 90:3 165:25 183:23 210:10, 13 249:13 251:25

**setting**
248:11

**Shah**
8:1 194:6

**shaking**
10:15

**share**
64:3 99:11 188:11,19, 25 189:9 200:25

**shared**
12:1,3 55:10 99:10 188:13 189:10,13,16, 20,24 190:2,4 212:4 226:1

**she's**
25:13 28:23 29:3 57:12, 13,14 58:2 119:2,7,10, 11 194:8,9

**sheet**
127:3,6,7

**shepherds**
20:10

**shop**
187:4

**short**
54:8 175:22

**shorter**
90:22

**shorthand**
180:15

**shortly**
126:1,16 209:2 221:8

**shouldn't**
110:23

**show**
34:24

**showed**
46:14,16

**shown**
46:13

**sic**
199:25

**side**
12:8 29:14 173:10 243:13,15

**Sidley**
7:14 8:4,10

**sign**
81:17 96:17 127:25 164:3,7

**sign-off**
97:6

**signal**
254:21

**signature**
82:3 97:18 99:8 101:3, 14 112:23 114:1 160:11 165:15 196:17 201:2

**signed**
191:23 203:12,19,22 204:12 213:11

**significant**
74:14 132:14

**signing**
127:17

**signs**
122:3,5

**silly**
66:13

**similar**
9:23 31:25 80:9 86:18 129:20 254:16

**simply**
39:18 196:10

**single**
98:10

**sit**
56:8 75:4 222:10

**sitting**
80:6

**situation**
237:10,13

**six**
15:4 35:19,23 36:17 47:6 52:20 118:15 147:19 153:11,15

**six-month**
36:2,11 57:15 101:25

110:15 118:14,17 175:20 177:21 182:9

**slip**
209:10 213:13

**slot**
209:1

**small**
150:16

**Smith**
13:11 14:21 22:22 23:5, 18,21 24:13 25:3,8,11

**Snell**
7:21

**somebody**
90:25 91:14 107:3 142:21 208:18 236:10, 12,23

**someone's**
36:1,3 101:3 161:3 232:21

**soon**
57:18 64:9 176:24

**SOP**
103:13,19

**Sophia**
119:1

**sorry**
14:13 16:3 28:1,3 29:5 38:19,20 46:21 49:16 59:25 60:1 80:6 99:5 107:10 110:13 118:15 136:17 140:9,20 143:24 155:25 156:1 157:5 175:22 176:11 185:4,5 188:7 191:19 192:18 195:20 200:3,4,9 209:21 225:9 227:23 231:1 252:12

**sort**
16:17 20:9 24:23 29:14 55:7 64:11 71:23 81:8, 11 82:9 83:19 92:21 99:14,24 103:12 105:13 108:7 129:24 130:12 138:14 207:11 211:16 227:11 228:23

**sought**
141:23 142:17,22 144:21 145:20 146:2

**sound**
153:17 237:10

**sounded**
97:24

**sounds**
217:3

**soup**
157:5

**South**
231:1,2,6 233:10

**speak**
10:6 14:18 177:24 224:9 235:23 236:6 237:19

**speaking**
124:19 143:2 222:20

**special**
71:23,24,25 72:3 73:19 74:8,16

**specific**
11:21 12:14 54:17 58:25 83:4 143:4,7 166:17 171:15 178:1 188:24 189:9,11 190:3 199:14 212:21 243:16

**specifically**
20:11 22:5 72:20 83:9 92:2 124:25 128:24 140:3 141:7 147:16 221:13 225:4 244:12 246:2

**specifics**
107:18 142:23 188:24

**speculation**
70:4,11 108:19 145:12 161:2 162:16 172:7 188:16 196:20 201:13 206:4 222:24

**speed**
91:4 105:11 198:19

**spell**
9:1 16:6 66:25

**spend**
14:25

**spending**
144:8

**spoken**
12:17,20 13:12 58:19

**SRCD**
155:23 156:5,8

**stab**
136:22

**staff**
42:14,17,21,24 43:25
44:15 50:10 57:14
59:20 66:10 88:13 89:3
107:8 133:18 141:3,6
148:7,25 159:8,9 163:1
186:17 232:5 242:4
244:7 248:10

