UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

_____

PATRICK SAGET,                    )

et al.,                           )

       Plaintiffs,                ) Case No.

  vs.                             ) 18-cv-01599-WFK-ST

DONALD TRUMP, President           )

of the United States,            )

et al.,                           )

       Defendants.                )

_____


Videotaped Deposition of KATHY NUEBEL KOVARIK

Washington, D.C.

December 21, 2018


Reported by:  Michele E. Eddy

Job No. 450090


Magna Legal Services
866-624-6221
www.MagnaLS.com



```
 1    Videotaped Deposition of Kathy Nuebel Kovarik, held

 2    at:

 3

 4

 5

 6

 7                      Mayer Brown, LLP

 8                 1999 K Street, Northwest

 9                     Washington, D.C.

10

11

12

13

14

15

16

17

18

19    Pursuant to Notice, when were present on behalf

20    of the respective parties:

21

22
```



```
 1                  A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFFS:

 4            BRANTLEY WEBB, ESQUIRE

 5            GEOFFREY M. PIPOLY, ESQUIRE

 6            Mayer Brown

 7            1999 K Street, Northwest

 8            Washington, D.C.  20006

 9            (202) 263-3188

10            bwebb@mayerbrown.com

11            gpipoly@mayerbrown.com

12

13    ON BEHALF OF THE DEFENDANTS:

14            JAMES R. CHO, ESQUIRE

15            U.S. Department of Justice

16            United States Attorney's Office

17            Eastern District of New York

18            271 Cadman Plaza East

19            Brooklyn, New York  11201

20            (718) 254-6519

21            james.cho@usdoj.gov

22
```



1    ATTENDANCE, Continued

2

3    ON BEHALF OF THE DEFENDANTS:

4              KEVIN SNELL, ESQUIRE

5              U.S. Department of Justice

6              Federal Programs Branch

7              1100 L Street, Northwest

8              Washington, D.C.  20530

9              (202) 305-0924

10             kevin.snell@usdoj.gov

11

12   ALSO PRESENT:

13             Sarah Vuong, Associate Counsel

14               U.S. Citizenship and Immigration Services

15             David Voigtsberger, Videographer

16

17

18

19

20

21

22



Page 5

1                     EXAMINATION INDEX

2                                                        PAGE

3   EXAMINATION BY MS. WEBB                               13

4

5

6

7                       E X H I B I T S

8              (Attached to the Transcript)

9   DEPOSITION EXHIBIT                                    PAGE

10  Exhibit 115  Notice of Deposition of                  14

11               Katherine Kovarik

12

13  Exhibit 116  Email chain; top email dated             48

14               5-1-17 from Kathryn Anderson,

15               etc.; CP_00003778 - 3791

16

17  Exhibit 117  Email chain; top email dated             72

18               4-7-17 from Gene Hamilton to

19               Francis Cissna, etc.;

20               CP_00001526

21

22



Page 6

```
 1              EXHIBIT INDEX CONTINUED

 2   DEPOSITION EXHIBIT                              PAGE

 3   Exhibit 118  Deposition transcript of           108

 4                Kathy Nuebel Kovarik in the

 5                case styled Ramos versus

 6                Nielsen, No. 18-cv-1554

 7

 8   Exhibit 119  Email chain; top email dated       122

 9                4-28-17 from Carl Risch to

10                Kathy Nuebel Kovarik;

11                DPP_00003115

12

13   Exhibit 120  Secretary Kelly's Statement on     150

14                the Limited Extension of Haiti's

15                Designation for Temporary

16                Protected Status, Release date

17                May 22, 2017

18

19   Exhibit 121  Email chain; top email dated       160

20                5-8-17 from Brandon

21                Prelogar to Kathryn Anderson;

22                CP_00007859 - 7872
```



```
                                                          Page 7

 1                    EXHIBIT INDEX CONTINUED

 2

 3   DEPOSITION EXHIBIT                                    PAGE

 4   Exhibit 122  Decision dated 4-10-17 -                172

 5                Memorandum for the Secretary

 6                from James W. McCament;

 7                CP_00007873 - 7878

 8

 9   Exhibit 123  Email chain; top email dated            185

10                5-8-17 from Brandon Prelogar

11                to Kathryn Anderson, etc.;

12                DPP_00003121

13

14   Exhibit 124  Email chain; top email dated            191

15                5-9-17 from Dolline Hatchett

16                to Angelica Alfonso, etc.;

17                DPP_00018469 - 18474

18

19   Exhibit 125  Email chain; top email dated            198

20                5-12-17 from April Padilla

21                to Brandon Prelogar, etc.;

22                CP_00009846 - 9855
```



Page 8

```
1                    EXHIBIT INDEX CONTINUED

2

3  DEPOSITION EXHIBIT                                  PAGE

4  Exhibit 126  Email chain; top email dated           199

5               5-22-17 from Angela Hirsch to

6               Kathryn Anderson, etc.;

7               DPP_00007306 - 7313

8

9  Exhibit 127  Email chain; top email dated           209

10              10-22-17 from Robert Law to

11              Kathy Nuebel Kovarik;

12              DPP_00003349 - 3350

13

14  Exhibit 128  Email chain; top email dated           228

15              10-22-17 from Andrew Veprek

16              to John Zadrozny;

17              CP_00002736 - 2738

18

19  Exhibit 129  Email dated 10-26-17 from Ian          255

20              Smith to Michael Dougherty, etc.;

21              DPP_00003102

22
```



Page 9

1                  EXHIBIT INDEX CONTINUED

2

3    DEPOSITION EXHIBIT                              PAGE

4    Exhibit 130   Email dated 12-7-17 from Ian        255

5                  Smith to Kathy Nuebel Kovarik;

6                  CP_00003431 - 3433

7

8    Exhibit 131   The Washington Post article         267

9                  titled "Homeland Security staffer

10                 with White nationalist ties attended

11                 White House policy meetings" by

12                 Nick Miroff dated August 30

13

14

15

16

17

18

19

20

21

22



1                P R O C E E D I N G S

2                    Washington, D.C.

3                    December 21, 2018

4                          -  -  -

5            THE VIDEOGRAPHER:  Good morning.  We

6    are now on the record.  This begins tape

7    number 1 of the deposition of Kathy Kovarik in

8    the matter of Saget, et al. versus Donald

9    Trump, President of the United States, in the

10   United States District Court in the Eastern

11   District of New York.

12            Today is December 21st, 2018, and

13   the time is 9:59 a.m.

14            This deposition is being taken at

15   1999 K Street, Northwest, Washington, D.C. at

16   the request of Mayer Brown.

17            The videographer today is David

18   Voitsberger of Magna Legal Services, and the

19   court reporter is Michele Eddy of Magna Legal

20   Services.

21            Will counsel please introduce

22   yourselves and who you represent.



Page 11

1            MS. WEBB:  Brantley Webb from Mayer

2    Brown on behalf of the plaintiffs.

3            MR. PIPOLY:  Jeffrey Pipoly, Mayer

4    Brown, on behalf of the plaintiffs.

5            MR. CHO:  Good morning.  James Cho

6    with the U.S. Attorney's Office here on behalf

7    of the government.

8            MR. SNELL:  Kevin Snell, Civil

9    Division of the Federal Programs Branch of the

10   government.

11           MS. VUONG:  Sarah Vuong, United

12   States Citizenship and Immigration Services.

13           THE VIDEOGRAPHER:  Would the court

14   reporter please swear in the witness.

15               KATHY NUEBEL KOVARIK,

16   having been duly sworn, testified as follows:

17           MR. CHO:  Before we get started, I

18   just want to put on the record that, based on

19   prior conversations with Plaintiffs' counsel,

20   the deposition today of Kathy Nuebel Kovarik

21   is limited to matters that were not discussed

22   at her prior deposition on August 3rd, 2018.



Page 12

```
 1              MR. PIPOLY:  That's not accurate.

 2    We didn't agree to that.  You raised that.

 3              MR. CHO:  Well, we had a discussion

 4    about it.

 5              MS. WEBB:  You had a discussion

 6    about it, but I want to be clear that we did

 7    not -- the Plaintiffs did not agree to so

 8    limit the testimony.

 9              MR. CHO:  Okay.  Well, we can

10    discuss it off the record.

11              MR. PIPOLY:  Okay.

12              MS. WEBB:  We can go off the record

13    now if you would like.  We might as well.

14              MR. CHO:  Okay.  No, we can to -- we

15    can proceed.  I'm just noting that for the

16    record.

17              MR. PIPOLY:  So, I mean, for the

18    record, the Defendants made a request to limit

19    the testimony.  The Plaintiffs did not agree.

20    The Defendants did not file a motion seeking

21    the court to resolve the issue.

22              MR. CHO:  Okay.  Well, we can
```



Page 13

1    proceed.

2            MR. PIPOLY:  Okay.

3            EXAMINATION BY COUNSEL FOR PLAINTIFFS

4    BY MS. WEBB:

5        Q    All right.  Could you state your

6    full name for the record.

7        A    Sure.  Kathy Nuebel Kovarik.

8        Q    And could you give a home address or

9    generally where you live.

10       A    I live --

11           MR. CHO:  Don't give a home address.

12   Identify the city where you live.

13       A    I live in Washington, D.C.

14       Q    Okay.

15           MS. WEBB:  We'll mark this as 115.

16           MR. CHO:  I'm sorry, what number is

17   this?

18           MS. WEBB:  This is 115 is what we're

19   starting at.

20           MR. CHO:  115?

21           MS. WEBB:  Correct.

22           MR. SNELL:  Do you have a third



```
 1   copy?

 2           MS. WEBB:  I don't think I do of

 3   this.  I think I actually do today have --

 4   let's see, one, two, three, four, yes, I'll

 5   have copies.

 6           It's 115.

 7           (Exhibit 115 was marked for identification

 8   and attached to the deposition transcript.)

 9   BY MS. WEBB:

10       Q    Okay.  What would you -- what would

11   you preferred to be called today?

12       A    My name is Kathy, not Katherine, so

13   this is incorrect.

14       Q    Have you seen this before?

15       A    No.

16       Q    Okay.  Do you understand that it's

17   addressed to you and that you're here today to

18   testify pursuant to this notice and subpoena?

19       A    Yes.

20       Q    Okay.  Now, have you been deposed --

21   I know you've been deposed once before.  Is

22   that correct?
```



Page 15

1      A     That is correct.

2      Q     Okay.  So I'll just remind you of

3   the basic ground rules of this deposition.  So

4   that deposition was a 30(b)(6) deposition, so

5   you were testifying on behalf of your agency.

6   Do you understand that?

7      A     Yes.

8      Q     And today this is a fact -- you're

9   here as a fact witness, so you're going to be

10  testifying as to what you know, your

11  experiences.  Does that make sense?

12     A     Yes.

13     Q     Okay.  So just to refresh, the court

14  reporter is making a transcript.  You should

15  answer audibly so she can understand instead

16  of shaking your head.

17           I'll be asking questions.  Just

18  allow me to finish my question before you

19  answer.

20           If you don't understand a question,

21  please ask me to clarify.  And if you don't,

22  I'll just assume that you understand the



1    question.  Does that make sense?

2         A    Yes.

3         Q    If you would like to amend an answer

4    at any time, please let me know, otherwise

5    I'll assume that you've given a full and

6    complete answer.

7              And you can take a break at any

8    time.  I would just ask that you answer the

9    question that I have pending.

10        A    Okay.

11        Q    Now, your attorney will make

12   objections, but those are for the record.  So

13   unless he instructs you not to answer, you are

14   still required to answer.

15             Do you understand?

16        A    Yes.

17        Q    Is there any reason you can think of

18   why you cannot give full and complete answers

19   today?

20        A    No.

21        Q    Okay.  You're not suffering from any

22   physical or mental conditions that would make



1    you unable to provide full and complete,

2    truthful testimony today.

3         A    No.

4         Q    I have to ask, are you on any

5    medication that would also prevent you from

6    giving full, complete, and truthful answers

7    today?

8         A    No.

9         Q    Is there any other reason why you

10   might not be able to provide full and accurate

11   testimony here today?

12        A    Not that I know of, no.

13        Q    Okay.  Any questions for me?

14        A    No.

15        Q    Okay.  Could you describe what you

16   did today to prepare for this deposition?

17             MR. CHO:  Object to form.  Object on

18   the grounds it may seek information that's

19   attorney-client privilege, but you can answer.

20        A    So, to prepare I spoke with counsels

21   and spent time talking about --

22             MR. CHO:  Again, don't discuss --



Page 18

1    don't discuss anything that we talked about.

2            THE WITNESS:  Sure.

3            MR. CHO:  You can -- but go ahead

4    with your answer.

5        A    So, I just talked to counsels and I

6    also read the law and the notices.

7        Q    Okay.  The statute --

8        A    The statute.

9        Q    -- at issue?

10       A    Correct.

11       Q    And the Federal Register Notices?

12       A    For Haiti.

13       Q    For Haiti, okay.

14            How many times did you meet with

15   counsel?

16       A    Once.

17       Q    Was anyone else present at the

18   meeting other than your counsel?

19       A    No.

20       Q    Okay.  Did you have any

21   communications with anyone else about your

22   deposition here today?



Page 19

```
 1        A     No.

 2        Q     Did you have any communications with

 3   anyone else in this case about their

 4   depositions prior to today?

 5        A     No.

 6        Q     So I understand, you were deposed in

 7   the Ramos matter this past summer, correct?

 8        A     Correct.

 9        Q     And did you have a chance to review

10   the transcript of your testimony there?

11        A     I did not.

12        Q     You did not.  So you did not sign --

13   or review and sign --

14        A     Not recently.

15        Q     Oh.

16        A     I, in fact, received a copy of the

17   transcript after my deposition.

18        Q     Correct.  Do you recall reviewing

19   and signing it?

20        A     I don't recall signing it, and I

21   don't recall reviewing it.

22        Q     Maybe we can check to see if you
```



1    signed.  It's not a quiz.  Just to check.

2              Okay, it looks like you didn't sign

3    this copy.

4              At the time did you feel that your

5    testimony in that deposition was accurate?

6        A    Yes.

7        Q    And truthful?

8        A    Yes.

9        Q    Did you talk with anyone else about

10   that deposition other than counsel?

11       A    No.

12       Q    Are you aware that following your

13   deposition, Ramos, the judge in that case,

14   entered an injunction temporarily halting the

15   affect of the TPS termination for Haiti?

16       A    Yes.

17            MR. CHO:  Object to the form.  You

18   can answer.

19       A    I am aware of an injunction.

20       Q    Have you discussed that injunction

21   with anyone other than counsel?

22       A    Well, I am only aware of it because



Page 21

1    in my current capacity I had to make sure that

2    we comply with the injunction, so ...

3         Q    And how did you -- how did you do

4    that?

5              MR. CHO:  Object to the form.

6         A    Well, in order to comply with the

7    court order, we had to issue a Federal

8    Register Notice to allow -- to notify the

9    public of the steps that they need to take and

10   what steps the government would take, so I

11   helped in drafting that notice.

12        Q    Okay.  Aside from that notice, are

13   you aware of any other changes to policies or

14   practices at USCIS related to Haiti TPS?

15             MR. CHO:  Object to the form.

16        A    No.

17        Q    Let's go over a bit of your own

18   background and history.

19        A    Sure.

20        Q    Did you graduate from college?

21        A    I did.

22        Q    Where did you go?



Page 22

```
1      A     I went to Denison University in

2   Granville, Ohio.

3      Q     What was your major?

4      A     It was political science with a

5   Spanish minor.

6      Q     Do you speak Spanish?

7      A     I do.

8      Q     I understand that you spent some

9   time working for the U.S. Senate.  Could you

10  just walk me through your roles there.

11     A     Sure.

12     Q     Starting with your earliest one.

13     A     I interned for Senator Grassley in

14  1996, and when -- upon gradation from college,

15  I went to work for Senator Grassley full-time

16  on his -- in his personal office.  So I had

17  several roles from receptionist to legislative

18  correspondent to eventually legislative

19  assistant.  And I later turned -- I went from

20  the Senate -- the Senator's personal office to

21  the Senate Judiciary Committee where I became

22  professional staff.
```



Page 23

```
 1        Q    Okay.  And during which of those
 2   roles -- during any of those roles did you
 3   work on immigration issues for the Senator?
 4        A    So, I was a legislative
 5   correspondent, which answers mail, does
 6   research for policy advisors, and I started
 7   immigration at that time, it was around,
 8   probably early 2000.  And then as a
 9   legislative aide I -- my portfolio included
10   immigration issues, so in 2001 I was the
11   policy advisor for the Senator on this issue,
12   and so I worked on immigration until I left in
13   2018 -- I'm sorry, '17.  So for nearly 16, 17
14   years I worked on immigration.
15        Q    Is that the primary issue that you
16   worked on, would you say?
17        A    So -- that was the primary issue
18   that I worked on.  And when I was in -- on the
19   Senate Judiciary Committee, I was the lead
20   advisor on immigration issues and not only for
21   the Senator but also for the committee, and
22   also really the point person for the entire
```



Page 24

```
 1    U.S. Senate.  And I worked solely on

 2    immigration issues in the last few years of my

 3    time on the Senate.

 4         Q     Were you involved in working with

 5    Senator Grassley on his decision to sponsor

 6    the Dream Act?

 7              MR. CHO:  Object to the form.

 8         A     Yes, I worked on that issue with

 9    Senator Grassley, yes.

10         Q     Could you just describe for the

11    record what the Dream Act is.

12         A     Well, the Dream Act has been around

13    since 2000 and it has had several different

14    shapes and versions, but essentially it

15    provides a path to citizenship for certain

16    individuals under a certain age, depending on

17    how they entered the United States and under

18    certain conditions.

19         Q     Sure.

20              What -- in what capacity did you

21    assist him with his work on that act?

22         A     So, it was my job to do the
```



Page 25

1    research, to review the legislation, and also

2    to advise him on different amendments that may

3    -- may come up, different policy positions and

4    options.

5         Q    Okay.  Did you study the Dream Act

6    of population in that research, the population

7    that it would apply to?

8              MR. CHO:  Object to the form.

9         A    I don't recall.  It was early 2000

10   when -- when it first came up.  I did a lot of

11   research on the Dream Act and the impact that

12   it would have, so that would just be one issue

13   where it would be researched.

14        Q    Okay.  Was it your recommendation to

15   Senator Grassley that he sponsor the bill?

16             MR. CHO:  Object to the form.  I'm

17   also going to object on the grounds that seeks

18   information leading to internal governmental

19   deliberations.  Also the crux of this lawsuit

20   is Haiti TPS, not the Dream Act, so I would

21   ask counsel to rephrase the question.

22        Q    It's not essential.



Page 26

```
 1              While you were working for Senator
 2    Grassley, did you work on any TPS-related
 3    issues?
 4         A    Not necessarily.  Only if it came up
 5    in the -- in the context of immigration
 6    reform.  There were several immigration reform
 7    pieces of legislation in 2006, 2007, 2012,
 8    huge bills, over 1200 pages long, and there
 9    may have been a TPS provision in those bills.
10    I don't recall what they were, but that's the
11    extent that I would have worked on TPS.
12         Q    Okay.  Did you study the TPS
13    beneficiary populations in any way while you
14    were there?  Do you recall?
15              MR. CHO:  Object to the form.  You
16    can answer.
17         A    I don't recall.  I was aware of what
18    -- of TPS and who was on -- what countries
19    were designated.
20         Q    Okay.  Do you recall any meetings
21    from your time there where TPS was discussed?
22         A    I don't.
```



Page 27

```
1              MR. CHO:  Object to the form.

2        Q    Okay.

3        A    I don't recall specific meetings on

4   that issue.

5        Q    Just a couple more questions on your

6   background.  Do you have any military service

7   in your background?

8        A    I do not.

9        Q    I assume you've never been convicted

10  of a crime?

11       A    No, I have not.

12       Q    Okay.  Just very broad -- generally,

13  could you describe your job responsibilities

14  currently in your position at USCIS.

15       A    Sure.  So I'm chief of the Office of

16  Policy and Strategy, and my office is

17  responsible to advise the Director and to

18  suggest policy changes or -- we're mostly

19  responsible for the policy manual which guides

20  adjudicators, as well as rules and

21  regulations, the notice and comment rulemaking

22  process.
```



Page 28

1      Q    Okay, thank you.

2           And were you responsible for making

3    a recommendation to the DHS Secretary on

4    whether to end or continue TPS for Haiti?

5           MR. CHO:  Object to the form.

6      A    My job was to provide information

7    for the Director to make a recommendation to

8    the Secretary.

9      Q    Were you responsible for drafting

10    the decision memo that went to the Director?

11           MR. CHO:  Object to the form.

12      A    It was my responsibility -- Office

13    of Policy and Strategy has always been the

14    beginning of the process for TPS, and so we do

15    draft a decision memo for the Director to send

16    to the Secretary.

17      Q    And did you make a determination as

18    to what recommendation should go in that memo

19    that went to the Director on Haiti?

20           MR. CHO:  Object to the form, and

21    also on the grounds that it seeks information

22    leading to internal governmental



1    deliberations.  The witness can answer.

2         A    It was my job to make sure that the

3    memo not only included country conditions but

4    to also have a placeholder for the Director to

5    provide a recommendation to the Secretary.

6         Q    Okay.  And did the memo recommend a

7    particular decision to the Secretary?

8         A    Yes.

9              MR. CHO:  Object to the form.

10   Again, it calls for internal governmental

11   deliberations.  Maybe you can kind of bracket

12   your question.  What decision memo are you

13   referring to?

14             MS. WEBB:  The decision memo on

15   Haiti TPS.

16             MR. CHO:  Right.  There are a number

17   of decision memos.

18             MS. WEBB:  The final, I mean, the

19   one that he signed we're now talking about.

20             MR. CHO:  Which one are you

21   referring to?  There are multiple.

22             MS. WEBB:  The number third, 2017,



Page 30

1    final decision memo that went to Director

2    Cissna.  Does that help?  Thank you for that.

3    There are a number of them.

4         A    So if there was a recommendation in

5    there, yes, then my office was responsible for

6    making sure that it was -- that it included a

7    recommendation.

8         Q    Okay.  So you mentioned your -- your

9    office, your staff was responsible for doing

10   the research that went into the memo and for

11   making sure it included a recommendation,

12   correct?

13           MR. CHO:  Object to the form.  You

14   can answer.

15        A    Let me restate that just because I

16   don't want it to -- just restate it correctly,

17   that my office is responsible for compiling

18   information, putting together a memo, which

19   includes country conditions and other input as

20   necessary, including a recommendation and

21   providing a draft for the Director to

22   consider.



Page 31

1      Q     Okay, thank you.

2            So compiling the information.

3      A     Yes.

4      Q     Yes, okay.

5            So before commencing this compiling

6      of information, did you make a determination

7      as to what the recommendation in the decision

8      memo should be?

9            MR. CHO:  Object to the form.  Also

10     to the extent it seeks information leading to

11     internal governmental deliberations, but the

12     witness can answer.

13     A     Well, generally when a TPS memo is

14     written, I usually work with my staff and

15     discuss not only the country conditions but

16     also what their recommendation would be, and

17     then we ultimately provide -- we have

18     discussions, and the same discussions are had

19     with the Director.

20     Q     Okay.  Before the compiling of

21     information begins, correct?

22     A     Oh, before it begins, no.  No, we



Page 32

1    look at the country conditions.  I think the

2    recommendation is probably the last thing that

3    we consider.

4         Q    Okay.  Before beginning to compile

5    information for this decision memo, was it

6    ever suggested to you in advance what the

7    recommendation should be?

8         A    No.

9              MR. CHO:  Object to the form.  Just

10   for clarity, the questions you're asking

11   related to the November 3rd, 2017, memo?

12             MS. WEBB:  Yes.  I'll start

13   repeating that.

14   BY MS. WEBB:

15        Q    So, in other words, you were never

16   told that the recommendation should be

17   termination or should be extension before you

18   started compiling information for it --

19             MR. CHO:  Object to the form.

20        Q    -- for the 2017 TPS, November 2017

21   TPS?

22             MR. CHO:  Also object on the grounds



Page 33

1     that it seeks internal governmental

2     deliberations, but the witness can answer.

3         A    No.

4         Q    And the same question, was it ever

5     suggested to you in some way, implicitly, as

6     to what the recommendation should be with

7     respect to the November 2017 Haiti TPS memo

8     before you began compiling that research?

9             MR. CHO:  Object to the form.

10        A    No.

11        Q    Could you describe, just at a high

12    level, the types of -- the kinds of

13    information that your office compiles for the

14    memo.

15        A    Sure.  So when we write a memo, we

16    want to make sure we know everything about

17    that country that there is to know.  So

18    different countries may include different

19    information, such as the environmental issues

20    that they have, agriculture, trade, economic,

21    tourism issues.  Displacement may -- may be

22    significant in some -- in some memos.  I'm not



Page 34

```
 1   entirely -- I don't entirely remember all the

 2   factors that were included in the Haiti, but

 3   generally it's almost everything about a

 4   country that the Secretary and the Director

 5   would need to know.

 6            MS. WEBB:  So not to repeat the

 7   testimony in her 30(b)(6) deposition, but I

 8   just want to very briefly go over a little bit

 9   of sort of her daily routine and her

10   responsibilities.

11       Q    So you report to Director Cissna,

12   correct?

13       A    That is correct.

14       Q    How frequently do you meet with him

15   or speak with him?

16       A    On a daily basis.

17       Q    Okay.  By email, phone?

18       A    Email, phone, in-person.

19       Q    Okay.  You have meetings daily with

20   him?

21       A    That is correct.

22            MR. CHO:  Object to the form.
```



Page 35

1      Q     And those daily meetings, does

2   anyone else attend them other than you and

3   Director Cissna?

4           MR. CHO:  Object to the form.

5      A     Yes.  So his Deputy Director or

6   Acting Deputy Director, his Chief of Staff,

7   his Deputy Chief of Staff, and his counsel and

8   advisors.

9      Q     Okay.  And who are those people?

10          MR. CHO:  Object to the form.

11     Q     Just for the -- just for the record.

12     A     Well, they have changed.  So --

13     Q     Currently.

14     A     Currently?  The Acting Deputy

15   Director is Tracy Renaud, R-E-N-A-U-D.

16   Counsel is Craig Symons.  Chief of Staff is

17   Laura Reece.  His advisor, Kaitlin Stoddard.

18   And just recently we've included a new

19   employee, Kathryn Rexrode, who is an Associate

20   Director for the External Affairs Division.

21     Q     Okay, thank you.

22          And are you supported by a senior


MAGNA
LEGAL SERVICES

Page 36

1    advisor?

2          MR. CHO:  Object to the form.

3      A    I do have a senior advisor, yes.

4      Q    Okay.  And who is that?

5      A    Robert Law.

6      Q    Does he ever attend these meetings

7    as well?

8          MR. CHO:  Object to form.

9      A    No.

10     Q    Does anyone from outside USCIS ever

11   attend these meetings?

12         MR. CHO:  Object to the form.

13     A    No.

14     Q    Okay.  Other than these daily

15   meetings, do you have any other standing

16   meetings with Director Cissna?

17     A    Sure.  So he does one-on-ones with

18   associate directors with the agency.  So I,

19   along with counsel, we -- we have a standing

20   meeting on Mondays.

21     Q    Okay.  And what is the general

22   subject matter of those meetings, those



Page 37

1    Mondays -- Monday meetings?

2         A    We provide updates on regulations

3    and policy manual updates.  Counsel may

4    provide updates on his end.  So it's normally

5    just an update.  It can be office updates,

6    vacancies and the like.

7         Q    Okay.  And is that Craig Symons,

8    counsel, that you're referring to?

9         A    Yes.

10        Q    And are those meetings ever attended

11   by anyone other than the three of you?

12             MR. CHO:  Object to the form.

13        A    Currently there are only us three,

14   and in the past we have brought in other

15   people, subject matter experts, meaning a

16   deputy at times so he can relay information

17   back to the staff.

18        Q    Okay.

19        A    So it has changed, but currently it

20   is us three.

21        Q    Okay.  Do you have any meetings,

22   standing meetings, related to immigration at



Page 38

1    the White House?

2            MR. CHO:  Object to the form.

3        A    There have been standing meetings.

4    Currently they are not happening.  They have

5    happened in the past.

6        Q    When, approximately, were they

7    occurring?

8        A    There are separate -- different

9    types of meetings.  So you might have internal

10   -- or interagency meetings, what are known as

11   policy council committees.  And those happen

12   frequently but not on a set basis.

13           And then there's -- there was a

14   weekly meeting with interagency partners on

15   immigration issues that would convene on

16   Friday afternoons with the Domestic Policy

17   Council.

18       Q    Okay.  And that one is not currently

19   happening?

20       A    Right.

21       Q    Okay.  When, approximately, was that

22   meeting regularly occurring?



Page 39

1          MR. CHO:  Object to the form.

2      A    It's been so long, I would say it

3   might have been in -- I can't remember the

4   last time the meeting actually happened, but

5   some, you know -- 2017, maybe summer of 2017

6   to 2018.

7      Q    Okay.  Okay.  And for that

8   interagency partners meeting, who from USCIS

9   would attend that meeting?

10          MR. CHO:  Object to the form.  You

11   can answer.

12      A    So, that would also change.  I

13   wouldn't go -- wouldn't go every Friday.  So

14   Craig Symons, counsel, would attend and Robert

15   Law would attend.  Normally it was the three

16   of us, and one of us would try to attend, not

17   always.

18      Q    Okay.  What about anyone else from

19   DHS outside of USCIS?

20          MR. CHO:  Object to the form.

21      A    Yes, and that -- and that changed,

22   too.  DHS policy would -- Michael Dougherty



Page 40

1    would attend.  And there's been turnover, but

2    their senior advisors from DHS may attend.

3         Q    Any names come to mind?

4         A    Gene Hamilton was an advisor, and

5    Tracy Short was an advisor at one point.

6         Q    Okay, great.  Thank you.

7              Who at -- anyone outside of DHS

8    USCIS, who else would attend?

9         A    Outside of DHS?

10        Q    Yes.

11             MR. CHO:  Object to the form.

12        A    So, you might have Department of

13   Justice attend or Department of State attend.

14        Q    Okay.  What about anyone from the

15   Domestic Policy Council?

16             MR. CHO:  Object to the form.

17        A    Yes, Domestic Policy Council staff

18   would attend.

19        Q    Okay.  And what about anyone from

20   the White House?

21             MR. CHO:  Object to the form.

22        A    Stephen Miller would attend.  I



1   don't know if he's with the Domestic Policy

2   Council or if he's White House staff, but ...

3          Q     And would he attend regularly?

4          MR. CHO:  Object to the form.

5          A     He was not there all the time, but

6   regularly, yes.

7          Q     Okay.  Now, would TPS ever come up

8   at those Friday meetings?

9          MR. CHO:  Object on the grounds that

10  it seeks to lead to internal governmental

11  deliberations, as well as presidential

12  communications, but the witness can answer

13  with that limitation in mind.

14         A     So generally issues came up only if

15  they were on -- on the agenda or something was

16  happening in that realm.  So it may have come

17  up as an update, but not a general discussion

18  on TPS.

19         Q     Who would provide those updates?

20         MR. CHO:  Object to the form.

21         A     That would normally be me if I

22  provided an update on USCIS actions or agenda



Page 42

 1   items.

 2        Q    Okay.  And you don't remember any

 3   discussion around TPS based on those updates?

 4        A    No, I don't.

 5             MR. CHO:  Object to the form.

 6        Q    You didn't get any questions from

 7   anyone --

 8             MR. CHO:  Object to the form.

 9        Q    -- about the material you were

10   updating on?

11             MR. CHO:  Object to the form.

12        A    No, I don't recall any discussion on

13   TPS.  I remember -- we provide updates, and it

14   probably was an update, but no discussion on

15   the issue.

16        Q    Did the meeting generally consist of

17   people making updates to the group?

18        A    Yes.

19        Q    Okay.  So there's no dialogue about

20   the updates?  It was just presentations?

21             MR. CHO:  Object to the form.  Also

22   on the grounds that it seeks information



Page 43

1    relating to presidential communications, but

2    the witness can answer with that limitation.

3         A    A lot of it was updates.  There may

4    have -- discussions may have happened

5    depending on an update, but most of the time

6    it was a meeting just to say what was going on

7    in each department.

8         Q    What responsibilities does your

9    senior advisor, Mr. Law, have?

10        A    So my senior advisor -- I had a

11   senior advisor before Rob Law, and that person

12   helped -- helps in reviewing materials.  A lot

13   of that is reviewing materials or drafting

14   materials in some instances.  But we have a

15   lot of subject matter experts in Office of

16   Policy and Strategy that do the work, and then

17   it flows up through what we call the front

18   office.  So Rob would review not everything

19   because sometimes I would review it first, so

20   he -- but he does a lot of reviewing.

21        Q    Okay.  Do you remember how you met

22   Mr. Law?



Page 44

```
1        A    I was working on the Hill at the

2   time.

3        Q    Okay.  Do you remember approximately

4   when that was?

5        A    No.

6        Q    On what occasion did you have to

7   meet him while you were working on the Hill?

8             MR. CHO:  Object to the form.

9        A    I believe it was a meet-and-greet

10  when I was lead staffer on the Senate

11  Judiciary Committee.  I was responsible for

12  meeting with all constituents, industry

13  organizations, entities that had an

14  immigration issue.  So I -- if -- it was a

15  meet-and-greet where I got to know him.

16       Q    Okay.  Do you recall meeting him or

17  meeting with him more than once while you were

18  on the Hill?

19       A    Just a few times.  Not regular.

20  Maybe two times, three times.

21       Q    Okay.  Did you have any other

22  communications with him during your time on
```



Page 45

```
 1   the Hill?

 2        A    I don't recall.  Possibly.

 3        Q    Do you recall ever discussing TPS

 4   with him while you were on the Hill?

 5        A    No.

 6        Q    Do you know where he worked at the

 7   time?

 8        A    Yes.

 9        Q    Where was that?

10        A    FAIR.  It stands for Federation

11   American Immigration -- I don't know the

12   acronym, what it stands for.

13        Q    Federation American Immigration

14   Reform, something like that.

15        A    Okay.

16             MS. WEBB:  Okay.  Let's mark ... I

17   apologize.  Could we take a short break?

18             MR. CHO:  How much time do you need?

19             MS. WEBB:  I need to find a

20   document.

21             Five minutes.

22             MR. CHO:  Five minutes, all right.
```



Page 46

1          THE VIDEOGRAPHER:  Going off the

2     record.  10:36.

3               (A brief recess was taken.)

4          THE VIDEOGRAPHER:  And we're back on

5     the record at 10:42.

6     BY MS. WEBB:

7     Q    Okay.  A couple more questions about

8     Mr. Law.  So when you met with him those

9     couple of times while you were working on the

10    Hill, do you recall generally what kinds of

11    issues you would discuss with him?

12    A    Generally we would talk about

13    legislation that was before the Senate, but I

14    don't recall the specific conversations I've

15    ever had with him, and they were very general,

16    though.

17    Q    Okay.  And did you hire him into his

18    current position?

19          MR. CHO:  Object to the form.

20    A    I don't have the authority to hire

21    so all the hiring goes through Department of

22    Homeland Security, so they have to approve it,



Page 47

1    and then it goes through the Office of

2    Personnel Management.

3         Q    Sure.

4              How did he come to be hired as your

5    senior advisor?

6              MR. CHO:  Object to the form.

7         A    So, we have the ability within

8    agencies to hire Schedule C or political

9    appointees, and so recommendations were always

10   made.  I don't recall the specifics of how he

11   came about or how we got his resume, but --

12   but -- I don't know if he was destined to go

13   to the Office of Policy and Strategy or if I

14   pursued him.  I don't recall.

15        Q    Or, I'm sorry?

16        A    If I pursued him.

17        Q    So you don't recall whether you

18   recommended him to be hired?

19        A    I may have recommended him.  I

20   needed a senior advisor so I was willing to

21   take any recommendations that were made to me,

22   and I, you know, probably helped hire him.



Page 48

```
 1      Q    Okay.  And do you recall who

 2   recommended him to you?

 3      A    I don't.

 4      Q    One more question, I guess, why --

 5   why do you think he was qualified for the job,

 6   working for you?

 7           MR. CHO:  Object to the form.

 8      A    Well, he has a law degree, so he has

 9   different background than I do, and we need

10   someone with immigration knowledge, which is

11   hard to come by.  So he has a good background

12   in immigration law.

13      Q    Okay.  All right.

14           MS. WEBB:  Let's mark Exhibit 116.

15           (Exhibit 116 was marked for identification

16   and attached to the deposition transcript.)

17           MS. WEBB:  And what's the Bates

18   number on that?  3778.

19           MR. PIPOLY:  3778?

20           MS. WEBB:  Yes.

21           MR. PIPOLY:  Thank you.

22
```



Page 49

1  BY MS. WEBB:

2       Q    So, in general, I will pass you a

3  bunch of documents today.  Take your time to

4  review them.  Take as long as you need.  And

5  just let me know when you're ready for a

6  question.

7       A    (Document review.)

8            MR. CHO:  The government objects to

9  Exhibit 116 on the grounds that it contains

10  internal governmental deliberations, but the

11  witness can answer questions about this

12  exhibit.

13       A    (Document review.)

14            Okay.

15       Q    It's one of the longer ones.

16       A    Yeah.

17       Q    Okay.  Actually, just a couple more

18  background questions for you that I thought of

19  while you were reading.  You mentioned

20  Schedule C, Schedule C, employees, political

21  appointees.  Can you just describe for the

22  record what that is.



Page 50

1        A     Sure.  I only know it by title, but

2   schedule -- there are different schedules for

3   government workers.  Schedule A and C is all I

4   know.

5        Q     Okay.

6        A     I'm sorry, Schedule C is just a

7   political appointee, I believe.

8        Q     Okay.  And that is what you are,

9   correct?

10       A     It's how I initially entered the

11   government.

12       Q     Okay.

13       A     Under a Schedule C as a senior

14   advisor to then Secretary Kelly, but then I

15   became a senior executive with CIS.

16       Q     Is that also a political position?

17       A     Yes.

18       Q     Great.

19             Turning to the -- we're going to go

20   to the very first email in the chain, which is

21   on the very last page.

22       A     Okay.



Page 51

1      Q    So who are -- excuse me -- who is

2    Brandon Prelogar?

3      A    Brandon Prelogar is the Division

4    Chief in the International and Humanitarian

5    Divisions under my directorate, OP&S, Office

6    of Policy and Strategy.

7      Q    And what about Kathryn Anderson?

8      A    Kathryn Anderson worked under

9    Brandon in that same division in my office.

10     Q    Okay.  Does she still work under

11   Brandon?

12     A    She does not.

13     Q    Okay.  Where does she work now?

14     A    She works in a separate directorate

15   called Refugee Asylum and International

16   Operations, RAIO.

17     Q    That is RAIO.

18          What about Mark Phillips?

19     A    Mark Phillips is also a division

20   chief who overseas our Residence and

21   Naturalization Division.  So he has -- yeah.

22     Q    Residence and naturalization.



Page 52

1        A    Yes.

2        Q    Okay.   The subject of the email is

3    TPS data, correct?

4        A    Correct.

5        Q    The date on the email is Friday,

6    April 7th, 2017.   Was that your first week on

7    the job?

8        A    I started as chief the first week of

9    April, yes.   So -- yes.   But not -- not my

10   first week at U.S. Citizenship and Immigration

11   Service.

12       Q    Okay.   Prior to -- excuse me.

13            So when you began as chief, had you

14   had any training on TPS?

15            MR. CHO:   Object to the form.

16       A    There was no training specific on

17   TPS.

18       Q    And the three individuals on the

19   email, these are what you, I think, earlier

20   described subject matter specialists --

21       A    Experts.

22       Q    -- or experts.   Subject matter



Page 53

```
 1    experts.

 2            And are they -- are these

 3    approximately political appointees or career

 4    employees?

 5        A    Career.

 6        Q    And would you say that you would

 7    generally defer to them on subject matter

 8    research that they provide you?

 9        A    Yes.

10            MR. CHO:  Object to the form.

11        Q    Okay.  So, you say, "Hey there.  I

12    am hoping you guys can help pull some data, to

13    the extent possible, by the end of the day."

14            Did I read that right?

15            MR. CHO:  Objection.  The document

16    speaks for itself.

17        A    That is correct.

18        Q    So you're asking for the information

19    below by the end of that Friday, correct?

20            MR. CHO:  Object to the form.  The

21    document speaks for itself.

22        A    To the extent possible.
```



Page 54

1      Q    At the time did you have an

2    understanding of how long it might take to get

3    the information?

4            MR. CHO:  Object to the form.

5      A    No, I did not.

6      Q    So you ask them for -- you say,

7    "Aside from that chart already provided with

8    the country/year/number of TPS holders, here's

9    what I need:  Details on how many TPS holders

10   are on public and private relief"; 2, "any

11   demographic data, including how many with TPS

12   are school-aged kids."  Third bullet point,

13   "how many have been convicted of crimes of any

14   kind (any criminal/detainer stats you can

15   find)."

16           Fourth bullet point, "how many often

17   they travel back and forth to the island."

18   And fifth, "remittances data."

19           Did I read that correctly?

20           MR. CHO:  The document speaks for

21   itself.

22      A    That is correct.



Page 55

1          MR. CHO:  So you're aware, this

2    email was Exhibit 9 from the Ramos deposition.

3    Dr. Kovarik testified to it previously, but

4    I'm just pointing that out for you so you're

5    aware.

6          MS. WEBB:  Sure.  I'm going to ask

7    her fact witness questions about it.

8          MR. CHO:  Okay.  There were

9    extensive discussions at the prior deposition

10   about this specific email, but you can

11   continue.

12   BY MS. WEBB:

13       Q    So, was it your idea to ask for this

14   data on TPS?

15          MR. CHO:  Object to the form.  To

16   the extent it calls for internal governmental

17   deliberations, the witness can answer.

18       A    No, I recall receiving a request

19   from headquarters for more information on

20   these specific things.

21       Q    Okay.  And who at headquarters?

22       A    Gene Hamilton.



Page 56

1          MR. CHO:  Object to the form.  Go

2    ahead.

3          A    Gene Hamilton.

4          Q    So, in general in their duties, do

5    -- is one of -- is one of the duties of your

6    subject matter experts here on the email to

7    pull information that you request from them?

8          A    Not necessarily, but I work with my

9    staff who work with staff in other offices,

10   and so instead of me reaching out to another

11   office, I asked my staff if they could compile

12   it.  It may require them going to different

13   directorates, so I asked them to do it.

14         Q    Okay.  So do they help coordinate

15   essentially pulling information in response to

16   your request?

17         A    Yes.

18         Q    Okay.  And do they also on occasion

19   pull TPS -- coordinate pulling TPS information

20   for you, TPS-related information for you?

21         A    Yes.  And at times I might -- I

22   might go to another directorate because I know



Page 57

1   where it's housed.  In this instance I don't

2   think I knew where the data would be so I had

3   them pull it.

4        Q    Sure.  Would that be sort of a

5   routine part of their job?

6        A    Yes, yes.

7        Q    Also in their job, do they -- would

8   they routinely help coordinate pulling

9   information to help support a TPS decision

10  memo that would go to the Director?

11           MR. CHO:  Object to the form.

12       A    Yes, they would help compile data.

13       Q    Okay.  We'll go to the next email,

14  which is the bottom of the next -- the page

15  before and top of the same page.  So

16  Mr. Prelogar says that he'll "see what we can

17  dig up on these and report back by end of day

18  with as much as we can gather by then."

19  Correct?

20       A    Correct.

21           MR. CHO:  Object to the form.  The

22  document speaks for itself.



Page 58

1        A     That is correct.

2        Q     And he -- at the beginning of the

3    sentence, he says, "Okay, we'll connect with

4    SCOPS and OPQ."  What is SCOPS?

5        A     SCOPS, Service Center Operations,

6    and they -- they essentially adjudicate.

7    They're the operators.  Adjudicate not only

8    TPS but also employment authorization.

9        Q     Okay.  What do you mean by

10   adjudicate TPS?

11       A     The officers who adjudicate grant

12   benefits, deny benefits --

13       Q     Okay.

14       A     -- are under SCOPS.

15       Q     Are they regional?  Do they have

16   regional offices, or are they based in D.C.?

17       A     There are five service center

18   operations within the United States.

19       Q     What about OPQ, what does that refer

20   to?

21       A     OPQ stands for Office of Performance

22   and Quality, which is a division within our



Page 59

1    management directorate.

2         Q    Okay.  At the time did you -- did

3    you know what these entities were?

4         A    I knew what they were, but I didn't

5    know who -- who holds what data.

6         Q    Okay.  Why were these the

7    appropriate entities to reach out to?

8              MR. CHO:  Object to the form.

9         A    My starting point is always with

10   OPQ, so that -- they run our data and

11   statistics.  But a lot of times the operators

12   may have additional information housed in

13   their systems.

14        Q    Okay.

15        A    So these are -- SCOPS adjudicates

16   temporary protected status.

17        Q    So fair to say these two divisions

18   would have data potentially about TPS

19   beneficiaries?

20        A    Yes.

21        Q    The next email, the same day,

22   Friday, April 7th, 2017, at 1:34 p.m. so



Page 60

1    Mr. Prelogar, he says, "In short, we think

2    we'll be able to get some, but not all of this

3    info."

4             Did I read that correctly?

5        A    That is correct.

6        Q    So then below that, after the bullet

7    point, which I believe is copied -- does it

8    look like they just copied -- he copied your

9    bullet points and provided responses?

10       A    That's what it looks like.

11       Q    Okay.  So in response to the first

12   one, "details on how many TPS holders are on

13   public and private relief," he says, "Not

14   available specific to TPS holders," correct?

15       A    That is correct.

16       Q    In response to "any demographic

17   data, including how many with TPS are

18   school-aged kids," he says, "OPQ may be able

19   to get age and geographic location," correct?

20       A    Correct.

21       Q    And then on the fourth bullet point,

22   "how often they travel back and forth to the



Page 61

1    island," he essentially says they may have to

2    use a proxy but they'll look for more precise

3    data, correct?

4         A    That's correct.

5         Q    Then the last one, for "remittances

6    data," he says it "looks as though we'll be

7    able to get this generally (although not

8    specific to TPS holders)," correct?

9         A    Correct.

10        Q    And then the third bullet points

11   reads, "how many have been convicted of crimes

12   of any kind (any criminal/detainer stats you

13   can find)."

14             And then he responds, "Looking into

15   whether SCOPS or OPQ can pull data relating to

16   criminality.  Specifically, the most promising

17   route may be something relating to the number

18   of Haitian TPS beneficiaries who had their TPS

19   withdrawn on criminal grounds."

20             Did I read that correctly?

21        A    That's correct.

22             MR. CHO:  Again, the document does



Page 62

1    speak for itself.

2        Q    And then the next email, which is a

3    couple pages back, is April 7th, 2017, 4:33

4    p.m.  So that's sort of at the end of the same

5    day, correct?

6        A    Uh-hmm, that's correct.

7        Q    So they've been working hard.

8             So we've added Laurence Levine to

9    the email chain.  And at the time, what was

10   his role?

11       A    Laurence Levine or Larry Levine was

12   my senior advisor at the time.

13       Q    Okay.  Do you typically copy your

14   senior advisor on the sort of nuts and bolts

15   of research inquires?

16            MR. CHO:  Object to the form.

17       A    I did not add him on this one.

18       Q    What's that?

19       A    I was not the party that added him

20   to this email.

21       Q    Oh, okay.  I guess the same

22   question, though, do you -- do you include him



Page 63

1     on these sort of nuts and bolts research

2     projects?

3          A    Yes.

4               MR. CHO:  Object to form.

5          Q    Okay.  Okay.  So, Ms. Anderson says,

6     "Information specific to TPS holders is not

7     available, but in general, TPS holders don't

8     qualify for federal benefit," but in some

9     states they can qualify for Medicaid and CHIP,

10    correct?

11              MR. CHO:  I'm sorry, where are you?

12    It's a long email.  Where are you looking?

13              MS. WEBB:  The numeral 1 just right

14    below the first full paragraph.

15         A    "TPS holders don't qualify" -- "in

16    general, don't qualify for federal benefits

17    but can qualify for Medicaid or CHIP in select

18    states."

19         Q    Thank you.

20         A    With conditions, it looks like.

21         Q    Thank you.

22              And do you know what CHIP is?



Page 64

1       A    Children's Health Insurance Program.

2       Q    Okay.  Do you know whether it works

3    closely with the Medicaid program?

4            MR. CHO:  Object to the form.

5       A    Yes, I think there -- they work

6    closely together.

7       Q    Okay.  And so then after what you

8    read, there's a list for who can qualify,

9    correct?

10           MR. CHO:  Again, the document speaks

11   for itself.

12      A    That is correct.

13      Q    And there's a description of

14   nonqualified immigrants or those who would not

15   qualify, correct?

16           MR. CHO:  Same objection.

17      A    That is correct.

18      Q    Okay.  Then number 2, which is just

19   kind of in the middle of the page, indicates

20   that OPQ is still looking for the demographic

21   data, including on kids, correct?

22      A    Including ages, yes.



Page 65

1          Q     Including ages, thank you.

2                And number 3 says that they "don't

3    yet have a response" on the crime statistics

4    from SCOPS and OPQ.

5                MR. CHO:  Again, the document speaks

6    for itself.

7          Q     Correct?

8          A     That is correct.

9          Q     Ms. Anderson also notes here that

10   "the most promising route may be something

11   relating to the number of Haitian TPS

12   beneficiaries who had their TPS withdrawn on

13   criminal grounds."  Is that correct?

14         A     That's correct.

15         Q     Okay.  And, now, if they've had

16   their TPS status withdrawn, they would not be

17   affected one way or another by whether TPS was

18   extended, right?

19               MR. CHO:  Object to the form.

20         A     I would have to ask counsel if they

21   were eligible or not eligible.  I do not know

22   off the top of my head.



1     Q    Then number 4 indicates that -- it's

2  "how often they travel back and forth to the

3  island."  It says, they can tell who sought to

4  travel but that the data won't reflect whether

5  they actually did travel, correct?

6          MR. CHO:  Object to the form.

7     A    That is correct.

8     Q    Okay.  And finally, number 5, which

9  is "Remittances data," it says that the

10  information isn't available for TPS holders,

11  but they do have some ideas of how to

12  extrapolate the amount of remittances from

13  general data, correct?

14     A    Correct.

15     Q    Then they have an analysis,

16  actually, of that below, correct?

17          MR. CHO:  Object to the form.  The

18  document speaks for itself, and this is not a

19  document that -- or an email that Ms. Nuebel

20  Kovarik had composed herself, but, again, the

21  document says what it says.

22          MS. WEBB:  Correct.



Page 67

1      A    They're providing some type of
2  analysis on remittances in the email, yes.
3      Q    And in that analysis they can't
4  actually tell if a particular TPS holder
5  actually sent any remittances, can they?
6           MR. CHO:  Object to the form.  The
7  document speaks for itself.
8      A    I don't think on an individual
9  basis, but they can -- they can average it
10  out, I think is what it attempts to say.  "The
11  average member of the Haitian diaspora would
12  send back approximately $1,406 per year."
13      Q    Including -- so that would include
14  all Haitians in the United States.  Or how
15  would you define that term, "Haitian
16  diaspora"?
17           MR. CHO:  Object to the form.
18      A    I don't know how they define it
19  here.
20      Q    Fair to say it includes more than
21  just Haitian TPS beneficiaries?
22           MR. CHO:  Object to the form.



Page 68

```
 1      A    It could involve people -- it could

 2    include people who do not have TPS.

 3      Q    If you follow me to the very bottom

 4    of the page --

 5           MR. CHO:  What page are you

 6    referring to?

 7           MS. WEBB:  Same page, sorry.

 8           MR. CHO:  There's a 3789?

 9           MS. WEBB:  Yes.

10      A    Okay.

11      Q    "According to the Migration Policy

12    Institute, per data from the most recent U.S.

13    census, the Haitian diaspora population in the

14    United States (consisting of individuals born

15    in Haiti or reporting Haitian ancestry)

16    consisted of approximately 954,000 people."

17           Do you see that?

18      A    Yes.

19      Q    So then this -- their analysis is

20    calculated off of this broader Haitian

21    diaspora population.  I'm not sure I'm

22    pronouncing that right.  Correct?
```


MAGNA
LEGAL SERVICES

Page 69

```
 1              MR. CHO:  Object to the form.

 2       A     It appears so.

 3       Q     Okay.  So in response to this

 4  gathered information at 9:52 p.m. there on

 5  Friday, you thank them for their work,

 6  correct?

 7       A     That is correct.

 8       Q     And you say that you passed it on to

 9  the Secretary's office, correct?

10       A     Correct.

11       Q     And at the time, who -- who was

12  that?  Who were you passing it on to?

13       A     I believe it's Gene Hamilton, but I

14  don't have the email to prove that.

15       Q     And then you -- it looks like you

16  ask for contact information of SCOPS and OPQ.

17  Is that because, as you had mentioned earlier,

18  you still -- you didn't know exactly who to

19  reach out to within those divisions?

20       A     Yeah, I wanted to know who -- who

21  did the work on what and I might need them

22  over the weekend.
```



Page 70

1      Q    Okay.  So it's fair to say you're

2  working fairly late into the night on Friday

3  of your first week on a new job.

4           MR. CHO:  Is that a question?

5           MS. WEBB:  It is a question, yes.

6           MR. CHO:  Object to the form.

7      A    I work late every night of the week

8  and every Friday.

9      Q    Okay.

10          MR. CHO:  Hopefully not today.

11     Q    And so it also looks like you may

12 be, you know, contacting some people and

13 asking them to work over the weekend.

14          Is that common or is that sort of

15 unusual in your early stages of the job?

16          MR. CHO:  Object to the form.

17     A    There are a lot of dedicated people

18 at the agency that work over the weekend,

19 especially when the Secretary's office needs

20 something, so I assume I was just trying to

21 make sure that I had my bases covered in case

22 I need more information.



Page 71

```
 1        Q    Sure.

 2             And what was the sense of urgency

 3   here to get the information so fast?

 4             MR. CHO:  Object to the form.

 5   Testify to what you know.

 6        A    I don't know.  All I know is I work

 7   to be responsive when I get a request, so I

 8   ...

 9        Q    Okay.  So then later that night,

10   10:11, Anderson -- Ms. Anderson provides you

11   with the contact information that you had

12   requested, correct?

13        A    That is correct.

14        Q    And then Mr. Prelogar, 12:04 a.m.,

15   he now provides some additional contact

16   information, correct?

17        A    That's correct.

18        Q    At the time did you have an

19   understanding of whether Ms. Anderson and

20   Mr. Prelogar would typically work sort of

21   these hours?

22        A    No, I did not.
```


MAGNA
LEGAL SERVICES

Page 72

```
 1       Q    Had you communicated to them the,

 2  you know, sort of why the sense of urgency for

 3  these requests?

 4            MR. CHO:  Object to the form.

 5       A    I can only go by what I wrote in my

 6  original message.  I don't -- I don't know if

 7  it's conveyed whether or not -- why the sense

 8  of urgency.  I just needed it by the end of

 9  the day.

10       Q    Okay.  Let's -- another exhibit here

11  really quick.

12            MR. CHO:  Also, if I didn't object,

13  I think I may have missed it, but I object on

14  the basis -- on the grounds to answer that

15  question mischaracterizes her prior testimony.

16            (Exhibit 117 was marked for

17  identification and attached to the deposition

18  transcript.)

19            MR. CHO:  117?

20            THE REPORTER:  Yes.

21            MR. CHO:  The government objects to

22  Exhibit 117 on the grounds that this email
```



Page 73

1    contains internal governmental deliberations,

2    but the witness can answer questions about the

3    email.

4        A    (Document review.)

5        Q    Let me know when you're ready.

6        A    I'm ready.

7        Q    Great.  My apologies.

8             Does this refresh your recollection

9    as to what prompted your initial email that

10   morning of April 7th?

11            MR. CHO:  Object to the form.

12   Mischaracterizes her prior testimony.  The

13   witness can answer.

14       A    I don't remember this specific

15   email.  I just remember Gene asking for the

16   data, so even looking at it right now, I don't

17   recall -- recall receiving it.

18       Q    Okay.  You remember him requesting

19   the data, you said.

20       A    Yes.

21       Q    Okay.  So this email is dated April

22   7th, 2017, 7:58 a.m., correct?



Page 74

1      A    Correct.

2      Q    It goes to you and others, correct?

3      A    Correct.

4      Q    Then your email is dated 9:19 a.m.

5  of that same day, Friday, April 7th, goes to,

6  as we discussed, Mr. Prelogar, Ms. Anderson

7  and Mr. Phillips, correct?

8      A    Correct.

9      Q    And if you take a look at your

10  bullet points and compare them to his bullet

11  points of the information he's requesting, do

12  they look almost identical?

13          MR. CHO:  Object to the form.  The

14  documents speak for themselves.

15      A    Nearly identical.  He had two data

16  sets in the last bullet that I broke out into

17  two different bullets.

18      Q    Okay.  Would you be comfortable

19  making the inference that your request to your

20  staffers was prompted by his request to you

21  and others?

22          MR. CHO:  Object to the form.



Page 75

```
 1   Mischaracterizes her prior testimony.  The

 2   documents do speak for themselves.  Testify to

 3   what you know.

 4       A    I remember getting a request from

 5   Gene Hamilton.  And looking at the email now,

 6   it looks like I sent a request for data based

 7   on a request from Gene.

 8       Q    Okay.  So let's go back to -- to

 9   your email, back to where we were.  Yes, back

10   to 116.

11            Okay.  So really late on Friday

12   night at 12:04 a.m. --

13            MR. CHO:  Do you want to direct us

14   to a specific page number?

15            MS. WEBB:  Yes.  Hold on.  My page

16   numbers are cut off here.

17       A    787.

18       Q    Yes.

19            Okay.  So he had -- he had provided

20   you some additional contact info at 12:04 a.m.

21   on Saturday.  And the next email, Monday,

22   April 10th, 2017, 9:31 a.m. -- let me just ask
```



Page 76

1    you who these new people are who added to the

2    chain.  So we have Alexander King.  Do you

3    know who he --

4         A    He works in Service Center

5    Operations.

6         Q    Did he at the time?

7         A    Yes.

8         Q    What about Nicole Frenchik-Putnam?

9         A    I don't know that person.

10        Q    Okay.

11        A    But it appears from a previous email

12   that she works at OPQ.

13        Q    What about Michael Hoefer?

14        A    Hoefer is the head of the OPQ

15   division.

16        Q    And then Victoria Porto?

17        A    I believe Victoria at the time was

18   his deputy, Michael's deputy.

19        Q    What about Catherine Chiang?

20        A    I do not know Catherine Chiang.

21        Q    And are these people also generally

22   sort of subject matter experts?



Page 77

1      A      I'll just note for the record that I

2  also do not know David Lee, who is also on the

3  cc line.

4      Q      Yes, thank you.

5      A      I can only speak to my staff,

6  subject matter experts Mr. Prelogar,

7  Ms. Anderson, Mr. Phillips.

8              I don't know about the rest of them.

9      Q      Okay.  Okay.  So shortly thereafter,

10  April 10, 2017, 9:38 a.m., Ms. Chiang says

11  that they've already sent the TPS information

12  that OPQ is able to provide, correct?

13      A      That is correct.

14      Q      At the time did you have any

15  understanding of whether the OPQ people had

16  worked on this over the weekend?

17              MR. CHO:  Object to the form.

18      A      I don't know if they did or not.

19      Q      Okay.  And then moving up the chain

20  to the page before on April 10, 2017, 9:44

21  a.m., Alexander King, who you said was from

22  Service Center Ops.



Page 78

1      A    That's correct.

2      Q    So he says that there -- "the SFO

3  SCOPS and the SCOPS TPS portfolio managers are

4  currently researching whether we can

5  electronically pull data pertaining to TPS

6  criminality," correct?

7      A    Correct.

8      Q    But then he says he's not sure what,

9  if any, data they'll actually be able to

10  provide, correct?

11      A    That's correct.

12      Q    He says, we'll do our best, correct?

13      A    Correct.

14          MR. CHO:  Again, the document does

15  speak for itself.  You are paraphrasing, just

16  for the record.

17  BY MS. WEBB:

18      Q    He says, "But we'll do our best."

19          Okay.  And then you respond at 9:52

20  a.m. and you say, "As soon as you can would be

21  great," correct?

22          MR. CHO:  Again, object to form.



Page 79

1    The document does speak for itself.

2         A    That is not correct.

3         Q    You say, "Thanks, Alex as soon as

4    you can, that would be" --

5         A    That is not my email.

6         Q    I'm sorry, you're right.  You're

7    right.  My apologies.

8              So Larry Levine responds, "Thanks,

9    Alex - as soon as you can would be great."

10   Correct?

11        A    Correct.

12        Q    And were you aware at the time --

13   had you informed Mr. Levine at the time that

14   there was a sense of urgency for this?

15             MR. CHO:  Object to the form.

16   Mischaracterizes her prior testimony.  That's

17   not a word that she had used previously, but

18   the witness can answer.

19        A    I don't recall what I told

20   Mr. Levine about this request.

21        Q    So on the next email, April 10,

22   2017, 11:04 a.m. when Catherine Chiang says,



Page 80

1    "We updated column names and table headers to

2    differentiate between information relating to

3    petitioners versus beneficiaries," did you

4    understand beneficiaries to be a reference to

5    TPS beneficiaries?

6        A    I don't know if I knew it at the

7    time.  I'm still trying to make heads or tails

8    of what petitioners and beneficiaries are

9    based on this email.

10       Q    Okay.  Okay.  So in the email

11   immediately above, this is the same day at

12   1:29 p.m., you have "Another question and

13   quick turnaround request (for D1 before his

14   3:00 meeting)."  So I guess that was a

15   90-minute turnaround time, correct?

16            MR. CHO:  Object to the form.

17       A    Correct.

18       Q    And D1 at the time, who was that in

19   April of 2017?

20       A    I believe it was -- you know, I

21   don't know if it was Laura Shalava (phonetic)

22   or Mr. McCament, but it says his 3:00 meeting.



Page 81

```
1        Q    Right.  So it was likely Director
2   James McCament, correct?
3             MR. CHO:  Object to the form.
4        A    It's very possible it's
5   Mr. McCament, and he was Acting Director at
6   the time.  I don't know.
7        Q    Okay.  So when you ask -- you say,
8   "For each question asked, can we summarize for
9   Mr. McCament whether we track the data or
10  whether we can track if asked by the
11  Secretary," by data you mean -- essentially
12  the information in the bullet points directly
13  below that, correct?
14       A    Right.
15       Q    And are you asking whether the data
16  is currently tracked or could be tracked if he
17  asked for it to be tracked?
18            MR. CHO:  Object to the form.
19       A    Whether we could track the data or
20  whether we can track if asked.  Whether we do
21  track it currently or whether we could in the
22  future, essentially.
```



Page 82

1      Q    And you say, "I started something in

2   red, but could use some help."

3          I don't think we got color versions

4   of these documents, but does it look like

5   after the dashes you added some -- a start for

6   some of these bullet points?

7      A    That appears to be correct.

8      Q    But not for the bullet point "how

9   many have been convicted of crimes of any

10  kind"?

11     A    That is correct.

12     Q    Then Ms. Anderson responds at 1:49

13  p.m. that your summaries look correct, right?

14         MR. CHO:  Object to the form.

15     Q    Excuse me, that it "looks like that

16  correctly sums up what we know currently" --

17     A    That is correct.

18     Q    -- did I read that right?

19         And then in the next email, April

20  10, 2017, 1:58 p.m., this is from Nicole

21  Frenchik-Putnam.

22         MR. CHO:  I believe it's



Page 83

```
 1    Putnam-Frenchik.

 2            MS. WEBB:  Oh, I'm sorry, Nicole

 3    Putnam-Frenchik.

 4       Q    You testified she was from OPQ,

 5    correct?

 6       A    Yes.

 7       Q    She writes, "Currently OPQ PAER does

 8    not have access to the system that may include

 9    criminal history so we are unable to speak to

10    how it may be captured."  Correct?

11       A    Correct.

12       Q    What is PAER?

13       A    I do not know.

14       Q    Do you have any understanding of

15    what sort of system she's referring to?

16       A    No.  We have a lot of systems.

17       Q    April 10th, same day, 2:42 p.m.,

18    Alexander King responds.  He says, "As of now,

19    I've been unable to verify whether we can

20    systemically pull electronic criminality data

21    (IDENT fingerprint records), by type of

22    immigration benefit request, country
```



Page 84

1    citizenship/country of birth or other

2    biographical information besides an

3    individual's A-number or name and date of

4    birth."  Correct?

5        A    Correct.

6        Q    And what -- do you know what IDENT

7    is -- stands for?

8        A    I don't know what it stands for.

9        Q    Do you mean what IDENT fingerprint

10   records are?

11       A    Not specifically.

12       Q    Do you know anything about them?

13            MR. CHO:  Object to the form.

14       A    I don't know if IDENT is a publicly

15   known database, but IDENT normally provides

16   criminal history or fingerprint records.  I

17   don't know who maintains it.

18       Q    Okay.  So you don't know whether

19   it's USCIS's database?

20       A    I don't.

21       Q    Do you know whether USCIS keeps

22   track of fingerprints of people with



Page 85

1    immigration status in the United States?

2         A    I don't know.

3         Q    Okay.  Moving along.

4              Well, one more thing here.  So

5    Mr. King goes on to say after that paragraph

6    that I just read, "I know the fingerprint

7    records are stored in an electronic system,

8    but I believe it's a person centric record

9    only tied to the individual's basic

10   biographical information.  In other words, I

11   don't believe the fingerprint records contain

12   the other pieces of information we're

13   interested in (i.e., aliens with criminal

14   records who are also TPS beneficiaries from

15   Haiti)."

16             Did I read that right?

17             MR. CHO:  Again, the document speaks

18   for itself.  The witness can answer.

19        A    I didn't follow along, but I think

20   you read it correctly.

21        Q    Okay.  So this is -- we're

22   essentially three and a half minutes before



Page 86

1    the 3:00 deadline that you had mentioned.  And

2    it looks like we still don't have data yet on

3    TPS criminality, correct?

4              MR. CHO:  Object to the form.

5       A    On criminality?

6       Q    Yes, on criminality.

7       A    It does not appear that we have

8    criminal data.

9       Q    Okay.  At the time, were you

10   surprised that no one could find the

11   criminality information?

12             MR. CHO:  Object to the form.  She's

13   here as a fact witness.  You can testify if

14   you can.

15      A    I don't recall my reaction.  I'm

16   always surprised that the agency lacks data in

17   certain instances, so I wouldn't be surprised,

18   but I don't recall my reaction to this.

19      Q    Do you recall that 3 p.m. meeting

20   that day that you referred to in your --

21      A    No.

22      Q    Sorry?



Page 87

```
 1        A     No, I don't.

 2        Q     Okay.  So the next email is from

 3   you, but now we're fast forward to April 25th,

 4   2017, two weeks later, and you say you're back

 5   -- "I'm back again with a request for data on

 6   Haitians with TPS."  Correct?

 7        A     That is correct.

 8              MR. CHO:  Same objection.

 9        Q     And these are three new requests,

10   correct?  Below you have the three bullet

11   points.

12              MR. CHO:  Object.  The document

13   speaks for itself.  The witness can answer.

14        A     They appear to be three different

15   requests, or somewhat different.

16        Q     Okay.  And was it your idea to

17   request these categories of information?

18              MR. CHO:  Object to the form to the

19   extent it seeks information leading to

20   internal governmental deliberations, but the

21   witness can answer.

22        A     I don't know why I made the request.
```



Page 88

1      Q     All right.  You don't remember who

2   -- who was requesting it?

3           MR. CHO:  Object to the form.  Asked

4   and answered.

5      A     No.

6      Q     Do you recall having any

7   understanding of why the -- why you were

8   requesting the data?

9           MR. CHO:  Object to the form and to

10  the extent it seeks information leading to

11  internal governmental deliberations, but the

12  witness can answer.

13     A     I do not -- I do not recall.

14     Q     So in bullet point 2, when it says,

15  "Since designation, how many have committed

16  crimes?"  Does "designation" mean TPS

17  designation there?

18     A     I believe so.

19     Q     So you wanted essentially all --

20  well -- all criminal data on Haiti TPS holders

21  since 2010, correct?

22          MR. CHO:  Object to the form.



Page 89

```
 1        A    I think your question is misleading.
 2   I would ask you to re-ask it.  You said all
 3   criminal data?  I don't think I asked for all
 4   criminal data.
 5        Q    Sure, sure.
 6             You asked how many TPS holders have
 7   committed crimes since 2010, correct?
 8             MR. CHO:  Object to the form.  The
 9   document speaks for itself, and that's not
10   what the document says.
11        A    That's not what the document says.
12        Q    Well, since designation.
13        A    Since designation.
14        Q    Do you know when that was?
15        A    No, I don't know.
16        Q    Do you know when Haiti was given its
17   initial TPS designation?
18        A    I know its initial designation was
19   in 2010, but I do not know what other
20   designations have been made, so this could
21   have been for any extent.
22        Q    Do you know whether it was
```



Page 90

1    redesignated in 2011?

2         A    I don't recall.

3         Q    Generally what's your understanding

4    of the process by which a person from a

5    country designated for TPS can themselves

6    apply for TPS status?

7              MR. CHO:  Object to the form.  Are

8    you referring to Haiti or something else?

9              MS. WEBB:  Just TPS generally, just

10   the process.

11             MR. CHO:  Object.  Object to the

12   form.

13        A    My understanding is, after a

14   designation is made, there are instructions in

15   the Federal Register Notice for individuals

16   who want to register, and there's a

17   registration process.

18        Q    Okay.  Do you have any understanding

19   of how long the registration process would

20   take?

21        A    I do not.

22        Q    Do you know whether there would be



Page 91

1    any gap in time between a TPS designation for

2    a country and when an individual is granted

3    individual TPS beneficiary status?

4            MR. CHO:  Object to the form.

5       A    I do not know.

6       Q    So your request here by asking for

7    information on how many have committed crimes

8    since designation would potentially capture

9    criminal activity before an individual

10   themselves had registered for TPS beneficiary

11   status, correct?

12      A    I don't think that's true.

13           MR. CHO:  Object to the form.  Go

14   ahead.

15      A    I don't think that's true.  I don't

16   know if that's accurate.

17      Q    Okay.  Because you don't know how

18   long the registration process takes?

19      A    Or if there is actually a lull

20   between designation and obtaining status.

21      Q    Okay.

22      A    I think that's what you're asking.



Page 92

1       Q    Yes, yes.

2            But you did say that individuals do

3  have to register pursuant to instructions in

4  the Federal National Register, correct?

5       A    Correct.

6       Q    It's not instantaneous that once a

7  country's designated all individuals receive

8  status in that instant, correct?

9            MR. CHO:  Object to the form.

10      Q    Or do you know?

11      A    I don't think that they do, but I

12  don't know -- I just don't know if there's a

13  lull between whether or not they're considered

14  to have had TPS since the designation.  I do

15  not know.

16      Q    Okay.  And so after that -- after

17  that bullet point, "Since designation, how

18  many have committed crimes?"  You write, "We

19  previously asked but data is difficult to

20  obtain?  What can we say here?  How can it be

21  obtained if not already?"

22            So did you have a sense at the time



Page 93

```
 1    that this was difficult data to get?

 2              MR. CHO:  Object to the form.  The

 3    document speaks for itself.  The witness can

 4    answer.

 5         A    It appears from the previous email

 6    chains that criminal data is difficult to

 7    obtain.

 8         Q    Okay.  And when you write, "What can

 9    we say here?" who is ultimately getting this

10    information?

11         A    I do not know.

12         Q    Who would you need to say something

13    about this to?

14         A    I don't know who specifically it was

15    for.

16         Q    So you testified earlier that you

17    recall Gene Hamilton asking you for the

18    original data that you had asked for in your

19    April 7, 2017, 9:19 email, correct?

20              MR. CHO:  Object to the form.

21    Mischaracterizes the prior testimony.  The

22    witness can answer.
```



MAGNA
LEGAL SERVICES

Page 94

1        A      Correct.

2        Q      Do you recall whether he also asked

3   for this information?

4               MR. CHO:  Object to the form.

5        A      I can't say with certainty, no.  I

6   do not know who asked for this information.

7        Q      Okay.  So, in the third bullet

8   point, you write, "Since designation, how many

9   are on public assistance?  Out of work?"

10  Correct?

11       A      Correct.

12       Q      So if we compare that back to your

13  original April 7th, 2017, 9:19 a.m. request,

14  there you had asked for "details on how many

15  TPS holders are on public and private relief,"

16  correct?

17              MR. CHO:  Object to the form.  The

18  document speaks for itself.

19       A      That's what I asked, yes.

20       Q      So now you've broadened this request

21  here, correct, by adding "out of work" in

22  addition to public assistance, correct?



Page 95

1          MR. CHO:  Object to the form.  The

2     document speaks for itself.

3          A     That is correct.

4          Q     So the next email at 1:43 p.m. of

5     April 25th, Ms. Anderson responds to you and

6     there are some -- I just want to ask you about

7     some additional people on the email chain.

8     Some of them were added a few emails ago, but

9     do you know who Guillermo Roman-Riefkohl is?

10         A     I do not.

11         Q     What about Scott Massey?

12         A     I do not.

13         Q     Ronnie Thomas?

14         A     I know of Ronnie Thomas.

15         Q     Okay.  And who he is?

16         A     He works for Senator -- Service

17    Center Operations.

18         Q     What about April Padilla?

19         A     I don't know, but reading the next

20    email, I know that she works for Security and

21    Fraud Office and Service Center Operations.

22         Q     And then Bret Woerz?



Page 96

1        A     I do not know.

2        Q     Carl Risch?

3        A     Carl Risch was, I believe, Acting

4    Chief of Staff at the time.

5        Q     For the Director?

6        A     For the Acting Director or the

7    Director.

8        Q     Okay.  So Ms. Anderson writes -- I

9    have a hole punch through the very first word,

10   but "we'll work to compile a group response,

11   but would appreciate your input to help us

12   solidify the responses to the three questions.

13   We've put forward a starting point in red

14   below.  Could you please read the responses

15   and weigh in with any information that your

16   respective offices may have (data or an

17   explanation of why the requested data isn't

18   available) by 2:30 today?  Thanks!"  Correct?

19             MR. CHO:  So, the first word is

20   "all."

21             MS. WEBB:  "All," right.  Thank you.

22             MR. CHO:  It was punched out.



Page 97

1         A     That is correct.

2         Q     So that's 47 minutes from 1:43,

3    correct, something like that?

4         A     The email is at 1:43.

5         Q     So I'm just trying to understand the

6    sort of sense of urgency here.  Do you have an

7    understanding of why such a short turnaround

8    time?

9              MR. CHO:  Object to the form.

10   Testify to what you know.

11        A     I know by looking at the email at

12   12:13 that I sent, I did not reference a time

13   by which I needed the information.

14        Q     Okay.

15        A     So I'm not sure if there was a sense

16   of urgency or not.

17        Q     Okay.

18        A     I will note that the sense of

19   urgency on the first chain appears to be for a

20   briefing, and that's it.

21        Q     Okay.  Where are you looking?

22        A     On the first email, the first April



Page 98

1    -- April 7th.

2        Q    Is that your 9:19 email or a later

3    email?

4        A    I'm just saying that there appears

5    to be -- I put a deadline on my first email on

6    Friday, April 7th, at 9:19 a.m.  I did not put

7    a time frame on the 12:13 email from April

8    27th.

9        Q    Okay.  Did you recall that this was

10   for a briefing more generally?

11       A    No, I'm just making the leap or the

12   assumption based off of the other emails you

13   showed me.

14       Q    Based on Gene Hamilton's email?

15       A    Yes.

16            MS. WEBB:  Let's take a break.

17   We're almost done with this email chain.

18            THE VIDEOGRAPHER:  Going off the

19   record at 11:53.

20               (A brief recess was taken.)

21            THE VIDEOGRAPHER:  We are back on

22   the record at 12:03.



Page 99

1    BY MS. WEBB:

2         Q    So just going back -- back to your

3    April 25th -- excuse me, back to

4    Ms. Anderson's April 25th, 2017, 1:43 p.m.

5    email that we had just been speaking about.

6    So she has -- she's taken your bullet points

7    and filled in some additional information,

8    correct?

9              MR. CHO:  Object to the form.  The

10   document speaks for itself.  The witness can

11   answer.

12        A    It appears so.  She said she did.

13        Q    Okay.  So in response to number 1,

14   it says, "The TPS statute does not require

15   individuals to have lawful status in order to

16   qualify for TPS."

17             My question is, were you at the time

18   aware of that?  Do you recall?

19        A    I don't recall.

20        Q    Do you recall whether you considered

21   withdrawing your request for this data because

22   it wasn't relevant under the TPS statute?



Page 100

1              MR. CHO:  Object to the form.  Calls

2      for a legal conclusion.  The witness can

3      answer.

4      A     I don't think I recall pulling the

5      question, no.

6      Q     So she goes -- Ms. Anderson goes on

7      to explain that the data is self-reported and

8      says that, it looks like the fourth sentence

9      there, "Additionally not all applicants

10     provide this information on the form in a

11     standard or recordable fashion," correct?

12     A     Correct.

13     Q     And then she -- then she writes that

14     "The 2016 annual TPS report to Congress shows

15     that 80 of the 58,706 Haitian TPS

16     beneficiaries have their status reported in

17     USCIS systems as 'without inspection,'"

18     correct?

19     A     Correct.

20     Q     Did you at the time understand

21     "without inspection" meant?

22     A     Most likely "without inspection"



Page 101

1    means entered without inspection, without

2    being inspected by an officer.

3        Q    Okay.   What does that mean, just

4    generally?

5             MR. CHO:   Object to the form.

6        A    Without inspection can mean that

7    somebody entered through a land port or other

8    and did not go to a port of entry or to an

9    officer and they entered illegally.

10       Q    Entered illegally, okay.

11            When she writes, "However, we note

12   that the same report shows that 48,597 of the

13   58,706 Haitian TPS beneficiaries had their

14   status reported in USCIS systems as unknown,"

15   do you have an understanding of why they would

16   appear in the data as unknown?

17       A    It would appear in the system as

18   unknown because they -- it's self-reported as

19   stated above, so it's possible that people do

20   not self-report their status when they're

21   applying.

22       Q    Okay.



Page 102

```
 1              And the TPS statute doesn't require

 2    them to report their status when they apply,

 3    correct?

 4              MR. CHO:  Object to the form.  Calls

 5    for a legal conclusion.  The witness can

 6    answer.

 7        A    I don't know what the statute

 8    requires or what the regulatory scheme

 9    requires.

10        Q    Do you know whether TPS beneficiary

11    -- I mean -- well, do you know whether persons

12    who are in the U.S. illegally can receive the

13    benefit of TPS status --

14              MR. CHO:  Object to the form.  Calls

15    --

16        Q    -- or do they have to be legal,

17    legal here?

18              MR. CHO:  Object to the form.  Calls

19    for a legal conclusion.  The witness can

20    answer.

21        A    The statute, according to

22    Ms. Anderson, does not require individuals to
```



1    have lawful status.  I am aware of that.

2        Q    Okay.  So when the status is being

3    reported on the USCIS systems as unknown, is

4    that -- at that time is that when the TPS

5    beneficiary to be is applying, is sort of

6    registering?

7        A    That is my assumption, that when

8    they're -- when they're registering or

9    applying, they're asked that question and some

10   may attest, some may not know, some may not

11   know what to put down for that.

12       Q    Okay.  Okay.  But so, I guess, in

13   spite of the fact that the statute does not

14   require individuals to have lawful status in

15   order to qualify for TPS, you were still

16   asking for their status predetermination,

17   correct?

18           MR. CHO:  Object to the form.

19   Argumentative.  The witness can answer.

20       A    I don't know if the TPS statute

21   precludes us from asking that question, and it

22   should be noted that questions on forms go



1   through notice incumbent and rulemaking.

2       Q    All right.  So do you know whether

3   someone who had been in the U.S. illegally for

4   some time could qualify as a TPS beneficiary?

5           MR. CHO:  Object to the form.  Calls

6   for a legal conclusion.  The witness is not

7   here as a 30(b)(6) witness as you noted

8   earlier, but she can answer.

9       Q    Just in your experience.

10      A    That's my understanding, but I would

11  need counsel to confirm.  It's my

12  understanding.

13      Q    Did you understand your request at

14  the time, how many current Haitian TPS folks

15  were illegal pre-TPS designation, to

16  potentially pull in status, you know, illegal

17  status from individuals from, you know -- well

18  before the Haiti TPS designation potentially?

19          MR. CHO:  Object to the form.

20  Vague.  Calls for a legal conclusion.  The

21  witness can answer if she can.

22      A    I think the question is really



Page 105

1    pointed to know what status people had before

2    they were granted TPS status, so how many were

3    illegal or unlawfully present prior to the

4    designation.

5         Q    Okay.  Did you understand that to be

6    sort of immediately prior to the designation

7    or from a broader time period?

8              MR. CHO:  Object to the form.

9         A    I would assume it's immediately

10   prior.  I don't know exactly, again, where the

11   question came from, but I believe we were just

12   seeking information on certain statuses of

13   those who held TPS.

14        Q    At the time that they registered?

15        A    Yes.

16        Q    So, would you agree that someone's

17   legal or illegal status at the time of TPS

18   designation would not necessarily reflect the

19   person's current immigration status?

20             MR. CHO:  Object to the form.  Calls

21   for a legal conclusion.  The witness can

22   answer if she can.



1      A     It does not matter what the status

2   of the individual is prior to registration, I

3   don't believe, but if TPS were to be

4   terminated, for example, they would revert

5   back to that status.

6      Q     All right.  I think my question was

7   unclear.  Sorry about that.  I'll try again.

8      A     Okay.

9      Q     So someone who received a TPS

10  beneficiary status could subsequently attain a

11  different immigration status, such as a green

12  card or even citizenship, correct?

13     A     That's correct, yes.

14     Q     So, in other words, the sort of

15  snapshot at designation would not necessarily

16  -- snapshot of status of designation would not

17  necessarily reflect the person's current

18  immigration status, correct?

19           MR. CHO:  Object to the form.

20     A     It may or may not.

21     Q     So did you -- at the time, did you

22  believe that this snapshot of status at the



1   time of TPS designation was relevant to a

2   decision to extend, renew, redesignate TPS?

3           MR. CHO:  Object to the form.  Calls

4   for a legal conclusion.  Also to the extent it

5   seeks information leading to internal

6   governmental deliberations, the witness can

7   answer if she can.

8       A    I don't think there's anything in my

9   email that suggests that this was being

10  considered as part of the decision.  I simply

11  asked for data.  I don't know why I asked for

12  the data.

13      Q    Okay.  So, I want to refer you back

14  to one answer you gave in Ramos just to see if

15  it refreshes your recollection about this.

16          MR. CHO:  I do want to object.  She

17  did not say a specific document would

18  necessarily refresh her recollection as to

19  something that she had testified to.

20          MS. WEBB:  It's just on the same

21  subject so I just want to --

22          MR. CHO:  Well, if it's the same



Page 108

1    subject, it's already been covered in Ramos,

2    which we discussed earlier.

3              MS. WEBB:  She has a different

4    answer so I would like to show it to her.

5              MR. CHO:  Well, that's fine, but,

6    again, we're not here to go over things that

7    have already been addressed in Ramos.

8              MS. WEBB:  I appreciate that.  We're

9    not going to spend a lot of time on this now

10   or in general today.

11             Okay.  This is Exhibit 118.

12             (Exhibit 118 was marked for

13   identification and attached to the deposition

14   transcript.)

15   BY MS. WEBB:

16        Q    Okay.  Does this look familiar?

17        A    No.

18        Q    Do you understand that this was your

19   testimony that you gave in the case Ramos

20   versus Nielsen, number 18-cv-1554 back in

21   August of this year?  Take your time if you

22   need to.



Page 109

1        A     That's what it says.

2              MR. CHO:  Yes.  Objection.  She says

3      she doesn't recognize this.  Do you want her

4      to sit here and read the whole transcript?

5              MS. WEBB:  No, I don't.

6              MR. CHO:  Do you want to point her

7      to a specific page that you're referring to?

8              MS. WEBB:  Yes, absolutely I will do

9      that.  I just want to make sure that she's

10     comfortable that this is her testimony.

11             MR. CHO:  Why don't you ask her the

12     question and she can answer.

13     BY MS. WEBB:

14        Q     So if you would just go to page 191

15     for me.  You can just read the testimony and

16     see if you recall.

17             MR. CHO:  What line?

18             MS. WEBB:  She should probably read

19     the whole page just for context starting at

20     one.

21        A     (Document review.)

22             Okay.



Page 110

1        Q    Do you recall that exchange at all?

2        A    Vaguely.

3        Q    Okay.  I just -- really it's just to

4    see whether you -- whether your recollection

5    is refreshed.  So if you go with me to --

6              MR. CHO:  Well, she never testified

7    that her recollection needs to be refreshed,

8    and page 191 refers to an April 7th email.

9    The email you've been inquiring right now is

10   relating to the email from, I believe, April

11   25th, so these are different emails.

12             MS. WEBB:  I'm inquiring about the

13   whole email chain.

14             MR. CHO:  Okay.  But on page 191,

15   that's referring to an April 7th email, not an

16   April 25th email.

17             MS. WEBB:  Okay.  The email chain

18   starts on April 7th.

19             MR. CHO:  Right, but at the

20   deposition in Ramos on 191, there was no April

21   25th email.

22



1    BY MS. WEBB:

2        Q    So my question to you, you mentioned

3    that you just didn't recall what this data was

4    going to, why it was being requested.

5            MR. CHO:  No, she was very specific

6    about what she's referring to, and that was

7    what was in the April 25th email.  I mean, the

8    record shows that.

9            MS. WEBB:  Okay.  Let me ask her my

10   full question and then you can see if you have

11   an objection.  I think you probably won't.

12   BY MS. WEBB:

13       Q    So you didn't testify that you

14   didn't recall what the data was being used

15   for.

16           Here it mentions that it was to

17   better understand temporary protected status.

18   Would that also apply to your April 25th --

19   your additional inquiries that you propounded

20   to your staff?

21           MR. CHO:  Object to the form.

22       Q    If you don't remember, that's fine.



1      A    I can't recall.  I -- as he noted, I

2  don't think the April 25th email was part of

3  this conversation, so I'm referring only to

4  the April 7th email, it appears.

5      Q    Okay.  So then on April 25, with

6  respect to the information you're requesting,

7  you don't know sitting here today whether you

8  were requesting it to determine whether TPS

9  for Haiti should be terminated or continued,

10  correct --

11      A    I don't know.

12      Q    -- is that right?

13          MR. CHO:  Object to the form.

14      Q    Okay.  So, Ms. Anderson, at the very

15  end of bullet point 1 in the April 25th, 2:53

16  p.m. writes --

17      A    Just a second.

18      Q    Sure, sure.

19      A    So 2:53 email from Ms. Anderson.

20      Q    Yes.

21      A    Okay.

22      Q    So the end of bullet point 1, which



Page 113

1    we were -- we had discussed a little bit.

2            So at the very end of it she writes,

3    "Given the large number of individuals with

4    unknown status, 80 is not a reliable estimate

5    of the number of Haitian beneficiaries who had

6    no lawful status at the time of applying for

7    TPS."

8            So based on her analysis in the

9    bullet point, did you agree with her -- her

10   assessment there?

11           MR. CHO:  Object to the form.  The

12   document speaks for itself.  Again, she's a

13   fact witness.  Also, the question seeks

14   information leading to internal governmental

15   deliberations, but the witness can answer.

16       A    She states, "Not all applicants

17   provide this information on the form in a

18   standard or recordable fashion," so it doesn't

19   seem to be reliable data.  So when she says

20   that "80 is not a reliable estimate of the

21   number of Haitian beneficiaries who had no

22   lawful status at the time," it is likely not



Page 114

1    reliable.

2         Q    So if you just take a look at her

3    additional responses to your questions --

4    we've been over bullet point 1, but to look at

5    bullet point 2 and bullet point 3, is it fair

6    to say that at this time there's still no

7    reliable data that would answer your

8    questions?

9              MR. CHO:  Object to the form.  The

10   document speaks for itself.  Compound

11   question.  The witness can answer if you're

12   able to.

13        A    It appears from that answer that it

14   may be achievable, but in paper files you

15   would have to manually --

16        Q    You would have to?  Sorry.

17        A    You would have to manually review.

18   It's not -- it doesn't seem to be tracked or

19   collected or tracked, but it may be available

20   in paper forms or various, unconnected USCIS

21   systems.

22        Q    Okay.  And which -- which of the



1    bullet point are you referring to here?

2         A    So number 2.

3         Q    Uh-hmm.

4         A    On criminal data.

5         Q    Uh-hmm.

6         A    It's not available, it says, in the

7    USCIS systems.  However, it seems to be

8    available if you were to review paper files or

9    other various, unconnected USCIS systems.

10        Q    Which -- which email are you looking

11   at?  I just don't think I'm on the same one

12   with you.

13             MR. CHO:  Page 3782.

14        A    After the bold capital sentence

15   "Information regarding whether TPS

16   beneficiaries have committed crimes is not

17   currently available through USCIS systems."

18             Do you see that sentence?  This is

19   page --

20        Q    Yes, yes, yes.  Okay.

21             Got it.  Okay.  Thank you.

22             And then what about for the third



Page 116

1   bullet point?

2           MR. CHO:  I'm sorry, what's the

3   question?

4           MS. WEBB:  I'm getting to it.

5   BY MS. WEBB:

6       Q    For the third bullet point, at that

7   time, was there any data in answer to your

8   question?

9           MR. CHO:  Object to the form.

10      A    It does not say whether or not the

11  data is available.  It just says it's --

12  there's no way our agency or our department to

13  determine whether they're on public assistance

14  or out of work, so no data was provided.

15      Q    Okay.  So then going up to the 2:53

16  email from Ms. Anderson that we were talking

17  about earlier, so at that time, because I know

18  here you're looking for data, essentially, to,

19  you know, take to someone.

20          MR. CHO:  Object to the form.

21      Q    At that -- by the time of that

22  email, was there any new, reliable data in



Page 117

1    answer to your questions?

2            MR. CHO:  Object to the form.  The

3    document speaks for itself as well as her

4    prior testimony in the past hour.  The witness

5    can answer if she can.

6        A    I don't see any new data.  I don't

7    know.

8        Q    Okay.  And then shortly after that

9    email, Michael Hoefer -- I think you said it

10   was?

11       A    Yes.

12       Q    -- responds.  He's the chief of OPQ,

13   correct?

14       A    That's correct.

15       Q    He says he concurs with the

16   information at that time.  Correct?

17       A    Correct.

18       Q    Okay.  And then two days later --

19   actually I just want to just check there real

20   quick.

21            Two days later, April 27, 2017,

22   10:08 a.m., you respond to the same group of



1   individuals.  You say, "All, thanks so much

2   for your help on these data requests.  I do

3   want to alert you, however, that the Secretary

4   is going to be sending a request to us to be

5   more responsive.  I know that some of it is

6   not captured, but we'll have to figure out a

7   way to squeeze more data out of our systems,

8   so we may as well get started.  Thanks again!"

9           Did I read that correctly?

10          MR. CHO:  The document speaks for

11  itself.

12      A    Yes.

13      Q    Do you recall what prompted you to

14  send that email the two days later?

15          MR. CHO:  Object to the form.

16      A    No.

17      Q    So you say that the team here will

18  have to figure out a way to squeeze more data

19  out of our systems.  At the time did you

20  believe that these individuals sort of had

21  other resources that they weren't providing to

22  you?



1            MR. CHO:  Object to the form.

2       A    It's possible that there are other

3  ways of getting this data.  Again, like I

4  said, not all of it is captured, but there are

5  -- there may be other ways of retrieving the

6  data.

7       Q    Okay.  By "capture," what do you

8  mean?

9       A    So when, for example, somebody

10 applies for something and they're asked a

11 series of questions, they may provide that to

12 us and we collect it, but does the electronic

13 system capture it or track it electronically.

14 We have that problem throughout all of our

15 systems.  So a lot of times it's captured --

16 and I think I misspoke here.  A lot of it is

17 -- I may have misspoke.  I don't know.  Some

18 of it is not captured.  We don't take it in.

19 We don't --

20      Q    Record it.

21      A    -- record it, but we do collect it.

22      Q    Okay.  How would that occur?  How



1    would that occur?

2            MR. CHO:  Objection to the form.

3        Q    How would that work?

4        A    We would collect it manually in a

5    paper, in a petition or application.

6        Q    Okay.  Would those be considered

7    records, though, even if they're not all

8    electronic?

9            MR. CHO:  Object to the form.

10       A    I don't know the terminology.  It

11   could be a record.

12       Q    So when you say "squeeze more data

13   out of our systems," what did you mean by

14   that?

15       A    It's probably not an eloquent use of

16   what I was trying to say, and that is, when we

17   need data, we need to be able to provide it or

18   find a way to do it, and it may not be

19   overnight, but it may be a long-term project.

20   So it may require form updates.  It may

21   require electronic system updates.  But in

22   order to be more responsive and to understand



1    the population, we would have to figure out

2    ways to capture the data.

3         Q    Capture the data going forward?

4              MR. CHO:  Object to the form.

5         A    Potentially.

6         Q    Okay.  So with respect to what data

7    you had available to you at the time, isn't it

8    true that your staff, you know, they had been

9    working all this time and they're not -- you

10   know, they've essentially told you here they

11   can't provide any more data.  There's no more

12   data on your request, with a couple of

13   exceptions.

14             MR. CHO:  Object to the form.  The

15   document speaks for itself.  Argumentative.

16   The witness can answer.

17        A    I'm not certain that all the data

18   sets from this email or the previous email are

19   just not able to be collected.  I can't say

20   that with certainty for all of these.

21        Q    Okay.  So just to sort of recap

22   because we're now almost done with this long



Page 122

1    chain.  So you had initially asked for some

2    data on the morning of April 7, 2017, correct?

3              MR. CHO:  Objection.  Asked and

4    answered.

5         A    Correct.

6         Q    And now here it's the afternoon of

7    April 27th, correct?

8              MR. CHO:  Objection.  Asked and

9    answered.  We've already gone over that email.

10        A    Correct.

11        Q    So do you recall -- you've been

12   trying to get the data for three weeks now.

13   Do you recall what generally you wanted to do

14   with this data?

15             MR. CHO:  Objection.  Argumentative.

16   Object to the form.  Asked and answered.  The

17   witness can answer again.

18        A    I do not.

19             (Exhibit 119 was marked for

20   identification and attached to the deposition

21   transcript.)

22             MR. CHO:  What number is this?



Page 123

1           THE REPORTER:  119.

2           MR. CHO:  18 or 19?

3           MR. PIPOLY:  19.

4           What's the Bates on that again?

5           MR. CHO:  DPP_3115.

6           The government objects to Exhibit

7    119 on the grounds that it contains

8    deliberative information, but the witness can

9    answer questions about this exhibit.

10          A    (Document review.)

11          Okay.

12          Q    So this email, the first email in

13   the chain is from Aisha Barnes, and it says,

14   "On behalf of USCIS Exec Sec."  What is that?

15          A    So the exec or Executive Secretary,

16   not only does the department have one, but

17   most components have an executive secretary

18   and they -- that's where you funnel your

19   papers, memos, any request or review for

20   materials.

21          Q    Okay.  What kind of materials?

22          A    It could be a briefing memo.  It



Page 124

1    could be talking points.  It could be -- it

2    could be regulations, anything that would need

3    clearance from various people in the agency.

4         Q    Okay.  What about a decision memo on

5    TPS determination?

6         A    It could be used for that.

7         Q    And then we have some new people

8    that I was going to ask you about.  So, Maria

9    Button, do you know who she is?

10        A    Maria Button, she works for the

11   Executive Secretary -- Exec Sec.

12        Q    And Constance Carter?

13        A    Exec Sec.

14        Q    And then Carl Risch is the --

15        A    Acting Chief of Staff.

16        Q    Acting Chief of Staff.

17             And Josie Graziadio?

18        A    At the time she worked in my office

19   and she operated our clearance box.  So she

20   would receive materials from the Executive

21   Secretary.

22        Q    Okay.  What is the clearance box?



Page 125

1      A    So the policy clearance box is where

2   -- so it flows from the Executive Secretary to

3   a clearance box, and then somebody mans that

4   box to distribute it to subject matter

5   experts.  So rather than Exec Sec trying to

6   figure out who the expert is, who to send it

7   to, they send it to one person in each

8   directorate.

9      Q    Okay.  Then once they receive it,

10  what the subject matter experts do, and that's

11  the end of the process?

12     A    Yes, usually there's information

13  about what is needed, a deadline.  And then it

14  would go through a review in that directorate

15  and then go back up to the Executive

16  Secretary.

17     Q    That policy clearance email, is that

18  the clearance box?

19     A    Yes, for the Office of Policy and

20  Strategy.

21     Q    Does the Exec Sec listserv include

22  sort of other high-ranking officials within



1   USCIS?

2       A    Yes, they have discretion to send

3   materials out depending on where it should go.

4   So at times they might send something to a

5   certain directorate or certain individuals.  I

6   believe I'm copied on most that go to the

7   policy clearance, usually come to me as well.

8       Q    Okay.  Would the Director of USCIS

9   be copied sometimes?

10      A    Not to my knowledge.

11      Q    Okay.  What about Gene Hamilton?

12      A    Well, he worked at the department.

13      Q    So no?

14      A    No.  This is just in the USCIS.

15      Q    USCIS.

16      A    Yes.

17           And Carl Risch, as Chief of Staff,

18  oversees the Executive Secretary, and that's

19  why he's put on these emails.

20      Q    Okay.  What about Craig Symons,

21  would he be copied sometimes?

22      A    This is really a question for the



Page 127

1    Exec Sec.  At times -- he also has a clearance

2    box.  Office of Chief Counsel had a clearance

3    box.  And he may or may not be on emails, but

4    a lot -- most of what we do runs through

5    counsel anyway.

6         Q    Okay.  Would the listserv ever copy

7    like lower-level staff?

8         A    Not generally, no.  Usually it goes

9    to the clearance box and then is dispersed.

10        Q    Okay.  So this email goes out April

11   28, 2017, 1:50 p.m., the subject is

12   "information request" in brackets and then

13   "TPS for Haiti memo" and then a number after

14   that.  Correct?

15             MR. CHO:  The document speaks for

16   itself.  The witness can answer.

17        A    Generally, yes, that's what it says.

18        Q    So the email states "Good afternoon

19   OP&S, DHS, ESEC" --

20        A    ESEC.

21        Q    ESEC, thank you.

22             "DHS ESEC has requested USCIS



1  provide a memo in regards to the Notice for

2  the termination of TPS for Haiti.  The

3  following questions asked by S1 should be

4  included in the memo."

5          Then it lists four questions,

6  correct?

7      A    That's correct.

8      Q    ESEC, is that exec -- the same thing

9  or is that something else?  No, that is

10  something else.  What is that?

11      A    Department, they call their

12  Executive Secretary the ESEC, and we call --

13  the USCIS component calls it Exec Sec.  It's

14  essentially the same function.

15      Q    So when it says, "The following

16  questions asked by S1 should be included in

17  the memo," and then it has the four bullet

18  points -- and just to read them quickly.  So,

19  number 1, "How many current Haitian TPS folks

20  were illegal pre-TPS designation?"

21          "2, Since designation, how many have

22  committed crimes?"



```
1              "3, Since designation, how many are

2    on public assistance?  Out of work?"

3              And then the fourth bullet point

4    says, "Can we describe what has changed in

5    Haiti warranting the recommended change (this

6    may be in the memo but I have not seen it yet)

7    - would include if verified items such as

8    rebuild of palace, build of army, change in UN

9    list, 4 to 5 percent growth in GDP."

10             Did I read that right?

11        A    That's correct.

12        Q    So numbers 1 through 3 are the same

13   as what you gave your staff in your April

14   25th, 12:13 email, correct?  And feel free to

15   compare.

16             MR. CHO:  Object to the form.  The

17   documents speak for themselves.

18        A    That is correct, the first three.

19        Q    Okay.  And they're identically

20   worded, correct?

21        A    They appear to be.

22        Q    Including some words like "Haitian
```



Page 130

1    TPS folks," correct?

2              MR. CHO:  Object to the form.

3         A    Correct.

4         Q    And "out of work?" correct?

5         A    Correct.

6         Q    Okay.  So these are the categories

7    of information that you've been working with

8    your staff to get since April 7th, correct?

9              MR. CHO:  Object to the form.

10        A    This is data I requested on April

11   25th.

12        Q    Right.  But it's -- it's similar --

13   very similar to the data that you requested on

14   April 7th, correct?

15        A    Some of it is.

16             MR. CHO:  Object to the form.

17        Q    Okay.  So the first sentence of this

18   email says, "DHS ESEC has requested U.S. CIS

19   provide a memo in regards to the Notice for

20   the termination of TPS for Haiti."

21             What is your understanding of what

22   "Notice for the termination of TPS for Haiti"



Page 131

1    is referring to?

2         A    It's not clear.  I don't know.

3         Q    What's -- what would a Notice of

4    termination of TPS be?

5              MR. CHO:  Object to the form.

6         A    It's not really a term of art I

7    would use.  I don't know why Aisha Barnes used

8    that terminology.

9         Q    So when she says, "Notice for the

10   termination of TPS for Haiti," is it fair to

11   say it probably concerns termination of TPS

12   for Haiti?

13             MR. CHO:  Object to the form.  Calls

14   for speculation.  That's not her email, but

15   the witness can answer.

16        A    I think it has to do with TPS

17   designation.  I don't know what the Notice for

18   the termination means.

19        Q    Okay.  Was Ms. Barnes writing this

20   email on behalf of USCIS Exec Sec?

21             MR. CHO:  Object to the form.

22        Q    She's acting in her official



Page 132

1    capacity, in other words?

2            MR. CHO:  Object to the form.

3       A    No.  She might have written that --

4    I don't know why she wrote it.  It seems she

5    was tasked from DHS Exec Sec, ESEC.

6       Q    Okay.  So the request came from DHS

7    ESEC.

8       A    Right.  Whether or not that's her

9    language or somebody else's, I do not know.

10      Q    Okay.  So in the email above that,

11   Carl Risch emails you at 2:19 p.m., so shortly

12   thereafter, the same day.  Just you, correct?

13      A    Correct.

14      Q    And he says, "We definitely have a

15   pretty good answer to number 1 per Sec

16   Napolitano."  My apologies if I mispronounced

17   it.  "100,000 to 200,000."  And then he cites

18   -- he inserts a link, which looks like it's

19   from ABC News, correct?

20      A    Correct.

21      Q    Then he says, "While we don't know

22   for certain that all of the Haiti TPS folks



Page 133

1    are from this population (I'm sure a handful

2    were students or something), it seems almost

3    certain that the vast majority were illegal."

4              Do you recall this email?

5              MR. CHO:  Object to the form.  Asked

6    and answered.

7         A    It's vaguely familiar.

8         Q    Okay.  So he -- was he -- was this

9    information responsive to the request from DHS

10   ESEC?

11             MR. CHO:  Object to the form.  Calls

12   for speculation.  The witness can answer.

13        A    I don't know if it was entirely

14   responsive.  I think Carl, having seen the

15   request come down, was trying to be helpful by

16   providing a resource.

17        Q    Okay.  Did you -- do you remember

18   looking at the news story?

19        A    I vaguely remember seeing the news

20   story where she's quoted.

21        Q    Okay.  Do you recall approximately

22   what she said?



Page 134

1            MR. CHO:  Object to the form.

2       Q    Something about the 100,000 to

3    200,000?

4            MR. CHO:  Object to the form.

5       A    Again, I vaguely recall where she

6    was trying to estimate -- estimate the number

7    of people unlawfully present from Haiti.

8       Q    In the U.S.

9       A    Yes.

10      Q    And do you know whether any of those

11   100,000 to 200,000 reportedly illegal people

12   were TPS holders?

13           MR. CHO:  Object to the form.  Calls

14   for speculation.  The witness can answer.

15      A    I do not know.  I would have to read

16   the article.  I don't know where she got that

17   estimate.

18      Q    So what did you understand to be the

19   basis for Mr. Risch's statement that it seems

20   almost certain that the vast majority were

21   illegal --

22           MR. CHO:  Object to the form.  Calls



1    for speculation.  The witness can answer.

2        Q    -- if there wasn't any information

3    on, you know, TPS registration?

4            MR. CHO:  Object to the form.

5        A    I think you would have to look at

6    the quote in the article to understand.

7        Q    Okay.  Do you recall whether the ABC

8    News story mentioned TPS?

9            MR. CHO:  Object to the form.

10       A    I don't recall, but the name of the

11   link appears to include protected status.

12       Q    Okay.  So going back to the email

13   below, so Ms. Barnes at the bottom says,

14   "Please provide your response by 5 p.m.

15   Monday, May 8, 2017," correct?

16       A    That's correct.

17       Q    So just -- just so I'm clear, so do

18   you have any memory of this email?

19           MR. CHO:  Object to the form.  Asked

20   and answered.

21       A    I vaguely recall Carl's email.  I

22   don't recall the first email necessarily.



Page 136

1      Q    Okay.  And so your testimony is you

2  don't -- you don't have any understanding of

3  what DHS ESEC meant by Notice for the

4  termination of TPS for Haiti?

5           MR. CHO:  Objection.  Asked and

6  answered.  Object to the form.

7      A    I do not.  The Executive Secretary

8  is really a person who pushes paper and may

9  not know any immigration lingo.

10     Q    Would the DHS ESEC issue requests on

11  its own --

12          MR. CHO:  Object.

13     Q    -- of its own prompting?

14          MR. CHO:  Object to the form.  Calls

15  for speculation.  The witness can answer.

16     A    Would DHS ESEC send a request to us

17  on its own?

18     Q    Right, or would it be transmitting

19  requests from others within DHS?

20          MR. CHO:  Object to the form.  Calls

21  for speculation.

22     A    It's not clear.  I don't know how --



1    how DHS ESEC works.

2        Q    Okay.  So when it says next, "The

3    following questions asked by S1 should be

4    included in the memo," what does S1 refer to?

5        A    S1 refers to the Secretary.

6        Q    Okay.  Okay.  So would -- do you

7    understand the four questions below to be

8    questions asked by S1 --

9             MR. CHO:  Object to the form.

10       Q    -- to be included in the memo?

11            MR. CHO:  Object to the form.  Calls

12   for speculation.  The witness can answer.

13       A    Yes, it could be, or it could be,

14   again, people may broadly use S1 to say the S1

15   office.  So it's unclear.

16       Q    Okay.  So S1 or S1 office.

17       A    Yes.

18       Q    Okay.

19            MR. CHO:  Same objection.

20       Q    And when it says "should be included

21   in the memo," above it says memo -- "in

22   regards to the Notice for the termination of



Page 138

1    TPS for Haiti," and your testimony is that you

2    don't have any understanding of what that

3    document is, what that refers to.

4              MR. CHO:  Object to the form.  Asked

5    and answered.

6        A    I don't know what memo that refers

7    to.

8        Q    Okay.  So you have -- strike that.

9              So you have no memory of the impetus

10   for your identically worded questions that you

11   sent out in your April 25th, 2017, 12:13 p.m.

12   email?

13       A    I do not.

14             MR. CHO:  Object to the form.

15       Q    Let's -- let's just turn back to the

16   long email chain.  I lost the exhibit number,

17   116.

18             Okay.  Okay.  So here -- so April

19   20, the second portion.

20             MR. CHO:  Sorry, what page are you

21   on?  I got -- it's a long email.

22             MS. WEBB:  Yeah, it's -- give me a



Page 139

1  second.

2          I think it's 3778, the April 28th,

3  2017, 4:55 p.m. email.

4          MR. CHO:  What date and time?

5          MS. WEBB:  April 28th, 2017, 4:55

6  p.m.  Sort of halfway down the page.

7          MR. CHO:  So it looks like it's

8  3780.

9          MS. WEBB:  Yes.

10         MR. CHO:  I just want to make sure

11 we're all on the same page.

12         MR. PIPOLY:  Literally.

13 BY MS. WEBB:

14    Q    Okay.  Okay.  So in this email

15 you're emailing the same group of people, so

16 -- the last -- the last email that we

17 discussed in this chain was the one right

18 before it in the chain.  It's Thursday, April

19 27th, 10:08 a.m.  And you had written "I know

20 that some of it is not captured, but we'll

21 have to figure out more ways to squeeze more

22 data out of our systems," correct?



Page 140

1     A    That is in the previous email,

2    correct.

3     Q    In this email you write "Following

4    up on this TPS data request.  I had a few

5    thoughts."  And then you list some additional

6    ideas to try to -- I think you had used the

7    term "collect some data," correct?

8     A    Yes.

9     Q    Okay.  And this email comes just a

10   few hours -- it's 4:55 p.m., April 28th, 2017,

11   just a few hours after Mr. Risch had forwarded

12   the USCIS Exec Sec email, correct?

13    A    Correct.

14    Q    Okay.  So number 1 -- you have three

15   bullet points.  Number 1, you write "Can we

16   get OPQ and RED together to figure out to

17   conduct a random sampling of files that we

18   could then use to generalize the entire

19   population?"

20         So quick question, what is RED?

21    A    RED is a division in Office of

22   Policy and Strategy.  Its name is Research and



Page 141

1    Evaluation Division.

2          Q     Okay.  What do they do?

3          A     They do research, evaluate programs.

4    They provide data to subject matter experts

5    for the regulatory or policy process.

6          Q     Okay.  Do they keep record -- data

7    records themselves?

8          A     No, they would -- they would work

9    with partners in the Office of Performance and

10   Quality and other directorates to compile the

11   data.

12         Q     Okay.  So they would have access to

13   data.

14         A     Yes.

15         Q     Would that be just data within USCIS

16   or potentially outside of USCIS as well?

17         A     Mostly just USCIS, but they -- they

18   may work with other sister agencies.

19         Q     So just to clarify, you have these

20   numbers, number 1, number 2, and number 3.  Do

21   those -- are those responsive to the number 1,

22   number 2 and number 3 bullet points earlier in



Page 142

1    the chain?  You can review.

2         A    (Document review.)

3              Yes, they are attempting to

4    coordinate with the previous request.

5         Q    Okay.  Got it.

6              What did you mean by "to conduct a

7    random sampling of files"?

8         A    So a lot of times if we don't track

9    data electronically, oftentimes our Research

10   and Evaluation Division will do fraud

11   assessments or other types of assessments and

12   they pull paper files, and so I think my

13   suggestion was could we do like a random

14   sample of those files rather than pulling

15   500,000 files to do a sample.

16        Q    So files refers to paper files.

17        A    Yes.

18        Q    Why would OPQ and RED get together

19   to do that?  Why would that be useful, just so

20   I understand?

21             MR. CHO:  Object to the form.

22        A    I didn't -- I don't think I knew at



Page 143

1    the time who could do it or how it could be

2    done, and since they were both on the chain,

3    they could work together to figure something

4    like that out because it's done quite often.

5         Q    Okay.  So the files that you're

6    referring to, the paper files, what subset of

7    paper files did you have in mind?

8              MR. CHO:  Object to the form.

9         A    I don't think I had anything in

10   mind.  I'm simply throwing out suggestions for

11   the experts to figure out.

12        Q    Okay.  So if we go -- if we go back

13   just to the substance of number 1, back to the

14   most recent place where it's dated, which is

15   the Tuesday, April 25, 2017, 2:53 p.m. email,

16   just to refresh.  So it says, "Number 1, how

17   many current Haitian TPS folks were illegal

18   pre-TPS designation?"

19             So I just want to understand sort of

20   what you were contemplating here.  Could you

21   sort of explain what you had in mind --

22             MR. CHO:  Object to the form.



Page 144

1      Q     -- with the random sampling

2   exercise?

3            MR. CHO:  Object to the form.  Asked

4   and answered.

5      A     Well, because it's a self-reported

6   status, I thought it would be interesting to

7   see what people were self-reporting, if it was

8   accurate or not.  Since we couldn't compile --

9   compile it electronically, I didn't know if it

10  would help to general -- to pull files and

11  review to see what kind of answers were given.

12  I wanted to see if there was more there than

13  what the electronic systems had.

14     Q     Okay.  So what subset of the U.S.

15  population would -- would be -- sorry.

16           I may need to go to lunch soon.

17     A     I will say, I had nothing in mind.

18  Random sample, sampling is done all the time.

19     Q     Yes.

20     A     Statisticians figure that out --

21     Q     Sure.

22     A     -- what is statistically valid.



```
 1        Q    Sure, I just want to understand,

 2   with respect to the files, what subset of the

 3   U.S. population would the files be sampled

 4   from?

 5        A    I don't know.

 6             MR. CHO:  Object to the form.

 7        Q    Would it be the Haitian population

 8   generally?

 9             MR. CHO:  Object to the form.

10        A    I do not know.

11        Q    You don't remember?

12        A    I don't remember.  I mean, it's not

13   very clear here what I was seeking.

14        Q    Do you think that you were leaving

15   it up to OPQ and RED to brainstorm further?

16             MR. CHO:  Object to the form.

17        A    Yes, that would be their job, is to

18   figure out what would be -- what could be

19   done, when with what.

20        Q    I'll just finish up this email and

21   then we can go to lunch.

22             Number 2, it says, "Criminal
```



Page 146

1    activity."  "Has anyone reached out to ICE to

2    figure out if they have any data whatsoever on

3    Haitians with final orders of removal?"

4              Do you recall if this suggestion was

5    your idea?

6              MR. CHO:  Object to the form.

7         A    It may have been my idea.  Probably

8    was my idea.  I'm providing ideas to staff on

9    how to handle -- how we could possibly answer

10   a request for this type of data.

11        Q    Okay.  And just for the record,

12   final orders of removal is part of the

13   deportation process, correct?

14        A    Correct.

15        Q    Do you recall whether you were

16   successful or your staff was successful in

17   getting any data from ICE in response to this?

18             MR. CHO:  Object to the form.

19        A    I don't recall if we got that data

20   or not.

21        Q    Would it be fair to say that someone

22   that ICE deported wouldn't be affected by a



1    TPS decision one way or another because they

2    were already deported?

3              MR. CHO:  Object to the form.  Calls

4    for speculation.  Calls for a legal

5    conclusion.  The witness can answer.

6         A    This has nothing to do with whether

7    or not people were deported.  You could have

8    thousands of people with final orders of

9    removal that remain in the United States.

10        Q    Okay.  Awaiting deportation.

11        A    Right.  Right now there are a

12   million people in the United States with final

13   orders of removal.

14        Q    Right.  If someone received a final

15   order of removal, do they lose their TPS

16   beneficiary status?

17             MR. CHO:  Object to the form.  Calls

18   for a legal conclusion.

19        A    I do not know.  I would have to ask

20   counsel.

21        Q    So you ask here, "Has anyone reached

22   out to ICE to figure out if they have any data



1    whatsoever on Haitians for final orders

2    removal?"  So that's are not limited to

3    Haitians who are TPS holders, correct?

4              MR. CHO:  Object to the form.

5         Q    Sorry.

6         A    It's not clear by my email if I

7    meant to the general population or Haitian TPS

8    holders.

9         Q    Do you say TPS holders?

10             MR. CHO:  Object to the form.  The

11   document speaks for itself.

12        A    No, I do not, but we're talking

13   about Haitian TPS holders in previous emails

14   so it's not clear.

15        Q    Okay.  Then at the very bottom of

16   the email, you say, "Please dig for any

17   stories (successful or otherwise) that would

18   show how things are in Haiti, i.e., rebuilding

19   stories, work of nonprofits, how the U.S. is

20   helping certain industries.  We should also

21   find any reports of criminal activity by any

22   individual with TPS, even though it's only a



Page 149

1  snapshot and not representative of the entire

2  situation, we need more than 'Haiti is really

3  poor' stories."

4          Did I read that correctly?

5      A    That is correct.

6      Q    So at this time, April 28th, 2017,

7  had a Haiti TPS decision memo -- excuse me --

8  had a Haiti TPS determination been made?

9      A    I have no idea.

10         MR. CHO:  Object to the form.

11     A    I do not know.  I don't know the

12  timing of the decision memos or the decision.

13         MS. WEBB:  Okay.  We can bring this

14  in -- do we want to go to lunch?

15         MR. CHO:  Sure.  How much time do

16  you need?  30 minutes?

17         MS. WEBB:  Let's come back maybe at

18  1 -- or we can do -- we can do 12:45.

19         MR. CHO:  It's 1:15 now.

20         MS. WEBB:  So we can do 1:45, that's

21  fine.

22         MR. CHO:  1:45.



Page 150

1          MS. WEBB:  Unless you want longer.

2          THE VIDEOGRAPHER:  Off the record at

3    1:15.

4              (A lunch recess was taken.)

5          THE VIDEOGRAPHER:  We're back on the

6    record at 2:01.

7          MS. WEBB:  I'm going to introduce

8    Exhibit 120.

9              (Exhibit 120 was marked for

10   identification and attached to the deposition

11   transcript.)

12   BY MS. WEBB:

13       Q    So just to refresh, I think you

14   testified that your first week on the job as

15   chief was that week of April 7th, 2017,

16   correct?

17       A    Correct.

18       Q    And do you recall when Secretary

19   Kelly announced his decision to extend Haiti

20   TPS for that additional six months in May

21   2017?

22       A    I recall the decision, but I don't



Page 151

1    remember the exact announcement or ...

2        Q    Okay.  And does the press release

3    there that you have in front of you, does that

4    reflect that Secretary Kelly issued the

5    decision to extend for six months on May 22nd,

6    2017?

7            MR. CHO:  Object to the form.  The

8    document speaks for itself.

9        A    That is what the document says, an

10   extension for a limited period of six months.

11       Q    So I just want to go back.  Before

12   the break we were almost through the long

13   email chain, Exhibit 116, and we were on page

14   3788 on your April 28, 2017, 4:55 p.m. email.

15           So --

16           MR. CHO:  Actually I'm not sure you

17   got the page number right.

18           MS. WEBB:  3778?

19           MR. CHO:  No, that's the very first

20   page of the document.

21       A    3780.

22       Q    Oh, I'm sorry, this has cut off page



Page 152

1    numbers.   3780.   Thank you.

2            So when you asked the staff that "we

3    should find any reports of criminal activity

4    by any individual with TPS.   Even though it's

5    only a snapshot and not representative of the

6    entire -- representative of the entire

7    situation, we need more than 'Haiti is really

8    poor' stories," why did you believe that a

9    snapshot that's not representative of the

10   situation was relevant to the Secretary's

11   request for information?

12           MR. CHO:   Object to the request.

13   Also object on the grounds that it seeks

14   information leading to internal governmental

15   deliberations, but the witness may answer.

16       A    So my attempt at finding more data

17   or more information, any story successful or

18   otherwise, was an attempt to paint a full

19   picture of the situation in Haiti and those

20   with TPS.   So I wanted to make sure the

21   Secretary had all the information that he

22   needed to make a decision.



Page 153

```
 1        Q    Was it -- was it reflective of your

 2    ideas here, to look for reports of criminal

 3    activity by any individual with TPS?

 4             MR. CHO:  Object to the form.  Asked

 5    and answered.  The witness can answer.

 6        A    I don't recall who had asked me or

 7    if anyone had asked me to do this, but it is

 8    in my email.

 9        Q    If you turn back with me to, I

10    believe it's Exhibit 117.

11             So, first I just want to get a sense

12    of who's on the email here.  So you mentioned

13    Gene Hamilton is a DHS senior advisor.

14        A    Sure, senior counselor or senior

15    advisor.

16        Q    Senior counselor, okay.

17             Director Cissna is -- I should ask,

18    at the time, what was Mr. Cissna's role?

19        A    He was at DHS Office of Policy.

20        Q    And as of April 7th, 2017, what was

21    James McCament's role, if you recall?

22        A    I don't recall if he was Director or
```



MAGNA
LEGAL SERVICES

Page 154

1    Acting Director.

2         Q    Right.

3              And then who is Dimple Shah?

4         A    Dimple has had a few positions.  So

5    at the time I believe she was with the Office

6    of General Counsel.

7         Q    Of DHS?

8         A    Yes, DHS.

9         Q    I know you had mentioned

10   Mr. Dougherty.

11        A    Mr. Dougherty is with the Office of

12   Policy at headquarters, DHS.

13        Q    You mentioned that Craig Symons was

14   chief of the Office of Counsel.  Was that true

15   at the time?

16        A    Chief of the Office of Chief

17   Counsel.

18        Q    And Carl Risch, Chief of Staff?

19        A    I don't know that he was on April

20   7th.  I don't know what day he started as

21   chief of counsel.

22        Q    Do you know by chance what he was



Page 155

1   doing before he was in that position?

2       A    He was also a senior advisor to the

3   Secretary.

4       Q    Got it.

5            Okay.  And then Mr. Risch, Chief of

6   Staff?

7       A    I don't know if he was exactly Chief

8   of Staff at the time.

9       Q    Do you know what he was doing prior

10  to --

11      A    He was -- sorry.  He was also --

12      Q    Go ahead.

13      A    He was also senior advisor to the

14  Secretary.

15      Q    Okay.  Great.  Thank you.

16           Okay.  So we had discussed this a

17  little bit before.  So just to review, so

18  Mr. Hamilton says, "Hey team, S1 wants a small

19  briefing on TPS, likely on Monday.  I think HQ

20  can handle the briefing, but if any of y'all

21  want to attend, that would be fine."  I see

22  the point.  Is HQ headquarters?



Page 156

1        A     Yes.

2        Q     I think we know S1 is Secretary or

3   Acting Secretary.

4        A     That's correct.

5        Q     Although if it's Acting Secretary,

6   is it AS1 typically?

7        A     Typically, not always.  People

8   forget to put the A in.

9        Q     At the time was Secretary Kelly the

10  Secretary of DHS?

11       A     Yes.

12       Q     And so -- so this is Friday, April

13  7th, the first week on the job, obviously.

14             He's talking about a meeting on

15  Monday, which would have been April 10th.  Do

16  you have any memory of that meeting?

17       A     No, I did not go to that meeting.

18       Q     So you are aware that there was a

19  meeting on that Monday that you were not

20  there; is that correct?

21             MR. CHO:  Object to the form.

22       A     I would have been aware because I



1   saw this -- I would have received this email,

2   but I did not go to that meeting.

3       Q    Okay.  So then we had talked before

4   a bit about, he writes "In addition to the

5   general TPS document we had last week (showing

6   country, designation, expiration, etc.), he

7   would like the following related to Haiti,"

8   and then he lists these four categories.

9           So then after that he writes "Please

10  keep the prep for this briefing limited to

11  those on this email.  If you need a specific

12  data set and need to ask someone to pull it,

13  please do not indicate what it is for.  I

14  don't want this to turn into a big thing where

15  people start prodding and things start leaking

16  out."

17          Did I read that correctly?

18      A    Yes.

19      Q    Where sort of on the hierarchy are

20  you and Mr. Hamilton; is he sort of above you

21  or at your level, or below you?

22          MR. CHO:  Object to the form.



Page 158

```
 1        A    Well, he would work for the

 2   Secretary and directly report to the

 3   Secretary.  I would report to the Director.

 4   So if the Secretary's office wanted something,

 5   I guess I would report to Gene Hamilton.

 6        Q    Okay.

 7        A    He is not in my chain of command.

 8        Q    Right.  Right.  Okay.

 9             So this sort of group on the email,

10   the group of individuals, are these all

11   Schedule C political appointees or are there

12   any sort of career people on the email?

13             MR. CHO:  Object to the form.

14        A    Francis Cissna was a career.  James

15   McCament was a career.

16        Q    Okay.  And the rest are --

17        A    Schedule C.

18        Q    Schedule C.

19        A    Or political appointees.

20        Q    Okay.  Would you agree that it would

21   be improper for DHS to make a TPS

22   determination first and then ask research
```



Page 159

1    staff to sort of pick data to support that

2    decision?

3              MR. CHO:  Object to the form.  Calls

4    for a legal conclusion.  The witness can

5    answer.  And also calls for speculation as

6    well, and a hypothetical.  The witness can

7    answer.

8         Q    In general.

9         A    Are you assuming that -- are you

10   asking if --

11        Q    Just generally.

12        A    I think your question points to

13   making an assumption that a decision was made

14   before certain data was collected.

15        Q    Just in general.

16        A    I don't know that to be the case.  I

17   don't think that is the case.

18             You can ask for data at any point at

19   any time, I believe, on any issue, and I think

20   the Secretary has the prerogative to ask for

21   data at any time.

22        Q    Sure.



1           So aside from any email we looked

2    at, I'm just asking you sort of generally, do

3    you think it would be improper to have a TPS

4    decision made in the first instance and then

5    have research -- have the research staff come

6    up with data to support that decision after

7    it's been made?

8           MR. CHO:  Objection.  Again, calls

9    for speculation, is a hypothetical, and the

10   witness can answer if she can.

11      A    I don't know if it's improper.  I

12   don't know if it's done.

13          MS. WEBB:  Okay.  Let's go ahead and

14   introduce another exhibit here.

15          (Exhibit 121 was marked for

16   identification and attached to the deposition

17   transcript.)

18          MR. CHO:  Exhibit 121.

19          THE REPORTER:  121.

20          MS. WEBB:  121.

21          MR. PIPOLY:  CP.

22          MR. SNELL:  7859.



Page 161

1              MR. PIPOLY:  7859?  Thank you.

2              MR. CHO:  The government objects to

3    Exhibit 121 on the grounds that it contains

4    internal governmental deliberations, but the

5    witness can answer questions about this

6    document.

7         A    (Document review.)

8              Okay.

9         Q    Okay.  So this is another email

10   chain.  So do you see that it starts with an

11   email we've already talked about, which is

12   your Friday, April 7th, 2017, 9:19 a.m.

13   email --

14        A    Yes.

15        Q    -- asking about data on public and

16   private relief and crimes of any kind on those

17   several categories.  And it continues on -- we

18   can check to make sure exactly here.

19        A    So the only new part of this is the

20   first email from May 8th at 6:48.

21        Q    Yes, thank you.

22             Okay.  So, just to go back, so to



Page 162

1     April 28, 2017, your 4:55 p.m. email, which is

2     just on page 3 of this document, we've

3     discussed this.  I don't want to reread it or

4     anything.  But you have the three thoughts

5     that you list out in bullet points, correct?

6              MR. CHO:  Object to the form.  The

7     document speaks for itself.

8         A    I'm sorry, on the first -- on that

9     email that we talked about?

10        Q    No, it's just on the third page of

11    the document.  It's back to the April 28th --

12    April 28th, 4:55 p.m. email.

13        A    Okay.

14        Q    April Padilla responds to your email

15    and says, "SCOPS and OPQ will be discussing

16    number 2 tomorrow."  Correct?

17        A    Correct.

18        Q    And the next, Ms. Anderson responds

19    Monday, May 1st, at 8:03 a.m., same day.  It

20    says, "Adding Jenna and Rob from RED for

21    counsel on number 1 (whether OPQ and RED can

22    conduct a random sampling of files) and Roy



1    and Tom from RAIO RU on the request for

2    additional stories about conditions in Haiti,"

3    correct?

4        A    Yes.

5        Q    Is RAIO RU -- well, you tell me.

6        A    Is the research unit.

7        Q    Is the research unit.

8             And I don't believe we've already

9    put it on the record, what does RAIO stand

10   for?

11       A    Refugee Asylum and International

12   Affairs.  I don't know the -- International

13   Operations.

14       Q    No one has known so far in this

15   case.  Okay.  Thank you.

16            Okay.  So Ms. Anderson is adding

17   some people from other departments to help do

18   some research in response to your requests,

19   correct?

20       A    Correct.

21            MR. CHO:  Object to the form.

22       Q    And then moving ahead, so Monday,



Page 164

1    May 1st at 3:34 p.m., Michael Hoefer responds

2    and says, "We can provide names, receipt

3    numbers, and A-numbers for Haitian TPS.  We

4    will need the list" -- excuse me -- "we will

5    need the list for number 2 as well anyway,"

6    correct?

7         A    Yes.

8         Q    And do you have any sense -- so his

9    first sentence there, do you have -- do you

10   have an idea of what he means by names,

11   receipt numbers, and A-numbers?

12             MR. CHO:  Object to the form.  Calls

13   for speculation.  The witness can answer.

14        A    The question that OPQ, the data

15   request in number 1, to conduct a random

16   sample of files, was targeted to OPQ.  And I

17   believe Mike Hoefer, who represents OPQ, was

18   referring to that particular data request.

19        Q    Okay.  Do you know specifically what

20   he means by receipt numbers?

21             MR. CHO:  Object to the form.

22        A    So when somebody applies for a



Page 165

1    benefit or petitions or an applicant applies,

2    as soon as they apply, they get a receipt

3    back.  Each receipt is numbered.  So at times

4    we can search databases based on receipt

5    numbers versus names.

6          Q    Okay.  If someone were to apply for

7    -- to become a TPS beneficiary, they would

8    file their application and then get a receipt

9    number back potentially.

10         A    Right.

11         Q    And what about A-numbers, what is

12   that?  Do you know what he's referring to

13   there?

14         A    That's an alien number, and that has

15   been used for decades where each individual

16   gets an A number to coincide with their entire

17   file.  So each individual has a certain

18   A-number, and that A meant -- that person may

19   have several receipt numbers, but they should

20   have one A file.

21         Q    Okay.  When would they get that

22   A-number?



Page 166

1        A     Usually when they first applied or

2    encountered either -- I guess they could be

3    encountered by our sister component, ICE, or

4    apply for their first benefit with us.

5        Q     So when they encounter the

6    immigration system.

7        A     When they enter.  It's not to say

8    that there aren't duplicates -- there aren't

9    duplicates, but we try to give one A-number

10   per alien.

11       Q     Okay.  Okay, thank you.

12             Okay.  So the next email is that

13   same day, about an hour later, May 1st, 2017,

14   at 4:30 p.m.  And LeRoy Potts, who's been on

15   the email chain for a bit here, sends this

16   email.

17             Who is Mr. Potts?

18       A     I don't know Mr. Potts, but

19   according to the email, he was the chief of

20   research at Refugee Asylum and International

21   Services directorate.

22       Q     Okay.  So Mike could be the Roy that



1   Ms. Anderson refers to when she says "Roy and

2   Tom from RAIO RU" on the request for

3   additional stories about conditions in Haiti?

4         MR. CHO:  Object to form.

5     A    It's a good guess.  I don't know for

6   certain.

7     Q    Okay.  So Mr. Potts writes

8   "Unfortunately conditions in Haiti remain

9   difficult.  Please see below."

10        Then he has five bullet points.

11   I'll just read the first -- well --

12        MR. CHO:  Again, the document does

13   speak for itself.  I don't know if you need to

14   read everything into the record.

15    Q    Take -- you can take some time to

16   read it, if you'd like --

17        MR. CHO:  Maybe it would be helpful

18   --

19    Q    -- I'll ask you some questions.

20        MR. CHO:  -- to ask her a question

21   so she knows when she's reading.

22    A    (Document review.)



Page 168

1  Q  Okay.  I'm just going to go through

2 the bullet points quickly.

3    So his first bullet point, he says,

4 "Haiti has not fully recovered from the 2010

5 earthquake."  And he cites a Miami Herald

6 article from April 27th, correct?

7  A  Correct.

8  Q  On the second bullet point, he says,

9 "In October 2016, Hurricane Matthew struck

10 Haiti, causing 2.8 billion worth of damage -

11 equivalent to 1/3 of Haiti's gross domestic

12 product," correct?

13  A  Correct.

14  Q  He has "The United Nations requested

15 139 million emergency appeal for humanitarian

16 aid of only which 86 million was funded,"

17 correct?

18  A  Correct.

19  Q  In the third bullet point, looks

20 like he's citing something a United Nations

21 official said as of mid April 2017, "shelter

22 and food remain scarce in Haiti's southern



Page 169

1   peninsula," correct?

2        A    Correct.

3        Q    Then the fourth bullet point, "From

4   April 20th to 24th, 2017, heavy rains caused

5   flooding in the departments of the South,

6   Southeast" -- I'm going to butcher this --

7   Grand'Anse and Nippes, with South Department

8   most affected," correct?

9        A    Correct.

10       Q    It says, "At least four people were

11   killed, and nearly 10,000 homes may have been

12   damaged.  At least 350,000 people may have

13   been affected."  Correct?

14       A    Correct.

15       Q    Then finally he says, "Economic

16   challenges in Haiti include double-digit

17   inflation, food insecurity in areas most

18   impacted by Hurricane Matthew, a depreciating

19   currency, and low levels of investment,"

20   correct?

21       A    Correct.

22       Q    He cites some news articles, four



1   different -- well, looks like at least three

2   different news articles and a website,

3   correct?

4        A    Yes.

5        Q    So this is in response to your

6   Friday April 28, 2017, 4:55 p.m. request that

7   you sent around to look for the three

8   categories of information that you say -- that

9   you state there, and then also your request to

10  please dig for stories, correct?

11            MR. CHO:  Object to the form.  This

12  email is from LeRoy Potts so it calls for

13  speculation.  The witness can answer if you

14  know.

15       A    I don't know for certain, but it's

16  likely that he responded "For the request for

17  additional stories about conditions in Haiti."

18       Q    Uh-hmm.

19            And you had asked for stories,

20  successful or otherwise, that would show how

21  things are in Haiti, and you gave some

22  examples there, rebuilding stories, work of



1   nonprofits, how the U.S. is helping in certain

2   industries, positive stories, correct?

3          MR. CHO:  Object to the form.  The

4   document speaks for itself.  The witness can

5   answer.

6      A    Most likely they're positive, but

7   it's information that may paint a full picture

8   of what's happening in Haiti.

9      Q    So more than just the Haiti is

10  really poor stories, as you say, correct?

11         MR. CHO:  Object to the form.

12  Mischaracterizes her email.  The witness can

13  answer.

14     A    They're just additional data points

15  or information that the Secretary may need

16  that paints a fuller picture.

17     Q    Okay.  Mr. Potts responds, he uses

18  this term "unfortunately conditions in Haiti

19  remain difficult" and then provides sort of a

20  lot of negative stories; is that fair to say?

21         MR. CHO:  Object to the form.  The

22  document speaks for itself.



Page 172

1      A    He does say that, and he does

2    provide information that appears negative, I

3    guess.

4      Q    Okay.  Do you have any idea why he

5    used the word "unfortunately"?

6           MR. CHO:  Object to the form.

7    That's Mr. Potts' email.  Calls for

8    speculation.  The witness can answer.

9      A    I do not know why he wrote that

10   word.

11          (Exhibit 122 was marked for

12   identification and attached to the deposition

13   transcript.)

14          MR. CHO:  The government objects to

15   Exhibit 122, Bates number on the first page

16   CP_7873, on the grounds that this document

17   contains internal governmental deliberations,

18   but the witness can answer questions about the

19   exhibit.

20      A    (Document review.)

21          Okay.

22      Q    Okay.  Do you recognize this



Page 173

1    document?

2        A    I've seen documents like this

3    several times so I'm sure I've seen it in the

4    past.

5        Q    Okay.  What is it?

6        A    It is a decision memo from then

7    Acting Director McCament for the Secretary

8    related to the Haiti designation.

9        Q    Okay.  And do you think that your

10   staff and you prepared this document?

11           MR. CHO:  Object to the form.

12   Testify to what you know.

13       A    Yes, generally OPS does help draft

14   this, yes.

15       Q    Okay.  And it looks like there's

16   some initials there at the top next to James

17   McCament's name.  Based on your time working

18   with Mr. McCament, do you have an

19   understanding whether those are his initials

20   next to the name?

21           MR. CHO:  Object to the form.

22       A    I don't know for certain, but I



Page 174

1    think so.

2         Q    Okay.  And it looks like the

3    document is unsigned, correct?

4         A    Correct.

5         Q    If you'd turn to the last page.

6              This is not the final version,

7    correct?

8              MR. CHO:  Object.

9         Q    The final signed -- I should say

10   this is not the final, executed version,

11   correct?

12             MR. CHO:  Object to the form.  Calls

13   for speculation.  I'm not quite sure what you

14   mean by "final, signed version."  It appears

15   there's no signature line on the document.

16        Q    Well, this document is unsigned,

17   correct, by Mr. McCament -- Mr. -- excuse

18   me -- by Acting Director McCament, correct?

19        A    It is signed by Acting Director

20   McCament up here, but it is not signed by

21   anyone else.

22        Q    Okay.  Let's talk about the last



Page 175

1    page then.  So, under -- so about halfway

2    through, there's a section there that says

3    "Recommendation."  "Following interagency

4    consultation with DOS and a thorough review of

5    the conditions in Haiti, USCIS concludes that

6    termination of Haiti's TPS designation is

7    warranted and recommends that you terminate

8    the designation with an effective date of

9    January 22nd, 2018, which is six months after

10   the current expiration date," correct?

11        A     Correct.

12        Q     Then below that it says,

13   "Approve/date, disapprove/date, modify/date,

14   or needs discussion/date."

15             What's your understanding of what

16   that section is on the document?

17        A     My understanding is that is part of

18   the template for a memo and that is where the

19   Secretary would have signed to approve or

20   disprove, to modify or to tell staff he needed

21   to discuss further.

22        Q     Okay.  So a final, signed version of



1    this that was headed up to headquarters to the

2    Secretary would -- would include a signature

3    in one of these blanks; is that correct?

4            MR. CHO:  Object to the form.

5    Mischaracterizes her prior testimony.

6        Q    Or is that left for the Secretary to

7    sign?

8        A    This is for the Secretary.

9        Q    I see, okay.  Thank you.

10       A    So this was -- this is not signed by

11   the Secretary.

12       Q    Okay.  Okay.  So this memo is dated

13   April 10th, 2017, which I think, based on what

14   we talked about before, is your second week on

15   the job, right?

16           MR. CHO:  Object to the form.

17       A    It's exactly one week after I

18   started.

19       Q    Okay.  Okay.  And it's also three

20   days after Exhibit 117, Mr. Hamilton's April

21   27, 2017, 7:58 a.m. email to you and others,

22   correct?



1          MR. CHO:  Object to the form.  The

2    documents speak for themselves.

3          A    It is.

4          Q    So what did you -- what would you

5    understand to be -- excuse me.

6          What did you understand to be the

7    relationship, if any, between Acting Director

8    McCament signed the decision memo here and

9    Mr. Hamilton's email where he asked for

10   information to be pulled but kept secret?

11         MR. CHO:  Object to the form.  Calls

12   for speculation.  The witness can answer.

13         A    Well, if you look at the April 7th

14   email, there's nothing in there that mentions

15   it's needed for the decision so the

16   relationship is -- the two could be not

17   connected.

18         Q    Okay.  So it's just a coincidence

19   that these came this close together; is that

20   your testimony?

21         MR. CHO:  Object to the form.

22   Argumentative.  Calls for speculation.



Page 178

```
 1        Q    I'm just asking if that's your
 2   testimony.
 3             MR. CHO:  That is not what she said
 4   either, so that mischaracterizes her
 5   testimony.  The witness can answer if she can.
 6        A    I don't know how the two relate.
 7   I'm just saying they don't -- they don't
 8   reference each other.  This doesn't reference
 9   a memo -- I'm sorry -- the April 7th email
10   from Gene Hamilton does not reference a memo.
11        Q    Okay, thank you.
12             So, I know you had a chance to look
13   at the April 10th, 2017, decision memo.  I
14   don't expect you to read every word, but when
15   you were reviewing it, did you see any
16   discussions in it about crime statistics for
17   Haitians or Haitian TPS beneficiaries in the
18   decision memo?
19             MR. CHO:  Object to the form.  The
20   document speaks for itself.
21        A    I don't see anything in that memo
22   related to criminality.
```



Page 179

1     Q    Okay.  Did you see anything related

2   to the lawful or unlawful immigration status

3   of Haitian TPS beneficiaries when they

4   registered in the decision memo?

5          MR. CHO:  Object to the form.  The

6   document speaks for itself.

7     A    No, I don't.  I haven't read every

8   footnote, and I don't know exactly what every

9   footnote is, but I don't see anything.

10    Q    Okay, sure.

11         The same question about --

12    A    I --

13    Q    Please go ahead.

14    A    No.  I'll only mention of how one is

15   eligible based on continuous physical

16   presence, footnote 12.

17    Q    Okay.  Then the same question for

18   any reference to your discussion of how many

19   Haitian TPS beneficiaries are on public or

20   private relief.

21         MR. CHO:  Same objection.  The

22   document speaks for itself.



Page 180

1       A     Not that I can see.  It discusses

2   public health -- the public health system and

3   the health situation in Haiti.

4       Q     In Haiti, okay.

5             And just to close the loop here, any

6   -- did you see any discussion of, sort of,

7   general demographic data on Haiti TPS

8   beneficiaries?

9             MR. CHO:  Object to the form.

10  Vague.  Overbroad.  The witness can answer.

11      A     It talked about people who are

12  displaced.

13      Q     In Haiti.

14            MR. CHO:  Same objection.

15      A     Yes, it discusses that on page 7875.

16      Q     Okay.  And that's -- I see that.

17  That's in reference to demographics of

18  population within Haiti?

19      A     Uh-hmm.

20      Q     But not of Haiti TPS beneficiaries

21  within the U.S., correct?

22            MR. CHO:  Object to the form.



Page 181

1          A     As far as I can see, yes.

2          Q     And then, finally, any discussion of

3     either travel back and forth to Haiti by Haiti

4     TPS beneficiaries or remittances sent by Haiti

5     TPS beneficiaries in this memo?

6          A     No.  Only reference to the U.S.

7     government working to strengthen Haitian civil

8     service and government service delivery.

9          Q     Okay, great.  Thank you.

10               So is it fair to say that this memo

11    does not have any discussion about any of the

12    categories of information that Mr. Hamilton

13    requested three days before it's dated on

14    April 7th, 2017, in this 7:58 a.m. email?

15         A     It is --

16               MR. CHO:  Object to the form.

17         A     It is fair to say what you have --

18    what I have in front of me does not

19    necessarily cover that information.  However,

20    I am not certain what the attachments include,

21    attachment B or C or D.

22         Q     Okay.



Page 182

```
 1        A    There may be additional information

 2   in those memos that I'm not aware of.

 3        Q    Okay.  But -- okay.  You answered

 4   that.  Thank you.

 5             Okay.  We already have this.  Okay.

 6             Could you turn back to Exhibit 121

 7   for me.

 8             Okay.  So the top email on that

 9   chain dated May 8, 2017, at 6:48 p.m.  This is

10   just an email from Mr. Prelogar to

11   Ms. Anderson that you're not copied on,

12   correct?

13             MR. CHO:  The document speaks for

14   itself.

15        A    I am not on this email, no.

16        Q    Okay.  So Mr. Prelogar says, "Roy,

17   Tom, Kathy met with Kathryn and me briefly

18   today on additions DHS/HQ has requested we

19   make to the USCIS Haiti TPS Decision Memo,

20   which is being pulled back in order for us to

21   edit it accordingly.  Among the various items

22   they have asked us to provide information on,
```



Page 183

1    there were three we wanted to seek RU's

2    assistance in addressing to ensure the content

3    is accurate and pulled from reliable sources

4    so that the new material abides by the same

5    (high) standard as the other country

6    conditions information USCIS reports."

7              Did I read that correctly?

8         A    Yes.

9         Q    And do you recall in May that the

10   Haiti TPS decision memo was -- that

11   headquarters asked for it to be revised?

12             MR. CHO:  Object to the form.

13        A    That would -- that would not be

14   uncommon.  It goes through many layers of

15   review.

16        Q    Do you recall the meeting that

17   Mr. Prelogar describes there on May 8th?

18        A    No.

19        Q    So to go over just the bullet points

20   below, so the first is asking for "GDP growth

21   - longer term trend."  Second, it says,

22   "Information regarding the UN's decision to



Page 184

1  conclude its peacekeeping mission in October

2  2017."

3           And third is, "Information regarding

4  the reconstruction of the Presidential Palace

5  and what that suggests regarding the

6  government of Haiti's post-earthquake recovery

7  and capacity."

8           I didn't read the full bullet points

9  for one and two, but did I read that

10  correctly?

11     A    Yes.

12          MR. CHO:  Just so the record is

13  clear, you did not read the entire bullet

14  points, but I just want to make sure that's on

15  the record.

16     Q    With respect to the first bullet

17  point, what was your understanding of why that

18  information specifically was being requested

19  by DHS headquarters for this decision memo?

20          MR. CHO:  Object to the form.  I'll

21  also object on the grounds that it seeks

22  internal governmental deliberations, but the



1   witness can answer.

2        A    I don't know specifically, but it

3   goes back to the fact that the Secretary is

4   making a pretty big decision and he needs all

5   the information to paint a full picture of

6   what's going on in the country of Haiti.

7        Q    Okay.  Would that -- would your

8   answer apply to the next two bullet points

9   there or did you have any understanding

10  specifically of why?

11       A    The same response.

12       Q    Okay.

13            (Exhibit 123 was marked for

14  identification and attached to the deposition

15  transcript.)

16            MR. CHO:  Is this 123?

17            THE REPORTER:  Yes.

18            MR. CHO:  The government objects to

19  Exhibit number 123, which is Bates number

20  DPP_3121 on the grounds that this email

21  exchange contains internal governmental

22  deliberations, but the witness can answer



1    questions about the exhibit.

2         A    Okay.

3         Q    Okay.  So the first email in this

4    chain, bottom email in this chain, is one that

5    we have previously discussed.  And -- excuse

6    me -- and the email above it -- and you're not

7    copied on that first email in the chain,

8    correct, in the bottom email?

9         A    No.

10        Q    And do you know whether or not you

11   were on the USCIS Exec Sec listserv and got

12   the email that way?

13        A    I don't know.

14        Q    Okay.  So the email above it, on

15   Monday, May 8th, 2017, 5:30 --

16        A    Can I ask you to clarify?

17        Q    Yes, sure.

18        A    The listserv, what listserv are you

19   talking about?

20        Q    Oh, so when we had previously

21   discussed the email earlier in the deposition,

22   I think you had mentioned that --



Page 187

1       A    After Maria and after Constance --

2       Q    Uh-hmm.

3       A    -- is an email box for the Exec Sec.

4  It's not a listserv, I don't believe.

5       Q    Oh, okay.

6       A    I don't think I ever said that.

7       Q    Okay.  Sorry.  I must have

8  misunderstood.

9       A    Just to clarify that that is an

10 email address for the General Executive

11 Secretary.

12      Q    Okay.  Same question with respect to

13 policy clearance, would you be on that email?

14      A    No.  That goes -- that is a certain

15 email address.  Sometimes I'm copied when they

16 send things to policy clearance, but I was not

17 copied on this one.

18      Q    Okay.

19           So the email above it, Monday, May

20 8th, 5:30 p.m., Mr. Prelogar responds to this

21 bottom email to you and to a number of other

22 people, correct?



Page 188

1        A    Correct.

2        Q    Okay.  So earlier in this chain in

3   the bottom email, the USCIS Exec Sec has, as

4   we discussed, has requested "USCIS provide a

5   memo in regards to the Notice for the

6   termination of TPS for Haiti."  Mr. Prelogar

7   says -- excuse me.  The following --

8   continues.  The following questions --

9            MR. CHO:  We've already gone over

10   that email already.

11            MS. WEBB:  I just want to refresh

12   her so she has some context for the next

13   email.

14   BY MS. WEBB:

15        Q    "The following questions should be

16   requested by S1 should be included in the

17   memo."  Correct?

18            MR. CHO:  The document speaks for

19   itself, and we've already gone over this email

20   already.

21            You can answer again.

22        A    That's what the email says, yes.



Page 189

```
 1      Q    Okay.  So above Mr. Prelogar says,

 2  "Attached is a memo with responses to S1's

 3  questions below," correct?

 4      A    Correct.

 5      Q    And he says, "OP&S's Chief, Kathy

 6  Nuebel Kovarik, copied here, sent this

 7  directly to S1's Chief of Staff, Kirstjen

 8  Nielsen, so S1's office has received it."

 9  Correct?

10      A    Correct.

11      Q    And do you recall that memo or

12  sending it to the Secretary -- the Secretary's

13  Chief of Staff?

14      A    No, I don't recall that.

15      Q    There's just a couple of people who

16  are on this email who are new who I'm going to

17  ask you about.

18           So it's Mr. Prelogar sends the email

19  to Ms. Anderson and to policy clearance, that

20  email box we talked about, and to Larry

21  Levine, correct?

22      A    Correct.
```



Page 190

1     Q    And then below copied is Michael

2 Rather.  Who is that?

3     A    Michael Rather is Office of Policy

4 and Strategy, Chief of Staff.

5     Q    Okay.  Is that your Chief of Staff?

6     A    It is.  And he helps manage the

7 policy clearance box.

8     Q    Okay.

9     A    Along with -- yes, along with Josie

10 Graziadio, they manage the clearance box.

11          MS. WEBB:  Okay.  Can we take five

12 minutes?

13          MR. CHO:  Sure.

14          MS. WEBB:  Take a quick break.

15          THE VIDEOGRAPHER:  Going off the

16 record at 3:03.

17              (A brief recess was taken.)

18          THE VIDEOGRAPHER:  We're back on the

19 record at 3:15.

20          MS. WEBB:  I would like to mark

21 Exhibit 124.

22              (Exhibit 124 was marked for



Page 191

1    identification and attached to the deposition

2    transcript.)

3              MR. CHO:  The government objects to

4    Exhibit 124 on the grounds that it contains

5    internal deliberations.  The first page is

6    Bates number DPP_18469, but the witness can

7    answer questions about this exhibit.

8              MR. PIPOLY:  Just real quick,

9    because you're not instructing the witness, I

10   didn't mean to make a big deal out of this

11   earlier, but all these -- I just want to get

12   it on the record that Plaintiffs' position is

13   that all of these objections to the documents

14   themselves on deliberative process grounds is

15   improper.  It's in a stipulation entered

16   between the court the government won't object

17   on deliberative process grounds to any

18   document that's been produced in this case, so

19   all of these objections to deliberative

20   process as to the documents has been waived by

21   the government.

22             MR. CHO:  That's fine.  That's your



Page 192

1    position.  We're raising the objection to

2    preserve the record.

3            MR. PIPOLY:  It's in the

4    stipulation.

5            MR. CHO:  Okay.  I think your

6    colleague is asking the questions today.

7        A    (Document review.)

8            Okay.

9        Q    Who is -- who is Dolline Hatchett;

10   do you know?

11       A    I do know.  Chief -- at the time she

12   was Chief of the Office of Communications for

13   USCIS.

14       Q    Okay.  So the first email in this

15   chain attaches a news story.  It looks like it

16   says by Ted Hesson, correct?

17       A    Correct.

18       Q    Do you recall reading this news

19   story at the time?

20       A    I recall seeing several stories and

21   this was one of them, yes.

22       Q    Okay.



Page 193

1          And the title, it says, "DHS

2     official: Crime data on Haitians won't be used

3     for TPS decision," correct?

4     A     That's what it says.

5     Q     Do you recall what the reaction was

6     to this story internally within USCIS?

7          MR. CHO:  Object to the form.  Calls

8     for speculation.  Vague.  Testify to what you

9     know.

10     A     People were generally calm.  If

11     anything, it was the fact that deliberative

12     emails were leaked, not the content.

13     Q     Okay.  Did USCIS ever determine who

14     had leaked the emails?

15          MR. CHO:  Object to the form.

16     A     No.

17     Q     What was your reaction to the story?

18     Do you remember?

19          MR. CHO:  Object to the form.

20     A     That questions that I asked in the

21     deliberative and confidential -- not

22     confidential -- but in a manner to my staff



Page 194

1    were leaked to the press.  Again, not so much

2    about the content.

3        Q    Okay.  Do you recall back in Exhibit

4    117 when Mr. Hamilton had sent out that April

5    27, 2017, request regarding criminality

6    information, that he had said "if you need a

7    specific data set you need to ask someone to

8    pull it, please do not indicate what it is

9    for, I don't want this to turn into a big

10   thing where people start prodding and things

11   start leaking out."  Correct?

12       A    That is correct.

13       Q    Did you ever talk to him about this

14   associative press story?

15       A    I don't think I ever did.

16       Q    When it says -- when the story says,

17   "Crime data on Haitians won't be used for TPS

18   decision," did you have an understanding of

19   what that meant at the time?

20       A    I can only go by what's in the

21   political story.  The Secretary's decision

22   will hinge upon the conditions in that



Page 195

1   country, I suppose.

2       Q    And do you know whether it was a

3   true statement, in fact, that crime data on

4   Haitians would not be used for the TPS

5   decision at the time?

6           MR. CHO:  Object to the form.  Calls

7   for speculation.  You can testify as a fact

8   witness.  Testify to what you know.

9       A    I do not know what was considered.

10      Q    Okay.  What was considered by whom?

11          MR. CHO:  Object to the form.

12      A    The Secretary makes that decision.

13      Q    Okay.  What about the -- what about

14  the various inputs to that decision, do you

15  know whether it was a true statement that the

16  criminality data would not be used in those

17  inputs?

18          MR. CHO:  Object to the form.

19  Vague.

20      A    I'm not sure what your question is.

21  I'm sorry.

22      Q    That's fair.



Page 196

1          Let me ask you this question.  So

2     we've looked at a number of emails today.  We

3     know that as of May 9th you had been

4     supervising a lot of research that was being

5     conducted into data on criminality on the

6     Haitian TPS population, correct?

7          MR. CHO:  Object to the form.

8     Mischaracterizes prior testimony.

9     A     I guess for months I was involved in

10    researching Haiti.

11    Q     Okay.  You say months.  I just want

12    to talk about, I guess, the research on

13    criminality specifically.  Was it months or

14    was it weeks?  Do you remember?

15         MR. CHO:  Object to the form.

16    A     I don't know how long I did.

17    Q     I guess we can trace it all the way

18    back to the April 7th, 2017, email you sent

19    out, correct?

20         MR. CHO:  Object to the form.

21    Q     When you made your first request to

22    your staff.



Page 197

1       A     I don't know what day that was.

2   April 7th?

3       Q     Yes.  Okay.

4           So do you know whether on this day,

5   May 9th, when this official -- when the

6   Homeland Security Department spokesperson

7   refuted the idea that data on criminality

8   could be used to decide whether to renew

9   humanitarian protections for Haitians in the

10  U.S, do you know whether the research that you

11  were supervising on criminality of the Haitian

12  TPS population came to a stop at that point?

13          MR. CHO:  Object to the form.  Calls

14  for speculation.  The witness can answer.

15      A     I don't know when it "came to a

16  stop" or when we halted any conversation on

17  criminality.  I would have to go back to

18  previous emails that you've shown me here.

19      Q     Okay.

20      A     It's not fair to say that it stopped

21  because of this story.

22      Q     Okay.



1          MS. WEBB:  We'll mark this as

2     Exhibit 125.

3          (Exhibit 125 was marked for

4     identification and attached to the deposition

5     transcript.)

6          MR. CHO:  The government again

7     objects to Exhibit 125 on the grounds that

8     this document contains internal governmental

9     deliberations, but the witness may answer

10    questions about this exhibit.

11         A    (Document review.)

12         Okay.

13         Q    Okay.  You had testified that, I

14    think you said it's not fair to say that the

15    research on criminality had stopped.  My

16    question to you on this email chain is just

17    whether this email chain reflects some

18    additional research into that sort of criminal

19    background continued to occur after May 9th,

20    2017.

21         MR. CHO:  Object to the form.

22    Mischaracterizes her testimony.  Exhibit 125



Page 199

1   speaks for itself.  The witness may answer.

2       A    It appears that they were still

3   attempting to answer the question that I posed

4   to them.

5           MS. WEBB:  Mark this as Exhibit 126,

6   I believe.

7           (Exhibit 126 was marked for

8   identification and attached to the deposition

9   transcript.)

10          MR. CHO:  The government objects to

11  Exhibit 126 on the grounds that these emails

12  contain internal governmental deliberations,

13  but the witness can answer questions about

14  this exhibit.

15      A    (Document review.)

16      Q    Just let me know when you're ready.

17      A    Okay, I think I'm ready.

18      Q    Okay.  So I just want to direct your

19  attention to the middle of page 7311.  Do you

20  see where there it says, "Were crime and

21  public benefits data used to make the

22  decision"?



Page 200

1          A     Uh-hmm.

2          Q     It says, "No, criminal history and

3    public benefit usage was not used as criteria

4    for the TPS determination.  The decision was

5    based on whether Haiti met the statutory

6    conditions for TPS," correct?

7          A     That's what it says in this version.

8          Q     Okay.

9          A     But I would note that that is what

10   is pasted, and it's not clear whether that's

11   final or not.

12         Q     Right.

13         A     But it's pasted.

14         Q     So then above -- actually above this

15   -- these talking points, there's some

16   additional discussion, correct?

17         A     Correct.

18         Q     If you go to page 7309, email by

19   Mr. Prelogar, May 20th, 2017, 8:31 p.m.  So

20   that's later the same day that Mr. Prelogar

21   sent out the talking points, correct?

22         A     Correct.



```
 1        Q     He writes "+Kathy, quick thoughts --

 2   think this bit will need tweaking."  Then he

 3   has a statement about automatically retaining

 4   their TPS, correct?

 5        A     Correct.

 6        Q     Then if you go down just to the

 7   bottom there, he says -- bottom of the page.

 8   He says, "Also, on the crime and public

 9   benefits question, I think we should just

10   respond with the second sentence only.  We did

11   try to dig up some data on crime and public

12   benefits, and I think it's both unnecessary

13   and overly defensive to say we did not use

14   data of that sort in our decision-making (And,

15   in any event, there is a fair argument that

16   that sort of data could be considered under

17   the statute for Haiti's designation and

18   extensions on the basis of extraordinary and

19   temporary conditions, given the national

20   interest component.)"

21             Did I read that correctly?

22        A     That's correct.
```



Page 202

```
 1       Q    So Prelogar -- Mr. Prelogar we know

 2  is one of your SME's, correct?

 3       A    Correct.

 4       Q    Do you agree with him there that

 5  there's a fair argument that crime data could

 6  be considered under the statute?

 7            MR. CHO:  Object to the form.  Also

 8  objection to the extent it seeks information

 9  into internal governmental deliberations, but

10  the witness can answer.

11       A    Yes, I agree there's a fair argument

12  to be made.

13       Q    Okay.  When he says that that

14  statement on crime and public benefits is

15  unnecessary and overly defensive, did you

16  agree with his assessment there as well?

17            MR. CHO:  Same objection.  The

18  witness can answer.

19       A    I don't know if I agreed with it at

20  the time.  It looks like I made edits after --

21  after his email, so I don't know what kind of

22  edits I would have made to the document,
```



Page 203

1    especially on that second sentence.

2         Q    Okay.  All right.

3              Okay.  So I think you testified

4    today that you don't recall the purpose for

5    which you were supervising the collection of

6    the data on public assistance and crime; is

7    that correct?

8              MR. CHO:  Object to the form.

9    Mischaracterizes her prior testimony.

10        A    I don't know exactly, but generally

11   we are discussing a decision related to TPS

12   designations, so I don't know exactly what the

13   information was going to be used for.

14        Q    Okay.  But do you recall that it had

15   to do with the TPS designation that was coming

16   up?

17             MR. CHO:  Object to the form.

18   Testify to what you know.

19        A    I don't recall it -- I don't recall

20   what it was going to be used for, if it was in

21   the decision-making process or if it was in a

22   different memo.  It could have been used a



Page 204

1    variety of different ways, so -- but, again,

2    what we're talking about is TPS designations.

3         Q    Okay.  Do you recall whether initial

4    -- early on in the process, sort of on that

5    Friday when you just started your job, April

6    7th, when you requested this information, had

7    you thought at the time that it was going to

8    go into that April 10 decision memo?

9              MR. CHO:  Object to the form.

10   Vague.  Calls for speculation.  The witness

11   can answer.

12        A    No, I wouldn't know what that was --

13   no.  My first week on the job, I didn't know

14   what the information was going to be used for.

15        Q    Okay.  After the April 10 decision

16   memo was signed by Director -- Acting Director

17   McCament, I think we discussed how you sort of

18   continued to supervise the collection of that

19   information, correct?

20             MR. CHO:  Object to the form.

21   Vague.  What information are you referring to?

22        Q    The public assistance and



1   criminality information on Haiti TPS

2   beneficiaries.  Correct?

3           MR. CHO:  Object to the form.

4       A    After that date I believe the search

5   for that data was still continuing.

6       Q    Okay.  At that time, did you have an

7   understanding that it would inform a revised

8   decision memo for Director McCament?

9           MR. CHO:  Object to the form.  Calls

10  for speculation.  The witness can answer.

11      A    I don't know if there was going -- I

12  didn't know there was going to be a revised

13  memo or if there is a revised memo in fact, so

14  I don't know what that information is going to

15  be used for.

16      Q    Okay.  You don't remember now or you

17  didn't know it at the time?

18          MR. CHO:  Object to the form.  That

19  wasn't her testimony.  You mischaracterized

20  her testimony.  The witness can answer.

21      A    I don't remember -- I don't know now

22  and I didn't know then most likely what the



Page 206

1    information was going to be used for.

2         Q    Okay.  Did you have an understanding

3    that it was requested by the Secretary or the

4    Secretary's office?

5              MR. CHO:  Object to the form.

6    Vague.

7         A    Which information?

8         Q    The same, the information on public

9    assistance and criminality of TPS

10   beneficiaries.

11             MR. CHO:  Object to the form.  This

12   was asked and answered earlier this morning.

13   The witness can answer if you remember.

14        A    I can only go by what you've shown

15   here, and that is the April 7th email that the

16   Secretary's office was looking for more

17   information, and that was the information that

18   they had asked for.

19        Q    Okay.  That's Exhibit 117 you're

20   looking at there?

21        A    Yes.

22        Q    Is that -- that's the one from Gene



Page 207

1    Hamilton.  Thank you.

2            Let's turn back to Exhibit 120 for

3    me.

4            Okay.  And in this press release

5    it's announced that the TPS Haiti designation

6    would be extended for only six additional

7    months.  Correct?

8            MR. CHO:  Objection.  Asked and

9    answered.

10       A    Correct.

11       Q    Does it say anywhere that the Haiti

12   TPS designation will be terminated at any

13   point?

14           MR. CHO:  Objection.  The document

15   speaks for itself.

16       A    No, this document does not say Haiti

17   will be terminated.

18       Q    Okay.  So it does, however, refer to

19   Haitians -- Haitian TPS recipients who do not

20   have another immigration status to use the

21   time before January 22nd to prepare for and

22   arrange for their departure from the United



Page 208

1  States, correct?

2      A    That's what it says.

3      Q    It talks about making other

4  necessary arrangements for their ultimate

5  departure from the United States, correct?

6          MR. CHO:  That's -- you're

7  paraphrasing the document.  The document

8  speaks for itself.  The witness can answer.

9      A    Sorry, I missed your question.  And

10  whether or not it says that they can apply for

11  other immigration benefits?

12      Q    Just -- I just wanted to point to

13  one of the places where it mentions arrange --

14  sorry -- "This six-month extension should

15  allow Haitian TPS recipients living in the

16  United States time to attain travel documents

17  and make other necessary arrangements for

18  their ultimate departure from the United

19  States," correct?

20          MR. CHO:  What page are you on, the

21  first page?

22          MS. WEBB:  It starts on the bottom,



1    at the very bottom of the first page.  Sorry.

2              MR. CHO:  Assuming you read it

3    correctly, again, the document speaks for

4    itself.  What's your question?

5         A    That's what it states.

6         Q    Okay.  And six months from May 22nd,

7    2017, is November 2017, correct?

8         A    November, yes.

9              MS. WEBB:  I apologize for the

10   delay, but the good news is I'm skipping a

11   bunch of documents.  That's why it's taking me

12   a minute here.

13             Let's mark 127.

14             (Exhibit 127 was marked for

15   identification and attached to the deposition

16   transcript.)

17             MR. CHO:  What number is this?

18             THE REPORTER:  127.

19             MR. CHO:  All right.  The government

20   objects to Exhibit 127 on the grounds that it

21   contains internal governmental deliberations,

22   but the witness may answer questions about



Page 210

1    this exhibit.

2         A    (Document review.)

3              Okay.

4         Q    Starting with the first, the bottom

5    email in this chain, we fast forwarded now to

6    October 2017, and Mr. Prelogar emails you and

7    Ms. Anderson and Mr. Levine, the subject is

8    "Haiti draft TPS memo," correct?

9         A    Correct.

10        Q    Okay.  Do you recall the Haiti

11   decision memorandum that was drafted around

12   this time?

13        A    No.  I've seen many versions of

14   memos.

15        Q    Okay.  So Mr. Prelogar writes in the

16   second sentence there, "Kathryn and I have

17   completed a draft TPS draft decision memo

18   (attached).  In short, based on our review of

19   country conditions, we have written it so that

20   it could support either extension or

21   termination, but left the recommendation

22   blank, pending further discussion," correct?

Page 211

1       A     That's correct.

2       Q     Okay.  And the next -- in the next

3   email, Sunday, October 22nd, 2017, 4:23 p.m.,

4   you forward the memo to Mr. Law, correct?

5       A     That's correct.

6       Q     He was your senior advisor at the

7   time?

8       A     That's correct.

9       Q     You ask him to take a look at the

10  draft, correct?

11      A     That is correct.

12      Q     So at this point in the process, in

13  October, do you recall whether any official

14  decision on the TPS designation for Haiti had

15  been made yet?

16            MR. CHO:  Object to the form.

17      A     No.  I learned that no decision is

18  made until the Secretary makes a decision.

19      Q     Okay.  Do you recall that was in

20  November of 2017 when that decision was made?

21      A     It's 60 days before the expiration

22  so I don't know exactly what date, but it



Page 212

1    would have been 60 days before January 22nd of

2    2018.

3        Q    Okay.  So that would be, I guess,

4    November 22nd, 2018.

5        A    Okay.

6            MR. CHO:  Her microphone came off.

7    Do you want to fix it?

8            MR. PIPOLY:  Actually, let's take a

9    break.

10           MR. CHO:  Sure.

11           THE VIDEOGRAPHER:  Going off the

12   record at 3:56.

13               (A brief recess was taken.)

14           THE VIDEOGRAPHER:  We're back on the

15   record at 4:06.

16   BY MS. WEBB:

17       Q    Okay.  We were reviewing Exhibit

18   127, and Mr. Prelogar had sent you a draft

19   Haiti TPS decision memo on October 12th, 2017.

20   And on October 22nd, 2017, you had forwarded

21   that memo to Mr. Law, correct?

22       A    That is correct.



Page 213

1        Q    You said specifically, "Can you take

2   a look at this draft?  I need to circulate to

3   some folks but want another set of eyes on it.

4   Thanks."

5             Is that correct?

6        A    That is correct.

7        Q    Okay.  You testified that at this

8   time, to your understanding, that this

9   termination had not been made by the Secretary

10  yet on Haiti TPS designation, correct?

11       A    Correct.

12       Q    Another question.  At that time, was

13  there an understanding already by you and your

14  staff that a decision to terminate Haiti TPS

15  was in the offering?

16            MR. CHO:  Object to the form.

17  Vague.  Calls for speculation.  Testify to

18  what you know.

19       A    Sorry, can you clarify, even though

20  a decision has not been made, whether or not I

21  understood it to be in the off --

22       Q    Sorry, let me rephrase.



Page 214

1      A      Okay.

2      Q      Did you and your staff have an

3  understanding of what decision recommendation

4  you were going to put into the memo at that

5  time?

6             MR. CHO:  Object to the form.  Calls

7  for speculation.  Testify to what you know.

8      A      Normally when we write a decision

9  memo and we include a recommendation, we talk

10  through that recommendation with the subject

11  matter experts, Brandon and Kathryn, we would

12  have sat down and talked to them about that.

13  But then also would have talked it through

14  with others in the office, including counsel,

15  Chief of Staff, the Director, the Deputy

16  Director.  So even if I did put a

17  recommendation in an early draft, that doesn't

18  mean that that's the recommendation that

19  ultimately prevails.

20      Q      In the decision memo that goes up

21  for the Director.

22      A      Correct.



1      Q    And do you ultimately own the

2   recommendation made in the decision memo that

3   goes up to the Director?

4           MR. CHO:  Object to the form.  Vague

5   and ambiguous.  The witness can answer.

6      A    Ultimately the recommendation is

7   included in a draft memo for the Director to

8   review.  Whether or not he changes that

9   recommendation, that's his prerogative in the

10  end.

11     Q    Sure.

12          But with respect to the memo that

13  does go to him for a review, who is in charge

14  ultimately of what appears in that memo?

15     A    Well, as --

16          MR. CHO:  Object to the form.  The

17  witness can answer.

18     A    As chief I'm the last one to see it

19  before he sends it so ...

20     Q    Thank you.

21          Okay.  So, Mr. Law that same day,

22  October 22nd, on Sunday, 6:28 p.m., he



Page 216

1   responds to you and says, "The draft is

2   overwhelmingly weighted for extension which I

3   do not think is the conclusion we are looking

4   for."

5           Did I read that right?

6       A    Yes.

7       Q    "The memo seems to dismiss or

8   downplay the positive developments that should

9   suggest reauthorization is inappropriate.  The

10  memo also makes no mention of the substantial

11  amount of foreign aid the U.S. and charities

12  have invested in Haiti since the earthquake,

13  another relevant factor to indicate that Haiti

14  no longer meets the definition of TPS."

15          Did I read that right?

16          MR. CHO:  The document speaks for

17  itself.

18      A    That is what it says.

19      Q    So your email to him doesn't --

20  doesn't tell him to revise the memo to fully

21  support termination, correct?

22          MR. CHO:  Object to the form.  The



Page 217

1    document speaks for itself.  The witness may

2    answer.

3         A    It does not say that.

4         Q    Okay.  But his response is -- it's

5    "weighted for extension, which I don't think

6    -- which I do not think is the conclusion we

7    are looking for.  The memo seems to dismiss or

8    downplay the positive developments."  And he

9    then asks you, "I can track change edits

10   tonight or we can discuss in the morning,

11   whatever your preferred timing is," correct?

12        A    That's correct.

13        Q    And did you have an understanding at

14   the time that he would revise the memo to

15   reach the -- reach what he says here, "the

16   conclusion we are looking for"?

17             MR. CHO:  Object to the form.

18   That's Robert Law's email to Kathryn -- or

19   Kathy.  The witness may answer.

20        A    No, I only instructed him to edit

21   the document as he saw fit.

22        Q    What did you understand him to mean



Page 218

1    by saying "the draft is overwhelming weighted

2    for extension which I do not think is the

3    conclusion we are looking for"?

4             MR. CHO:  Objection.

5        A    I don't know what he had to -- what

6    he meant by that.  The first part of that

7    sentence is "the draft is overwhelming

8    weighted for extension."  It's an observation

9    that he made, I guess.  I'm not certain that

10   we even discussed what a conclusion would be

11   prior to seeing this memo.

12       Q    Okay.  Do you see the very top email

13   in this chain where he emails you Sunday,

14   October 22nd, at 7:04 p.m. and he says, "Edits

15   attached.  I made the document fully support

16   termination and provided comment boxes where

17   additional data should be provided to back up

18   this decision."

19            So, did you understand that the

20   conclusion that he is referring to there is

21   termination as opposed to extension?

22            MR. CHO:  Object to the form.  The



Page 219

1    document speaks for itself.  The witness may

2    answer.

3        A    He says right there that he made the

4    document support termination, so that's

5    apparently what he did when editing the

6    document.

7        Q    When he sent you the email at 6:28

8    p.m. there, did you agree with his assessment

9    that "the draft is overwhelming weighted for

10   extension which I do not think is the

11   conclusion we're looking for"?

12            MR. CHO:  Object to the form.

13   Assumes facts not in evidence.  The witness

14   may answer.

15       A    I may never have looked at this memo

16   before he did, so I can't say that I agreed or

17   disagreed.

18       Q    So even if you hadn't looked at it

19   and don't recall whether you looked at it,

20   would you still have understood that in that

21   first sentence there he's talking about the

22   ultimate recommendation that the memo



Page 220

 1   includes?

 2            MR. CHO:  Object to the form.  Calls

 3   for speculation, is also a hypothetical.

 4   Assumes facts not in evidence either.  The

 5   witness may answer if she's able to.

 6       A    That first sentence could mean that

 7   it's weighted one way or the other, which

 8   ultimately I would like to have a memo that

 9   includes, again, the full picture of what's

10   going on for the Secretary to make a decision.

11       Q    So when he says it's "overwhelmingly

12   weighted for extension," I think your

13   observation would apply.  But when he says,

14   "which I do not think is the conclusion we are

15   looking for," was it your understanding that

16   he was referring to the ultimate

17   recommendation in the memo?

18            MR. CHO:  I object.  Again, those

19   are Robert Law's words, and assumes facts not

20   in evidence.  Assumes there was a

21   recommendation in said memo.  But the witness

22   may answer if she's able to.



Page 221

1       A    I do not know if it's about the

2   recommendation or if it's about the draft, "is

3   not what we're looking for."

4       Q    So when he says, "The memo seems to

5   dismiss or downplay the positive developments

6   that should suggest reauthorization is

7   inappropriate," was it your understanding that

8   his words there, that "reauthorization is

9   inappropriate," referred to the recommendation

10  made in the memo?

11          MR. CHO:  Again, objection, calls

12  for speculation.  The witness may answer as to

13  what she knows.

14      A    I don't know what he was saying with

15  this sentence, but I guess it speaks for

16  itself.

17      Q    Did you understand him here to be

18  saying that the memo needs to be revised to

19  reflect that reauthorization is inappropriate

20  and that Haiti no longer meets the definition

21  of TPS?

22          MR. CHO:  Object to the form.  Calls



Page 222

1    for speculation.  The witness may answer.

2         A    It appears that he is not satisfied

3    with the memo.  It fails to mention certain

4    information, such as foreign aid and the

5    charities and other relevant factors, positive

6    developments.

7              I think he's saying that the memo

8    just lacks certain information.

9         Q    I see -- I do see that, but I -- I

10   guess I'm asking you about the words he uses

11   "I do not think this is the conclusion we are

12   looking for ... Should suggest reauthorization

13   is inappropriate," and at the end there,

14   "another relevant factor to indicate that

15   Haiti no longer meets the definition of TPS."

16   Do those -- do the statements there really

17   address the ultimate recommendation that's

18   concluded in the memo as opposed to specific

19   contents, country conditions, in the memo?

20              MR. CHO:  Again, object to the form

21   of the question.  Assumes facts not in

22   evidence.  Assumes there was a recommendation



Page 223

```
 1   in this draft memo.  The witness may answer if

 2   she knows.

 3             MS. WEBB:  I would consider that an

 4   inappropriate speaking objection.

 5             MR. CHO:  Fair enough.  Maybe you

 6   can rephrase the question then.

 7             MS. WEBB:  Okay.  But I would

 8   appreciate if you wouldn't make speaking

 9   objections like that, Counsel.

10             MR. CHO:  Okay.  Understood.  But,

11   again, it is assuming facts not in evidence.

12             MS. WEBB:  I'm just reading the

13   words in the email.

14             MR. CHO:  The word "recommendation"

15   does not appear in that email.

16             MS. WEBB:  Oh, I understand, but my

17   question accounts for that.

18             MR. CHO:  It does not.

19             MS. WEBB:  Okay.  I -- well, it was

20   a long question so I'll -- I'll rephrase it to

21   make it a little shorter.

22
```



1    BY MS. WEBB:

2        Q    So I do -- I agree with you there,

3    that he does say that the draft doesn't

4    include certain contents and data, you know,

5    that would help inform an ultimate

6    recommendation.  But I'm also asking you about

7    his other language in there which speaks to

8    "the conclusion we are looking for" and

9    "reauthorization is inappropriate" and "Haiti

10   no longer meets the definition of TPS."  I'm

11   asking you if you understood at the time that

12   what he was talking about here was the

13   recommendation that is in the draft decision

14   memo.

15            MR. CHO:  Again, I object to the

16   form and assumes facts not in evidence.

17       A    It could be the recommendation, and

18   even if it was the recommendation, it's one

19   person's viewpoint of what that recommendation

20   would ultimately be.  That recommendation is

21   reviewed by several people before the Director

22   ultimately decides what his recommendation is



1   going to be.

2       Q    And you responded "Edit away!,"

3   correct?

4       A    That's correct.

5       Q    I just want to clarify, is it your

6   testimony here that, sitting here today, you

7   don't remember exactly how you understood this

8   email?  Or is it your testimony that when you

9   received this email, you really didn't know

10  what he was talking about --

11          MR. CHO:  Object to the form.

12      Q    -- in the -- in the ways that we've

13  discussed?

14          MR. CHO:  Object to the form.

15      A    My testimony is that he could -- he

16  could mean a recommendation, but he ultimately

17  did not like the way the draft memo was worded

18  or what it included or failed to include.

19      Q    And I'm asking you about what your

20  understanding was to the extent you recall

21  when you received this email on October 22nd,

22  2017.



Page 226

```
 1              MR. CHO:  Object to the form.

 2       A    I don't know what I recall at that

 3  time thinking what his email meant, but

 4  ultimately I wanted him to edit it as he saw

 5  fit.

 6       Q    Okay.  To reflect that --

 7       A    To make it a better memo.

 8       Q    Okay.  To make it a better memo.

 9            And to -- to remove the weight for

10  extension that it contained?

11              MR. CHO:  Object to the form.

12       A    I think you're putting words in my

13  mouth.  To make the memo better to include

14  information that it should include.

15       Q    Why would it be better to remove the

16  -- what he characterizes as it's weighted for

17  extension?

18              MR. CHO:  Object to the form.

19       A     No, I'm saying it would be better if

20  he included all of the information that the

21  Secretary would need to make a decision.  So

22  if it dismissed certain developments or it
```



Page 227

1   lacked information such as foreign aid or

2   positive developments, then it should include

3   that information.

4       Q    Okay.  And when he sent you back

5   this document that "fully supports

6   termination," did you view that as a better

7   memo?

8            MR. CHO:  Object to the form.

9       A    I do not know.  I would have to look

10  at the memo.  I don't know.

11      Q    Okay.  One other thing.  I noticed

12  that in that last email to you he says, "I

13  made the document fully support termination

14  and provided comment boxes where additional

15  data should be provided to back up this

16  decision."

17           So had you asked him to locate more

18  data to back up the recommendation to

19  terminate?

20           MR. CHO:  Object to the form.

21      A    I don't know if I asked him to do

22  that or not.



Page 228

1      Q    All right.  Let's move on.

2           (Exhibit 128 was marked for

3    identification and attached to the deposition

4    transcript.)

5           MS. WEBB:  I only have two copies

6    for you.

7           MR. CHO:  That's fine.  We can

8    share.

9           What number is this?

10          MS. WEBB:  128.

11          MR. CHO:  The government objects to

12   Exhibit 128, Bates number CP_2736, on the

13   grounds that these email exchanges contain

14   internal governmental deliberations, but the

15   witness may answer questions about the

16   exhibit.

17          The government also objects to the

18   extent this document contains any information

19   protected by the presidential communications

20   privilege.

21      A    (Document review.)

22          Okay.



Page 229

1       Q    So, going to the earliest email in

2  this email chain on the last page, so this

3  email is as sent by you October 22nd, 2017, at

4  4:47 p.m., correct?

5       A    That is correct.

6       Q    That is the same day, correct, as

7  the email we were just discussing, email

8  exchange you had with Mr. Law, correct --

9       A    Correct.

10      Q    -- in Exhibit 127.

11           Okay.  And this is the same day that

12  Mr. Law revised the memo, the current draft of

13  the memo to fully support termination,

14  correct?

15      A    That is correct.

16      Q    Okay.  Just to point out, so it

17  looks like your email to Mr. Law was sent on

18  Sunday, October 22nd, at 4:23 p.m., and this

19  email was sent on Sunday, October 22nd, at

20  4:47 p.m., correct?

21      A    Correct.

22      Q    So I just want to ask, because we



Page 230

```
 1    have a bunch of new people here, who is who.

 2    So, first, John?

 3         A    Zadrozny.

 4         Q    Sorry.  Zadrozny.  Thank you for

 5    that.

 6              Who is he?

 7         A    I don't know his title.  He works

 8    for the Domestic Policy Council.

 9         Q    Okay.  What is the Domestic Policy

10    Council?

11         A    I think it's a small organization

12    within the White House that determines

13    domestic policy.

14         Q    Okay.  Do you know if it still

15    exists today?

16         A    It still exists today and has

17    existed in previous administrations.

18         Q    Okay.  And immigration is one of

19    their areas of policy that they work on?

20              MR. CHO:  Object to the form.

21         A    They work on all domestic policy,

22    healthcare, education.
```



Page 231

```
 1        Q     Okay.  Do you know if there are

 2   subject matter experts within -- not subject

 3   matter experts -- but within domestic policy,

 4   are there individuals who have more expertise

 5   in particular policy areas?

 6        A     I do not know.

 7        Q     In your role as chief of OP&S, how

 8   often would you say you interact with the

 9   domestic policy council?

10        A     Quite frequently.  Domestic policy

11   council convenes interagency meetings.  And

12   when immigration comes up, I'm normally

13   invited.  Frankly --

14        Q     Okay.  How -- go ahead.

15        A     No.

16        Q     Approximately how frequently would

17   you say you interact with them, once a week or

18   --

19              MR. CHO:  Object to the form.

20        Q     -- daily?

21              MR. CHO:  Same objection.

22        A     On a weekly basis, maybe a few times
```



Page 232

1    a week.  Depends on what's going on.

2         Q    Okay.  Prior to October 22nd, 2017,

3    do you recall interacting with DPC on TPS

4    issues?

5              MR. CHO:  Object to the form.

6         A    Not specifically on TPS issues.

7    I've interacted with them before this date,

8    but I don't recall them being involved in TPS

9    decisions.

10        Q    Okay.  Let's keep going with the

11   email recipients.

12             Zina Bash, do you know who she is?

13        A    I'm just reading her title, Special

14   Assistant to the President, Domestic Policy

15   Council.

16        Q    Do you have any memory of

17   interacting with her prior to October 22nd,

18   2017?

19        A    Yes, I'm familiar with Zina Bash.

20        Q    What about Trevor Whetstone?

21        A    He also works for the Domestic

22   Policy Council.  I interacted with frequently,



 1    too.

 2         Q    When you sent this email, did you

 3    have an understanding that these three

 4    individuals from DPC did work on immigration

 5    issues?

 6         A    Yes.

 7         Q    Is any one of them sort of a point

 8    person for immigration issues within DPC, or

 9    maybe they all are?

10         A    I think they all are.

11         Q    Then we see Mr. Hamilton is copied.

12         A    And Mr. Wetmore, too.

13         Q    I'm sorry, his name is -- and David

14    Wetmore, who --

15         A    He was also -- he was detailed to

16    the Domestic Policy Council as well.

17         Q    Okay.  Detailed from, do you know

18    where?

19         A    I think the Department of Justice.

20         Q    So you address the email, "DPC

21    friends."  Just a question about that.  Did

22    you know these people well?  Why did you



Page 234

1    choose that particular greeting?

2         MR. CHO:  Object to the form.

3    A    I guess it's just a friendly

4    introduction.  I considered them -- I've

5    worked with John Zadrozny for years.  I've

6    known John.

7    Q    For a long time?

8    A    Yes.

9    Q    And just what about the others, I

10   guess, what about Zina, Ms. Bash?

11   A    No.  I don't have a history with

12   Zina Bash or Trevor or Wetmore.  I knew of

13   them.

14   Q    So you say, "Acting Secretary Duke

15   has to make a decision on TPS for El Salvador,

16   Nicaragua, Haiti, and Honduras in the very

17   near future."

18        So, as of October 22nd, do you

19   recall where you were in terms of the drafting

20   process for the decision memo that was going

21   to the Director of USCIS?

22   A    It appears it was still with -- it



Page 235

1    was on my desk and so still in the OP&S

2    drafting stage.

3         Q    Okay.  You had sent it to Mr. Law to

4    revise.

5         A    Yes.

6         Q    And then the second sentence --

7    okay.  "So two of the four designations must

8    be decided by November 6.  When we met with

9    her last week, she wanted input from our

10   departments and agencies."

11           Do you remember meeting with Acting

12   Secretary Duke?

13        A    I don't remember this specific

14   meeting.  I think I met with her on at least

15   one or two occasions so I don't -- I can't

16   distinguish between the meetings.

17        Q    Okay.  In either of those meetings,

18   do you recall discussing TPS with her?

19           MR. CHO:  Object to the form.  Also

20   object on the grounds it seeks information

21   leading to internal governmental

22   deliberations, but the witness may answer.



Page 236

1      A    I do remember meeting with her on

2  TPS.

3      Q    Okay.  Do you recall her wanting

4  input from other departments and agencies?

5           MR. CHO:  Object to the form, and it

6  also seeks information on internal

7  governmental deliberations, but the witness

8  may answer.

9      A    I do recall she wanted information

10  from other departments and agencies.

11      Q    Okay.  What do you recall about

12  that?

13           MR. CHO:  Same objection.

14      A    I think this was -- there were

15  several designations coming up, and she wanted

16  input from partners, and she thought that was

17  important, to make sure we had input from

18  departments and agencies that had equities in

19  those countries.

20      Q    Okay.  Even though it's not required

21  under the statute?

22      A    Right.



Page 237

1          MR. CHO:  Object to the form.

2     Q    So you ask the DPC members to help

3  us effectuate this request, and then, "Should

4  it go through OMB?" you ask.  "We don't have

5  actual Federal Register Notices to show you

6  yet, so I'm not sure what the process would

7  look like.  Given the need to move quickly,

8  I'm wondering if you have thoughts!?"

9  Correct?

10    A    Uh-hmm, correct.

11    Q    Did you have an understanding that

12 they would understand what you mean by this,

13 to effectuate this request, to get input from

14 other departments and agencies?

15         MR. CHO:  Object to the form.  You

16 may want to rephrase that question.

17    Q    Did you understand the question?

18         MR. CHO:  Same objection.

19    A    I would hoping -- I don't know if

20 they knew what I meant, but essentially

21 because they have contacts in other

22 departments and agencies, I wanted to know how



Page 238

1    to go about fulfilling this request and

2    whether or not it should be centralized.

3         Q    Okay.  Were you also seeking their

4    input into the TPS information?

5              MR. CHO:  Objection to form.

6         Q    "Need interagency input."

7              MR. CHO:  Object to the form.

8         A    I don't -- in this email I don't ask

9    the agency for their input.  I asked them to

10   help me get input from other departments and

11   agencies.

12        Q    Okay.  That's what you -- when you

13   wrote this, was that your intent, to have them

14   sort of coordinate?

15        A    Yes.

16        Q    Okay.  At the time, why was there a

17   need to move quickly?

18        A    She needed to make a decision by

19   November 6th, and we needed information for

20   her to make her decision.

21        Q    This was information that was not

22   required by the statute, though --



1          MR. CHO:  Object to the form.

2     Q    -- to make a decision, correct?

3          MR. CHO:  Object to the form.  Calls

4     for a legal conclusion.  The witness may

5     answer.

6     A    It's not required by the statute.

7     It is required in the statute to consult with

8     federal partners.

9          I don't have the statute in front of

10    me, but there's a consultation process.  It

11    doesn't lay out exactly what that consultation

12    process looks like.  It doesn't preclude input

13    from departments and agencies.

14    Q    Okay.  Well, you write, "Even though

15    this is not required by statute, she asked us

16    to look into having some process in place for

17    obtaining their input before making the

18    decision," so I was just trying to understand

19    what you wrote here.

20         MR. CHO:  Object to the form.

21    Q    So was this input that she wanted

22    gathered, was this required by the statute,



Page 240

1    this input, or was it not?

2            MR. CHO:  Object to the form.

3       A    I would need the statute to better

4    explain that.

5       Q    But here in this email you wrote

6    that it was not required by statute, correct?

7            MR. CHO:  The document speaks for

8    itself.

9       A    There is a consultation -- there is

10   a consultation requirement in the statute,

11   but, again, I did write here, "Even though

12   this is not required by statute," that this

13   extra process is what I'm probably referring

14   to.  We still sought certain -- or other

15   input.  And I think at this point, we probably

16   had input from the Department of State

17   already.

18      Q    Okay.  So the next email in the

19   chain is from Mrs. Bash, 5:04 p.m., the same

20   day.  And says, "Usually if there's paper to

21   share, we can send out through OMB for them to

22   gather comments from the interagency.  But if



Page 241

1    the point is to gather ideas before there is

2    paper, then it seems that a good approach

3    could be to convene a PCC with the relevant

4    agencies from which Duke wants input."

5    Correct?

6         A    Correct.

7         Q    And you did define PCC earlier in

8    the deposition, but could you just remind me

9    what that stands for.

10        A    Policy Coordinating Committee.

11        Q    Could you just describe briefly what

12   that is.

13             MR. CHO:  Objection.  Asked and

14   answered.  You can answer again.

15        A    It's not unique to this

16   administration.  Previous administrations have

17   had PCCs.  It's a way to coordinate

18   interagency discussions on various issues.

19        Q    You said they convene frequently?

20        A    And on different topics.

21        Q    Okay, thank you.

22             Okay.  And so, I know you're not



Page 242

1    her, but just to try to get a sense, what did

2    you understand her to mean by if there's paper

3    to share there?

4           A    Well --

5                MR. CHO:  Object to the form.

6           A    -- normally OMB manages an

7    interagency process.  When there is paper,

8    when there's Federal Register Notice or other

9    regulation, they share it for comment.  But

10   because there was no paper, Zina Bash is

11   suggesting maybe an in-person meeting so that

12   we could have a discussion on it instead.

13          Q    Okay.  And -- so you used the

14   example of Federal Register Notice.  So we

15   know -- we know, I guess, there's a draft

16   document, which is paper.  Is that not the

17   kind of document that a PCC -- excuse me, that

18   OMB would be sharing?

19               MR. CHO:  Object to the form.  Go

20   ahead.

21          A    OMB -- I'm not sure I understand

22   your question, but OMB would share a Federal



1    Register Notice when it's appropriate.  Our

2    Federal Register Notices are not provided to

3    OMB until after a decision is made.

4         Q    Okay.  So we're at the draft stage

5    so there's no --

6         A    There might be a draft of the

7    Federal Register Notice, but it would be, in

8    my view, too early to do a Federal Register

9    Notice until you know what the decision is.

10        Q    After Ms. Bash's email, there's some

11   exchange about, "if we have time for PCC," and

12   then Mr. Zadrozny?

13        A    Zadrozny.

14        Q    Zadrozny asks, "What if we jumped

15   right to a paper PC?"  What's a paper PC?

16        A    I'm not that familiar with a paper

17   PC.  I believe paper PC may be a process for

18   principals to review paper.

19        Q    Okay.  Then right after that,

20   Mr. Zadrozny responds, really the same minute,

21   responds, "Stressing that this is being done

22   at the request of DHS to help make a more



Page 244

```
 1   robust decision?" correct?

 2        A    That is correct.

 3        Q    So your initial email had not used

 4   the phrase "more robust decision," correct?

 5             MR. CHO:  Object to the form.

 6        A    I don't know what he means by more

 7   robust.  I did not use that terminology.  She

 8   wanted input before she decided.

 9        Q    Okay.  It looks like no one actually

10   responds to Mr. Zadrozny's question, correct?

11        A    Correct.

12        Q    So subsequently five minutes later,

13   Mr. Hamilton responds and says -- he skips

14   over Mr. Zadrozny -- I'm sorry, Zadrozny's

15   emails, and says, "Do it through OMB.  They

16   have 24 to 48 hours to tell us about any of

17   their equities in the countries that would

18   affect the statutory factors (do they have

19   special knowledge of economies, hurricane

20   damage from 20 years ago, et cetera.)."

21             Did I read that right?

22        A    Yes.
```



 1          MR. CHO:  Object to the form.

 2      Q    Sorry, I didn't hear you.

 3          So, I guess you had requested help

 4   responding to Secretary Duke's request for

 5   input that was not required by the TPS

 6   statute, correct?

 7          MR. CHO:  Object to the form.

 8   Mischaracterizes her prior testimony.

 9      A    I was helping to fulfill her request

10   for more input.

11      Q    Okay.  When he -- when Mr. Hamilton

12   wrote this, did you understand him to be

13   suggesting that OMB help provide the kind of

14   information the statute does require to be

15   considered?

16          MR. CHO:  Object to the form.

17      A    He's suggesting that it's a better

18   process to send it through OMB.  That's my

19   belief.

20      Q    Okay.  But what about the second

21   sentence that he writes.  What did you

22   understand him to mean by that?



Page 246

```
 1      A    That they had 24 to 48 hours to tell
 2  us about their equities.
 3           MR. CHO:  Same objection.
 4      Q    Okay.  Then when he says, "In the
 5  countries that would affect the statutory
 6  factors," and he has some examples there in
 7  the parentheses, what did you understand that
 8  to mean?
 9           MR. CHO:  Same objection.
10      A    I'm sorry, I don't know what he
11  means by this sentence.  The first part is
12  simply just to set a deadline for interagency
13  input.
14      Q    Okay.  So his next sentence he says,
15  "We aren't going to get into a whole 'there
16  are a lot of people who would be impacted'
17  type of PCC, DC, or PC."  What does DC mean,
18  do you know?
19      A    DC means Deputies Committee.
20      Q    Okay.
21      A    PC means Principal Committee, I
22  believe.
```



1       Q    Okay.  What did you understand him

2    to mean by that sentence?

3              MR. CHO:  Object to the form.

4       A    I'm not quite certain what he means.

5    I think he thought the OMB process was a

6    better process than a sit-down meeting with

7    staff or deputies, principals.

8       Q    Okay.  When he says, "We aren't

9    going to get into a whole 'there are a lot of

10   people who would be impacted' type of PCC, DC,

11   or PC," did you understand him to be referring

12   to arguments that TPS should not be extended

13   just because it would impact a lot of TPS

14   beneficiaries?

15             MR. CHO:  Object to the form.

16      A    That could be what he means, but I'm

17   not certain.

18      Q    And then Mr. Zadrozny responds a few

19   minutes later -- you really got great response

20   time in your email.

21      A    On a Sunday.

22      Q    He says, "Adding Andrew."  We'll



Page 248

1    pause.  Is that --

2        A    He's adding Andrew Veprek, also with

3    the Domestic Policy Council.

4        Q    Okay.  And he says, "Gene's point is

5    good.  Stick as closely to the economics as

6    possible.  It wouldn't hurt of" -- probably

7    "if" -- "DHS specifically asked for how TPS

8    countries compare economically to their

9    non-TPS neighbors.  The reason I think this

10   would be helpful is that poor economies are

11   usually cited as support for the need to

12   continue to extend TPS.  But the reality is,

13   some of these countries' economies are as poor

14   as their non-TPS neighbors.  It would then be

15   harder to blame volcanic eruptions and

16   earthquakes from 30 years ago for those failed

17   economies."

18              Did I read that right?

19              MR. CHO:  Objection.  The document

20   speaks for itself.

21       A    That is what the document says.

22       Q    So it's your testimony that as of



Page 249

1    October 22nd, 2017, Secretary Duke was still

2    gathering information for her TPS decisions

3    that could affect the decision either way,

4    right, to terminate or extend?

5            MR. CHO:  Object to the form.

6       A    That is correct.

7       Q    Is it also your testimony that at

8    this time you did not have an understanding

9    that the decision to terminate as a practical

10   matter had already been made?

11           MR. CHO:  Object to the form.

12      A    I don't believe a decision had been

13   made yet.

14      Q    Okay.  So here in this email

15   Mr. Zadrozny is recommending that DHS ask for

16   certain information, correct?

17           MR. CHO:  Object to the form.

18      A    He is making a suggestion, yes.

19      Q    Okay.  And that information he's

20   recommending DHS request is comparative

21   economic data to make it harder to blame, what

22   he says, "volcanic eruptions and earthquakes



Page 250

1    from 30 years for those failed economies,"

2    correct?

3              MR. CHO:  Object to the form.

4         A    I don't really know what he's

5    saying.

6         Q    You don't know now or you didn't

7    know then?

8              MR. CHO:  Object to the form.

9         A    I don't know now what he was

10   suggesting.

11        Q    What's your best guess to what he's

12   suggesting?

13             MR. CHO:  Object to the form.  Don't

14   guess.  Testify to what you know.

15        A    I only know he wanted -- he's

16   offering a suggestion on how to look at the

17   economies.

18        Q    Okay.

19        A    Or their economic factors.

20        Q    Okay.  In a way that would -- that

21   would support -- that would -- excuse me, in a

22   way that would not support extending TPS,



Page 251

1    correct?

2          MR. CHO:  Object to the form.

3    Argumentative.

4      A    It doesn't say to extend or to

5    terminate.  He's -- I think he's just simply

6    laying out that we should look at the economic

7    factors.

8      Q    Okay.  You don't know what he means

9    by the last two sentences of his email?

10          MR. CHO:  Object to the form.

11     A    I don't know what he's -- I really

12   don't know what he's arguing or what he's

13   saying.

14     Q    Well, I guess one simple question,

15   does he appear to be saying that he doesn't --

16   he wants to make it harder to blame

17   earthquakes -- previous earthquakes for failed

18   economies?

19          MR. CHO:  Object to the form.  It's

20   a hypothetical.  Calls for speculation.

21   Rephrase your question or you can answer if

22   you can.



Page 252

1      A    I really don't know what he's

2   saying.  Reading it now it doesn't make sense

3   to me.

4      Q    And then the top email from

5   Mr. Veprek says, "I agree with Gene and JZ

6   about doing this via OMB.  Use the draft FR

7   notices to solicit the agency feedback.  If

8   any of it is really compelling, then DHS can

9   have further informal consultations that it

10  manages, not NSC."

11          Did I read that right?

12     A    I think so.

13     Q    What is an NSC?

14     A    NSC, I believe, stands for National

15  Security Council, I believe.

16     Q    That's what I was wondering.

17          So at this point were there draft FR

18  Notices for the TPS decision that had yet to

19  be made?

20     A    Staff could have drafted a Federal

21  Register Notice.  I normally didn't look at

22  the notices until a recommendation or later in



1    the process.

2         Q    Do you recall making a policy change

3    during your time as chief to where you

4    actually asked your staff not to do these

5    draft FR Notices before a decision had been

6    made?

7              MR. CHO:  Object to the form.

8         A    So when I first started, they would

9    draft a recommendation memo and a Federal

10   Register Notice.  And it seemed that they were

11   putting a lot of work in a Federal Register

12   Notice up front, that they could save their

13   time and resources by waiting until the

14   decision had been made.

15        Q    Sure.

16        A    So to answer your question, yes,

17   eventually we thought it was better use of

18   resources and we stopped the practice of

19   circulating both documents.

20        Q    And that was early on in your tenure

21   as chief?

22             MR. CHO:  Object to the form.



Page 254

1        A    I believe so.

2        Q    Do you know whether there were --

3   whether there was any draft FR Notice for the

4   Haiti decision at this time, October 22nd,

5   2017?

6        A    I do not.

7        Q    This is the last email we have, but

8   do you recall whether this process went

9   forward?

10           MR. CHO:  Object to the form.

11       A    I don't recall ultimately how we

12  received input from other entities.  It could

13  have been an in-person meeting.

14       Q    Do you recall whether it went

15  through OMB?

16       A    I don't recall.

17           MS. WEBB:  Let's just take a quick

18  break, and then I'll wrap up.

19           MR. CHO:  Great.

20           THE VIDEOGRAPHER:  Going off the

21  record at 5:03.

22               (A brief recess was taken.)



```
 1              THE VIDEOGRAPHER:  We're back on the

 2    record at 5:19.

 3              MS. WEBB:  Let's mark 129.

 4              (Exhibit 129 was marked for

 5    identification and attached to the deposition

 6    transcript.)

 7              MS. WEBB:  And also I would like to

 8    mark 130.

 9              (Exhibit 130 was marked for

10    identification and attached to the deposition

11    transcript.)

12              MS. WEBB:  Sorry, I think I just

13    have that one.  Do we have any others, more

14    copies of this?

15              MR. CHO:  The government objects to

16    Exhibits 129 and 130 on the grounds that these

17    emails seek internal governmental

18    deliberations, but given that, the witness can

19    still answer questions regarding these

20    exhibits.

21              (Discussion off the record.)

22              MR. CHO:  The government also
```



Page 256

1    objects to Exhibit 130 on the grounds that

2    this email appears to relate to El Salvador as

3    opposed to Haiti, and during prior

4    depositions, counsel has limited their

5    questions to Haiti.  I'm just noting that for

6    the record.

7            MS. WEBB:  Actually we talked about

8    Sudan yesterday with Director Cissna.

9        A    (Document review.)

10           Okay.

11       Q    Let's start with 128.

12       A    129.

13       Q    I'm sorry, 129.  130.  I apologize.

14       A    Yes.

15       Q    Okay.

16           This is an October 26th, 2017,

17   email.  So there's a few new people on this

18   email that I'll ask you about.  Who is Ian

19   Smith?

20       A    He was a political appointee in the

21   Office of Policy at DHS headquarters.

22       Q    Do you know what his position was



Page 257

1   there?

2        A    No.

3        Q    What about Jared Culver?

4        A    He also was with the Office of

5   Policy at DHS headquarters.

6        Q    Do you know his title?

7        A    No.

8        Q    Jon Feere?

9        A    Jon Feere was at Immigration and

10  Customs Enforcement.  He's in the front office

11  but advisor -- I don't know what his exact

12  title is.

13       Q    Okay.  Do you know when Mr. Smith

14  assumed his position at the Office of Policy

15  at headquarters, approximately?

16       A    I have no idea.

17       Q    You said "was," so he's no longer

18  there?

19       A    He's no longer there.

20       Q    Do you recall receiving this email

21  from him?

22       A    No.



1    Q    So he says, "I've created a bit of a

2    running, working, internal template for

3    educating colleagues/colleagues on the TPS

4    issue.  Over the past few months, I've found

5    the arguments for letting certain designations

6    expire to be tired and generally lacking."

7          Do you know what designations had

8    expired in the past few months at this time,

9    what TPS designations?

10          A    No.

11          Q    So then he says, "Areas I explore

12    (and will explore further) include the number

13    of removals we already initiate to these

14    'disastrous' countries, previous generous

15    applications of mass removal reprieves, and

16    the brain-drain phenomenon which in the case

17    of Central America is particularly

18    pronounced."

19          Do you know what he's referring to

20    when he says "generous applications of mass

21    removal reprieves"?

22          MR. CHO:  Object to the form.  Calls



Page 259

1    for speculation.

2         A    I do not.

3         Q    Is he possibly referring to the TPS

4    program?

5              MR. CHO:  Object to the form.

6         A    I do not know.

7         Q    Do you know what he means by

8    "brain-drain phenomenon"?

9              MR. CHO:  Object to the form.

10        A    I do not know.

11        Q    Then he lists sort of a schedule

12   about upcoming decision and expiration dates.

13   Then below that he says, "Also to note, the

14   attached does apply to El Salvador in

15   particular, however, the general headings and

16   framework can easily apply to the other

17   sizable TPS beneficiaries."

18             Do you have a sense of how many TPS

19   beneficiaries there are from any of these four

20   countries that he lists?

21             MR. CHO:  Object to the form.

22        A    I could guess, but I don't know.  I



Page 260

1    don't know all of them.  Nicaragua, maybe

2    6,000.

3         Q    Okay.

4         A    I don't recall Honduras off the top

5    of my head.  Haiti, I think it's 50 or 60,000.

6    And El Salvador is a couple hundred thousand.

7         Q    Okay.  And Exhibit 130, so the first

8    email in this chain is dated December 7th,

9    2017.

10             MR. CHO:  I'm going to object to

11   this email.  This is post decision.  The

12   decision was made November 2017.  What

13   relevance does this have to this lawsuit?

14             MS. WEBB:  Well, it's discussing TPS

15   generally, and we're interested in the

16   government's approach to certainly Haiti TPS

17   but also TPS countries as a package.  They

18   simply applied the schematic approach to all

19   of them.  So this goes to that.  We think it's

20   relevant.

21             MR. CHO:  This is December.  The

22   decision was in November 2017.  This is post



Page 261

1    decision.

2             MS. WEBB:  I understand, but it's a

3    deposition so I can, you know, ask questions.

4             MR. CHO:  All right.  Go ahead.  I'm

5    just noting the objection for the record.

6             MS. WEBB:  It's not going to be too

7    long.

8             MR. CHO:  All right.  Thank you.

9    BY MS. WEBB:

10        Q    Okay, so Thursday, December 7th,

11   2017, you email Mr. Dougherty, James Nealon,

12   Jared Culver, and Ian Smith, who we just

13   identified.  And James Nealon, Ambassador,

14   Former Ambassador Nealon?

15        A    Yes.

16        Q    He was -- well, remind me, he was --

17   do you know his position at this time?

18        A    No, I don't.

19        Q    Okay.  And you ask about setting up

20   a call to discuss upcoming TPS decisions.  Do

21   you recall at that time what up -- what TPS

22   decisions were upcoming?



Page 262

1      A    No, but the next sentence talks

2   about El Salvador and Syria.

3      Q    Okay.  That same day a few hours

4   later, Mr. Smith -- excuse me -- Mr. Nealon

5   then responds, "Sure," an hour -- about an

6   hour later.  Then the same day, December 7th,

7   2017, Mr. Smith responds to just you and says,

8   "Hope you're enjoying the conference."  Smiley

9   face.

10          Do you recall what conference --

11  whether you were at a conference?

12     A    I don't -- I don't recall what

13  conference I would be at.

14     Q    Okay.  And he says, "Here are the

15  background notes I sent everyone weeks back.

16  I'm currently updating them and will resend

17  hopefully by today."

18          Do you recall him sending you those

19  notes?

20     A    No.

21     Q    You respond just two minutes later

22  to him.  You say, "I actually stayed behind.



Page 263

1    Maybe I should have gone, but oh well.  Thanks

2    for this."  Maybe you didn't go to the

3    conference.

4         A    I don't think I went to the

5    conference.

6              MR. CHO:  Again, the document speaks

7    for itself.  What's the question about this

8    document?

9              MS. WEBB:  We're getting there.

10   BY MS. WEBB:

11        Q    The last email he responds to you,

12   again on the same day, and he has some

13   information that he provides to you.  Correct?

14        A    He does provide information.

15        Q    And do you recall requesting this

16   information from him?

17             MR. CHO:  Object to the form.

18        A    No, I do not.  I don't recall that.

19        Q    Okay.  Do you recall receiving it

20   from him?

21             MR. CHO:  Object to the form.  The

22   document speaks for itself.  She's already



Page 264

1   answered that question.  You can answer it

2   again.

3        A    No, I -- I don't recall seeing this.

4   I don't know what this data relates to.  I

5   don't remember ever opening this email.

6        Q    Do you recall asking Mr. Smith for

7   TPS-related information at other times than

8   this one?

9             MR. CHO:  Object to the form.

10       A    No, I don't think I would have asked

11  for input from DHS Policy aside from a general

12  discussion, as I indicated in my first email.

13  If I needed statistics, I would have emailed

14  our Office of Statistics.

15       Q    How well would you say you knew

16  Mr. Smith?

17       A    Not well at all.

18            MR. CHO:  Object to the form.

19       A    Not well.

20       Q    Do you know whether Mr. Smith worked

21  on TPS-related issues in his position?

22            MR. CHO:  Object to the form.



Page 265

1   Object to the form.

2         A    I do not know.

3         Q    Are you aware of where Mr. Smith

4   worked prior to coming to DHS?

5         A    I can't say with certainty, no.

6         Q    Do you know whether he worked at

7   Federation of American Immigration Reform?

8              MR. CHO:  Object to the form.

9         A    I cannot say with certainty that I

10  knew he worked there, no.

11        Q    Do you know that he worked there

12  now?

13        A    No.

14             MR. CHO:  Object to the form.

15        Q    I think you testified earlier that

16  Mr. Law also used to work for the Federation

17  of American Immigration Reform, correct?

18             MR. CHO:  Objection.  Asked and

19  answered.

20        A    I did know that, yes.

21        Q    You mentioned that Mr. Smith does

22  not work for DHS any longer.  Do you know why



Page 266

1    he does not?

2              MR. CHO:  Object to form.

3        A    I do not know the truth behind any

4    allegations.

5        Q    Are you familiar with what you just

6    said, the allegations?

7        A    I read --

8              MR. CHO:  Object to the form.

9        A    I read allegations in a newspaper

10   article, but I do not know if that is true or

11   not.

12       Q    What were those allegations?

13             MR. CHO:  Object to the form.

14       A    I can't even recall the specific

15   allegation.  That he was emailing with people

16   outside his chain of command with outside

17   entities, with certain groups, certain

18   individuals.  I don't even know.

19       Q    He was emailing with them as part of

20   his work or in his private time?

21             MR. CHO:  Object to the form.  What

22   does this have to do with Haiti TPS?



Page 267

1      A    I don't know.

2           MR. CHO:  I mean, this is going so

3   far afield.

4           MS. WEBB:  All right.  One last

5   exhibit.

6           (Exhibit 131 was marked for

7   identification and attached to the deposition

8   transcript.)

9           MR. CHO:  What number is this?

10          MS. WEBB:  131.

11     A    Do you want me to read this article?

12     Q    I'm just going to ask you

13  specifically whether it refreshes your

14  recollection of the allegations against him as

15  you --

16          MR. CHO:  Object to the form.

17     Q    -- as you characterized them.

18     A    I recall seeing this article.  I

19  have not read it in its entirety.  I skimmed

20  it, and that's why I barely know what the

21  allegations are.  Nor do I care what the

22  allegations are.



```
 1                I don't know Ian Smith very well at
 2     all.  He had no role in my drafting of a
 3     recommendation memo to the Secretary on any
 4     TPS designation, so ...
 5          Q    Okay.
 6                Although this email does show that
 7     he supplied you with information related to El
 8     Salvador in response to a request by you for
 9     input to discuss upcoming TPS decisions on El
10     Salvador, correct?
11          A    I do not know if that information
12     was ever used, if I even opened the email.
13     That information looks new to me.
14          Q    Okay.
15                MR. CHO:  I renew my objection
16     regarding Exhibit 130.  Again, this is post
17     decision and not related to Haiti at all.
18          Q    Okay.  We're done with that.
19                Are you familiar with DHS' H-2A
20     program?
21                MR. CHO:  Object to the form.  You
22     can answer.
```



Page 269

1          A     Yes.

2          Q     And what is that program?

3          A     H-2A stands for a classification in

4     Immigration and Nationally Act providing for

5     an avenue for low skilled or agricultural

6     workers to come into the United States for a

7     temporary amount of time.

8          Q     Are you familiar with whether

9     nationals from Haiti are eligible for H-2A --

10    is it H-2A Visas?

11              MR. CHO:  Object to the form.

12         A     Yes.  The list of countries that are

13    eligible for that classification change from

14    year to year.

15         Q     Do you recall in November of 2017

16    sending comments -- excuse me -- sending USCIS

17    comments recommending that Haiti be taken off

18    the H-2A list?

19              MR. CHO:  Object to the form.

20         A     By taking them off the list meant

21    what?

22         Q     Making them ineligible for H-2A



1    Visas for a time?

2            MR. CHO:  Object to the form.

3        A    I don't specifically recall what

4    USCIS comments were on the list.  I do recall

5    -- we do provide input on that list, which is

6    circulated by the headquarter -- or the

7    department.

8        Q    Okay.  Were you involved in that

9    input?

10       A    Yes.

11       Q    Do you recall what the

12   recommendation was based on?

13           MR. CHO:  Object to the form.

14       A    The recommendation to take Haiti off

15   the list?

16       Q    Right.

17       A    I don't recall off the top of my

18   head.  There are certain criteria for keeping

19   countries on and taking countries off.

20       Q    Do you recall initially whether it

21   was based on a cable from -- State Department

22   cable from 2013?



Page 271

1               MR. CHO:  Object to the form.

2        A    I don't recall.

3        Q    Do you recall after you made the

4   recommendation that the State Department came

5   back and said that the information that

6   supported the recommendation was too remote?

7        A    First of all, you just said that I

8   made the recommendation.  I'm not certain that

9   I made a recommendation of that nature.

10       Q    Sure.  Sorry.  Right.  You testified

11   that you had input into it.

12       A    Into --

13               MR. CHO:  Object to the form.

14   Mischaracterizes her prior testimony.

15       A    I had input into the Federal

16   Register Notice that took countries on and off

17   the list.

18       Q    Okay.

19       A    I don't know what the State

20   Department -- what input the state -- the

21   State Department provided.

22               MR. CHO:  I also object on the



Page 272

1   ground that these questions relating to H-2A

2   touch on internal governmental deliberations

3   which have nothing to do with TPS for Haiti,

4   so I'm not sure how many more additional

5   questions you have, but I just want to note

6   that objection for the record.

7           MS. WEBB:  I just have one, which --

8   which doesn't really touch on it.

9       Q   As a result of that recommendation

10  that was made, do you know whether Haiti was,

11  in fact, taken off the H-2A Visa list?

12          MR. CHO:  Same objection.

13      A   I can't say with certainty if they

14  were taken -- ultimately taken off the list or

15  not.

16      Q   Do you know currently whether

17  they're off the list or on the list?

18      A   I do not know.

19          MS. WEBB:  That's all we have.

20          MR. CHO:  Thank you.  We will read

21  and sign the transcript.  All right.  We're

22  done.



Page 273

1            THE VIDEOGRAPHER:  The deposition is

2    concluded.  We're going off the record at

3    5:42.

4

5            (Whereupon, the proceeding was

6    concluded at 5:42 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



Page 274

1    DEPOSITION ERRATA SHEET

2    Assignment No. 450090

3    Case Caption:  Patrick Saget vs. Donald Trump

4

5             DECLARATION UNDER PENALTY OF PERJURY

6      I declare under penalty of perjury that I have read

7    the entire transcript of my Deposition taken in the

8    captioned matter or the same has been read to me, and

9    the same is true and accurate, save and except for

10   changes and/or corrections, if any, as indicated by me

11   on the DEPOSITION ERRATA SHEET hereof, with the

12   understanding that I offer these changes as if still

13   under oath.

14

15

16   SIGNED ON THE _____ DAY OF _____, 20__.

17

18   _____

19   KATHY NUEBEL KOVARIK

20

21

22



Page 275

```
1                    E R R A T A   S H E E T

2      IN RE:  PATRICK SAGET V. DONALD TRUMP

3

4

5      RETURN BY: _____

6      PAGE      LINE                    CORRECTION AND REASON

7      _____     _____     _____

8      _____     _____     _____

9      _____     _____     _____

10     _____     _____     _____

11     _____     _____     _____

12     _____     _____     _____

13     _____     _____     _____

14     _____     _____     _____

15     _____     _____     _____

16     _____     _____     _____

17     _____     _____     _____

18     _____     _____     _____

19     _____     _____     _____

20     _____     _____     _____

21     _____     _____     _____

22     (DATE)              (SIGNATURE)
```



1                    E R R A T A   S H E E T

2    IN RE:  PATRICK SAGET V. DONALD TRUMP

3

4    RETURN BY:  _____

5    PAGE     LINE                    CORRECTION AND REASON

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____

22   (DATE)                        (SIGNATURE)



```
 1                CERTIFICATE OF SHORTHAND REPORTER

 2

 3           I, Michele E. Eddy, Registered Professional

 4    Reporter and Certified Realtime Reporter, the court

 5    reporter before whom the foregoing deposition was

 6    taken, do hereby certify that the foregoing transcript

 7    is a true and correct record of the testimony given;

 8    that said testimony was taken by me stenographically

 9    and thereafter reduced to typewriting under my

10    supervision; and that I am neither counsel for,

11    related to, nor employed by any of the parties to this

12    case and have no interest, financial or otherwise, in

13    its outcome.

14             IN WITNESS WHEREOF, I have hereunto set my

15    hand and affixed my notarial seal this 24th day of

16    December, 2018.

17    My commission expires July 14, 2022

18

19

20    _____

21    MICHELE E. EDDY
      NOTARY PUBLIC IN AND FOR
22    THE DISTRICT OF COLUMBIA
```



**A**

**ABC** 132:19
  135:7
**abides** 183:4
**ability** 47:7
**able** 17:10 60:2
  60:18 61:7
  77:12 78:9
  114:12 120:17
  121:19 220:5
  220:22
**absolutely** 109:8
**access** 83:8
  141:12
**accounts** 223:17
**accurate** 12:1
  17:10 20:5
  91:16 144:8
  183:3 274:9
**achievable**
  114:14
**acronym** 45:12
**act** 24:6,11,12,21
  25:5,11,20
  269:4
**acting** 35:6,14
  81:5 96:3,6
  124:15,16
  131:22 154:1
  156:3,5 173:7
  174:18,19
  177:7 204:16
  234:14 235:11
**actions** 41:22
**activity** 91:9
  146:1 148:21
  152:3 153:3
**actual** 237:5
**add** 62:17
**added** 62:8,19
  76:1 82:5 95:8
**adding** 94:21
  162:20 163:16
  247:22 248:2
**addition** 94:22

157:4
**additional** 59:12
  71:15 75:20
  95:7 99:7
  111:19 114:3
  140:5 150:20
  163:2 167:3
  170:17 171:14
  182:1 198:18
  200:16 207:6
  218:17 227:14
  272:4
**Additionally**
  100:9
**additions** 182:18
**address** 13:8,11
  187:10,15
  222:17 233:20
**addressed** 14:17
  108:7
**addressing** 183:2
**adjudicate** 58:6,7
  58:10,11
**adjudicates**
  59:15
**adjudicators**
  27:20
**administration**
  241:16
**administrations**
  230:17 241:16
**advance** 32:6
**advise** 25:2 27:17
**advisor** 23:11,20
  35:17 36:1,3
  40:4,5 43:9,10
  43:11 47:5,20
  50:14 62:12,14
  153:13,15
  155:2,13 211:6
  257:11
**advisors** 23:6
  35:8 40:2
**Affairs** 35:20
  163:12
**affect** 20:15

244:18 246:5
  249:3
**affixed** 277:15
**afield** 267:3
**afternoon** 122:6
  127:18
**afternoons** 38:16
**age** 24:16 60:19
**agencies** 47:8
  141:18 235:10
  236:4,10,18
  237:14,22
  238:11 239:13
  241:4
**agency** 15:5
  36:18 70:18
  86:16 116:12
  124:3 238:9
  252:7
**agenda** 41:15,22
**ages** 64:22 65:1
**ago** 95:8 244:20
  248:16
**agree** 12:2,7,19
  105:16 113:9
  158:20 202:4
  202:11,16
  219:8 224:2
  252:5
**agreed** 202:19
  219:16
**agricultural**
  269:5
**agriculture** 33:20
**ahead** 18:3 56:2
  91:14 155:12
  160:13 163:22
  179:13 231:14
  242:20 261:4
**aid** 168:16
  216:11 222:4
  227:1
**aide** 23:9
**Aisha** 123:13
  131:7
**al** 1:5,10 10:8

**alert** 118:3
**Alex** 79:3,9
**Alexander** 76:2
  77:21 83:18
**Alfonso** 7:16
**alien** 165:14
  166:10
**aliens** 85:13
**allegation** 266:15
**allegations** 266:4
  266:6,9,12
  267:14,21,22
**allow** 15:18 21:8
  208:15
**Ambassador**
  261:13,14
**ambiguous** 215:5
**amend** 16:3
**amendments**
  25:2
**America** 258:17
**American** 45:11
  45:13 265:7,17
**amount** 66:12
  216:11 269:7
**analysis** 66:15
  67:2,3 68:19
  113:8
**ancestry** 68:15
**Anderson** 5:14
  6:21 7:11 8:6
  51:7,8 63:5
  65:9 71:10,10
  71:19 74:6 77:7
  82:12 95:5 96:8
  100:6 102:22
  112:14,19
  116:16 162:18
  163:16 167:1
  182:11 189:19
  210:7
**Anderson's** 99:4
**Andrew** 8:15
  247:22 248:2
**and/or** 274:10
**Angela** 8:5

**Angelica** 7:16
**announced**
  150:19 207:5
**announcement**
  151:1
**annual** 100:14
**answer** 15:15,19
  16:3,6,8,13,14
  17:19 18:4
  20:18 26:16
  29:1 30:14
  31:12 33:2
  39:11 41:12
  43:2 49:11
  55:17 72:14
  73:2,13 79:18
  85:18 87:13,21
  88:12 93:4,22
  99:11 100:3
  102:6,20
  103:19 104:8
  104:21 105:22
  107:7,14 108:4
  109:12 113:15
  114:7,11,13
  116:7 117:1,5
  121:16 122:17
  123:9 127:16
  131:15 132:15
  133:12 134:14
  135:1 136:15
  137:12 146:9
  147:5 152:15
  153:5 159:5,7
  160:10 161:5
  164:13 170:13
  171:5,13 172:8
  172:18 177:12
  178:5 180:10
  185:1,8,22
  188:21 191:7
  197:14 198:9
  199:1,3,13
  202:10,18
  204:11 205:10
  205:20 206:13



208:8 209:22
215:5,17 217:2
217:19 219:2
219:14 220:5
220:22 221:12
222:1 223:1
228:15 235:22
236:8 239:5
241:14 251:21
253:16 255:19
264:1 268:22
**answered** 88:4
122:4,9,16
133:6 135:20
136:6 138:5
144:4 153:5
182:3 206:12
207:9 241:14
264:1 265:19
**answers** 16:18
17:6 23:5
144:11
**anyway** 127:5
164:5
**apologies** 73:7
79:7 132:16
**apologize** 45:17
209:9 256:13
**apparently** 219:5
**appeal** 168:15
**appear** 86:7
87:14 101:16
101:17 129:21
223:15 251:15
**appears** 69:2
76:11 82:7 93:5
97:19 98:4
99:12 112:4
114:13 135:11
172:2 174:14
199:2 215:14
222:2 234:22
256:2
**applicant** 165:1
**applicants** 100:9
113:16

**application** 120:5
165:8
**applications**
258:15,20
**applied** 166:1
260:18
**applies** 119:10
164:22 165:1
**apply** 25:7 90:6
102:2 111:18
165:2,6 166:4
185:8 208:10
220:13 259:14
259:16
**applying** 101:21
103:5,9 113:6
**appointee** 50:7
256:20
**appointees** 47:9
49:21 53:3
158:11,19
**appreciate** 96:11
108:8 223:8
**approach** 241:2
260:16,18
**appropriate** 59:7
243:1
**approve** 46:22
175:19
**Approve/date**
175:13
**approximately**
38:6,21 44:3
53:3 67:12
68:16 133:21
231:16 257:15
**April** 7:20 52:6,9
59:22 62:3
73:10,21 74:5
75:22 77:10,20
79:21 80:19
82:19 83:17
87:3 93:19
94:13 95:5,18
97:22 98:1,6,7
99:3,4 110:8,10

110:15,16,18
110:20 111:7
111:18 112:2,4
112:5,15
117:21 122:2,7
127:10 129:13
130:8,10,14
138:11,18
139:2,5,18
140:10 143:15
149:6 150:15
151:14 153:20
154:19 156:12
156:15 161:12
162:1,11,12,14
168:6,21 169:4
170:6 176:13
176:20 177:13
178:9,13
181:14 194:4
196:18 197:2
204:5,8,15
206:15
**areas** 169:17
230:19 231:5
258:11
**arguing** 251:12
**argument** 201:15
202:5,11
**Argumentative**
103:19 121:15
122:15 177:22
251:3
**arguments**
247:12 258:5
**army** 129:8
**arrange** 207:22
208:13
**arrangements**
208:4,17
**art** 131:6
**article** 9:8 134:16
135:6 168:6
266:10 267:11
267:18
**articles** 169:22

170:2
**aside** 21:12 54:7
160:1 264:11
**asked** 56:11,13
81:8,10,17,20
88:3 89:3,6
92:19 93:18
94:2,6,14,19
103:9 107:11
107:11 119:10
122:1,3,8,16
128:3,16 133:5
135:19 136:5
137:3,8 138:4
144:3 152:2
153:4,6,7
170:19 177:9
182:22 183:11
193:20 206:12
206:18 207:8
227:17,21
238:9 239:15
241:13 248:7
253:4 264:10
265:18
**asking** 15:17
32:10 53:18
70:13 73:15
81:15 91:6,22
93:17 103:16
103:21 159:10
160:2 161:15
178:1 183:20
192:6 222:10
224:6,11
225:19 264:6
**asks** 217:9
243:14
**assessment**
113:10 202:16
219:8
**assessments**
142:11,11
**Assignment**
274:2
**assist** 24:21

**assistance** 94:9
94:22 116:13
129:2 183:2
203:6 204:22
206:9
**assistant** 22:19
232:14
**associate** 4:13
35:19 36:18
**associative**
194:14
**assume** 15:22
16:5 27:9 70:20
105:9
**assumed** 257:14
**assumes** 219:13
220:4,19,20
222:21,22
224:16
**assuming** 159:9
209:2 223:11
**assumption**
98:12 103:7
159:13
**Asylum** 51:15
163:11 166:20
**AS1** 156:6
**attached** 5:8 14:8
48:16 72:17
108:13 122:20
150:10 160:16
172:12 185:14
189:2 191:1
198:4 199:8
209:15 210:18
218:15 228:3
255:5,10
259:14 267:7
**attaches** 192:15
**attachment**
181:21
**attachments**
181:20
**attain** 106:10
208:16
**attempt** 152:16



152:18
**attempting** 142:3
199:3
**attempts** 67:10
**attend** 35:2 36:6
36:11 39:9,14
39:15,16 40:1,2
40:8,13,13,18
40:22 41:3
155:21
**ATTENDANCE**
4:1
**attended** 9:10
37:10
**attention** 199:19
**attest** 103:10
**attorney** 16:11
**Attorney's** 3:16
11:6
**attorney-client**
17:19
**audibly** 15:15
**August** 9:12
11:22 108:21
**authority** 46:20
**authorization**
58:8
**automatically**
201:3
**available** 60:14
63:7 66:10
96:18 114:19
115:6,8,17
116:11 121:7
**avenue** 269:5
**average** 67:9,11
**Awaiting** 147:10
**aware** 20:12,19
20:22 21:13
26:17 55:1,5
79:12 99:18
103:1 156:18
156:22 182:2
265:3
**A-number** 84:3
165:18,22

166:9
**A-numbers**
164:3,11
165:11
**a.m** 10:13 71:14
73:22 74:4
75:12,20,22
77:10,21 78:20
79:22 94:13
98:6 117:22
139:19 161:12
162:19 176:21
181:14

_____
**B**

**B** 5:7 181:21
**back** 37:17 46:4
54:17 57:17
60:22 62:3 66:2
67:12 75:8,9,9
87:4,5 94:12
98:21 99:2,2,3
106:5 107:13
108:20 125:15
135:12 138:15
143:12,13
149:17 150:5
151:11 153:9
161:22 162:11
165:3,9 181:3
182:6,20 185:3
190:18 194:3
196:18 197:17
207:2 212:14
218:17 227:4
227:15,18
255:1 262:15
271:5
**background**
21:18 27:6,7
48:9,11 49:18
198:19 262:15
**barely** 267:20
**Barnes** 123:13
131:7,19
135:13

**based** 11:18 42:3
58:16 75:6 80:9
98:12,14 113:8
165:4 173:17
176:13 179:15
200:5 210:18
270:12,21
**bases** 70:21
**Bash** 232:12,19
234:10,12
240:19 242:10
**Bash's** 243:10
**basic** 15:3 85:9
**basis** 34:16 38:12
67:9 72:14
134:19 201:18
231:22
**Bates** 48:17
123:4 172:15
185:19 191:6
228:12
**began** 33:8 52:13
**beginning** 28:14
32:4 58:2
**begins** 10:6 31:21
31:22
**behalf** 2:19 3:3
3:13 4:3 11:2,4
11:6 15:5
123:14 131:20
**belief** 245:19
**believe** 44:9 50:7
60:7 69:13
76:17 80:20
82:22 85:8,11
88:18 96:3
105:11 106:3
106:22 110:10
118:20 126:6
152:8 153:10
154:5 159:19
163:8 164:17
187:4 199:6
205:4 243:17
246:22 249:12
252:14,15

254:1
**beneficiaries**
59:19 61:18
65:12 67:21
80:3,4,5,8
85:14 100:16
101:13 113:5
113:21 115:16
178:17 179:3
179:19 180:8
180:20 181:4,5
205:2 206:10
247:14 259:17
259:19
**beneficiary** 26:13
91:3,10 102:10
103:5 104:4
106:10 147:16
165:7
**benefit** 63:8
83:22 102:13
165:1 166:4
200:3
**benefits** 58:12,12
63:16 199:21
201:9,12
202:14 208:11
**best** 78:12,18
250:11
**better** 111:17
226:7,8,13,15
226:19 227:6
240:3 245:17
247:6 253:17
**big** 157:14 185:4
191:10 194:9
**bill** 25:15
**billion** 168:10
**bills** 26:8,9
**biographical**
84:2 85:10
**birth** 84:1,4
**bit** 21:17 34:8
113:1 155:17
157:4 166:15
201:2 258:1

**blame** 248:15
249:21 251:16
**blank** 210:22
**blanks** 176:3
**bold** 115:14
**bolts** 62:14 63:1
**born** 68:14
**bottom** 57:14
68:3 135:13
148:15 186:4,8
187:21 188:3
201:7,7 208:22
209:1 210:4
**box** 124:19,22
125:1,3,4,18
127:2,3,9 187:3
189:20 190:7
190:10
**boxes** 218:16
227:14
**bracket** 29:11
**brackets** 127:12
**brainstorm**
145:15
**brain-drain**
258:16 259:8
**Branch** 4:6 11:9
**Brandon** 6:20
7:10,21 51:2,3
51:9,11 214:11
**Brantley** 3:4 11:1
**break** 16:7 45:17
98:16 151:12
190:14 212:9
254:18
**Bret** 95:22
**brief** 46:3 98:20
190:17 212:13
254:22
**briefing** 97:20
98:10 123:22
155:19,20
157:10
**briefly** 34:8
182:17 241:11
**bring** 149:13



broad 27:12
broadened 94:20
broader 68:20
  105:7
broadly 137:14
broke 74:16
Brooklyn 3:19
brought 37:14
Brown 2:7 3:6
  10:16 11:2,4
build 129:8
bullet 54:12,16
  60:6,9,21 61:10
  74:10,10,16
  81:12 82:6,8
  87:10 88:14
  92:17 94:7 99:6
  112:15,22
  113:9 114:4,5,5
  115:1 116:1,6
  128:17 129:3
  140:15 141:22
  162:5 167:10
  168:2,3,8,19
  169:3 183:19
  184:8,13,16
  185:8
bullets 74:17
bunch 49:3
  209:11 230:1
butcher 169:6
Button 124:9,10
bwebb@mayer...
  3:10

— C —

C 3:1 10:1 47:8
  49:20,20 50:3,6
  50:13 158:11
  158:17,18
  181:21
cable 270:21,22
Cadman 3:18
calculated 68:20
call 43:17 128:11
  128:12 261:20

called 14:11
  51:15
calls 29:10 55:16
  100:1 102:4,14
  102:18 104:5
  104:20 105:20
  107:3 128:13
  131:13 133:11
  134:13,22
  136:14,20
  137:11 147:3,4
  147:17 159:3,5
  160:8 164:12
  170:12 172:7
  174:12 177:11
  177:22 193:7
  195:6 197:13
  204:10 205:9
  213:17 214:6
  220:2 221:11
  221:22 239:3
  251:20 258:22
calm 193:10
capacity 21:1
  24:20 132:1
  184:7
capital 115:14
Caption 274:3
captioned 274:8
capture 91:8
  119:7,13 121:2
  121:3
captured 83:10
  118:6 119:4,15
  119:18 139:20
card 106:12
care 267:21
career 53:3,5
  158:12,14,15
Carl 6:9 96:2,3
  124:14 126:17
  132:11 133:14
  154:18
Carl's 135:21
Carter 124:12
case 1:6 6:5 19:3

20:13 70:21
  108:19 159:16
  159:17 163:15
  191:18 258:16
  274:3 277:12
categories 87:17
  130:6 157:8
  161:17 170:8
  181:12
Catherine 76:19
  76:20 79:22
caused 169:4
causing 168:10
cc 77:3
census 68:13
center 58:5,17
  76:4 77:22
  95:17,21
Central 258:17
centralized 238:2
centric 85:8
certain 24:15,16
  24:18 86:17
  105:12 121:17
  126:5,5 132:22
  133:3 134:20
  148:20 159:14
  165:17 167:6
  170:15 171:1
  173:22 181:20
  187:14 218:9
  222:3,8 224:4
  226:22 240:14
  247:4,17
  249:16 258:5
  266:17,17
  270:18 271:8
certainly 260:16
certainty 94:5
  121:20 265:5,9
  272:13
CERTIFICATE
  277:1
Certified 277:4
certify 277:6
cetera 244:20

chain 5:13,17 6:8
  6:19 7:9,14,19
  8:4,9,14 50:20
  62:9 76:2 77:19
  95:7 97:19
  98:17 110:13
  110:17 122:1
  123:13 138:16
  139:17,18
  142:1 143:2
  151:13 158:7
  161:10 166:15
  182:9 186:4,4,7
  188:2 192:15
  198:16,17
  210:5 218:13
  229:2 240:19
  260:8 266:16
chains 93:6
challenges
  169:16
chance 19:9
  154:22 178:12
change 39:12
  129:5,8 217:9
  253:2 269:13
changed 35:12
  37:19 39:21
  129:4
changes 21:13
  27:18 215:8
  274:10,12
characterized
  267:17
characterizes
  226:16
charge 215:13
charities 216:11
  222:5
chart 54:7
check 19:22 20:1
  117:19 161:18
Chiang 76:19,20
  77:10 79:22
chief 27:15 35:6
  35:7,16 51:4,20

52:8,13 96:4
  117:12 124:15
  124:16 126:17
  127:2 150:15
  154:14,16,16
  154:18,21
  155:5,7 166:19
  189:5,7,13
  190:4,5 192:11
  192:12 214:15
  215:18 231:7
  253:3,21
Children's 64:1
CHIP 63:9,17,22
Cho 3:14 11:5,5
  11:17 12:3,9,14
  12:22 13:11,16
  13:20 17:17,22
  18:3 20:17 21:5
  21:15 24:7 25:8
  25:16 26:15
  27:1 28:5,11,20
  29:9,16,20
  30:13 31:9 32:9
  32:19,22 33:9
  34:22 35:4,10
  36:2,8,12 37:12
  38:2 39:1,10,20
  40:11,16,21
  41:4,9,20 42:5
  42:8,11,21 44:8
  45:18,22 46:19
  47:6 48:7 49:8
  52:15 53:10,15
  53:20 54:4,20
  55:1,8,15 56:1
  57:11,21 59:8
  61:22 62:16
  63:4,11 64:4,10
  64:16 65:5,19
  66:6,17 67:6,17
  67:22 68:5,8
  69:1 70:4,6,10
  70:16 71:4 72:4
  72:12,19,21
  73:11 74:13,22



75:13 77:17
78:14,22 79:15
80:16 81:3,18
82:14,22 84:13
85:17 86:4,12
87:8,12,18 88:3
88:9,22 89:8
90:7,11 91:4,13
92:9 93:2,20
94:4,17 95:1
96:19,22 97:9
99:9 100:1
101:5 102:4,14
102:18 103:18
104:5,19 105:8
105:20 106:19
107:3,16,22
108:5 109:2,6
109:11,17
110:6,14,19
111:5,21
112:13 113:11
114:9 115:13
116:2,9,20
117:2 118:10
118:15 119:1
120:2,9 121:4
121:14 122:3,8
122:15,22
123:2,5 127:15
129:16 130:2,9
130:16 131:5
131:13,21
132:2 133:5,11
134:1,4,13,22
135:4,9,19
136:5,12,14,20
137:9,11,19
138:4,14,20
139:4,7,10
142:21 143:8
143:22 144:3
145:6,9,16
146:6,18 147:3
147:17 148:4
148:10 149:10

149:15,19,22
151:7,16,19
152:12 153:4
156:21 157:22
158:13 159:3
160:8,18 161:2
162:6 163:21
164:12,21
167:4,12,17,20
170:11 171:3
171:11,21
172:6,14
173:11,21
174:8,12 176:4
176:16 177:1
177:11,21
178:3,19 179:5
179:21 180:9
180:14,22
181:16 182:13
183:12 184:12
184:20 185:16
185:18 188:9
188:18 190:13
191:3,22 192:5
193:7,15,19
195:6,11,18
196:7,15,20
197:13 198:6
198:21 199:10
202:7,17 203:8
203:17 204:9
204:20 205:3,9
205:18 206:5
206:11 207:8
207:14 208:6
208:20 209:2
209:17,19
211:16 212:6
212:10 213:16
214:6 215:4,16
216:16,22
217:17 218:4
218:22 219:12
220:2,18
221:11,22

222:20 223:5
223:10,14,18
224:15 225:11
225:14 226:1
226:11,18
227:8,20 228:7
228:11 230:20
231:19,21
232:5 234:2
235:19 236:5
236:13 237:1
237:15,18
238:5,7 239:1,3
239:20 240:2,7
241:13 242:5
242:19 244:5
245:1,7,16
246:3,9 247:3
247:15 248:19
249:5,11,17
250:3,8,13
251:2,10,19
253:7,22
254:10,19
255:15,22
258:22 259:5,9
259:21 260:10
260:21 261:4,8
263:6,17,21
264:9,18,22
265:8,14,18
266:2,8,13,21
267:2,9,16
268:15,21
269:11,19
270:2,13 271:1
271:13,22
272:12,20
**choose** 234:1
**circulate** 213:2
**circulated** 270:6
**circulating**
253:19
**CIS** 50:15 130:18
**Cissna** 5:19 30:2
34:11 35:3

36:16 153:17
158:14 256:8
**Cissna's** 153:18
**cited** 248:11
**cites** 132:17
168:5 169:22
**citing** 168:20
**citizenship** 4:14
11:12 24:15
52:10 106:12
**citizenship/cou...**
84:1
**city** 13:12
**civil** 11:8 181:7
**clarify** 15:21
141:19 186:16
187:9 213:19
225:5
**clarity** 32:10
**classification**
269:3,13
**clear** 12:6 131:2
135:17 136:22
145:13 148:6
148:14 184:13
200:10
**clearance** 124:3
124:19,22
125:1,3,17,18
126:7 127:1,2,9
187:13,16
189:19 190:7
190:10
**close** 177:19
180:5
**closely** 64:3,6
248:5
**coincide** 165:16
**coincidence**
177:18
**colleague** 192:6
**colleagues/coll...**
258:3
**collect** 119:12,21
120:4 140:7
**collected** 114:19

121:19 159:14
**collection** 203:5
204:18
**college** 21:20
22:14
**color** 82:3
**COLUMBIA**
277:22
**column** 80:1
**come** 25:3 40:3
41:7,16 47:4
48:11 126:7
133:15 149:17
160:5 269:6
**comes** 140:9
231:12
**comfortable**
74:18 109:10
**coming** 203:15
236:15 265:4
**command** 158:7
266:16
**commencing**
31:5
**comment** 27:21
218:16 227:14
242:9
**comments**
240:22 269:16
269:17 270:4
**commission**
277:17
**committed** 88:15
89:7 91:7 92:18
115:16 128:22
**committee** 22:21
23:19,21 44:11
241:10 246:19
246:21
**committees**
38:11
**common** 70:14
**communicated**
72:1
**communications**
18:21 19:2



41:12 43:1
44:22 192:12
228:19
**comparative**
249:20
**compare** 74:10
94:12 129:15
248:8
**compelling** 252:8
**compile** 32:4
56:11 57:12
96:10 141:10
144:8,9
**compiles** 33:13
**compiling** 30:17
31:2,5,20 32:18
33:8
**complete** 16:6,18
17:1,6
**completed**
210:17
**comply** 21:2,6
**component**
128:13 166:3
201:20
**components**
123:17
**composed** 66:20
**Compound**
114:10
**concerns** 131:11
**conclude** 184:1
**concluded**
222:18 273:2,6
**concludes** 175:5
**conclusion** 100:2
102:5,19 104:6
104:20 105:21
107:4 147:5,18
159:4 216:3
217:6,16 218:3
218:10,20
219:11 220:14
222:11 224:8
239:4
**concurs** 117:15

**conditions** 16:22
24:18 29:3
30:19 31:15
32:1 63:20
163:2 167:3,8
170:17 171:18
175:5 183:6
194:22 200:6
201:19 210:19
222:19
**conduct** 140:17
142:6 162:22
164:15
**conducted** 196:5
**conference** 262:8
262:10,11,13
263:3,5
**confidential**
193:21,22
**confirm** 104:11
**Congress** 100:14
**connect** 58:3
**connected** 177:17
**consider** 30:22
32:3 223:3
**considered** 92:13
99:20 107:10
120:6 195:9,10
201:16 202:6
234:4 245:15
**consist** 42:16
**consisted** 68:16
**consisting** 68:14
**Constance**
124:12 187:1
**constituents**
44:12
**consult** 239:7
**consultation**
175:4 239:10
239:11 240:9
240:10
**consultations**
252:9
**contact** 69:16
71:11,15 75:20

**contacting** 70:12
**contacts** 237:21
**contain** 85:11
199:12 228:13
**contained** 226:10
**contains** 49:9
73:1 123:7
161:3 172:17
185:21 191:4
198:8 209:21
228:18
**contemplating**
143:20
**content** 183:2
193:12 194:2
**contents** 222:19
224:4
**context** 26:5
109:19 188:12
**continue** 28:4
55:11 248:12
**continued** 4:1 6:1
7:1 8:1 9:1
112:9 198:19
204:18
**continues** 161:17
188:8
**continuing** 205:5
**continuous**
179:15
**convene** 38:15
241:3,19
**convenes** 231:11
**conversation**
112:3 197:16
**conversations**
11:19 46:14
**conveyed** 72:7
**convicted** 27:9
54:13 61:11
82:9
**coordinate** 56:14
56:19 57:8
142:4 238:14
241:17
**Coordinating**

241:10
**copied** 60:7,8,8
126:6,9,21
182:11 186:7
187:15,17
189:6 190:1
233:11
**copies** 14:5 228:5
255:14
**copy** 14:1 19:16
20:3 62:13
127:6
**correct** 13:21
14:22 15:1
18:10 19:7,8,18
30:12 31:21
34:12,13,21
50:9 52:3,4
53:17,19 54:22
57:19,20 58:1
60:5,14,15,19
60:20 61:3,4,8
61:9,21 62:5,6
63:10 64:9,12
64:15,17,21
65:7,8,13,14
66:5,7,13,14,16
66:22 68:22
69:6,7,9,10
71:12,13,16,17
73:22 74:1,2,3
74:7,8 77:12,13
78:1,6,7,10,11
78:12,13,21
79:2,10,11
80:15,17 81:2
81:13 82:7,11
82:13,17 83:5
83:10,11 84:4,5
86:3 87:6,7,10
88:21 89:7
91:11 92:4,5,8
93:19 94:1,10
94:11,16,21,22
95:3 96:18 97:1
97:3 99:8

100:11,12,18
100:19 102:3
103:17 106:12
106:13,18
112:10 117:13
117:14,16,17
122:2,5,7,10
127:14 128:6,7
129:11,14,18
129:20 130:1,3
130:4,5,8,14
132:12,13,19
132:20 135:15
135:16 139:22
140:2,7,12,13
146:13,14
148:3 149:5
150:16,17
156:4,20 162:5
162:16,17
163:3,19,20
164:6 168:6,7
168:12,13,17
168:18 169:1,2
169:8,9,13,14
169:20,21
170:3,10 171:2
171:10 174:3,4
174:7,11,17,18
175:10,11
176:3,22
180:21 182:12
186:8 187:22
188:1,17 189:3
189:4,9,10,21
189:22 192:16
192:17 193:3
194:11,12
196:6,19 200:6
200:16,17,21
200:22 201:4,5
201:22 202:2,3
203:7 204:19
205:2 207:7,10
208:1,5,19
209:7 210:8,9



210:22 211:1,4
211:5,8,10,11
212:21,22
213:5,6,10,11
214:22 216:21
217:11,12
225:3,4 229:4,5
229:6,8,9,14,15
229:20,21
237:9,10 239:2
240:6 241:5,6
244:1,2,4,10,11
245:6 249:6,16
250:2 251:1
263:13 265:17
268:10 277:7
**CORRECTION**
275:6 276:5
**corrections**
274:10
**correctly** 30:16
54:19 60:4
61:20 82:16
85:20 118:9
149:4 157:17
183:7 184:10
201:21 209:3
**correspondent**
22:18 23:5
**council** 38:11,17
40:15,17 41:2
230:8,10 231:9
231:11 232:15
232:22 233:16
248:3 252:15
**counsel** 4:13
10:21 11:19
13:3 18:15,18
20:10,21 25:21
35:7,16 36:19
37:3,8 39:14
65:20 104:11
127:2,5 147:20
154:6,14,17,21
162:21 214:14
223:9 256:4

277:10
**counselor** 153:14
153:16
**counsels** 17:20
18:5
**countries** 26:18
33:18 236:19
244:17 246:5
248:8,13
258:14 259:20
260:17 269:12
270:19,19
271:16
**country** 29:3
30:19 31:15
32:1 33:17 34:4
83:22 90:5 91:2
157:6 183:5
185:6 195:1
210:19 222:19
**country's** 92:7
**country/year/n...**
54:8
**couple** 27:5 46:7
46:9 49:17 62:3
121:12 189:15
260:6
**court** 1:1 10:10
10:19 11:13
12:21 15:13
21:7 191:16
277:4
**cover** 181:19
**covered** 70:21
108:1
**CP** 160:21
**CP_00001526**
5:20
**CP_00002736**
8:17
**CP_00003431**
9:6
**CP_00003778**
5:15
**CP_00007859**
6:22

**CP_00007873**
7:7
**CP_00009846**
7:22
**CP_2736** 228:12
**CP_7873** 172:16
**Craig** 35:16 37:7
39:14 126:20
154:13
**created** 258:1
**crime** 27:10 65:3
178:16 193:2
194:17 195:3
199:20 201:8
201:11 202:5
202:14 203:6
**crimes** 54:13
61:11 82:9
88:16 89:7 91:7
92:18 115:16
128:22 161:16
**criminal** 61:19
65:13 83:9
84:16 85:13
86:8 88:20 89:3
89:4 91:9 93:6
115:4 145:22
148:21 152:3
153:2 198:18
200:2
**criminality** 61:16
78:6 83:20 86:3
86:5,6,11
178:22 194:5
195:16 196:5
196:13 197:7
197:11,17
198:15 205:1
206:9
**criminal/detai...**
54:14 61:12
**criteria** 200:3
270:18
**crux** 25:19
**Culver** 257:3
261:12

**currency** 169:19
**current** 21:1
46:18 104:14
105:19 106:17
128:19 143:17
175:10 229:12
**currently** 27:14
35:13,14 37:13
37:19 38:4,18
78:4 81:16,21
82:16 83:7
115:17 262:16
272:16
**Customs** 257:10
**cut** 75:16 151:22

_____
**D**
**D** 10:1 181:21
**daily** 34:9,16,19
35:1 36:14
231:20
**damage** 168:10
244:20
**damaged** 169:12
**dashes** 82:5
**data** 52:3 53:12
54:11,18 55:14
57:2,12 59:5,10
59:18 60:17
61:3,6,15 64:21
66:4,9,13 68:12
73:16,19 74:15
75:6 78:5,9
81:9,11,15,19
83:20 86:2,8,16
87:5 88:8,20
89:3,4 92:19
93:1,6,18 96:16
96:17 99:21
100:7 101:16
107:11,12
111:3,14
113:19 114:7
115:4 116:7,11
116:14,18,22
117:6 118:2,7

118:18 119:3,6
120:12,17
121:2,3,6,11,12
121:17 122:2
122:12,14
130:10,13
139:22 140:4,7
141:4,6,11,13
141:15 142:9
146:2,10,17,19
147:22 152:16
157:12 159:1
159:14,18,21
160:6 161:15
164:14,18
171:14 180:7
193:2 194:7,17
195:3,16 196:5
197:7 199:21
201:11,14,16
202:5 203:6
205:5 218:17
224:4 227:15
227:18 249:21
264:4
**database** 84:15
84:19
**databases** 165:4
**date** 6:16 52:5
84:3 139:4
175:8,10 205:4
211:22 232:7
275:22 276:22
**dated** 5:13,17 6:8
6:19 7:4,9,14
7:19 8:4,9,14
8:19 9:4,12
73:21 74:4
143:14 176:12
181:13 182:9
260:8
**dates** 259:12
**David** 4:15 10:17
77:2 233:13
**day** 53:13 57:17
59:21 62:5 72:9



74:5 80:11
83:17 86:20
132:12 154:20
162:19 166:13
197:1,4 200:20
215:21 229:6
229:11 240:20
262:3,6 263:12
274:16 277:15
**days** 117:18,21
118:14 176:20
181:13 211:21
212:1
**DC** 246:17,17,19
247:10
**deadline** 86:1
98:5 125:13
246:12
**deal** 191:10
**decades** 165:15
**December** 1:16
10:3,12 260:8
260:21 261:10
262:6 277:16
**decide** 197:8
**decided** 235:8
244:8
**decides** 224:22
**decision** 7:4 24:5
28:10,15 29:7
29:12,14,17
30:1 31:7 32:5
57:9 107:2,10
124:4 147:1
149:7,12,12
150:19,22
151:5 152:22
159:2,13 160:4
160:6 173:6
177:8,15
178:13,18
179:4 182:19
183:10,22
184:19 185:4
193:3 194:18
194:21 195:5

195:12,14
199:22 200:4
203:11 204:8
204:15 205:8
210:11,17
211:14,17,18
211:20 212:19
213:14,20
214:3,8,20
215:2 218:18
220:10 224:13
226:21 227:16
234:15,20
238:18,20
239:2,18 243:3
243:9 244:1,4
249:3,9,12
252:18 253:5
253:14 254:4
259:12 260:11
260:12,22
261:1 268:17
**decisions** 232:9
249:2 261:20
261:22 268:9
**decision-making**
201:14 203:21
**DECLARATI...**
274:5
**declare** 274:6
**dedicated** 70:17
**Defendants** 1:11
3:13 4:3 12:18
12:20
**defensive** 201:13
202:15
**defer** 53:7
**define** 67:15,18
241:7
**definitely** 132:14
**definition** 216:14
221:20 222:15
224:10
**degree** 48:8
**delay** 209:10
**deliberations**

25:19 29:1,11
31:11 33:2
41:11 49:10
55:17 73:1
87:20 88:11
107:6 113:15
152:15 161:4
172:17 184:22
185:22 191:5
198:9 199:12
202:9 209:21
228:14 235:22
236:7 255:18
272:2
**deliberative**
123:8 191:14
191:17,19
193:11,21
**delivery** 181:8
**demographic**
54:11 60:16
64:20 180:7
**demographics**
180:17
**Denison** 22:1
**deny** 58:12
**department** 3:15
4:5 40:12,13
43:7 46:21
116:12 123:16
126:12 128:11
169:7 197:6
233:19 240:16
270:7,21 271:4
271:20,21
**departments**
163:17 169:5
235:10 236:4
236:10,18
237:14,22
238:10 239:13
**departure** 207:22
208:5,18
**depending** 24:16
43:5 126:3
**Depends** 232:1

**deportation**
146:13 147:10
**deported** 146:22
147:2,7
**deposed** 14:20,21
19:6
**deposition** 1:14
2:1 5:9,10 6:2,3
7:3 8:3 9:3 10:7
10:14 11:20,22
14:8 15:3,4,4
17:16 18:22
19:17 20:5,10
20:13 34:7
48:16 55:2,9
72:17 108:13
110:20 122:20
150:10 160:16
172:12 185:14
186:21 191:1
198:4 199:8
209:15 228:3
241:8 255:5,10
261:3 267:7
273:1 274:1,7
274:11 277:5
**depositions** 19:4
256:4
**depreciating**
169:18
**deputies** 246:19
247:7
**deputy** 35:5,6,7
35:14 37:16
76:18,18
214:15
**describe** 17:15
24:10 27:13
33:11 49:21
129:4 241:11
**described** 52:20
**describes** 183:17
**description** 64:13
**designated** 26:19
90:5 92:7
**designation** 6:15

88:15,16,17
89:12,13,17,18
90:14 91:1,8,20
92:14,17 94:8
104:15,18
105:4,6,18
106:15,16
107:1 128:20
128:21 129:1
131:17 143:18
157:6 173:8
175:6,8 201:17
203:15 207:5
207:12 211:14
213:10 268:4
**designations**
89:20 203:12
204:2 235:7
236:15 258:5,7
258:9
**desk** 235:1
**destined** 47:12
**detailed** 233:15
233:17
**details** 54:9
60:12 94:14
**determination**
28:17 31:6
124:5 149:8
158:22 200:4
**determine** 112:8
116:13 193:13
**determines**
230:12
**developments**
216:8 217:8
221:5 222:6
226:22 227:2
**DHS** 28:3 39:19
39:22 40:2,7,9
127:19,22
130:18 132:5,6
133:9 136:3,10
136:16,19
137:1 153:13
153:19 154:7,8



154:12 156:10
158:21 184:19
193:1 243:22
248:7 249:15
249:20 252:8
256:21 257:5
264:11 265:4
265:22 268:19
**DHS/HQ** 182:18
**dialogue** 42:19
**diaspora** 67:11
67:16 68:13,21
**different** 24:13
25:2,3 33:18,18
38:8 48:9 50:2
56:12 74:17
87:14,15
106:11 108:3
110:11 170:1,2
203:22 204:1
241:20
**differentiate**
80:2
**difficult** 92:19
93:1,6 167:9
171:19
**dig** 57:17 148:16
170:10 201:11
**Dimple** 154:3,4
**direct** 75:13
199:18
**directly** 81:12
158:2 189:7
**Director** 27:17
28:7,10,15,19
29:4 30:1,21
31:19 34:4,11
35:3,5,6,15,20
36:16 57:10
81:1,5 96:5,6,7
126:8 153:17
153:22 154:1
158:3 173:7
174:18,19
177:7 204:16
204:16 205:8

214:15,16,21
215:3,7 224:21
234:21 256:8
**directorate** 51:5
51:14 56:22
59:1 125:8,14
126:5 166:21
**directorates**
56:13 141:10
**directors** 36:18
**disagreed** 219:17
**disapprove/date**
175:13
**disastrous**
258:14
**discretion** 126:2
**discuss** 12:10
17:22 18:1
31:15 46:11
175:21 217:10
261:20 268:9
**discussed** 11:21
20:20 26:21
74:6 108:2
113:1 139:17
155:16 162:3
186:5,21 188:4
204:17 218:10
225:13
**discusses** 180:1
180:15
**discussing** 45:3
162:15 203:11
229:7 235:18
260:14
**discussion** 12:3,5
41:17 42:3,12
42:14 179:18
180:6 181:2,11
200:16 210:22
242:12 255:21
264:12
**discussions** 31:18
31:18 43:4 55:9
178:16 241:18
**discussion/date**

175:14
**dismiss** 216:7
217:7 221:5
**dismissed** 226:22
**dispersed** 127:9
**displaced** 180:12
**Displacement**
33:21
**disprove** 175:20
**distinguish**
235:16
**distribute** 125:4
**District** 1:1,2
3:17 10:10,11
277:22
**division** 11:9
35:20 51:3,9,19
51:21 58:22
76:15 140:21
141:1 142:10
**divisions** 51:5
59:17 69:19
**document** 45:20
49:7,13 53:15
53:21 54:20
57:22 61:22
64:10 65:5
66:18,19,21
67:7 73:4 78:14
79:1 85:17
87:12 89:9,10
89:11 93:3
94:18 95:2
99:10 107:17
109:21 113:12
114:10 117:3
118:10 121:15
123:10 127:15
138:3 142:2
148:11 151:8,9
151:20 157:5
161:6,7 162:2,7
162:11 167:12
167:22 171:4
171:22 172:16
172:20 173:1

173:10 174:3
174:15,16
175:16 178:20
179:6,22
182:13 188:18
191:18 192:7
198:8,11
199:15 202:22
207:14,16
208:7,7 209:3
210:2 216:16
217:1,21
218:15 219:1,4
219:6 227:5,13
228:18,21
240:7 242:16
242:17 248:19
248:21 256:9
263:6,8,22
**documents** 49:3
74:14 75:2 82:4
129:17 173:2
177:2 191:13
191:20 208:16
209:11 253:19
**doing** 30:9 155:1
155:9 252:6
**Dolline** 7:15
192:9
**domestic** 38:16
40:15,17 41:1
168:11 230:8,9
230:13,21
231:3,9,10
232:14,21
233:16 248:3
**Donald** 1:8 10:8
274:3 275:2
276:2
**DOS** 175:4
**double-digit**
169:16
**Dougherty** 8:20
39:22 154:10
154:11 261:11
**downplay** 216:8

217:8 221:5
**DPC** 232:3 233:4
233:8,20 237:2
**DPP_00003102**
8:21
**DPP_00003115**
6:11
**DPP_00003121**
7:12
**DPP_00003349**
8:12
**DPP_00007306**
8:7
**DPP_00018469**
7:17
**DPP_18469**
191:6
**DPP_3115** 123:5
**DPP_3121**
185:20
**Dr** 55:3
**draft** 28:15 30:21
173:13 210:8
210:17,17
211:10 212:18
213:2 214:17
215:7 216:1
218:1,7 219:9
221:2 223:1
224:3,13
225:17 229:12
242:15 243:4,6
252:6,17 253:5
253:9 254:3
**drafted** 210:11
252:20
**drafting** 21:11
28:9 43:13
234:19 235:2
268:2
**Dream** 24:6,11
24:12 25:5,11
25:20
**Duke** 234:14
235:12 241:4
249:1



**Duke's** 245:4
**duly** 11:16
**duplicates** 166:8
166:9
**duties** 56:4,5
**D.C** 1:15 2:9 3:8
4:8 10:2,15
13:13 58:16
**D1** 80:13,18

**E**

**E** 1:18 3:1,1 5:7
10:1,1 275:1,1
275:1 276:1,1,1
277:3,21
**earlier** 52:19
69:17 93:16
104:8 108:2
116:17 141:22
186:21 188:2
191:11 206:12
241:7 265:15
**earliest** 22:12
229:1
**early** 23:8 25:9
70:15 204:4
214:17 243:8
253:20
**earthquake**
168:5 216:12
**earthquakes**
248:16 249:22
251:17,17
**easily** 259:16
**East** 3:18
**Eastern** 1:2 3:17
10:10
**economic** 33:20
169:15 249:21
250:19 251:6
**economically**
248:8
**economics** 248:5
**economies**
244:19 248:10
248:13,17

250:1,17
251:18
**Eddy** 1:18 10:19
277:3,21
**edit** 182:21
217:20 225:2
226:4
**editing** 219:5
**edits** 202:20,22
217:9 218:14
**educating** 258:3
**education** 230:22
**effective** 175:8
**effectuate** 237:3
237:13
**either** 166:2
178:4 181:3
210:20 220:4
235:17 249:3
**El** 234:15 256:2
259:14 260:6
262:2 268:7,9
**electronic** 83:20
85:7 119:12
120:8,21
144:13
**electronically**
78:5 119:13
142:9 144:9
**eligible** 65:21,21
179:15 269:9
269:13
**eloquent** 120:15
**else's** 132:9
**email** 5:13,13,17
5:17 6:8,8,19
6:19 7:9,9,14
7:14,19,19 8:4
8:4,9,9,14,14
8:19 9:4 34:17
34:18 50:20
52:2,5,19 55:2
55:10 56:6
57:13 59:21
62:2,9,20 63:12
66:19 67:2

69:14 72:22
73:3,9,15,21
74:4 75:5,9,21
76:11 79:5,21
80:9,10 82:19
87:2 93:5,19
95:4,7,20 97:4
97:11,22 98:2,3
98:5,7,14,17
99:5 107:9
110:8,9,10,13
110:15,16,17
110:21 111:7
112:2,4,19
115:10 116:16
116:22 117:9
118:14 121:18
121:18 122:9
123:12,12
125:17 127:10
127:18 129:14
130:18 131:14
131:20 132:10
133:4 135:12
135:18,21,22
138:12,16,21
139:3,14,16
140:1,3,9,12
143:15 145:20
148:6,16
151:13,14
153:8,12 157:1
157:11 158:9
158:12 160:1
161:9,11,13,20
162:1,9,12,14
166:12,15,16
166:19 170:12
171:12 172:7
176:21 177:9
177:14 178:9
181:14 182:8
182:10,15
185:20 186:3,4
186:6,7,8,12,14
186:21 187:3

187:10,13,15
187:19,21
188:3,10,13,19
188:22 189:16
189:18,20
192:14 196:18
198:16,17
200:18 202:21
206:15 210:5
211:3 216:19
217:18 218:12
219:7 223:13
223:15 225:8,9
225:21 226:3
227:12 228:13
229:1,2,3,7,7
229:17,19
232:11 233:2
233:20 238:8
240:5,18
243:10 244:3
247:20 249:14
251:9 252:4
254:7 256:2,17
256:18 257:20
260:8,11
261:11 263:11
264:5,12 268:6
268:12
**emailed** 264:13
**emailing** 139:15
266:15,19
**emails** 95:8 98:12
110:11 126:19
127:3 132:11
148:13 193:12
193:14 196:2
197:18 199:11
210:6 218:13
244:15 255:17
**emergency**
168:15
**employed** 277:11
**employee** 35:19
**employees** 49:20
53:4

**employment** 58:8
**encounter** 166:5
**encountered**
166:2,3
**Enforcement**
257:10
**enjoying** 262:8
**ensure** 183:2
**enter** 166:7
**entered** 20:14
24:17 50:10
101:1,7,9,10
191:15
**entire** 23:22
140:18 149:1
152:6,6 165:16
184:13 274:7
**entirely** 34:1,1
133:13
**entirety** 267:19
**entities** 44:13
59:3,7 254:12
266:17
**entry** 101:8
**environmental**
33:19
**equities** 236:18
244:17 246:2
**equivalent**
168:11
**ERRATA** 274:1
274:11
**eruptions** 248:15
249:22
**ESEC** 127:19,20
127:21,22
128:8,12
130:18 132:5,7
133:10 136:3
136:10,16
137:1
**especially** 70:19
203:1
**ESQUIRE** 3:4,5
3:14 4:4
**essential** 25:22



**essentially** 24:14
56:15 58:6 61:1
81:11,22 85:22
88:19 116:18
121:10 128:14
237:20
**estimate** 113:4
113:20 134:6,6
134:17
**et** 1:5,10 10:8
244:20
**evaluate** 141:3
**Evaluation** 141:1
142:10
**event** 201:15
**eventually** 22:18
253:17
**evidence** 219:13
220:4,20
222:22 223:11
224:16
**exact** 151:1
257:11
**exactly** 69:18
105:10 155:7
161:18 176:17
179:8 203:10
203:12 211:22
225:7 239:11
**EXAMINATI...**
5:1,3 13:3
**example** 106:4
119:9 242:14
**examples** 170:22
246:6
**exceptions**
121:13
**exchange** 110:1
185:21 229:8
243:11
**exchanges**
228:13
**excuse** 51:1
52:12 82:15
99:3 149:7
164:4 174:17

177:5 186:5
188:7 242:17
250:21 262:4
269:16
**exec** 123:14,15
124:11,13
125:5,21 127:1
128:8,13
131:20 132:5
140:12 186:11
187:3 188:3
**executed** 174:10
**executive** 50:15
123:15,17
124:11,20
125:2,15
126:18 128:12
136:7 187:10
**exercise** 144:2
**exhibit** 5:9,10,13
5:17 6:1,2,3,8
6:13,19 7:1,3,4
7:9,14,19 8:1,3
8:4,9,14,19 9:1
9:3,4,8 14:7
48:14,15 49:9
49:12 55:2
72:10,16,22
108:11,12
122:19 123:6,9
138:16 150:8,9
151:13 153:10
160:14,15,18
161:3 172:11
172:15,19
176:20 182:6
185:13,19
186:1 190:21
190:22 191:4,7
194:3 198:2,3,7
198:10,22
199:5,7,11,14
206:19 207:2
209:14,20
210:1 212:17
228:2,12,16

229:10 255:4,9
256:1 260:7
267:5,6 268:16
**exhibits** 255:16
255:20
**existed** 230:17
**exists** 230:15,16
**expect** 178:14
**experience** 104:9
**experiences**
15:11
**expert** 125:6
**expertise** 231:4
**experts** 37:15
43:15 52:21,22
53:1 56:6 76:22
77:6 125:5,10
141:4 143:11
214:11 231:2,3
**expiration** 157:6
175:10 211:21
259:12
**expire** 258:6
**expired** 258:8
**expires** 277:17
**explain** 100:7
143:21 240:4
**explanation**
96:17
**explore** 258:11
258:12
**extend** 107:2
150:19 151:5
248:12 249:4
251:4
**extended** 65:18
207:6 247:12
**extending** 250:22
**extension** 6:14
32:17 151:10
208:14 210:20
216:2 217:5
218:2,8,21
219:10 220:12
226:10,17
**extensions**

201:18
**extensive** 55:9
**extent** 26:11
31:10 53:13,22
55:16 87:19
88:10 89:21
107:4 202:8
225:20 228:18
**External** 35:20
**extra** 240:13
**extraordinary**
201:18
**extrapolate**
66:12
**eyes** 213:3

_____

**F**

**face** 262:9
**fact** 15:8,9 19:16
55:7 86:13
103:13 113:13
185:3 193:11
195:3,7 205:13
272:11
**factor** 216:13
222:14
**factors** 34:2
222:5 244:18
246:6 250:19
251:7
**facts** 219:13
220:4,19
222:21 223:11
224:16
**failed** 225:18
248:16 250:1
251:17
**fails** 222:3
**fair** 45:10 59:17
67:20 70:1
114:5 131:10
146:21 171:20
181:10,17
195:22 197:20
198:14 201:15
202:5,11 223:5

**fairly** 70:2
**familiar** 108:16
133:7 232:19
243:16 266:5
268:19 269:8
**far** 163:14 181:1
267:3
**fashion** 100:11
113:18
**fast** 71:3 87:3
210:5
**federal** 4:6 11:9
18:11 21:7 63:8
63:16 90:15
92:4 237:5
239:8 242:8,14
242:22 243:2,7
243:8 252:20
253:9,11
271:15
**Federation** 45:10
45:13 265:7,16
**feedback** 252:7
**feel** 20:4 129:14
**Feere** 257:8,9
**fifth** 54:18
**figure** 118:6,18
121:1 125:6
139:21 140:16
143:3,11
144:20 145:18
146:2 147:22
**file** 12:20 165:8
165:17,20
**files** 114:14 115:8
140:17 142:7
142:12,14,15
142:16,16
143:5,6,7
144:10 145:2,3
162:22 164:16
**filled** 99:7
**final** 29:18 30:1
146:3,12 147:8
147:12,14
148:1 174:6,9



174:10,14
175:22 200:11
**finally** 66:8
169:15 181:2
**financial** 277:12
**find** 45:19 54:15
61:13 86:10
120:18 148:21
152:3
**finding** 152:16
**fine** 108:5 111:22
149:21 155:21
191:22 228:7
**fingerprint** 83:21
84:9,16 85:6,11
**fingerprints**
84:22
**finish** 15:18
145:20
**first** 25:10 43:19
50:20 52:6,8,10
60:11 63:14
70:3 96:9,19
97:19,22,22
98:5 123:12
129:18 130:17
135:22 150:14
151:19 153:11
156:13 158:22
160:4 161:20
162:8 164:9
166:1,4 167:11
168:3 172:15
183:20 184:16
186:3,7 191:5
192:14 196:21
204:13 208:21
209:1 210:4
218:6 219:21
220:6 230:2
246:11 253:8
260:7 264:12
271:7
**fit** 217:21 226:5
**five** 45:21,22
58:17 167:10

190:11 244:12
**fix** 212:7
**flooding** 169:5
**flows** 43:17 125:2
**folks** 104:14
128:19 130:1
132:22 143:17
213:3
**follow** 68:3 85:19
**following** 20:12
128:3,15 137:3
140:3 157:7
175:3 188:7,8
188:15
**follows** 11:16
**food** 168:22
169:17
**footnote** 179:8,9
179:16
**foregoing** 277:5
277:6
**foreign** 216:11
222:4 227:1
**forget** 156:8
**form** 17:17 20:17
21:5,15 24:7
25:8,16 26:15
27:1 28:5,11,20
29:9 30:13 31:9
32:9,19 33:9
34:22 35:4,10
36:2,8,12 37:12
38:2 39:1,10,20
40:11,16,21
41:4,20 42:5,8
42:11,21 44:8
46:19 47:6 48:7
52:15 53:10,20
54:4 55:15 56:1
57:11,21 59:8
62:16 63:4 64:4
65:19 66:6,17
67:6,17,22 69:1
70:6,16 71:4
72:4 73:11
74:13,22 77:17

78:22 79:15
80:16 81:3,18
82:14 84:13
86:4,12 87:18
88:3,9,22 89:8
90:7,12 91:4,13
92:9 93:2,20
94:4,17 95:1
97:9 99:9 100:1
100:10 101:5
102:4,14,18
103:18 104:5
104:19 105:8
105:20 106:19
107:3 111:21
112:13 113:11
113:17 114:9
116:9,20 117:2
118:15 119:1
120:2,9,20
121:4,14
122:16 129:16
130:2,9,16
131:5,13,21
132:2 133:5,11
134:1,4,13,22
135:4,9,19
136:6,14,20
137:9,11 138:4
138:14 142:21
143:8,22 144:3
145:6,9,16
146:6,18 147:3
147:17 148:4
148:10 149:10
151:7 153:4
156:21 157:22
158:13 159:3
162:6 163:21
164:12,21
167:4 170:11
171:3,11,21
172:6 173:11
173:21 174:12
176:4,16 177:1
177:11,21

178:19 179:5
180:9,22
181:16 183:12
184:20 193:7
193:15,19
195:6,11,18
196:7,15,20
197:13 198:21
202:7 203:8,17
204:9,20 205:3
205:9,18 206:5
206:11 211:16
213:16 214:6
215:4,16
216:22 217:17
218:22 219:12
220:2 221:22
222:20 224:16
225:11,14
226:1,11,18
227:8,20
230:20 231:19
232:5 234:2
235:19 236:5
237:1,15 238:5
238:7 239:1,3
239:20 240:2
242:5,19 244:5
245:1,7,16
247:3,15 249:5
249:11,17
250:3,8,13
251:2,10,19
253:7,22
254:10 258:22
259:5,9,21
263:17,21
264:9,18,22
265:1,8,14
266:2,8,13,21
267:16 268:21
269:11,19
270:2,13 271:1
271:13
**Former** 261:14
**forms** 103:22

114:20
**forth** 54:17 60:22
66:2 181:3
**forward** 87:3
96:13 121:3
211:4 254:9
**forwarded**
140:11 210:5
212:20
**found** 258:4
**four** 14:4 128:5
128:17 137:7
157:8 169:10
169:22 235:7
259:19
**fourth** 54:16
60:21 100:8
129:3 169:3
**FR** 252:6,17
253:5 254:3
**frame** 98:7
**framework**
259:16
**Francis** 5:19
158:14
**Frankly** 231:13
**fraud** 95:21
142:10
**free** 129:14
**Frenchik-Putn...**
76:8 82:21
**frequently** 34:14
38:12 231:10
231:16 232:22
241:19
**Friday** 38:16
39:13 41:8 52:5
53:19 59:22
69:5 70:2,8
74:5 75:11 98:6
156:12 161:12
170:6 204:5
**friendly** 234:3
**friends** 233:21
**front** 43:17 151:3
181:18 239:9



253:12 257:10
**fulfill** 245:9
**fulfilling** 238:1
**full** 13:6 16:5,18
  17:1,6,10 63:14
  111:10 152:18
  171:7 184:8
  185:5 220:9
**fuller** 171:16
**fully** 168:4
  216:20 218:15
  227:5,13
  229:13
**full-time** 22:15
**function** 128:14
**funded** 168:16
**funnel** 123:18
**further** 145:15
  175:21 210:22
  252:9 258:12
**future** 81:22
  234:17

———————
**G**
**G** 10:1
**gap** 91:1
**gather** 57:18
  240:22 241:1
**gathered** 69:4
  239:22
**gathering** 249:2
**GDP** 129:9
  183:20
**Gene** 5:18 40:4
  55:22 56:3
  69:13 73:15
  75:5,7 93:17
  98:14 126:11
  153:13 158:5
  178:10 206:22
  252:5
**general** 36:21
  41:17 46:15
  49:2 56:4 63:7
  63:16 66:13
  108:10 144:10

148:7 154:6
157:5 159:8,15
180:7 187:10
259:15 264:11
**generalize**
  140:18
**generally** 13:9
  27:12 31:13
  34:3 41:14
  42:16 46:10,12
  53:7 61:7 76:21
  90:3,9 98:10
  101:4 122:13
  127:8,17 145:8
  159:11 160:2
  173:13 193:10
  203:10 258:6
  260:15
**generous** 258:14
  258:20
**Gene's** 248:4
**GEOFFREY** 3:5
**geographic** 60:19
**getting** 75:4 93:9
  116:4 119:3
  146:17 263:9
**give** 13:8,11
  16:18 138:22
  166:9
**given** 16:5 89:16
  113:3 144:11
  201:19 237:7
  255:18 277:7
**giving** 17:6
**go** 12:12 18:3
  21:17,22 28:18
  34:8 39:13,13
  47:12 50:19
  56:1,22 57:10
  57:13 72:5 75:8
  91:13 101:8
  103:22 108:6
  109:14 110:5
  125:14,15
  126:3,6 143:12
  143:12 144:16

145:21 149:14
151:11 155:12
156:17 157:2
160:13 161:22
168:1 179:13
183:19 194:20
197:17 200:18
201:6 204:8
206:14 215:13
231:14 237:4
238:1 242:19
261:4 263:2
**goes** 46:21 47:1
  74:2,5 85:5
  100:6,6 127:8
  127:10 183:14
  185:3 187:14
  214:20 215:3
  260:19
**going** 15:9 25:17
  43:6 46:1 50:19
  55:6 56:12
  98:18 99:2
  108:9 111:4
  116:15 118:4
  121:3 124:8
  135:12 150:7
  168:1 169:6
  185:6 189:16
  190:15 203:13
  203:20 204:7
  204:14 205:11
  205:12,14
  206:1 212:11
  214:4 220:10
  225:1 229:1
  232:1,10
  234:20 246:15
  247:9 254:20
  260:10 261:6
  267:2,12 273:2
**good** 10:5 11:5
  48:11 127:18
  132:15 167:5
  209:10 241:2
  248:5

**government** 11:7
  11:10 21:10
  49:8 50:3,11
  72:21 123:6
  161:2 172:14
  181:7,8 184:6
  185:18 191:3
  191:16,21
  198:6 199:10
  209:19 228:11
  228:17 255:15
  255:22
**governmental**
  25:18 28:22
  29:10 31:11
  33:1 41:10
  49:10 55:16
  73:1 87:20
  88:11 107:6
  113:14 152:14
  161:4 172:17
  184:22 185:21
  198:8 199:12
  202:9 209:21
  228:14 235:21
  236:7 255:17
  272:2
**government's**
  260:16
**gpipoly@maye...**
  3:11
**gradation** 22:14
**graduate** 21:20
**Grand'Anse**
  169:7
**grant** 58:11
**granted** 91:2
  105:2
**Granville** 22:2
**Grassley** 22:13
  22:15 24:5,9
  25:15 26:2
**Graziadio** 124:17
  190:10
**great** 40:6 50:18
  73:7 78:21 79:9

155:15 181:9
247:19 254:19
**green** 106:11
**greeting** 234:1
**gross** 168:11
**ground** 15:3
  272:1
**grounds** 17:18
  25:17 28:21
  32:22 41:9
  42:22 49:9
  61:9 65:13
  72:14,22 123:7
  152:13 161:3
  172:16 184:21
  185:20 191:4
  191:14,17
  198:7 199:11
  209:20 228:13
  235:20 255:16
  256:1
**group** 42:17
  96:10 117:22
  139:15 158:9
  158:10
**groups** 266:17
**growth** 129:9
  183:20
**guess** 48:4 62:21
  80:14 103:12
  158:5 166:2
  167:5 172:3
  196:9,12,17
  212:3 218:9
  221:15 222:10
  234:3,10
  242:15 245:3
  250:11,14
  251:14 259:22
**guides** 27:19
**Guillermo** 95:9
**guys** 53:12

———————
**H**
**H** 5:7 275:1
  276:1



**Haiti** 18:12,13
20:15 21:14
25:20 28:4,19
29:15 33:7 34:2
68:15 85:15
88:20 89:16
90:8 104:18
112:9 127:13
128:2 129:5
130:20,22
131:10,12
132:22 134:7
136:4 138:1
148:18 149:2,7
149:8 150:19
152:7,19 157:7
163:2 167:3,8
168:4,10
169:16 170:17
170:21 171:8,9
171:18 173:8
175:5 180:3,4,7
180:13,18,20
181:3,3,4
182:19 183:10
185:6 188:6
196:10 200:5
205:1 207:5,11
207:16 210:8
210:10 211:14
212:19 213:10
213:14 216:12
216:13 221:20
222:15 224:9
234:16 254:4
256:3,5 260:5
260:16 266:22
268:17 269:9
269:17 270:14
272:3,10
**Haitian** 61:18
65:11 67:11,15
67:21 68:13,15
68:20 100:15
101:13 104:14
113:5,21

128:19 129:22
143:17 145:7
148:7,13 164:3
178:17 179:3
179:19 181:7
196:6 197:11
207:19 208:15
**Haitians** 67:14
87:6 146:3
148:1,3 178:17
193:2 194:17
195:4 197:9
207:19
**Haiti's** 6:14
168:11,22
175:6 184:6
201:17
**half** 85:22
**halfway** 139:6
175:1
**halted** 197:16
**halting** 20:14
**Hamilton** 5:18
40:4 55:22 56:3
69:13 75:5
93:17 126:11
153:13 155:18
157:20 158:5
178:10 181:12
194:4 207:1
233:11 244:13
245:11
**Hamilton's** 98:14
176:20 177:9
**hand** 277:15
**handful** 133:1
**handle** 146:9
155:20
**happen** 38:11
**happened** 38:5
39:4 43:4
**happening** 38:4
38:19 41:16
171:8
**hard** 48:11 62:7
**harder** 248:15

249:21 251:16
**Hatchett** 7:15
192:9
**head** 15:16 65:22
76:14 260:5
270:18
**headed** 176:1
**headers** 80:1
**headings** 259:15
**headquarter**
270:6
**headquarters**
55:19,21
154:12 155:22
176:1 183:11
184:19 256:21
257:5,15
**heads** 80:7
**health** 64:1 180:2
180:2,3
**healthcare**
230:22
**hear** 245:2
**heavy** 169:4
**held** 2:1 105:13
**help** 30:2 53:12
56:14 57:8,9,12
82:2 96:11
118:2 144:10
163:17 173:13
224:5 237:2
238:10 243:22
245:3,13
**helped** 21:11
43:12 47:22
**helpful** 133:15
167:17 248:10
**helping** 148:20
171:1 245:9
**helps** 43:12 190:6
**Herald** 168:5
**hereof** 274:11
**hereunto** 277:14
**Hesson** 192:16
**Hey** 53:11 155:18
**he'll** 57:16

**hierarchy** 157:19
**high** 33:11 183:5
**high-ranking**
125:22
**Hill** 44:1,7,18
45:1,4 46:10
**hinge** 194:22
**hire** 46:17,20
47:8,22
**hired** 47:4,18
**hiring** 46:21
**Hirsch** 8:5
**history** 21:18
83:9 84:16
200:2 234:11
**Hoefer** 76:13,14
117:9 164:1,17
**Hold** 75:15
**holder** 67:4
**holders** 54:8,9
60:12,14 61:8
63:6,7,15 66:10
88:20 89:6
94:15 134:12
148:3,8,9,13
**holds** 59:5
**hole** 96:9
**home** 13:8,11
**Homeland** 9:9
46:22 197:6
**homes** 169:11
**Honduras** 234:16
260:4
**Hope** 262:8
**hopefully** 70:10
262:17
**hoping** 53:12
237:19
**hour** 117:4
166:13 262:5,6
**hours** 71:21
140:10,11
244:16 246:1
262:3
**House** 9:11 38:1
40:20 41:2

230:12
**housed** 57:1
59:12
**HQ** 155:19,22
**huge** 26:8
**humanitarian**
51:4 168:15
197:9
**hundred** 260:6
**hurricane** 168:9
169:18 244:19
**hurt** 248:6
**hypothetical**
159:6 160:9
220:3 251:20
**H-2A** 268:19
269:3,9,10,18
269:22 272:1
272:11

---

**I**

**Ian** 8:19 9:4
256:18 261:12
268:1
**ICE** 146:1,17,22
147:22 166:3
**idea** 55:13 87:16
146:5,7,8 149:9
164:10 172:4
197:7 257:16
**ideas** 66:11 140:6
146:8 153:2
241:1
**IDENT** 83:21
84:6,9,14,15
**identical** 74:12
74:15
**identically**
129:19 138:10
**identification**
14:7 48:15
72:17 108:13
122:20 150:10
160:16 172:12
185:14 191:1
198:4 199:8



209:15 228:3
255:5,10 267:7
**identified** 261:13
**Identify** 13:12
**illegal** 104:15,16
105:3,17
128:20 133:3
134:11,21
143:17
**illegally** 101:9,10
102:12 104:3
**immediately**
80:11 105:6,9
**immigrants**
64:14
**immigration**
4:14 11:12 23:3
23:7,10,12,14
23:20 24:2 26:5
26:6 37:22
38:15 44:14
45:11,13 48:10
48:12 52:10
83:22 85:1
105:19 106:11
106:18 136:9
166:6 179:2
207:20 208:11
230:18 231:12
233:4,8 257:9
265:7,17 269:4
**impact** 25:11
247:13
**impacted** 169:18
246:16 247:10
**impetus** 138:9
**implicitly** 33:5
**important**
236:17
**improper** 158:21
160:3,11
191:15
**inappropriate**
216:9 221:7,9
221:19 222:13
223:4 224:9

**include** 33:18
62:22 67:13
68:2 83:8
125:21 129:7
135:11 169:16
176:2 181:20
214:9 224:4
225:18 226:13
226:14 227:2
258:12
**included** 23:9
29:3 30:6,11
34:2 35:18
128:4,16 137:4
137:10,20
188:16 215:7
225:18 226:20
**includes** 30:19
67:20 220:1,9
**including** 30:20
54:11 60:17
64:21,22 65:1
67:13 129:22
214:14
**incorrect** 14:13
**incumbent** 104:1
**INDEX** 5:1 6:1
7:1 8:1 9:1
**indicate** 157:13
194:8 216:13
222:14
**indicated** 264:12
274:10
**indicates** 64:19
66:1
**individual** 67:8
91:2,3,9 106:2
148:22 152:4
153:3 165:15
165:17
**individuals** 24:16
52:18 68:14
90:15 92:2,7
99:15 102:22
103:14 104:17
113:3 118:1,20

126:5 158:10
231:4 233:4
266:18
**individual's** 84:3
85:9
**industries** 148:20
171:2
**industry** 44:12
**ineligible** 269:22
**inference** 74:19
**inflation** 169:17
**info** 60:3 75:20
**inform** 205:7
224:5
**informal** 252:9
**information**
17:18 25:18
28:6,21 30:18
31:2,6,10,21
32:5,18 33:13
33:19 37:16
42:22 53:18
54:3 55:19 56:7
56:15,19,20
57:9 59:12 63:6
66:10 69:4,16
70:22 71:3,11
71:16 74:11
77:11 80:2
81:12 84:2
85:10,12 86:11
87:17,19 88:10
91:7 93:10 94:3
94:6 96:15
97:13 99:7
100:10 105:12
107:5 112:6
113:14,17
115:15 117:16
123:8 125:12
127:12 130:7
133:9 135:2
152:11,14,17
152:21 170:8
171:7,15 172:2
177:10 181:12

181:19 182:1
182:22 183:6
183:22 184:3
184:18 185:5
194:6 202:8
203:13 204:6
204:14,19,21
205:1,14 206:1
206:7,8,17,17
222:4,8 226:14
226:20 227:1,3
228:18 235:20
236:6,9 238:4
238:19,21
245:14 249:2
249:16,19
263:13,14,16
264:7 268:7,11
268:13 271:5
**informed** 79:13
**initial** 73:9 89:17
89:18 204:3
244:3
**initially** 50:10
122:1 270:20
**initials** 173:16,19
**initiate** 258:13
**injunction** 20:14
20:19,20 21:2
**input** 30:19
96:11 235:9
236:4,16,17
237:13 238:4,6
238:9,10
239:12,17,21
240:1,15,16
241:4 244:8
245:5,10
246:13 254:12
264:11 268:9
270:5,9 271:11
271:15,20
**inputs** 195:14,17
**inquires** 62:15
**inquiries** 111:19
**inquiring** 110:9

110:12
**insecurity** 169:17
**inserts** 132:18
**inspected** 101:2
**inspection**
100:17,21,22
101:1,6
**instance** 57:1
160:4
**instances** 43:14
86:17
**instant** 92:8
**instantaneous**
92:6
**Institute** 68:12
**instructed**
217:20
**instructing** 191:9
**instructions**
90:14 92:3
**instructs** 16:13
**Insurance** 64:1
**intent** 238:13
**interact** 231:8,17
**interacted** 232:7
232:22
**interacting** 232:3
232:17
**interagency**
38:10,14 39:8
175:3 231:11
238:6 240:22
241:18 242:7
246:12
**interest** 201:20
277:12
**interested** 85:13
260:15
**interesting** 144:6
**internal** 25:18
28:22 29:10
31:11 33:1 38:9
41:10 49:10
55:16 73:1
87:20 88:11
107:5 113:14



MAGNA
LEGAL SERVICES

152:14 161:4
172:17 184:22
185:21 191:5
198:8 199:12
202:9 209:21
228:14 235:21
236:6 255:17
258:2 272:2
**internally** 193:6
**International**
51:4,15 163:11
163:12 166:20
**interned** 22:13
**introduce** 10:21
150:7 160:14
**introduction**
234:4
**invested** 216:12
**investment**
169:19
**invited** 231:13
**involve** 68:1
**involved** 24:4
196:9 232:8
270:8
**in-person** 34:18
242:11 254:13
**island** 54:17 61:1
66:3
**issue** 12:21 18:9
21:7 23:11,15
23:17 24:8
25:12 27:4
42:15 44:14
136:10 159:19
258:4
**issued** 151:4
**issues** 23:3,10,20
24:2 26:3 33:19
33:21 38:15
41:14 46:11
232:4,6 233:5,8
241:18 264:21
**items** 42:1 129:7
182:21
**i.e** 85:13 148:18

**J**

**James** 3:14 7:6
11:5 81:2
153:21 158:14
173:16 261:11
261:13
**james.cho@us...**
3:21
**January** 175:9
207:21 212:1
**Jared** 257:3
261:12
**Jeffrey** 11:3
**Jenna** 162:20
**job** 1:19 24:22
27:13 28:6 29:2
48:5 52:7 57:5
57:7 70:3,15
145:17 150:14
156:13 176:15
204:5,13
**John** 8:16 230:2
234:5,6
**Jon** 257:8,9
**Josie** 124:17
190:9
**judge** 20:13
**Judiciary** 22:21
23:19 44:11
**July** 277:17
**jumped** 243:14
**Justice** 3:15 4:5
40:13 233:19
**JZ** 252:5

**K**

**K** 2:8 3:7 10:15
**Kaitlin** 35:17
**Katherine** 5:11
14:12
**Kathryn** 5:14
6:21 7:11 8:6
35:19 51:7,8
182:17 210:16
214:11 217:18
**Kathy** 1:14 2:1

6:4,10 8:11 9:5
10:7 11:15,20
13:7 14:12
182:17 189:5
201:1 217:19
274:19
**keep** 141:6
157:10 232:10
**keeping** 270:18
**keeps** 84:21
**Kelly** 50:14
150:19 151:4
156:9
**Kelly's** 6:13
**kept** 177:10
**Kevin** 4:4 11:8
**kevin.snell@us...**
4:10
**kids** 54:12 60:18
64:21
**killed** 169:11
**kind** 29:11 54:14
61:12 64:19
82:10 123:21
144:11 161:16
202:21 242:17
245:13
**kinds** 33:12
46:10
**King** 76:2 77:21
83:18 85:5
**Kirstjen** 189:7
**knew** 57:2 59:4
80:6 142:22
234:12 237:20
264:15 265:10
**know** 14:21
15:10 16:4
17:12 33:16,17
34:5 39:5 41:1
44:15 45:6,11
47:12,22 49:5
50:1,4 56:22
59:3,5 63:22
64:2 65:21
67:18 69:18,20

70:12 71:5,6,6
72:2,6 73:5
75:3 76:3,9,20
77:2,8,18 80:6
80:20,21 81:6
82:16 83:13
84:6,8,12,14,17
84:18,21 85:2,6
87:22 89:14,15
89:16,18,19,22
90:22 91:5,16
91:17 92:10,12
92:12,15 93:11
93:14 94:6 95:9
95:14,19,20
96:1 97:10,11
102:7,10,11
103:10,11,20
104:2,16,17
105:1,10
107:11 112:7
112:11 116:17
116:19 117:7
118:5 119:17
120:10 121:8
121:10 124:9
131:2,7,17
132:4,9,21
133:13 134:10
134:15,16
135:3 136:9,22
138:6 139:19
144:9 145:5,10
147:19 149:11
149:11 154:9
154:19,20,22
155:7,9 156:2
159:16 160:11
160:12 163:12
164:19 165:12
166:18 167:5
167:13 170:14
170:15 172:9
173:12,22
178:6,12 179:8
185:2 186:10

186:13 192:10
192:11 193:9
195:2,8,9,15
196:3,16 197:1
197:4,10,15
199:16 202:1
202:19,21
203:10,12,18
204:12,13
205:11,12,14
205:17,21,22
211:22 213:18
214:7 218:5
221:1,14 224:4
225:9 226:2
227:9,10,21
230:7,14 231:1
231:6 232:12
233:17,22
237:19,22
241:22 242:15
242:15 243:9
244:6 246:10
246:18 250:4,6
250:7,9,14,15
251:8,11,12
252:1 254:2
256:22 257:6
257:11,13
258:7,19 259:6
259:7,10,22
260:1 261:3,17
264:4,20 265:2
265:6,11,20,22
266:3,10,18
267:1,20 268:1
268:11 271:19
272:10,16,18
**knowledge** 48:10
126:10 244:19
**known** 38:10
84:15 163:14
234:6
**knows** 167:21
221:13 223:2
**Kovarik** 1:14 2:1



5:11 6:4,10
8:11 9:5 10:7
11:15,20 13:7
55:3 66:20
189:6 274:19

**L**

L 4:7
**lacked** 227:1
**lacking** 258:6
**lacks** 86:16 222:8
**land** 101:7
**language** 132:9
224:7
**large** 113:3
**Larry** 62:11 79:8
189:20
**late** 70:2,7 75:11
**Laura** 35:17
80:21
**Laurence** 62:8
62:11
**law** 8:10 18:6
36:5 39:15 43:9
43:11,22 46:8
48:8,12 211:4
212:21 215:21
229:8,12,17
235:3 265:16
**lawful** 99:15
103:1,14 113:6
113:22 179:2
**lawsuit** 25:19
260:13
**Law's** 217:18
220:19
**lay** 239:11
**layers** 183:14
**laying** 251:6
**lead** 23:19 41:10
44:10
**leading** 25:18
28:22 31:10
87:19 88:10
107:5 113:14
152:14 235:21

**leaked** 193:12,14
194:1
**leaking** 157:15
194:11
**leap** 98:11
**learned** 211:17
**leaving** 145:14
**Lee** 77:2
**left** 23:12 176:6
210:21
**legal** 1:21 10:18
10:19 100:2
102:5,16,17,19
104:6,20
105:17,21
107:4 147:4,18
159:4 239:4
**legislation** 25:1
26:7 46:13
**legislative** 22:17
22:18 23:4,9
**LeRoy** 166:14
170:12
**letting** 258:5
**let's** 14:4 21:17
45:16 48:14
72:10 75:8
98:16 138:15
138:15 149:17
160:13 174:22
207:2 209:13
212:8 228:1
232:10 254:17
255:3 256:11
**level** 33:12
157:21
**levels** 169:19
**Levine** 62:8,11
62:11 79:8,13
79:20 189:21
210:7
**limit** 12:8,18
**limitation** 41:13
43:2
**limited** 6:14
11:21 148:2

151:10 157:10
256:4
**line** 77:3 109:17
174:15 275:6
276:5
**lingo** 136:9
**link** 132:18
135:11
**list** 64:8 129:9
140:5 162:5
164:4,5 269:12
269:18,20
270:4,5,15
271:17 272:11
272:14,17,17
**lists** 128:5 157:8
259:11,20
**listserv** 125:21
127:6 186:11
186:18,18
187:4
**Literally** 139:12
**little** 34:8 113:1
155:17 223:21
**live** 13:9,10,12,13
**living** 208:15
**LLP** 2:7
**locate** 227:17
**location** 60:19
**long** 26:8 39:2
49:4 54:2 63:12
90:19 91:18
121:22 138:16
138:21 151:12
196:16 223:20
234:7 261:7
**longer** 49:15
150:1 183:21
216:14 221:20
222:15 224:10
257:17,19
265:22
**long-term** 120:19
**look** 32:1 60:8
61:2 74:9,12
82:4,13 108:16

114:2,4 135:5
153:2 170:7
177:13 178:12
211:9 213:2
227:9 237:7
239:16 250:16
251:6 252:21
**looked** 160:1
196:2 219:15
219:18,19
**looking** 61:14
63:12 64:20
73:16 75:5
97:11,21
115:10 116:18
133:18 206:16
206:20 216:3
217:7,16 218:3
219:11 220:15
221:3 222:12
224:8
**looks** 20:2 60:10
61:6 63:20
69:15 70:11
75:6 82:15 86:2
100:8 132:18
139:7 168:19
170:1 173:15
174:2 192:15
202:20 229:17
239:12 244:9
268:13
**loop** 180:5
**lose** 147:15
**lost** 138:16
**lot** 25:10 43:3,12
43:15,20 59:11
70:17 83:16
108:9 119:15
119:16 127:4
142:8 171:20
196:4 246:16
247:9,13
253:11
**low** 169:19 269:5
**lower-level** 127:7

**lull** 91:19 92:13
**lunch** 144:16
145:21 149:14
150:4

**M**

M 3:5
**Magna** 1:21
10:18,19
**mail** 23:5
**maintains** 84:17
**major** 22:3
**majority** 133:3
134:20
**making** 15:14
28:2 30:6,11
42:17 74:19
98:11 159:13
185:4 208:3
239:17 249:18
253:2 269:22
**manage** 190:6,10
**management**
47:2 59:1
**managers** 78:3
**manages** 242:6
252:10
**manner** 193:22
**mans** 125:3
**manual** 27:19
37:3
**manually** 114:15
114:17 120:4
**Maria** 124:8,10
187:1
**mark** 13:15
45:16 48:14
51:18,19
190:20 198:1
199:5 209:13
255:3,8
**marked** 14:7
48:15 72:16
108:12 122:19
150:9 160:15
172:11 185:13



190:22 198:3
199:7 209:14
228:2 255:4,9
267:6
**mass** 258:15,20
**Massey** 95:11
**material** 42:9
183:4
**materials** 43:12
43:13,14
123:20,21
124:20 126:3
**matter** 10:8 19:7
36:22 37:15
43:15 52:20,22
53:7 56:6 76:22
77:6 106:1
125:4,10 141:4
214:11 231:2,3
249:10 274:8
**matters** 11:21
**Matthew** 168:9
169:18
**Mayer** 2:7 3:6
10:16 11:1,3
**McCament** 7:6
80:22 81:2,5,9
158:15 173:7
173:18 174:17
174:18,20
177:8 204:17
205:8
**McCament's**
153:21 173:17
**mean** 12:17
29:18 58:9
81:11 84:9
88:16 101:3,6
102:11 111:7
119:8 120:13
142:6 145:12
174:14 191:10
214:18 217:22
220:6 225:16
237:12 242:2
245:22 246:8

246:17 247:2
267:2
**meaning** 37:15
**means** 101:1
131:18 164:10
164:20 244:6
246:11,19,21
247:4,16 251:8
259:7
**meant** 100:21
136:3 148:7
165:18 194:19
218:6 226:3
237:20 269:20
**Medicaid** 63:9,17
64:3
**medication** 17:5
**meet** 18:14 34:14
44:7
**meeting** 18:18
36:20 38:14,22
39:4,8,9 42:16
43:6 44:12,16
44:17 80:14,22
86:19 156:14
156:16,17,19
157:2 183:16
235:11,14
236:1 242:11
247:6 254:13
**meetings** 9:11
26:20 27:3
34:19 35:1 36:6
36:11,15,16,22
37:1,10,21,22
38:3,9,10 41:8
231:11 235:16
235:17
**meets** 216:14
221:20 222:15
224:10
**meet-and-greet**
44:9,15
**member** 67:11
**members** 237:2
**memo** 28:10,15

28:18 29:3,6,12
29:14 30:1,10
30:18 31:8,13
32:5,11 33:7,14
33:15 57:10
123:22 124:4
127:13 128:1,4
128:17 129:6
130:19 137:4
137:10,21,21
138:6 149:7
173:6 175:18
176:12 177:8
178:9,10,13,18
178:21 179:4
181:5,10
182:19 183:10
184:19 188:5
188:17 189:2
189:11 203:22
204:8,16 205:8
205:13,13
210:8,17 211:4
212:19,21
214:4,9,20
215:2,7,12,14
216:7,10,20
217:7,14
218:11 219:15
219:22 220:8
220:17,21
221:4,10,18
222:3,7,18,19
223:1 224:14
225:17 226:7,8
226:13 227:7
227:10 229:12
229:13 234:20
253:9 268:3
**memorandum**
7:5 210:11
**memory** 135:18
138:9 156:16
232:16
**memos** 29:17
33:22 123:19

149:12 182:2
210:14
**mental** 16:22
**mention** 179:14
216:10 222:3
**mentioned** 30:8
49:19 69:17
86:1 111:2
135:8 153:12
154:9,13
186:22 265:21
**mentions** 111:16
177:14 208:13
**message** 72:6
**met** 43:21 46:8
182:17 200:5
235:8,14
**Miami** 168:5
**Michael** 8:20
39:22 76:13
117:9 164:1
190:1,3
**Michael's** 76:18
**Michele** 1:18
10:19 277:3,21
**microphone**
212:6
**mid** 168:21
**middle** 64:19
199:19
**Migration** 68:11
**Mike** 164:17
166:22
**military** 27:6
**Miller** 40:22
**million** 147:12
168:15,16
**mind** 40:3 41:13
143:7,10,21
144:17
**minor** 22:5
**minute** 209:12
243:20
**minutes** 45:21,22
85:22 97:2
149:16 190:12

244:12 247:19
262:21
**Miroff** 9:12
**mischaracteriz...**
205:19
**mischaracterizes**
72:15 73:12
75:1 79:16
93:21 171:12
176:5 178:4
196:8 198:22
203:9 245:8
271:14
**misleading** 89:1
**mispronounced**
132:16
**missed** 72:13
208:9
**mission** 184:1
**misspoke** 119:16
119:17
**misunderstood**
187:8
**modify** 175:20
**modify/date**
175:13
**Monday** 37:1
75:21 135:15
155:19 156:15
156:19 162:19
163:22 186:15
187:19
**Mondays** 36:20
37:1
**months** 150:20
151:5,10 175:9
196:9,11,13
207:7 209:6
258:4,8
**morning** 10:5
11:5 73:10
122:2 206:12
217:10
**motion** 12:20
**mouth** 226:13
**move** 228:1



MAGNA
LEGAL SERVICES

237:7 238:17
**moving** 77:19
85:3 163:22
**multiple** 29:21

**N**

**N** 3:1 10:1
**name** 13:6 14:12
84:3 135:10
140:22 173:17
173:20 233:13
**names** 40:3 80:1
164:2,10 165:5
**Napolitano**
132:16
**national** 92:4
201:19 252:14
**nationalist** 9:10
**Nationally** 269:4
**nationals** 269:9
**Nations** 168:14
168:20
**naturalization**
51:21,22
**nature** 271:9
**Nealon** 261:11,13
261:14 262:4
**near** 234:17
**nearly** 23:13
74:15 169:11
**necessarily** 26:4
56:8 105:18
106:15,17
107:18 135:22
181:19
**necessary** 30:20
208:4,17
**need** 21:9 34:5
45:18,19 48:9
49:4 54:9 69:21
70:22 93:12
104:11 108:22
120:17,17
124:2 144:16
149:2,16 152:7
157:11,12

164:4,5 167:13
171:15 194:6,7
201:2 213:2
226:21 237:7
238:6,17 240:3
248:11
**needed** 47:20
72:8 97:13
125:13 152:22
175:20 177:15
238:18,19
264:13
**needs** 70:19
110:7 175:14
185:4 221:18
**negative** 171:20
172:2
**neighbors** 248:9
248:14
**neither** 277:10
**never** 27:9 32:15
110:6 219:15
**new** 1:2 3:17,19
10:11 35:18
70:3 76:1 87:9
116:22 117:6
124:7 161:19
183:4 189:16
230:1 256:17
268:13
**news** 132:19
133:18,19
135:8 169:22
170:2 192:15
192:18 209:10
**newspaper** 266:9
**Nicaragua**
234:16 260:1
**Nick** 9:12
**Nicole** 76:8 82:20
83:2
**Nielsen** 6:6
108:20 189:8
**night** 70:2,7 71:9
75:12
**Nippes** 169:7

**nonprofits**
148:19 171:1
**nonqualified**
64:14
**non-TPS** 248:9
248:14
**normally** 37:4
39:15 41:21
84:15 214:8
231:12 242:6
252:21
**Northwest** 2:8
3:7 4:7 10:15
**notarial** 277:15
**NOTARY**
277:21
**note** 77:1 97:18
101:11 200:9
259:13 272:5
**noted** 103:22
104:7 112:1
**notes** 65:9 262:15
262:19
**notice** 2:19 5:10
14:18 21:8,11
21:12 27:21
90:15 104:1
128:1 130:19
130:22 131:3,9
131:17 136:3
137:22 188:5
242:8,14 243:1
243:7,9 252:21
253:10,12
254:3 271:16
**noticed** 227:11
**notices** 18:6,11
237:5 243:2
252:7,18,22
253:5
**notify** 21:8
**noting** 12:15
256:5 261:5
**November** 32:11
32:20 33:7
209:7,8 211:20

212:4 235:8
238:19 260:12
260:22 269:15
**NSC** 252:10,13
252:14
**Nuebel** 1:14 2:1
6:4,10 8:11 9:5
11:15,20 13:7
66:19 189:6
274:19
**number** 10:7
13:16 29:16,22
30:3 48:18
61:17 64:18
65:2,11 66:1,8
75:14 99:13
108:20 113:3,5
113:21 115:2
122:22 127:13
128:19 132:15
134:6 138:16
140:14,15
141:20,20,20
141:21,22,22
143:13,16
145:22 151:17
162:16,21
164:5,15 165:9
165:14,16
172:15 185:19
185:19 187:21
191:6 196:2
209:17 228:9
228:12 258:12
267:9
**numbered** 165:3
**numbers** 75:16
129:12 141:20
152:1 164:3,11
164:20 165:5
165:19
**numeral** 63:13
**nuts** 62:14 63:1

**O**

**O** 10:1

**oath** 274:13
**object** 17:17,17
20:17 21:5,15
24:7 25:8,16,17
26:15 27:1 28:5
28:11,20 29:9
30:13 31:9 32:9
32:19,22 33:9
34:22 35:4,10
36:2,8,12 37:12
38:2 39:1,10,20
40:11,16,21
41:4,9,20 42:5
42:8,11,21 44:8
46:19 47:6 48:7
52:15 53:10,20
54:4 55:15 56:1
57:11,21 59:8
62:16 63:4 64:4
65:19 66:6,17
67:6,17,22 69:1
70:6,16 71:4
72:4,12,13
73:11 74:13,22
77:17 78:22
79:15 80:16
81:3,18 82:14
84:13 86:4,12
87:12,18 88:3,9
88:22 89:8 90:7
90:11,11 91:4
91:13 92:9 93:2
93:20 94:4,17
95:1 97:9 99:9
100:1 101:5
102:4,14,18
103:18 104:5
104:19 105:8
105:20 106:19
107:3,16
111:21 112:13
113:11 114:9
116:9,20 117:2
118:15 119:1
120:9 121:4,14
122:16 129:16



130:2,9,16
131:5,13,21
132:2 133:5,11
134:1,4,13,22
135:4,9,19
136:6,12,14,20
137:9,11 138:4
138:14 142:21
143:8,22 144:3
145:6,9,16
146:6,18 147:3
147:17 148:4
148:10 149:10
151:7 152:12
152:13 153:4
156:21 157:22
158:13 159:3
162:6 163:21
164:12,21
167:4 170:11
171:3,11,21
172:6 173:11
173:21 174:8
174:12 176:4
176:16 177:1
177:11,21
178:19 179:5
180:9,22
181:16 183:12
184:20,21
191:16 193:7
193:15,19
195:6,11,18
196:7,15,20
197:13 198:21
202:7 203:8,17
204:9,20 205:3
205:9,18 206:5
206:11 211:16
213:16 214:6
215:4,16
216:22 217:17
218:22 219:12
220:2,18
221:22 222:20
224:15 225:11

225:14 226:1
226:11,18
227:8,20
230:20 231:19
232:5 234:2
235:19,20
236:5 237:1,15
238:7 239:1,3
239:20 240:2
242:5,19 244:5
245:1,7,16
247:3,15 249:5
249:11,17
250:3,8,13
251:2,10,19
253:7,22
254:10 258:22
259:5,9,21
260:10 263:17
263:21 264:9
264:18,22
265:1,8,14
266:2,8,13,21
267:16 268:21
269:11,19
270:2,13 271:1
271:13,22
**objection** 53:15
64:16 87:8
109:2 111:11
120:2 122:3,8
122:15 136:5
137:19 160:8
179:21 180:14
192:1 202:8,17
207:8,14 218:4
221:11 223:4
231:21 236:13
237:18 238:5
241:13 246:3,9
248:19 261:5
265:18 268:15
272:6,12
**objections** 16:12
191:13,19
223:9

**objects** 49:8
72:21 123:6
161:2 172:14
185:18 191:3
198:7 199:10
209:20 228:11
228:17 255:15
256:1
**observation**
218:8 220:13
**obtain** 92:20 93:7
**obtained** 92:21
**obtaining** 91:20
239:17
**obviously** 156:13
**occasion** 44:6
56:18
**occasions** 235:15
**occur** 119:22
120:1 198:19
**occurring** 38:7
38:22
**October** 168:9
184:1 210:6
211:3,13
212:19,20
215:22 218:14
225:21 229:3
229:18,19
232:2,17
234:18 249:1
254:4 256:16
**offer** 274:12
**offering** 213:15
250:16
**office** 3:16 11:6
22:16,20 27:15
27:16 28:12
30:5,9,17 33:13
37:5 43:15,18
47:1,13 51:5,9
56:11 58:21
69:9 70:19
95:21 124:18
125:19 127:2
137:15,16

140:21 141:9
153:19 154:5
154:11,14,16
158:4 189:8
190:3 192:12
206:4,16
214:14 256:21
257:4,10,14
264:14
**officer** 101:2,9
**officers** 58:11
**offices** 56:9 58:16
96:16
**official** 131:22
168:21 193:2
197:5 211:13
**officials** 125:22
**oftentimes** 142:9
**oh** 19:15 31:22
62:21 83:2
151:22 186:20
187:5 223:16
263:1
**Ohio** 22:2
**okay** 12:9,11,14
12:22 13:2,14
14:10,16,20
15:2,13 16:10
16:21 17:13,15
18:7,13,20 20:2
21:12 23:1 25:5
25:14 26:12,20
27:2,12 28:1
29:6 30:8 31:1
31:4,20 32:4
34:17,19 35:9
35:21 36:4,14
36:21 37:7,18
37:21 38:18,21
39:7,7,18 40:6
40:14,19 41:7
42:2,19 43:21
44:3,16,21
45:15,16 46:7
46:17 48:1,13
49:14,17 50:5,8

50:12,22 51:10
51:13 52:2,12
53:11 55:8,21
56:14,18 57:13
58:3,9,13 59:2
59:6,14 60:11
62:13,21 63:5,5
64:2,7,18 65:15
66:8 68:10 69:3
70:1,9 71:9
72:10 73:18,21
74:18 75:8,11
75:19 76:10
77:9,9,19 78:19
80:10,10 81:7
84:18 85:3,21
86:9 87:2,16
90:18 91:17,21
92:16 93:8 94:7
95:15 96:8
97:14,17,21
98:9 99:13
101:3,10,22
103:2,12,12
105:5 106:8
107:13 108:11
108:16 109:22
110:3,14,17
111:9 112:5,14
112:21 114:22
115:20,21
116:15 117:8
117:18 119:7
119:22 120:6
121:6,21
123:11,21
124:4,22 125:9
126:8,11,20
127:6,10
129:19 130:6
130:17 131:19
132:6,10 133:8
133:17,21
135:7,12 136:1
137:2,6,6,16,18
138:8,18,18



139:14,14
140:9,14 141:2
141:6,12 142:5
143:5,12
144:14 146:11
147:10 148:15
149:13 151:2
153:16 155:5
155:15,16
157:3 158:6,8
158:16,20
160:13 161:8,9
161:22 162:13
163:15,16
164:19 165:6
165:21 166:11
166:11,12,22
167:7 168:1
171:17 172:4
172:21,22
173:5,9,15
174:2,22
175:22 176:9
176:12,12,19
176:19 177:18
178:11 179:1
179:10,17
180:4,16 181:9
181:22 182:3,3
182:5,5,8,16
185:7,12 186:2
186:3,14 187:5
187:7,12,18
188:2 189:1
190:5,8,11
192:5,8,14,22
193:13 194:3
195:10,13
196:11 197:3
197:19,22
198:12,13
199:17,18
200:8 202:13
203:2,3,14
204:3,15 205:6
205:16 206:2

206:19 207:4
207:18 209:6
210:3,10,15
211:2,19 212:3
212:5,17 213:7
214:1 215:21
217:4 218:12
223:7,10,19
226:6,8 227:4
227:11 228:22
229:11,16
230:9,14,18
231:1,14 232:2
232:10 233:17
235:3,7,17
236:3,11,20
238:3,12,16
239:14 240:18
241:21,22
242:13 243:4
243:19 244:9
245:11,20
246:4,14,20
247:1,8 248:4
249:14,19
250:18,20
251:8 256:10
256:15 257:13
260:3,7 261:10
261:19 262:3
262:14 263:19
268:5,14,18
270:8 271:18
**OMB** 237:4
240:21 242:6
242:18,21,22
243:3 244:15
245:13,18
247:5 252:6
254:15
**once** 14:21 18:16
44:17 92:6
125:9 231:17
**ones** 49:15
**one-on-ones**
36:17

**opened** 268:12
**opening** 264:5
**operated** 124:19
**operations** 51:16
58:5,18 76:5
95:17,21
163:13
**operators** 58:7
59:11
**opposed** 218:21
222:18 256:3
**OPQ** 58:4,19,21
59:10 60:18
61:15 64:20
65:4 69:16
76:12,14 77:12
77:15 83:4,7
117:12 140:16
142:18 145:15
162:15,21
164:14,16,17
**Ops** 77:22 173:13
**options** 25:4
**OP&S** 51:5
127:19 231:7
235:1
**OP&S's** 189:5
**order** 21:6,7
99:15 103:15
120:22 147:15
182:20
**orders** 146:3,12
147:8,13 148:1
**organization**
230:11
**organizations**
44:13
**original** 72:6
93:18 94:13
**outcome** 277:13
**outside** 36:10
39:19 40:7,9
141:16 266:16
266:16
**Overbroad**
180:10

**overly** 201:13
202:15
**overnight** 120:19
**overseas** 51:20
**oversees** 126:18
**overwhelming**
218:1,7 219:9
**overwhelmingly**
216:2 220:11

---

**P**

**P** 3:1,1 10:1
**package** 260:17
**Padilla** 7:20
95:18 162:14
**PAER** 83:7,12
**page** 5:2,9 6:2
7:3 8:3 9:3
50:21 57:14,15
64:19 68:4,5,7
75:14,15 77:20
109:7,14,19
110:8,14
115:13,19
138:20 139:6
139:11 151:13
151:17,20,22
162:2,10
172:15 174:5
175:1 180:15
191:5 199:19
200:18 201:7
208:20,21
209:1 229:2
275:6 276:5
**pages** 26:8 62:3
**paint** 152:18
171:7 185:5
**paints** 171:16
**palace** 129:8
184:4
**paper** 114:14,20
115:8 120:5
136:8 142:12
142:16 143:6,7
240:20 241:2

242:2,7,10,16
243:15,15,16
243:17,18
**papers** 123:19
**paragraph** 63:14
85:5
**paraphrasing**
78:15 208:7
**parentheses**
246:7
**part** 57:5 107:10
112:2 146:12
161:19 175:17
218:6 246:11
266:19
**particular** 29:7
67:4 164:18
231:5 234:1
259:15
**particularly**
258:17
**parties** 2:20
277:11
**partners** 38:14
39:8 141:9
236:16 239:8
**party** 62:19
**pass** 49:2
**passed** 69:8
**passing** 69:12
**pasted** 200:10,13
**path** 24:15
**Patrick** 1:4 274:3
275:2 276:2
**pause** 248:1
**PC** 243:15,15,17
243:17 246:17
246:21 247:11
**PCC** 241:3,7
242:17 243:11
246:17 247:10
**PCCs** 241:17
**peacekeeping**
184:1
**penalty** 274:5,6
**pending** 16:9



MAGNA
LEGAL SERVICES

210:22
**peninsula** 169:1
**people** 35:9
 37:15 42:17
 68:1,2,16 70:12
 70:17 76:1,21
 77:15 84:22
 95:7 101:19
 105:1 124:3,7
 134:7,11
 137:14 139:15
 144:7 147:7,8
 147:12 156:7
 157:15 158:12
 163:17 169:10
 169:12 180:11
 187:22 189:15
 193:10 194:10
 224:21 230:1
 233:22 246:16
 247:10 256:17
 266:15
**percent** 129:9
**Performance**
 58:21 141:9
**period** 105:7
 151:10
**perjury** 274:5,6
**person** 23:22
 43:11 76:9 85:8
 90:4 125:7
 136:8 165:18
 233:8
**personal** 22:16
 22:20
**Personnel** 47:2
**persons** 102:11
**person's** 105:19
 106:17 224:19
**pertaining** 78:5
**petition** 120:5
**petitioners** 80:3
 80:8
**petitions** 165:1
**phenomenon**
 258:16 259:8

**Phillips** 51:18,19
 74:7 77:7
**phone** 34:17,18
**phonetic** 80:21
**phrase** 244:4
**physical** 16:22
 179:15
**pick** 159:1
**picture** 152:19
 171:7,16 185:5
 220:9
**pieces** 26:7 85:12
**Pipoly** 3:5 11:3,3
 12:1,11,17 13:2
 48:19,21 123:3
 139:12 160:21
 161:1 191:8
 192:3 212:8
**place** 143:14
 239:16
**placeholder** 29:4
**places** 208:13
**plaintiffs** 1:6 3:3
 11:2,4,19 12:7
 12:19 13:3
 191:12
**Plaza** 3:18
**please** 10:21
 11:14 15:21
 16:4 96:14
 135:14 148:16
 157:9,13 167:9
 170:10 179:13
 194:8
**point** 23:22 40:5
 54:12,16 59:9
 60:7,21 82:8
 88:14 92:17
 94:8 96:13
 109:6 112:15
 112:22 113:9
 114:4,5,5 115:1
 116:1,6 129:3
 155:22 159:18
 168:3,8,19
 169:3 184:17

 197:12 207:13
 208:12 211:12
 229:16 233:7
 240:15 241:1
 248:4 252:17
**pointed** 105:1
**pointing** 55:4
**points** 60:9 61:10
 74:10,11 81:12
 82:6 87:11 99:6
 124:1 128:18
 140:15 141:22
 159:12 162:5
 167:10 168:2
 171:14 183:19
 184:8,14 185:8
 200:15,21
**policies** 21:13
**policy** 9:11 23:6
 23:11 25:3
 27:16,18,19
 28:13 37:3
 38:11,16 39:22
 40:15,17 41:1
 43:16 47:13
 51:6 68:11
 125:1,17,19
 126:7 140:22
 141:5 153:19
 154:12 187:13
 187:16 189:19
 190:3,7 230:8,9
 230:13,19,21
 231:3,5,9,10
 232:14,22
 233:16 241:10
 248:3 253:2
 256:21 257:5
 257:14 264:11
**political** 22:4
 47:8 49:20 50:7
 50:16 53:3
 158:11,19
 194:21 256:20
**poor** 149:3 152:8
 171:10 248:10

248:13
**population** 25:6
 25:6 68:13,21
 121:1 133:1
 140:19 144:15
 145:3,7 148:7
 180:18 196:6
 197:12
**populations**
 26:13
**port** 101:7,8
**portfolio** 23:9
 78:3
**portion** 138:19
**Porto** 76:16
**posed** 199:3
**position** 27:14
 46:18 50:16
 155:1 191:12
 192:1 256:22
 257:14 261:17
 264:21
**positions** 25:3
 154:4
**positive** 171:2,6
 216:8 217:8
 221:5 222:5
 227:2
**possible** 53:13,22
 81:4 101:19
 119:2 248:6
**possibly** 45:2
 146:9 259:3
**post** 9:8 260:11
 260:22 268:16
**post-earthquake**
 184:6
**potentially** 59:18
 91:8 104:16,18
 121:5 141:16
 165:9
**Potts** 166:14,17
 166:18 167:7
 170:12 171:17
 172:7
**practical** 249:9

**practice** 253:18
**practices** 21:14
**precise** 61:2
**preclude** 239:12
**precludes** 103:21
**predeterminati...**
 103:16
**preferred** 14:11
 217:11
**Prelogar** 6:21
 7:10,21 51:2,3
 57:16 60:1
 71:14,20 74:6
 77:6 182:10,16
 183:17 187:20
 188:6 189:1,18
 200:19,20
 202:1,1 210:6
 210:15 212:18
**prep** 157:10
**prepare** 17:16,20
 207:21
**prepared** 173:10
**prerogative**
 159:20 215:9
**presence** 179:16
**present** 2:19 4:12
 18:17 105:3
 134:7
**presentations**
 42:20
**preserve** 192:2
**President** 1:8
 10:9 232:14
**presidential**
 41:11 43:1
 184:4 228:19
**press** 151:2 194:1
 194:14 207:4
**pretty** 132:15
 185:4
**prevails** 214:19
**prevent** 17:5
**previous** 76:11
 93:5 121:18
 140:1 142:4



148:13 197:18
230:17 241:16
251:17 258:14
**previously** 55:3
79:17 92:19
186:5,20
**pre-TPS** 104:15
128:20 143:18
**primary** 23:15
23:17
**Principal** 246:21
**principals** 243:18
247:7
**prior** 11:19,22
19:4 52:12 55:9
72:15 73:12
75:1 79:16
93:21 105:3,6
105:10 106:2
117:4 155:9
176:5 196:8
203:9 218:11
232:2,17 245:8
256:3 265:4
271:14
**private** 54:10
60:13 94:15
161:16 179:20
266:20
**privilege** 17:19
228:20
**probably** 23:8
32:2 42:14
47:22 109:18
111:11 120:15
131:11 146:7
240:13,15
248:6
**problem** 119:14
**proceed** 12:15
13:1
**proceeding** 273:5
**process** 27:22
28:14 90:4,10
90:17,19 91:18
125:11 141:5

146:13 191:14
191:17,20
203:21 204:4
211:12 234:20
237:6 239:10
239:12,16
240:13 242:7
243:17 245:18
247:5,6 253:1
254:8
**prodding** 157:15
194:10
**produced** 191:18
**product** 168:12
**professional**
22:22 277:3
**program** 64:1,3
259:4 268:20
269:2
**programs** 4:6
11:9 141:3
**project** 120:19
**projects** 63:2
**promising** 61:16
65:10
**prompted** 73:9
74:20 118:13
**prompting**
136:13
**pronounced**
258:18
**pronouncing**
68:22
**propounded**
111:19
**protected** 6:16
59:16 111:17
135:11 228:19
**protections** 197:9
**prove** 69:14
**provide** 17:1,10
28:6 29:5 31:17
37:2,4 41:19
42:13 53:8
77:12 78:10
100:10 113:17

119:11 120:17
121:11 128:1
130:19 135:14
141:4 164:2
172:2 182:22
188:4 245:13
263:14 270:5
**provided** 41:22
54:7 60:9 75:19
116:14 218:16
218:17 227:14
227:15 243:2
271:21
**provides** 24:15
71:10,15 84:15
171:19 263:13
**providing** 30:21
67:1 118:21
133:16 146:8
269:4
**provision** 26:9
**proxy** 61:2
**public** 21:9 54:10
60:13 94:9,15
94:22 116:13
129:2 161:15
179:19 180:2,2
199:21 200:3
201:8,11
202:14 203:6
204:22 206:8
277:21
**publicly** 84:14
**pull** 53:12 56:7
56:19 57:3
61:15 78:5
83:20 104:16
142:12 144:10
157:12 194:8
**pulled** 177:10
182:20 183:3
**pulling** 56:15,19
57:8 100:4
142:14
**punch** 96:9
**punched** 96:22

**purpose** 203:4
**pursuant** 2:19
14:18 92:3
**pursued** 47:14,16
**pushes** 136:8
**put** 11:18 96:13
98:5,6 103:11
126:19 156:8
163:9 214:4,16
**Putnam-Frenc...**
83:1,3
**putting** 30:18
226:12 253:11
**p.m** 59:22 62:4
69:4 80:12
82:13,20 83:17
86:19 95:4 99:4
112:16 127:11
132:11 135:14
138:11 139:3,6
140:10 143:15
151:14 162:1
162:12 164:1
166:14 170:6
182:9 187:20
200:19 211:3
215:22 218:14
219:8 229:4,18
229:20 240:19
273:6

___

**Q**

**qualified** 48:5
**qualify** 63:8,9,15
63:16,17 64:8
64:15 99:16
103:15 104:4
**Quality** 58:22
141:10
**question** 15:18
15:20 16:1,9
25:21 29:12
33:4 48:4 49:6
62:22 70:4,5
72:15 80:12
81:8 89:1 99:17

100:5 103:9,21
104:22 105:11
106:6 109:12
111:2,10
113:13 114:11
116:3,8 126:22
140:20 159:12
164:14 167:20
179:11,17
187:12 195:20
196:1 198:16
199:3 201:9
208:9 209:4
213:12 222:21
223:6,17,20
233:21 237:16
237:17 242:22
244:10 251:14
251:21 253:16
263:7 264:1
**questions** 15:17
17:13 27:5
32:10 42:6 46:7
49:11,18 55:7
73:2 96:12
103:22 114:3,8
117:1 119:11
123:9 128:3,5
128:16 137:3,7
137:8 138:10
161:5 167:19
172:18 186:1
188:8,15 189:3
191:7 192:6
193:20 198:10
199:13 209:22
228:15 255:19
256:5 261:3
272:1,5
**quick** 72:11
80:13 117:20
140:20 190:14
191:8 201:1
254:17
**quickly** 128:18
168:2 237:7



238:17
**quite** 143:4
174:13 231:10
247:4
**quiz** 20:1
**quote** 135:6
**quoted** 133:20

---

**R**

**R** 3:1,14 10:1
275:1,1 276:1,1
**rains** 169:4
**RAIO** 51:16,17
163:1,5,9 167:2
**raised** 12:2
**raising** 192:1
**Ramos** 6:5 19:7
20:13 55:2
107:14 108:1,7
108:19 110:20
**random** 140:17
142:7,13 144:1
144:18 162:22
164:15
**reach** 59:7 69:19
217:15,15
**reached** 146:1
147:21
**reaching** 56:10
**reaction** 86:15,18
193:5,17
**read** 18:6 53:14
54:19 60:4
61:20 64:8
82:18 85:6,16
85:20 96:14
109:4,15,18
118:9 128:18
129:10 134:15
149:4 157:17
167:11,14,16
178:14 179:7
183:7 184:8,9
184:13 201:21
209:2 216:5,15
244:21 248:18

252:11 266:7,9
267:11,19
272:20 274:6,8
**reading** 49:19
95:19 167:21
192:18 223:12
232:13 252:2
**reads** 61:11
**ready** 49:5 73:5,6
199:16,17
**real** 117:19 191:8
**reality** 248:12
**really** 23:22
72:11 75:11
104:22 110:3
126:22 131:6
136:8 149:2
152:7 171:10
222:16 225:9
243:20 247:19
250:4 251:11
252:1,8 272:8
**realm** 41:16
**Realtime** 277:4
**reason** 16:17
17:9 248:9
275:6 276:5
**reauthorization**
216:9 221:6,8
221:19 222:12
224:9
**rebuild** 129:8
**rebuilding**
148:18 170:22
**recall** 19:18,20
19:21 25:9
26:10,14,17,20
27:3 42:12
44:16 45:2,3
46:10,14 47:10
47:14,17 48:1
55:18 73:17,17
79:19 86:15,18
86:19 88:6,13
90:2 93:17 94:2
98:9 99:18,19

99:20 100:4
109:16 110:1
111:3,14 112:1
118:13 122:11
122:13 133:4
133:21 134:5
135:7,10,21,22
146:4,15,19
150:18,22
153:6,21,22
183:9,16
189:11,14
192:18,20
193:5 194:3
203:4,14,19,19
204:3 210:10
211:13,19
219:19 225:20
226:2 232:3,8
234:19 235:18
236:3,9,11
253:2 254:8,11
254:14,16
257:20 260:4
261:21 262:10
262:12,18
263:15,18,19
264:3,6 266:14
267:18 269:15
270:3,4,11,17
270:20 271:2,3
**recap** 121:21
**receipt** 164:2,11
164:20 165:2,3
165:4,8,19
**receive** 92:7
102:12 124:20
125:9
**received** 19:16
106:9 147:14
157:1 189:8
225:9,21
254:12
**receiving** 55:18
73:17 257:20
263:19

**receptionist**
22:17
**recess** 46:3 98:20
150:4 190:17
212:13 254:22
**recipients** 207:19
208:15 232:11
**recognize** 109:3
172:22
**recollection** 73:8
107:15,18
110:4,7 267:14
**recommend** 29:6
**recommendation**
25:14 28:3,7,18
29:5 30:4,7,11
30:20 31:7,16
32:2,7,16 33:6
175:3 210:21
214:3,9,10,17
214:18 215:2,6
215:9 219:22
220:17,21
221:2,9 222:17
222:22 223:14
224:6,13,17,18
224:19,20,22
225:16 227:18
252:22 253:9
268:3 270:12
270:14 271:4,6
271:8,9 272:9
**recommendati...**
47:9,21
**recommended**
47:18,19 48:2
129:5
**recommending**
249:15,20
269:17
**recommends**
175:7
**reconstruction**
184:4
**record** 10:6
11:18 12:10,12

12:16,18 13:6
16:12 24:11
35:11 46:2,5
49:22 77:1
78:16 85:8
98:19,22 111:8
119:20,21
120:11 141:6
146:11 150:2,6
163:9 167:14
184:12,15
190:16,19
191:12 192:2
212:12,15
254:21 255:2
255:21 256:6
261:5 272:6
273:2 277:7
**recordable**
100:11 113:18
**records** 83:21
84:10,16 85:7
85:11,14 120:7
141:7
**recovered** 168:4
**recovery** 184:6
**red** 82:2 96:13
140:16,20,21
142:18 145:15
162:20,21
**redesignate**
107:2
**redesignated**
90:1
**reduced** 277:9
**Reece** 35:17
**refer** 58:19
107:13 137:4
207:18
**reference** 80:4
97:12 178:8,8
178:10 179:18
180:17 181:6
**referred** 86:20
221:9
**referring** 29:13



29:21 37:8 68:6
83:15 90:8
109:7 110:15
111:6 112:3
115:1 131:1
143:6 164:18
165:12 204:21
218:20 220:16
240:13 247:11
258:19 259:3
**refers** 110:8
137:5 138:3,6
142:16 167:1
**reflect** 66:4
105:18 106:17
151:4 221:19
226:6
**reflective** 153:1
**reflects** 198:17
**reform** 26:6,6
45:14 265:7,17
**refresh** 15:13
73:8 107:18
143:16 150:13
188:11
**refreshed** 110:5
110:7
**refreshes** 107:15
267:13
**Refugee** 51:15
163:11 166:20
**refuted** 197:7
**regarding** 115:15
183:22 184:3,5
194:5 255:19
268:16
**regards** 128:1
130:19 137:22
188:5
**regional** 58:15,16
**register** 18:11
21:8 90:15,16
92:3,4 237:5
242:8,14 243:1
243:2,7,8
252:21 253:10

253:11 271:16
**registered** 91:10
105:14 179:4
277:3
**registering** 103:6
103:8
**registration**
90:17,19 91:18
106:2 135:3
**regular** 44:19
**regularly** 38:22
41:3,6
**regulation** 242:9
**regulations** 27:21
37:2 124:2
**regulatory** 102:8
141:5
**relate** 178:6
256:2
**related** 21:14
32:11 37:22
157:7 173:8
178:22 179:1
203:11 268:7
268:17 277:11
**relates** 264:4
**relating** 43:1
61:15,17 65:11
80:2 110:10
272:1
**relationship**
177:7,16
**relay** 37:16
**release** 6:16
151:2 207:4
**relevance** 260:13
**relevant** 99:22
107:1 152:10
216:13 222:5
222:14 241:3
260:20
**reliable** 113:4,19
113:20 114:1,7
116:22 183:3
**relief** 54:10 60:13
94:15 161:16

179:20
**remain** 147:9
167:8 168:22
171:19
**remember** 34:1
39:3 42:2,13
43:21 44:3
73:14,15,18
75:4 88:1
111:22 133:17
133:19 145:11
145:12 151:1
193:18 196:14
205:16,21
206:13 225:7
235:11,13
236:1 264:5
**remind** 15:2
241:8 261:16
**remittances**
54:18 61:5 66:9
66:12 67:2,5
181:4
**remote** 271:6
**removal** 146:3,12
147:9,13,15
148:2 258:15
258:21
**removals** 258:13
**remove** 226:9,15
**Renaud** 35:15
**renew** 107:2
197:8 268:15
**repeat** 34:6
**repeating** 32:13
**rephrase** 25:21
213:22 223:6
223:20 237:16
251:21
**report** 34:11
57:17 100:14
101:12 102:2
158:2,3,5
**reported** 1:18
100:16 101:14
103:3

**reportedly**
134:11
**reporter** 10:19
11:14 15:14
72:20 123:1
160:19 185:17
209:18 277:1,4
277:4,5
**reporting** 68:15
**reports** 148:21
152:3 153:2
183:6
**represent** 10:22
**representative**
149:1 152:5,6,9
**represents**
164:17
**reprieves** 258:15
258:21
**request** 10:16
12:18 55:18
56:7,16 71:7
74:19,20 75:4,6
75:7 79:20
80:13 83:22
87:5,17,22 91:6
94:13,20 99:21
104:13 118:4
121:12 123:19
127:12 132:6
133:9,15
136:16 140:4
142:4 146:10
152:11,12
163:1 164:15
164:18 167:2
170:6,9,16
194:5 196:21
237:3,13 238:1
243:22 245:4,9
249:20 268:8
**requested** 71:12
96:17 111:4
127:22 130:10
130:13,18
168:14 181:13

182:18 184:18
188:4,16 204:6
206:3 245:3
**requesting** 73:18
74:11 88:2,8
112:6,8 263:15
**requests** 72:3
87:9,15 118:2
136:10,19
163:18
**require** 56:12
99:14 102:1,22
103:14 120:20
120:21 245:14
**required** 16:14
236:20 238:22
239:6,7,15,22
240:6,12 245:5
**requirement**
240:10
**requires** 102:8,9
**reread** 162:3
**research** 23:6
25:1,6,11 30:10
33:8 53:8 62:15
63:1 140:22
141:3 142:9
158:22 160:5,5
163:6,7,18
166:20 196:4
196:12 197:10
198:15,18
**researched** 25:13
**researching** 78:4
196:10
**resend** 262:16
**Residence** 51:20
51:22
**resolve** 12:21
**resource** 133:16
**resources** 118:21
253:13,18
**respect** 33:7
112:6 121:6
145:2 184:16
187:12 215:12



respective 2:20
96:16
respond 78:19
117:22 201:10
262:21
responded
170:16 225:2
responding 245:4
responds 61:14
79:8 82:12
83:18 95:5
117:12 162:14
162:18 164:1
171:17 187:20
216:1 243:20
243:21 244:10
244:13 247:18
262:5,7 263:11
response 56:15
60:11,16 65:3
69:3 96:10
99:13 135:14
146:17 163:18
170:5 185:11
217:4 247:19
268:8
responses 60:9
96:12,14 114:3
189:2
responsibilities
27:13 34:10
43:8
responsibility
28:12
responsible
27:17,19 28:2,9
30:5,9,17 44:11
responsive 71:7
118:5 120:22
133:9,14
141:21
rest 77:8 158:16
restate 30:15,16
result 272:9
resume 47:11
retaining 201:3

retrieving 119:5
RETURN 275:5
276:4
revert 106:4
review 19:9,13
25:1 43:18,19
49:4,7,13 73:4
109:21 114:17
115:8 123:10
123:19 125:14
142:1,2 144:11
155:17 161:7
167:22 172:20
175:4 183:15
192:7 198:11
199:15 210:2
210:18 215:8
215:13 228:21
243:18 256:9
reviewed 224:21
reviewing 19:18
19:21 43:12,13
43:20 178:15
212:17
revise 216:20
217:14 235:4
revised 183:11
205:7,12,13
221:18 229:12
Rexrode 35:19
re-ask 89:2
right 13:5 29:16
38:20 45:22
48:13 53:14
63:13 65:18
68:22 73:16
79:6,7 81:1,14
82:13,18 85:16
88:1 96:21
104:2 106:6
110:9,19
112:12 129:10
130:12 132:8
136:18 139:17
147:11,11,14
151:17 154:2

158:8,8 165:10
176:15 200:12
203:2 209:19
216:5,15 219:3
228:1 236:22
243:15,19
244:21 248:18
249:4 252:11
261:4,8 267:4
270:16 271:10
272:21
Risch 6:9 96:2,3
124:14 126:17
132:11 140:11
154:18 155:5
Risch's 134:19
Rob 43:11,18
162:20
Robert 8:10 36:5
39:14 217:18
220:19
robust 244:1,4,7
role 62:10 153:18
153:21 231:7
268:2
roles 22:10,17
23:2,2
Roman-Riefkohl
95:9
Ronnie 95:13,14
route 61:17
65:10
routine 34:9 57:5
routinely 57:8
Roy 162:22
166:22 167:1
182:16
RU 163:1,5 167:2
rulemaking
27:21 104:1
rules 15:3 27:20
run 59:10
running 258:2
runs 127:4
RU's 183:1
R-E-N-A-U-D

35:15

_____

**S**

S 3:1 5:7 10:1
275:1 276:1
Saget 1:4 10:8
274:3 275:2
276:2
Salvador 234:15
256:2 259:14
260:6 262:2
268:8,10
sample 142:14,15
144:18 164:16
sampled 145:3
sampling 140:17
142:7 144:1,18
162:22
Sarah 4:13 11:11
sat 214:12
satisfied 222:2
Saturday 75:21
save 253:12
274:9
saw 157:1 217:21
226:4
saying 98:4 178:7
218:1 221:14
221:18 222:7
226:19 250:5
251:13,15
252:2
says 57:16 58:3
60:1,13,18 61:1
61:6 63:5 65:2
66:3,9,21,21
77:10 78:2,8,12
78:18 79:22
80:22 83:18
88:14 89:10,11
99:14 100:8
109:1,2 113:19
115:6 116:11
117:15 123:13
127:17 128:15
129:4 130:18

131:9 132:14
132:21 135:13
137:2,20,21
143:16 145:22
151:9 155:18
162:15,20
164:2 167:1
168:3,8 169:10
169:15 175:2
175:12 182:16
183:21 188:7
188:22 189:1,5
192:16 193:1,4
194:16,16
199:20 200:2,7
201:7,8 202:13
208:2,10 216:1
216:18 217:15
218:14 219:3
220:11,13
221:4 227:12
240:20 244:13
244:15 246:4
246:14 247:8
247:22 248:4
248:21 249:22
252:5 258:1,11
258:20 259:13
262:7,14
scarce 168:22
schedule 47:8
49:20,20 50:2,3
50:6,13 158:11
158:17,18
259:11
schedules 50:2
schematic 260:18
scheme 102:8
school-aged
54:12 60:18
science 22:4
SCOPS 58:4,4,5
58:14 59:15
61:15 65:4
69:16 78:3,3
162:15



**Scott** 95:11
**seal** 277:15
**search** 165:4
  205:4
**Sec** 123:14
  124:11,13
  125:5,21 127:1
  128:13 131:20
  132:5,15
  140:12 186:11
  187:3 188:3
**second** 112:17
  138:19 139:1
  168:8 176:14
  183:21 201:10
  203:1 210:16
  235:6 245:20
**secret** 177:10
**secretary** 6:13
  7:5 28:3,8,16
  29:5,7 34:4
  50:14 81:11
  118:3 123:15
  123:17 124:11
  124:21 125:2
  125:16 126:18
  128:12 136:7
  137:5 150:18
  151:4 152:21
  155:3,14 156:2
  156:3,5,9,10
  158:2,3 159:20
  171:15 173:7
  175:19 176:2,6
  176:8,11 185:3
  187:11 189:12
  195:12 206:3
  211:18 213:9
  220:10 226:21
  234:14 235:12
  245:4 249:1
  268:3
**Secretary's** 69:9
  70:19 152:10
  158:4 189:12
  194:21 206:4

206:16
**section** 175:2,16
**Security** 9:9
  46:22 95:20
  197:6 252:15
**see** 14:4 19:22
  57:16 68:17
  107:14 109:16
  110:4 111:10
  115:18 117:6
  144:7,11,12
  155:21 161:10
  167:9 176:9
  178:15,21
  179:1,9 180:1,6
  180:16 181:1
  199:20 215:18
  218:12 222:9,9
  233:11
**seeing** 133:19
  192:20 218:11
  264:3 267:18
**seek** 17:18 183:1
  255:17
**seeking** 12:20
  105:12 145:13
  238:3
**seeks** 25:17 28:21
  31:10 33:1
  41:10 42:22
  87:19 88:10
  107:5 113:13
  152:13 184:21
  202:8 235:20
  236:6
**seen** 14:14 129:6
  133:14 173:2,3
  210:13
**select** 63:17
**self-report**
  101:20
**self-reported**
  100:7 101:18
  144:5
**self-reporting**
  144:7

**Senate** 22:9,20
  22:21 23:19
  24:1,3 44:10
  46:13
**Senator** 22:13,15
  23:3,11,21 24:5
  24:9 25:15 26:1
  95:16
**Senator's** 22:20
**send** 28:15 67:12
  118:14 125:6,7
  126:2,4 136:16
  187:16 240:21
  245:18
**sending** 118:4
  189:12 262:18
  269:16,16
**sends** 166:15
  189:18 215:19
**senior** 35:22 36:3
  40:2 43:9,10,11
  47:5,20 50:13
  50:15 62:12,14
  153:13,14,14
  153:16 155:2
  155:13 211:6
**sense** 15:11 16:1
  71:2 72:2,7
  79:14 92:22
  97:6,15,18
  153:11 164:8
  242:1 252:2
  259:18
**sent** 67:5 75:6
  77:11 97:12
  138:11 170:7
  181:4 189:6
  194:4 196:18
  200:21 212:18
  219:7 227:4
  229:3,17,19
  233:2 235:3
  262:15
**sentence** 58:3
  100:8 115:14
  115:18 130:17

164:9 201:10
  203:1 210:16
  218:7 219:21
  220:6 221:15
  235:6 245:21
  246:11,14
  247:2 262:1
**sentences** 251:9
**separate** 38:8
  51:14
**series** 119:11
**service** 27:6
  52:11 58:5,17
  76:4 77:22
  95:16,21 181:8
  181:8
**Services** 1:21
  4:14 10:18,20
  11:12 166:21
**set** 38:12 157:12
  194:7 213:3
  246:12 277:14
**sets** 74:16 121:18
**setting** 261:19
**SFO** 78:2
**Shah** 154:3
**shaking** 15:16
**Shalava** 80:21
**shapes** 24:14
**share** 228:8
  240:21 242:3,9
  242:22
**sharing** 242:18
**SHEET** 274:1,11
**shelter** 168:21
**short** 40:5 45:17
  60:1 97:7
  210:18
**shorter** 223:21
**SHORTHAND**
  277:1
**shortly** 77:9
  117:8 132:11
**show** 108:4
  148:18 170:20
  237:5 268:6

**showed** 98:13
**showing** 157:5
**shown** 197:18
  206:14
**shows** 100:14
  101:12 111:8
**sign** 19:12,13
  20:2 176:7
  272:21
**signature** 174:15
  176:2 275:22
  276:22
**signed** 20:1 29:19
  174:9,14,19,20
  175:19,22
  176:10 177:8
  204:16 274:16
**significant** 33:22
**signing** 19:19,20
**similar** 130:12,13
**simple** 251:14
**simply** 107:10
  143:10 246:12
  251:5 260:18
**sister** 141:18
  166:3
**sit** 109:4
**sitting** 112:7
  225:6
**situation** 149:2
  152:7,10,19
  180:3
**sit-down** 247:6
**six** 150:20 151:5
  151:10 175:9
  207:6 209:6
**six-month** 208:14
**sizable** 259:17
**skilled** 269:5
**skimmed** 267:19
**skipping** 209:10
**skips** 244:13
**small** 155:18
  230:11
**SME's** 202:2
**Smiley** 262:8



**Smith** 8:20 9:5
256:19 257:13
261:12 262:4,7
264:6,16,20
265:3,21 268:1
**snapshot** 106:15
106:16,22
149:1 152:5,9
**Snell** 4:4 11:8,8
13:22 160:22
**solely** 24:1
**solicit** 252:7
**solidify** 96:12
**somebody** 101:7
119:9 125:3
132:9 164:22
**someone's**
105:16
**somewhat** 87:15
**soon** 78:20 79:3,9
144:16 165:2
**sorry** 13:16
23:13 47:15
50:6 63:11 68:7
79:6 83:2 86:22
106:7 114:16
116:2 138:20
144:15 148:5
151:22 155:11
162:8 178:9
187:7 195:21
208:9,14 209:1
213:19,22
230:4 233:13
244:14 245:2
246:10 255:12
256:13 271:10
**sort** 34:9 57:4
62:4,14 63:1
70:14 71:20
72:2 76:22
83:15 97:6
103:5 105:6
106:14 118:20
121:21 125:22
139:6 143:19

143:21 157:19
157:20 158:9
158:12 159:1
160:2 171:19
180:6 198:18
201:14,16
204:4,17 233:7
238:14 259:11
**sought** 66:3
240:14
**sources** 183:3
**South** 169:5,7
**Southeast** 169:6
**southern** 168:22
**Spanish** 22:5,6
**speak** 22:6 34:15
62:1 74:14 75:2
77:5 78:15 79:1
83:9 129:17
167:13 177:2
**speaking** 99:5
223:4,8
**speaks** 53:16,21
54:20 57:22
64:10 65:5
66:18 67:7
85:17 87:13
89:9 93:3 94:18
95:2 99:10
113:12 114:10
117:3 118:10
121:15 127:15
148:11 151:8
162:7 171:4,22
178:20 179:6
179:22 182:13
188:18 199:1
207:15 208:8
209:3 216:16
217:1 219:1
221:15 224:7
240:7 248:20
263:6,22
**special** 232:13
244:19
**specialists** 52:20

**specific** 27:3
46:14 52:16
55:10,20 60:14
61:8 63:6 73:14
75:14 107:17
109:7 111:5
157:11 194:7
222:18 235:13
266:14
**specifically** 61:16
84:11 93:14
164:19 184:18
185:2,10
196:13 213:1
232:6 248:7
267:13 270:3
**specifics** 47:10
**speculation**
131:14 133:12
134:14 135:1
136:15,21
137:12 147:4
159:5 160:9
164:13 170:13
172:8 174:13
177:12,22
193:8 195:7
197:14 204:10
205:10 213:17
214:7 220:3
221:12 222:1
251:20 259:1
**spend** 108:9
**spent** 17:21 22:8
**spite** 103:13
**spoke** 17:20
**spokesperson**
197:6
**sponsor** 24:5
25:15
**squeeze** 118:7,18
120:12 139:21
**staff** 22:22 30:9
31:14 35:6,7,16
37:17 40:17
41:2 56:9,9,11

77:5 96:4
111:20 121:8
124:15,16
126:17 127:7
129:13 130:8
146:8,16 152:2
154:18 155:6,8
159:1 160:5
173:10 175:20
189:7,13 190:4
190:5 193:22
196:22 213:14
214:2,15 247:7
252:20 253:4
**staffer** 9:9 44:10
**staffers** 74:20
**stage** 235:2 243:4
**stages** 70:15
**stand** 163:9
**standard** 100:11
113:18 183:5
**standing** 36:15
36:19 37:22
38:3
**stands** 45:10,12
58:21 84:7,8
241:9 252:14
269:3
**start** 32:12 82:5
157:15,15
194:10,11
256:11
**started** 11:17
23:6 32:18 52:8
82:1 118:8
154:20 176:18
204:5 253:8
**starting** 13:19
22:12 59:9
96:13 109:19
210:4
**starts** 110:18
161:10 208:22
**state** 13:5 40:13
170:9 240:16
270:21 271:4

271:19,20,21
**stated** 101:19
**statement** 6:13
134:19 195:3
195:15 201:3
202:14
**statements**
222:16
**states** 1:1,9 3:16
10:9,10 11:12
24:17 58:18
63:9,18 67:14
68:14 85:1
113:16 127:18
147:9,12 208:1
208:5,16,19
209:5 269:6
**statistically**
144:22
**Statisticians**
144:20
**statistics** 59:11
65:3 178:16
264:13,14
**stats** 54:14 61:12
**status** 6:16 59:16
65:16 85:1 90:6
91:3,11,20 92:8
99:15 100:16
101:14,20
102:2,13 103:1
103:2,14,16
104:16,17
105:1,2,17,19
106:1,5,10,11
106:16,18,22
111:17 113:4,6
113:22 135:11
144:6 147:16
179:2 207:20
**statuses** 105:12
**statute** 18:7,8
99:14,22 102:1
102:7,21
103:13,20
201:17 202:6



236:21 238:22
239:6,7,9,15,22
240:3,6,10,12
245:6,14
**statutory** 200:5
244:18 246:5
**stayed** 262:22
**stenographically**
277:8
**Stephen** 40:22
**steps** 21:9,10
**Stick** 248:5
**stipulation**
191:15 192:4
**Stoddard** 35:17
**stop** 197:12,16
**stopped** 197:20
198:15 253:18
**stored** 85:7
**stories** 148:17,19
149:3 152:8
163:2 167:3
170:10,17,19
170:22 171:2
171:10,20
192:20
**story** 133:18,20
135:8 152:17
192:15,19
193:6,17
194:14,16,21
197:21
**Strategy** 27:16
28:13 43:16
47:13 51:6
125:20 140:22
190:4
**Street** 2:8 3:7 4:7
10:15
**strengthen** 181:7
**Stressing** 243:21
**strike** 138:8
**struck** 168:9
**students** 133:2
**study** 25:5 26:12
**styled** 6:5

**subject** 36:22
37:15 43:15
52:2,20,22 53:7
56:6 76:22 77:6
107:21 108:1
125:4,10
127:11 141:4
210:7 214:10
231:2,2
**subpoena** 14:18
**subsequently**
106:10 244:12
**subset** 143:6
144:14 145:2
**substance** 143:13
**substantial**
216:10
**successful** 146:16
146:16 148:17
152:17 170:20
**Sudan** 256:8
**suffering** 16:21
**suggest** 27:18
216:9 221:6
222:12
**suggested** 32:6
33:5
**suggesting**
242:11 245:13
245:17 250:10
250:12
**suggestion**
142:13 146:4
249:18 250:16
**suggestions**
143:10
**suggests** 107:9
184:5
**summaries** 82:13
**summarize** 81:8
**summer** 19:7
39:5
**sums** 82:16
**Sunday** 211:3
215:22 218:13
229:18,19

247:21
**supervise** 204:18
**supervising**
196:4 197:11
203:5
**supervision**
277:10
**supplied** 268:7
**support** 57:9
159:1 160:6
210:20 216:21
218:15 219:4
227:13 229:13
248:11 250:21
250:22
**supported** 35:22
271:6
**supports** 227:5
**suppose** 195:1
**sure** 13:7 18:2
21:1,19 22:11
24:19 27:15
29:2 30:6,11
33:15,16 36:17
47:3 50:1 55:6
57:4 68:21
70:21 71:1 78:8
89:5,5 97:15
109:9 112:18
112:18 133:1
139:10 144:21
145:1 149:15
151:16 152:20
153:14 159:22
161:18 173:3
174:13 179:10
184:14 186:17
190:13 195:20
212:10 215:11
236:17 237:6
242:21 253:15
262:5 271:10
272:4
**surprised** 86:10
86:16,17
**swear** 11:14

**sworn** 11:16
**Symons** 35:16
37:7 39:14
126:20 154:13
**Syria** 262:2
**system** 83:8,15
85:7 101:17
119:13 120:21
166:6 180:2
**systemically**
83:20
**systems** 59:13
83:16 100:17
101:14 103:3
114:21 115:7,9
115:17 118:7
118:19 119:15
120:13 139:22
144:13
**S1** 128:3,16
137:3,4,5,8,14
137:14,16,16
155:18 156:2
188:16
**S1's** 189:2,7,8

---

## T

**T** 5:7 275:1,1
276:1,1
**table** 80:1
**tails** 80:7
**take** 16:7 21:9,10
45:17 47:21
49:3,4 54:2
74:9 90:20
98:16 108:21
114:2 116:19
119:18 167:15
167:15 190:11
190:14 211:9
212:8 213:1
254:17 270:14
**taken** 10:14 46:3
98:20 99:6
150:4 190:17
212:13 254:22

269:17 272:11
272:14,14
274:7 277:6,8
**takes** 91:18
**talk** 20:9 46:12
174:22 194:13
196:12 214:9
**talked** 18:1,5
157:3 161:11
162:9 176:14
180:11 189:20
214:12,13
256:7
**talking** 17:21
29:19 116:16
124:1 148:12
156:14 186:19
200:15,21
204:2 219:21
224:12 225:10
**talks** 208:3 262:1
**tape** 10:6
**targeted** 164:16
**tasked** 132:5
**team** 118:17
155:18
**Ted** 192:16
**tell** 66:3 67:4
163:5 175:20
216:20 244:16
246:1
**template** 175:18
258:2
**temporarily**
20:14
**temporary** 6:15
59:16 111:17
201:19 269:7
**tenure** 253:20
**term** 67:15 131:6
140:7 171:18
183:21
**terminate** 175:7
213:14 227:19
249:4,9 251:5
**terminated** 106:4



112:9 207:12
207:17
**termination**
20:15 32:17
128:2 130:20
130:22 131:4
131:10,11,18
136:4 137:22
175:6 188:6
210:21 213:9
216:21 218:16
218:21 219:4
227:6,13
229:13
**terminology**
120:10 131:8
244:7
**terms** 234:19
**testified** 11:16
55:3 83:4 93:16
107:19 110:6
150:14 198:13
203:3 213:7
265:15 271:10
**testify** 14:18 71:5
75:2 86:13
97:10 111:13
173:12 193:8
195:7,8 203:18
213:17 214:7
250:14
**testifying** 15:5,10
**testimony** 12:8
12:19 17:2,11
19:10 20:5 34:7
72:15 73:12
75:1 79:16
93:21 108:19
109:10,15
117:4 136:1
138:1 176:5
177:20 178:2,5
196:8 198:22
203:9 205:19
205:20 225:6,8
225:15 245:8

248:22 249:7
271:14 277:7,8
**thank** 28:1 30:2
31:1 35:21 40:6
48:21 63:19,21
65:1 69:5 77:4
96:21 115:21
127:21 152:1
155:15 161:1
161:21 163:15
166:11 176:9
178:11 181:9
182:4 207:1
215:20 230:4
241:21 261:8
272:20
**thanks** 79:3,8
96:18 118:1,8
213:4 263:1
**thing** 32:2 85:4
128:8 157:14
194:10 227:11
**things** 55:20
108:6 148:18
157:15 170:21
187:16 194:10
**think** 14:2,3
16:17 32:1 48:5
52:19 57:2 60:1
64:5 67:8,10
72:13 82:3
85:19 89:1,3
91:12,15,22
92:11 100:4
104:22 106:6
107:8 111:11
112:2 115:11
117:9 119:16
131:16 133:14
135:5 139:2
140:6 142:12
142:22 143:9
145:14 150:13
155:19 156:2
159:12,17,19
160:3 173:9

174:1 176:13
186:22 187:6
192:5 194:15
198:14 199:17
201:2,9,12
203:3 204:17
216:3 217:5,6
218:2 219:10
220:12,14
222:7,11
226:12 230:11
233:10,19
235:14 236:14
240:15 247:5
248:9 251:5
252:12 255:12
260:5,19 263:4
264:10 265:15
**thinking** 226:3
**third** 13:22 29:22
54:12 61:10
94:7 115:22
116:6 162:10
168:19 184:3
**Thomas** 95:13,14
**thorough** 175:4
**thought** 49:18
144:6 204:7
236:16 247:5
253:17
**thoughts** 140:5
162:4 201:1
237:8
**thousand** 260:6
**thousands** 147:8
**three** 14:4 37:11
37:13,20 39:15
44:20 52:18
85:22 87:9,10
87:14 96:12
122:12 129:18
140:14 162:4
170:1,7 176:19
181:13 183:1
233:3
**throwing** 143:10

**Thursday** 139:18
261:10
**tied** 85:9
**ties** 9:10
**time** 10:13 16:4,8
17:21 20:4 22:9
23:7 24:3 26:21
39:4 41:5 43:5
44:2,22 45:7,18
49:3 54:1 59:2
62:9,12 69:11
71:18 76:6,17
77:14 79:12,13
80:7,15,18 81:6
86:9 91:1 92:22
96:4 97:8,12
98:7 99:17
100:20 103:4
104:4,14 105:7
105:14,17
106:21 107:1
108:9,21 113:6
113:22 114:6
116:7,17,21
117:16 118:19
121:7,9 124:18
139:4 143:1
144:18 149:6
149:15 153:18
154:5,15 155:8
156:9 159:19
159:21 167:15
173:17 192:11
192:19 194:19
195:5 202:20
204:7 205:6,17
207:21 208:16
210:12 211:7
213:8,12 214:5
217:14 224:11
226:3 234:7
238:16 243:11
247:20 249:8
253:3,13 254:4
258:8 261:17
261:21 266:20

269:7 270:1
**times** 18:14
37:16 44:19,20
44:20 46:9
56:21 59:11
119:15 126:4
127:1 142:8
165:3 173:3
231:22 264:7
**timing** 149:12
217:11
**tired** 258:6
**title** 50:1 193:1
230:7 232:13
257:6,12
**titled** 9:9
**today** 10:12,17
11:20 14:3,11
14:17 15:8
16:19 17:2,7,11
17:16 18:22
19:4 49:3 70:10
96:18 108:10
112:7 182:18
192:6 196:2
203:4 225:6
230:15,16
262:17
**told** 32:16 79:19
121:10
**Tom** 163:1 167:2
182:17
**tomorrow** 162:16
**tonight** 217:10
**top** 5:13,17 6:8
6:19 7:9,14,19
8:4,9,14 57:15
65:22 173:16
182:8 218:12
252:4 260:4
270:17
**topics** 241:20
**touch** 272:2,8
**tourism** 33:21
**TPS** 20:15 21:14
25:20 26:9,11



26:12,18,21
28:4,14 29:15
31:13 32:20,21
33:7 41:7,18
42:3,13 45:3
52:3,14,17 54:8
54:9,11 55:14
56:19,19 57:9
58:8,10 59:18
60:12,14,17
61:8,18,18 63:6
63:7,15 65:11
65:12,16,17
66:10 67:4,21
68:2 77:11 78:3
78:5 80:5 85:14
86:3 87:6 88:16
88:20 89:6,17
90:5,6,9 91:1,3
91:10 92:14
94:15 99:14,16
99:22 100:14
100:15 101:13
102:1,10,13
103:4,15,20
104:4,14,18
105:2,13,17
106:3,9 107:1,2
112:8 113:7
115:15 124:5
127:13 128:2
128:19 130:1
130:20,22
131:4,10,11,16
132:22 134:12
135:3,8 136:4
138:1 140:4
143:17 147:1
147:15 148:3,7
148:9,13,22
149:7,8 150:20
152:4,20 153:3
155:19 157:5
158:21 160:3
164:3 165:7
175:6 178:17

179:3,19 180:7
180:20 181:4,5
182:19 183:10
188:6 193:3
194:17 195:4
196:6 197:12
200:4,6 201:4
203:11,15
204:2 205:1
206:9 207:5,12
207:19 208:15
210:8,17
211:14 212:19
213:10,14
216:14 221:21
222:15 224:10
232:3,6,8
234:15 235:18
236:2 238:4
245:5 247:12
247:13 248:7
248:12 249:2
250:22 252:18
258:3,9 259:3
259:17,18
260:14,16,17
261:20,21
266:22 268:4,9
272:3
**TPS-related** 26:2
56:20 264:7,21
**trace** 196:17
**track** 81:9,10,19
81:20,21 84:22
119:13 142:8
217:9
**tracked** 81:16,16
81:17 114:18
114:19
**Tracy** 35:15 40:5
**trade** 33:20
**training** 52:14,16
**transcript** 5:8
6:3 14:8 15:14
19:10,17 48:16
72:18 108:14

109:4 122:21
150:11 160:17
172:13 185:15
191:2 198:5
199:9 209:16
228:4 255:6,11
267:8 272:21
274:7 277:6
**transmitting**
136:18
**travel** 54:17
60:22 66:2,4,5
181:3 208:16
**trend** 183:21
**Trevor** 232:20
234:12
**true** 91:12,15
121:8 154:14
195:3,15
266:10 274:9
277:7
**Trump** 1:8 10:9
274:3 275:2
276:2
**truth** 266:3
**truthful** 17:2,6
20:7
**try** 39:16 106:7
140:6 166:9
201:11 242:1
**trying** 70:20 80:7
97:5 120:16
122:12 125:5
133:15 134:6
239:18
**Tuesday** 143:15
**turn** 138:15
153:9 157:14
174:5 182:6
194:9 207:2
**turnaround**
80:13,15 97:7
**turned** 22:19
**Turning** 50:19
**turnover** 40:1
**tweaking** 201:2

**two** 14:4 44:20
59:17 74:15,17
87:4 117:18,21
118:14 177:16
178:6 184:9
185:8 228:5
235:7,15 251:9
262:21
**type** 67:1 83:21
146:10 246:17
247:10
**types** 33:12 38:9
142:11
**typewriting**
277:9
**typically** 62:13
71:20 156:6,7

———————
**U**
**Uh-hmm** 62:6
115:3,5 170:18
180:19 187:2
200:1 237:10
**ultimate** 208:4
208:18 219:22
220:16 222:17
224:5
**ultimately** 31:17
93:9 214:19
215:1,6,14
220:8 224:20
224:22 225:16
226:4 254:11
272:14
**UN** 129:8
**unable** 17:1 83:9
83:19
**unclear** 106:7
137:15
**uncommon**
183:14
**unconnected**
114:20 115:9
**understand**
14:16 15:6,15
15:20,22 16:15

19:6 22:8 80:4
97:5 100:20
104:13 105:5
108:18 111:17
120:22 134:18
135:6 137:7
142:20 143:19
145:1 177:5,6
217:22 218:19
221:17 223:16
237:12,17
239:18 242:2
242:21 245:12
245:22 246:7
247:1,11 261:2
**understanding**
54:2 71:19
77:15 83:14
88:7 90:3,13,18
97:7 101:15
104:10,12
130:21 136:2
138:2 173:19
175:15,17
184:17 185:9
194:18 205:7
206:2 213:8,13
214:3 217:13
220:15 221:7
225:20 233:3
237:11 249:8
274:12
**understood**
213:21 219:20
223:10 224:11
225:7
**unfortunately**
167:8 171:18
172:5
**unique** 241:15
**unit** 163:6,7
**United** 1:1,9 3:16
10:9,10 11:11
24:17 58:18
67:14 68:14
85:1 147:9,12



168:14,20
207:22 208:5
208:16,18
269:6
**University** 22:1
**unknown** 101:14
101:16,18
103:3 113:4
**unlawful** 179:2
**unlawfully** 105:3
134:7
**unnecessary**
201:12 202:15
**unsigned** 174:3
174:16
**unusual** 70:15
**UN's** 183:22
**upcoming** 259:12
261:20,22
268:9
**update** 37:5
41:17,22 42:14
43:5
**updated** 80:1
**updates** 37:2,3,4
37:5 41:19 42:3
42:13,17,20
43:3 120:20,21
**updating** 42:10
262:16
**urgency** 71:2
72:2,8 79:14
97:6,16,19
**usage** 200:3
**USCIS** 21:14
27:14 36:10
39:8,19 40:8
41:22 84:21
100:17 101:14
103:3 114:20
115:7,9,17
123:14 126:1,8
126:14,15
127:22 128:13
131:20 140:12
141:15,16,17

175:5 182:19
183:6 186:11
188:3,4 192:13
193:6,13
234:21 269:16
270:4
**USCIS's** 84:19
**use** 61:2 82:2
120:15 131:7
137:14 140:18
201:13 207:20
244:7 252:6
253:17
**useful** 142:19
**uses** 171:17
222:10
**usually** 31:14
125:12 126:7
127:8 166:1
240:20 248:11
**U.S** 3:15 4:5,14
11:6 22:9 24:1
52:10 68:12
102:12 104:3
130:18 134:8
144:14 145:3
148:19 171:1
180:21 181:6
197:10 216:11

———————
**V**
———————
**V** 275:2 276:2
**vacancies** 37:6
**Vague** 104:20
180:10 193:8
195:19 204:10
204:21 206:6
213:17 215:4
**vaguely** 110:2
133:7,19 134:5
135:21
**valid** 144:22
**variety** 204:1
**various** 114:20
115:9 124:3
182:21 195:14

241:18
**vast** 133:3 134:20
**Veprek** 8:15
248:2 252:5
**verified** 129:7
**verify** 83:19
**version** 174:6,10
174:14 175:22
200:7
**versions** 24:14
82:3 210:13
**versus** 6:5 10:8
80:3 108:20
165:5
**Victoria** 76:16,17
**videographer**
4:15 10:5,17
11:13 46:1,4
98:18,21 150:2
150:5 190:15
190:18 212:11
212:14 254:20
255:1 273:1
**Videotaped** 1:14
2:1
**view** 227:6 243:8
**viewpoint** 224:19
**Visa** 272:11
**Visas** 269:10
270:1
**Voigtsberger**
4:15
**Voitsberger**
10:18
**volcanic** 248:15
249:22
**vs** 1:7 274:3
**Vuong** 4:13
11:11,11

———————
**W**
———————
**W** 7:6
**waiting** 253:13
**waived** 191:20
**walk** 22:10
**want** 11:18 12:6

30:16 33:16
34:8 75:13
90:16 95:6
107:13,16,21
109:3,6,9
117:19 118:3
139:10 143:19
145:1 149:14
150:1 151:11
153:11 155:21
157:14 162:3
184:14 188:11
191:11 194:9
196:11 199:18
212:7 213:3
225:5 229:22
237:16 267:11
272:5
**wanted** 69:20
88:19 122:13
144:12 152:20
158:4 183:1
208:12 226:4
235:9 236:9,15
237:22 239:21
244:8 250:15
**wanting** 236:3
**wants** 155:18
241:4 251:16
**warranted** 175:7
**warranting**
129:5
**Washington** 1:15
2:9 3:8 4:8 9:8
10:2,15 13:13
**wasn't** 99:22
135:2 205:19
**way** 26:13 33:5
65:17 116:12
118:7,18
120:18 147:1
186:12 196:17
220:7 225:17
241:17 249:3
250:20,22
**ways** 119:3,5

121:2 139:21
204:1 225:12
**Webb** 3:4 5:3
11:1,1 12:5,12
13:4,15,18,21
14:2,9 29:14,18
29:22 32:12,14
34:6 45:16,19
46:6 48:14,17
48:20 49:1 55:6
55:12 63:13
66:22 68:7,9
70:5 75:15
78:17 83:2 90:9
96:21 98:16
99:1 107:20
108:3,8,15
109:5,8,13,18
110:12,17
111:1,9,12
116:4,5 138:22
139:5,9,13
149:13,17,20
150:1,7,12
151:18 160:13
160:20 188:11
188:14 190:11
190:14,20
198:1 199:5
208:22 209:9
212:16 223:3,7
223:12,16,19
224:1 228:5,10
254:17 255:3,7
255:12 256:7
260:14 261:2,6
261:9 263:9,10
267:4,10 272:7
272:19
**website** 170:2
**week** 52:6,8,10
70:3,7 150:14
150:15 156:13
157:5 176:14
176:17 204:13
231:17 232:1



235:9
**weekend** 69:22
  70:13,18 77:16
**weekly** 38:14
  231:22
**weeks** 87:4
  122:12 196:14
  262:15
**weigh** 96:15
**weight** 226:9
**weighted** 216:2
  217:5 218:1,8
  219:9 220:7,12
  226:16
**went** 22:1,15,19
  28:10,19 30:1
  30:10 254:8,14
  263:4
**weren't** 118:21
**Wetmore** 233:12
  233:14 234:12
**we'll** 13:15 57:13
  58:3 60:2 61:6
  78:12,18 96:10
  118:6 139:20
  198:1 247:22
**we're** 13:18
  27:18 29:19
  46:4 50:19
  85:12,21 87:3
  98:17 108:6,8
  121:22 139:11
  148:12 150:5
  190:18 192:1
  204:2 212:14
  219:11 221:3
  243:4 255:1
  260:15 263:9
  268:18 272:21
  273:2
**we've** 35:18 62:8
  96:13 114:4
  122:9 161:11
  162:2 163:8
  188:9,19 196:2
  225:12

**whatsoever**
  146:2 148:1
**WHEREOF**
  277:14
**Whetstone**
  232:20
**White** 9:10,11
  38:1 40:20 41:2
  230:12
**willing** 47:20
**withdrawing**
  99:21
**withdrawn** 61:19
  65:12,16
**witness** 11:14
  15:9 18:2 29:1
  31:12 33:2
  41:12 43:2
  49:11 55:7,17
  73:2,13 79:18
  85:18 86:13
  87:13,21 88:12
  93:3,22 99:10
  100:2 102:5,19
  103:19 104:6,7
  104:21 105:21
  107:6 113:13
  113:15 114:11
  117:4 121:16
  122:17 123:8
  127:16 131:15
  133:12 134:14
  135:1 136:15
  137:12 147:5
  152:15 153:5
  159:4,6 160:10
  161:5 164:13
  170:13 171:4
  171:12 172:8
  172:18 177:12
  178:5 180:10
  185:1,22 191:6
  191:9 195:8
  197:14 198:9
  199:1,13
  202:10,18

204:10 205:10
  205:20 206:13
  208:8 209:22
  215:5,17 217:1
  217:19 219:1
  219:13 220:5
  220:21 221:12
  222:1 223:1
  228:15 235:22
  236:7 239:4
  255:18 277:14
**Woerz** 95:22
**wondering** 237:8
  252:16
**word** 79:17 96:9
  96:19 172:5,10
  178:14 223:14
**worded** 129:20
  138:10 225:17
**words** 32:15
  85:10 106:14
  129:22 132:1
  220:19 221:8
  222:10 223:13
  226:12
**work** 22:15 23:3
  24:21 26:2
  31:14 43:16
  51:10,13 56:8,9
  64:5 69:5,21
  70:7,13,18 71:6
  71:20 94:9,21
  96:10 116:14
  120:3 129:2
  130:4 141:8,18
  143:3 148:19
  158:1 170:22
  230:19,21
  233:4 253:11
  265:16,22
  266:20
**worked** 23:12,14
  23:16,18 24:1,8
  26:11 45:6 51:8
  77:16 124:18
  126:12 234:5

264:20 265:4,6
  265:10,11
**workers** 50:3
  269:6
**working** 22:9
  24:4 26:1 44:1
  44:7 46:9 48:6
  62:7 70:2 121:9
  130:7 173:17
  181:7 258:2
**works** 51:14 64:2
  76:4,12 95:16
  95:20 124:10
  137:1 230:7
  232:21
**worth** 168:10
**wouldn't** 39:13
  39:13 86:17
  146:22 204:12
  223:8 248:6
**wrap** 254:18
**write** 33:15 92:18
  93:8 94:8 140:3
  140:15 214:8
  239:14 240:11
**writes** 83:7 96:8
  100:13 101:11
  112:16 113:2
  157:4,9 167:7
  201:1 210:15
  245:21
**writing** 131:19
**written** 31:14
  132:3 139:19
  210:19
**wrote** 72:5 132:4
  172:9 238:13
  239:19 240:5
  245:12
**www.MagnaL...**
  1:22

**X**

**X** 5:7

**Y**

**yeah** 49:16 51:21
  69:20 138:22
**year** 67:12
  108:21 269:14
  269:14
**years** 23:14 24:2
  234:5 244:20
  248:16 250:1
**yesterday** 256:8
**York** 1:2 3:17,19
  10:11
**y'all** 155:20

**Z**

**Zadrozny** 8:16
  230:3,4 234:5
  243:12,13,14
  243:20 244:14
  247:18 249:15
**Zadrozny's**
  244:10,14
**Zina** 232:12,19
  234:10,12
  242:10

**$**

**$1,406** 67:12

**1**

**1** 10:7 63:13
  99:13 112:15
  112:22 114:4
  128:19 129:12
  132:15 140:14
  140:15 141:20
  141:21 143:13
  143:16 149:18
  162:21 164:15
**1st** 162:19 164:1
  166:13
**1/3** 168:11
**1:15** 149:19
  150:3
**1:29** 80:12
**1:34** 59:22
**1:43** 95:4 97:2,4



99:4
**1:45** 149:20,22
**1:49** 82:12
**1:50** 127:11
**1:58** 82:20
**10** 77:10,20 79:21
   82:20 204:8,15
**10th** 75:22 83:17
   156:15 176:13
   178:13
**10,000** 169:11
**10-22-17** 8:10,15
**10-26-17** 8:19
**10:08** 117:22
   139:19
**10:11** 71:10
**10:36** 46:2
**10:42** 46:5
**100,000** 132:17
   134:2,11
**108** 6:3
**11:04** 79:22
**11:53** 98:19
**1100** 4:7
**11201** 3:19
**115** 5:10 13:15,18
   13:20 14:6,7
**116** 5:13 48:14,15
   49:9 75:10
   138:17 151:13
**117** 5:17 72:16,19
   72:22 153:10
   176:20 194:4
   206:19
**118** 6:3 108:11,12
**119** 6:8 122:19
   123:1,7
**12** 179:16
**12th** 212:19
**12-7-17** 9:4
**12:03** 98:22
**12:04** 71:14
   75:12,20
**12:13** 97:12 98:7
   129:14 138:11
**12:45** 149:18

**120** 6:13 150:8,9
   207:2
**1200** 26:8
**121** 6:19 160:15
   160:18,19,20
   161:3 182:6
**122** 6:8 7:4
   172:11,15
**123** 7:9 185:13,16
   185:19
**124** 7:14 190:21
   190:22 191:4
**125** 7:19 198:2,3
   198:7,22
**126** 8:4 199:5,7
   199:11
**127** 8:9 209:13,14
   209:18,20
   212:18 229:10
**128** 8:14 228:2,10
   228:12 256:11
**129** 8:19 255:3,4
   255:16 256:12
   256:13
**13** 5:3
**130** 9:4 255:8,9
   255:16 256:1
   256:13 260:7
   268:16
**131** 9:8 267:6,10
**139** 168:15
**14** 5:10 277:17
**150** 6:13
**16** 23:13
**160** 6:19
**17** 23:13,13
**172** 7:4
**18** 123:2
**18-cv-01599-W...**
   1:7
**18-cv-1554** 6:6
   108:20
**18474** 7:17
**185** 7:9
**19** 123:2,3
**191** 7:14 109:14

110:8,14,20
**198** 7:19
**199** 8:4
**1996** 22:14
**1999** 2:8 3:7
   10:15

───────────
**2**

**2** 54:10 64:18
   88:14 114:5
   115:2 128:21
   141:20,22
   145:22 162:16
   164:5
**2.8** 168:10
**2:01** 150:6
**2:19** 132:11
**2:30** 96:18
**2:42** 83:17
**2:53** 112:15,19
   116:15 143:15
**20** 138:19 244:20
   274:16
**20th** 169:4
   200:19
**200,000** 132:17
   134:3,11
**2000** 23:8 24:13
   25:9
**20006** 3:8
**2001** 23:10
**2006** 26:7
**2007** 26:7
**2010** 88:21 89:7
   89:19 168:4
**2011** 90:1
**2012** 26:7
**2013** 270:22
**2016** 100:14
   168:9
**2017** 6:17 29:22
   32:11,20,20
   33:7 39:5,5
   52:6 59:22 62:3
   73:22 75:22
   77:10,20 79:22

80:19 82:20
   87:4 93:19
   94:13 99:4
   117:21 122:2
   127:11 135:15
   138:11 139:3,5
   140:10 143:15
   149:6 150:15
   150:21 151:6
   151:14 153:20
   161:12 162:1
   166:13 168:21
   169:4 170:6
   176:13,21
   178:13 181:14
   182:9 184:2
   186:15 194:5
   196:18 198:20
   200:19 209:7,7
   210:6 211:3,20
   212:19,20
   225:22 229:3
   232:2,18 249:1
   254:5 256:16
   260:9,12,22
   261:11 262:7
   269:15
**2018** 1:16 10:3,12
   11:22 23:13
   39:6 175:9
   212:2,4 277:16
**202** 3:9 4:9
**2022** 277:17
**20530** 4:8
**209** 8:9
**21** 1:16 10:3
**21st** 10:12
**22** 6:17
**22nd** 151:5 175:9
   207:21 209:6
   211:3 212:1,4
   212:20 215:22
   218:14 225:21
   229:3,18,19
   232:2,17
   234:18 249:1

254:4
**228** 8:14
**24** 244:16 246:1
**24th** 169:4
   277:15
**25** 112:5 143:15
**25th** 87:3 95:5
   99:3,4 110:11
   110:16,21
   111:7,18 112:2
   112:15 129:14
   130:11 138:11
**254-6519** 3:20
**255** 8:19 9:4
**26th** 256:16
**263-3188** 3:9
**267** 9:8
**27** 117:21 176:21
   194:5
**27th** 98:8 122:7
   139:19 168:6
**271** 3:18
**2738** 8:17
**28** 127:11 151:14
   162:1 170:6
**28th** 139:2,5
   140:10 149:6
   162:11,12

───────────
**3**

**3** 65:2 86:19
   114:5 129:1,12
   141:20,22
   162:2
**3rd** 11:22 32:11
**3:00** 80:14,22
   86:1
**3:03** 190:16
**3:15** 190:19
**3:34** 164:1
**3:56** 212:12
**30** 9:12 149:16
   248:16 250:1
**30(b)(6)** 15:4
   34:7 104:7
**305-0924** 4:9



**3350** 8:12
**3433** 9:6
**350,000** 169:12
**3778** 48:18,19
   139:2 151:18
**3780** 139:8
   151:21 152:1
**3782** 115:13
**3788** 151:14
**3789** 68:8
**3791** 5:15

_____
**4**
**4** 66:1 129:9
**4-10-17** 7:4
**4-28-17** 6:9
**4-7-17** 5:18
**4:06** 212:15
**4:23** 211:3
   229:18
**4:30** 166:14
**4:33** 62:3
**4:47** 229:4,20
**4:55** 139:3,5
   140:10 151:14
   162:1,12 170:6
**450090** 1:19
   274:2
**47** 97:2
**48** 5:13 244:16
   246:1
**48,597** 101:12

_____
**5**
**5** 66:8 129:9
   135:14
**5-1-17** 5:14
**5-12-17** 7:20
**5-22-17** 8:5
**5-8-17** 6:20 7:10
**5-9-17** 7:15
**5:03** 254:21
**5:04** 240:19
**5:19** 255:2
**5:30** 186:15
   187:20

**5:42** 273:3,6
**50** 260:5
**500,000** 142:15
**58,706** 100:15
   101:13

_____
**6**
**6** 235:8
**6th** 238:19
**6,000** 260:2
**6:28** 215:22
   219:7
**6:48** 161:20
   182:9
**60** 211:21 212:1
**60,000** 260:5

_____
**7**
**7** 93:19 122:2
**7th** 52:6 59:22
   62:3 73:10,22
   74:5 94:13 98:1
   98:6 110:8,15
   110:18 112:4
   130:8,14
   150:15 153:20
   154:20 156:13
   161:12 177:13
   178:9 181:14
   196:18 197:2
   204:6 206:15
   260:8 261:10
   262:6
**7:04** 218:14
**7:58** 73:22
   176:21 181:14
**718** 3:20
**72** 5:17
**7309** 200:18
**7311** 199:19
**7313** 8:7
**7859** 160:22
   161:1
**787** 75:17
**7872** 6:22
**7875** 180:15

**7878** 7:7

_____
**8**
**8** 135:15 182:9
**8th** 161:20
   183:17 186:15
   187:20
**8:03** 162:19
**8:31** 200:19
**80** 100:15 113:4
   113:20
**86** 168:16
**866-624-6221**
   1:21

_____
**9**
**9** 55:2
**9th** 196:3 197:5
   198:19
**9:19** 74:4 93:19
   94:13 98:2,6
   161:12
**9:31** 75:22
**9:38** 77:10
**9:44** 77:20
**9:52** 69:4 78:19
**9:59** 10:13
**90-minute** 80:15
**954,000** 68:16
**9855** 7:22



MAGNA
LEGAL SERVICES

Page 274

1   DEPOSITION ERRATA SHEET

2   Assignment No. 450090

3   Case Caption:  Patrick Saget vs. Donald Trump

4

5          DECLARATION UNDER PENALTY OF PERJURY

6     I declare under penalty of perjury that I have read

7   the entire transcript of my Deposition taken in the

8   captioned matter or the same has been read to me, and

9   the same is true and accurate, save and except for

10  changes and/or corrections, if any, as indicated by me

11  on the DEPOSITION ERRATA SHEET hereof, with the

12  understanding that I offer these changes as if still

13  under oath.

14

15

16  SIGNED ON THE ___4___ DAY OF _January_, 20_19_.

17

18  _____Kathy Nuebel Kovarik_____

19  KATHY NUEBEL KOVARIK

20

21

22

**MAGNA ❯**

Page 275

1        E R R A T A   S H E E T

2   IN RE:   PATRICK SAGET V. DONALD TRUMP

3

4

5   RETURN BY: _____

6   PAGE      LINE              CORRECTION AND REASON

7    34        2      add "memos" after Haiti / missing

8    35        17     change Reese to Ries

9    37        15     change "meaning" to "maybe"

10   52        11     add "S" to Service.

11   80        21     Change Laure Shalava to Lori Sch

12   104       1      Strike "incumbent and" - replace "and comment"

13   ____      ____   _____

14   ____      ____   _____

15   ____      ____   _____

16   ____      ____   _____

17   ____      ____   _____

18   ____      ____   _____

19   ____      ____   _____

20   ____      ____   _____

21   ____      ____      Kathryn Kovarik

22   (DATE)           (SIGNATURE)

**MAGNA** ➤

Page 276

1                    E R R A T A   S H E E T

2     IN RE:  PATRICK SAGET V. DONALD TRUMP

3

4     RETURN BY: _____

5     PAGE     LINE                   CORRECTION AND REASON

6     _____    _____     _____

7     _____    _____     _____

8     _____    _____     _____

9     _____    _____     _____

10    _____    _____     _____

11    _____    _____     _____

12    _____    _____     _____

13    _____    _____     _____

14    _____    _____     _____

15    _____    _____     _____

16    _____    _____     _____

17    _____    _____     _____

18    _____    _____     _____

19    _____    _____     _____

20    _____    _____     _____

21    _____     _____

22    (DATE)                         (SIGNATURE)

