UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X
PATRICK SAGET, SABINA BADIO FLORIAL,
NAÏSCHA VILME, GERALD MICHAUD,
BEATRICE BELIARD, RACHELLE GUIRAND,    **NOTICE OF APPEAL**
JEAN CLAUDE MOMPOINT, YOLNICK JEUNE,
GUERLINE FRANCOIS, LEOMA PIERRE,       Docket No. CV-18-1599
HAÏTI LIBERTÉ, and FAMILY ACTION
NETWORK MOVEMENT, INC.,                (Kuntz, J.)
                                       (Tiscione, M.J.)
                        Plaintiffs,

            v.

DONALD TRUMP, President of the United States of
America, UNITED STATES OF AMERICA,
DEPARTMENT OF HOMELAND SECURITY,
KIRSTJEN NIELSEN, Secretary of Homeland
Security, and CLAIRE M. GRADY, Acting Deputy
Secretary of Homeland Security,
                        Defendants.
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

Notice is hereby given that all Defendants in the above-captioned matter hereby appeal to the United States Court of Appeals for the Second Circuit from the April 11, 2019 Decision, Order, and Preliminary Injunction of the Honorable William F. Kuntz, II, United States District Judge (ECF No. 155), and from the interlocutory and preceding decisions, orders, and rulings merged into and underlying the Court's April 11, 2019 Decision, Order, and Preliminary Injunction.

Dated: Brooklyn, New York
       June 6, 2019

                                       Respectfully submitted,

                                       RICHARD P. DONOGHUE
                                       United States Attorney

                                By:        /s/
                                       Joseph A. Marutollo
                                       James R. Cho
                                       Assistant U.S. Attorneys
                                       718-254-6288/6519
                                       Joseph.marutollo@usdoj.gov

James.cho@usdoj.gov

cc: **BY E.C.F.**
Counsel of Record