UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

PATRICK SAGET, SABINA BADIO FLORIAL,
NAÏSCHA VILME, GERALD MICHAUD,
BEATRICE BELIARD, RACHELLE GUIRAND,
JEAN CLAUDE MOMPOINT, YOLNICK JEUNE,
GUERLINE FRANCOIS, LEOMA PIERRE,
HAÏTI LIBERTÉ, and FAMILY ACTION
NETWORK MOVEMENT, INC.,

                             Plaintiffs,

       v.

JOSEPH R. BIDEN, President of the United States
of America, UNITED STATES OF AMERICA,
DEPARTMENT OF HOMELAND SECURITY,
ALEJANDRO MAYORKAS, Secretary of
Homeland Security, and JOHN TIEN, Deputy
Secretary of Homeland Security,

                             Defendants.

---------------------------------X

Docket No. CV-18-1599

(Kuntz, J.)
(Tiscione, M.J.)

## STIPULATION OF DISMISSAL

On May 22, 2021, the Secretary of the Department of Homeland Security announced a new 18-month designation of Haiti for Temporary Protected Status ("TPS"), and on August 3, 2021, United States Citizenship and Immigration Services ("USCIS") published a Federal Register notice establishing that the new designation is effective through February 3, 2023. *See* 86 Fed. Reg. 41863. On September 10, 2021, USCIS published a Federal Register Notice automatically extending documentation for current TPS beneficiaries for Haiti through December 31, 2022. *See* 86 Fed. Reg. 50725. The above-captioned action is therefore moot.

IT IS HEREBY STIPULATED AND AGREED, by and between all parties in the above-captioned action that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  Chicago, Illinois

    October 15, 2021

*ATTORNEYS FOR PLAINTIFFS*

By:    /s/ *Geoffrey M. Pipoly*
MAYER BROWN LLP
Evan M. Tager
Geoffrey M. Pipoly
Christopher J. Ferro
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
gpipoly@mayerbrown.com

KURZBAN, KURZBAN,
TETZELI & PRATT, P.A.
Ira J. Kurzban
2650 S.W. 27th Avenue, 2nd Floor
Miami, FL 33133
Phone: (312) 660-1364
ira@kkwtlaw.com

JUSTICE FUTURES LAW
Sejal Zota
sejal@justfutureslaw.org

Dated:  Brooklyn, New York
    October 15, 2021

*ATTORNEYS FOR DEFENDANTS*
BREON PEACE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

By:    /s/ *Joseph A. Marutollo*
Joseph A. Marutollo
Assistant U.S. Attorney
718-254-6288
Joseph.marutollo@usdoj.gov

The application is ✔ granted.
SO ORDERED ___ denied.

WFK

William F. Kuntz, II, U.S.D.J.
Dated: Oct. 15, 2021
Brooklyn, New York