**staffed**
86:12

**stage**
191:1

**stakeholders**
95:19

**stamp**
174:21 175:10

**stamping**
176:12

**stamps**
175:2 176:16,18

**stand**
9:9

**standard**
90:3 97:19 129:7

**standardized**
97:21,23 99:25

**Standards**
235:9

**standby**
209:9

**standing**
55:7 59:8 62:11 71:22
97:12 204:16 207:1
241:21

**stands**
61:18 151:3,7 156:19,
21 178:18 211:12 213:8
216:11

**staring**
200:9

**start**
10:10 13:20 45:3 79:24
134:16 150:13 200:15

**started**
26:2,6 80:15,18 88:17
109:7 221:22

**starting**
87:15 93:1 186:15
191:17 207:20

**starts**
41:2 84:3 143:5 150:14,
17 225:22

**state**
7:17 8:23 81:22 83:10
92:5,7 94:9,18,25 95:4,
9 96:13 112:12,16
113:2 141:19,22 142:18
144:20 145:21 197:15
253:22

**State's**
92:12

**stated**
41:17,25 199:9 256:23

**statement**
42:15 201:22 222:22
225:21 253:10

**statements**
223:9,19

**states**
7:7 9:10 33:10 155:3
172:17 200:22 203:11
229:7,9

**stats**
168:24

**status**
31:2,23 32:10 48:16
152:4,5 195:12 196:9
205:10 233:5 234:11
235:16,17,18,19,20
236:10 237:23 238:5,18
245:2,4,15 246:11

**statute**
33:5 91:25 92:4 238:24
239:4,8

**stay**
254:20

**stays**
82:13

**step**
54:19 96:14 97:4 112:5
115:25 246:6

**Stephen**
255:21

**stepping**
83:8

**steps**
81:1,14 135:10

**sticks**
84:25

**Stoddard**
57:3 58:1,16

**stop**
92:17

**stopped**
98:8 102:4 109:23
110:3,9 136:15,16
201:5

**strategy**
12:24 13:7 19:18 20:5,
25 21:20 22:6 42:6,11
44:2 60:19,20 62:17
63:19 66:17 70:17
81:25 85:21 87:12
90:20 91:4 96:16,21
97:3 104:14 105:20,23
107:4 108:25 109:25
111:24 113:7 117:20
119:4 120:25 121:1
122:22 124:9 125:8
132:13 137:2,16,25
138:20 139:19 140:4
151:1 156:9,16,22
157:22 178:21 194:17
232:22,23

**streamline**
198:4

**Street**
7:14

**structure**
100:16

**struggling**
68:14 110:17,24 111:1,
6,12 160:7

**Studies**
240:11

**subgroup**

243:24

**subject**
12:21,22 13:4,16 14:20
16:2,11,24 17:3 19:9
21:16 22:23 24:3,10
166:12 169:18 175:19
178:17 182:8,21 184:11
195:11 200:17 207:22,
25 216:6 217:21 218:1
227:25 230:4 231:20
232:6 234:3,9 236:15
238:4 243:25 244:21
245:16 246:5,14 252:13

**subjects**
22:8 60:8

**submit**
31:14 32:1,9

**submitted**
35:15 97:22 100:12

**submitting**
83:17

**subsequent**
225:25

**substantively**
34:14

**sudan**
14:5 105:17 136:15,24
137:11 154:6,10,13,17
189:22 191:20 192:24
193:8 197:9,18 198:1
216:24 217:4 227:10
230:5,7 231:1,2,6
233:10,11 238:7

**Sudan's**
195:11 196:8,11,13

**suggest**
51:8 144:4 214:7

**suggested**
99:23 100:6

**suit**
36:22 189:21

**summary**
128:21,23 155:3

**super**
176:12

**supervisor**
43:4,6,9,11

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i36

**supervisory**
26:8

**supplement**
185:9

**support**
30:23 34:17 62:1 86:12

**suppose**
46:8 47:3

**supposed**
69:2 168:1,2

**sure**
9:16 13:19 16:15 18:20,
22 21:12,13,20 22:8
26:2 29:3 30:19 38:22
40:16 55:17 56:3,6 58:4
61:20 62:21 64:8 73:1,8
79:18 82:12 83:11 85:9,
16,17 86:22 98:16,22
99:1 101:19 103:6,7,14
104:17 106:8 110:4
111:22 113:18,21,24
115:5 120:11,12,20,25
121:20 122:1,5,24
129:1,13 130:9,24
131:3,5,15,21 133:10
135:1 136:18 146:23
153:17,18,20 156:10
159:15 161:6,8,14
163:9 173:22 175:4
176:3,8,19,25 177:9
178:2 179:23 181:18
187:3 190:20 194:10,17
197:16 205:5 207:23
209:11 210:8 211:21
213:16 215:6 217:4,11
218:22 220:17,18
223:17 228:21 230:19
231:14 234:18 236:22
237:20 238:22 240:21
241:3 246:21 249:7,17
254:11 256:18 257:9

**surge**
181:2

**Susan**
8:12

**swap**
192:23

**swapped**
192:25

**swear**

8:13

**sworn**
8:18

**Symons**
42:11 193:21

**system**
34:7,23 179:12,13,23,
24 180:9,16,24 181:3,
25 186:14 187:9

_____

**T**

**table**
46:20 56:8

**Tahani**
7:23

**take**
10:24 15:23 33:14 34:1,
19 35:21 45:9 52:10,13
60:7 75:12 93:1,3 107:5
119:22 125:21 129:18
133:4 134:9 142:8
149:20,23 166:13
173:14,19,20 174:9
184:13 191:11 198:15
214:15 223:8 227:24
229:15 245:22 246:6,16
252:10 253:2

**taken**
9:13,25 11:10 33:8
45:17 60:5 134:13
153:12 163:23 164:3,7,
16 173:25 229:19 236:1
247:1 257:13

**takes**
36:12 87:8 96:23
124:22 125:12

**talk**
70:7,9,14 110:20
115:15 130:4,22 142:5
143:10 218:5,8,14
246:22 257:8

**talked**
25:18 61:8 107:19
135:14 151:1 160:15

**talking**
48:7,22 49:21 50:10
53:10 65:13,14 94:7
107:8 111:3 114:21

131:15,18 140:10,11
143:6 154:24 205:13
206:10 211:16 212:18,
19 221:11

**talks**
226:7

**task**
82:13

**Taylor**
255:5

**TCD**
181:6,14 182:2 187:4

**TCD'S**
181:16

**team**
20:19 137:20

**technical**
225:23

**technology**
181:8 182:2,11

**tee**
83:20

**teed**
62:18 63:15

**teeing**
209:1

**telephone**
90:21

**tell**
13:1 31:19 45:3 181:20
183:15 205:2 208:6,13

**telling**
111:9

**tells**
213:4

**temporary**
36:5,10 68:19 69:2
70:23 152:3,5 172:13
195:12 196:9 233:4
234:11 238:17 245:2,4,
14 246:11

**ten**
45:10 245:21

**tend**
91:7

**terminate**
14:3 19:25 21:8 64:19
65:2 78:17 147:22
153:23 196:11,13 230:7
240:7

**terminated**
21:3 37:8 50:4 64:16
78:15 153:16 189:15
236:12,25 240:1

**terminates**
53:18 235:15

**terminating**
239:13

**termination**
19:20 20:24 21:2 37:8,
11,13,19 48:1 51:19
53:3,15,19,22,25 54:6
68:24 74:3 79:25 83:6
91:6 127:12 186:11
187:14,16,23 188:8,10,
14 204:24 205:9 225:7,
15 236:16,20

**terminations**
44:8 208:16 228:19
235:22 236:1

**terminology**
55:18

**terms**
24:22 44:21,22 65:22
68:15 71:20 133:3

**testified**
8:19 154:7 177:24
190:15 199:13 245:1
251:5

**testify**
14:18 40:8,17 41:8,17,
20,24 199:5 221:3

**testifying**
143:20,21

**testimony**
10:5,12 40:1 123:12
143:14,15 153:13
240:17 241:13 254:25
256:24 257:2

**text**
39:25 184:5 203:15
232:10 235:2 253:1

**thank**
8:22 9:3,12 16:10 21:10

30:6 45:24 48:24 49:1
55:18 73:2 75:7 76:25
102:20 111:19 115:3
135:4 137:5 140:22
165:11 188:5 190:5
196:4 213:2 232:25
256:15 257:18

**Thanks**
204:21

**there's**
9:17 12:6,10,11 28:12
33:1 34:24 35:3,25
36:8,9 39:25 51:10,16
56:10 61:8 62:18 66:22
74:3,8 81:11 87:8 88:23
90:25 97:11 99:17
100:19 113:10 121:17
122:1 124:23 127:5,24
129:19 131:8 138:7,11
139:2 144:6 146:5
150:15,16 155:22,23
156:4,5,23 157:6,8
158:12,14 159:4,17
164:25 165:13 169:16
170:19 172:11 175:17
178:18 180:5 181:6,11
185:23 188:7 192:12,
15,19 196:13 201:22
202:6 203:15 207:22
209:5 210:25 213:3
215:11 217:22 223:22,
24 224:3 225:10,21
226:14,15,19 230:15,24
232:10 235:2,3,8 243:8
248:14 253:1,10

**they're**
20:19 36:6 55:4 56:7
58:5 63:8 100:8 101:8
106:18 108:10,21
113:20 117:19 134:25
168:2 182:4 199:1
227:11 231:12 241:5
251:6

**they've**
33:6 62:23 235:19
236:11

**thing**
10:19 24:23 31:16
46:15 99:14 129:6
133:6 154:20 158:25
173:1,22 182:6 211:17
228:23 244:1

**things**
16:15 37:23 78:19 80:8,
10 82:5 106:1 113:19
114:7 137:23 138:1
142:10 143:12,17 148:1
149:23 156:4 177:11
198:20,22 226:24 234:6
241:2 256:16

**think**
12:6,10 16:9 18:21
20:23 21:3 31:6 36:7
37:1,20 38:24 41:12,23
42:2 44:19,24 45:25
46:16 47:5,10,15 50:20
52:12 54:12,15 55:4,10
56:5 57:14 61:10,18,20
68:9 69:17 71:7,10 72:7
76:18 77:16 79:13 82:8,
16 84:12 85:6,15,20,25
86:7 90:21,24 92:4,19
98:17,19 101:15 103:10
104:23 108:8 109:1,9,
22 111:8 116:12,20
119:15 120:7 124:16
126:8 127:5,23 132:23
134:23 135:13 136:15
137:7 138:3 140:4
142:9,19 143:23 144:6
148:16 151:6 153:12
154:16,21 158:8,19
159:23,24 160:3 165:24
167:19 170:15 171:7
172:12,14 175:15 176:8
180:12 181:15 190:17
194:8,9,18 196:1,2
202:10,13 208:8,11
209:4 210:4,7 211:13
212:8 213:7,24 214:3,
22 215:11,16 216:22
218:24 220:21 221:13
222:13,16,19,22 223:12
224:1 225:16 226:21
230:19,20,21 231:14
235:25 237:12 239:21
245:8 246:8,9,17
250:18 254:10,20
256:8,12

**thinking**
31:5 46:12 146:15
153:20 217:9

**third**
156:1 213:3 227:9

**thought**

45:22 99:10 104:7,20
105:9 132:2 138:15
221:1 237:14

**thousands**
50:23

**three**
22:13 34:19 45:25
119:12 169:19 186:6
216:19 217:1,10 220:17
229:5

**three-fourths**
201:22

**three-ways**
172:9

**THURSDAY**
7:2

**tick**
46:6

**time**
7:11 12:12 21:7 22:16
25:22 26:15 27:10,16
31:6 33:20 35:16 45:16,
19 47:20 49:8 51:4,12,
23 52:9,12 54:5 55:25
60:20 66:18 69:3 70:12
72:19 74:3,4 77:18
79:23 80:11,16 83:4,7,
24 93:6 94:4,13 95:24,
25 96:8 98:1,18 100:12
103:24 104:10 107:22
111:21 116:20,22
124:23 125:20,21
126:8,14,21 129:22
133:8 134:12,15 138:5
144:8 147:24 153:1,9,
10 155:13 164:14
165:12,20 166:24,25
171:17 173:11,24 174:4
176:10,16,18 178:17
179:17 180:18,20,21
187:18 188:11,17
207:5,10 209:17,18
214:11 218:25 220:5
229:18,23 230:11
231:7,12,13 243:7
244:16 246:25 247:5
257:12,15,21,23

**timeline**
65:13 81:1,3,6,8,10
82:4,23 83:1 179:7,10
225:24

**timely**
62:5

**times**
9:15 22:7,12 61:24 97:9
98:13 111:23 123:13
132:8 171:15 239:23

**timestamped**
202:9 213:10

**timing**
44:23 59:5 62:22 76:13
80:3 83:12 84:2 87:14
121:7 187:21 205:13
213:12 226:25 228:23
231:10

**Timing-wise**
75:23

**title**
22:18 27:20 56:3 77:20
193:13 194:17 220:13

**titled**
195:5

**titles**
28:5

**today**
7:12 8:12 10:2,5 11:10
14:18,23 15:21 128:12
201:24 203:11 222:10

**today's**
7:10 11:15 201:23
202:1

**top**
46:7 61:18 137:7 139:5
159:2 164:25 169:19
170:20 175:17 179:4
182:12 195:5,8 198:11
203:6 221:18 225:21
230:3,14 252:3,9

**topic**
40:4,5 213:14

**topics**
40:1,8

**Total**
15:2

**totally**
80:5 182:23

**touch**
133:5

DONALD WARREN NEUFELD, 30(B)(6) - 08/09/2018          i38

**touched**
30:9,14 245:12

**tough**
36:23

**TPS**
11:23 12:7,11,18 13:13,
17,24 14:3 15:13 16:14
18:23 19:9,13,16,20,25
21:22,23 22:2,8 23:1,
11,18 24:25 25:12,15
30:9,14,15 31:1,2,7,13,
17,21,23 32:3,10 33:3,
6,11 35:12 37:7 42:7,
17,25 43:14 44:3,7,10
47:13 48:15,16 50:4,11
53:15 58:17,19,21
59:24 60:10,23 61:6,9,
11 62:20,24 63:5,21
64:16,20 65:1,2 66:5
67:21,24 68:13,16,19
69:21,23,25 70:1,8,13,
23 73:4,20 74:1 78:6
79:25 80:14,19,22
82:18 84:16 85:5,10,14,
18 86:15 88:14,25 89:9,
14,20,25 91:6,22 94:7,
16,17 95:1,5,9,13,16,19
101:17,18,21 102:24
109:19 111:17 112:10
115:20 117:10 119:14
120:1 121:3 124:20
126:4 127:11 129:21
131:10 134:19 135:16,
17 138:6 141:4 145:21
147:13 148:2 149:10
152:5 155:6,9,15
159:18,20 160:20,24
161:22 162:7,12,22
163:24 164:3 166:12,23
168:13,14,18 169:9,12,
18,24 170:1 172:5,10
173:7 175:20 177:21
178:12,15 179:7,14,19
180:10 181:13,24 182:8
183:4 184:11,25 185:7,
9,13,19 187:13,14
188:14 189:15 190:7,
11,23,25 191:20 192:24
193:8,9 194:21,23
196:11,14,23,24
200:17,20 201:5,10,17
203:14,25 204:13
205:7,10 206:8,14
208:1,5 209:13 213:5,

21 216:6,9,16,20
219:11,15 221:21
225:14 228:4,12,15
230:5,7,11 231:5,15
232:6 233:5 235:15,22
236:1,12,15,24,25
237:1,5,22 238:3,4,11,
23 239:12,23,25 242:5,
8 250:23 251:18,21
252:13,16,22 253:8,18,
21,24 254:3,5,8,9,16

**Tracy**
28:13 175:18,23,25
177:17 178:8 179:5

**traffic**
113:18 192:5

**transcript**
10:4,1,18,20 219:10
221:16 222:19 223:10

**transition**
106:6 138:14 147:23
180:13 187:2 196:14
218:12 254:4

**transmittal**
225:22

**transmitted**
186:1

**travel**
32:19 33:22 34:8

**traveled**
33:9,20 169:2,5

**trouble**
107:11 243:16

**try**
10:7,9 13:3 83:20

**trying**
12:6 21:6 27:2 39:7
66:21 75:7 105:10
116:20 142:9 143:11,16
164:11 167:17 177:6
201:3 214:11 226:6,9
243:6,9,21

**tummy**
93:1

**turn**
39:21 40:23 169:15

**turned**
105:23 179:18

**turning**
155:19 170:18 178:25
180:21 221:15

**two**
9:17 12:21,22 13:4
16:2,15 22:13,16 25:17
31:21 34:19 42:18 57:2
104:9 134:24 153:4
162:10 175:17 183:7
184:3 186:24 207:21
220:15 221:18 224:3
229:5 244:14 246:20
253:10 256:9,16

**two-minute**
257:8

**two-thirds**
202:7 230:24

**type**
59:3 224:23 250:11

**types**
31:21

**typical**
82:23 83:1 190:10,24
191:5 216:18 225:3

**typically**
17:9 33:14 34:16 56:2,7
60:17 62:22 66:21
137:24 138:2 163:23
164:1 165:4 192:13
206:13 212:17,20
216:15 232:23 250:15

────────

**U**

────────

**U.S.**
38:1 229:7 233:2

**U//fouo**
234:3

**uh-huh**
10:19

**uh-uh**
10:19

**ultimate**
97:6

**ultimately**
112:20,22 123:3 132:21
183:16

**Um-hum**
139:23 179:3

**uncertainty**
190:11,25 205:22

**unclassified**
234:8

**unclear**
179:21

**underneath**
17:18

**understand**
11:4,7,9 21:12 25:21
29:17 40:7,18 41:7
45:21 55:17 72:6 73:22
75:7 78:12 79:18 99:2
110:4 111:5 119:23
123:17 131:6 142:9
143:9 144:14,17 156:6,
13 163:9 177:1,7
191:25 207:6 209:11
214:6 226:6 228:22
230:6 237:11,20
238:21,23 243:24
248:13,14 252:18,19
254:2

**understanding**
13:25 14:6,9 24:2,12
25:10,20 48:10 58:7
68:11 69:5,22 70:1
72:5,14,20 77:21 78:7,
11 79:2,8,10 86:23 89:8
90:16 91:18 101:6
102:6 108:14,16 109:2,
25 113:16 115:12 116:8
117:9,18 125:6,7
137:12 141:8 144:19
145:13 151:20 153:3,5
154:5 163:10 165:16
166:21 172:19,20
193:10 197:4,8,17
201:15,25 210:4 219:17
220:6 248:7,16,18,19
254:15 257:1

**understands**
40:17 224:11

**understood**
11:6 41:24 136:19

**unheard**
182:20

**United**

**7:7** 9:10 33:10 172:17 229:7,9

**unrelated**
182:23

**untested**
180:24

**update**
12:9 185:25

**updated**
141:19,22 142:17 144:20 159:18,20 160:3,8 162:7,12 184:11 186:2 192:16,21

**updates**
55:8,9 225:25

**upstairs**
175:23 177:16

**Urgent**
230:5

**USCIS**
9:8,9 17:2,7 25:22 28:10,18 42:5 44:1,5,6 54:22 57:5,21 58:2,11 67:13 72:22 73:23 74:2 79:19,20 80:23 81:19 88:18 95:7 97:12,19 99:16,21 103:5 114:21, 23 115:7,19 117:4,14, 21 121:23 122:11,16 123:1,6,20 124:6,10,13 127:9 133:12 134:4,7 135:7 140:7,8,14,15 141:3 142:6,13 144:1 145:16,23 146:1 150:6, 21 151:10,12,24,25 152:4,23 155:3 158:17 159:16 160:25 161:19 162:2,25 163:15,17,23 164:3 165:21 171:3 179:13 186:14 187:9 189:7 193:25 194:16 197:11,20,25 199:6 201:8,11 202:23 206:15 208:16 211:20 213:1 225:22 230:20 232:22 233:3,8,12 239:3 240:10,14 241:14 242:4 244:16 247:12,18

**USCIS'S**
155:5 230:21

**use**
100:13,22 101:7 114:18 180:2 212:19 221:11 234:6

**useful**
189:2

**uses**
150:6 179:13,25

**usually**
12:6 56:7 62:16,18 63:8 66:16 74:5 90:25 101:2, 5 104:2 192:8 226:15 234:5 250:17 253:14

---

**V**

**vague**
65:12 67:14 76:12 80:2 82:25 87:13 107:24 109:14 163:25 164:1,9 243:20 254:15

**Vaguely**
117:17

**vagueness**
76:4 121:7

**varies**
17:20 62:22

**various**
80:21

**vehicle**
182:22

**verbal**
10:14

**version**
59:3 98:20 101:4 132:8 139:8 160:10,12 202:11

**versus**
7:6 11:14 23:17 53:2, 18,24 59:5 64:23 90:23 130:25 143:7,21 180:7 183:8,21 186:11 187:14,18 223:18 237:4 248:21

**vetting**
132:15

**video**
7:11,13

**VIDEOGRAPHER**
7:4 8:11 45:15,18 93:5 94:3 134:11,14 173:23 174:3 229:17,22 246:24 247:4 257:11,14,19

**visibility**
64:1 65:23 79:20 92:11 101:8,10 108:13 114:3 116:4 164:12,13,19

**voice**
7:16

**volume**
52:9,13,22 54:10 74:12, 13 181:1,2

---

**W**

**wait**
34:20

**waiting**
36:6 105:11 125:24,25

**walk**
21:12

**wall**
221:25

**want**
21:11 40:16 44:20 53:6, 12 54:11 68:23 77:2,4 79:18 80:5 83:13 104:17 131:5 135:1 142:1 143:20 150:4 166:15 175:3,4 176:19 178:1 195:7 198:15,20 199:2,4 207:4,10 214:25 215:3 217:16 223:17 231:20 236:19 237:8,20 240:15 241:4 246:6,22 251:8 254:22 256:17,20

**wanted**
70:7,13 103:18 115:15 129:10 130:2 133:4,5 136:18 142:2,4 143:19 147:6 215:6 217:24 218:16 255:25

**wants**
72:1

**Waqas**
8:9

**Warren**
8:16,25

**Washington**
7:1,15

**wasn't**
107:3 111:13 136:9 161:7

**wasted**
104:8

**way**
28:6 42:25 43:19 50:25 99:2 109:2,3,22 110:2, 6,24 111:1 113:11 114:2 132:16,25 136:10 155:16 156:2 160:11 167:4 196:5 199:2 212:2 230:24 237:15

**ways**
218:5,9

**we'll**
103:25 107:5 143:13 177:10 200:25 207:11 215:17 217:21 218:14 219:9 253:11 256:10

**we're**
13:19 19:10 32:17 33:18 43:18 44:22,25 45:2,3 52:2 53:21 54:9 63:12,22 64:9,10 74:9 91:7 125:6 142:9 143:11,16 157:5 158:23 198:25 205:13 206:10 209:9 215:12,14

**we've**
25:18 64:24 78:4 102:19 119:20 135:12 190:2

**web**
241:4

**website**
15:13 225:25

**Wednesday**
192:22

**week**
186:1

**weekly**
12:9 59:5 241:3

**weeks**

34:19 162:10

**weighs**
100:10

**Welcome**
158:22

**went**
26:11,14,21,24,25 27:3
75:4 97:25 98:3,20
123:13,16 136:20
148:19 165:9 210:18
253:21

**weren't**
52:6 220:20

**what's**
12:13 23:16 40:12 55:8
64:1,11 65:23 68:11
83:1 96:14 97:4 108:16
113:16 115:25 117:18,
24 138:24 144:22
148:11 150:17 166:1
187:22 203:4 206:19
215:25 219:6 222:17
224:16 227:18 230:1
232:1 233:23 241:7
252:15

**whatever's**
64:5

**wheelhouse**
138:13

**White**
95:15 242:4,8,24 243:1,
4,8,11,19 244:2,5,8
245:14 247:10

**who's**
35:20 44:13 55:4 118:7
122:15 161:3 184:9,10

**wind**
69:3

**wish**
215:20

**withdraw**
33:3,6,12 50:4 236:24

**withdrawal**
236:20

**withdrawn**
237:1

**witness**

8:14,17 14:13 38:5,12,
23 41:14 45:12 46:8,11,
21 47:3,10 48:6,14
92:23 93:3 121:11
134:16 144:1 149:17
150:2 154:8,18 156:18
166:5 174:11 175:11
184:16,20 191:10,13
198:17,18 199:22
206:24 207:15 214:25
215:2 222:8 223:2
251:9 256:14

**witnesses**
256:9

**won't**
26:12 104:17 111:12

**wonder**
21:5 239:11

**wondering**
197:4 223:24 230:9

**word**
164:1

**worded**
99:2

**wording**
172:12

**words**
33:8 112:25 131:5
237:19 254:17

**work**
12:22,23 13:5 17:18
21:19 28:18 35:11,14
37:12 42:4,8,14 43:3,25
48:17 50:6 85:14 86:12
99:16 148:2 170:11
171:9 181:10,24 188:10
236:7 255:2

**worked**
18:9,19 22:1 28:4 73:3
246:1

**working**
20:1,9 80:19 82:19
84:6,13,17 85:18,24
86:8,15 87:11 88:14
94:12,17,21,22 108:9,
10,24 112:3 134:19,22
137:13 138:16 171:13
255:22

**workloads**

34:2

**works**
25:13 42:17 114:3
194:16

**world**
12:11

**worthwhile**
106:22

**wouldn't**
41:15 50:6 54:16 104:7
105:11 130:15 136:7
205:10

**writing**
154:23

**written**
69:7 78:5,9 103:13

**wrong**
16:9 172:13 222:19

---

**Y**

---

**yeah**
39:23 57:24 96:3
143:18 209:5 210:3
213:25 215:8,14 217:8
240:2 244:14

**year**
28:17 34:5 35:22 47:11,
15 71:6 130:17 148:16
236:2 239:14,25 244:14

**years**
9:18 18:8 19:22 22:13,
16 30:21 57:22 60:4,14
61:12 62:10 65:14,16
68:22 74:2 82:8 84:13
89:10 98:13 99:20
100:1 104:9 119:12
131:24 149:7 229:5
236:22 237:22 244:15

**Yep**
177:18

**yesterday**
14:23 15:1 85:1 141:4
163:8

**you're**
26:4 28:7 32:4 53:10
65:13 74:22 110:20
118:15 134:2 144:4

163:19 175:13 202:3
205:2 207:19 214:12,17
223:19 224:21 225:17
243:24 249:2

**you've**
9:25 29:17 30:7,8 36:19
39:20 41:7 45:1 70:12
71:17 82:24 166:14
171:4 192:6 202:13
232:18 242:23